IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

LEE E. MOORE, :
:
    Plaintiff(s) :
: Case Number: 1:00cv00023-SJD-MRM
vs. :
: District Judge Susan J. Dlott
BETTY MITCHELL, WARDEN, :
:
    Defendant(s) :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to the United States Magistrate Judge. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court a decision and order that granted in part and denied in part Petitioner's motion for discovery (Doc. 93). Subsequently, the petitioner Lee E. Moore filed objections to the Magistrate Judge's order (Doc. 94).

For nondispositive matters, a district judge shall set aside any portion of a magistrate judge's order found to be clearly erroneous or contrary to law. Fed. R. Civ. P. 72(a). "A finding is clearly erroneous where it is against the clear weight of the evidence or where the court is of the definite and firm conviction that a mistake has been made." Galbraith v. Northern Telecom, Inc., 944 F.2d 275, 281 (6th Cir. 1991).

The Court has reviewed the decision of the Magistrate Judge and considered all of the filings in this matter. Upon consideration of the foregoing, the Court hereby OVERRULES the objections of the petitioner Lee E. Moore.

IT IS SO ORDERED.

                                                 _s/Susan J. Dlott_____
                                                Susan J. Dlott
                                                United States District Judge