# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

LEE E. MOORE,

    Plaintiff,

:

Case No. 1:00-cv-023

    -vs-

:

District Judge Susan J. Dlott
Magistrate Judge Michael R. Merz

BETTY MITCHELL, Warden,

:

    Defendant.

## SCHEDULING ORDER

District Judge Dlott having affirmed the Magistrate Judge's Decision and Order of June 23, 2003, granting in part and denying in part Petitioner's Request for Discovery, it is hereby ORDERED that all discovery in this case be completed not later than June 30, 2004. Any motion for an evidentiary hearing shall be filed by the same date.

February 27, 2004.

                                                    s/ **Michael R. Merz**
                                                    United States Magistrate Judge

J:\Death Penalty\Moore v. Mitchell\Moore v. Mitchell 08.wpd