

COURT OF COMMON PLEAS
CRIMINAL DIVISION
HAMILTON COUNTY, OHIO

OF OHIO                                    :        Case No. B9400481
                                                    Judge Ruehlman
        Plaintiff                          :

    vs.                                    :        DEFENDANT'S RESPONSE TO
                                                    STATE'S REQUEST FOR
    MOORE                                  :        DISCOVERY

        Defendant                          :

Now comes Defendant, LEE MOORE, by and through his

attorneys, and in response to the State's Request For Discovery,

hereby states as follows:

    1. Defendant does not know of any books, papers, documents,

photographs, tangible objects, or copies or portions thereof,

available to or within the possession, custody or control of the

defendant and which the Defendant intends to introduce in evidence

at trial

    2.   The Defendant does not know of any results or reports of

physical or mental examinations, or of any scientific tests or

experiments made in connection with this particular case available

to or within the possession or control of the Defendant, and which

the Defendant intends to introduce in evidence at trial.

Witnesses:

1.  Georgia Moore                          2.   Lee Moore, Sr.
    1281 Meredith Dr.                            1101 Clearbrook
    Cinti., OH 45231                             Cinti., OH 45237

3.  Arlene Gaines                          4.   Robin Fletcher
    9731 Culpepper                               2351 Vera Ave. Apt. #2
    Cinti., OH 45231                             Golf Manor, OH 45237

5.  Beverly Parker                         6.   James Williamson
    7950 Cherrywood Ct.                          Fairfield Police Dept.
    Cinti., OH  45224



DEPOSITION
EXHIBIT
23
KAS 12-3-08



7.  David Feldhaus
    Cinti. Police
    C.I.S.
    824 Broadway
    Cinti., OH  45202

8.  David Chiappone
    Community Diagnostic
    & Treatment Center

9.  Emmet Cooper
    125 William Howard Taft Rd.

Names and addresses of possible additional witnesses will be
furnished to the State as soon as their identity is determined by
the Defendant.

Respectfully submitted,

*Daniel J. James /kw*

Daniel J. James J-074/0008067
Attorney for Defendant
30 E. Central Pkwy., 13th Floor
Cincinnati, Ohio 45202
(513) 721-1995

and

*Timothy J. Deardorff /kw*

Timothy J. Deardorff #0006304
Attorney for Defendant
2368 Victory Parkway
Suite 300
Cincinnati, Ohio  45206
513-872-7900

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Defendant's
Response To State's Request For Discovery was hand delivered to the
office of the Hamilton County Prosecutor, 4th floor of the Hamilton
County Courthouse, this 10th day of November, 1994.

*Daniel J. James /kw*

Daniel J. James// J-074/0008067
Attorney for Defendant

Volume I page