Lee Edw. Moore, Jr.                                         9/12/94
Defendant's account of the offense:

    Lee said that he had been staying at his own apartment that he shared with a guy named Sol Profit. He only said that he and Profit got this apt 3 months before, and that they were paying $24.00 per month because it was section 8 housing. He recalled that he woke up around noon, showered, dressed, and went to get beers at the drive thru in Fairmount. He said that he returned to the apartment and he and Sol were listening to music. Some girls came over and they were drinking and smoking marijuana. He said that with them he thinks that he drank 1-40 oz. and had 2 blunts.

    He left the apartment and went to Jason and Larry's house in Mt. Healthy. After a few minutes the 3 left and went to Angel's house (or apartment) and smoked 2 more blunts with her. He said the transmission in his car was going out and Jason had been talking about car jacking. He described discussing car jacking with Jason, and thinking about doing it for a couple of hours. He said Jason was into this, and even though Lee hadn't thought of it before he now thought, "what did I have to lose? My life wasn't going anywhere." Then he and Jason decided to go ahead and do it. They drove to Hamilton looking for somebody to car jack. "I picked it because I seen the man getting out, and I seen it had out of state plates, and I was like this is the one." The 2 waited for about half an hour, and smoked some more weed.

    Moore said that he approached the victim himself, and Jason stayed in the car. The defendant walked over to the victim and told the victim to get into the victim's car (on the driver's side.) Jason drove away in Moore's car after he saw the victim and Moore get into the victim's car. Moore said vaguely that the two had decided to return to Jason's house after they got the car. Then Moore slid in next to the victim, into the driver's seat. Moore drove the car around the bar building and told the man to get into the trunk. When the man got into the trunk Moore drove the victim's car (with the victim in the trunk) to Jason's house. When Moore arrived Jason was already in the house.

*JO'Donnell, BS*

CC 0032

Either Larry came out of the house or Moore went in, but Moore told Larry that he had someone in the trunk of the car. Larry said that he wanted to go with the defendant. The 2 drove down to the Fay Apts., in Cumminsville, trying to decide what to do with the victim in the trunk of the car. Eventually they saw a side street off of Beekman in Cumminsville. He said that they saw an alley way with a dumpster at the end. They decided to pull the car down that alley and tell the victim to get out of the car. Moore got out of the car and left Larry in the passenger seat. Moore said that he told the man to get out of the trunk. He said that he told the man to leave his wallet in the trunk. The man gave him the money in his pocket.

"It's like I was...I could see it all kinds of things were going through my head."

He said that he shot the victim.

He said that when he got back in the car "Larry said, 'you shot him,' then Larry said, 'Fuck him let's go.'" Moore said that Larry was hyper.

At this point the two left the scene, and went to a store to get some drinks (3-40 oz.). He said that they returned to the Jason/Larry house, and that Moore went inside the house. He said that while in the house, Larry took the license plates off of the victim's car and replaced them with the license plates off of Moore's car. He said that it was Moore's idea to change the plates, but not to use his own plates. In the meantime, Moore and Jason were in Angel's house with some girls. By now it was about 12 am.

Eventually they returned to Jason and Larry's apt to sleep, however he described having a lot of trouble sleeping. He said that he was pretty drunk, but because he couldn't get to sleep he got up and drank some more. Eventually he went to sleep.

He said that he got up the next morning, and "Larry was like let's go to the shopping mall." "I went along with it." He said that they went to Jc Penney in Northgate, bought a gold necklace and bracelet for Shatunda. Larry didn't buy anything.

I didn't ask for any further information about the next day.

Moore said that he got the gun from his father's house. He said that he had taken it a couple of weeks before the shooting. He said that he took it out into the woods to shoot at bottles and stuff. He denied taking it out to use on people. Then he said he took it originally to protect himself because he had been robbed out in Bond Hill.