# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

LEE E. MOORE,

    Plaintiff,

                    :      Case No. 1:00-cv-023

                    :      District Judge Susan J. Dlott

    -vs-                       Magistrate Judge Michael R. Merz

BETTY MITCHELL, Warden,

                    :

    Defendant.

## SCHEDULING ORDER

Pursuant to telephone conference with counsel, it is hereby ORDERED that Petitioner's Brief on the Merits be filed not later than 02/01/05; Respondent's Brief on the Merits be filed not later than 03/01/05; and Petitioner's Reply Brief be filed not later than 03/15/05.

December 03, 2004

                                              s/ **Michael R. Merz**
                                             United States Magistrate Judge

J:\Death Penalty\Moore v. Mitchell\Moore v. Mitchell 11.wpd