# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **LEE E. MOORE,** ) | CASE NO.  C-1-00-0023 |
| ) | |
| Petitioner, ) | JUDGE DLOTT |
| ) | |
| vs. ) | MAGISTRATE JUDGE MERZ |
| ) | |
| **BETTY MITCHELL, Warden** ) | |
| ) | *DEATH PENALTY CASE* |
| Respondent. ) | |

## PETITIONER'S AGREED UPON MOTION FOR EXTENSION OF TIME UNTIL APRIL 8, 2005 TO FILE HIS MEMORANDUM IN SUPPORT OF HIS HABEAS PETITION

Now comes, Petitioner, by and through counsel and requests an extension of time in which to file his Memorandum in Support of his Habeas Petition.  Petitioner respectfully requests an extension up to and including April 8, 2005, an additional extension of four (4) days, to file his Memorandum in Support.  Petitioner's counsel contacted Mr. Wille, Counsel for Respondent, and he has indicated that he will **agree** to this request for an extension of time.

Respectfully Submitted,

/s/ Laurence E. Komp
LAURENCE E. KOMP - 0060142
Attorney at Law
423 Madrina
Ballwin, MO 63021
Phone (636) 207 – 7330
Fax (636) 207 – 7351

-and-

1

        MICHAEL J. O'HARA – 0014966
O'Hara, Ruberg, Taylor, Sloan & Sergent
25 Crestview Hills Mall Rd, Ste 201
P.O. Box 17411
Covington, KY 41017
Phone: (859) 331-2000
Fax: (859) 578-3365

COUNSEL FOR PETITIONER

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing was filed with and will be made available to Respondent via this Court's electronic filing system and pursuant to Loc. R. 5.2 this constitutes service.

/s/ Laurence E. Komp
LAURENCE E. KOMP - 0060142