UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| LEE E. MOORE, | ) | CASE NO. C-1-00-0023 |
| | ) | |
| Petitioner, | ) | JUDGE DLOTT |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE MERZ |
| | ) | |
| BETTY MITCHELL, Warden | ) | |
| | ) | |
| Respondent. | ) | |

**ENTRY**

The Court being fully advised hereby GRANTS the Agreed Upon Motion for Extension of Time for Petitioner to file his Memorandum up to and including April 8, 2005.

_____
**MAGISTRATE JUDGE MERZ**