

DP-1. **General Population and Housing Characteristics: 1990**
Data Set: 1990 Summary Tape File 1 (STF 1) - 100-Percent data
Geographic Area: **Hamilton County, Ohio**

NOTE: For information on confidentiality, nonsampling error, and definitions, see
http://factfinder.census.gov/home/en/datanotes/expstf190.htm.

| Subject | Number |
|---|---:|
| **Total population** | **866,228** |
| **SEX** | |
| Male | 409,895 |
| Female | 456,333 |
| **AGE** | |
| Under 5 years | 67,593 |
| 5 to 17 years | 157,337 |
| 18 to 20 years | 38,937 |
| 21 to 24 years | 52,407 |
| 25 to 44 years | 274,599 |
| 45 to 54 years | 82,843 |
| 55 to 59 years | 37,925 |
| 60 to 64 years | 39,161 |
| 65 to 74 years | 64,403 |
| 75 to 84 years | 38,517 |
| 85 years and over | 12,506 |
| Under 18 years | 224,930 |
| 65 years and over | 115,426 |
| **HOUSEHOLDS BY TYPE** | |
| **Total households** | **338,881** |
| Family households (families) | 221,348 |
| Married-couple families | 164,339 |
| Other family, male householder | 9,712 |
| Other family, female householder | 47,297 |
| Nonfamily households | 117,533 |
| Householder living alone | 101,435 |
| Householder 65 years and over | 37,111 |
| Persons living in households | 845,879 |
| Persons per household | 2.50 |
| **GROUP QUARTERS** | |
| Persons living in group quarters | 20,349 |
| Institutionalized persons | 12,299 |
| Other persons in group quarters | 8,050 |
| **RACE AND HISPANIC ORIGIN** | |
| White | 672,972 |
| Black | 181,145 |
| American Indian, Eskimo, or Aleut | 1,204 |
| Asian or Pacific Islander | 9,198 |
| Other race | 1,709 |
| Hispanic origin (of any race) | 5,198 |

| Subject | Number |
|---|---|
| **Total housing units** | **361,421** |
| **OCCUPANCY AND TENURE** | |
| Occupied housing units | 338,881 |
| Owner occupied | 197,551 |
| Renter occupied | 141,330 |
| Vacant housing units | 22,540 |
| For seasonal, recreational, or occasional use | 708 |
| | |
| Homeowner vacancy rate | 1.4 |
| Rental vacancy rate | 7.8 |
| | |
| Persons per owner-occupied unit | 2.79 |
| Persons per renter-occupied unit | 2.09 |
| | |
| Units with over 1 person per room | 8,474 |
| **UNITS IN STRUCTURE** | |
| 1-unit detached | 195,148 |
| 1-unit attached | 11,321 |
| 2 to 4 units | 58,829 |
| 5 to 9 units | 26,597 |
| 10 or more units | 62,963 |
| Mobile home, trailer, or other | 6,563 |
| **VALUE** | |
| **Specified owner-occupied housing units** | **168,796** |
| Less than $50,000 | 31,962 |
| $50,000 to $99,999 | 91,344 |
| $100,000 to $149,999 | 24,599 |
| $150,000 to $199,999 | 10,055 |
| $200,000 to $299,999 | 6,473 |
| $300,000 or more | 4,363 |
| | |
| Median (dollars) | 72,200 |
| **CONTRACT RENT** | |
| **Specified renter-occupied housing units paying cash rent** | **136,497** |
| Less than $250 | 43,101 |
| $250 to $499 | 78,092 |
| $500 to $749 | 11,416 |
| $750 to $999 | 1,496 |
| $1,000 or more | 2,392 |
| | |
| Median (dollars) | 304 |
| **RACE AND HISPANIC ORIGIN OF HOUSEHOLDER** | |
| **Occupied housing units** | **338,881** |
| White | 266,646 |
| Black | 68,308 |
| American Indian, Eskimo, or Aleut | 491 |
| Asian or Pacific Islander | 2,996 |
| Other race | 440 |
| | |
| Hispanic origin (of any race) | 1,730 |

(X) Not applicable
Source: U.S. Bureau of the Census, 1990 Census of Population and Housing, Summary Tape File 1 (100% Data)
       Matrices P1, P3, P5, P6, P8, P11, P15, P16, P23, H1, H2, H3, H5, H8, H10, H18A, H21, H23, H23B, H32, H32B, H41.

