# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **LEE E. MOORE,** | CASE NO. C-1-00-023 |
| Petitioner, | JUDGE DLOTT |
| vs. | MAGISTRATE JUDGE MERZ |
| **BETTY MITCHELL, Warden** | *DEATH PENALTY CASE* |
| Respondent. | |

## JOINT MOTION REGARDING EXPANSION OF RECORD

Come the parties, by counsel, and hereby jointly move the Court to permit the parties to expand the record in this action to include: all depositions taken in the course of discovery in this case, the files of Tim Deardorff, Bates Nos. 8335-8904; Charles Stidham's file, Bates Nos. 8914-9150, and Daniel James' files, Bates stamped 3001-3520.

The parties further jointly move the Court to permit them 30 days to July 16, 2005, inclusive, within which to assure that the records filed with the Court comply with this Court's requirement to redact social security numbers and to scan these documents for purposes of filing with the Court. This 30-day period will be necessary to complete these tasks.

Respectfully Submitted,

/s/ Laurence E. Komp
LAURENCE E. KOMP - 0060142
Trial Counsel
Attorney at Law
423 Madrina
Ballwin, MO 63021
Phone (636) 207 – 7330
Fax (636) 207 – 7351

-and-

/s/Michael J. O'Hara
MICHAEL J. O'HARA – 0014966
O'Hara, Ruberg, Taylor, Sloan & Sergent
25 Crestview Hills Mall Rd, Ste 201
P.O. Box 17411
Covington, KY 41017
Phone: (859) 331-2000
Fax: (859) 578-3365
**COUNSEL FOR PETITIONER**

-and-

*(per tele authorization of 6/17/05)*
/s/ Charles L. Wille, Esq.
Henry Appel, Esq.
Assistant Attorneys General for State of Ohio
Capital Crimes Division
State Office Tower
30 East Broad Street
Columbus, OH 43215-3428
Tele: 614-728-7055
Fax: 614-728-8600
**COUNSEL FOR DEFENDANT**