UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **LEE E. MOORE,** | ) CASE NO. C-1-00-023 |
| | ) |
| Petitioner, | ) JUDGE DLOTT |
| | ) |
| vs. | ) MAGISTRATE JUDGE MERZ |
| | ) |
| **BETTY MITCHELL, Warden** | ) |
| | ) *DEATH PENALTY CASE* |
| Respondent. | ) |

**ORDER GRANTING EXTENSION OF TIME**

The above matter having come before the Court on the Petitioner's Motion for Extension of Time to Expand Record,

IT IS HEREBY ORDERED that the Petitioner's Motion is **GRANTED** has up to and including August 8, 2005 within which to expand the record in this matter.

DATED THIS _____ DAY OF _____, 2005.

_____
MAGISTRATE JUDGE MICHAEL R. MERZ

cc:   Michael O'Hara, Esq.
      Laurence Komp, Esq.
      Charles Wille, Esq.