## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **LEE E. MOORE,** | ) | **CASE NO.  C-1-00-023** |
| | ) | |
| **Petitioner,** | ) | **JUDGE DLOTT** |
| | ) | |
| **vs.** | ) | **MAGISTRATE JUDGE MERZ** |
| | ) | |
| **BETTY MITCHELL, Warden** | ) | |
| | ) | *DEATH PENALTY CASE* |
| **Respondent.** | ) | |

### NOTICE OF FILING DOCUMENTS TO EXPAND RECORD

NOTICE is hereby given that the Petitioner hereby files the following Bates stamped documents to expand the record in this matter consistent with the agreement of the parties:

1.      Dr. David Chiappone, Bates Nos. 0001-0365.

2.      Tim Deardorff, Bates Nos. 8335-8904;

3.      Daniel James' files, Bates Nos. 3001-3520; and

4.      Charles Stidham's file, Bates Nos. 8914-9150;

Respectfully Submitted,

 /S/ MICHAEL O'HARA
MICHAEL J. O'HARA – 0014966
O'Hara, Ruberg, Taylor, Sloan & Sergent
25 Crestview Hills Mall Rd, Ste 201
P.O. Box 17411
Covington, KY 41017
Phone: (859) 331-2000
Fax: (859) 578-3365
**COUNSEL FOR PETITIONER**

and

LAURENCE E. KOMP - 0060142
Trial Counsel
Attorney at Law
423 Madrina
Ballwin, MO 63021
Phone (636) 207 – 7330
Fax (636) 207 – 7351

## CERTIFICATION

I hereby certify that I have, this 8TH day of August, 2005, mailed a copy of the foregoing pleading to the following attorneys of record:

Charles L. Wille, Esq.
Henry Appel, Esq.
Assistant Attorneys General for State of Ohio
Capital Crimes Division
State Office Tower
30 East Broad Street
Columbus, OH 43215-3428
**COUNSEL FOR DEFENDANT**

 /S/ MICHAEL O'HARA_____
MICHAEL O'HARA
O'HARA, RUBERG, TAYLOR, SLOAN & SERGENT

E:\DOCS\Moore-L.hc\Pleadings\Notice.filing bates.docs.wpd