Extracurriculars: no sports, no clubs no gangs either.

Humiliating Experience(s): Walking down hallway & Someone had taped a rubber to his back. He said he just laughed it off @ 16.

Friends at School/Peer Relationships: Real friends - 3 or 4 girls, & 2-3 guys. Mainly spent time w/people who weren't his friends.

XV. **WORK HISTORY:**

Financial Support: Said "I was doing a lot of everything" Stealing, Trafficking, & "getting $ from girls - though denies prostitution.

Present Employment/Last Job (When, Duties, Duration, Reason For Leaving):
Last job: 92 @ Super Savers Cinema - usher, for 3 mo., fired for No show
McDonalds for 2 mo, quit there

First Job (Age, Duration, Whose Idea For Job):
Krogers in 1991 for 5 mo, fired for No Show
"Be out there hanging w/the boys from the neigh"

Longest Period of Employment: Krogers for 5 mo.

Longest Period of Unemployment: 1½ yrs

Previous Jobs (Duration, Duties, Reason For Leaving):

Ability to Perform Duties: @ Cinema - OK

Job Skills: Ushers

Discharged/Fired (Reason): not showing up

Promotions: none

Work Attendance:

Relationship with Boss: Said Bosses were always on him about irresponsibility & being late.

Relationship with Co-workers: Got along good w/them, Sometimes C-W would pick up slack for him

XVI. CURRENT COMPLAINTS:

Said there were no complaints about life w/Dad. He wanted to change some things like getting a job & finishing school, but he felt ~~a~~ like there wasn't nothing he could do to change it. Didn't talk to anyone, just would go get 40 oz & weed to get it off his mind.

XVII. CURRENT LIFE SITUATION: CC 0042

Living Situation: Before HCJC was living w/fa. "Basically like I was living w/myself" Said he wasn't talking much to fa. Said he liked living there cause fa wouldn't nag him like mo. did. He liked being able to do what he wanted to do. Instead of always having mo telling him what to do. Fa charged him $100/mo & Δ got to keep the remaining $295 from the social security ck that he rec'd because FATHER was retired & Δ was still under 18.

**XVIII. CONCLUSIONS:**

Current Problems:

In the time that I've spent w/Δ he's always been logical, coherent. Able to concentrate on task or topic, offered some insight into his childhood, but not his behavior. He does not seem to recognize that he killed someone for no apparent reason.

General Impressions:

His IQ is at least average & may be higher. He has no difficulty understanding instructions put to him or questions about his personal life. He did say he felt let down by his father, but still enjoyed living with him. He said no was too strict always pushing him & getting in his business.

Recommendations:

to date (9-19-94) I have found no hx of violence, or mental illness, or questionable Conduct disorder because of the his previous (juvenile) ct. record.

Signature of Interviewer

9 27-94 The one message that keeps

Return to Jenny

## PSYCHOLOGICAL INTERPRETATION/TESTING REQUEST

Check if this is a request for interpretation of MMPI only: ✓

Defendant/Probationer's Name: Lee Edw. Moore

Case ID#: 07183

Age: 19

Sex: M D.O.B. 10-19-74

Race: AA

Estimated Intellectual Level: ave to below

Educational Status: GED 6-94

Briefly describe any mental illness history:

ϕ

Briefly describe any substance use/abuse history:

use of MJ & Etoh since 1989
denies it's a problem

Briefly describe any history of violence or other acting out:

this is a CAPITAL Case

Current criminal charge: Agg murder, etc.

Specific clinical concerns:

Requested by: Jenny O Date: 9-14-94

Results needed by: Dave Chiappone 10-4-94

---

Assigned Psychologist: Date:

MMPI Scoring Program

Applied Innovations, Inc.

by Arthur L. Aaronson

Copyright (C) 1983 -All Rights Reserved-

Name: Edward L Moore    Sex: Male

Date: 09/14/94    Age: 19

Test Form: BOOKLET FORM    Norms: MIN. ADULTS (K-COR)

| | L | F | K | 1 Hs | 2 D | 3 Hy | 4 Pd | 5 Mf | 6 Pa | 7 Pt | 8 Sc | 9 Ma | 0 Si |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Raw | 1 | 35 | 5 | 15 | 31 | 28 | 37 | 33 | 22 | 32 | 43 | 27 | 45 |
| Tscore | 40 | 110 | 36 | 67 | 84 | 71 | 97 | 74 | 91 | 79 | 99 | 78 | 72 |

MMPI Scoring Program

Applied Innovations, Inc.

