**COMMUNITY DIAGNOSTIC & TREATMENT CENTER**

Cas  Name  *Lee Edw Moore*                                    Page  ①

| DATE | |
|------|---|
| 9-23-94 | PC to PAMELA KING Juv P.O |
| | |
| | @ 8⁴⁵AM busy |
| | @ 9³⁰ AM busy |
| | @ 10¹⁵ AM busy |
| | @ 12⁴² pm busy |
| | @ 3⁴⁵ pm No Answer |
| 9-26-94 | @ 10⁴⁰ AM No ANSWER |
| | left message on voice mail |
| | |
| 4-23-94 | Kevin Kirkpatrick a teacher |
| | @ Mt Healthy HS left a |
| | message that he could be |
| | reached between 7¹⁵ & 8²⁰ AM |
| | @ 729-0130 |
| | |
| | |
| | |
| | |
| | |
| | |

*J. O'Donnell, BS*
**Signature**

CC 0081

Case 1:00-cv-00035-SJD-MRM    Document    Filed 08/08/2005    Page 2 of 20

# HAMILTON COUNTY RESEARCH OPERATIONS AND PROGRAM EVALUATION SYSTEM

**SERVICE TICKET**   No. 34816

AGENCY NAME: COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

DATE: 09 , 23 , 94

NAME: lee E Moore, jr

CASE NUMBER: 0 7 1 8 3

- 2 ☐ HOURLY
- 3 ☐ DAY MEASURED
- 1 ☐ COMMUNITY/PREVENTION
- 4 ☑ COURT DIAGNOSTIC

NO. OF CLIENTS FOR BILLING PURPOSES: 1

| | FOR USE WITH SERVICE CODE 50 ONLY SEE BACK OF FORM | | | | CLIENT AUD. (COMM. SERV.) | SERVICE DETAILS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | LOCATION I. | CONTACT II. | ACTIVITY III. | CONTENT IV. | | STAFF CODE | SERV. CODE | UNITS | RECIP. NO. |
| A | | | | | | 6838 | 23 | .25 | |
| B | | | | | | | | . | |
| C | | | | | | | | . | |
| D | | | | | | | | . | |

| PREVIOUS BALANCE | CHARGES | PAYMENT | NEW BALANCE | PAYMENT DATE |
|---|---|---|---|---|
| | | | | |

| AGENCY | 41 | PROG. CENTER | 095 |
|---|---|---|---|

## PROGRESS NOTES:

On HCJC MHU Records
See White Sheet.    (1)

CC 0082

STAFF SIGNATURE(S) (A) McDonnell BS   (B)   (C)   (D)

## COMMUNITY DIAGNOSTIC & TREATMENT CENTER

Case Name _Lee Moore, Jr_____     Page_ # 1

| DATE | |
|---|---|
| 9-23-94 | HCJC MHU Records / Intake |
| | |
| | The only records in chart were medical records. |
| | Intake 1-12-94 |
| | 3 Sick calls slips  EAR ACHE, DISCHARGE from RINGWORM PENIS |
| | He seemed to refuse tx for the ear aches 5-10-94 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

_J. O'Donnell, BS_____
**Signature**

CC 0083

**SERVICE TICKET**

**No. 34332**

AGENCY
NAME COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

DATE 0 9 , 2 2 , 9 4
            mm      dd      yy

NAME _Lee Moore_

CASE NUMBER 0 7 1 8 3

2 ☐ HOURLY          1 ☐ COMMUNITY/PREVENTION
3 ☐ DAY MEASURED    4 ☑ COURT DIAGNOSTIC

NO. OF CLIENTS FOR
BILLING PURPOSES: 1

| | FOR USE WITH SERVICE CODE 50 ONLY SEE BACK OF FORM | | | | CLIENT AUD. (COMM. SERV.) | SERVICE DETAILS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | LOCATION I. | CONTACT II. | ACTIVITY III. | CONTENT IV. | | STAFF CODE | SERV. CODE | UNITS | RECIP. NO. |
| A | | | | | | 2005 | 21 | .75 | |
| B | | | | | | | | . | |
| C | | | | | | | | . | |
| D | | | | | | | | . | |

| PREVIOUS BALANCE | CHARGES | PAYMENT | NEW BALANCE | PAYMENT DATE |
|---|---|---|---|---|
| | | | | |

| AGENCY | 41 | PROG. CENTER | 055 |
|---|---|---|---|

PROGRESS NOTES:

