A: Uh he put told me put his ca... uh plates on the car.

Q: So you put Lee's plates on the car?

A: Yeah.

Q: Okay. An' then what what was Lee doin' while you were doin' this?

A: He was takin' uh some bags from out the car into the house.

Q: Okay.

A: Into my house. He pu... he put 'em all in my room an' everything.

Q: What was in the bags?

A: Clothes, shoes, uh he has a lot of check books in there.

Q: Okay what you do with some of the stuff?

A: Threw all of 'em in the dumpster.

Q: You just go through the bags see what's...

A: He went through the bags.

Q: Huh?

A: He went through the bags.

Q: You're sayin' he did. You go through the bags too?

A: I ain't go through the bags. I went back next door to go baby-sit.

Q: Okay so you're sayin' he went through the bags an' then went threw the stuff in the dumpster?

A: Yeah.

Q: Is any of the stuff still at your house from...

A: No.

Q: the bags?

CC 0221

A: But it's it's still one thing in the dumpster though. His his suit still in the dumpster.

Q: His suit still in the dumpster?

A: Yeah cause the garbage man haven't came yet.

Q: Huh?

A: Th.. th.. He he kept the suit cause he just gonna wear the suit. He's gonna keep the suit.

Q: Lee was?

A: Yeah.

Q: Okay.

A: An' he he is gonna keep this little kit. Emergency kit too. An' he kept all that. An' lets see what else he keep. Think think think. Uh the window thing. Uh scrape the snow off.

Q: Where's that at?

A: It's that's still in the car.

Q: That's in the car okay. What's in the dumpster now?

A: Uh his suit.

Q: His suit.

A: Yeah.

Q: An' where's the dumpster at in comparison to your...

A: Right 'bout...

Q: house?

A: to my... Right next to my house.

Q: It's right next to your house?

A: Yeah.

Q: Is it just one dumpster?

CC 0222

A: Uh it's dumpster right here, dumpster right there. I I live in a court courtyard or somethin'. It's it's different dumpsters. --- three or four different dumpsters.

Q: Well which ones the one?

A: Uh the one by my house.

Q: The closest to your house?

A: Yeah.

Q: Okay. So then what happen then?

A: Then after that I went back over Angela house. Angela asked 'im for a ride uh to go ta um go whatever she wanted she wanted to they wanted to go to the store. An' then she said she ain't gettin' in that car cause she uh says she know it's stolen. Cause you know Lee can't get no car like that. An' said they ain't get in it but they got in it anyway an' they went to the store. It was...

Q: Now who's this that did this?

A: Uh...

Q: Angela?

A: Uh An... Angela an' Keisha an' uh ss... what's her name? --- , they all got in the car uh with Lee an' went to the store with 'im. They asked to take 'em to the store. An' he would just say how how he got this car. He told he told everybody he told me an' Jason tell everybody he got it from a dope feen.

Q: Okay. So he didn't tell anybody he shot anybody?

CC 0223

Page 16

A: Naw. He ain't tell nobody.

Q: Okay.

A: Only people knew is me, Jason an' Lee.

Q: Alright. Then what happen, uh next day...

A: Next day...

Q: Saturday...

A: uh I wanted to go to the store, go an' get my girlfriend somethin'. An' Lee he was goin' ta uh...

QQ: Where where did Lee stay that night?

A: He spent the night at my house that night.

QQ: Okay.

A: Then uh after that we got we got up in the morning. Jason was gonna go to the uh store at at first an' buy me what I needed for my girlfriend. I ain't get the I didn't get 'er nothin'. I ain't get 'er nothin' at all. An' lets see... He got he got his little stuff an' some bracelet, necklace...

Q: Who's this?

A: Huh? This Lee Lee.

Q: Where did yas where did... You got up the next mornin..

A: Yeah. Went to Northgate first.

Q: You an' Lee did?

A: Yeah.

Q: What car did you drive?

A: The Taurus.

Q: The Taurus. You an' Lee went to the Northgate. You went where at Northgate, what store?

CC 0224

A: Uh to the jewelry store in JC Penny's.

Q: Alright. An' what did ya get there?

A: He got uh uh a necklace an' a bracelet in the jewelry store an'...

QQ: How'd he pay for those things?

A: With the charge card.

Q: The...

A: The...

Q: the guy that...

A: JC Penny...

Q: got killed charge card?

