RFIELD POLICE DEPARTMENT

PAGE  2  OF  6  PAGES

| vent N:   94002765 | Correct Offense Type  Missing Person | Victim's Name  Olinger, Melvin |
|---|---|---|
| Date of Report  1-24-94 | Time | Form Used For ☐ Additional Public Information   Form Used For ☒ Investigative Supplement | |

stated that he had seen Lee Moore in a blue car recently but Lee told him that

he got the car from a dope fiend. He said he didn't believe Lee but didn't

ask any other questions about the car. We asked when was the last time he had

seen Lee in the car and he could not remember. He said not today or yesterday.

We then showed Kinley a composite of himself and said that a clerk had describ

ed him as being at J.C. Pennys on Saturday. He then stated that he was there

with Lee Moore while Moore bought some jewelry and clothing. He stated he

believed that Moore was using his own credit card. We then asked Kinley to

write Olinger's name several times on a piece of paper. After he did so we tol

him we didn't believe he had used the credit card but we wanted to know what

Le  Moore had told him about how he got the card. Kinley asked us if Lee

Moore would find out what he was saying. Kinley then stated we should talk to

Jason. We stated we would talk to Jason but we would like to know everything

that he knew about the credit card, the blue car, and the disappearance of

Melvin Ollinger. Sgt. Roberts then showed a picture of Melvin Ollinger to

Larry Kinley. Kinley asked us if our conversation was going to be repeated to

Lee Moore. He stated that he was afraid of Moore and would not want to face

him in court. We advised him that we only wanted to get the truth and that we

would interview Moore just as we had him. He then stated that he was with

Moore when he had bought jewelry and clothing on Saturday. He stated that Lee

was wearing some of the jewelry and clothing at this time. He stated that he

didn't get anything for himself from the use of the credit card. He stated

| | Code | Name/Clothing Description | | Sex | Race | Age/D.O.B. | | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| S. Suspect W. Witness | | dress | | Social Security No. | | Home Phone | | Other Phone | | | |

| Case Status ☐ Cleared ☐ Not Cleared ☐ Unfounded ☐ Cleared Excpt. | If Case Cleared, How Cleared ☐ Arrest ☐ Directed To Prosecutor ☐ Refused To Prosecute ☐ Station Adjustment ☐ Other Excep. | Evidence ☐ Continued ☐ |
|---|---|---|
| LEADS/NCIC. Number | Sent Date | Time | Cancel Date | Time | Operator | |
| Officer's Signature | | Unit No.  47 | Supervisor Approving   CC 0241 | Unit No. |

PAGE 3 OF 6 PAGES

| Event Number | Correct Offense Type | Victim's Name |
|---|---|---|
| 94-2765 | Missing Person | Olinger, Melvin |

| Date of Report | Time | Form Used For Additional Public Information ☐ | Form Used For Investigative Supplement ☒ | |
|---|---|---|---|---|
| 1-24-94 | | | | |

that Lee had picked him up Saturday and had him go with him to Northgate and

to Tri-County. Kinley was asked where the blue car was now. He stated that

Moore had maybe taken it and dumped it into the river because he had not seen

it and everybody knew Moore had stolen it. We then told Kinley that we were

sure that Olinger was dead and that he should tell us where we could find the

body. Kinley again asked if Moore was going to know that he had talked about

any of this and we stated we would only interview Moore as we had him. Kinley

then stated that Moore had shot Olinger and killed him. He again stated that

we should talk to Jason and find out the rest. We stated that he should tell

us everything that he knows about the shooting. He stated that he didn't want

to et Jason into trouble, but he felt he needed to "save his own black ass."

Kinley stated that he was at his aunts , were he had been staying, on the 14th

Jason came into the apartment and said Lee was outside and wanted him to go

with him. He stated he went outside and Moore had him get in a blue car. Moore

told him he had a guy in the trunk and needed to find a "place". I asked him

what Moore meant when he said he needed a palce and Kinley replied a palce to

shoot him. I then asked him how did he know that was what Moore was intending

to do. He replied he was holding the gun on his lap and we had talked about

doing this before. I asked him what had they talked about and he stated they

talked about killing a dude, "you know, getting juiced". I asked him if that

was why Moore had picked him up so he could do the shooting. Kinley replied

that he had said he would do it but Moore never asked him he just went ahead

| Code | Name/Clothing Description | | Sex | Race | Age/D.O.B | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| S-Suspect W-Witness | | | | | | | | | |
| | ress | | Social Security No. | | Home Phone | | Other Phone | | |

| Case Status | | | | | | If Case Cleared, How Cleared | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ Cleared | ☐ Not Cleared | ☐ Unfounded | ☐ Cleared Except. | ☐ Arrest | ☐ Directed To Prosecutor | ☐ Refused To Prosecute | ☐ Station Adjustment | ☐ Other Excep. | | |

| LEADS/NCIC. Number | Sent Date | Time | Cancel Date | Time | Operator | Evidence ☐ | Continued ☐ |
|---|---|---|---|---|---|---|---|

| Officer's Signature | Unit No. 47 | Supervisor Approving | Unit No. |
|---|---|---|---|

