# Smart Corporation
## Medical Record Copying

Dear Requestor:

The enclosed medical records were provided to you free of charge by Smart Corporation's Medical Correspondence Copy Service. We are under agreement with this medical facility to copy all authorized release of medical records. Smart will continue to copy your requests directed to this facility or, if you prefer, you may make arrangements for one of your own personnel or an independant copy service to copy the requested records.

Should you have any questions regarding these records, please contact Smart Corporation's Area Office listed below:

> Smart Corporation
> Area Office
> 2245 Gilbert Avenue, Suite #303
> Cincinnati, OH   45206
> (513) 861-2377

These photocopies have been made from the medical facility's original medical records. The confidentiality of these records is protected by Federal and other law. These copies are intended exclusively for the requested purpose and cannot be recopied or redistributed for other purposes without the written informed consent of the person to whom it pertains.

( ) The _____ information you requested is not enclosed because it was not present in the medical record at the time we received your request.

( ) These records were reproduced from microfilm; their quality cannot be guaranteed.

( ) Your request for an itemized billing statement/x-ray films was forwarded to the appropriate department and will be sent under separate cover from that department.

Other:_____

---

*If you are interested in obtaining information about*
**Smart Corporation's**
**FREE**
**MEDICAL RECORD COPYING SERVICE**
*for your medical facility, please complete the following and mail to:*

**Smart Corporation
P.O. Box 2826
Torrance, CA 90509-9914
ATTN: JOHN A. SMART-**

Your Name _____

Title _____

Facility Name _____

Phone Number _____

Address _____

City _____ State _____

Zip _____ # of Physicians _____

Specialty _____

# of Beds _____ # of Admits _____

---

2

*Smart Corporation, Serving The Health Information Community for Over 16 Years*

CC 0261

# CENTRAL PSYCHIATRIC CLINIC
## COMMUNITY DIAGNOSTIC AND TREATMENT CENTER
909 Sycamore Street, Suites 300 and 400, Cincinnati, OH 45202
513-651-9300

I, the undersigned, hereby authorize the Community Diagnostic and Treatment Center to release/obtain information from records pertaining to the person named below to/from the agency/person indicated. This authorization includes release of information concerning evaluation/treatment of drug or alcohol abuse, drug-related conditions, alcoholism, psychiatric/psychological conditions, Acquired Immune Deficiency Syndrome (AIDS), AIDS-Related Complex (ARC), and/or tests for antibodies to the AIDS virus (HIV). All matters pertaining to client records are considered privileged and confidential and are treated as such by the employees of the program. Information regarding such matters cannot be given without the consent of the client. PROHIBITION ON REDISCLOSURE: Information disclosed or requested from records whose confidentiality is protected by Federal or State Law, may not be disclosed without the specific written consent of the person to whom it pertains.

AGENCY/PERSON ___Children's Hospital___ Attn: Records

ADDRESS ___Elland & Bethesda Ave.; 45229-2899___

PURPOSE/NEED FOR DISCLOSURE of information between Community Diagnostic and Treatment Center and the agency/person named above: Aid in court-ordered evaluation/treatment of the person named below. OR _____

Please send the following information immediately.
The following information may be released or reviewed:

( ) Discharge Summary                          (X) Reports of Tests or X-rays
(X) Face Sheet with Final Diagnosis            (X) Emergency Treatment(s)
(X) Complications & Operative Procedures       (X) Outpatient Clinic Notes
(X) History and Physical                           Specify Clinic:_____
(X) Consultative Report(s)                     ( ) Other _____
(X) Inpatient          ( ) Outpatient                (X) Emergency Department

This Authorization for Release of Information may be revoked by me at any time with written notice to the parties involved, except to the extent action has been taken prior to revocation. This Authorization for Release of Information will expire ninety (90) days after date below, or sooner by my choice, in which case this consent will expire on _____.

I hereby acknowledge that I have read and fully understand the above statements as they apply to me. I hereby consent to the disclosure of the records to the purpose and extent stated above.

