it to 'im?  I'm sure he's askin' question like you know
you just gonna...

A:  I told I tol...

Q:  gim'me --- a brand new car.

A:  I told it was stolen.

Q:  Okay.  Did you tell 'im any about it anything about
shootin' this guy?

A:  No.

Q:  Huh?

A:  No.

Q:  Okay.

A:  I gave it to 'im cause I just wa... want to just end
it all of that.  I was...  Cause it was bothering me.  I
was scared an' I just kept thinkin' about it.  I just
wanted to get ri... get rid of it.

Q:  The car?

A:  Yeah.

Q:  Okay.  Um goin' back up there in Hamilton when this
originally started.  You know where you an' uh what's his
name?  The one you started out with Jason?  Jason
Holmes.  When you an' Jason went up there, you're sayin'
you saw him comin' out of this building?

A:  (Can not hear an answer.)

Q:  How come you just didn't take his car an' just leave
him there?

A:  Ss...  cause I know he could call the police right then.
An' I wanted to leave 'im so where where he didn't know

CC 0301

where he was at an' where he couldn't call the police.
Gim'me more time to get to get to Hamilton County.

Q:    --- --- How did you pick that area down --- Cumminsville?

A:    I was just drivin' around.  Just drivin'.

Q:    You got --- down there anything or you just pick that
area out?

A:    I was just drivin' an' then we was in that area an' Larry
seen a street he told me to turn down.  That's how I got
that's how I turn that's why I turned where I did.

Q:    Okay.  How did you get him ta...  When you approached
him, was you by yourself or was Jason with ya?

A:    Jason was with me.

Q:    Jason got out of the car with ya?  Huh?

A:    Yeah.

Q:    An' who all had guns?  Did you have the gun or Jason
originally?

A:    Um when we got out the car?

Q:    Yeah.

A:    I didn't have it when we got out.

Q:    Huh?

A:    I didn't have it when we got out.  I Jason took it in
the house.

Q:    No I mean when you when you saw this this guy who got
shot, the old man...

A:    Um hum.

Q:    when you saw him up comin' out of the building at Ham...
up at Hamilton...

**CC 0302**

A:  Um hum.

Q:  an' you were sittin' there watchin' his car waitin' for 'im to come out..

A:  Uh huh.

Q:  when he came out to get in his car, who went up an' approached 'im?

A:  I did.

Q:  You did.  By yourself?

A:  Yeah.

Q:  An' then where did Jason stay?

A:  In the car.

Q:  He stayed in the car.  An' what did you say to this guy when you approached 'im?  What what was said?

A:  I told 'im... I told 'im to just get in the car.

Q:  An' that's all you said?

A:  An 'I didn't... Yeah.  An' I didn't wanna hurt 'im.

Q:  Alright.  Did ya have the gun out?

A:  Yes.

Q:  Huh?

A:  Yes.

Q:  Okay an' did he get in the car or did he try ta get away or anything?

A:  He got in.

Q:  He got in the car?  An' then what did he get in the passenger side or the driver side?

A:  The pa... He got in the driver side an' scooted over.

Q:  An' scooted over.  So you you got in the driver side,

CC 0303

```
            you drove the car?
A:    (Can not hear an answer.)
Q:    An' where did you drive the car to?
A:    I drove it behind the buildin'.
Q:    Okay.  An' why'd you do that?
A:    So he can get in the trunk so he couldn't see where he
      was goin'. S
Q:    Okay.  Then how did how did how did that transpire?
      How'd you get 'im in the trunk?
A:    I just told 'im to get in the trunk.
Q:    So you got out...
A:    Cause it... I got out an' open the trunk.
Q:    --- in there.
A:    An' La... An' he got out an' got in.
Q:    Was he was he askin' ya to let 'im go or anything or
      what was he sayin'?  He did all this voluntarily or what?
A:    Yes.
Q:    Huh?
A:    Yes.
Q:    He didn't ask ya to let 'im go or anything like that?
A:    No.  Cause I told 'im I was...  I told 'im I was gonna
      let 'im go.
Q:    So you kept tellin' 'im you were gonna let 'im go?
A:    Yeah.  That's...  Cause I was.  That was my intention.
      That was my intention.
Q:    Okay.  An' then an' then Jason drove your car...
A:    Um...
```

CC 0304

Q:   back to uh Clovernook an' you drove that car there?

A:   (Can not hear an answer.)

Q:   Umkay.  Now goin' back to the scene where he was shot
     at.  Yous drove down to Cumminsville an' you're sayin'
     Larry pointed out a a street to turn down to?

A:   Yeah.

Q:   An' you turned down to the street right?

A:   (Can not hear an answer.)

Q:   An' you say you saw a building or some kind of place that
     you wanted ta to get 'im out at?

A:   Yeah.

Q:   Okay an' you backed the car up where the the rear of the
     car is facin' the building?

A:   Yeah.  So I could leave out without 'im sayin' where we
     which way we were headed.  So I could leave out real
     quick.

