Metropolitan Achievement Tests
Survey Battery

Primer Form JS

Name: Lee Moore
Grade: K
Teacher: Mrs. Betty Hensley
Date of Testing: 4/21-22-80
School: Central Baptist Elem
City: Cinti
State: Ohio

## Score Summary Box

| Test | Number Possible | Number Right | Scaled Score | Grade Equivalent | Percentile Rank | Stanine | Instructional Reading Level |
|------|----------------|--------------|--------------|------------------|-----------------|---------|----------------------------|
| Reading | 37 | 26 | 476 | 1.5 | 90 | 1 2 3  4 5 6  7 (8) 9 | Primer |
| Mathematics | 35 | 33 | 492 | 2.7 | 96 | 1 2 3  4 5 6  7 8 (9) | |
| Language | 25 | 20 | 375 | 1.2 | 84 | 1 2 3  4 5 6  (7) 8 9 | |
| Basic Battery (R+M+L) | 97 | 79 | 410 | 1.5 | 94 | 1 2 3  4 5 6  7 (8) 9 | |

Percentile Ranks and Stanines based on tables for   Fall ☐   Spring ☒

## Cluster Analysis

### READING
Performance by grade level of reading passages

| 10 | 5 |
|----|---|
| Primer | Grade 1 |

Performance by objective

| 12 | 5 | 5 | 10 | 1 | 1 | 2 | 1 |
|----|---|---|----|---|---|---|---|
| 01 Word Reading | 02 Rebus | 03 Sentence Reading | 05 Literal Specific | 06 Literal Global | 07 Inferential Specific | 08 Inferential Global | 09 Evaluative |

### MATHEMATICS

| 14 | 9 | 6 | 6 |
|----|---|---|---|
| Numeration | Geom. & Meas. | Prob. Solving | Operations: Whole No. |

### LANGUAGE

| 9 | 8 | 8 |
|---|---|---|
| Listening Comp. | Spelling | Study Skills |

CC 0321

**Metropolitan Achievement Tests**
Basic Survey Battery

Primary 1   Form JS

Lee Lee Lee Lee

Name: Lee Moore Jr
Teacher: Mrs. Moore
School: _____  City: _____  State: Cincinnati
Grade: 1
Date of Testing: 4/81

### Score Summary Box

| Test | Number Possible | Number Right | Scaled Score | Grade Equivalent | Percentile Rank | Stanine | Instructional Reading Level |
|---|---|---|---|---|---|---|---|
| Reading | 55 | 40 | 577 | 2.2 | 77 | (7) | GR1 |
| Mathematics | 40 | 21 | 401 | 1.7 | 42 | (5) | |
| Language | 40 | 30 | 458 | 2.1 | 70 | (6) | |
| Basic Battery (R+M+L) | 135 | 91 | 472 | 2.0 | 68 | (6) | |

Percentile Ranks and Stanines based on tables for   Fall ☐   Spring ☒



### Cluster Analysis

**READING**
Performance by grade level of reading passages
- Primer: 10
- Grade 1: 15
- Grade 2: 10
- Grade 3: 10

Performance by objective
- 02 Rebus: 5
- 03 Sentence Reading: 5
- 04 Vocabulary: 1
- 05 Literal Specific: 24
- 06 Literal Global: 4
- 07 Inferential Specific: 10
- 08 Inferential Global: 4
- 09 Evaluative: 2

**MATHEMATICS**
- Numeration: 10
- Geom. & Meas.: 9
- Problem Solving: 9
- Operations: Whole No.: 12

**LANGUAGE**
- Listening Comp.: 9
- Punc. & Cap.: 6
- Usage: 5
- Grammar & Syntax: 7
- Spelling: 9
- Study Skills: 4

CC 0322

# Metropolitan Achievement Tests
## Complete Survey Battery

Primary 2  Form JS



Name: Moore, Lee
Teacher: Mrs. Singleton
School: Central Baptist
Grade: 2nd
Date of Testing: 4/26/82

### Score Summary Box

| Test | Number Possible | Number Right | Scaled Score | Grade Equivalent | Percentile Rank | Stanine | Instructional Reading Level |
|---|---|---|---|---|---|---|---|
| Reading | 55 | 44 | 657 | 3.4 | 70 | 6 | Gr. 3 |
| Mathematics | 45 | 20 | 445 | 2.2 | 22 | 3 | |
| Language | 55 | 48 | 609 | 4.3 | 84 | 7 | |
| Science | 40 | 25 | 489 | 2.8 | 54 | 5 | |
| Social Studies | 40 | 23 | 460 | 2.2 | 40 | 5 | |
| Basic Battery (R+M+L) | 155 | 112 | 561 | 3.1 | 62 | 6 | |
| Complete Battery (Basic+S+SS) | 235 | 160 | 520 | 2.9 | 58 | 5 | |

Percentile Ranks and Stanines based on tables for Fall [ ]  Spring [✓]



Cluster Analysis

CC 0323

# Metropolitan Achievement Tests
## Complete Survey Battery
### Elementary Form KS

Name: Moore, Lae.  Grade: 3
Teacher: Miss Rudolph  Date of Testing: 4/25/83
School: Central Baptist  City: Cincinnati  State: Ohio

