IN THE COMMON PLEAS COURT OF HAMILTON COUNTY

State of Ohio  
VS.  
LEE EDWARD MOORE

Case Number B 9400481  
Judge MORRISSEY/NADHURNY

## MOTION FOR APPROVAL OF PAYMENT OF ASSIGNED COUNSEL FEES AND EXPENSES

The undersigned having been previously appointed for the defendant moves this Court for an order approving payment of fees and expenses as indicated on the attached itemized statement, pursuant to sections 2941.51 and 120.33 of the Revised Code.

As the assigned attorney of record for the defendant, I certify that I have received no compensation in connection with providing representation in this case other than that described in this application. I, or an attorney under my supervision, have performed all legal services itemized in this application. The amounts requested for legal fees and expenses are not duplicated on any other application for fees bearing this or any other case number.

As attorney of record, I was appointed on __1/92__, 19 __94__. The case terminated on __12/14__, 19 __94__. I am submitting this application on __12/23__, 19 __94__, within 90 days of case termination.

Respectfully submitted,

_____  
Signature

Name __Timothy J. Dumont__  
type or print

Address __2368 Victory Pkwy__  
__Suite 300__  
Cincinnati, Ohio __45206__  
Soc Sec/Fed ID No. __31-1017102__

### ENTRY

The Court finds that counsel performed the legal services set forth on the attached itemized statement, and that the fees and expenses set forth on this statement are reasonable, and are in accordance with the resolution of the Board of County Commissioners of Hamilton County, Ohio, relating to the payment of assigned counsel. IT IS THEREFORE ORDERED that counsel fees and expenses be, and are hereby approved in the amount of $_____. It is further ordered that said amount be, and hereby certified by the Court to the County Auditor for payment.

_____  
Judge (print or type)

_____  
Signature

### CERTIFICATION

The County Auditor in executing this certification attests to the accuracy of the figures contained herein. A subsequent audit by the Ohio Public Defender Commission/and/or the Auditor of State which reveals unallowable or excessive costs may result in future adjustments against reimbursement or repayment of audit exceptions to the Ohio Public Defender Commission.

County Number: 31

Check Number _____

Date Issued _____

_____  
County Auditor (type or print)

_____  
Signature

OPD-1026

008415

# APPLICATION

## OFFENSE DESCRIPTION, CLASSIFICATION AND DISPOSITION FOR EACH CHARGED OFFENSE

The charges were disposed of in the following manner:

1. ☒ Jury trial
    ☒ Found guilty
    ☐ Found not guilty
    ☐ Hung jury
    ☐ Guilty of a lesser included offense

2. ☐ Bench trial
    ☐ Found guilty
    ☐ Found not guilty

3. ☐ Dismissed

4. ☐ Plea
    ☐ To indictment
    ☐ To a lesser offense

☐ Misdemeanor  ☐ Felony  ☐ Aggravated Felony  ☐ Gun Specification  ☒ Death Penalty  ☐ Other

| OFFENSE | O.R.C. OR CITY CODE SECTION | DEGREE OF OFFENSE | DISPOSITION |
|---|---|---|---|
| 1. AGGRAVATED MURDER | RC 2903.01 | AGG. F(1) | Found guilty, Death penalty |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |

SENTENCE: INSTITUTION _Lucasville_    Length/Suspend _/_    Prob ___ yrs

FINE/SUSPEND _____/_____

OTHER _____

| Have you or another attorney previously submitted a bill for partial payment for this case or case number? | ☐ Yes  ☒ No    Amount paid $ _____ |
|---|---|
| Was the client in this case ordered to repay the court for all or a portion of the cost of your services? | ☐ Yes  ☒ No    Amount ordered to pay $ _____ |
| How many motions were filed in this case? _To numerous to mention_ | |