## U.S. Census Bureau
### American FactFinder

**QT-P1A. Age and Sex for the Total Population: 1990**
Data Set: 1990 Summary Tape File 1 (STF 1) - 100-Percent data
Geographic Area: **Hamilton County, Ohio**

NOTE: For information on confidentiality, nonsampling error, and definitions, see
http://factfinder.census.gov/home/en/datanotes/expstf190.htm.

| Age | Number | | | Percent | | |
|---|---|---|---|---|---|---|
| | Both sexes | Male | Female | Both sexes | Male | Female |
| **Total population** | **866,228** | **409,895** | **456,333** | **100.0** | **100.0** | **100.0** |
| Under 5 years | 67,593 | 34,718 | 32,875 | 7.8 | 8.5 | 7.2 |
| Under 1 year | 12,041 | 6,177 | 5,864 | 1.4 | 1.5 | 1.3 |
| 1 and 2 years | 28,521 | 14,663 | 13,858 | 3.3 | 3.6 | 3.0 |
| 3 and 4 years | 27,031 | 13,878 | 13,153 | 3.1 | 3.4 | 2.9 |
| 5 to 9 years | 65,055 | 33,207 | 31,848 | 7.5 | 8.1 | 7.0 |
| 5 years | 13,568 | 6,988 | 6,580 | 1.6 | 1.7 | 1.4 |
| 6 years | 12,745 | 6,499 | 6,246 | 1.5 | 1.6 | 1.4 |
| 7 to 9 years | 38,742 | 19,720 | 19,022 | 4.5 | 4.8 | 4.2 |
| 10 to 14 years | 58,712 | 30,065 | 28,647 | 6.8 | 7.3 | 6.3 |
| 10 and 11 years | 25,201 | 12,934 | 12,267 | 2.9 | 3.2 | 2.7 |
| 12 and 13 years | 22,739 | 11,571 | 11,168 | 2.6 | 2.8 | 2.4 |
| 14 years | 10,772 | 5,560 | 5,212 | 1.2 | 1.4 | 1.1 |
| 15 to 19 years | 59,153 | 29,977 | 29,176 | 6.8 | 7.3 | 6.4 |
| 15 years | 11,282 | 5,760 | 5,522 | 1.3 | 1.4 | 1.2 |
| 16 years | 10,866 | 5,459 | 5,407 | 1.3 | 1.3 | 1.2 |
| 17 years | 11,422 | 5,939 | 5,483 | 1.3 | 1.4 | 1.2 |
| 18 years | 11,980 | 6,113 | 5,867 | 1.4 | 1.5 | 1.3 |
| 19 years | 13,603 | 6,706 | 6,897 | 1.6 | 1.6 | 1.5 |
| 20 to 24 years | 65,761 | 32,017 | 33,744 | 7.6 | 7.8 | 7.4 |
| 20 years | 13,354 | 6,491 | 6,863 | 1.5 | 1.6 | 1.5 |
| 21 years | 12,632 | 6,292 | 6,340 | 1.5 | 1.5 | 1.4 |
| 25 to 29 years | 75,253 | 36,320 | 38,933 | 8.7 | 8.9 | 8.5 |
| 30 to 34 years | 75,496 | 36,461 | 39,035 | 8.7 | 8.9 | 8.6 |
| 35 to 39 years | 66,958 | 32,386 | 34,572 | 7.7 | 7.9 | 7.6 |
| 40 to 44 years | 56,892 | 27,390 | 29,502 | 6.6 | 6.7 | 6.5 |
| 45 to 49 years | 44,324 | 21,086 | 23,238 | 5.1 | 5.1 | 5.1 |
| 50 to 54 years | 38,519 | 17,855 | 20,664 | 4.4 | 4.4 | 4.5 |
| 55 to 59 years | 37,925 | 17,470 | 20,455 | 4.4 | 4.3 | 4.5 |
| 60 to 64 years | 39,161 | 17,720 | 21,441 | 4.5 | 4.3 | 4.7 |
| 65 to 69 years | 36,280 | 15,684 | 20,596 | 4.2 | 3.8 | 4.5 |
| 70 to 74 years | 28,123 | 11,285 | 16,838 | 3.2 | 2.8 | 3.7 |
| 75 to 79 years | 22,658 | 8,142 | 14,516 | 2.6 | 2.0 | 3.2 |
| 80 to 84 years | 15,859 | 4,986 | 10,873 | 1.8 | 1.2 | 2.4 |
| 85 years and over | 12,506 | 3,126 | 9,380 | 1.4 | 0.8 | 2.1 |
| 18 years and over | 641,298 | 294,747 | 346,551 | 74.0 | 71.9 | 75.9 |
| 21 years and over | 602,361 | 275,437 | 326,924 | 69.5 | 67.2 | 71.6 |
| 62 years and over | 138,978 | 53,823 | 85,155 | 16.0 | 13.1 | 18.7 |
| 65 years and over | 115,426 | 43,223 | 72,203 | 13.3 | 10.5 | 15.8 |

(X) Not applicable
Source: U.S. Bureau of the Census, 1990 Census of Population and Housing, Summary Tape File 1 (100% Data)
Matrices P1, P5, P11, P12.