Cannot say = 0 OR 0 %
# of True responses = 325 OR 57 %
# of False responses = 241 OR 42 %
F minus K = 30
Goldberg index = 80 Psychotic -if outpatient
TR index = 0
Carelessness index = 2
Taulbee-Sisson Score = 1 Schizophrenic
Welch Code = 846 *2''79503 '1 -L :F**K #

***Critical Items***

27 . Evil spirits possess me at times-True
33 . I have had very strange experiences-True
37 . I have never been in trouble because of my sex behavior-False
44 . Much of the time my head seems to hurt all over-True
48 . When I am with people I am bothered by hearing very queer things-True
121 . I believe I am being plotted against-True
139 . Sometimes I feel as if I must injure either myself or someone else-True
146 . I have the wanderlust and am never happy unless I am roaming or traveling about-True
156 . I have had periods in which I carried on activities without knowing later what I had been doing-True
179 . I am worried about sex matters-True
184 . I commonly hear voices without knowing where they come from-True
200 . There are persons who are trying to steal my thoughts and ideas-True
202 . I believe I am a condemned person-True
205 . At times it has been impossible for me to keep from stealing or shoplifting something-True
215 . I have used alcohol excessively-True
251 . I have had blank spells in which my activities were interupted and I did not know what was going on around me-True
293 . Someone has been trying to influence my mind-True
334 . Peculiar odors come to me at times-True
337 . I feel anxiety about something or someone almost all the time-True
339 . Most of the time I wish I were dead-True

CC 0046

***Frequently Scored Scales***

| Scale Name | Raw | T-Score | Profile (20 30 40 50 60 70 80 90 100) |
|---|---|---|---|
| A | 33 | 76 | . | | | * . . . |
| R | 14 | 47 | . | * | | . . . |
| MAS | 34 | 77 | . | | | * . . . |
| ES | 38 | 40 | . | * | | . . . |
| LB | 14 | 70 | . | | * . . . |
| CA | 22 | 73 | . | | |* . . . |
| DY | 38 | 70 | . | | * . . . |
| DO | 10 | 37 | . | * | | . . . |
| RE | 12 | 30 | . * | | . . . |
| PR | 21 | 67 | . | | * | . . . |
| ST | 18 | 51 | . | * | . . . |
| CN | 35 | 76 | . | | | * . . . |

MMPI Scoring Program

Applied Innovations, Inc.

| Scale Name | Raw | T-Score |
|---|---|---|
| MAC | 28 | 74 |
| O-H | 12 | 49 |

***Harris, Lingoes, & Serkownek Subscales***

| Scale Name | Raw | T-Score |
|---|---|---|
| D1 | 20 | 88 |
| D2 | 9 | 70 |
| D3 | 5 | 63 |
| D4 | 9 | 85 |
| D5 | 8 | 82 |
| HY1 | 1 | 36 |
| HY2 | 3 | 42 |
| HY3 | 10 | 83 |
| HY4 | 8 | 71 |
| HY5 | 3 | 53 |
| PD1 | 10 | 98 |
| PD2 | 11 | 92 |
| PD3 | 5 | 40 |
| PD4A | 16 | 88 |
| PD4B | 13 | 85 |
| PA1 | 12 | 95 |
| PA2 | 6 | 75 |
| PA3 | 1 | 36 |
| SC1A | 14 | 94 |
| SC1B | 6 | 83 |
| SC2A | 4 | 66 |
| SC2B | 12 | 105 |
| SC2C | 6 | 80 |
| SC3 | 7 | 69 |
| MA1 | 6 | 81 |
| MA2 | 6 | 66 |
| MA3 | 1 | 36 |
| MA4 | 6 | 71 |
| SI1 | 24 | 118 |
| SI2 | 5 | 55 |
| SI3 | 8 | 45 |
| SI4 | 8 | 88 |
| SI5 | 9 | 77 |
| SI6 | 5 | 79 |
| MF1 | 11 | 83 |
| MF2 | 4 | 54 |
| MF3 | 5 | 66 |
| MF4 | 1 | 33 |
| MF5 | 5 | 64 |
| MF6 | 1 | 21 |

***Wiggins Content Scales***

MMPI Scoring Program

Applied Innovations, Inc.