A FTFC @ at 14CJC

STAFF SIGNATURE(S) A) _Theopmips_   B)   C)   D)

CC 0084

**AGENCY NAME** COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

DATE ___ / ___ / ___
mm / dd / yy

**NAME** _____

**CASE NUMBER** 0 7 1 5 3

2 ☐ HOURLY          1 ☐ COMMUNITY/PREVENTION
3 ☐ DAY MEASURED    4 ☐ COURT DIAGNOSTIC

**NO. OF CLIENTS FOR BILLING PURPOSES:** 1

| FOR USE WITH SERVICE CODE 50 ONLY SEE BACK OF FORM | | | | A.O.D. (COMM. SERV.) | SERVICE DETAILS | | | |
|---|---|---|---|---|---|---|---|---|
| LOCATION I. | CONTACT II. | ACTIVITY III. | CONTENT IV. | | STAFF CODE | SERV. CODE | UNITS | RECIP. NO. |
| A | | | | | 6838 | 23 | 30 | |
| B | | | | | | | . | |
| C | | | | | | | . | |
| D | | | | | | | . | |

| | PREVIOUS BALANCE | CHARGES | PAYMENT | NEW BALANCE | PAYMENT DATE |
|---|---|---|---|---|---|
| | | | | | |

| AGENCY | 41 | PROG. CENTER | 095 |
|---|---|---|---|

**PROGRESS NOTES:**

Collateral W/ Dick Flagg, Guidance Counselor @ Mt Healthy High School.

Mr Flagg worked W/ Lee as 1 on 1 in his office for a couple of years as a Counselor. Academically Lee was functioning in the 30th to 50th range of achievement. Mostly got D's & F's.

Frequent conversations W/ mother who was always concerned, involved about Lee's grades, & discipline problems.

Lee was always polite, but his academic motivation was not there. On 2 occasions he was successful in Summer school. Expelled one yr & transferred to Withrow.

91-92 He was there for 3 qtrs. Got mostly F's in those qtrs, and was failing that yr.

90-91 Did get mostly F's and lots of descipline problems.

89-90 Did pass some classes, but mostly W/ D's, some F's.

Flagg could not remember l ever being able to explain his lack of motivation. He did say after much prodding from Flagg & mother that (on 2 occasions) that

**STAFF SIGNATURE(S)** J. O'Donnell, BS

## COMMUNITY DIAGNOSTIC & TREATMENT CENTER

Case Name _Lee Moore, Jr_                                   Page _2_

| DATE | Collateral w/ FLAGG |
|------|---------------------|
| 9-21-94 | He would like to start over. Kind of turn over a new leaf, but Flagg said that was usually very short-lived. |
| | Flagg believes the few successes were because of mother's constant supervision & genuine interest in Δ's problems in school. |
| | Flagg will have any teachers who knew Moore call me with references to personality & group interactions. |
| | |
| | |
| | |
| | |
| | |
| | |

_JMay O'Donnell, BS_
**Signature**

CC 0086

AGENCY
NAME COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

DATE 09 / 30 / 94
         mm      dd      yy

NAME Lee Moore, Jr.

CASE NUMBER 1 7 1 8 3

2 ☐ HOURLY          1 ☐ COMMUNITY/PREVENTION
3 ☐ DAY MEASURED     4 ☒ COURT DIAGNOSTIC

NO. OF CLIENTS FOR
BILLING PURPOSES: 1

**FOR USE WITH SERVICE CODE 50 ONLY**
**SEE BACK OF FORM**

| | LOCATION I. | CONTACT II. | ACTIVITY III. | CONTENT IV. | CLIENT AUD. (COMM. SERV.) | SERVICE DETAILS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | STAFF CODE | SERV. CODE | UNITS | RECIP. NO. |
| A | | | | | | 6838 | 23 | .30 | |
| B | | | | | | 6838 | 23 | .20 | |
| C | | | | | | 6838 | 23 | .0 | |
| D | | | | | | | | | |

| | PREVIOUS BALANCE | CHARGES | PAYMENT | NEW BALANCE | PAYMENT DATE |
|---|---|---|---|---|---|

| AGENCY | 41 | PROG. CENTER | 095 |
|---|---|---|---|

PROGRESS NOTES:

Call to Mt. Healthy High School
    Guidance Office Secretary
        Mrs. Dorn - She said that she
has his file & can send info.
Said that Moore's Counselor was
Mr. Flagg, and 2 of his Teacher's
Emnick & Phallen have left
the School, but Mrs. Dorn said
that she'd leave Messages for
Flagg & the Others to call me
ASAP.

    I told her that we wanted to Speak
to anyone at the High School
who had Contact w/ Mr. Moore.


b: Call to South Jr. High School
    Principal Mr. Westerfeger said that
all of the Δ's information would go on
to his next school. ie High School.
    Doesn't remember Δ, though Westerfeld
was a Teacher @ Mt. Healthy for a
long time before moving up.

    Westerfeld said he would leave
a Message for any of the Teacher's
who May have Known Δ & have
them call me.

c: Call to Rex Ralph Elementary - Busy Signal

STAFF
SIGNATURE(S) J. O'Donnell, 38

CC 0087

AGENCY
NAME COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

| | FOR USE WITH SERVICE CODE 50 ONLY SEE BACK OF FORM | | | | CLI. AUD. (COMM. SERV.) | SERVICE DETAILS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | LOCATION I. | CONTACT II. | ACTIVITY III. | CONTENT IV. | | STAFF CODE | SERV. CODE | UNITS | RECIP. NO. |
| A | | | | | | 6835 | 23 | .75 | |
| B | | | | | | | | | |
| C | | | | | | | | | |
| D | | | | | | | | | |

DATE 01 / 20 / 94
     mm    dd    yy

NAME Lee Moore, Jr

CASE NUMBER 0 7 1 8 3

2 ☐ HOURLY          1 ☐ COMMUNITY/PREVENTION
3 ☐ DAY MEASURED    4 ☑ COURT DIAGNOSTIC

NO. OF CLIENTS FOR
BILLING PURPOSES:  1

| | PREVIOUS BALANCE | CHARGES | PAYMENT | NEW BALANCE | PAYMENT DATE |
|---|---|---|---|---|---|
| | | | | | |
| AGENCY | 41 | | PROG. CENTER | 015 | |

PROGRESS NOTES:

Collateral w/ Robin Thrasher, sister

Said that she saw her brother frequently until he got to 16 yrs years old. She said they were real close until he was getting into trouble at school. She counseled him to stay in school & to watch the company she kept. He would basically agree with her & tell her everything was fine.

She said she wanted a reason from him about what's driven him to that.

He said in response to that that he stopped caring about himself because he'd let everyone down when he first got into juvenile trouble. His other reason was that "a young boy needs his father." She said even as a 6 yr. he seemed to really take the divorce very hard. A couple of years later his mom called to surprise him with news that she'd been put back on first shift at GM. She said "Lee, guess what, I've got a big surprise for you." Lee's response was that "Are you & Daddy getting back together?"

She said that her parents divorced

STAFF
SIGNATURE(S) A J O'Donnell, BS    B    C    D

CC 0088

## COMMUNITY DIAGNOSTIC & TREATMENT CENTER

Case Name _Lee Moore, Jr._                    Page _2_

| DATE | |
|------|---|
| 9-20-94 | but they kept the problems to themselves "to spare the child." |
| | She said she doesn't even know why they got divorced and she was 16 or 17 years old. |
| | She said Lee was called the "Golden Child" by her & her sisters because he "had the best of both worlds" because he had a loving, supporting family and was also only child who was doted on by mother, and was sheltered by the whole family. She said he was never a temperamental child because he didn't need to be. He got whatever he wanted, though he should have learned the value of it because he saw everyone working so hard around him. |
| | She said she thinks that he was ostracized in school |