A: Yeah.

Q: An' was this a female for this was his...

A: Yeah it was...

Q: bracelet...

A: his girlfriend.

Q: It was his girlfriend...

A: Tonya's..

Q: Tonya's. Okay he paid for this with a charge card or the victim's...

A: Yeah.

Q: charge card?

A: Yeah.

Q: Did he get --- anything else he got there in Northgate?

A: He went up to the department stores for clothes af... alth... athletics An' he bought himself some hats an' sweat pants an' sweat shirts. An' that's that's about

CC 0225

Page 18

it at that store.

QQ: Did you ask if you could buy anything on the credit card?

A: I asked I asked for uh one thing. Then I said naw I don't want nothin'. I told 'im I ain't want nothin'. Jason wanted somethin'. But...

Q: Was Jason with yas?

A: Naw Jason wasn't with us.

Q: He just told ya to get somethin' for 'im?

A: Yeah. But I ain't get 'im nothin'.

Q: What did you uh... what did you want 'im to get ya?

A: Aw I wanted the ring. But I said naw.

Q: Why didn't ya get it?

A: I don't know.

Q: Huh?

A: I just didn't feel like gettin' it. I mean I ain't wanna get it. An' plus Lee was lookin' out for his self anyway. He'll lookin' for just him an' the girlfriend somethin'. Uh he wan't really worried about me an' Jason...

Q: Okay.

A: gettin' anything.

Q: Alright.

A: So then we went to Tricounty Mall an' he bought uh Herringbone at the jewelry store, JC Penny's an' a gold nugget. Herringbone was up ta seven hundred an' ninety-nine, an' the nugget was two somethin'. Cause I

CC 0226

remember that price cause I was like damn this a big price. An' then after that we went back to the uh car an' we went back to my house after that. Then he left an' went home, then he picked up his friend an' then he left... then his friend him an' friend they went out an' --- about five or six five or ten minutes an' left an' he went over his his girlfriend house.

Q: Okay. Um did you you su... you sure you didn't get any...

A: I'm sure...

Q: you didn't buy anything?

A: I'm sure...

Q: Where's the credit ca... where's the uh credit cards at now?

A: --- cut cut 'em up.

Q: Huh?

A: Cut 'em up.

Q: Who cut 'em up?

A: Jason did.

Q: Jason cut 'em up?

A: Yeah cause they was it was all empty. Cause Jason he was gonna try to use it.

Q: Huh? Aw after Lee got home Jason was gonna try to use it?

A: Yeah Lee gave it to 'im... Lee gave it to 'im knowin' it was empty.

Q: What do mean empty?

CC 0227

A: It didn't have no more mo... It didn't have no more money in it.

QQ: They burned 'em up. They had maxed out the limits on 'em?

A: Yeah.

QQ: How did he know that?

A: Ss... I ain't even for sure. I --- know ya all tell ya how much money you got left in there. I guess he try... I don't know if he try to buy somethin' else or not. But I think he knew it empty cause Jason had the card. Jason couldn't even buy nothin' that cost two dollars.

Q: Hum did he try?

A: Yeah Jason tried.

QQ: What where did...

Q: Where at?

QQ: he try?

A: He tried at uh Tricounty Mall.

Q: When the same day?

A: Yeah.

QQ: Did he tell ya what he tried to buy?

A: Uh I was with 'im. He tried to buy this little vase that cost two dollars cause... He tried to first he tried to buy some guy shoes an' they wouldn't come out so he tried he kept tryin' this little he tried this little vase cost only two dollars an' he say it wan't really nothin' more in the card. No more. So Jason cut it all up.

CC 0228

Q: Okay. What uh... Where's the gun at?

A: Uh should be at my house.

Q: Huh?

A: He left it over my house.

Q: He left it over your house?

A: Yeah. Under my couch pillow up in my room.

Q: When's the last time you seen that gun?

A: This mornin'.

Q: You saw... You saw the gun this morning?

A: Yeah it's in my room.

Q: Where at in your room?

A: In under my couch pillow. It's two guns under there. It's a .32 an' a .357.

Q: Okay.

QQ: An' which gun did he have with 'im that night?

A: The .357.

Q: He use the .357?

A: Yeah.

QQ: What what does it look like?

A: Uh it's it got barrels to it. An' it got a uh a short a um it's got a short barrel an' uh what's that thing called.