CC 0242

SUPPLEMENTARY REPORT

FAIRFIELD POLICE DEPARTMENT

PAGE  4   OF  6   PAGES

| vent N°        | Correct Offense Type | Victim's Name |
|----------------|---------------------|---------------|
| 94C 2765       | Missing Person      | Olinger, Melvin |

| ate of Report | Time | Form Used For Additional Public Information ☐ | Form Used For Investigative Supplement ☒ | |
|---------------|------|--------|--------|--|
| 1-24-94 | | | | |

and shot him himself. Kinley was asked where the shooting had taken place. He stated he wasn't really sure. He thought it was some place by some train tracks and a big painting on a wall. He then stated that we should talk to Jason. I asked Kinley if that was really all that happened or would I get a differant story from Lee Moore. I told him to tell it all now so we can clear it up. He then stated that Jason and Lee had gone to the Hamilton area to do a car jacking. The picked that area because it was out of the way. They did not find anything they wanted in Hamilton so they drove to Fairfield and parked Moores Fairmont at Patterson Blvd. and Pleasant Ave. This was at about 7:30 pm or 8:00 pm. They saw a blue Ford Tarus turn west or atterson Blvd. The car had Michigan license plates on it. Jason and Lee thought this would be a good one to hit since the vehicle was from out of state. They followed the vehicle and watched the operater park and go into Ginas Lounge. They waited until about 9:00 pm when Melvin Olinger came out of the bar and approached his car. Lee Moore told Jason to drive back to the apartment. Moore approached Olinger with a chrome plated .357 cal. revolver and ordered him into his Tarus. Olinger offered him his money , wallet, and car. Olinger asked Moore not to hurt him since his mother was ill and needed him. They drove from the parking lot south on Rt. 127 . At some point between Fairfield and Compton Groves Apartments Moore placed Olinger in the trunk of the vehicle. He told Olinger he would kill him if he made any noise. Jason had arrived at the apartment before Moore and told Kinley that Moore

| | Code | Name/Clothing Description | | Sex | Race | Age/D.O.B. | | Height | Weight | Hair | Eyes |
|--|------|---------------------------|--|-----|------|------------|--|--------|--------|------|------|
| S- Suspect W- Witness | | | | | | | | | | | |
| | | ress | | Social Security No. | | Home Phone | | Other Phone | | | |

| Case Status | | | | | If Case Cleared, How Cleared | | | | |
|-------------|--|--|--|--|------------------------------|--|--|--|--|
| ☐ Cleared | ☐ Not Cleared | ☐ Unfounded | ☐ Cleared Except. | | ☐ Arrest | ☐ Directed To Prosecutor | ☐ Refused To Prosecute | ☐ Station Adjustment | ☐ Other Excep. |

| LEADS/NCIC. Number | Sent Date | Time | Cancel Date | Time | Operator | Evidence ☐ | Continued ☐ |
|--------------------|-----------|------|-------------|------|----------|------------|-------------|

| Officer's Signature | | Unit No. 47 | Supervisor Approving | CC 0243 | Unit No. |
|---------------------|--|-------------|----------------------|---------|----------|

SUPPLEMENTARY REPORT
.RFIELD POLICE DEPARTMENT

PAGE 5 OF 6 PAGES

| ont Nc | Correct Offense Type | | | Victim's Name | |
|---|---|---|---|---|---|
| 94002765 | Missing Person | | | Olinger, Melvin | |
| ate of Report | Time | Form Used For Additional Public Information ☐ | Form Used For Investigative Supplement ☒ | | |
| 1-24-94 | | | | | |

was on his way with a guy and he would have him in the trunk. Kinley was asked

if this suprised him and he stated no. They had discussed finding someone to

kill prior to this event. He stated he had boasted that he could kill someone

if he had the chance and he figured this was going to be it. He stated that

even though Moore didn't ask him if he wanted to do the shooting he doesn't

know if he would or not. He stated it would be a way to gain some respect.

He also stated that if he refused to shoot he would have been thought of as a

"punk". When Moore arrived Kinley met him in the parking lot. Moore told him

he had one in the trunk. He then told Kinley to take the Michigan license

plates off of the Tarus and throw them in the dumpster. He then told Kinley

to take his rear license plate off of his Fairmont and put it on the Tarus.

Moore and Kinley then began driving and searching for a place to kill

Olinger. Kinley stated he couldn"t think of any good places. Moore then drove

them to 3366 Llewellyn in Cincinnati. Kinley stated that Moore turned the car

around and backed the rear of it up near a dumpster and a building. He got out

and unlocked the trunk. Kinley got out of the car and got the keys from Moore.

Moore Held the trunk lid down while handing the keys to Kinley. Kinley got

back into the car. Moore ordered Olinger out of the trunk and demanded all of

his money and his wallet. He then told Olinger to walk between the dumpster

and the building. Kinley heard Moore tell Olinger to turn around and he then

heard a single gun shot. Kinley stated he could not see anything since the

trunk lid was up. Moore returned to the car and closed the trunk. He got into

| S. Suspect W. Witness | Code | Name/Clothing Description | | | Sex | Race | Age/D.O.B. | | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |
| | | Address | | | Social Security No. | | Home Phone | | Other Phone | | | |

| Case Status | | | | | If Case Cleared, How Cleared | | | | | Event Number |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ Cleared | ☐ Not Cleared | ☐ Unfounded | ☐ Cleared Excepl. | ☐ Arrest | ☐ Directed To Prosecutor | ☐ Refused To Prosecute | ☐ Station Adjustment | ☐ Other Excep. | | |
| LEADS/NCIC. Number | | Sent Date | | Time | Cancel Date | Time | Operator | | Evidence ☐ | Continued ☐ |

| Officer's Signature | | Unit No. 47 | Supervisor Approving | CC 0244 | Unit No. |
|---|---|---|---|---|---|

FAIRFIELD POLICE DEPARTMENT

PAGE  6  OF  6  PAGES

| ent Number | | Correct Offense Type | | Victim's Name | |
|---|---|---|---|---|---|
| 9400  65 | | Missing Person | | Olinger, Melvin | |

| ate of Report | Time | Form Used For ☐ Additional Public Information | Form Used For ☒ Investigative Supplement | |
|---|---|---|---|---|
| 1-24-94 | | | | |

the car laughing. He threw the wallet to Kinley. Moore stated "I popped him in the dome. His fucking brains are all over the wall." Kinley stated he replied to Moore "Lets go get some 40's". Kinley ,while looking thru Olingers wallet found a Jeannie card. Moore became upset when he relized he had killed Olinger before he had asked him for his Jeannie card number.