FULL NAME OF CLIENT ___Lee Edward Moore___    X _Lee E. Moore Jr._
                                                (Signature of Client)
Date of Birth ___10-19-74___

Social Security No. ___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___           ___9-6-94___
                                                  (Date)

PLEASE FORWARD REQUESTED INFORMATION TO: _Jenny O'Donnell_
Community Diagnostic and Treatment Center, 909 Sycamore Street, Suites 300 and 400, Cincinnati, OH 45202.

This authorization was facilitated by _Jenny O'Donnell_
                                        (Staff member's signature)
Date ___9-6-94___

c: To be retained in Client Record

CC 0262

# LAB REPORT

**001230**

| GRAM STAIN: | Few | Mod. | |
|---|---|---|---|
| Gram Positive Cocci in Clusters | | | |
| Gram Positive Cocci in Pairs and/or Chains | | | |
| Gram Positive Bacilli | | | |
| Gram Negative Diplococci | | | |
| Gram Negative Bacilli | | | |
| WBC's | | | |

NO ORGANISMS SEEN ☐   ANALYST:

CULTURE:

**NO BETA-HEMOLYTIC STREPTOCOCCUS DETECTED**

ANALYST: DW

Collected By: Jo DeSuk   Time Collected: 1920

☐ Urine Culture { ○ Clean Catch   ○ Sensitivity
                  ○ Cath          ○ Suprapubic
☒ Beta Strep Screen   ☒ Throat   ○ N.P.
☐ Blood Culture & Sensitivity
☐ Stool (Salmonella, Shigella, Campylobacter, Yersinia)
☐ GC Screen ○ Vag  ○ Cx  ○ Ureth  ○ Rect  ○ Throat

SEND SEPARATE SLIP FOR EACH SQUARE CHECKED

Children's Hospital Medical Center

CHART

SSF Form 0589 1/84

BACTERIAL CULTURES MICROBIOLOGY

0035 0795

CC 0263

# Children's Hospital Medical Center
## EMERGENCY DEPARTMENT NURSING NOTES

G8 686

```
MER 430260*0  S  118
MOORE LEE E
521521/0  M  10 19 74
522 9203  8 6 84
DR KEGLER
```

Regist. no: 118

**NAME:** Moore, Lee  **AGE:** 6y/o  **TIME:** 1840  **TRIAGE INITIALS:** [illeg]  **TRIAGE TO:** MSE
**CHIEF COMPLAINT:** Swollen neck
**AMB.** / **CARRIED** / **WHEEL CHAIR** / **STRETCHER**   **SENT BY:** Father   **SOURCE OF CARE:** Dr. Kegler
**ASSESSMENT:** BOA c̄ sore throat & neck swelling under ear
**CHRONIC PROBLEMS:** None   **ALLERGIES:** None   **EXPOSURES:** None   **CURRENT MEDS:** None
**ACCIDENT:** None   **TIME:** —   **PLACE:** —   **WEIGHT:** 20

| TIME | T | P | R | B/P | MENTAL STATUS | COLOR | INTRAVENOUS FLUIDS MEDICATIONS | TOTAL READING IN BOTTLES | ABSORBED | NURSING NOTES |
|---|---|---|---|---|---|---|---|---|---|---|
| 1840 | 105 | 102 | 32 | | alert | good | | | | To see Dr X-ray c̄ (R) tonsil glands [illeg] |

**COMPLETED PROCEDURES:**

| TIME | 1910 | |
|---|---|---|
| BLOOD CULTURE | | |
| THROAT CULTURE | ✓ | |
| STOOL CULTURE | | |
| U/A | | |
| URINE CULTURE | | |
| X-RAY OF: | | |
| OTHER: | | |