Q:   So you could leave out real quick.  An' what... You
     asked 'im for his wallet?

A:   Yeah.

Q:   An' he gave ya his wallet?  An' where was he at?  Can
     you explain to me where he was at when he gave you the
     wallet?  Was he by the dumpster, on side...

A:   He was...

Q:   of the dumpster...

A:   He was by the dumpster on the side of it.

Q:   Now there's a building an' then there's a dumpster.  An'
     there's a little little area where you can go back along

CC 0305

```
                side the dumpster.  Was he along in this area here?

A:      Yes.

Q:      About how far back was he?

A:      To the back by the wall.

Q:      He...

A:      I old 'im to get behind.

Q:      He was back by the wall?

A:      Yeah.

Q:      An' where were you at?

A:      Um in front of 'im waitin' for 'im to gim'me his wallet.

Q:      An' that's... An' then he handed ya the wallet?

A:      He took the wallet out an' was handin' it to me but he

        dropped it.  I was reachin' down to pick up the wallet

        an' I had it I had the gun pointed at 'im when I was

        doin'... when I was reachin' down to get it.  An' then

        he ma... he step forward an' me I I paniced an' bein' in

        the condition that I was in, accidentally pulled the

        trigger.  But it was an accident.  I didn't mean...  I

        had a large amount a large amount of drinks an' some we..

        an' some marijuana.  An' it truly truly was an accident.

Q:      Okay.  An' once you fired the gun did you see if he was

        shot?

A:      No.  When when I heard the shot I just kinda blanked out

        an' went in went in like shock or somethin'.  An' then

        an' I ran to the car, I didn't see nothin'.  I didn't

        even I ain't even know he was shot. -- but Larry I got

        in the car an' Larry was just Larry was sayin' like you
```

got 'im. You shot 'im. His brains was all over the
wall. An' I was just sh... in shocked an' scared.
Cause I didn't mean to do that. I... Uh I ain't never
uh I just paniced, I was really drunk. I just didn't I
didn't mean it. I'm...

Q:    Okay.

Q:    Um you said there was... Goin' back to the credit cards,
there was a Shell gas station uh Shell Shell gas card?

A:    (Can not hear an answer.)

Q:    Did you ever use that?

A:    Um...

Q:    Did you ever buy gas with it?

A:    If I used it twiced.

Q:    You used his gas card twice?

A:    Yeah.

Q:    What to put gas in his car?

A:    (Can not hear an answer.)

Q:    Okay. You remember where what station you used it at?

A:    Un un.

Q:    Okay. Anything Mike? Anything else?

QQ:   I can't think of anything else.

Q:    Okay. 'kay. This is all I have here. This in.. this'll
uh conclude the interview with uh Lee Moore.


                          Transcribed By Terri Cipriani
                          Criminal Investigations Section
                          Cincinnati Police Division
                          January 31, 1994

CC 0307

# COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

## A Division of Central Psychiatric Clinic

909 Sycamore Street, Suite 300
Cincinnati, Ohio 45202
Phone: (513) 651-9300
Fax: (513) 352-1345

WALTER S. SMITSON, PH.D.
Executive Director

NANCY SCHMIDTGOESSLING, PH.D.
Director

WILLIAM WALTERS, PH.D.
Assistant Director

GAIL HELLMANN, M.D.
Medical Director

MARILYN GEEDING, L.I.S.W.
Treatment Coordinator

SHERRY SANDERS, L.P.C.C.
Forensic Liaison

CHARLOTTE E. HOLLAND
Office Manager


BOARD OF TRUSTEES:

HON. DAVID E. GROSSMANN
Chairman

MR. ROBERT F. RECKMAN
Vice Chairman

MR. CHARLES THOMAS
Secretary

DR. TIMOTHY E. JOHNSON
Treasurer

MS. CAROL A. BOYD

DR. M. PHOEBE BROWN

MRS. LOIS COHEN

MS. JANIS M. DAY

MS. DAPHNE DICKENS-KING

MR. JEFFREY S. GOODMAN

MR. WENDELL E. HAWKINS

HON. TIMOTHY S. HOGAN

DR. C. ROBERT KILBY

MR. EDWARD H. KIM

MR. ARUN LAI

MR. THOMAS B. SCHERPENBERG

MR. DANIEL J. VALERIO


UNIVERSITY LIAISON

DONALD C. HARRISON, M.D.

JAMES RANDOLPH HILLARD, M.D.

September 13, 1994

Orthopedic Diagnostic and Treatment Center
Attn:  Dr. Stearn or Dr. Henderson
3333 Vine Street
Suite 700
Cincinnati, Ohio  45220

RE:    Lee Edward Moore                    DOB:  10-19-74

TO WHOM IT MAY CONCERN:

    Enclosed is a signed Authorization for Release of Information form regarding the above-named person.

    Our agency is under a very strict time-frame to provide a comprehensive report to the Court, therefore, we would greatly appreciate information from you as soon as possible.