### Score Summary Box

| Test | Number Possible | Number Right | Scaled Score | Grade Equivalent | Percentile Rank | Stanine | Instructional Reading Level |
|---|---|---|---|---|---|---|---|
| Reading | 60 | 51 | 694 | 4.6 | 72% | (6) | 5 |
| Mathematics | 50 | 24 | 534 | 3.2 | 36% | (4) | |
| Language | 60 | 43 | 629 | 4.7 | 66% | (6) | |
| Science | 45 | 25 | 556 | 4.0 | 58% | (5) | |
| Social Studies | 45 | 27 | 599 | 4.7 | 74% | (6) | |
| Basic Battery (R+M+L) | 170 | 118 | 620 | 4.2 | 60% | (6) | |
| Complete Battery (Basic+S+SS) | 260 | 170 | 590 | 4.2 | 64% | (6) | |

Percentile Ranks and Stanines based on tables for Fall ☐ Spring ☒



Copyright © 1978 by Harcourt Brace Jovanovich, Inc. All rights reserved. No part of this may be copied by any process. Printed in United States of America.

CC 0324

# Metropolitan Achievement Tests
## Complete Survey Battery
### Elementary  Form KS



Name: Lee Moore  
Teacher: Mrs. Byrd  
School: Central Baptist  
City: Cincinnati  
State: Ohio  
Grade: 4th  
Date of Testing: April 24/[illegible]

### Score Summary Box

| Test | Number Possible | Number Right | Scaled Score | Grade Equivalent | Percentile Rank | Stanine | Instructional Reading Level |
|---|---|---|---|---|---|---|---|
| Reading | 60 | 49 | 684 | 4.2 | 42 | 5 | 4 |
| Mathematics | 50 | 21 | 507 | 2.8 | 10 | 2 | |
| Language | 60 | 42 | 618 | 4.4 | 44 | 5 | |
| Science | 45 | 29 | 603 | 4.9 | 50 | 5 | |
| Social Studies | 45 | 38 | 609 | 4.9 | 50 | 5 | |
| Basic Battery (R+M+L) | 170 | 112 | 605 | 3.8 | 30 | 4 | |
| Complete Battery (Basic+S+SS) | 260 | 169 | 589 | 4.1 | 38 | 4 | |

Percentile Ranks and Stanines based on tables for: Fall [ ]  Spring [✓]

### Cluster Analysis

**READING** — Performance by grade level of reading passages:
- Grade 2: 12
- Grade 3: 15
- Grade 4: 16
- Grade 5: 11
- Grade 6: 6

Performance by objective:
- 04 Vocabulary: 32
- 05 Literal Specific: 7
- 06 Literal Global: 9
- 07 Inferential Specific: 4
- 08 Inferential Global: 6
- 09 Evaluative: 2

**MATHEMATICS**
- Numeration: 10
- Geom. & Meas.: 13
- Problem Solving: 10
- Operations: Whole No.: 11
- Operations: Laws & Prop.: 6

**LANGUAGE**
- Listening Comp.: 5
- Punc. & Cap.: 19
- Usage: 9
- Grammar & Syntax: 9
- Spelling: 12
- Study Skills: 6

**SCIENCE**
- I. Knowledge: 13
- II. Comprehension: 8
- III. Inquiry Skills: 17
- IV. Critical Anal.: 7

Content Area:
- Physical: 11
- Earth & Space: 14
- Life: 20

**SOCIAL STUDIES**
- I. Knowledge: 7
- II. Comprehension: 12
- III. Inquiry Skills: 16
- IV. Critical Anal.: 10

Content Area:
- Geography: 9
- Sociology: 3
- Economics: 10
- Political Science: 7
- History: 8
- Anthropol.: 5
- Psychology: 3

Copyright © 1978 by Harcourt Brace Jovanovich, Inc. All rights reserved. No part of this may be copied by any process. Printed in United States of America.

CC 0325

NAME: Moore Lee E.

Enter _ation in pencil

Birthdate 10-19-74 Home Address _____ Phone _____

Father's Name Lee Business Phone _____ Mother's Name Georgia Business Phone _____

1) School Central Baptist 2) School _____ 3) School _____ 4) School _____

## IMMUNIZATIONS

| TYPE | Date | Date | Date | Date | Date | Date |
|---|---|---|---|---|---|---|
| •DPT | 11/22/74 | 12/23/74 | 2/24/75 | 4/24/76 | 4/2/79 | |
| Td | | | | | | |
| •Polio Sabin(Tri) | 12/23/74 | 2/24/75 | 4/23/75 | 4/24/76 | 4/2/79 | |
| •Measles | 10/31/75 | | | | | |
| •Rubella | | | | | | |
| Mumps | | | | | | |
| Other | | | | | | |

• Required by Compulsory Immunization Law, Section 3301.07 of Ohio Revised Code

Indicate any conditions and/or diseases of the student the teacher should know of _____

## HEARING
(Under Result indicate Pass or Fail)

| Date | Result Right | Left | Date | Result Right | Left |
|---|---|---|---|---|---|
| 3/91 | OK | OK | | | |
| 10/20/82 | OK | OK | | | |
| 4/2/83 | P | P | | | |