2

008416

| Date of Service | OUT OF COURT HOURS ||||||||  IN COURT HOURS ||||||| |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | INTERVIEWING 1 | INVESTIGATION 2 | RESEARCH & WRITING 3 | NEGOTIATION & CONFERENCES 4 | TRAVEL 5 | OUT OF COURT OTHER 6 | TOTAL | PRE-TRIAL HEARINGS 7 | TRIAL 8 | PLEA HEARING 9 | DISPOSITIONAL HEARING 10 | POST-TRIAL HEARING 11 | IN COURT OTHER 12 | TOTAL |
| | | | | | | | | | | | | | | |

| TOTAL HOURS | 1 | 2 | 3 | 4 | 5 | 6 | TOTAL HRS: OUT | 7 | 8 | 9 | 10 | 11 | 12 | TOTAL HRS: IN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

15 MINS. = .25 HR.   30 MINS. = .50 HR., ETC.

## BILL SUMMARY

**LEGAL FEES:**  In-court hours __64.75__ × In-court rate __30.00__ = Total in-court __1942.50__
Out-of-court hours __126.75__ × Out-of-court rate __30.00__ = Total out-of-court __5,302.50__
Total legal fees __7,245.00__

**EXPENSES:** Type of Expense
FAX - 10.00                                                                                  Amount $10.00
COPYING CHARGES OF DEANDOIFI & HAAS
(SEE ATTACHED)                                                                             162.90
Total Expenses 172.90
Total legal fees and expenses 7,417.90

Attach Continuation Request for Payment form if necessary. PLEASE STAPLE TO THIS SHEET.

3

008417

LEE EDWARD MOORE - COPY CHARGES

1. Copy of transcript, Jason T. Holmes trial
   139 pages X .15 = $20.85

2. 3 copies of statement of Jason T. Holmes
   32 pages X .15 = $14.40

3. 3 copies of statement of Lee E. Moore
   24 pages X .15 = $10.80

4. 3 copies of statement of Larry Kinley
   32 pages X .15 = $14.40

5. Copy of transcript of Jason T. Holmes trial
   144 pages X .15 = $21.60

6. Copy of jury instructions
   39 pages X .15 = $15.85

7. Copies of juror questionaires
   10 pages X 50 packets = 500 pages X .15 = $75.00

## CONTINUATION REQUEST FOR PAYMENT

| Date of Service | OUT OF COURT HOURS ||||||| IN COURT HOURS |||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 INTERVIEWING | 2 INVESTIGATION | 3 RESEARCH & WRITING | 4 NEGOTIATION & CONFERENCES | 5 TRAVEL | 6 OUT OF COURT OTHER | TOTAL | 7 PRE-TRIAL HEARINGS | 8 TRIAL | 9 PLEA HEARING | 10 DISPOSITIONAL HEARING | 11 POST-TRIAL HEARING | 12 IN COURT OTHER | TOTAL |
| 1/26/94 | 5 | | 1 | | | | 6 | | | | | | | |
| 1/27/94 | 4 | | | | | | 4 | | | | | | | |
| 1/28/94 | .5 | | | | | | .5 | | | | | | | |
| 1/31/94 | | | 2 | | | | 2 | 1 | | | | | | 1 |
| 2/2/94 | | | .25 | | | | .25 | | | | | | | |
| 2/3/94 | | | .25 | | | | .25 | | | | | | | |
| 2/4/94 | | | 5.5 | | | | 5.5 | | | | | | | |
| 2/7/94 | .5 | | .5 | | | | 1 | | | | | | | |
| 2/9/94 | | | .25 | | | | .25 | | | | | | | |
| 2/14/94 | .5 | | 4.5 | | | | 5 | | | | | | | |
| 2/16/94 | | | 7 | | | | 7 | | | | | | | |
| 2/17/94 | | | | | 2 | | 2 | | | | | | | |
| 2/18/94 | | | 3.75 | | | | 3.75 | 1 | | | | | | 1 |
| 2/21/94 | | 10 | | | | | 10 | | | | | | | |
| 2/24/94 | | | .25 | | | | .25 | | | | | | | |
| 3/7/94 | 2 | | | | | | 2 | | | | | | | |
| 3/9/94 | 3 | | | | | | 3 | | | | | | | |
| 3/11/94 | .5 | | | | | | .5 | | | | | | | |
| 3/16/94 | 3 | | 3.5 | | | | 6.5 | | | | | | | |
| 3/17/94 | 1.5 | | | | | | 1.5 | | | | | | | |
| 3/29/94 | | | 1.25 | | | | 1.25 | | | | | | | |
| 3/31/94 | | | .25 | | | | .25 | | | | | | | |
| 4/15/94 | | | 5.5 | | | | 5.5 | | | | | | | |
| 5/4/94 | | | 6.5 | | | | 6.5 | | | | | | | |
| 5/5/94 | | | | | | | | | | | | | 5.25 | 5.25 |
| 5/6/94 | | | | | | | | | | | | | 5 | 5 |
| 5/15/94 | | | | | | | | 8 | | | | | | 8 |
| 5/25/94 | | | .25 | | | | .25 | | | | | | | |
| TOTAL HOURS | | | | | | | 75.00 | | | | | | | 20.25 |
| | 1 | 2 | 3 | 4 | 5 | 6 | TOTAL HRS: OUT | 7 | 8 | 9 | 10 | 11 | 12 | TOTAL HRS: IN |