**U.S. Census Bureau**
**American FactFinder**

QT-P1G. **Age and Sex for the White Population: 1990**
Data Set: 1990 Summary Tape File 1 (STF 1) - 100-Percent data
Geographic Area: **Hamilton County, Ohio**

NOTE: For information on confidentiality, nonsampling error, and definitions, see
http://factfinder.census.gov/home/en/datanotes/expstf190.htm.

| Age | Number | | | Percent | | |
|---|---|---|---|---|---|---|
| | Both sexes | Male | Female | Both sexes | Male | Female |
| Total population | 672,972 | 321,258 | 351,714 | 100.0 | 100.0 | 100.0 |
| Under 5 years | 47,811 | 24,661 | 23,150 | 7.1 | 7.7 | 6.6 |
| Under 1 year | 8,559 | 4,377 | 4,182 | 1.3 | 1.4 | 1.2 |
| 1 and 2 years | 20,038 | 10,351 | 9,687 | 3.0 | 3.2 | 2.8 |
| 3 and 4 years | 19,214 | 9,933 | 9,281 | 2.9 | 3.1 | 2.6 |
| 5 to 9 years | 46,805 | 23,844 | 22,961 | 7.0 | 7.4 | 6.5 |
| 5 years | 9,728 | 5,013 | 4,715 | 1.4 | 1.6 | 1.3 |
| 6 years | 9,210 | 4,680 | 4,530 | 1.4 | 1.5 | 1.3 |
| 7 to 9 years | 27,867 | 14,151 | 13,716 | 4.1 | 4.4 | 3.9 |
| 10 to 14 years | 42,045 | 21,574 | 20,471 | 6.2 | 6.7 | 5.8 |
| 10 and 11 years | 17,870 | 9,201 | 8,669 | 2.7 | 2.9 | 2.5 |
| 12 and 13 years | 16,404 | 8,393 | 8,011 | 2.4 | 2.6 | 2.3 |
| 14 years | 7,771 | 3,980 | 3,791 | 1.2 | 1.2 | 1.1 |
| 15 to 19 years | 43,110 | 21,966 | 21,144 | 6.4 | 6.8 | 6.0 |
| 15 years | 8,199 | 4,192 | 4,007 | 1.2 | 1.3 | 1.1 |
| 16 years | 7,829 | 3,924 | 3,905 | 1.2 | 1.2 | 1.1 |
| 17 years | 8,193 | 4,287 | 3,906 | 1.2 | 1.3 | 1.1 |
| 18 years | 8,762 | 4,497 | 4,265 | 1.3 | 1.4 | 1.2 |
| 19 years | 10,127 | 5,066 | 5,061 | 1.5 | 1.6 | 1.4 |
| 20 to 24 years | 50,978 | 25,340 | 25,638 | 7.6 | 7.9 | 7.3 |
| 20 years | 10,218 | 5,050 | 5,168 | 1.5 | 1.6 | 1.5 |
| 21 years | 9,685 | 4,944 | 4,741 | 1.4 | 1.5 | 1.3 |
| 25 to 29 years | 58,645 | 29,174 | 29,471 | 8.7 | 9.1 | 8.4 |
| 30 to 34 years | 58,816 | 29,216 | 29,600 | 8.7 | 9.1 | 8.4 |
| 35 to 39 years | 52,485 | 25,939 | 26,546 | 7.8 | 8.1 | 7.5 |
| 40 to 44 years | 45,683 | 22,440 | 23,243 | 6.8 | 7.0 | 6.6 |
| 45 to 49 years | 35,495 | 17,108 | 18,387 | 5.3 | 5.3 | 5.2 |
| 50 to 54 years | 30,814 | 14,478 | 16,336 | 4.6 | 4.5 | 4.6 |
| 55 to 59 years | 30,696 | 14,356 | 16,340 | 4.6 | 4.5 | 4.6 |
| 60 to 64 years | 32,184 | 14,797 | 17,387 | 4.8 | 4.6 | 4.9 |
| 65 to 69 years | 30,093 | 13,047 | 17,046 | 4.5 | 4.1 | 4.8 |
| 70 to 74 years | 23,518 | 9,499 | 14,019 | 3.5 | 3.0 | 4.0 |
| 75 to 79 years | 19,190 | 6,881 | 12,309 | 2.9 | 2.1 | 3.5 |
| 80 to 84 years | 13,676 | 4,266 | 9,410 | 2.0 | 1.3 | 2.7 |
| 85 years and over | 10,928 | 2,672 | 8,256 | 1.6 | 0.8 | 2.3 |
| 18 years and over | 512,090 | 238,776 | 273,314 | 76.1 | 74.3 | 77.7 |
| 21 years and over | 482,983 | 224,163 | 258,820 | 71.8 | 69.8 | 73.6 |
| 62 years and over | 116,797 | 45,210 | 71,587 | 17.4 | 14.1 | 20.4 |
| 65 years and over | 97,405 | 36,365 | 61,040 | 14.5 | 11.3 | 17.4 |

(X) Not applicable
Source: U.S. Bureau of the Census, 1990 Census of Population and Housing, Summary Tape File 1 (100% Data)
    Matrices P6, P12.