Scale Name Raw T-Score 20 30 40 50 60 70 80 90 100

| Scale Name | Raw | T-Score |
|---|---|---|
| SOC | 22 | 78 |
| DEP | 22 | 79 |
| FEM | 13 | 61 |
| MOR | 18 | 70 |
| REL | 2 | 36 |
| AUT | 18 | 71 |
| PSY | 34 | 95 |
| ORG | 12 | 66 |
| FAM | 11 | 81 |
| HOS | 19 | 69 |
| PHO | 5 | 48 |
| HYP | 13 | 53 |
| HEA | 14 | 74 |

***Tryon, Stein and Chu Cluster Scales***

| Scale Name | Raw | T-Score |
|---|---|---|
| TSC-I | 22 | 83 |
| TSC-II | 19 | 103 |
| TSC-III | 21 | 73 |
| TSC-IV | 26 | 111 |
| TSC-V | 16 | 80 |
| TSC-VI | 13 | 74 |
| TSC-VII | 20 | 79 |

***Weiner-Harmon Subtle-Obvious Subscales***

| Scale Name | Raw | T-Score |
|---|---|---|
| D-O | 22 | 82 |
| D-S | 9 | 45 |
| HY-O | 18 | 82 |
| HY-S | 10 | 43 |
| PD-O | 25 | 104 |
| PD-S | 12 | 62 |
| PA-O | 17 | 102 |
| PA-S | 5 | 45 |
| MA-O | 15 | 82 |
| MA-S | 12 | 60 |

MINNESOTA MULTIPHASIC PERSONALITY INVENTORY™*

S.R. Hathaway and J.C. McKinley

HAND-SCORED GROUP FORM ANSWER SHEET

Return to Jennings

Last Name: MOORE First: LEE Middle: EDWARD

Birth Date: 10.19.74 Age: 19 Sex: M Testing Date: 9.14.94

Scores: ? = ___ L = ___ F = ___ Hs = ___ D = ___

Hy = ___ Pd = ___ Mf = ___ Ma = ___ K = ___

Pa ___ + ___ = ___ Pt ___ + ___ = ___ Sc ___ + ___ = ___

Si ___ + ___ = ___ A ___ + ___ = ___ R ___ + ___ = ___ Es ___ + ___ = ___ MAC ___ + ___ = ___

CC 0049

Printed in the United States of America

27201

# WAIS-R RECORD FORM

WECHSLER ADULT INTELLIGENCE SCALE—REVISED

NAME Lee Moore

ADDRESS HCJC

SEX M AGE 19 RACE N MARITAL STATUS Single

OCCUPATION none EDUCATION 11th

PLACE OF TESTING HCJC-NSF TESTED BY Chiappone

## TABLE OF SCALED SCORE EQUIVALENTS*

| Scaled Score | Information | Digit Span | Vocabulary | Arithmetic | Comprehension | Similarities | Picture Completion | Picture Arrangement | Block Design | Object Assembly | Digit Symbol | Scaled Score |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | VERBAL TESTS | | | | | | PERFORMANCE TESTS | | | | | |
| 19 | — | 28 | 70 | — | 32 | — | — | — | 51 | — | 93 | 19 |
| 18 | 29 | 27 | 69 | — | 31 | 28 | — | — | — | 41 | 91-92 | 18 |
| 17 | — | 26 | 68 | 19 | — | — | 20 | 20 | 50 | — | 89-90 | 17 |
| | 28 | 25 | 66-67 | — | 30 | 27 | — | — | 49 | 40 | 84-88 | 16 |
| 15 | 27 | 24 | 65 | 18 | 29 | 26 | — | 19 | 47-48 | 39 | 79-83 | 15 |
| 14 | 26 | 22-23 | 63-64 | 17 | 27-28 | 25 | 19 | — | 44-46 | 38 | 75-78 | 14 |
| 13 | 25 | 20-21 | 60-62 | 16 | 26 | 24 | — | 18 | 42-43 | 37 | 70-74 | 13 |
| 12 | 23-24 | 18-19 | 55-59 | 15 | 25 | 23 | 18 | 17 | 38-41 | 35-36 | 66-69 | 12 |
| 11 | 22 | 17 | 52-54 | 13-14 | 23-24 | 22 | 17 | 15-16 | 35-37 | 34 | 62-65 | 11 |
| 10 | 19-21 | 15-16 | 47-51 | 12 | 21-22 | 20-21 | 16 | 14 | 31-34 | 32-33 | 57-61 | 10 |
| 9 | 17-18 | 14 | 43-46 | 11 | 19-20 | 18-19 | 15 | 13 | 27-30 | 30-31 | 53-56 | 9 |
| 8 | 15-16 | 12-13 | 37-42 | 10 | 17-18 | 16-17 | 14 | 11-12 | 23-26 | 28-29 | 48-52 | 8 |
| 7 | 13-14 | 11 | 29-36 | 8-9 | 14-16 | 14-15 | 13 | 8-10 | 20-22 | 24-27 | 44-47 | 7 |
| 6 | 9-12 | 9-10 | 20-28 | 6-7 | 11-13 | 11-13 | 11-12 | 5-7 | 14-19 | 21-23 | 37-43 | 6 |
| 5 | 6-8 | 8 | 14-19 | 5 | 8-10 | 7-10 | 8-10 | 3-4 | 8-13 | 16-20 | 30-36 | 5 |
| 4 | 5 | 7 | 11-13 | 4 | 6-7 | 5-6 | 5-7 | 2 | 3-7 | 13-15 | 23-29 | 4 |
| 3 | 4 | 6 | 9-10 | 3 | 4-5 | 2-4 | 3-4 | — | 2 | 9-12 | 16-22 | 3 |
| 2 | 3 | 3-5 | 6-8 | 1-2 | 2-3 | 1 | 2 | 1 | 1 | 6-8 | 8-15 | 2 |
| 1 | 0-2 | 0-2 | 0-5 | 0 | 0-1 | 0 | 0-1 | 0 | 0 | 0-5 | 0-7 | 1 |