_Jeany O'Donnell, BS_
Signature

CC 0089

COMMUNITY DIAGNOSTIC & TREATMENT CENTER

Ca    Name  _Lee Moore Jr_                                        Page  _3_

| DATE | Robin Thrasher |
|------|----------------|
| 9-30-94 | because he had so much and the other kids didn't. She said when he was young he was often hassled, yet was taught not to fight. So it wasn't until Lee was 16 yrs old that he started to fight back. She said then he got into trouble with the courts and couldn't understand the unfairness of being punished when he was fighting back. |
| | She said she knew that he wanted a new car & in fact her husband had arranged an interview so that Lee could get a job. She said this was just another example of the family helping him out. |
| | Sister can see no reason for Lee to behave this way. As a family they have tried to get thru to him & feel that he is learning now while in |

_J. O'Donnell, BS_
Signature

CC 0090

COMMUNITY DIAGNOSTIC & TREATMENT CENTER

Case Name _Lee Moore, Jr_____    Page_ 4 _____

| DATE | Robin Thrasher |
|------|----------------|
| 9-20-94 | jail but it's too late now. She said they are all relying on their religious beliefs to help him now, as well as to help the victim's family. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

_J O'Donnell, BS_
Signature

CC 0091

## COMMUNITY DIAGNOSTIC & TREATMENT CENTER

Case Name _Lee Moore, Jr_                                        Page_ (1)

| DATE | |
|------|---|
| 9-19-94 | Call to Robin Thrasher |
| | Left message @ 351-9331 |
| | for return call. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

_Jenny O'Donnell, BS_
**Signature**

CC 0092

HAMILTON COUNTY RESEARCH
AND PROGRAM EVALUATION SYSTEM

SERVICE TICKET

No. 34730

AGENCY
NAME COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

DATE 09 / 19 / 94
m m   d d   y y

NAME Lee Moore, Jr

CASE NUMBER 0 7 1 8 3

2 ☐ HOURLY        1 ☐ COMMUNITY/PREVENTION
3 ☐ DAY MEASURED  4 ☑ COURT DIAGNOSTIC

NO. OF CLIENTS FOR
BILLING PURPOSES: 1

FOR USE WITH SERVICE CODE 50 ONLY
SEE BACK OF FORM

| | LOCATION I. | CONTACT II. | ACTIVITY III. | CONTENT IV. | CLIENT AUD. (COMM. SERV.) | STAFF CODE | SERV. CODE | UNITS | RECIP. NO. |
|---|---|---|---|---|---|---|---|---|---|
| A | | | | | | 6538 | 23 | 20 | |
| B | | | | | | | | • | |
| C | | | | | | | | • | |
| D | | | | | | | | • | |

SERVICE DETAILS

| PREVIOUS BALANCE | CHARGES | PAYMENT | NEW BALANCE | PAYMENT DATE |
|---|---|---|---|---|
| | | | | |

| AGENCY | 41 | PROG. CENTER | 095 |
|---|---|---|---|

PROGRESS NOTES:

Collateral w/ Shatunda Neal
She said that she's known Lee for about
3 years, They dated for 2½ years. She
was hesitant to talk to me, but did
say that Lee Moore, Jr definitely
had a problem with drugs & alcohol.

She said she didn't want to say
anymore until she'd spoken with
her mother for advice.

I told her that I wanted to speak
to Mr. Neal, also, and she said she'd
call back later with more info.

STAFF
SIGNATURE(S) [A] Frances O'Donnell RS [B] [C] [D]

CC 0093

**AGENCY NAME** COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

**DATE** 09 / 17 / 94

**NAME** Lee Moore, Jr.

**CASE NUMBER** 0 1 1 8 3

2 ☐ HOURLY
3 ☐ DAY MEASURED
1 ☐ COMMUNITY/PREVENTION
4 ☑ COURT DIAGNOSTIC

**NO. OF CLIENTS FOR BILLING PURPOSES:** 1

| | FOR USE WITH SERVICE CODE 50 ONLY SEE BACK OF FORM | | | | CLIENT AUD. (COMM. SERV.) | SERVICE DETAILS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | LOCATION I. | CONTACT II. | ACTIVITY III. | CONTENT IV. | | STAFF CODE | SERV. CODE | UNITS | RECIP. NO. |
| A | | | | | | 6838 | 23 | 80 | |
| B | | | | | | | | | |
| C | | | | | | | | | |
| D | | | | | | | | | |