Q & QQ: The grips?
The grips?

A: That turn around?

Q: Yeah.

QQ: Cylinder?

A: Huh?

CC 0229

QQ: The cylinder?

A: Yeah I guess.

QQ: Where you put the bullets in?

A: Yeah.

QQ: Okay.

A: It got got one of them. An' it's nickel plated I know that cause he uh talkin' about it he got nickel plate .357.

Q: Di... what did he do with the bullets in the gun, did he uh take any bullets out of it?

A: It's it's five bullets already in there.

Q: Alright.

QQ: Okay what happen to the one bullet...

A: That's the one used...

QQ: after it was shot?

A: That's...

QQ: ---.

A: the one.

QQ: Okay what happen to that one?

A: He flushed that down the toilet he said. But not in my house though. Said he just flushed it down the toilet.

Q: Okay. Lets go back... Lets go back to uh when you guys were drivin' the car...

A: Um hum.

Q: to uh Cumminsville. Was this guy beatin' on the trunk or anythin', makin' any noise?

CC 0230

A: Naw. Lee told 'im don't say nothin'. If he talk or what ever he's gonna uh come back there an' kill 'im.

Q: When did he tell 'im that?

A: When they was in Fairfield.

Q: How do you know that?

A: Cause he told me.

Q: He told ya that?

A: Yeah.

QQ: Did he talk to 'im when you guys were back at the apartment down on Clovernook? Did he say anything to 'im there like you know...

A: Naw.

QQ: --- ---?

A: Naw he didn't say nothin' at all. He didn't say nothin' to 'im. He he didn't hit on the trunk on nothin'.

Q: How come you went with Lee instead of Jason?

A: Cause I guess Lee thought I was gonna do the work for 'im. He didn't ask me nothin' on the way. I guess I talk all this stuff an' say I'll do this an' that. He thought I'd do it but I ain't do it. I ain't pull the trigger.

QQ: Did he put the gun in your hand?

A: Naw he ain't give me the gun.

QQ: He did did did at any point in time did he ask you to get out an' do it?

A: Naw. He ain't tell me to do it at all.

Q: Well why would he bring ya then?

CC 0231

A:  Ss... I guess that's the thing. Ta sh... ta show me of what he had did.

Q:  Well why wouldn't he show Jason? Why...

A:  Jason...

Q:  why you?

A:  Cause Jason he scared of a lot of stuff you know. He don't want his name in nothin'.

Q:  Why did he wanna kill this guy? Why didn't he just let 'im let 'im go? Take 'im some where an'...

A:  Cause he was hopin' he had all kind of credit cards an' stuff that he could use an' get more stuff. He he tried he made this he made a check out to his self an' said for three hundred dollars an' he couldn't cash it or nothin'.

Q:  He made a check out himself?

A:  Yeah for like a personal check to 'im.

Q:  This guy's check?

A:  Yeah.

Q:  An' where's that at?

A:  He threw that away. Tore it up.

QQ: But if he wanted to show you what he could do you never got out of the car you said.

A:  No.

QQ: You never saw him do...

A:  I I don't know why he took me. But I guess he wanted to show off in front of me or somethin'. But he he got he wanted me to do it. I know he wanted me to do it.

Q: How'd you know that?

A: Because he he ask me one time before would I ever kill somebody. An' I said I don't know, I might. But I guess since he thought that, he thought I kill dude for 'im.

Q: He thought you'd kill this guy for 'im?

A: Yeah.

Q: Well if he thought that he he'd have to ask ya.

A: But he didn't ask me. He didn't ask me all that night.

Q: You didn't get out of you didn't get you got out.... Only time you got out of the car was...

A: To get the keys.

Q: to get the keys. Why didn't ya just stay out?

A: Cause I ain't wanna stay out there. It was cold outside an' for once an' then...

Q: But you knew what was gonna happen how come you just didn't stay out there?

A: Cause I ain't wanna sit there an' watch.

Q: Why? You went along with it. You were there.

A: I don't know but I didn't wanna see...

Q: It don't make sense you gettin' back in the car.

A: I got back in the car. I start the car up an' I just sat there in the car. That's all. I ain't gettin' out an' watchin' nothin'. I try... I tried to see but I can't see nothin' cause the trunk was in the way.

Q: Did you help get this pull this guy out of the trunk?

A: I ain't touch 'im at all.