   The interview was concluded at approximately 8:00 pm.


Sgt. Roberts, Det. Williamson, and Chief Al Schaffer of Mt. Healthy P.D. along with Larry Kinley went to 3366 Llewellyn and it was there we discovered the body of Melvin Olinger.

| S - Suspect W - Witness | Code | Name/Clothing Description | Sex | Race | Age/D.O.B. | | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 's | Social Security No. | | Home Phone | | Other Phone | | | |

ase Status:  ☐ Cleared  ☐ Not Cleared  ☐ Unfounded  ☐ Cleared Except.

If Case Cleared, How Cleared:  ☐ Arrest  ☐ Directed To Prosecutor  ☐ Refused To Prosecute  ☐ Station Adjustment  ☐ Other Excep.

| EADS/NCIC. Number | Sent Date | Time | Cancel Date | Time | Operator | Evidence ☐ | Continued ☐ |
|---|---|---|---|---|---|---|---|

Officer's Signature                          Unit No. 47    Supervisor Approving                Unit No.

0-031

CC 0245

# SCHOOL HEALTH RECORD

Enter information in pencil

Birthdate _3/19/74_

Father's Name

Mother's Name

Home Address

Business Phone

Phone

Business Phone

1) School
2) School
3) School
4) School

## IMMUNIZATIONS

| TYPE | Date | Date | Date | Date | Date |
|---|---|---|---|---|---|
| •DPT | 5/24/74 4/24/74 | 7/25/75 9/76 | 6/2/79 | | | |
| Td | | | | | |
| •Polio Sabin (TPV) | | | | | |
| •Measles | 10/3/75 | | | | |
| •Rubella | 10/31/75 | | | | |
| •Mumps | 12/1/76 | 12/4/75 | | | |
| Other | | | | | |

• Required by Compulsory Immunization Law, Section 3301.07 of Ohio Revised Code

Indicate any conditions and/or diseases of the student the teacher should know of _____

## HEARING

(Under Result indicate Pass or Fail)

| | Date | Result | | Date | Result |
|---|---|---|---|---|---|
| | | Right | Left | | |
| | 1-22-82 | P | P | | |
| Jo.M.D. | 10/24/84 | Normal | | | |
| G.4. | | OK | | | |

## SPEECH

Normal ☑   Abnormal ☐   Rhythm ☐
Voice Disorder ☐   Articulation Problem ☐   Language Problem ☐
Other _____
Check appropriate box when applicable:
Maximum Improvement ☐   Corrected ☐

## VISION

| | Date | Result | | |
|---|---|---|---|---|
| | | Right | Left | |
| Muscle Balance | | | | |
| Farsightedness | | | | |
| Color | 1/1/85 | Passed | | |
| Distance Acuity | 2/84 | 20/5 | 20/5 | |
| | 10/20/84 | 20/5 | 20/5 | |
| | 1/1/85 | Keystone comp. Passed | | |
| | 2-26-89 | Keystone comp Passed | | |
| | 3/4/90 | 20/20 | 20/20 | |
| Right | Left | | | |
| 20/25-1 | 20/20 | 4/96 | | |
| 20/35 | | | | |

## Additional Screening

| Date | Test | Result |
|---|---|---|
| 2/26/90 | Dental | OK |

| Date | Date | Date | Date |
|---|---|---|---|
| 3/30/91 3/4/97 | | | |

Health Examinations

## TUBERCULIN

| Date | Type | Result | Date |
|---|---|---|---|
| 6-2-79 | tine | neg. | 8/3/167 |

3613.13(Rev. 1974) Ohio Department of Health

CC 0246



# MT. HEALTHY HIGH SCHOOL

2046 Adams Road, Cincinnati, Ohio 45231

Guidance Office
(513) 729-0130

## WITHDRAWAL PERMIT

PUPIL   Lee Moore  (750291)                          GRADE   10   DATE   1/29/93

REASON   moving out of district – *Hordward H.S.*

AUTHORIZATION

*MODERN EARTH SCIENCE*

| PERIOD | SUBJECT | GRADE TO DATE | BOOKS RETURNED | | | | TEACHER SIGNATURE | AMOUNT OF FEE | |
|---|---|---|---|---|---|---|---|---|---|
| | | | YES | NO (BOOK NO.) | | N/A | | OWED | REFUND |
| 1 | Meteorology | N/A | | ✓ 36-78 | | | *Falk* | | *pd 21* |
| 2 | English III | N/A | | *McDougal 178* | | | *CW* | | *pd 21* |
| 3 | Amer. History | N/A | ✓ | ✓ | | | *Walk* | | *pd 21* |
| 4 | G. Alg. I Pt. 1 | N/A | ✓ | ✓ 228-87 | | | *ME* | | *pd 219* |
| 5 | P.E. II | N/A | ✓ | | | | *Terry* | | |
| 6 | Careers | I | | 1 | | | | | *pd 219* |

RECEIPT   Date  2-9  19 93   No.  9792

Received From  *Lee Moore*

Address  *Meteo text 36-78  21⁰⁰*
*Eng. McDougal 178-78  21⁰⁰*        Dollars $ *100.50*
For  *Amer History 18⁰⁰   Alg I 228-87 - 26⁰⁰*

*Careers - 14.50*

| ACCOUNT | | HOW PAID | |
|---|---|---|---|
| AMT OF ACCOUNT | | CASH | |
| AMT PAID | | CHECK | ✓ |
| BALANCE | | MONEY ORDER | |

By  *B Kelley*

*Lee E. Moore*

Parent or Guardian Signature

(TO RELEASE RECORDS)