CBC / ELECTROLYTES / BUN / CREATININE / GLUCOSE / OTHER

**DISCHARGE INSTRUCTIONS:** as per Dr Neal
**SIGNATURE:** M Bujardw [?]

**ADMITTING:**
**REPORT CALLED BY:**
**REPORT GIVEN TO:**
**TIME:**
**TRANSPORT BY:**
**RECEIVED BY:**

**SIGNATURE:** M Bujardw [?]

CBF FORM NO. 030-4/03

0035 0794

CC 0264

# EMERGENCY DEPARTMENT REGISTRATION FORM

**Children's Hospital Medical Center**
Elland and Bethesda Avenues • Cincinnati, Ohio 45229

| Field | Value |
|---|---|
| Complaint or Cause of Accident | SWOLLEN NECK |
| Patient Name | MOORE, LEE E |
| Arrival Time | 0640P |
| Primary Source of Care | DR KEGLER |
| Who Sent You | SELF |
| Triage Person | LN |
| Triage To | MER |
| Temp | 100.4 |
| Pulse | 100 |
| Resp | 32 |
| Weight | 28.4 |

MCR: 45026040
MOORE LEE E
5215217/0  M  10 19 74
422 9203  8 6 84
DR KEGLER

## HISTORY/PHYSICAL

9 yo BM $\bar{c}$ 1 d hx of swollen ® neck & sore throat. No URI symptoms. Swelling ® side of neck - tender, grad. ↑ in size throughout the day. Sl hoarse speech. Low grade fever. No V/D. No cough.

Neg PMHx → Does have recurrent "raspy" voice not necessarily ass $\bar{c}$ URI etc.

PE: Alert BM in NAD.  Skin clean
HEENT - Sl red post pharynx $\bar{s}$ petechiae or exudate
Tms clear  Eyes clear.  Nose clean
Neck - ® side 3x2 cm firm sl. tender post cerv. adenopathy. Non fluctuant $\bar{s}$ redness.
Chest clear  CV RRR s⊕ ab benign  No HSM
No other adenopathy noted

## LAB RESULTS AND TREATMENT

Parents instructed to have his hoarseness V'd once off meds.

## DISCHARGE INSTRUCTIONS / MEDICATIONS

Cefaclor 250 mg tid x 10 d

Followup Care Doctor: To Kegler if not better 2 d
Diagnosis: Lymphadenitis

Condition Upon Discharge: X EXCELLENT
Disposition: X HOME

# CHILDREN'S HOSPITAL MEDICAL CENTER
Elland & Bethesda, Cincinnati, Ohio 45229 

## EMERGENCY DEPARTMENT REGISTRATION FORM

**Date stamp:** 12 10 82    ENT

```
430260-0
MOORE LEE E
51021459 M 10/19/74
HISTORY/PHYSICAL 12/10/82
XX51    ENT SPEECH
```

| Complaint or Cause of Accident | Place/Time/Date |
|---|---|
| ENT SPEECH | |

| Patient Name | | Arrival Time |
|---|---|---|
| MOORE     LEE E | | 0200P |

| Primary Source of Care | Who Sent You | Triage Person | Triage To |
|---|---|---|---|
| | FINNEYTOWN | DC | |

| Temp. | Pulse | Resp. | B.P. | Weight |
|---|---|---|---|---|

**TIME IN ROOM:**

**TIME DISCHARGED:**

### LAB RESULTS AND TREATMENT

- ☐ Lytes
- ☐ BUN
- ☐ BS
- ☐ Kidney Grp.
- ☐ CBC
- ☐ ESR
- ☐ X-ray
- ☐ UA
- ☐ UC
- ☐ BC
- ☐ TC
- ☐ SC
- ☐ LP
- ☒ Other  Fibroscope

### DISCHARGE INSTRUCTIONS / MEDICATIONS

- ☐ Fever
- ☐ Antibiotics
- ☐ Head Injury
- ☐ Lacerations
- ☐ Injuries
- ☐ Diet
- ☐ Casts
- ☐ X-Rays
- ☐ Hand Washing

**Condition Upon Discharge:** ☐ Excellent ☐ Good ☐ Fair

**Date / Time:**

**Follow Up Care Doctor:**   **Date:**

**Diagnosis:** VC Nodules    **Code:** 4785

**Physician Signature:**

**I HAVE BEEN INFORMED AND UNDERSTAND THESE INSTRUCTIONS.** Parent Signature

**DISPOSITION:**
- ☐ Home
- ☐ Admit
- ☐ Transfer

**ADMITTING PHYSICIAN / SPECIALTY / FLOOR:**

**CONSENT:** I authorize the performance of any medical or surgical procedures deemed necessary for the diagnosis and/or treatment of the above named patient.