    Thank you in advance for your prompt and courteous attention to this matter.

Sincerely,

Jenny O'Donnell

Jenny O'Donnell, B.S.
Psychology Trainee

CC 0308

Serving the Mental Health and Criminal Justice Needs of the Community

CENTRAL PSYCHIATRIC CLINIC    *Broken Thumb*
COMMUNITY DIAGNOSTIC AND TREATMENT CENTER
909 Sycamore Street, Suites 300 and 400, Cincinnati, OH  45202
513-651-9300

I, the undersigned, hereby authorize the Community Diagnostic and Treatment Center to release/obtain information from records pertaining to the person named below to/from the agency/person indicated.  This authorization includes release of information concerning evaluation/treatment of drug or alcohol abuse, drug-related conditions, alcoholism, psychiatric/psychological conditions, Acquired Immune Deficiency Syndrome (AIDS), AIDS-Related Complex (ARC), and/or tests for antibodies to the AIDS virus (HIV).  All matters pertaining to client records are considered privileged and confidential and are treated as such by the employees of the program.  Information regarding such matters cannot be given without the consent of the client.  PROHIBITION ON REDISCLOSURE:  Information disclosed or requested from records whose confidentiality is protected by Federal or State Law, may not be disclosed without the specific written consent of the person to whom it pertains.  *Dr. Stearn or*

AGENCY/PERSON  *Dr. Henderson @ Jewish Hospital Center or*

ADDRESS  *221-4848    Orthopedic Dx & Tx Center    3333 Vine St  Suite 700    45220*

PURPOSE/NEED FOR DISCLOSURE of information between Community Diagnostic and Treatment Center and the agency/person named above:  Aid in court-ordered evaluation/treatment of the person named below. OR _____

Please send the following information immediately:
The following information may be released or reviewed:

( ✗ ) Discharge Summary                      ( ✗ ) Reports of Tests or X-rays
( ✗ ) Face Sheet with Final Diagnosis        ( X ) Emergency Treatment(s)
( X ) Complications & Operative Procedures    ( X ) Outpatient Clinic Notes
( X ) History and Physical                         Specify Clinic:_____
( X ) Consultative Report(s)                  ( ) Other _____
( ✗ ) Inpatient          ( ) Outpatient            ( X ) Emergency Department

This Authorization for Release of Information may be revoked by me at any time with written notice to the parties involved, except to the extent action has been taken prior to revocation.  This Authorization for Release of Information will expire ninety (90) days after date below, or sooner by my choice, in which case this consent will expire on _____.

I hereby acknowledge that I have read and fully understand the above statements as they apply to me.  I hereby consent to the disclosure of the records to the purpose and extent stated above.

FULL NAME OF CLIENT  Lee Edward Moore                *Lee E. Moore Jr.*
                                                    (Signature of Client)
Date of Birth  10-19-74

Social Security No.  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                     9-6-94
                                                    (Date)
--------------------------------------------------------------------
PLEASE FORWARD REQUESTED INFORMATION TO: Jenny O'Donnell
Community Diagnostic and Treatment Center, 909 Sycamore Street, Suites 300 and ), Cincinnati, OH 45202.
--------------------------------------------------------------------
This authorization was facilitated by  *Jenny O'Donnell*
                                        (Staff member's signature)
Date  9--6-94
c:  To be retained in Client Record

CC 0309

# COMMUNI  /  DIAGNOSTIC AND TRE  TMENT CENTER

### A Division of Central Psychiatric Clinic

909 Sycamore Street, Suite 300
Cincinnati, Ohio 45202
Phone: (513) 651-9300
Fax: (513) 352-1345

**WALTER S. SMITSON, PH.D.**
Executive Director

**NANCY SCHMIDTGOESSLING, PH.D.**
Director

**WILLIAM WALTERS, PH.D.**
Assistant Director

**GAIL HELLMANN, M.D.**
Medical Director

**MARILYN GEEDING, L.I.S.W.**
Treatment Coordinator

**SHERRY SANDERS, L.P.C.C.**
Forensic Liaison

**CHARLOTTE E. HOLLAND**
Office Manager

**BOARD OF TRUSTEES:**

**HCN. DAVID E. GROSSMANN**
Chairman

**MR. ROBERT F. RECKMAN**
Vice Chairman

**MR. CHARLES THOMAS**
Secretary

**DR. TIMOTHY E. JOHNSON**
Treasurer

**MS. CAROL A. BOYD**

**DR. M. PHOEBE BROWN**

**MRS. LOIS COHEN**

**MS. JANIS M. DAY**

**MS. DAPHNE DICKENS-KING**

**MR. JEFFREY S. GOODMAN**

**MR. WENDELL E. HAWKINS**

**HON. TIMOTHY S. HOGAN**

**DR. C. ROBERT KILBY**

**MR. EDWARD H. KIM**

**MR. ARUN LAI**

**MR. THOMAS B. SCHERPENBERG**

**MR. DANIEL J. VALERIO**

**UNIVERSITY LIAISON**

**DONALD C. HARRISON, M.D.**

**JAMES RANDOLPH HILLARD, M.D.**

September 13, 1994

Children's Hospital
Attn: Records
Elland and Bethesda avenue
Cincinnati, Ohio  45229-2899

RE:     Lee Edward Moore                    DOB:    10-19-74

TO WHOM IT MAY CONCERN:

Enclosed is a signed Authorization for Release of Information form regarding the above-named person.