## SPEECH

☐ Normal  ☐ Articulation Problem  ☐ Rhythm
☐ Voice Disorder  ☐ Language Problem
☐ Other
Check appropriate box when applicable:
☐ Maximum Improvement  ☐ Corrected

## VISION

| | Date | Type | Result Right | Left |
|---|---|---|---|---|
| Muscle Balance | 10/81 | tuberculosis | | |
| Farsightedness | 1/2/83 | tuberculosis | | |
| Color | 2/89 | tuberculosis | | |
| Distance Acuity | | | | |

## Additional Screening

| Date | Test | Result | Date | Date | Date |
|---|---|---|---|---|---|

## Health Examinations

| Date | Date | Date | Date | Date |
|---|---|---|---|---|

## TUBERCULIN

| Date | Type | Result | Date | Type | Result |
|---|---|---|---|---|---|
| 4/2/79 | Tine | neg | | | |

# SCHOOL HEALTH RECORD

3613.13(Rev.1974) Ohio Department of Health and State Planning Committee for Health Education in Ohio

CC 0326

PAGE 1

## INDIVIDUALIZED EDUCATION PROGRAM

School Year 1982-83

NAME _Lee L. Moore_  BIRTHDATE _10/19/74_  AGE _8_  DATE _Dec 17, 1982_

PARENTS _Georgia Moore_  ADDRESS _1380 Meredith Circle © 45231_  PHONE

DISTRICT OF RESIDENCE _Mt. Healthy_  COUNTY _Hamilton_  BUILDING _Central Baptist_

### I. EVALUATIONS COMPLETED/INFORMATION GATHERED

_Boone Voice Evaluation for Children:_

_History_: no history of illnesses or allergies; had had for several years. Lee indicated that the problem is caused by "Talking too much."

_Vocal Rating_: Low pitch during conversation; oft breathiness level, severe hoarse vocal quality; vocal range limited pitch breaks noted, breathiness is not pitch range.

_Breathing_: audible and irregular with short phrasing. Lee took a tone for maximum of 8 seconds.

_Oral peripheral Mechanism_ - normal in size and function

ENT Evaluation: See attached report. Behavioral vocal nodules

### II. PRESENT LEVELS OF PERFORMANCE in the following areas where appropriate:
1) Intelligence, 2) Academic Performance, 3) Social/Emotional Status, 4) Adaptive Behavior, 5) Learning Modality, 6) Communicative Status, 7) Other.

6) _Communicative Status_:

see attached key report.

CC 0327

NAME *Lee Moore*   PAGE 2

| ANNUAL GOALS | SHORT TERM INSTRUCTIONAL OBJECTIVES | EVALUATION PROCEDURES & CRITERIA |
|---|---|---|
| clarify vocal quality by developing awareness of [illegible] production. | 1. To produce a related, sustained /ah/ without strain, equally on exhalation, affecting the production of [illegible] length phonemes with 90% accuracy.<br>2. To relax muscles used in vocal production.<br>3. To use patch standards and [illegible] levels in conversational speech.<br>4. To increase the [illegible] vocal quality.<br>5. (Numeral) The vocal [illegible] equal quality. | Informal tasks made [illegible] which include tape [illegible] samples. |
| To monitor changes in vocal quality. | 1. To identify the presence or absence of hoarseness in speech samples with 90% accuracy.<br>2. To alter speech patterns when hoarseness is detected.<br>3. To identify utilization of correct and incorrect [illegible] when in the above.<br>4. To alter speech patterns [illegible] [illegible]. | |

CC 0328

PAGE 3

NAME: _Lee Moore_

| Program Option | Check Needs | Date to be Initiated | Anticipated Duration | Special Program |
|---|---|---|---|---|
| Regular Education | X | | | |
| Supplemental Services | | | | |
| Individual/Small Group Instruction | | | | |
| Special Class/ Learning Center | | | | |
| Home Instruction | | | | |
| Residential | | | | |
| Other | | | | |

V. Needs Which Necessitate Placement in a Separate Educational Facility: _None_

| Related and Supportive Services | Date Services to be initiated | Anticipated Duration |
|---|---|---|
| Speech & Language Therapy | Jan, 1983 | 3x wk/6 wks problem |
| Occupational Therapy | | |
| Physical Therapy | | |
| Attendant Service | | |
| Transportation | | |
| Orientation & Mobility | | |
| Counseling | | |
| Vocational Assessment | | |
| Work-Study | | |
| Adaptive Physical Ed. | | |
| Other | | |

Recommended District or Educational Agency of Attendance _Kingstown_
County _Hamilton_  Building _Central Baptist_
Extent of Participation in Regular or Vocational Educational Program: _full_

VI. CRITERIA AND SCHEDULES FOR PERIODIC/ANNUAL REVIEW
_Annual or upon parent or teacher request_

VII. ADDITIONAL SERVICES NEEDED FOR IMPLEMENTATION OF PROGRAM THAT WILL BE PROVIDED BY PARENTS AND/OR OUTSIDE PROFESSIONAL AGENCIES
_none_

The above recommendations have been made by the committee and we feel they are appropriate.
Conference Participants:

NAME _____  Chairperson
NAME _____  TITLE: _____
NAME _Ronald M Mellik_  TITLE: (Chairperson)

I have reviewed the above educational program and ✓ ACCEPT ___ DO NOT ACCEPT the recommendation of the Committee. I also waive my right to certified mail.