15 MINS. = .25 HR.   30 MINS. = .50 HR. ETC.

**Attach Continuation Request for Payment form if necessary.**

OPD-1027 (8/88)

008419

## CONTINUATION REQUEST FOR PAYMENT

| Date of Service | OUT OF COURT HOURS | | | | | | | IN COURT HOURS | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 INTERVIEWING | 2 INVESTIGATION | 3 RESEARCH & WRITING | 4 NEGOTIATION & CONFERENCES | 5 TRAVEL | 6 OUT OF COURT OTHER | TOTAL | 7 PRE-TRIAL HEARINGS | 8 TRIAL | 9 PLEA HEARING | 10 DISPOSITIONAL HEARING | 11 POST-TRIAL HEARING | 12 IN COURT OTHER | TOTAL |
| 11/18/94 | | 10 | | | | | 10 | | | | | | | |
| 11/19/94 | | 8 | | | | | 8 | | | | | | | |
| 11/20/94 | | 6.5 | | | | | 6.5 | | | | | | | |
| 11/21/94 | | | | | | | | 8.5 | | | | | | 8.5 |
| 12/7/94 | | | 1 | | | | 1 | | | | | | | |
| 12/14/94 | 2 | | | | | | 2 | | | | | | | |
| **TOTAL HOURS** | 1 | 2 | 3 | 4 | 5 | 6 TOTAL HRS: OUT 176.75 | | 7 | 8 | 9 | 10 | 11 | 12 TOTAL HRS: IN 64.75 | |

15 MINS. = .25 HR   30 MINS. = .50 HR, ETC.

Attach Continuation Request for Payment form if necessary.

OPD-1027 (8/88)

008120

DEARDORFF & HAAS
2368 Victory Parkway, Suite 300
Cincinnati, Ohio  45206

|  |  |
|---|---|
| Lee Edward Moore<br>1101 Clearbrook Drive<br>Cincinnati OH  45229 | Page: 1<br>12/21/94<br>Account No:  748-00N<br>Statement No: 1 |

Criminal                                                                 Interim Statement

|  | Hours |  |
|---|---:|---:|
| **01/26/94** | | |
| TJD Meeting w/client at county jail. | 5.00 | 150.00 |
| TJD Meeting w/Prosecutor, picking up documents | 1.00 | 30.00 |
| **01/27/94** | | |
| TJD Meeting w/family | 4.00 | 120.00 |
| **01/28/94** | | |
| TJD Telephone call w/family | .50 | 15.00 |
| **01/31/94** | | |
| TJD Attending arraignment | 1.00 | 30.00 |
| TJD Review indictment, statute as to spec's | 2.00 | 60.00 |
| **02/02/94** | | |
| TJD Review of correspondence from Stidham | .25 | 7.50 |
| **02/03/94** | | |
| TJD Review of correspondence from Dan James | .25 | 7.50 |
| **02/04/94** | | |
| TJD Letter from Dan James, letter to Dan James | .50 | 15.00 |
| TJD Review of motions filed in Bies Case applicable to Moore case | 5.00 | 150.00 |
| **02/07/94** | | |
| TJD Telephone call w/Bev Parker | .50 | 15.00 |
| TJD Preparation of correspondence to Dan James | .50 | 15.00 |
| **02/09/94** | | |
| TJD Review of correspondence from Dan James | .25 | 7.50 |