*Clinicians who wish to draw a profile may do so by locating the subject's raw scores on the table above and drawing a line to connect them. See Chapter 4 in the Manual for a discussion of the significance of differences between scores on the tests.

Potential - Lost

| | Year | Month | Day |
|---|---|---|---|
| Date Tested | 94 | 9 | 17 |
| Date of Birth | 74 | 10 | 19 |
| Age | 19 | 10 | 28 |

## SUMMARY

| | Raw Score | Scaled Score | |
|---|---|---|---|
| **VERBAL TESTS** | | | |
| Information | 18 | 9 | |
| Digit Span | 15 | 10 | |
| Vocabulary | 50 | 10 | |
| Arithmetic | 9 | 7 | |
| Comprehension | 20 | 9 | |
| Similarities | 18 | 9 | |
| **Verbal Score** | | 54 | |
| **PERFORMANCE TESTS** | | | |
| Picture Completion | 13 | 7 | |
| Picture Arrangement | 16 | 11 | |
| Block Design | 28 | 9 | |
| Object Assembly | 25 | 7 | |
| Digit Symbol | 71 | 13 | |
| **Performance Score** | | 47 | |

| | Sum of Scaled Scores | IQ |
|---|---|---|
| VERBAL | 54 | 100 |
| PERFORMANCE | 47 | 97 |
| FULL SCALE | 101 | 100 |

THE PSYCHOLOGICAL CORPORATION
HARCOURT BRACE JOVANOVICH, INC.

Copyright © 1981, 1955, 1947 by The Psychological Corporation. Standardization Edition Copyright © 1976 by The Psychological Corporation. No part of this form may be copied by any process without permission. All rights reserved.
Printed in U.S.A.

CC 0051

9-991829

**1. INFORMATION** Discontinue after 5 consecutive failures.

| Item | Response | Score 1 or 0 |
|---|---|---|
| 1. Flag | | 1 |
| 2. Ball | | 1 |
| 3. Months | | 1 |
| 4. Thermometer | | 1 |
| START → 5. Sun | | 1 |
| 6. Presidents | RR, J.C., BC, JFK | 1 |
| 7. Weeks | I have to answer S.T. 125 | 0 |
| 8. Armstrong | Moon | 0 |
| 9. Panama | | 1 |
| 10. Labor Day | Aug – no – August | 0 |
| 11. Brazil | | 1 |
| 12. Hamlet | | 1 |
| 13. Civil War | | 1 |
| 14. Earhart | author – nurse | 0 |
| 15. Clothes | | 1 |
| 16. Italy | Sicily | 0 |
| 17. King | | 1 |
| 18. Genesis | | 1 |
| 19. Sahara | | 1 |
| 20. Relativity | | 1 |
| 21. Yeast | | 0 |
| 22. Senators | | 1 |
| 23. Paris | 900 – 1000 | 0 |
| 24. Blood vessels | | 1 |
| 25. Temperature | 300 – | 0 |
| 26. Curie | DK | 0 |
| 27. Population | 20 million | 0 |
| 28. Koran | | 1 |
| 29. Faust | | 0 |
| | **Total** | Max=29 18 |

Note: Be sure to include scores for Items 1-4 in Total.