| PREVIOUS BALANCE | CHARGES | PAYMENT | NEW BALANCE | PAYMENT DATE |
|---|---|---|---|---|
| | | | | |

| AGENCY | 41 | PROG. CENTER | 075 |
|---|---|---|---|

**PROGRESS NOTES:**

Collateral w/ Fa Lee Moore, Sr. Said that parents divorced when Lee was 6 yrs. old. Fa said before divorce he'd take his son to the park after work, tried to teach him to swim, and sometimes take him on jobs with him.

After divorce Mr Moore said that he got his son every other weekend and sometimes 4-6 weeks during the summer. Fa said on those occasions he'd take son to Cleveland, Detroit, Alabama. Said son was interested in basketball, but no other professions.

Mr Moore said his son came to live w/ him a year before "he got into that trouble." He said when Lee, jr came back to fa's house, fa tried to get Lee to go back to school. When Lee would not return home for curfew Fa said he'd talk to his son and son would listen and tell fa he'd obey, but son wouldn't behave.

Fa said he "thought everything was going along pretty good w/ Lee, except for his little troubles back home." Fa said Lee has since told him that he felt unable to talk to fa.

Fa said that he bought Lee the ½ car

**STAFF SIGNATURE(S)** A O'Connell, BS

CC 0094

COMMUNITY DIAGNOSTIC & TREATMENT CENTER

Case Name _Lee Moore, Jr_                                    Page _2_

| DATE | collateral w/Lee Moore, Jr |
|---|---|
| 9-19-94 | and when Lee complained about the transmission Fa told him to get a job to pay for it. Fa said he took Lee to see about getting some jobs. |
| | He treated his stepmother & stepmother-in-law with utmost respect, and was always courteous |
| | Fa said that his son had come home drunk and came home high sometimes. Fa said he had told Lee about Fa's older brother who died of alcoholism @ age 60. Fa thought Lee might have been leading up to alcoholism. Fa said he talked to his son regularly about not drinking, but Fa admits that Lee would take 40oz bottles to his room & would sometimes steal Fa's gin. |

J. O'Donnell, BS
**Signature**

## COMMUNITY DIAGNOSTIC & TREATMENT CENTER

Ca__ Name _Lee Moore, Jr_                                      Page _3_

| DATE | Collateral w/ fa Lee Moore, Sr |
|------|--------------------------------|
| 9-19-94 | Fa said that Lee had taken the |
|  | gun from Fa's cabinet by going |
|  | thru the back of the gun cabinet. |
|  | Fa said that he thinks Lee |
|  | might have taken it when Fa was |
|  | out of town for a few days after |
|  | Lee had been jumped. |
|  | Fa said Lee was very shaken after |
|  | having been robbed at gunpoint |
|  | at Swifton. Fa said I told Fa he |
|  | might know who did it, and Fa |
|  | counseled his son to just forget about |
|  | it and go on. Lee told fa he would |
|  | let it go, but later father found |
|  | out (after murder) that Lee, Jr took |
|  | two handguns out of gun |
|  | cabinet, along with ammunition. |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Suzy O'Donnell, BS
**Signature**

CC 0096

**SERVICE TICKET**

NO. 34729

AGENCY
NAME: COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

DATE: 07 / 17 / 94

NAME: ___ Moore, L.

CASE NUMBER: 0 7 1 8 3

- 2 ☐ HOURLY
- 3 ☐ DAY MEASURED
- 1 ☐ COMMUNITY/PREVENTION
- 4 ☑ COURT DIAGNOSTIC

NO. OF CLIENTS FOR BILLING PURPOSES: 1

| FOR USE WITH SERVICE CODE 50 ONLY SEE BACK OF FORM | | | | CODE AUTH (COMM. SERV.) | SERVICE DETAILS | | | |
|---|---|---|---|---|---|---|---|---|
| LOCATION I. | CONTACT II. | ACTIVITY III. | CONTENT IV. | | STAFF CODE | SERV. CODE | UNITS | RECIP. NO. |
| A | | | | | 6838 | 93 | .30 | |
| B | | | | | | | . | |
| C | | | | | | | . | |
| D | | | | | | | . | |

| | PREVIOUS BALANCE | CHARGES | PAYMENT | NEW BALANCE | PAYMENT DATE |
|---|---|---|---|---|---|
| AGENCY | | | | | |

AGENCY 41    PROG. CENTER 095

PROGRESS NOTES:

James Ray, friend of father,

Has known Lee, jr since Lee was 6 years old. The boy grew up w/ James Ray's grandson.