CC 0233

Q: Hum?

A: I never got to see his face.

Q: So you an' you an' Jason went went to uh back out to Tricounty the next day right?

A: Same...

Q: with this guy's...

A: the same...

Q: credit car?

A: The same day.

Q: Same day. I'm sorry.

A: Yes.

Q: An' Jason was gonna try to get a vase. What were you gonna try to get with it?

A: I wan't gonna get nothin' out of it.

Q: Huh?

A: I wan't gonna get nothin'.

Q: You weren't gonna get... How come you went out there with Jason then?

A: Cause my aunt --- dropped us off.

Q: Your aunt dropped yas off?

A: Yeah. Cause I ain't wanna get nothin' cause I ain't had no money. She knew I ain't had no money. An' I ain't want 'er askin' me no questions.

Q: So what you're sayin' is is that Lee went an' used the card an' Jason was gonna use the it but you didn't wanna use it?

A: I ain't wanna use it. I told you at first I wanted to

|   |   |
|---|---|
| | get somethin' --- Lee when I with Lee. |
| Q: | Huh? |
| A: | I told ya at first I wanted to get somethin' when I was with Lee. |
| Q: | You wanted to get ya a ring. |
| A: | I wanted 'im to. |
| Q: | Did ya ask 'im to? |
| A: | Huh? |
| Q: | Did ya ask 'im to? |
| A: | I said he should buy me this. He said I should just wait. |
| Q: | Why should you wait? |
| A: | I ain't know. Cause I told ya he lookin' out for his self. |
| Q: | Yeah but... |
| A: | He wanted to get his self everythin' before he... Him an' the girl he wanted to get him an' the girl somethin' for anythin' before he get anybody else somethin'. |
| Q: | But you plannin' on gettin' somethin' then right? |
| A: | I said I wanted somethin' but then I decided I ain't want nothin'. |
| Q: | But he you said he said just wait though right? |
| A: | Yeah. |
| Q: | So he you couldn't of got it anyway? |
| A: | I could of got it. |
| Q: | Well you just said he told you to wait. |
| A: | Yeah he did tell me to wait. He told me to wait. I |

CC 0235

|   |   |
|---|---|
| | could of got somethin' later that day but I didn't want nothin'. |
| Q: | But... |
| A: | You see ---... |
| Q: | Yeah but the time you wanted somethin' he said no then right? |
| A: | Yeah. Told me no. |
| Q: | You wanted him to get cha a ring. |
| A: | I wanted him to yeah. |
| Q: | Anything else? |
| QQ: | No. |
| Q: | Anything else you can remember about this uh Larry? |
| QQ: | Let me ask ya one more thing. After this was all said an' done, has he said anything to you about keepin' your mouth shut, don't say anything... |
| A: | Yeah he told uh... |
| QQ: | --- --- |
| A: | He told me don't tell nobody, nobody at all. It's just between me, him an' Jason. |
| QQ: | Okay. An' that's all. He never made any other remarks about you know... |
| A: | No. |
| QQ: | No repercussions if you would tell anybody? |
| A: | No repercussions? |
| QQ: | Yeah. If anything have you know he never said that he'd do anything if you told? |
| A: | No. He ain't say nothin' like that. |

Q: Why did uh... Why did you uh... Let me ask you this. Why did you get why did you get in that car when you knew this guy was in the trunk?

A: I don't even know.

Q: Huh?

A: I don't know.

Q: An' you kne... you saw the gun an' you knew what he was gonna do, why didn't you just say stop an' let me out of here?

A: Cause I was scared he was gonna think I was a punk.

Q: Huh?

A: I was scared he was gonna think I was a punk.

Q: Well wouldn't he think you were a punk if you did if you sat in the car an' didn't get out the car an' help he yank this guy out of the trunk an' walk 'im back to the dumpster?

A: But I ain't help 'im do ---.

Q: I mean wouldn't you think he would think you were a punk you sat in the car he did all the work?

A: No man really I just...

Q: Why would he...

A: came. I just came...

Q: why would he think...

A: with 'im. That's all he wanted me to come with 'im. That's all. That's all he wanted out of me to come with 'im. So did as he told me to do.