31
21
18
26
14.50
―――――
100.50

CC 0247

# COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

## A Division of Central Psychiatric Clinic

**DAVE**

909 Sycamore Street, Suite
Cincinnati, Ohio 45
Phone: (513) 651-9
Fax: (513) 352-1

WALTER S. SMITSON, PH.D.
Executive Director

NANCY SCHMIDTGOESSLING, PH.D.
Director

WILLIAM WALTERS, PH.D.
Assistant Director

GAIL HELLMANN, M.D.
Medical Director

MARILYN GEEDING, L.I.S.W.
Treatment Coordinator

SHERRY SANDERS, L.P.C.C.
Forensic Liaison

CHARLOTTE E. HOLLAND
Office Manager

BOARD OF TRUSTEES:

HON. DAVID E. GROSSMANN
Chairman

MR. ROBERT F. RECKMAN
Vice Chairman

MR. CHARLES THOMAS
Secretary

DR. TIMOTHY E. JOHNSON
Treasurer

MS. CAROL A. BOYD
DR. M. PHOEBE BROWN
MRS. LOIS COHEN
MS. JANIS M. DAY
MS. DAPHNE DICKENS-KING
MR. JEFFREY S. GOODMAN
MR. WENDELL E. HAWKINS
HON. TIMOTHY S. HOGAN
DR. C. ROBERT KILBY
MR. EDWARD H. KIM
MR. ARUN LAI
MR. THOMAS B. SCHERPENBERG
MR. DANIEL J. VALERIO

UNIVERSITY LIAISON

DONALD C. HARRISON, M.D.
JAMES RANDOLPH HILLARD, M.D.

September 2, 1994

Woodward High School
Attn:  Records
7001 Reading Road
Cincinnati, Ohio   45237

RE:  Lee Moore    DOB: 10-19-74

TO WHOM IT MAY CONCERN:

Enclosed is a signed Authorization for Release o
Information form regarding the above-named person.

Our agency is under a very strict time-frame t
provide a comprehensive report to the Court, therefore
we would greatly appreciate information from you as soo
as possible.

Thank you in advance for your prompt and courteou
attention to this matter.

Sincerely,

Jenny O'Donnell, B.S.
Psychology Trainee

CC 0248

CINCINNATI PUBLIC SCHOOLS
STUDENT DATA FORM

DATE PRINTED 08/13/93

PRIVACY FLAG 0

SCHOOL NAME: WOODWARD

| SCHOOL CODE 100 | STUDENT NUMBER 105 | GRADE 110 | SPEC ED 115 | HOME ROOM 120 | LAST NAME 125 | FIRST NAME, M.I. 130 | SEX 135 | RACE 140 | DATE OF BIRTH 145 | PROOF OF AGE 150 |
|---|---|---|---|---|---|---|---|---|---|---|
| 480 | 6220312-0 | 10 | | 0000 | MOORE | LEE EDWARD JR | M | B | 10/19/74 | 1 |

| HOUSE NUMBER 205 | STREET NAME 210 | APARTMENT 215 | ZIP CODE 220 | TELEPHONE NUMBER 225 | ATTEND REASON 230 | DISTRICT SCHOOL 240 | OPEN ENRL 245 | ALTER PROG 250 | FED EMP 255 | LUNCH CODE 200 |
|---|---|---|---|---|---|---|---|---|---|---|
| 01101 | CLEARBROOK DR | | 45229 | 2421482 | DS | 480 | | | | 200 |

OUT OF DISTRICT STREET NAME 365

CITY 370

STATE 375

| DATE SENT TO CENSUS 300 | PREVIOUS SCHOOL 310 | RECEIVING SCHOOL 315 | STATUS 320 | MULTIPLE BIRTH (TWINS, ETC) 355 |
|---|---|---|---|---|
| 1/5/94 | 000 | | 0 | |

| FATHER'S LAST NAME 405 | FATHER'S FIRST NAME 400 | DECEASE CODE 410 |
|---|---|---|
| MOORE | LEE SR | N |

| MOTHER'S LAST NAME 425 | MOTHER'S FIRST NAME 420 | DECEASE CODE 430 |
|---|---|---|
| MOORE | GEORGIA | N |

| GUARDIAN/OTHER ADULT LAST NAME 505 | GUARDIAN/OTHER ADULT FIRST NAME 500 | RELATIONSHIP CODE 510 | | 515 |
|---|---|---|---|---|

OBLIGATIONS: 520
YES ___ NO ___
AMOUNT ___

Pupils Programming and Remarks 525
Total Number of Carnegie Units: ___
Subject-Marks
Subject-Marks

Check Desired Action 530

☐ New Enrollment-Date ___
  From ___
☐ Re-entry-Date ___
  From ___
☐ Transfer In-Date ___
  From ___
  Submitted By ___

Transaction In   Transaction out

☐ Transfer Out-Date ___
  To ___
☒ Withdrawn-Date 6-9-93
  To OJDS DGF

___ Change on Student's File
  Submitted By S Sims

Submitted By ___

Legal Guardian Codes: **G** Legal Guardian (Proper Documentation needed - See flip chart, "Instructions for pupil record changes").
**I** Institutional Placement

Other Adult Codes: **H** Husband   **O** Other   **P** Sister/Brother
**Q** Grandparents   **R** Stepfather   **S** Stepmother

Proof of Age Codes: **1** Birth Certificate   **2** Religious Record
**3** Passport   **4** Hospital/Physician's Record   **5** Others

Race Codes: **A** Asian or Pacific Islander   **B** Black   **H** Hispanic
**I** American Indian/Alaskan Native   **W** White   **M** Multiracial

For Census Office Use Only:

TO CENSUS OFFICE
FORM #7846 Revised 6/93

STUDENT COPY

CC 0249

# PERMANENT SECONDARY STUDENT RECORD #7891

LAST NAME **Moore, Jr** FIRST **Lee** MIDDLE **Edward**

STUDENT NUMBER 025203120

BIRTHPLACE: SEX M   Birthdate 10/19/74 (MO./DAY/YR.)