Signature _____ Relationship _____

**FOLLOW-UP:**
- ☐ Patient contacted
- ☐ Physician contacted
- Date

☐ Positive _____ culture    ☐ Positive _____ X-ray
Comments:

Signature _____

0035 0790

CC 0266



CHILDREN'S HOSPITAL MEDICAL CENTER
Cincinnati, Ohio 45229

12 10 82

CLINIC PROGRESS SHEET  51021459

MOORE LI? L
M  10/19/74
522 1692
KCC1

NAME

12.10.92 ENT

- Honixnas
- Oxympu →

(R)  (L)

Otherwise ✓

rths ✓   / Wax in (R)

R↑

0035 0789    CC 0267

Dear Dad                                          From
                                                  Stidham
                                                  9-26-94

    Whats up dad? Im doing pretty good, I hope you are too, I really dont have to much to talk about but I do want you to know that im very sorry that I was not a better son, I wish I would have been, I just had a couple of problems in my life and I felt like I couldnt talk to anyone about it, Like sometimes I would be sitting downstairs with you and I would want to talk to you about it but I just wouldnt, The truth is I have a problem communicating with people I dont know very well and I guess I didnt know you like I should have known you, I hope you understand what im saying.

    I was NOT smoking crack, but I would drink & smoke weed constantly and I only did that because that was the only way I could get my mind off the problems in my life, its like I was running from them, but since I've been locked up I have had time to think about why I turned out this way, I guess I was like a pressure cooker I had all of those feelings and problems bottled up inside of me eventually I just busted.

Sometimes I would even think

CC 0268

About how all of these problems would go Away if I Just Killed Myself, I Know I didNt want To Do That, but That is Something I ShouldNt have even been Thinking About, but I have a Stable Mind Now That I have god in My life + Im Ready To go with The punches because I Know Everything will be Allright.

Please Tell Mrs. betty That im Sorry for Not Treating her better Than I did, I do Appreciate her because she Allowed Me To Stay, Sleep And Definetly eat in her home And I Know That She Did Not have To do Any of That for Me.

I wish it wouldNt have Took all of This for Me To Come To My Senses, but it did and Now I have To live with it.

One More Thing before I ENd This Letter, I had quite a few Pictures on My Mirror + iN My Drawers Do you Think you Can Mail Them To Me? well until Next Time bye!

Love
Lee Edward Moore

CC 0269

from
Stidham
9-26-94

Dear MAMA:

I Really don't Know what To say - So im just going to get to the point. I Know I have been a big disappointment to you & Daddy but I want you to Know That The way I Turned out is Not your fault at all, you were The best Mother a Son could have I just couldn't Realize you were Trying To Make A good person out of me. I Really Think My Downfall was Acceptance From other Kids & also Drinking & Drugs, im not blaming anyone for My Mistakes because I should have been a stonger person, because I Knew That Drinking & Smoking was wrong but All I was Concerned with was being Accepted by Kids at My School.

MAMA, Kids Actually Made My young life Miserable. I got beat up, I got Chased home from School All The Time & This Made Me have a very low self Esteem, in Jr. high School I was Actually scared To Ride My School bus home because People would Take My hats And pick fights with Me. I Didnt have Any Friends at All when

CC 0270

I was in Jr. high school except for younger kids like Micheal across the street and Kareem around the corner.

That is why I stayed in trouble in school, being the class clown to make people laugh so I could be <u>Accepted</u> like other kids, but really all I was doing was playing <u>Myself!</u>

By the time I got in high school things were getting a little better, I could fight now because of getting my ass kicked so much when I was younger <u>Excuse my french</u> ☺

CC 0271

Anyway I started maturing in the body but NOT in the mind & people were accepting me especially <u>girls</u> & I just lost my mind cause I never experienced popularity before.