Our agency is under a very strict time-frame to provide a comprehensive report to the Court, therefore, we would greatly appreciate information from you as soon as possible.

Thank you in advance for your prompt and courteous attention to this matter.

Sincerely,

Jenny O'Donnell

Jenny O'Donnell, B.S.
Psychology Trainee

**CC 0310**

**CENTRAL PSYCHIATRIC CLINIC**
**COMMUNITY DIAGNOSTIC AND TREATMENT CENTER**
**909 Sycamore Street, Suites 300 and 400, Cincinnati, OH 45202**
**513-651-9300**

I, the undersigned, hereby authorize the Community Diagnostic and Treatment Center to release/obtain information from records pertaining to the person named below to/from the agency/person indicated.  This authorization includes release of information concerning evaluation/treatment of drug or alcohol abuse, drug-related conditions, alcoholism, psychiatric/psychological conditions, Acquired Immune Deficiency Syndrome (AIDS), AIDS-Related Complex (ARC), and/or tests for antibodies to the AIDS virus (HIV). All matters pertaining to client records are considered privileged and confidential and are treated as such by the employees of the program.  Information regarding such matters cannot be given without the consent of the client.  PROHIBITION ON REDISCLOSURE:  Information disclosed or requested from records whose confidentiality is protected by Federal or State Law, may not be disclosed without the specific written consent of the person to whom it pertains.

AGENCY/PERSON   _Children's Hospital      Attn: Records_

ADDRESS   _Elland & Bethesda Ave.; 45229-2899_

PURPOSE/NEED FOR DISCLOSURE of information between Community Diagnostic and Treatment Center and the agency/person named above:  Aid in court-ordered evaluation/treatment of the person named below. OR _____
_Please send the following information immediately._
The following information may be released or reviewed:

| | |
|---|---|
| ( ) Discharge Summary | ( x) Reports of Tests or X-rays |
| (^) Face Sheet with Final Diagnosis | ( X) Emergency Treatment(s) |
| (X) Complications & Operative Procedures | ( X) Outpatient Clinic Notes |
| (X) History and Physical | Specify Clinic:_____ |
| (X) Consultative Report(s) | ( ) Other _____ |
| (X) Inpatient        ( ) Outpatient | ( X) Emergency Department |

This Authorization for Release of Information may be revoked by me at any time with written notice to the parties involved, except to the extent action has been taken prior to revocation.  This Authorization for Release of Information will expire ninety (90) days after date below, or sooner by my choice, in which case this consent will expire on _____.

I hereby acknowledge that I have read and fully understand the above statements as they apply to me.  I hereby consent to the disclosure of the records to the purpose and extent stated above.

FULL NAME OF CLIENT   Lee Edward Moore      X _George E. Moore Jr._
                                              (Signature of Client)

Date of Birth   10-19-74

Social Security No.   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        _9-6-94_
                                          (Date)

------------------------------------------------------------------------
PLEASE FORWARD REQUESTED INFORMATION TO:  Jenny O'Donnell
...munity Diagnostic and Treatment Center, 909 Sycamore Street, Suites 300 and 400, Cincinnati, OH  45202.
------------------------------------------------------------------------
This authorization was facilitated by   _Jenny O'Donnell_
                                          (Staff member's signature)

Date   9-6-94
c:  To be retained in Client Record                          CC 0311

# COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

### A Division of Central Psychiatric Clinic

909 Sycamore Street, Suite 300
Cincinnati, Ohio 45202
Phone: (513) 651-9300
Fax: (513) 352-1345

**WALTER S. SMITSON, PH.D.**
Executive Director

**NANCY SCHMIDTGOESSLING, PH.D.**
Director

**WILLIAM WALTERS, PH.D.**
Assistant Director

**GAIL HELLMANN, M.D.**
Medical Director

**MARILYN GEEDING, L.I.S.W.**
Treatment Coordinator

**SHERRY SANDERS, L.P.C.C.**
Forensic Liaison

**CHARLOTTE E. HOLLAND**
Office Manager


**BOARD OF TRUSTEES:**

**HON. DAVID E. GROSSMANN**
Chairman

**MR. ROBERT F. RECKMAN**
Vice Chairman

**MR. CHARLES THOMAS**
Secretary

**DR. TIMOTHY E. JOHNSON**
Treasurer

**MS. CAROL A. BOYD**

**DR. M. PHOEBE BROWN**

**MRS. LOIS COHEN**

**MS. JANIS M. DAY**

**MS. DAPHNE DICKENS-KING**

**MR. JEFFREY S. GOODMAN**

**MR. WENDELL E. HAWKINS**

**HON. TIMOTHY S. HOGAN**

**DR. C. ROBERT KILBY**

**MR. EDWARD H. KIM**

**MR. ARUN LAI**

**MR. THOMAS B. SCHERPENBERG**

**MR. DANIEL J. VALERIO**


**UNIVERSITY LIAISON**

**DONALD C. HARRISON, M.D.**

**JAMES RANDOLPH HILLARD, M.D.**

September 1, 1994


Bethesda Hospital
Attn: Dr. Schwartz
619 Oak Street
Cincinnati, Ohio 45206


RE:    Lee Moore                          DOB:  10-19-74

TO WHOM IT MAY CONCERN:

Enclosed is a signed Authorization for Release of Information form regarding the above-named person.

Our agency is under a very strict time-frame to provide a comprehensive report to the Court, therefore, we would greatly appreciate information from you as soon as possible.

Thank you in advance for your prompt and courteous attention to this matter.

Sincerely,

*Jenny O'Donnell/gp*

Jenny O'Donnell, B.S.
Psychology Trainee


**CC 0312**

Serving the Mental Health and Criminal Justice Needs of the Community

**The Prudential** 🔷

The Prudential Insurance Company of America
P.O. Box 2850, Cincinnati, OH 45201-2850
513-621-2884

From: _Terry R Schwartz Psy.D._

Date: _02/24/92_
Patient's Name: _Lee Moore_
ID#: _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_

## MENTAL HEALTH EVALUATION REPORT

Following the initial 2 evaluation visits, please submit the following information:

1. Multiaxial Diagnosis: _312.80 Conduct Disorder, low grades, caught with booze bottles, lies, stays out late, sexually active, stubborn, skipping school)_

2. Target symptoms/signs/problems: _antisocial behaviors, won't follow any rules at home or at school_
   _* No background or history available or given._

3. Specific goals for each target problem: _Try to put limits and create some responsiveness to rules_

4. Method of treating each problem: _Behavioral, Cognitive behavioral, unsuccessful_

5. Time frame for achieving each goal: _3 months; Termination due to failure to reach him. Lee would not open up and discuss anything. "Pulling Teeth"_

6. Who is Provider treating each problem: _[signature]_

7. Frequency of visits with each Provider: _Total sessions 02/24, 03/02, 03/11 03/15, 02/25/92_

8. Criteria for discharge from treatment: _Client (Lee) was unresponsive, he would not say much or utter a word, answered questions with "Yeah" or no, would not elaborate, Terminated due to failure to reach him in any constructive ways._

Mail To: PruCare of Cincinnati
P.O. Box 2850
Cincinnati, Ohio 45201

— OVER —

# JUVENILE REFERRAL/ARREST
## FAIRFIELD POLICE DEPARTMENT

*O'Donnell*
*Re: Lee Moore*

| Juvenile No. 92020507 | 101 X | Ref. | Name - Last Moore | First Lee | | MI E. Jr. | DOB 101974 | Sex M | Race B |
|---|---|---|---|---|---|---|---|---|---|

| Height 511 | Weight 154 | Hair Blk | Eyes Bro | Address 1101 Clearbrook Dr. | Apt. | City Cincinnati | | State OH | Zip 45228 |
|---|---|---|---|---|---|---|---|---|---|

| SSN 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 | Home Phone 242-1482 | Offense Section No. 2923.02 O.R.C. | Charge Attempted M/V Theft | # Counts 4 |
|---|---|---|---|---|
| Contact Date 4-29-92 | Age 17 | 2913.02 (A-1) O.R.C. | Theft of License Plates | 1 |

| Contact Location Dixie Hwy./Boehm Dr. | |
|---|---|

| School Mt. Healthy H.S. | Grade 11 | Arresting Officer Ptl. Garrett #57 |
|---|---|---|

| Resides With Father | Mother's Name (Natural) Moore, Georgia | Home Phone 5229203 | Work Phone - |
|---|---|---|---|
| Address 1280 Meredith Dr., Cincinnati, OH | Marital Status Divorced | Employer - | |

| Father's Name (Natural) Moore, Lee Sr. | Home Phone 242-1482 | Work Phone - | Employer - |
|---|---|---|---|
| Address 1101 Clearbrook Dr., Cincinnati, OH 45228 | Marital Status Married | Weapon Involved No | |

| Alcohol Related Yes ☐ No ☒ | Drug Related Yes ☐ No ☒ | Drug Type | Drug Quantity | Offense Cleared | Event # |
|---|---|---|---|---|---|

| Juvenile Court Date 4-28-92 | Vehicle | Lic. No. | Color | Other Ident. |
|---|---|---|---|---|

| L____n of Violation 5251 Dixie Hwy. | Companion(s) Name(s) Darell Anderson, Keylan Martin, Johnny Washington |
|---|---|

**Details:**

Lee Moore Jr. removed the license plate from a Plymouth. Lee Moore Jr. was chased by several witnesses from the area. He was apprehended with (3) companions. The license plate was to be used to aid the theft of (4) motor vehicles from the lot of Jeff Wyler Olds-Cadillac. Mr. Moore was advised of his rights. He gave a written statement implicating himself in the attempted theft of the (4) vehicles.