_1-5-83_   _Virginia L Moore_
Date       Parent

CC 0329

EVALUATION OF COMMUNICATION PERFORMANCE

Stud _Lee Moore_____ Teacher _Miss Rudolph_ Gr. _3_ Room_____

As a result of a speech and hearing evaluation, the following speech & language disorders were observed:

____ **Language impairment:** A significant deviation in expressive or receptive oral language in the specific areas of morphology (sounds), syntax (grammar), and/or vocabulary.

____ **Articulation impairment:** The consistent misarticulation of one or more phonemes. The results of a norm referenced (standardized) prognostic evaluation instrument must be considered for a child below eight years of age prior to determining eligibility for services.

____ **Fluency impairment:** Reduced intelligibility and rate because of a high disfluency ratio and/or struggle or avoidance and fear of speaking situations.

_X_ **Voice impairment:** Exhibits difficulties in the areas of pitch, quality, and/or loudness not appropriate to the student's age or sex.

____ **Hearing impairment:** Has a measurable hearing loss, the type and/or degree of which is adversely affecting the child's communication skills as determined by an audiologist's evaluation.

Instructions to the Teacher: Your observation, which is part of a multi-factored assessment procedure, is in accordance with the guidelines for current program standards for special education units for speech, language, and hearing services in the state of Ohio (#3301-51-08 B. 4. C.). Please complete the following with a "yes" or "no".

_no_ The child avoids speaking situations.
_yes(some)_ Other children in the class seem to react negatively toward the child because of his/her speech.
_no_ The child's social maturity and interaction is inappropriate for age and grade level.
_no_ The child has difficulty participating in classroom discussions involving two or more persons.
_no_ The child has difficulty hearing and understanding directions, conversation, and material presented during class most of the time.
_no_ The child has difficulty understanding material presented via audio-visual equipment.
_no_ The child has difficulty listening and discriminating likenesses and differences in speech sounds.
_no_ The child uses incomplete sentences and language inappropriate for grade level.
_no_ Vocabulary development and comprehension is inappropriate for grade level.
_no_ The child has difficulty understanding concepts such as space, quantity and time appropriate for age level.
_no_ The child's speech ability is reduced when the child is placed in a stressful situation.
_no_ The child communicates with gesture in lieu of speaking.
_no_ The child has difficulty demonstrating reasoning ability and knowledge of cause-effect relationships appropriate to age level.
_no_ The child's verbal intelligibility is reduced hampering his/her ability to communicate information.
_no_ The child has difficulty correctly producing sounds.
_no_ The child has difficulty blending sounds together to form words.
_yes_ The child's vocal quality detracts from the message he/she is trying to communicate.

The following professionals are in agreement that this child is adversely affected due to the presenting communication disorder when compared to his/her peers.

Signed: _Miss Rudolph_____ Date _October 20, 1982_
              Teacher

_Diane C Hames_____ Date _Nov 12, 1982_
   Speech-Language Pathologist

_Ronald N Mellish_____ Date _Jan 5, 1983_
   School Representative

Please return to the speech-language pathologist as soon as possible. Thank you for your cooperation.

PAGE 1

CC 0330

December 1, 1982

Name: Lee Moore          D.O.E.: 10/15/82
Age:  8                  Clinician: Diane Games
B.D.: 10/19/74

<u>Reason for Referral</u>: Miss Rudolph referred Lee for an evaluation due to consistent hoarse vocal quality noted in classroom activities. She noted that the voice became worse during the day and that the hoarseness did not appear to be connected with allergies or a cold.

<u>Vocal Description</u>: During an evaluation the following observations:

- severe, hoarse vocal quality which worsens at the end of the day or following prolonged phonation,
- pitch range limited to 13 notes with habitual pitch at the bottom of range. Pitch varies little during conversational tasks and pitch breaks were noted,
- soft presentation of voice was noted with periods of audible, irregular breathing. Lee could sustain a sound for 8 seconds.

<u>History</u>: Lee's voice problem has been evident for several years. There is no history of allergies or illness.

<u>Recommendations</u>:
- Evaluation by an ear, nose and throat specialist to determine if a physical problem is causing the hoarse quality.
- Vocal therapy to reduce the hoarse quality.

                        Diane Games M.A.
                        Speech-Language Pathologist

PAGE 1

CC 0331

AUXILIARY SERVICES
E.N.T. SPEECH CLINIC
LARYNGEAL REFERRAL

SCHOOL _Central Baptist_    PUBLIC SCHOOL DISTRICT OF ATTENDANCE  ADDRESS FOR BILLING _Finneytown School District, 8779 Winton Rd., Cinti, Ohio 45231_

NAME _Moore Lee L_ (Last Middle First)    PARENT/GUARDIAN _Georgia Moore_

ADDRESS _1280 Meredith, Cinti, O 45231_    PHONE _522-1092_    D.O.B. _10/19/74_

REFERRING THERAPIST/NURSE _Diane C Hames_    DATE _Nov. 11, 1982_

KNOWN MEDICAL HISTORY _Hoarse vocal quality has been present for several years. No known history of illnesses or allergies and is not on medication_