008121

```
                                                              Page: 2
      Lee Edward Moore                                       12/21/94
                                                    Account No: 748-00N
                                                    Statement No:    1
      Criminal
```

|  |  | Hours |  |
|---|---|---:|---:|
| 02/14/94 | | | |
| TJD | Telephone call w/Bev Parker | .50 | 15.00 |
| TJD | Drafting Motions | 4.50 | 135.00 |
| 02/16/94 | | | |
| TJD | Drafting and research venue motion, Bill of Particulars Motion, Discovery Request, Notice Request under OR CR p.12(D)(2), Disclosure of Favorable Evidence | 7.00 | 210.00 |
| 02/17/94 | | | |
| TJD | Filed Motion for Bill of Particulars | 1.00 | 30.00 |
| TJD | Filed Request for Discovery | 1.00 | 30.00 |
| 02/18/94 | | | |
| TJD | Preparation of discovery pleadings, attending pre-trial | 3.50 | 105.00 |
| TJD | Court appearance | 1.00 | 30.00 |
| TJD | Review of correspondence from Dan James | .25 | 7.50 |
| 02/21/94 | | | |
| TJD | Review of discovery | 5.00 | 150.00 |
| TJD | Reviewing discovery | 5.00 | 150.00 |
| 02/24/94 | | | |
| TJD | Letter to Lee Moore, Sr. | .25 | 7.50 |
| 03/07/94 | | | |
| TJD | Conference w/Beverly Parker | 2.00 | 60.00 |
| 03/09/94 | | | |
| TJD | Meeting w/client at jail | 3.00 | 90.00 |
| 03/11/94 | | | |
| TJD | Phone conference w/Bev Parker | .50 | 15.00 |
| 03/16/94 | | | |
| TJD | Interview in jail, review of statute | 3.00 | 90.00 |
| TJD | Meeting and research | 3.50 | 105.00 |
| 03/17/94 | | | |
| TJD | Conference w/client's mother and father | 1.50 | 45.00 |

008422

```
                                                          Page: 3
    Lee Edward Moore                                     12/21/94
                                               Account No: 748-00N
                                                   Statement No: 1
    Criminal
```

|  |  | Hours |  |
|---|---|---:|---:|
| 03/29/94 | TJD Letter, phone conference with Chuck Stidham re: mitigation | 1.25 | 37.50 |
| 03/31/94 | TJD Letter to Dan James | .25 | 7.50 |
| 04/15/94 | TJD Research on Motion to Suppress | 5.50 | 165.00 |
| 05/04/94 | TJD Preparation for Motion to Suppress | 6.50 | 195.00 |
| 05/05/94 | TJD Attended Jason Holmes' trial | 5.25 | 157.50 |
| 05/06/94 | TJD Attended Jason Holmes' trial | 5.00 | 150.00 |
| 05/15/94 | TJD Motion to Suppress Hearing | 8.00 | 240.00 |
| 05/25/94 | TJD Review of correspondence from Dan James | .25 | 7.50 |
| 05/26/94 | TJD Phone conference w/Dan James, prepared motions for Dan James, Motion to Submit Juror Questionnaire, prepared juror questionnaire | 5.50 | 165.00 |
| 06/01/94 | TJD Letter to Dan James | .25 | 7.50 |
| 06/03/94 | TJD Review of correspondence from Dan James | .25 | 7.50 |
| 06/06/94 | TJD Review of correspondence, letter from Dan James as to trial date | .50 | 15.00 |