**2. PICTURE COMPLETION** Discontinue after 5 consecutive failures.

| Item | Response | Score 1 or 0 |
|---|---|---|
| 1. Door | | 1 |
| 2. Tennis | | 1 |
| 3. Frog | | 1 |
| 4. Playing card | | 1 |
| 5. Car | quick | 1 |
| 6. Pitcher | | 1 |
| 7. Glasses | | 1 |
| 8. Pliers | | 1 |
| 9. Boat | Person | 0 |
| 10. Beach | [illegible] | 0 |
| 11. Mirror | | 1 |
| 12. Crab | | 1 |
| 13. Violin | Bow | 0 |
| 14. Sun | hat | 0 |
| 15. Watch | | 1 |
| 16. Leaf | | 1 |
| 17. Man | | 1 |
| 18. Horse | | 0 |
| 19. Female profile | [illegible] | 0 |
| 20. Woodpile | DK | 0 |
| | **Total** | Max=20 13 |

**3. DIGIT SPAN** Discontinue after failure on BOTH TRIALS of any item. Administer BOTH TRIALS of each item, even if subject passes first trial.

| Item | DIGITS FORWARD | Pass-Fail | Score 2, 1, or 0 |
|---|---|---|---|
| 1. | 5 - 8 - 2 | 1 | 2 |
| | 6 - 9 - 4 | 1 | |
| 2. | 6 - 4 - 3 - 9 | 1 | 2 |
| | 7 - 2 - 8 - 6 | 1 | |
| 3. | 4 - 2 - 7 - 3 - 1 | 1 | 2 |
| | 7 - 5 - 8 - 3 - 6 | 1 | |
| 4. | 6 - 1 - 9 - 4 - 7 - 3 | 1 | 2 |
| | 3 - 9 - 2 - 4 - 8 - 7 | 1 | |
| 5. | 5 - 9 - 1 - 7 - 4 - 2 - 8 | 1 | 2 |
| | 4 - 1 - 7 - 9 - 3 - 8 - 6 | 1 | |
| 6. | 5 - 8 - 1 - 9 - 2 - 6 - 4 - 7 | 0 | 0 |
| | 3 - 8 - 2 - 9 - 5 - 1 - 7 - 4 | 0 | |
| 7. | 2 - 7 - 5 - 8 - 6 - 2 - 5 - 8 - 4 | | |
| | 7 - 1 - 3 - 9 - 4 - 2 - 5 - 6 - 8 | | |
| | **Total Forward** | | Max=14 10 |

| Item | DIGITS BACKWARD* | Pass-Fail | Score 2, 1, or 0 |
|---|---|---|---|
| 1. | 2 - 4 | 1 | 2 |
| | 5 - 8 | 1 | |
| 2. | 6 - 2 - 9 | 1 | 2 |
| | 4 - 1 - 5 | 1 | |
| 3. | 3 - 2 - 7 - 9 | 0 | 1 |
| | 4 - 9 - 6 - 8 | 1 | |
| 4. | 1 - 5 - 2 - 8 - 6 | 0 | 0 |
| | 6 - 1 - 8 - 4 - 3 | 0 | |
| 5. | 5 - 3 - 9 - 4 - 1 - 8 | | |
| | 7 - 2 - 4 - 8 - 5 - 6 | | |
| 6. | 8 - 1 - 2 - 9 - 3 - 6 - 5 | | |
| | 4 - 7 - 3 - 9 - 1 - 2 - 8 | | |
| 7. | 9 - 4 - 3 - 7 - 6 - 2 - 5 - 8 | | |
| | 7 - 2 - 8 - 1 - 9 - 6 - 5 - 3 | | |
| | **Total Backward** | | Max=14 5 |

| Forward | | Backward | | Total (Max=28) |
|---|---|---|---|---|
| 10 | + | 5 | = | 15 |

*Administer DIGITS BACKWARD even if subject scores 0 on DIGITS FORWARD.

**4. PICTURE ARRANGEMENT** **Discontinue after 4 consecutive failures beginning with Item 2.**

| Arrangement | Order | Correct or *Acceptable* Order | Score (Circle) |
|---|---|---|---|
| 1. House 60" | 1 CAP 2 | CAP 2 | 0 1 (2) |
| 2. Flirt 60" | ATENJ | JANET *JNAET* or *AJNET* 45 | (0) 1 2 |
| 3. Romeo 60" | Shade | SHADE 17 | 0 (2) |
| 4. Louie 60" | Argues | ARGUES 22 | 0 (2) |
| 5. Enter 90" | Opens | OPENS *OENSP* 13 | 0 1 (2) |
| 6. Escape 90" | Hunt | HUNT 22 | 0 (2) |
| 7. Hill 90" | Helps | HELPS 50 | 0 (2) |
| 8. Fish 90" | Angler | ANGLER or ARNGLE *AGNLER* 34 | 0 1 (2) |
| 9. Robber 120" | Lunch | LUNCH 46 | 0 (2) |
| 10. Taxi 120" | Saloon | SAMUEL or AMUELS *SALMUE* 30 | (0) 1 2 |