Mr. Ray said that as a boy the D was very bright and played well with the other kids.

He said the 2 Moore men & Mr Ray & his grandson would go boating, go to the park or play ball somewhere. He said Lee was no momma's boy, but he was really very polite, and always well behaved.

Mr. Ray said there was a change in D after he got robbed, out at Swifton. The robbers took his jewelry, shoes & beeper. After that the D had to call his father to come & get him and was a little more quiet than usual. Mr. Ray said D never talked about doing anything about the boys who had jumped him.

Mr. Ray said he can't believe Lee did this, there must be more to it than we know.

STAFF SIGNATURE(S): (A) J. O'Donnell, BS    (B)    (C)    (D)

CC 0097

# HAMILTON COUNTY RESEARCH OPERATIONS AND PROGRAM EVALUATION SYSTEM

**SERVICE TICKET**

**No.** 34727

AGENCY NAME COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

| FOR USE WITH SERVICE CODE 50 ONLY SEE BACK OF FORM | | | | | SERVICE DETAILS | | | |
|---|---|---|---|---|---|---|---|---|
| | LOCATION I. | CONTACT II. | ACTIVITY III. | CONTENT IV. | CL. AUD. (COMM. SERV.) | STAFF CODE | SERV. CODE | UNITS | RECIP. NO. |
| A | | | | | | 6838 | 23 | 0 | |
| B | | | | | | | | | |
| C | | | | | | | | | |
| D | | | | | | | | | |

DATE 01 / 19 / 94
mm / dd / yy

NAME Lee Edw Moore

CASE NUMBER 0 7 1 8 3

2 ☐ HOURLY
3 ☐ DAY MEASURED
1 ☐ COMMUNITY/PREVENTION
4 ☑ COURT DIAGNOSTIC

NO. OF CLIENTS FOR BILLING PURPOSES: 1

| PREVIOUS BALANCE | CHARGES | PAYMENT | NEW BALANCE | PAYMENT DATE |
|---|---|---|---|---|
| | | | | |

AGENCY 41    PROG. CENTER 095

PROGRESS NOTES:

Collateral w/ juvenile probation officer
Pamela KING @ 852-8747
@ 236pm No ANSWER / No MACHINE

Left message @ Main desk for King
632-8198 Voice mail.

STAFF SIGNATURE(S) (A) McDonnell, PS (B)    (C)    (D)

CC 0098

## COMMUNITY DIAGNOSTIC & TREATMENT CENTER

Case Name _Lee E Moore, Jr_                                        Page ___①___

| DATE | |
|------|---|
| 9-19-94 | Left message for Chuck Stiddam to let him know that we had not rec'd records from him yet. @ 2pm |
| 9-19-94 | Tried to contact Wayne Neal @ 742-8392. According to Δ Mr. Neal was a mentor & friend. @ 2¹⁵pm NA |
| | Tried to contact Robt Hayden a childhood friend of Δ @ 151-3309. @ 2¹⁶pm NA |

_J O'Donnell, BS_
**Signature**

CC 0099

## COMMUNITY DIAGNOSTIC & TREATMENT CENTER

Case Name _Lee Moore_                    Page (1)

| DATE | |
|------|---|
| 9-19-94 @ 1pm | Collateral to Lee Moore, Sr. (Father) Robin Moore (Sr's grand daughter) answered the phone & said that Sr. would not be home for about 1hr. She took my name & # and said that she'd give it to Sr. |
| | |
| | Called again @ 3:15pm |
| | |

Jane O'Donnell BS
Signature

CC 0100