Q: Knowin' that he was gonna go he had a gun, he had a guy

CC 0237

|     | in the car... |
| --- | --- |
| A:  | Yeah. |
| Q:  | an' was gonna shoot 'im? |
| A:  | I wan't gonna shoot 'im so... Uh I wan't really worried about it cause I wan't gonna shoot 'im. |
| Q:  | But you went because he you told... You you went... |
| A:  | Cause he told me to. |
| Q:  | Cause he told you to. |
| QQ: | Because you didn't want him to think that you were a punk? |
| A:  | Yeah. |
| QQ: | What if he'd uh said here you go, now do it? What are you gonna do then? |
| A:  | I wouldn't of done it. I know I wouldn't of done it. Cause I had too much on mind that night. Cause I think I thinkin' about what my what my grandmother had said to me. An' I was thinkin' about a lot of stuff. An' I wouldn't of did it cause I don't I ain't that brave to shoot nobody. Only if I have a reason to. An' I had no rea... It wasn't my car or nothin'. I it wan't... It wan't be gonna be ridin' in it. I mean drivin' it or nothin' so why should I do somethin'... I wan't gonna do nobody a favor --- like that. An' I would of changed the license plates of 'im later. |
| Q:  | Did you ever drive that car? |
| A:  | No I don't know how to drive. |
| Q:  | Huh, you don't know how to drive? |

CC 0238

A:   I don't know how to drive.

Q:   Why'd ya change the license plates?

A:   Cause he told me to.

Q:   Huh?

A:   Cause he told me to.

Q:   Okay. Anything else?

QQ:  No.

A:   I told ya I was scared of 'im already.

Q:   Okay. This'll uh conclude the interview with uh Larry Kinley.

Transcribed By Terri Cipriani
Criminal Investigations Section
Cincinnati Police Division
January 25, 1994

CC 0239

**SUPPLEMENTARY REPORT**
**RFIELD POLICE DEPARTMENT**

PAGE 1 OF 6 PAGES

| Event Number | Correct Offense Type | Victim's Name |
|---|---|---|
| 940_/65 | Missing Person | Olinger, Melvin |

| Date of Report | Time | Form Used For Additional Public Information ☐ | Form Used For Investigative Supplement ☒ |
|---|---|---|---|
| 1-24-94 | | | |

On Thursday January 20, 1994 at approximately 6:40 pm Larry Kinley was interviewed by Sgt. E. Roberts and Det. J. Williamson of the Fairfield P.D. The interview was conducted at the Mt. Healthy police station.

    Det. Tiernan and Det. Dennett called Fairfield P.D. and spoke with myself and then Sgt. Roberts. They requested we meet them at them at the Mt. Healthy police department to assist with the interviews of Larry Kinley and Lee Moore. Sgt. Roberts and I arrived at approximately 6:30 pm at the Mt. Healthy P.D. After a brief conversation between the four of us Sgt. Roberts and I entered an office occupied by Larry Kinley. We introduced ourselves and advised Kinley of the Miranda warning. He was given a copy of Miranda to read as it was read to _n. He was asked if he understood his rights as they had been told to him and he stated he understood. He was asked if he could read and write and he stated he could. He was then asked to sign the Miranda warning. Sgt. Roberts told Kinley that we were investigating the disappearance of Melvin Olinger. He was told that Olingers credit card had been used recently and we had several witnesses that could identify the subjects that had used the card. Kinley was told that we had a witness that had seen two subjects getting into a car that matched the description of Melvin Olingers missing vehicle. He was told that the witness had written down the license number and that license number belonged to Lee Moore. We told him the purchases on the credit card were made on Saturday the 15th. at Northgate and Tri-County. Kinley stated he was not there on Saturday but was there on Sunday with his aunt and cousins. He

| | Code | Name/Clothing Description | Sex | Race | Age/D.O.B. | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| S- Suspect W- Witness | | ess | | | | | | | |
| | | | Social Security No. | | | Home Phone | | Other Phone | |

Case Status: ☐ Cleared  ☐ Not Cleared  ☐ Unfounded  ☐ Cleared Except.
If Case Cleared, How Cleared: Directed To ☐ Arrest  ☐ Prosecutor  Refused To ☐ Prosecute  Station ☐ Adjustment  Other ☐ Excep.

LEADS/NCIC. Number | Sent Date | Time | Cancel Date | Time | Operator | Evidence ☐ | Continued ☐

Officer's Signature: [signature] | Unit No. 47 | Supervisor Approving | **CC 0240** | Unit No.