FATHER: Lee Moore
MOTHER: Georgia Moore

| HOME ADDRESS | ZIP | TELEPHONE | GUARDIAN | DATE |
|---|---|---|---|---|
| 1101 Clearbrook Dr | 45239 | 242-1482 | | 1-29-93 |

## SECONDARY SCHOOLS ATTENDED

| SCHOOL | LOCATION | ENTERED | WITHDREW |
|---|---|---|---|
| Mt. Healthy High | Cinti | – | 11/29/93 |
| WOODWARD HIGH SCHOOL | | 1-29-93 | 11-4-93 Pvt. overage |

## TEST DATA

Name: MOORE, LEE EDWARD JR     FALL-93
Id: 62203120     Test Level: 09
School: WOODWARD     IRN: 042188
Cincinnati Public Schools - State Proficiency
Reading    Mathematics    Citizenship
Writing
NOT TESTED    NOT TESTED    NOT TESTED    NOT TESTED

TRANSCRIPTS RELEASED  DATE

PHOTO     PHOTO

CC 0250

Revised MARCH, 1986     FORM 7891.

MOORE, Lee Edward

Nineteen and one-half Carnegie units are required for graduation, effective with the graduation class of 1984. Specific course requirements for all general and vocational education pupils except those enrolled in 4½ or 5 hour day vocational programs and special education programs are as follows:

English (9, 10, 11, 12) - 4 Carnegie units

Mathematics - 2 Carnegie units

Science - 2 Carnegie units
(Life Science - 1 year;
Physical Science - 1 year)

Social Studies - 2 Carnegie units
(1 year must be American History
and Government)

Fine Arts - ½ Carnegie unit

Health - ½ Carnegie unit

Physical Education - ¾ Carnegie unit

LEVELS OF INSTRUCTION

THE FIFTH DIGIT OF THE COURSE NUMBER IDENTIFIES THE LEVEL OF DIFFICULTY OF INSTRUCTION ACCORDING TO THE TABLE BELOW.
EXAMPLE: 051930 = ENGLISH 9A
(THE 3 IDENTIFIES ACADEMIC LEVEL OF INSTRUCTION)
1 — UNCLASSIFIED (ART, MUSIC, PHYSICAL EDUCATION, ETC.)
2 — COMPREHENSIVE (AVERAGE)
3 — ACADEMIC (ABOVE AVERAGE)
AA GRADES 10 AND 11, ADVANCED ACADEMIC PREPARATORY FOR
- ADVANCED PLACEMENT
- ADVANCED PLACEMENT
- VOCATIONAL EDUCATION
- HANDICAPPED

SUMMER SCHOOL GRADES

## CINCINNATI PUBLIC SCHOOLS

Student _____

Student ID _____

GRADE _____    SCHOOL YEAR _____

HOME ROOM _____

### GRADES - CREDITS

| TEACHER | COURSE NUMBER | COURSE | 1st MARK PERIOD | 2nd MARK PERIOD | 3rd MARK PERIOD | 4th MARK PERIOD | FINAL GRADE | CREDIT | ABSENT | TARDY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

CREDITS EARNED THIS YEAR

## CINCINNATI PUBLIC SCHOOLS

DATE 06/23/93

STUDENT MOORE, LEE EDWARD JR

STUDENT ID 62203120    HOMEROOM 212

GRADE 10    MARKING PERIOD 4    SCHOOL YEAR 1992-93

WOODWARD
7001 READING RD
CINCINNATI, OH 45237

PRINCIPAL MICHAEL G HICKS

### GRADES - CREDITS

| TEACHER | COURSE/SEC NUMBER | COURSE NAME | FIRST SEMESTER | | | | SECOND SEMESTER | | | | | FINAL STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1ST MK PERIOD | 2ND MK PERIOD | SEM. EXAM | SEM. GRADE | 3RD MK PERIOD | 4TH MK PERIOD | SEM. EXAM | SEM. GRADE | |
| BUSH | 051130 08 | ENGLISH 11 | -N/A- | -N/A- | | I | X | X | F | F | 0.00 |
| FAIRA | 08S310 54 | PHYS ED 9-12 | -N/S- | -N/S- | | | X | X | F | F | 0.00 |
| LINGE | 113930 02 | ALGEBRA 1 | -N/A- | -N/A- | | I | X | X | F | F | 0.00 |
| GROHS | 132030 03 | CHEMISTRY | -N/A- | -N/A- | | I | X | X | F | F | 0.00 |
| JONES | 155030 01 | US HISTORY | -N/A- | -N/A- | | I | F | X | F | F | 0.00 |

| | HONOR ROLL | HOMEROOM ABS/TDY |
|---|---|---|
| FIRST SEMESTER | 00 0000 00 | |
| SECOND SEMESTER | NONE NONE | 17 0008 00 |
| TOTAL CREDITS | 0.00 | |
| TOTAL ABS/TDY | 25 00 | |

MOORE, LEE EDWARD JR    10
62203120    SUMMER 1993
WOODWARD    GRD CR AB
ENGLISH 11    W 0.00 00

CC 0251

Was or will be graduated

A = 90-100 (Excellent)
B = 80- 89 (Above Avg.)
C = 70- 79 (Average)
D = 60- 69 (Below Avg.)
F = 0- 59 (Failing)

MOOR  LEE E.
STU # 00075 0291    ID 000750291
1280 MEREDITH DR
BORN 10/19/74    MALE
Cincinnati, Ohio 452

ADDRESS _____
RENT OR GUARDIAN: _____

RANK: (Based on Major subjects only)    COLLEGE RECOMMENDATION: Grades A through C

6 Semesters: ___ In a class of ___ Cum. Ave.
8 Semesters: ___ in a class of ___ Cum. Ave.

000750291 1989-90 MOORE, LEE E.
CUM-            1.04761
PREVIOUS CREDITS-            .000

| | | | |
|---|---|---|---|
| PHYS ED I | C | | .250 |
| HEALTH | C | | .500 |
| ENGLISH I | D | D | 1.000 |
| GENERAL MATH | D | D | 1.000 |
| C/P FRENCH I | F | F | |
| ART I | F | D | 1.000 |
| ANIM KINGDOM | F | F | |
| TOTAL CREDITS- | | | 3.750 |