Time goes on & me & my clique are like the <u>koolest</u> and this makes me feel very good cause we got the <u>girls</u> the <u>Money</u> & the "<u>Clout</u>"

But one day I'm hangin with "The boys" and some guys come over with some beer & say lets get drunk and everybody says kool I <u>Really</u> didnt want to but I was weak & I didnt want to lose my acceptance with the clique so I drunk with them. This went on

for a while And Eventually it was a Normal Thing To drink A 40oz with The boys it became a habit & I Started Really Messing up in School but I didnt Care Cause I had "Clout" & girls And I wasnt Thinking About The Future, I didnt have a Care in The world.

CC 0272

Then I Started getting in Trouble with The law. I would hide my Drinking from you but occasionally I would Come home very drunk & sick you know what im Talking About & Eventually you just got fed up because I was NOT doing Nothing in School I was getting in Trouble with The law & I would Come home Drunk, So you Through Me out and I Can understand That.

but Mama, Thats The worst Thing you Could have done, I Started living with daddy And IT was like I was on my own, he gave me freedom To do what I wanted To do, I had Never had That And I wasnt Even Ready for it, but I liked it I felt like I was a grown Man but in Reality I was a young boy with all This Freedom I didnt Need AND

CC 0273

could not control it, I spent all of my time drinking & smokin weed with the boys & no time for God & school. When I enrolled into Woodward it was like withdrawing from school completely, it was so easy to skip school & not even to go I just didnt attend, I had all this freedom I just wanted to have fun I wasnt thinking about school.

I started getting in trouble with the truant officer & they were threatening to kick me out I did better for a minute then started slipping again & eventually dropped out, I spent ALL my time drinking, screwing, smokin weed & hangin with the boyz "N" the hood I hardly ever spent any time at dads house cause I was always in the streets, I did try to enroll into the Job Corps Trade School but they wouldnt except me because of that drug charge I picked up when I was younger, Then I started feeling useless & depressed.

I knew how you must have been feeling & I felt so ashamed of myself I didnt want to be around you.

I felt like there was nothing I could do I had no skills & I couldnt even learn one, I felt trapped and I didnt want to work at Mcdonalds because I was 19yrs old and I guess I had to much pride, but look were it got me. Its a shame that all of this had to happen for me to come to my senses & realize I had a problem, I wish I could have been a better son and I am so sorry for disappointing everybody but now I know that when all of this is over I will be a better person because I have turned my life over to God & I have faith in him.

CC 0274

   I understand everything that you ever tried to teach me and now I understand that you were trying to make me have a good life, I just wish I could have seen it when I was younger. I am so sorry any of this happened, if I could start from the beginning I would live my life a totally different way.

   And as far as Shatunda is concerned I dont need her or her mamas support because I have my mama and my family's support

And most important of all I have the support of Jesus Christ and thats all I need.

Love
Your Son
Lee E. Moore Jr.

P.S
I Love you

CC 0275



## McDonald's

Clayton Management
8050 Hamilton Avenue
Mt. Healthy, Ohio 45231
513 521-4344

Gregory W. Clayton
Owner/Operator

*from Stidham*
*9-26-94*

# FAX COVER SHEET

Date: AUG 3, 1994

This FAX is directed to: CHUCK R. STIDHAM
Re: LEE MOORE

Number of pages including cover: 2

Special instructions:

- Please call us if you had any problems receiving or if there are any pages missing.

This FAX is sent by GREG CLAYTON

CC 0276

MR STIDHAM:

FRANKLY LEE WAS NOT A VERY GOOD EMPLOYEE. HIS MOTHER WOULD ASK OUR MANAGERS TO SCHEDULE HIM MORE HOURS TO KEEP HIM OUT OF TROUBLE. HE WOULD OFTEN NOT SHOW UP OR BE VERY PRODUCTIVE WHILE HE WAS THERE. I CHECKED HIS FILE - THERE WAS ONE WRITE-UP FOR NOT SHOWING UP ALTHOUGH ONE WAS NOT SIGNED BY HIM, SO IT IS NOT VALID. IF I CAN PROVIDE ANY THING ELSE PLEASE CALL