CC 0314

Moore

JUV 102 REV. 1/89

**JUVENILE COURT OF BUTLER COUNTY, OHIO**
**IN THE COURT OF COMMON PLEAS**

IN THE MATTER OF:                                          **REPORT OF REFEREE AND JUDGMENT**
___Lee Moore Jr._____                ☑ File original with clerk
An alleged ___Delinquent_____ Child              ☐ Unofficial case
☐ Further Proceedings                                    Case No. _92-04 0974_____

On __5-1-92___ , this cause came on for hearing concerning the alleged ____Delinquency___
of___Lee Moore Jr._____ , a child under the age of 18 years.

☑ Said child was advised of the right to counsel as well as other rights.
☑ The following parties were present in Court ___parents_____
_____ .

☐ Counsel requested, case continued until _____ at _____ .
☒ The right to counsel was waived.
☐ Counsel representing the parties: _____
☒ A plea of ___TRUE, TRUE_____ was entered.
☑ After taking testimony, this Court finds the child to be ___Delinquent_____ as
defined in Sec. __2151.02__ O.R.C. and in violation of Sec. _2913.02 2913.02 2723.0_
O.R.C., titled __Theft of License Plate (M1), GOT MV Theft (4 cts) (F4)___

After considering further evidence, it is the recommended adjudication of the referee that:

☐ This matter be continued and referred for judicial consideration.
☐ Said child is to be placed on a term of official probation.
☐ Said child is to be remanded to the Juvenile Detention Center pending: _____
_____ .

☐ The _____ has _____ made reasonable efforts to prevent said child's
removal from the home.
☐ It is in the continuing best interests of said child to be removed from the home.
☐ Said child is to pay restitution in the amount of $_____
☐ Said child is ordered to pay a fine of $_____ and Court costs of $_____ .
☐ Said child to be placed in the temporary custody of: _____

☐ Said child is to attend the _____ school district. Tuition responsibility lies with the
_____ school district, the district of the parent's residence.
☐ The Butler County Children's Services is ordered to investigate the circumstances of said child and shall
report to the Court on or before _____
☐ This case be continued until _____ at _____ .
☒ — Release on House arrest
— Refer to Ham Co for disposition
— No Contact w. Butler Co.
_____
_____
_____

_____
                                                    **REFEREE**

**ENTRY**

The Court being fully advised in the premises of the report of the referee and no objection thereto having been
filed, it is ordered that this report shall be the decision and judgment of the Court until further order of the Court.

_____
                              **David J. Niehaus, Judge**

CC 0315

# COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

### A Division of Central Psychiatric Clinic

909 Sycamore Street, Suite 300
Cincinnati, Ohio 45202
Phone: (513) 651-9300
Fax: (513) 352-1345

WALTER S. SMITSON, PH.D.
    Executive Director

NANCY SCHMIDTGOESSLING, PH.D.
    Director

WILLIAM WALTERS, PH.D.
    Assistant Director

GAIL HELLMANN, M.D.
    Medical Director

MARILYN GEEDING, L.I.S.W.
    Treatment Coordinator

SHERRY SANDERS, L.P.C.C.
    Forensic Liaison

CHARLOTTE E. HOLLAND
    Office Manager


BOARD OF TRUSTEES:

HON. DAVID E. GROSSMANN
    Chairman

MR. ROBERT F. RECKMAN
    Vice Chairman

MR. CHARLES THOMAS
    Secretary

DR. TIMOTHY E. JOHNSON
    Treasurer

MS. CAROL A. BOYD

DR. M. PHOEBE BROWN

MRS. LOIS COHEN

MS. JANIS M. DAY

MS. DAPHNE DICKENS-KING

MR. JEFFREY S. GOODMAN

MR. WENDELL E. HAWKINS

HON. TIMOTHY S. HOGAN

DR. C. ROBERT KILBY

MR. EDWARD H. KIM

MR. ARUN LAI

MR. THOMAS B. SCHERPENBERG

MR. DANIEL J. VALERIO


UNIVERSITY LIAISON

DONALD C. HARRISON, M.D.

JAMES RANDOLPH HILLARD, M.D.

September 2, 1994


Juvenile Detention Center
  of Butler County
Attn:  Records
280 North Fair Avenue
Hamilton, Ohio  45011


RE:  Lee Moore                    DOB:  10-19-74

TO WHOM IT MAY CONCERN:

Enclosed is a signed Authorization for Release of Information form regarding the above-named person.