Evaluations Completed

|  | Circle One | Problems Noted |
|---|---|---|
| Articulation | (Passed) / Failed | |
| Language | (Passed) / Failed | |
| Voice | Passed / (Failed) | hoarse vocal quality |
| Dysfluency | Passed / Failed | |
| Hearing | Passed / Failed | |

********************************************************************************
EXAMINING LARYNGOLOGIST _P.T. Cotton_    DATE OF EXAM. _12·10·82_

NOSE:    Is there obstruction in the nasal passages? ____
         If so, please explain. ____
         Is there sinus infection or nasal allergy? ____

PHARYNX: Is there any asymmetry of muscle contraction? ____
         Are there any growths or other abnormalities: ____

LARYNX:  Examination by indirect laryngoscopy ____

  *General size of Larynx:                *Function of Cords (on phonation)
    Normal ____                             Symmetrical ____
    Larger than normal ____                 Bowing ____
    Smaller than normal ____                Deviation from midline ____

  *Approximation:                         *Appearance of Vocal Folds:
    Complete ____                           Thickened ____
    Partial ____                            Edematous ____
                                            Inflamed ____
  *Attack:                                  Infected ____
    Normal ____                             Malformed ____
    Hard ____                               Scars ____
    Incomplete ____                         Growths ____
                                            Others ____

CC 0332

Presence of Vocal Pathology: Please indicate location on diagram.
Nodules_____ Polyps_____ Ulcer_____
Other_____ None_____

Epiglottis                Size: _____
Anterior 1/3              Appearance:
                            Hard _____
Medium 1/3                  Soft _____
                            Other _____
Posterior 1/3

Arytenoid Process

Does this patient have allergies, hypothyroidism, anemia, or any other chronic condition which might contribute to the abnormal voice quality_____

Has this patient's misuse of voice contributed to abnormal structure or function? _____
Do your findings explain the abnormal voice quality? _____
In your opinion, it is possible that a continuation of present voice use may contribute toward future or increased disorders of the mechanism? _____

RECOMMENDATIONS:
Do you recommend any of the following: Silence_____ Duration_____ Limited use of voice_____ Duration_____ Training by a speech clinician to help patient establish easy, efficient use of the vocal mechanism_____
Other recommendations _____

Bilat. Vocal Cord Nodules  (L) > R

Candidate for speech tx

Please return to:

Diane James
Central Baptist Schools
7645 Winton Road
Cincinnati, Ohio 45224

Cotton
Physician's Signature
Date Dec 10/87

# COMMUNITY DIAGNOSTIC AND TREATMENT CENTER
## A Division of Central Psychiatric Clinic

909 Sycamore Street, Suite 300
Cincinnati, Ohio 45202
Phone: (513) 651-9300
Fax: (513) 352-1345

WALTER S. SMITSON, PH.D.
Executive Director

NANCY SCHMIDTGOESSLING, PH.D.
Director

WILLIAM WALTERS, PH.D.
Assistant Director

GAIL HELLMANN, M.D.
Medical Director

MARILYN GEEDING, L.I.S.W.
Treatment Coordinator

SHERRY SANDERS, L.P.C.C.
Forensic Liaison

CHARLOTTE E. HOLLAND
Office Manager


BOARD OF TRUSTEES:

HON. DAVID E. GROSSMANN
  Chairman

MR. ROBERT F. RECKMAN
  Vice Chairman

MR. CHARLES THOMAS
  Secretary

DR. TIMOTHY E. JOHNSON
  Treasurer

MS. CAROL A. BOYD
DR. M. PHOEBE BROWN
MRS. LOIS COHEN
MS. JANIS M. DAY
MS. DAPHNE DICKENS-KING
MR. JEFFREY S. GOODMAN
MR. WENDELL E. HAWKINS
HON. TIMOTHY S. HOGAN
DR. C. ROBERT KILBY
MR. EDWARD H. KIM
MR. ARUN LAI
MR. THOMAS B. SCHERPENBERG
MR. DANIEL J. VALERIO


UNIVERSITY LIAISON

DONALD C. HARRISON, M.D.
JAMES RANDOLPH HILLARD, M.D.

September 2, 1994

Juvenile Detention Center
  of Butler County
Attn:  Records
280 North Fair Avenue
Hamilton, Ohio  45011


RE: Lee Moore    DOB: 10-19-74

TO WHOM IT MAY CONCERN:

Enclosed is a signed Authorization for Release of Information form regarding the above-named person.

Our agency is under a very strict time-frame to provide a comprehensive report to the Court, therefore, we would greatly appreciate information from you as soon as possible.

Thank you in advance for your prompt and courteous attention to this matter.