008123

```
                                                          Page: 4
        Lee Edward Moore                                 12/21/94
                                                 Account No: 748-00N
                                                 Statement No: 1
        Criminal
```

|  |  | Hours |  |
|---|---|---:|---:|
| 06/15/94 | | | |
| TJD | Letter to Dan James | .50 | 15.00 |
| 07/18/94 | | | |
| TJD | Preparation for trial, review of mitigation cases | 7.00 | 210.00 |
| 07/19/94 | | | |
| TJD | Preparation for trial, review of mitigation cases | 6.50 | 195.00 |
| 08/03/94 | | | |
| CH | Telephone call w/Dan James | .25 | 7.50 |
| 08/04/94 | | | |
| CH | Prepared and filed continuance Motion | 1.50 | 45.00 |
| 08/05/94 | | | |
| TJD | Review of correspondence from client | .25 | 7.50 |
| 08/10/94 | | | |
| TJD | Appearance in court | 1.50 | 45.00 |
| CH | Telephone call w/impound lot | .50 | 15.00 |
| 08/12/94 | | | |
| TJD | Letter to Dan James | .25 | 7.50 |
| 08/23/94 | | | |
| TJD | Review of correspondence from Dan James | .25 | 7.50 |
| 08/24/94 | | | |
| TJD | Review of file, review of correspondence from Dan James | 1.25 | 37.50 |
| 08/29/94 | | | |
| TJD | Review of Motion from Piepmeier as to deposition | .75 | 22.50 |
| 09/08/94 | | | |
| TJD | Review depo. of coroner, phone conference w/Dan James | 3.25 | 97.50 |
| 10/25/94 | | | |
| TJD | Review of file for meeting with Dr. Chiappone, meeting with Dr. Chiappone and Dan James | 3.75 | 112.50 |

008424

```
                                                        Page: 5
       Lee Edward Moore                                12/21/94
                                            Account No: 748-00N
                                            Statement No:    1

       Criminal
```

|  |  | Hours |  |
|---|---|---:|---:|
| 11/01/94 | | | |
| TJD | Pretrial, phone conference w/ Dr. Cooper | 1.50 | 45.00 |
| 11/02/94 | | | |
| TJD | Review of Motion and Entry appointing Dr. Chiappone | .25 | 7.50 |
| TJD | Review of correspondence from Dan James | .25 | 7.50 |
| 11/04/94 | | | |
| TJD | Preparation for trial, review of file at courthouse | 6.50 | 195.00 |
| 11/07/94 | | | |
| TJD | Phone conference w/ jury commissioner, phone conference w/ Dan James, review of file, trial preparation | 3.25 | 97.50 |
| 11/08/94 | | | |
| TJD | Preparation for trial, review of Prosecutor witness testimony in Homles trial | 8.25 | 247.50 |
| 11/09/94 | | | |
| CH | Research jury issues | 2.50 | 75.00 |
| CH | Research jury issues | 1.75 | 52.50 |
| TJD | Trial - jury selection | 8.00 | 240.00 |
| 11/13/94 | | | |
| TJD | Trial preparation, review of transcripts of Holmes and Kinley trial | 7.50 | 225.00 |
| 11/14/94 | | | |
| TJD | Trial | 8.50 | 255.00 |
| 11/15/94 | | | |
| TJD | Trial | 8.50 | 255.00 |
| 11/16/94 | | | |
| TJD | Phone conference w/Dan James as to Motions to Jury, review of same | 1.25 | 37.50 |
| 11/17/94 | | | |
| TJD | Trial - awaiting jury verdict | 8.00 | 240.00 |

008125

```
                                                              Page: 6
   Lee Edward Moore                                          12/21/94
                                               Account No:   748-00N
                                               Statement No:       1
   Criminal
```

|  |  |  | Hours |  |
|---|---|---|---:|---:|
|  | TJD | Mitigation preparation | 10.25 | 307.50 |
| 11/18/94 | TJD | Mitigation preparation | 10.00 | 300.00 |
| 11/19/94 | TJD | Mitigation preparation, view of scene | 8.00 | 240.00 |
| 11/20/94 | TJD | Mitigation preparation | 6.50 | 195.00 |
| 11/21/94 | TJD | Trial | 8.50 | 255.00 |
| 12/07/94 | TJD | Review of statute as to Motion for New Trial, phone conference w/Mr. Moore, testimony of Dr. Chiappone | 1.00 | 30.00 |
| 12/14/94 | TJD | Meeting w/family, sentencing hearing | 2.00 | 60.00 |
|  |  | For Current Services Rendered | 241.50 | 7245.00 |
| 02/18/94 |  | Fax - outgoing |  | 10.00 |
|  |  | Total Expenses |  | 10.00 |
|  |  | Total Current Work |  | 7255.00 |
|  |  | Balance Due |  | $7,255.00 |