**Note: Be sure to include scores for Items 1-5 in Total.**

*Total* Max=20: 16

| **5. VOCABULARY** **Discontinue after 5 consecutive failures.** | | **Score 2, 1, or 0** |
|---|---|---|
| 1. Bed | | 2 |
| 2. Ship | | 2 |
| 3. Penny | | 2 |
| START → 4. Winter | Cold Season | 2 |
| 5. Breakfast | | 2 |
| 6. Repair | | 2 |
| 7. Fabric | | 2 |
| 8. Assemble | | 2 |
| 9. Enormous | | 2 |
| 10. Conceal | | 2 |
| 11. Sentence | | 2 |
| 12. Consume | | 2 |
| 13. Regulate | | 1 |
| 14. Terminate | | 1 |
| 15. Commence | | 2 |
| 16. Domestic | | 2 |
| 17. Tranquil | | 2 |
| 18. Ponder | | 2 |
| 19. Designate | | 2 |
| 20. Reluctant | irresponsible | 0 |
| 21. Obstruct | | 2 |
| 22. Sanctuary | | 2 |
| 23. Compassion | | 0 |
| 24. Evasive | sharp - Avoid | 1 |
| 25. Remorse | | 2 |
| 26. Perimeter | | 2 |
| 27. Generate | | 1 |
| 28. Matchless | | 0 |
| 29. Fortitude | | 0 |
| 30. Tangible | worth sit. | 0 |
| 31. Plagiarize | | 2 |
| 32. Ominous | DK | 0 |
| 33. Encumber | | 0 |
| 34. Audacious | | 2 |
| 35. Tirade | DK | 0 |

46

**Note: Be sure to include scores for Items 1-3 in Total.**

*Total* Max=70: 50

**6. BLOCK DESIGN** Discontinue after 3 consecutive failures.

| Design | Time | Pass-Fail | Score (Circle the appropriate score for each design.) | | | | |
|---|---|---|---|---|---|---|---|
| 1. 60" | 1 13 | P | | 2 | | | |
| | 2 | | 0 1 | | | | |
| 2. 60" | 1 Time | Reversed | | 2 | | | |
| | 2 14 | P | 0 1 | | | | |
| 3. 60" | 11 | P | 0 | 16-60 4 | 11-15 5 | 1-10 6 | |
| 4. 60" | 7 | P | 0 | 16-60 4 | 11-15 5 | 1-10 6 | |
| 5. 60" | 26 | P | 0 | 21-60 4 | 16-20 5 | 11-15 6 | 1-10 7 |
| 6. 120" | 24 | P | 0 | 36-120 4 | 26-35 5 | 21-25 6 | 1-20 7 |
| 7. 120" | 68 | P | 0 | 61-120 4 | 46-60 5 | 31-45 6 | 1-30 7 |
| 8. 120" | Time | F 7/9 | 0 | 76-120 4 | 56-75 5 | 41-55 6 | 1-40 7 |
| 9. 120" | Time | F 6/8 | 0 | 76-120 4 | 56-75 5 | 41-55 6 | 1-40 7 |

Max=51

Total 28

(Encourage) he works like he has never been encouraged
systematic, down on self, "Damn"

#9 – "It's still going to be 3 in a row aint it"
put all together & then corrects –

**7. ARITHMETIC** Discontinue after 4 consecutive failures. not sure c math

| Problem | Response | Time | Score 1 or 0 |
|---|---|---|---|
| 1. 15" | | | 1 |
| 2. 15" | | | 1 |
| START → 3. 15" | 9 | 1 | 1 |
| 4. 15" | 4 | 2 | 1 |
| 5. (R) 30" | 1 50 [illegible] | 56 Time | 0 |
| 6. 30" | 6 | 10 | 1 |
| 7. 30" | 8 | 7 | 1 |
| 8. (R) 30" | 36 | 55 | 1 |
| 9. 30" | 10 50 | 30 | 1 |

Note: Be sure to include scores for Items 1-9 in Total.

| Problem | Response | Time | Score (Circle) | | |
|---|---|---|---|---|---|
| 10. (R) 60" | 25 - No - | Time | 0 | 11-60 1 | 1-10 2 |
| 11. 60" | 181 | 27 | 0 | 11-60 1 | 1-10 2 |
| 12. 60" | 600 | 27 | 0 | 11-60 1 | 1-10 2 |
| 13. 60" | 45 | 12 | 0 | 16-60 1 | 1-15 2 |
| 14. 120" | DK | 21 | 0 | 16-120 1 | 1-15 2 |