MT. HEALTHY HIGH SCHOOL
2046 Adams Road
Cincinnati, Ohio 45231
Guidance Office
(513) 729-0181
OFFICIAL TRANSCRIPT
DATE 2-15-93

CC 0252



# MT. HEALTHY HIGH SCHOOL

2046 Adams Road, Cincinnati, Ohio 45231

Guidance Office
(513) 729-0130

## WITHDRAWAL PERMIT

PUPIL    Lee Moore   (750291)                    GRADE    10    DATE    1/29/93

REASON    moving out of district

AUTHORIZATION

MODERN EARTH SCIENCE

| PERIOD | SUBJECT | GRADE TO DATE | BOOKS RETURNED | | | TEACHER SIGNATURE | AMOUNT OF FEE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | YES | NO (BOOK NO.) | N/A | | OWED | REFUND |
| 1 | Meteorology | N/A | | ✓ 86-78 | | Fuller | $21.00 | -0- |
| 2 | English III | N/A | | ✓ 178-78 Mc Dougell Littell (yellow) | | CMW | $21.00 |
| 3 | Amer. History | N/A | | ✓ Nineteen | | Walter | $18.00 |
| 4 | G. Alg. I Pt. 1 | N/A | | ✓ 228-87 | | WmE | $26.00 |
| 5 | P.E. II | N/A | ✓ | | | Testy | |
| 6 | Careers | I | | ✓ | | RRB | $14.50 |
| | | | | | | | $100.50 Pd |

LIBRARY    P. Baker    1/29/93

ADMINISTRATIVE OFFICE    Island Steins

COUNSELOR    R Sluty

ATTENDANCE OFFICE (Mrs. Weil)    Nancy Weil

FEES OR OBLIGATIONS  (Mrs. Keller)    X

DATA PROCESSING (Mrs. McCann)    Sandra McCann

ATHLETIC OFFICE (Mrs. Stragand)    J Stragand

Lee E. Moore

Parent or Guardian Signature

(TO RELEASE RECORDS)

31
21
18
26
14.50
_____
100 50

CC 0253

NAME Mar e Lee E
Last    First    Middle

Enter information in pencil

# IMMUNIZATION

| TYPE | DATE MO/DAY/YR | | | |
|---|---|---|---|---|
| DPT | 1/22/74 | 4/28/74 | 2/24/75 | 4/26/76 |
| TD | | | | |
| POLIO | 12/29/74 | 2/24/75 | 6/23/75 | 4/26/76 |
| MEASLES | 6/3/175 | | | |
| RUBELLA | 6/3/175 | | | |
| MUM | 12/14/82 | | | |
| OTHER | | | | |

6/23/75  4/26/76
10-31-75 H-e unce

Required by compulsory immunization law: 4 DPT; 3 Polio; 1 Live Measles Vaccine on or after child's first birthday; and 1 Rubella.

# TUBERCULIN

| DATE MO/DA/YR | TYPE | RESULT |
|---|---|---|
| | Jine | Pos |

# POSTURAL SCREENING (SCOLIOSIS)

| DATE MO/DA/YR | RESULTS (Positive or Negative) | DATE REFERRED | TYPE | RESULT | ACTION TAKEN |
|---|---|---|---|---|---|

# HEARING

(form fields – AUDIOMETRY RESULTS, OTHER TESTS, DATE REFERRED, ACTION TAKEN)

# SPEECH and LANGUAGE

# VISION

# DENTAL

TYPE OF PREVENTION PROGRAM
FLUORIDE (Check) WATER / SUPPLEMENT / MOUTH RINSE

# SPECIAL NEEDS

# ADDITIONAL SCREENING

| DATE MO/DA/YR | TEST | RESULT |
|---|---|---|

CC 0254

# COMMUNIT⸍ DIAGNOSTIC AND TREA⸍ ⁄ENT CENTER

### A Division of Central Psychiatric Clinic



909 Sycamore Street, Suite 300
Cincinnati, Ohio 45202
Phone: (513) 651-9300
Fax: (513) 352-1345

WALTER S. SMITSON, PH.D.
Executive Director

NANCY SCHMIDTGOESSLING, PH.D.
Director

WILLIAM WALTERS, PH.D.
Assistant Director

GAIL HELLMANN, M.D.
Medical Director

MARILYN GEEDING, L.I.S.W.
Treatment Coordinator

SHERRY SANDERS, L.P.C.C.
Forensic Liaison

CHARLOTTE E. HOLLAND
Office Manager

BOARD OF TRUSTEES:

HON. DAVID E. GROSSMANN
Chairman

MR. ROBERT F. RECKMAN
Vice Chairman

MR. CHARLES THOMAS
Secretary

DR. TIMOTHY E. JOHNSON
Treasurer

MS. CAROL A. BOYD

DR. M. PHOEBE BROWN

MRS. LOIS COHEN

MS. JANIS M. DAY

MS. DAPHNE DICKENS-KING

MR. JEFFREY S. GOODMAN

MR. WENDELL E. HAWKINS

HON. TIMOTHY S. HOGAN

DR. C. ROBERT KILBY

MR. EDWARD H. KIM

MR. ARUN LAI

MR. THOMAS B. SCHERPENBERG

MR. DANIEL J. VALERIO

UNIVERSITY LIAISON

⸍ONALD C. HARRISON, M.D.

JAMES RANDOLPH HILLARD, M.D.

September 13, 1994

Orthopedic Diagnostic and Treatment Center
Attn:  Dr. Stearn or Dr. Henderson
3333 Vine Street
Suite 700
Cincinnati, Ohio   45220

RE: _____ Lee Edward Moore _____        DOB: __10-19-74__

TO WHOM IT MAY CONCERN:

Enclosed is a signed Authorization for Release of Information form regarding the above-named person.