Greg Clayton
Owner/Operator
521-4344

CC 0277



*From Stidham 9-26-94*

```
077  15  M  10/19/74  09
```

| Date | Value | | Code | Description |
|---|---|---|---|---|
| W 19 28 Aug 1 | 1.000 | | | ORIG ENTRY |
| W 19 Sep 1 | 1.000 | 16.000 | E | ENROLLED |
| R 20 Sep 1 | 1.000 | 17.000 | SU | SUSPENDED |
| F 21 Sep 1 | 1.000 | 18.000 | SU | SUSPENDED |
| T 02 Oct 1 | 1.000 | 25.000 | AB | ABSENT |
| W 14 Nov 1 | 1.000 | 30.000 | SU | SUSPENDED |
| F 01 Feb 1 | .500 | 45.000 | HF | HALF DAY ABSENCE |
| T 26 Mar 1 | 1.000 | 100.000 | AB | ABSENT |
| W 27 Mar 1 | 1.000 | 136.000 | SU | SUSPENDED |
| R 28 Mar 1 | 1.000 | 137.000 | SU | SUSPENDED |
| M 08 Apr 1 | 1.000 | 138.000 | AB | ABSENT |
| T 09 Apr 1 | 1.000 | 139.000 | SU | SUSPENDED |
| W 10 Apr 1 | 1.000 | 140.000 | SU | SUSPENDED |
| R 11 Apr 1 | 1.000 | 141.000 | SU | SUSPENDED |
| F 12 Apr 1 | 1.000 | 142.000 | SU | SUSPENDED |
| M 15 Apr 1 | 1.000 | 143.000 | SU | SUSPENDED |
| T 16 Apr 1 | 1.000 | 144.000 | AB | ABSENT |
| 17 Apr | 1.000 | 145.000 | AB | ABSENT |
| 05 Jun 1 | 1.000 | 145.000 | W | WITHDRAWAL |
| 05 Jun 1 | | 146.000 | E | ORIG ENTRY |
| | | 146.000 | | END REPORT |

| Date | Value | | Code | Description |
|---|---|---|---|---|
| | | 19.000 | | ENROLLED |
| 08 Jun 1 | 10.000 | 175.000 | | END REPORT |
| M 24 May 1 | 8.000 | 165.000 | | ABSENT |
| M 26 Oct 1 | 41.000 | 42.000 | EX | EXCUSED ABSENCE |
| T 27 Oct 1 | 1.000 | 43.000 | EX | EXCUSED ABSENCE |
| T 10 Nov 1 | 10.000 | 53.000 | DR | DOCTORS NOTE |
| R 12 Nov 1 | 1.000 | 54.000 | DR | DOCTORS NOTE |
| F 13 Nov 1 | 1.000 | 55.000 | DR | DOCTORS NOTE |
| M 16 Nov 1 | 1.000 | 56.000 | DR | DOCTORS NOTE |
| T 24 Nov 1 | 6.000 | 62.000 | TR | TRUANT |
| R 03 Dec 1 | 4.000 | 66.000 | EX | EXCUSED ABSENCE |
| R 11 Dec 1 | 10.000 | 76.000 | EX | EXCUSED ABSENCE |
| T 18 Dec 1 | 1.000 | 77.000 | EX | EXCUSED ABSENCE |
| F 05 Jan 1 | 2.000 | 79.000 | EX | EXCUSED ABSENCE |
| R 21 Jan 1 | 11.000 | 90.000 | EX | EXCUSED ABSENCE |
| T 29 Jan 1 | 4.000 | 94.000 | 02 | WOODWARD |
| 08 Jun | | 94.000 | | NOT-ENROLLED |