Our agency is under a very strict time-frame to provide a comprehensive report to the Court, therefore, we would greatly appreciate information from you as soon as possible.

Thank you in advance for your prompt and courteous attention to this matter.

Sincerely,

*Jenny O'Donnell/JP*

Jenny O'Donnell, B.S.
Psychology Trainee

CC 0316

# COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

### A Division of Central Psychiatric Clinic

909 Sycamore Street, Suite 300
Cincinnati, Ohio 45202
Phone: (513) 651-9300
Fax: (513) 352-1345

WALTER S. SMITSON, PH.D.
Executive Director

NANCY SCHMIDTGOESSLING, PH.D.
Director

WILLIAM WALTERS, PH.D.
Assistant Director

GAIL HELLMANN, M.D.
Medical Director

MARILYN GEEDING, L.I.S.W.
Treatment Coordinator

SHERRY SANDERS, L.P.C.C.
Forensic Liaison

CHARLOTTE E. HOLLAND
Office Manager


BOARD OF TRUSTEES:

HON. DAVID E. GROSSMANN
Chairman

MR. ROBERT F. RECKMAN
Vice Chairman

MR. CHARLES THOMAS
Secretary

DR. TIMOTHY E. JOHNSON
Treasurer

MS. CAROL A. BOYD

DR. M. PHOEBE BROWN

MRS. LOIS COHEN

MS. JANIS M. DAY

MS. DAPHNE DICKENS-KING

MR. JEFFREY S. GOODMAN

MR. WENDELL E. HAWKINS

HON. TIMOTHY S. HOGAN

DR. C. ROBERT KILBY

MR. EDWARD H. KIM

MR. ARUN LAI

MR. THOMAS B. SCHERPENBERG

MR. DANIEL J. VALERIO


UNIVERSITY LIAISON

DONALD C. HARRISON, M.D.

JAMES RANDOLPH HILLARD, M.D.

September 1, 1994

Juvenile Detention Center
Attn:  Records
2020 Auburn Avenue
Cincinnati, Ohio  45219

RE:  Lee Moore                DOB:  10-19-74

TO WHOM IT MAY CONCERN:

Enclosed is a signed Authorization for Release of Information form regarding the above-named person.

Our agency is under a very strict time-frame to provide a comprehensive report to the Court, therefore, we would greatly appreciate information from you as soon as possible.

Thank you in advance for your prompt and courteous attention to this matter.

Sincerely,

Jenny O'Donnell / JP

Jenny O'Donnell, B.S.
Psychology Trainee

*he was never seen in Psychology clinic according to our records - Jenn*

CENTRAL PSYCHIATRIC CLINIC
COMMUNITY DIAGNOSTIC AND TREATMENT CENTER
909 Sycamore Street, Suites 300 and 400, Cincinnati, OH  45202
513-651-9300

I, the undersigned, hereby authorize the Community Diagnostic and Treatment Center to release/obtain information from records pertaining to the person named below to/from the agency/person indicated.  This authorization includes release of information concerning evaluation/treatment of drug or alcohol abuse, drug-related conditions, alcoholism, psychiatric/psychological conditions, Acquired Immune Deficiency Syndrome (AIDS), AIDS-Related Complex (ARC), and/or tests for antibodies to the AIDS virus (HIV).  All matters pertaining to client records are considered privileged and confidential and are treated as such by the employees of the program.  Information regarding such matters cannot be given without the consent of the client.  PROHIBITION ON REDISCLOSURE:  Information disclosed or requested from records whose confidentiality is protected by Federal or State Law, may not be disclosed without the specific written consent of the person to whom it pertains.

AGENCY/PERSON     _20/20   — Juvenile Detention Ctr.   Attn: Records_

ADDRESS     _2020 Auburn Ave., 45219_

PURPOSE/NEED FOR DISCLOSURE of information between Community Diagnostic and Treatment Center and the agency/person named above:  Aid in court-ordered evaluation/treatment of the person named below. OR _____

The following information may be released or reviewed:

( ) Discharge Summary                          ( ) Reports of Tests or X-rays
(✓) Face Sheet with Final Diagnosis            ( ) Emergency Treatment(s)
(✓) Complications & Operative Procedures        ( ) Outpatient Clinic Notes
(✓) History and Physical                            Specify Clinic _____
( ) Consultative Report(s)                     (✓) Other _All Records_
(✓) Inpatient              ( ) Outpatient          ( ) Emergency Department

This Authorization for Release of Information may be revoked by me at any time with written notice to the parties involved, except to the extent action has been taken prior to revocation.  This Authorization for Release of Information will expire ninety (90) days after date below, or sooner by my choice, in which case this consent will expire on _____ .

I hereby acknowledge that I have read and fully understand the above statements as they apply to me.  I hereby consent to the disclosure of the records to the purpose and extent stated above.