Sincerely,

*Jenny O'Donnell/oP*

Jenny O'Donnell, B.S.
Psychology Trainee

CC 0334

## CENTRAL PSYCHIATRIC CLINIC
### COMMUNITY DIAGNOSTIC AND TREATMENT CENTER
909 Sycamore Street, Suites 300 and 400, Cincinnati, OH  45202
513-651-9300

I, the undersigned, hereby authorize the Community Diagnostic and Treatment Center to release/obtain information from records pertaining to the person named below to/from the agency/person indicated. This authorization includes release of information concerning evaluation/treatment of drug or alcohol abuse, drug-related conditions, alcoholism, psychiatric/psychological conditions, Acquired Immune Deficiency Syndrome (AIDS), AIDS-Related Complex (ARC), and/or tests for antibodies to the AIDS virus (HIV). All matters pertaining to client records are considered privileged and confidential and are treated as such by the employees of the program. Information regarding such matters cannot be given without the consent of the client. PROHIBITION ON REDISCLOSURE: Information disclosed or requested from records whose confidentiality is protected by Federal or State Law, may not be disclosed without the specific written consent of the person to whom it pertains.

AGENCY/PERSON __JDC in Butler Butler County in 91__

ADDRESS __280 N. Fair Ave.;  45011      887-3800__

PURPOSE/NEED FOR DISCLOSURE of information between Community Diagnostic and Treatment Center and the agency/person named above: Aid in court-ordered evaluation/treatment of the person named below. OR _____

The following information may be released or reviewed:

( ✓ ) Discharge Summary                     ( ✓ ) Reports of Tests or X-rays
( ✓ ) Face Sheet with Final Diagnosis       (  ) Emergency Treatment(s)
(  ) Complications & Operative Procedures   (  ) Outpatient Clinic Notes
( ✓ ) History and Physical                       Specify Clinic: _____
(  ) Consultative Report(s)                 ( ✓ ) Other __All Records__
( ✓ ) Inpatient          (  ) Outpatient                      (  ) Emergency Department

This Authorization for Release of Information may be revoked by me at any time with written notice to the parties involved, except to the extent action has been taken prior to revocation. This Authorization for Release of Information will expire ninety (90) days after date below, or sooner by my choice, in which case this consent will expire on _____.

I hereby acknowledge that I have read and fully understand the above statements as they apply to me. I hereby consent to the disclosure of the records to the purpose and extent stated above.

FULL NAME OF CLIENT __Lee Moore__             __Gee E. Moore Jr.__
                                                (Signature of Client)

Date of Birth __10-19-74__

Social Security No. __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__            __9-1-94__
                                                (Date)

PLEASE FORWARD REQUESTED INFORMATION TO: __Jenny O'Donnell__
 mmunity Diagnostic and Treatment Center, 909 Sycamore Street, Suites 300 and 400, Cincinnati, OH  45202.

This authorization was facilitated by __Jenny O'Donnell__
                                        (Staff member's signature)
Date __9-1-94__

c: To be retained in Client Record

CC 0335

CENTRAL PSYCHIATRIC CLINIC
COMMUNITY DIAGNOSTIC AND TREATMENT CENTER
909 Sycamore Street, Suites 300 and 400, Cincinnati, OH 45202
513-651-9300

I, the undersigned, hereby authorize the Community Diagnostic and Treatment Center to release/obtain information from records pertaining to the person named below to/from the agency/person indicated. This authorization includes release of information concerning evaluation/treatment of drug or alcohol abuse, drug-related conditions, alcoholism, psychiatric/psychological conditions, Acquired Immune Deficiency Syndrome (AIDS), AIDS-Related Complex (ARC), and/or tests for antibodies to the AIDS virus (HIV). All matters pertaining to client records are considered privileged and confidential and are treated as such by the employees of the program. Information regarding such matters cannot be given without the consent of the client. PROHIBITION ON REDISCLOSURE: Information disclosed or requested from records whose confidentiality is protected by Federal or State Law, may not be disclosed without the specific written consent of the person to whom it pertains.

AGENCY/PERSON  Pamela King, Probation Officer (Juvenile)
ADDRESS  852 8747

PURPOSE/NEED FOR DISCLOSURE of information between Community Diagnostic and Treatment Center and the agency/person named above: Aid in court-ordered evaluation/treatment of the person named below. OR _____

The following information may be released or reviewed:

( ) Discharge Summary                         ( ) Reports of Tests or X-rays
( ) Face Sheet with Final Diagnosis           ( ) Emergency Treatment(s)
( ) Complications & Operative Procedures      ( ) Outpatient Clinic Notes
( ) History and Physical                          Specify Clinic: _____
( ) Consultative Report(s)                    (✓) Other  Please Call
( ) Inpatient           ( ) Outpatient         ( ) Emergency Department

This Authorization for Release of Information may be revoked by me at any time with written notice to the parties involved, except to the extent action has been taken prior to revocation. This Authorization for Release of Information will expire ninety (90) days after date below, or sooner by my choice, in which case this consent will expire on _____.

I hereby acknowledge that I have read and fully understand the above statements as they apply to me. I hereby consent to the disclosure of the records to the purpose and extent stated above.

FULL NAME OF CLIENT  Lee Moore

X Lee E. Moore Jr
(Signature of Client)

Date of Birth  10-19-74

Social Security No.  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

9-1-94
(Date)

PLEASE FORWARD REQUESTED INFORMATION TO: Jenny O'Donnell
Community Diagnostic and Treatment Center, 909 Sycamore Street, Suites 300 and 400, Cincinnati, OH 45202.