008126

COURT OF COMMON PLEAS
CRIMINAL DIVISION
HAMILTON COUNTY, OHIO

STATE OF OHIO,                :    Case No. B-9404785
                                   Judge Morrissey
        Plaintiff,             :
                                   **REQUEST FOR CONTINUANCE**
    v.                         :

LEE EDWARD MOORE,             :

        Defendant.             :


Now comes the Defendant, by and through counsel, and respectfully requests that this Court grant him a continuance for the trial presently scheduled to begin on August 29, 1994. The mitigation expert appointed by the Court for the Defendant has not had adequate time to interview the Defendant and prepare for the mitigation phase of the trial. This expert's testimony could determine whether the Defendant is sentenced to death.

                                        Respectfully submitted,

_____              _____
DANIEL J. JAMES                        TIMOTHY J. DEARDORFF
Lead counsel for Defendant             Co-counsel for Defendant
Supreme Court No. 0008067              Supreme Court No. 0001848
30 East Central Parkway                169 E. McMillan Street
Cincinnati, Ohio 45202                 Cincinnati, Ohio 45219
(513) 721-1995                         (513) 241-4030

DEARDORFF & HAAS
Attorneys At Law
2368 Victory Parkway
Suite 300
Cincinnati, Ohio 45206
(513) 872-7900
Fax: (513) 281-6760

008427

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Bill of Particulars was served upon Joseph Deters, Prosecuting Attorney, 1000 Main Street, Cincinnati, OH 45202 on the same day the motion was filed.

*TIMOTHY J. DEARDORFF*

DEARDORFF & HAAS
Attorneys At Law
2368 Victory Parkway
Suite 300
nnati, Ohio 45206
(513) 872-7900
Fax: (513) 281-6760

008128

HAMILTON COUNTY
COURT OF COMMON PLEAS
CRIMINAL DIVISION

STATE OF OHIO : CASE No. B- 9400481

    Plaintiff :

vs. :

Lee Moore : ENTRY OF CONTINUANCE

    Defendant :

This matter is hereby continued:

    _____ (At the request of the State)

    __X__ (At the request of the defendant)

    _____ (By agreement of counsel for the State and counsel for the defendant)

    _____ (On the Court's Order)

and with the Court's consent

from the _18_ day of __February__, 19_94_

to the _26_ day of __July__, 19_94_ at _090_ _.M.

for the purpose of:

____ (DSC)                    ____ (Sentencing)

____ (Plea or Trial Setting)  _✗_ (Motions)

_X_ (Trial)                   ____ (Probation Violation)

for the reason that _trial preparation required. Defendant expressly waives time during this continuance._

_____
Assistant Prosecuting Attorney

_____
Attorney for Defendant

_____
Defendant

003129

COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

STATE OF OHIO : CASE NO. B9400481
    Plaintiff :
  -vs- : ENTRY OF CONTINUANCE
Lee Moore :
    Defendant :

This matter is hereby continued:

    _____ (At the request of the State)
    __X__ (At the request of the Defendant)
    _____ (At the request of counsel for the State and counsel for the defendant)
    _____ (On the Court's Order).

and with the court's consent to the 18th day of Feb, 19 94 at 11-W A.M., for the purpose of:

    _____ DSC
    _____ Competency Hearing
    _____ Motion to Suppress
    _____ Plea
    _____ Trial
    __X__ Other pretrial

Reason: Defendant waives time - needs to review discovery

_____
Assistant Prosecuting Attorney

_____
Attorney for Defendant

(Check appropriate blanks above)

_____
Defendant

_____
Judge

008430

COURT OF COMMON PLEAS
CRIMINAL DIVISION
HAMILTON COUNTY, OHIO

STATE OF OHIO,                  :    Case No. B-947491
                                     Judge Morrissey
      Plaintiff,               :
                                     **MOTION FOR CHANGE OF**
v.                              :    **VENUE**

LEE EDWARD MOORE,               :

      Defendant.               :


Now comes the Defendant, by and through counsel, and respectfully moves this Court to order a change of venue in the above captioned case, as allowed by Criminal Rule 18, for the reason that a fair trial cannot be obtained in Hamilton County, nor in any of the counties in the Cincinnati metropolitan area. The Defendant requests that the trial of the Defendant to be transferred to a jurisdiction outside of the southwestern Ohio area.