Max=19

Total 9

9

I'm tripping – Try to hard

CC 0054

**8. OBJECT ASSEMBLY** Give entire test to all subjects.

| Object | Time | Score (Circle appropriate score for each object.) |
|---|---|---|
| 1. Manikin 120" | 9 | 0 1 2 3 4 [21-120] 5 [16-20] 6 [11-15] 7 [1-10] 8 (perfect assembly) — circled: 8 |
| 2. Profile 120" | 33 | 0 1 2 3 4 5 6 7 8 [36-120] 9 [26-35] 10 [21-25] 11 [1-20] 12 (perfect assembly) — circled: 10 |
| 3. Hand 180" | 64 | 0 1 2 3 4 5 6 [51-180] 7 [36-50] 8 [26-35] 9 [1-25] 10 (perfect assembly) — circled: 5; X Fingers |
| 4. Elephant 180" | 180 | 0 1 2 3 4 5 6 7 [51-180] 8 [31-50] 9 [21-30] 10 [1-20] 11 (perfect assembly) — circled: 2 |

Max=41
Total 25

under breath "Fuck" c #4 - 7/8 correct!
push away self.
pounds fist on table

**9. COMPREHENSION** Discontinue after 4 consecutive failures.

| Item | Score 2, 1, or 0 |
|---|---|
| 1. Clothes | 2 |
| 2. Envelope | 2 |
| *3. Foods | 2 |
| *4. Child labor | 2 |
| 5. Deaf | 1 |
| 6. Borrow | 2 |
| 7. Movies | 1 |
| 8. License | 1 |
| 9. Taxes | 2 |
| 10. Forest — follow sun - (Q) DK | 0 |
| 11. Prescription | 1 |
| 12. Iron | 0 |
| 13. Land | 0 |
| 14. Brooks | 2 |
| 15. Swallow | 1 |
| 16. Press | 1 |
| Max=32 Total | 20 |

*If the subject replies with only one idea, ask for a second response. Rephrase the test item appropriately, saying, "Tell me another reason why...."

CC 0055

10. DIGIT SYMBOL

SAMPLES

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| — | ⊥ | ⊏ | ⌐ | ⊓ | O | V | X | = |

SCORE

11. SIMILARITIES Discontinue after 4 consecutive failures.

| | Score 2, 1, or 0 |
|---|---|
| 1. Orange—banana | 2 |
| 2. Dog—lion | 2 |
| 3. Coat—suit | 2 |
| 4. Boat—automobile | 2 |
| 5. Eye—ear | 2 |
| 6. Button—zipper *fasten clothes* | 1 |
| 7. North—west | 2 |
| 8. Egg—seed | 1 |
| 9. Table—chair *4/48* | 0 |
| 10. Air—water | 2 |
| 11. Poem—statue | 0 |
| 12. Work—play | 1 |
| 13. Fly—tree *neither can see* | 0 |
| 14. Praise—punishment *results of what you do* | 1 |
| Total | Max=28 18 |

14
4

CC 0056

24 25 A B C D E

# WECHSLER MEMORY SCALE FORM I

David Wechsler
Bellevue Hospital, New York

| | | Score |
|---|---|---|
| I. | Information | 5 |
| II. | Orientation | 5 |
| III. | Mental Control | 7 |
| IV. | Memory Passages | 8 |
| V. | Digits Total | 11 |
| VI. | Vis. Reprod. | 10 |
| VII. | Associate Lng. | 18.5 |
| | Total Raw Score | 64.5 |
| | Age Correction | 33 |
| | Corrected Score | 97.5 |
| | MQ (Table 3) | 100 |

NAME Lee Moore AGE 19 SEX m

REFERRED FOR Mitigation DATE 9/17/94 EXAMINER Chiappone

**I. PERSONAL AND CURRENT INFO.**

| | | Score |
|---|---|---|
| 1. | Age | 1 |
| 2. | When born | 1 |
| 3. | President of U.S. | 1 |
| 4. | Before him | 1 |
| 5. | Governor | 1 |
| 6. | Mayor | 0 Tillery |
| | Total | 5 |

**II. ORIENTATION**

| | | Score |
|---|---|---|
| 1. | Year | 1 |
| 2. | Month | 1 |
| 3. | Day | 1 |
| 4. | Where now | 1 |
| 5. | City in | 1 |
| | Total | 5 |

**III. MENTAL CONTROL** (Circle omits; cross out errors.)

| | | | Time | Errors | Score |
|---|---|---|---|---|---|
| 1. | (30") | 20 19 18 17 16 15 14 13 12 11 10 9 8 7 6 5 4 3 2 1 | 9 | 0 | 3 |
| 2. | (30") | A B C D E F G H I J K L M N O P Q R S T U V W X Y Z | 7 | 0 | 3 |
| 3. | (45") | 1 4 7 10 13 16 19 22 25 28 31 34 37 40 (33) | 25 | 1 | 1 |

Total Score: 

**IV. LOGICAL MEMORY**

(A) Anna Thompson/ of South/ Boston/ employed/ as a scrub woman/ in an office building/ reported/ at the City Hall/ Station/ that she had been held up/ on State Street/ the night before/ and robbed/ of fifteen dollars/. She had four/ little children/ the rent/ was due/ and they had not eaten/ for two days/. The officers/ touched by the woman's story/ made up a purse/ for her/.