Our agency is under a very strict time-frame to provide a comprehensive report to the Court, therefore, we would greatly appreciate information from you as soon as possible.

Thank you in advance for your prompt and courteous attention to this matter.

Sincerely,

Jenny O'Donnell

Jenny O'Donnell, B.S.
Psychology Trainee

CC 0255

# PATIENT OFFICE NOTES

TIENT'S NAME

*Moore, Lee #8363* DOB

ADDRESS                                    EMPLOYER

MOORE, LEE #8363
09/08/87 - SEEN BY DR. HENDERSON; RT HANDED 12 YR OLD MALE; REFERRED
          BY DR JAMES KEGLER; LTR DICTATED; INJ RT HAND 8-27-87;
          MULT PROXIMAL PHALANGEAL FXS, SALTER 2; SEEN AT CHILDRENS
          HOSP; XRAYS TAKEN THERE; FOLLOW UP HERE; EXAM: SPLINT
          OFF; TENDER AT 4TH & 5TH PROXIMAL PHALANGES; 3RD NOT
          TENDER; XRAYS REVIEWED; LITTLE VALGUS DEFORMITY; NO
          SIGNIFICANT PROB; PUT IN ULNAR GUTTER PLASTER SPLINT;
          SEE IN 9 DAYS; SPLINT OFF; XRAY HAND 3 VIEWS OUT OF
          PLASTER ON RETURN; SPLINT INSTRUCTIONS;

     MOORE, LEE #8363
     09/17/87 - SEEN BY DR. HENDERSON; SPLINT OFF; NO DEFORMITY; NO
               TENDERNESS; XRAYS FINE; NO CALLOUS YET; RECOMMEND:
               ROM EXERCISE; SEE 3-4 WKS; REPEAT HAND XRAYS ON RETURN;

   MOORE, LEE #8363
   04/02/90 - SEEN BY DR. STERN; ED; TWISTED HIS ANKLE PLAYING
             FOOTBALL; HE HAS FX'D LATERAL MALLEOLUS; TREATMENT,
             NON-DISPLACED SHORT LEG FG WALKING CAST; RECHECK
             IN 2 WKS; AT THAT TIME WILL TAKE THE CAST OFF, REPEAT
             HIS XRAY; MAY SWITCH HIM TO AIR CAST IF EVERYTHING
             LOOKS BETTER; HE IS 15YO;                           MW

 ORE, LEE #8363
04/16/90 - SEEN BY DR. STERN; ED; HIS ANKLE IS DOING PRETTY GOOD;
          SEE IN 2 WKS FOR RECHECK IF HE'S HAVING ANY TROUBLE,
          IF HE'S NOT HAVING TROUBLE, HIS MOTHER WILL CANCEL
          HIS APPOINTMENT BUT HE WILL BE CHECKED IN 6 MOS FOR
          A GROWTH CHECK; HE HAD A FX OF THE LT DISTAL FIBULA;
          MM

4/30 PC

 MOORE, LEE  #8363
 03/26/91 SEEN BY DR. HENDERSON AT VINE; PRESENTS ALTERCATION. SUSTAIN-
          ED INJURY TO HIS NON-DOMINANT LT HAND. SWELLING ABOUT BASE OF
          1ST METACARPAL, MIN ANGULATED FX BASE OF 1ST METACARPAL,
          NON-INTRAARTICULAR. THUMB SPICA CAST APPLIED.   RTN 7-10 DAYS
          FOR RPT XRAYS OF THUMB IN CAST. TOTAL CASTING 4-6 WKS.  CR.

 MOORE, LEE #8363
 04/05/91 SEEN BY DR. HENDERSON AT ED; NEUROVASCULAR INTACT. CAST IN
          GOOD REPAIR. XRAYS SHOW FX IN GOOD POSITION. RTN 3 WKS, CAST
          OFF, XRAY THUMB.   CR.

 MOORE, LEE #8363
 04/19/91 SEEN BY DR. HENDERSON AT ED; 3 1/2 WEEKS POST BASILAR THUMB
          METACARPAL FX. NO SIGNIFICANT TENDERNESS. X-RAY SHOWS
          ADEQUATE POSITION. MINIMAL HEALING. PUT HIM BACK IN THUMB
          SPICA CAST. RTN 2 WEEKS. CAST OFF. X-RAY HAND.   CF

CC 0256

# PATIENT OFFICE NOTES

PATIENT'S NAME                                         DOB

MOORE, LEE #8363

05/03/91 SEEN BY DR. HENDERSON AT ED; CAST OFF. NO TENDERNESS AT HIS
         FRACTURE SIGHT. MINIMAL BONY PROMINENCE. I EXPLAINED TO
         PTNT'S MOTHER THAT THIS WILL FLATEN SOME ALTHOUGH IT STILL
         WILL BE PRESENT, BUT WILL NOT AFFECT HIM FUNCTIONALLY.
         X-RAYS SHOW FRACTURE TO BE NICELY HEALED. RECOMMENDED:
         ACTIVITIES AS TOLERATED. RTN PRN. CF

CC 0257

MT. HEALTHY HIGH SCHOOL 2046 Adams Road, Cincinnati, Ohio 45231 Phone: 729-0130

A = 90-100 (Excellent)
B = 80- 89 (Above Avg.)
C = 70- 79 (Average)
D = 60- 69 (Below Avg.)
F = 0- 59 (Failing)

will or will be graduated

MOORE, L. E.
STU # 000750291   ID 000750291
1280 MEREDITH DR
BORN 10/19/74    MALE

ADDRESS _____ Cincinnati, Ohio 452 _____
PARENT OR GUARDIAN: _____
RANK: (Based on Major subjects only)   COLLEGE RECOMMENDATION: Grades A through C