(92)

```
                                              09 Jun  1   75.000   178.000  END    REPORT
MOORE, LEE E.       999   16  M  10/19/74  10  27 Aug  1    1.000     1.000  ORIG ENTRY
  750291                                    W  09 Oct  1   30.000    31.000         ABSENT    1.000
                                            R  10 Oct  1    1.000    32.000         ABSENT    1.000
                                            F  11 Oct  1    1.000    33.000         ABSENT    1.000
                                            M  14 Oct  1    1.000    34.000         ABSENT    1.000
                                            T  15 Oct  1    1.000    35.000         ABSENT    1.000
                                            W  16 Oct  1    1.000    36.000         ABSENT    1.000
                                            R  17 Oct  1    1.000    37.000         ABSENT    1.000
                                            F  18 Oct  1    1.000    38.000         ABSENT    1.000
                                            M  21 Oct  1    1.000    39.000         ABSENT    1.000
                                            T  19 Nov  1   19.000    58.000         ABSENT    1.000
                                            R  05 Dec  1    9.000    67.000         ABSENT    1.000
                                            F  06 Dec  1    1.000    68.000         ABSENT    1.000
                                            M  09 Dec  1    1.000    69.000         ABSENT    1.000
                                            T  10 Dec  1    1.000    70.000         ABSENT    1.000
                                            W  11 Dec  1    1.000    71.000         ABSENT    1.000
                                            R  12 Dec  1    1.000    72.000         ABSENT    1.000
                                            F  13 Dec  1    1.000    73.000         ABSENT    1.000
```

```
Ref: ATT.530     INTERIM REPORT           MT HEALTHY CITY SCHOOLS              * Age as of
Date: 7/21/92                      077    MT HEALTHY HIGH SCHOOL               Attendance Rep
Time: 10:43:21                            10TH GRADE MALE                      8/27/91 thru

Student                *                                Membership-Days                Absence
Name    Number   School Age Sex Birthday Class Date Load   Add      Total    Description  Add
                                            M  16 Dec  1    1.000    74.000   ABSENT    1.000
                                            W  18 Dec  1    2.000    76.000   ABSENT    1.000
                                            F  20 Dec  1    2.000    78.000   ABSENT    1.000
                                            M  27 Jan  1   14.000    92.000   ABSENT    1.000
                                            M  03 Feb  1    5.000    97.000   ABSENT    1.000
                                            W  12 Feb  1    7.000   104.000   ABSENT    1.000
                                            R  13 Feb  1    1.000   105.000   ABSENT    1.000
                                            F  14 Feb  1    1.000   106.000   ABSENT    1.000
                                            T  03 Mar  1   11.000   117.000   ABSENT    1.000
                                            R  05 Mar  1    2.000   119.000   ABSENT    1.000
                                            F  24 Apr  1   28.000   147.000   ABSENT    1.000
                                            W  29 Apr  1    3.000   150.000   ABSENT    1.000
                                            R  30 Apr  1    1.000   151.000   ABSENT    1.000
                                               01 May                151.000  EMPLOYMENT
                                               09 Jun                151.000  END    REPORT
```

CC 0279

# MT. HEALTHY HIGH SCHOOL

2046 Adams Road, Cincinnati, Ohio 45231

Guidance Office
(513) 729-0130

## WITHDRAWAL PERMIT

PUPIL: Lee Moore (750291)    GRADE: 9    DATE: 4/17/91

REASON: EXPELLED

AUTHORIZATION:

4th Qtr.

| PERIOD | SUBJECT | GRADE TO DATE | BOOKS RETURNED YES | BOOKS RETURNED NO (BOOK NO.) | N/A | TEACHER SIGNATURE | AMOUNT OF FEE OWED | REFUND |
|---|---|---|---|---|---|---|---|---|
| 1 | Meteorology | F | | | ✓ | Fuller | 0 | 0 |
| 2 | P.E. II | F | ✓ | | | Tenly | | |
| 3 | G. Alg. I Pt. 1 | F | | #189-87 | | SAv | | |
| 4 | Law/Justice | F | no | 5-90 | | Bom. | | |
| 5 | English II | F | | #50 | | Mty | | |
| 6 | Study Hall | | | | | O. Renner | | |

LIBRARY: Overdue Books: Black Cultures — Children of Allen, R. Henick

ADMINISTRATIVE OFFICE: _____

COUNSELOR: _____

ATTENDANCE OFFICE: _____

FEES OR OBLIGATIONS: X

I give my permission for Mt. Healthy High School to release the records of _____

Parent or Guardian Signature

Gail

CC 0280