FULL NAME OF CLIENT _Lee Moore_                    _X Lee E. Moore Jr._
                                                   (Signature of Client)
Date of Birth _10-19-74_

Social Security No. _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_                  _9-1-94_
                                                   (Date)

------------------------------------------------------------------------
PLEASE FORWARD REQUESTED INFORMATION TO: _Jenny O'Donnell_
Community Diagnostic and Treatment Center, 909 Sycamore Street, Suites 300 and 400, Cincinnati, OH  45202.
------------------------------------------------------------------------
This authorization was facilitated by _Jenny O'Donnell_
                                       (Staff member's signature)
Date _9-1-94_
c:  To be retained in Client Record

CC 0318

# COMMUNITY DIAGNOSTIC AND TREATMENT CENTER
## A Division of Central Psychiatric Clinic

909 Sycamore Street, Suite 300
Cincinnati, Ohio 45202
Phone: (513) 651-9300
Fax: (513) 352-1345

WALTER S. SMITSON, PH.D.
Executive Director

NANCY SCHMIDTGOESSLING, PH.D.
Director

WILLIAM WALTERS, PH.D.
Assistant Director

GAIL HELLMANN, M.D.
Medical Director

MARILYN GEEDING, L.I.S.W.
Treatment Coordinator

SHERRY SANDERS, L.P.C.C.
Forensic Liaison

CHARLOTTE E. HOLLAND
Office Manager


BOARD OF TRUSTEES:

HON. DAVID E. GROSSMANN
Chairman

MR. ROBERT F. RECKMAN
Vice Chairman

MR. CHARLES THOMAS
Secretary

DR. TIMOTHY E. JOHNSON
Treasurer

MS. CAROL A. BOYD

DR. M. PHOEBE BROWN

MRS. LOIS COHEN

MS. JANIS M. DAY

MS. DAPHNE DICKENS-KING

MR. JEFFREY S. GOODMAN

MR. WENDELL E. HAWKINS

HON. TIMOTHY S. HOGAN

DR. C. ROBERT KILBY

MR. EDWARD H. KIM

MR. ARUN LAI

MR. THOMAS B. SCHERPENBERG

MR. DANIEL J. VALERIO


UNIVERSITY LIAISON

DONALD C. HARRISON, M.D.

JAMES RANDOLPH HILLARD, M.D.

September 2, 1994

Central Baptist School
Attn: School Records
7645 Winton Road
Cincinnati, Ohio  45214

RE:  Lee Edward Moore                          DOB:   10-19-74

TO WHOM IT MAY CONCERN:

Enclosed is a signed Authorization for Release of Information form regarding the above-named person.

Our agency is under a very strict time-frame to provide a comprehensive report to the Court, therefore, we would greatly appreciate information from you as soon as possible.

Thank you in advance for your prompt and courteous attention to this matter.

Sincerely,

Jenny O'Donnell

Jenny O'Donnell, B.S.
Psychology Trainee

CC 0319

# CENTRAL BAPTIST SCHOOL
7645 Winton Road
Cincinnati, Ohio 45224

## PUPILS' CUMULATIVE RECORD

NAME: Moore, Lee E
(Last) (First) (Middle)

Date of birth: 10 19 74 (Month) (Day) (Year)

Place of birth: Cinti, Ohio

Sex: (M) (F)

### SEMESTER RATING ELEMENTARY GRADES (1-8)

| NAME OF SCHOOL | Grade | Semester | School Year | NAME OF TEACHER | Conduct | Days Present | Days Absent | Times Tardy | Reading | Writing | Spelling | Arithmetic | Language or Gram. | Geography | History or Civics | Physiology | Health and Phys. Ed. | Music | Art | Bible | Social St. | Phys. Ed. | Science | Special Interest or Aptitude of Child |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CB | 1 | Final | 80-81 | Mrs. Moore | C | 180 | 0 | 4 | B | B | | B | B | | | | B | B | B | B- | B- | B+ | B- | |
| CB | 2 | | 81-82 | Mrs. Singleton | C | 179 | 1 | 2 | C | A | B | C | C | | | | C | C | C | C | C | C | B- | |
| CB | 3 | | 82-83 | Miss Randolph | C | 174 | 4 | 0 | C | C | B | C | B | | | | B | B | B | A | B | C | B | |
| CBS | 4 | | 83-84 | Mrs. Byrd | C | 183 | 16 | 0 | C | C | F | F | F | | | | D | D | D | D | D | C | C | retained |

### EDUCATIONAL TEST DATA

| School | Grade | Date | Name of Test | Form | Score | Stanine | % | G.E. |
|---|---|---|---|---|---|---|---|---|
| CB | 1 | 9/81 | Metropolitan | JS | See folder | | | |
| CB | 2 | 4/82 | " | " | See folder | | | |
| CB | 3 | 4/83 | " | " | See folder | | | |
| CBS | 4 | 4/84 | " | " | See folder | | | |

Grading System is as Follows: A (Exceptional) 100-93  B (Above Average) 92-85  C (Average) 84-75  D (Below Average) 74-70  F (Failing) Below

CC 0320