This authorization was facilitated by  Jenny O'Donnell
(Staff member's signature)
Date  9-1-94
352-1342
c: To be retained in Client Record

CC 0336

# COMMUNITY DIAGNOSTIC AND TREATMENT CENTER
## A Division of Central Psychiatric Clinic

909 Sycamore Street, Suite 300
Cincinnati, Ohio 45202
Phone: (513) 651-9300
Fax: (513) 352-1345

**WALTER S. SMITSON, PH.D.**
Executive Director

**NANCY SCHMIDTGOESSLING, PH.D.**
Director

**WILLIAM WALTERS, PH.D.**
Assistant Director

**GAIL HELLMANN, M.D.**
Medical Director

**MARILYN GEEDING, L.I.S.W.**
Treatment Coordinator

**SHERRY SANDERS, L.P.C.C.**
Forensic Liaison

**CHARLOTTE E. HOLLAND**
Office Manager

**BOARD OF TRUSTEES:**

HON. DAVID E. GROSSMANN
Chairman

MR. ROBERT F. RECKMAN
Vice Chairman

MR. CHARLES THOMAS
Secretary

DR. TIMOTHY E. JOHNSON
Treasurer

MS. CAROL A. BOYD
DR. M. PHOEBE BROWN
MRS. LOIS COHEN
MS. JANIS M. DAY
MS. DAPHNE DICKENS-KING
MR. JEFFREY S. GOODMAN
MR. WENDELL E. HAWKINS
HON. TIMOTHY S. HOGAN
DR. C. ROBERT KILBY
MR. EDWARD H. KIM
MR. ARUN LAI
MR. THOMAS B. SCHERPENBERG
MR. DANIEL J. VALERIO

**UNIVERSITY LIAISON**

DONALD C. HARRISON, M.D.
JAMES RANDOLPH HILLARD, M.D.

September 1, 1994

Hamilton County Justice center
Attn: Records
1000 Sycamore Street
Cincinnati, Ohio  45202

RE: ___Lee Moore___   DOB: __10-19-74__

TO WHOM IT MAY CONCERN:

Enclosed is a signed Authorization for Release of Information form regarding the above-named person.

Our agency is under a very strict time-frame to provide a comprehensive report to the Court, therefore, we would greatly appreciate information from you as soon as possible.

Thank you in advance for your prompt and courteous attention to this matter.

Sincerely,

*Jenny O'Donnell*

Jenny O'Donnell, B.S.
Psychology Trainee

CC 0337

CENTRAL PSYCHIATRIC CLINIC
COMMUNITY DIAGNOSTIC AND TREATMENT CENTER
909 Sycamore Street, Suites 300 and 400, Cincinnati, OH  45202
513-651-9300

I, the undersigned, hereby authorize the Community Diagnostic and Treatment Center to release/obtain information from records pertaining to the person named below to/from the agency/person indicated.  This authorization includes release of information concerning evaluation/treatment of drug or alcohol abuse, drug-related conditions, alcoholism, psychiatric/psychological conditions, Acquired Immune Deficiency Syndrome (AIDS), AIDS-Related Complex (ARC), and/or tests for antibodies to the AIDS virus (HIV).  All matters pertaining to client records are considered privileged and confidential and are treated as such by the employees of the program.  Information regarding such matters cannot be given without the consent of the client.  PROHIBITION ON REDISCLOSURE:  Information disclosed or requested from records whose confidentiality is protected by Federal or State Law, may not be disclosed without the specific written consent of the person to whom it pertains.

AGENCY/PERSON ___HCJC Intake Records___

ADDRESS ___1000 Sycamore; 45202___

PURPOSE/NEED FOR DISCLOSURE of information between Community Diagnostic and Treatment Center and the agency/person named above:  Aid in court-ordered evaluation/treatment of the person named below. OR _____

The following information may be released or reviewed:

( ) Discharge Summary                           ( ) Reports of Tests or X-rays
( ) Face Sheet with Final Diagnosis             ( ) Emergency Treatment(s)
( ) Complications & Operative Procedures        ( ) Outpatient Clinic Notes
( ) History and Physical                            Specify Clinic: __MHU & Intake__
( ) Consultative Report(s)                      (✓) Other __All Records__
( ) Inpatient            ( ) Outpatient         ( ) Emergency Department

This Authorization for Release of Information may be revoked by me at any time with written notice to the parties involved, except to the extent action has been taken prior to revocation.  This Authorization for Release of Information will expire ninety (90) days after date below, or sooner by my choice, in which case this consent will expire on _____.

I hereby acknowledge that I have read and fully understand the above statements as they apply to me.  I hereby consent to the disclosure of the records to the purpose and extent stated above.

FULL NAME OF CLIENT __Lee Moore__          X __Gee E. Moore Jr.__
                                              (Signature of Client)
Date of Birth __10-19-74__

Social Security No. __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__           __9-1-94__
                                                 (Date)

PLEASE FORWARD REQUESTED INFORMATION TO:__Jenny O'Donnell / DAVE CHIAPPONE__
Community Diagnostic and Treatment Center, 909 Sycamore Street, Suites 300 and 400, Cincinnati, OH  45202.