The Defendant respectfully requests an oral hearing for the determination of this issue.

                                                       Respectfully submitted,


| DANIEL J. JAMES | TIMOTHY J. DEARDORFF |
|---|---|
| Lead counsel for Defendant | Co-counsel for Defendant |
| Supreme Court No. 0008067 | Supreme Court No. 0001948 |
| 30 East Central Parkway | 169 E. McMillan Street |
| Cincinnati, Ohio 45202 | Cincinnati, Ohio 45219 |
| (513) 721-1995 | (513) 241-4030 |

008131

COPY FILED
COMMON PLEAS COURT
HAMILTON COUNTY
CRIMINAL DIVISION
AUG 29 1994
JAMES CISSELL
CLERK OF COURTS

THE STATE OF OHIO, HAMILTON COUNTY

COURT OF COMMON PLEAS

CRIMINAL DIVISION

| | | |
|---|---|---|
| STATE OF OHIO | : | NO. B9400481 |
| Plaintiff | : | (Judge Morrissey) |
| vs. | : | MOTION TO TAKE DEPOSITION OF DR. ELLIOT GROSS UNDER CRIMINAL RULE 15 |
| LEE MOORE | : | |
| Defendant | : | |

The State of Ohio, by its Assistant Prosecuting Attorney, Mark E. Piepmeier, states that Dr. Elliot Gross is a necessary and material witness and will be unable to attend the trial or hearing set to commence on November 7, 1994 at 9:00 A.M. and that the interests of justice require that said witness' testimony be taken by deposition.

WHEREFORE, the undersigned requests an Order of the Court that the deposition of Dr. Elliot Gross be taken at Hamilton County Courthouse on September 8, 1994 at 1:00 P.M. and that said witness be required to produce any and all necessary and relevant documents, papers or tangible objects, and that the costs of the proceedings be taxed as costs.

*Mark E. Piepmeier*
Mark E. Piepmeier, 0006894P
Chief Assistant Prosecuting Attorney

008432

MEMORANDUM:
Rule 15, Ohio Rules of Criminal Procedure
Rule 20(E), Rules of Hamilton County Common Pleas

*Mark E. Piepmeier*
Mark E. Piepmeier, 0006894P
Assistant Prosecuting Attorney
914 Main Street
Cincinnati, Ohio 45202
513/632-8534

CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was served upon each party or attorney of record in the proceedings for each party by ordinary U.S. mail on the ___26___ day of ___August___, 1994.

*Mark E. Piepmeier*
Mark E. Piepmeier, 0006894P
Assistant Prosecuting Attorney

008433

COURT OF COMMON PLEAS
CRIMINAL DIVISION
HAMILTON COUNTY, OHIO

STATE OF OHIO                   :    Case No. B9400481
                                :    Judge Ruehlman
         Plaintiff              :
                                :
    vs.                         :    MOTION TO REASSIGN
                                :    TRIAL JUDGE PURSUANT
LEE MOORE                       :    TO LOCAL RULE (7) OF
                                :    THE HAMILTON COUNTY
         Defendant              :    COMMON PLEAS LOCAL RULES

Comes now the Defendant, Lee Moore, by and through his attorneys, and requests this Court pursuant to Local Rule 7 to refer this case to the office of the Common Pleas Court Administrator for reassignment "by lot" as required by the Local Rules of the Hamilton County Court of Common Pleas.

Respectfully submitted,

Daniel J. James /#0008067
Attorney for Defendant
30 E. Central Pkwy.
13th Flr.
Cincinnati, OH  45202
513-721-1995

and

Timothy J. Deardorff #0006308
Attorney for Defendant
2368 Victory Parkway
Suite 300
Cincinnati, Ohio  45206
513-872-7900

008434