(B) The American/ liner/ New York/ struck a mine/ near Liverpool/ Monday/evening/. In spite of a blinding/ snowstorm/ and darkness/ the sixty/ passengers including 18/ women/ were all rescued/ though the boats/ were tossed about/ like corks/ in the heavy sea/. They were brought into port/ the next day/ by a British/ steamer/. taken to England

(A) Number of Memories 11 (B) Number of Memories 5 Average Score = $\frac{(A+B)}{2} = \frac{\quad}{2} =$ 8

**V. (A) DIGITS FORWARD** WAIS-R

| | Score |
|---|---|
| 6-4-3-9 | 4 |
| 7-2-8-6 | 4 |
| 4-2-7-3-1 | 5 |
| 7-5-8-3-6 | 5 |
| 6-1-9-4-7-3 | 6 |
| 3-9-2-4-8-7 | 6 |
| 5-9-1-7-4-2-3 | 7 |
| 4-1-7-9-3-8-6 | (7) |
| 5-8-1-9-2-6-4-7 | 8 |
| 3-8-2-9-5-1-7-4 | 8 |

Draw a line through any series failed. Circle score for maximum number repeated correctly.

**(B) DIGITS BACKWARD**

| | Score |
|---|---|
| 2-8-3 | 3 |
| 4-1-5 | 3 |
| 3-2-7-9 | 4 |
| 4-9-6-8 | (4) |
| 1-5-2-8-6 | 5 |
| 6-1-8-4-3 | 5 |
| 5-3-9-4-1-8 | 6 |
| 7-2-4-8-5-6 | 6 |
| 8-1-2-9-3-6-5 | 7 |
| 4-7-3-9-1-2-8 | 7 |

Forward Score ____ Backward Score ____ Digits Total 11

CC 0057

Copyright 1945, renewed 1972 by The Psychological Corporation.
All rights reserved. No part of this record form may be reproduced in any form of printing or by any other means, electronic or mechanical, including, but not limited to, photocopying, audiovisual recording and transmission, and portrayal or duplication in any information storage and retrieval system, without permission in writing from the publisher. See Catalog for further information.

Printed in U. S. A. The Psychological Corporation, New York, N. Y. 10017

VI-A

VI-B

VI C-1. C-2

Fold Part VII under on broken line before giving paper to subject for drawing in Part VI.

VI. VISUAL REPRODUCTION A_____ B_____ C-1_____ C-2_____ Total_____

VII. ASSOCIATE LEARNING

| First Presentation | Second Presentation | Third Presentation |
|---|---|---|
| Metal - Iron | Rose - Flower | Baby - Cries |
| Baby - Cries | Obey - Inch | Obey - Inch |
| Crush - Dark | North - South | North - South |
| North - South | Cabbage - Pen | School - Grocery |
| School - Grocery | Up - Down | Rose - Flower |
| Rose - Flower | Fruit - Apple | Cabbage - Pen |
| Up - Down | School - Grocery | Up - Down |
| Obey - Inch | Metal - Iron | Fruit - Apple |
| Fruit - Apple | Crush - Dark | Crush - Dark |
| Cabbage - Pen | Baby - Cries | Metal - Iron |

CC 0058

| First Recall | Easy | Hard | Second Recall | Easy | Hard | Third Recall | Easy | Hard |
|---|---|---|---|---|---|---|---|---|
| North | | | Cabbage | | | Obey | | |
| Fruit | | | Baby | | | Fruit | | |
| Obey | | | Metal | | | Baby | | |
| Rose | | | School | | | Metal | | |
| Baby | | | Up | | | Crush | | |
| Up | | | Rose | | | School | | |
| Cabbage | | | Obey | | | Rose | | |
| Metal | | | Fruit | | | North | | |
| School | | | Crush | | | Cabbage | | |
| Crush | | | North | | | Up | | |
| TOTAL | | | TOTAL | | | TOTAL | | |

Easy 1)_____
2)_____
3)_____
(A)Total_____
A÷2
Hard 1)_____
2)_____
3)_____
(B)Total_____

SCORE
$\frac{A}{2}$ + B=

Lee moore
9/17/94
Copy
CC 0059

Lee Moore

9/17/94

Recall

CC 0060