6 Semesters: _____ In a class of _____ Cum. Ave. _____
8 Semesters: _____ in a class of _____ Cum. Ave. _____

000750291  1989-90   MOORE, LEE E.
    CUM- 1.04761
    PREVIOUS CREDITS-              .000
PHYS ED I        C                .250
HEALTH           D                .500
ENGLISH I        D               1.000
GENERAL MATH     D               1.000
C/P FRENCH I     F
ART I            D
ANIM KINGDOM     F               1.000
    TOTAL CREDITS-               3.750

000750291  1990-91   MOORE, LEE E.
    CUM-  .81081            3.750
    PREVIOUS CREDITS-    C      1.000
ENGLISH II/SS    D    C
ENGLISH III      D
GEN ALG II-P1    F
WORLD HIST       F
KEY/TYP I P1     C
CAREER EXP       F
BEGIN FOODS      D
    TOTAL CREDITS-             4.750
         Not Ranked

000750291  1991-92   MOORE, LEE E.
    CUM-  .81081            4.750
    PREVIOUS CREDITS-    C      1.000
WORLD HISTORY/SS  C   C
GEN ALG I-P1     F
WORLD HIST       F
ENGLISH III      F
ASTRONOMY        F
ECOL/CONSERV     F
INTRO PHOTO      F
    TOTAL CREDITS-             5.750
         Not Ranked

MT. HEALTHY HIGH SCHOOL
2046 Adams Road
Cincinnati, Ohio 45231
Guidance Office
729-0130, Ext. 28
OFFICIAL TRANSCRIPT
DATE 10-29-96
Counselor

CC 0258

# MT. HEALTHY CITY SCHOOLS

Last Name | First | Middle | Date of Birth

Date Enrolled | Date Withdrawn

## ACHIEVEMENT TESTS

**STANFORD** Achievement Test Series, Eighth Edition
©1989 HBJ
MOORE LEE E GR 09 AGE 15-06 SEX M
LEVEL ADVAN 2 FORM J
TEST DATE 4/24/90
1988 NORMS NATIONAL
GR 09 SPRING

| SCORE TYPE | Math Appl | Total Lang | Lang Mech | Lang Exp | Spell | Study Skls | Science | Soc Sci |
|---|---|---|---|---|---|---|---|---|
| SS N/PR-S N/NCE AAC | 649 13-3 26.3 LOW | 677 53-5 51.6 MID | 661 32-4 40.1 MID | 696 74-6 63.5 HIGH | DNA | DNA | DNA | DNA |

MOORE LEE E GR 09 AGE 15-06 SEX M FORM J

| SCORE TYPE | Total Rdg | Rdg Vocab | Rdg Comp | Total Math | Conc of No. | Math Comp |
|---|---|---|---|---|---|---|
| SS N/PR-S N/NCE AAC | 702 70-6 61.0 HIGH | 735 86-7 72.8 HIGH | 684 56-5 53.6 HIGH | 654 15-3 28.3 LOW | 645 11-3 24.2 LOW | 663 23-4 34.4 MID |
| | List-ening DNA | Using Info DNA | Thnkg Skls DNA | Basic Batt DNA | Compl Batt DNA | |

Otis-Lennon School Ability Test
MOORE LEE E
GR 09 AGE 15-06 SEX M
LEVEL G FORM 1
1988 NORMS NATIONAL
GR 09 SPRING

| | TOTAL | VERBAL | NON-VERBAL |
|---|---|---|---|
| RS | 28 | 15 | 13 |
| SAI | 95 | 96 | 95 |
| A/PR-S | 38-4 | 40-5 | 38-4 |
| G/PR-S | 38-4 | 39-4 | 36-4 |

**STANFORD** Achievement Test Series, Eighth Edition
©1989 HBJ
MOORE LEE E
GR 10 AGE 17-06 SEX M
LEVEL TASK 2 FORM J
STUDENT NO. 000750291
TEST DATE 4/06/92
1988 NORMS NATIONAL
GR 10 SPRING

| SCORE TYPE | Total Rdg | Rdg Vocab | Rdg Comp | Math | Math Appl | English |
|---|---|---|---|---|---|---|
| SS N/PR-S N/NCE AAC | 695 59-5 54.8 HIGH | 710 65-6 58.1 HIGH | 684 52-5 51.5 MID | 654 10-2 23.0 LOW | 661 15-3 28.2 LOW | 668 38-4 43.6 MID |

Otis-Lennon School Ability Test
MOORE LEE E
GR 10 AGE 17-06 SEX M
LEVEL G FORM 1
STUDENT NO. 000750291
1988 NORMS NATIONAL
GR 10 SPRING

| | TOTAL | VERBAL | NON-VERBAL |
|---|---|---|---|
| RS | 28 | 16 | 12 |
| SAI | 91 | 94 | 89 |
| A/PR-S | 29-4 | 35-4 | 25-4 |
| G/PR-S | 29-4 | 36-4 | 24-4 |

Normative Data © 1989 by HBJ

LEE MOORE    000750291

| | ATTEMPT | SCORE | DATE | GRADE |
|---|---|---|---|---|
| MATH | 2 | FAIL | 92/11 | 10 |
| READING | 2 | PASS | 92/11 | 10 |
| CTZSHP | 2 | PASS | 92/11 | 10 |
| WRITING | 1 | FAIL | 91/04 | 09 |

STATE DEVELOPED TEST FOR FALL 9TH GRADE

3/24/93  WITHDRAWN STUDENTS - HIGH SCI

CC 0259

DEPARTMENT OF PUPIL PERSONNEL

Use of Student Data

The enclosed student data has been produced for your use only. According to the "Family Education and Privacy Act of 1974", you are forbidden to share this data with outside agencies or concerns without first obtaining written permission from the parent, or in some cases, informing the person that the data will be released.

PP-11c

CC 0260