This authorization was facilitated by __Jenny O'Donnell__
                                         (Staff member's signature)
Date___9-1-94___
c:  To be retained in Client Record

CC 0338

# COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

A Division of Central Psychiatric Clinic

909 Sycamore Street, Suite 300
Cincinnati, Ohio 45202
Phone: (513) 651-9300
Fax: (513) 352-1345

WALTER S. SMITSON, PH.D.
Executive Director

NANCY SCHMIDTGOESSLING, PH.D.
Director

WILLIAM WALTERS, PH.D.
Assistant Director

GAIL HELLMANN, M.D.
Medical Director

MARILYN GEEDING, L.I.S.W.
Treatment Coordinator

SHERRY SANDERS, L.P.C.C.
Forensic Liaison

CHARLOTTE E. HOLLAND
Office Manager


BOARD OF TRUSTEES:

HON. DAVID E. GROSSMANN
  Chairman

MR. ROBERT F. RECKMAN
  Vice Chairman

MR. CHARLES THOMAS
  Secretary

DR. TIMOTHY E. JOHNSON
  Treasurer

MS. CAROL A. BOYD
DR. M. PHOEBE BROWN
MRS. LOIS COHEN
MS. JANIS M. DAY
MS. DAPHNE DICKENS-KING
MR. JEFFREY S. GOODMAN
MR. WENDELL E. HAWKINS
HON. TIMOTHY S. HOGAN
DR. C. ROBERT KILBY
MR. EDWARD H. KIM
MR. ARUN LAI
MR. THOMAS B. SCHERPENBERG
MR. DANIEL J. VALERIO

UNIVERSITY LIAISON

DONALD C. HARRISON, M.D.
JAMES RANDOLPH HILLARD, M.D.

September 1, 1994

Juvenile Detention Center
Attn:  Records
2020 Auburn Avenue
Cincinnati, Ohio  45219

RE:  Lee Moore                              DOB: 10-19-74

TO WHOM IT MAY CONCERN:

   Enclosed is a signed Authorization for Release of Information form regarding the above-named person.

   Our agency is under a very strict time-frame to provide a comprehensive report to the Court, therefore, we would greatly appreciate information from you as soon as possible.

   Thank you in advance for your prompt and courteous attention to this matter.

Sincerely,

Jenny O'Donnell /JP

Jenny O'Donnell, B.S.
Psychology Trainee

CC 0339

Serving the Mental Health and Criminal Justice Needs of the Community

CENTRAL PSYCHIATRIC CLINIC
COMMUNITY DIAGNOSTIC AND TREATMENT CENTER
909 Sycamore Street, Suites 300 and 400, Cincinnati, OH 45202
513-651-9300

I, the undersigned, hereby authorize the Community Diagnostic and Treatment Center to release/obtain information from records pertaining to the person named below to/from the agency/person indicated. This authorization includes release of information concerning evaluation/treatment of drug or alcohol abuse, drug-related conditions, alcoholism, psychiatric/psychological conditions, Acquired Immune Deficiency Syndrome (AIDS), AIDS-Related Complex (ARC), and/or tests for antibodies to the AIDS virus (HIV). All matters pertaining to client records are considered privileged and confidential and are treated as such by the employees of the program. Information regarding such matters cannot be given without the consent of the client. PROHIBITION ON REDISCLOSURE: Information disclosed or requested from records whose confidentiality is protected by Federal or State Law, may not be disclosed without the specific written consent of the person to whom it pertains.

AGENCY/PERSON  20/20 - Juvenile Detention Ctr.  Attn: Records

ADDRESS  2020 Auburn Ave., 45219

PURPOSE/NEED FOR DISCLOSURE of information between Community Diagnostic and Treatment Center and the agency/person named above: Aid in court-ordered evaluation/treatment of the person named below. OR _____

The following information may be released or reviewed:

(✓) Discharge Summary                         ( ) Reports of Tests or X-rays
(✓) Face Sheet with Final Diagnosis           ( ) Emergency Treatment(s)
(✓) Complications & Operative Procedures      ( ) Outpatient Clinic Notes
(✓) History and Physical                          Specify Clinic _____
( ) Consultative Report(s)                    (✓) Other  All Records
(✓) Inpatient          ( ) Outpatient         ( ) Emergency Department

This Authorization for Release of Information may be revoked by me at any time with written notice to the parties involved, except to the extent action has been taken prior to revocation. This Authorization for Release of Information will expire ninety (90) days after date below, or sooner by my choice, in which case this consent will expire on _____.

I hereby acknowledge that I have read and fully understand the above statements as they apply to me. I hereby consent to the disclosure of the records to the purpose and extent stated above.

FULL NAME OF CLIENT  Lee Moore                     _Lee E. Moore Jr._
                                                   (Signature of Client)
Date of Birth  10-19-74

Social Security No.  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                   9-1-94
                                                   (Date)

------------------------------------------------------------
PLEASE FORWARD REQUESTED INFORMATION TO: Jenny O'Donnell
Community Diagnostic and Treatment Center, 909 Sycamore Street, Suites 300 and 400, Cincinnati, OH 45202.
------------------------------------------------------------
This authorization was facilitated by  _Jenny O'Donnell_
                                       (Staff member's signature)
Date  9-1-94
c: To be retained in Client Record

CC 0340