4

10. [described the south at the time as very bad - wouldn't say much more, did not give much detail]

11. married Betty, then met Georgia, left Betty to marry Georgia, then left Georgia to remarry Betty.

12. Divorced when Lee Jr. was 6

13. visitation was e.o. weekend and one month or so in the summer

14. Lee Sr. filed for divorce - reports that they had lost respect for each other

15. Betty and Lee: we gave Lee everything that he wanted when he was little

16. Betty: I used to help him with his homework and was a mother to him when he was here

17. Betty and Lee: Georgia may have felt threatened by Betty as a mother as they report that sometime after the divorce, Georgia called and told them that Lee did not need another mother

18. Betty: I THEN DID NOT DO ANYTHING FOR HIM WHEN HE CAME OVER OTHER THAN THE BASICS, FED HIM DID HIS LAUNDRY. I SHOWED HIM VERY LITTLE IF ANY AFFECTION OR SUPPORT AFTER THAT. THERE MAY OR MAY NOT HAVE BEEN ANY EMOTIONAL ATTACHMENT FORM LEE OR MYSELF AFTER THAT.

19. Betty and Lee: Lee was active a child, always on the move

20. Never remember Lee ever really talking about having any type of goal - like children usually do, ie doctor, fireman, police, etc.

21. Lee: ther were some father son times together [he could not recall these nor how often or intense they were]

22. Betty and Lee: Georgia as a mom;
    a. she wanted Lee all to herself
    b. she verly protective
    c. sheltered him alot
    d. when Lee was a child he was not aloud to leave the yard
    e. she was alwyas very close and watching him
    f. she spanked him or whipped him "upside his head" - even when he was older
    g. Georgia would take Lee's paycheck when he was working and use the money as she saw fit for him ie to buy clothes etc. - instead of allowing him to make his own desicion about his money
    h. Lee: {on why Lee had trouble holding a job} Lee may have felt why work, I'm not going to have a say in my money anyway

23. When Kee came to live with dad and Betty they allowed him t decizde what to do with his money - asid from charging him room and board {about $100}

24. Georgia sent Lee to live with them because he was getting out of hand

**Georgia Moore**
[Black men are weak and they are not very masculine, Georgia wanted Lee Jr. to be his

5

own man and not be like other blck men or his father, she also did not want him blaming other people for the plight of the black community, she wanted him to be independent and successful!!!!! - according to Georgia]

MARRIAGE OF LEE SR. AND GEORGIA

1. Married in 1966

2. Met in 1963 in a bar

3. lee Sr. was married when they met, because of this she would not get involved, didn't see each other for about 2 years

3. {Georgia has been involved with a married man before

4. Georgia had been married once before

5. Lee Sr.:

    a. he is a womanizer and he likes hanging out with the "boys"

    b. she feels that he may be an alcoholic as she stated that he drank pretty much and pretty often - he drank every day - Scotch, 2 or 3 in the evening and that he seemed to hold his alcohol well - she reports that he used to stop at a bar every night on his way home from work

    c. she reports that his family drank aften also

    d. claims that Lee Sr. brother died at the age of 48 of psirohsis of the liver

    e. she feels that Lee Sr. in denial of the problem

    f. she reports taht for some period of time that Lee Sr. brother lived with the family [however this did not seem to be very important]

    g. he always worked and he worked long hours

6. Reports that she and Lee Sr. had split up many times before thaty were actually divorced - there was one other occasion when there had been a filing for divorce - never went through as she reports that they wanted to make the marriage work

7. She described herself as talkative nad omesticated, she described Lee Sr. as quiet

8. [She reports that Lee Sr. was abusive in his behavior]

9. Lee Sr. not there as father for Lee

10. [referred to Betty several time as "that woman"]

11. Several "complaints" - they never took Lee for haircuats or such if she asked them to, Lee Sr. would not carry Lee on his insurance when she was unemployed

12. G wanted Lee to go to a private school –Central Bartist- Lee attended here unto the 4 grade when he was failed, she stated that she told Lee that she was not sending him back to Central because she could not afford to send him there if he was going to fail -WHY DID HE FAIL THE FOURTH GRADE=DIVORCE?

13. Lee Sr. paid child support and several extra things if Georgia asked him in such that she almost made him feel guilty, however the money always came through the court.

14. She reports that there were off and on breakups with Lee Sr. and when they did break up that Lee Sr. would take things out of the house, ie furniture which she

6

would have to replace

15. 1971 Lee Sr. filed for divorce - G "swears" that she not know to this day why he filed for divorce, she reports that she wanted the marriage to work

16. She reports that Lee had several affairs.  She also reported that they both saw other people during the times when they were seperated

a. Lee Sr. has other children: Lee Jr.; a son from a an affair; and two daughters from a thrid marriage

## HX OF GEORGIA MOORE

1.Mother was born in Mississippi, and Father born in Arkansas

a. father was adopted - his parents weren't very "good" - they kept him out of school, however he wanted to get ahead and make something of himself so he went to night school.

2. G born in Memphis in 1934 moved to Cinci when she around the age of 5

3. FAther was a contractor he then opened a delicatessan, her mother ran the stroe and the children worke din the store, they were given a salary for working in the store

4. Ghas two sisters

5. As a child they went to church, Sunday school, evening youth groups

6. AS CHILD SHE HAD TO STAY IN THE YARD, THEY WERE NOT ALLWOED OUT OF THE YARD

7. Reports that her father was successful

8. She went ot Hughes HS, one sister went to a catholic school and her other sister went a third school, they wer allowed to go to whatever school they wanted as she reports that her father wanted them to get a good education should they ever be on their own

9. Reports taht she has sister married to a minister and one of her nephews is a deacon

10. Does not remeber ever being punished much, says they were not very "bad" girls

11. Describes upbringing as good

12. Reports that she transferred to Woodward HS around the 10 or 11 grade and that is where she met her first husband, she also did not finish HS

a. reports that she did not graduate, however she did finish with a vocational school

13. Children: Beverly is from first husband; Jackie and Robin were form the same father, a man she lived with prior to Lee Sr., he relocated, however she wanted to stay in Cinci, she reports taht this relationship was good.  Her first husband went into the military and they did not seem to be ready to be married, she reports it was an amicable breakup.

14. Reports she began work at General Motors in 1965, she worked there for 22

008197

7

years as a secretary, took early retirement.  She then went to Standard Textile for the last seven years as a receptionist

15. Wehn Lee was born she took 8 months off work, she felt that she had to get back to work because she had three daughters to support  and she wanted nice things for her children(reports that she did not feel that Lee Sr. should be required to help with the girls because they weren't his)

16. G was 40 when she had Lee

17. She ahd thought about breaking up with Lee Sr. before she found out that she was pregnant - after she found about the pregnancy she wnated to try to work the marriage out

18. G reported that she had wanted to change Lee Sr.

    a. described him as a weak man - G says she has no respect for Lee Sr. - Betty lets him run around and do his own thing, provides no limits or structure

19. Reports that Lee Sr. gave Lee everything that he wanted, she feels he did this out of guilt

## LEE JR AS A CHILD

1. Lee was a chatterbox

2. Lee always had the hope that his parents would get back together again

3. Lee Sr. was not a father to Lee, he did none of the disciplining, according to G he wanted to be friends more than anything else

4. After the divorce Lee Sr. would assist with $ for Xmas, school, Easter, B-day - she reports that whatever Lee Sr. did for Lee monetarily she either matched

5. Reports that Lee may have been spoiled, as she alswsays wanted a boy and may have overly paid attnetion to him

6. G reports that she raised Lee as she herself was raised, the same way

    a. kept all of the children close to her

    b. alswsays kept an eye on Lee

7. Discipline was a spanking on the behind with a comb or belt sometimes

8. Started school around the age of 4 - Central Baptist

## RELIGION IS VERY IMPORTANT TO G

9. Reports taht Lee went to a speech therapist, however she reports that she at this time is unsure of the reason

10. Reports taht she feels that Lee could do wll if he wanted, he never wanted to study

    a. says that he did have some problems with math

11. Reports that Lee failed the 4 grade, she feels that this was due mostly to the divorce

12. G could not afford Central, she let Lee know that since he was not putting forth the effort and the cost was os hight that she was trnsferring him to another school

    a. G repoprts that Lee Sr. did not assist with tuition to Central

13. Lee attended Rex Ralph(?) - Mt  Healthy - 4 thru 6

14. Lee attended South Jr. High - Mt Healthy - 7 and 8


003498

8

15. G reports that around the fifth grade a boy moved into the neighborhood who used to regularly abuse Lee - at school, on the bus and at home - the boy lived behind and two doors down from G

    a. G reports that this went on all the way into and through high school

16. Problems began around the age of 16.

17. Around age of 18 Lee would disappear for days at a time

    a. drinking, screwing, drugs

18. Lee attempted to steal a car at the age of 17 in Fairfield

19. Lee met Shotandra at the age of 17 - G reports that she felt that she was very good for Lee

20. G reports that black families are very matriarchal - Thererfore Lee never did have a very good male role model of masculine strength

    a. G wanted Lee to be a very strong male - unlike her x-husband

    b. Gwanted Lee to be like her father

    (SEEMS THAT G MAY HAVE BEEN LOOKING FOR THAT FATHER FIGURE OR THAT MALE TO TAKE CARE OF HER)

21. Lee got a job at Kroger at age 16 - G got him this job

22. Lee seemed to gravitate toward anything that would upset G - this was as he grew up

23. G reports that Lee Sr. would not support her int the care of Lee - she stated taht Lee Sr. was of the same ilk as she felt that he was concerned with the women and being accepted in the streets by his friends

24. G reports that Lee was high at times on 40 oz.'s (COLT 45)

25. Mt. Healthy (approx. 16):

    a. skipping school, attending for only a half day

    b. G did not know his friends

    c. Lee never talked back or yelled at her when she was disciplinig him

26. Lee always would acknowledge that he had done something wrong - however he would state that he just could not help himself

27. G reported that while she was at work, Lee would have friends over and she felt that they were stealing things from her as there would be things missing when she returned

    a. Lee always stuck up for his friends

    b. Lee had money - even when he not working - she never knew where he wasw getting it.  She reported that she did not think that it was Lee who was taking things from the house sometimes or selling them.

28. G called Emerson North hospital when Lee was about 17 for help - he not seen because her insurance would not cover it.  That is how she got hooked up with Schwartz.

**Georgia, Beverly, Jackie**
**QUESTIONS FROM PREVIOUS VISITS:**

9

1. Withdrawal to work fulltime? G reports should be to work part time, not sure why it says fulltime
2. Who signed Lee out in '93 withdrawal? Lee Jr.
3. Did Lee have a support system? no

    1. Absencenses and acting out is what led to Lee being sent to his father
    2. When Lee skipped not know where he went - seemed he used to go to friends houses sometimes, - seems however that they ended up at G's house 90% of the time
    3. After Lee had disappeared for three days, she asked him to leave, G reports that she could not handle not knowing what was happening to him
    4. Lee did not want to go, he begged for another chance - however G reports that Lee showed no real emotion, he cried a little but that was it
    5. G and sisters report that Lee is not a strong person and has never been - he always wanted to fit in - always seemed to be operating under his own agenda.
    6. G not know if Lee sneaking beer in the house
    7. At the time Lee left, Beverly had urged Lee shortly before that to leave the home because of how hard it was on G
        a. Lee was not following the house rules
    8. Bev: Lee was not doing things right - he was not breaking the rule right - he seemed to break the rules to get caught - he seemed to think through what he wanted to do, but did not seem to realize the consequnces or what would happen if he got caught or try to do things not to get caught.  Lee never had an escape plan
    9. Bev: Lee would not heed warnings that he was going to be in trouble
        a. Lee would spend the night at times, however he would sneak out (15 or 16)
    10. Bev: Lee seemed to be a normal teen in rebellion - he never went to the extremes in his rebellion
        a. Lee never seemed concerned about the repercussions
    11. Bev: Lee never seemed to realise guilt
    12. G: Lee always said he was sorry, however he would just go out and do the same thing again
    13. Bev: Baysat Lee when he was around 9 yrs old for approx. 1 to 1.5
        a. Lee would stay fo the week, Sun - Thurs
        b. G would pick him up sometimes during the week, Lee went back with G for the weekends
        c. Justin, Lee's nephew looked up to Lee
        d. Lee always got along with the other members of the family (Bev"s)
        e. G working nights at this time
        f. Bev worked days at this time
        e. Bev would pick up Lee after school and Lee would spend the night at her house, in the morning she would take him back to G's house so that he could catch the bus for school

008500

10

14. Bev: Lee seemed like a normal child, compared to other children that she knew

15. G: Lee's difficulties seemed to occur after he was beat up

16. Bev: Lee had difficulties in later elementary and Jr. High, especially with the bully who lived in the nieghborhood who picked on Lee

     a. Lee ridiculed in Jr. High



     b. He was small and couldn't fight, noone ever showed how to defend himself or stick up for himself

     c. He always dressed nice and had all of the nicest things, everything that he ever wanted, this may have made some other kids jealous

17. All the while that he was being picked on, he was having things stolen from him, however he never told anyone that this was happening

     a. Wouldn't tell his mother because if and when he did, he was then called a tattletale, because his mother then would go to the other parents or the other children and fight Lee's battles for him.

          i. he was then picked on even more

18. G: sometimes Lee did get into fights

19. G: Late 15, 16, 17 he would listen to noone

20. Bev: Lee wanted friends and he wanted to fit in very badly

21. G: Lee wanted to get his life together when he was 18 through the job corps, however he was turned down because of his previous record (ANOTHER SEVERE REJECTION IF HE WANTED TO TURN AROUND. SEEMS TO BE NEED FOR HELP FOR KIDS WHO TO HELP THEMSELVES, SYSTEM NEEDS TO RESPOND)

22. Bev: Group of kids that he hung around with, accepted him, however they drank, and the girls liked him (POPULARITY AND SENSE OF BELONGINGNESS)

     a. group may have been big influence for the start of the drugs and alcohol (MAY HAVE BEEN PREDISPOSITION FOR THIS IN HIM ALSO IF HIS FATHER AND THAT SIDE OF THE FAMILY WERE ALCOHOLICS, GENETICS? ALSO WOULD SEEM TO BE PREDISPOSITION TO USE TO SELF MEDICATE IF HE WAS DEPRESSED AND LOW SELF ESTEEM)

     b. never would have dreamed that he would involve himself in the current incident (FAMILY VERY EMOTIONAL AND CONFUSED)

23. Bev: Mother raised all the same way, difference between us and Lee was that we had each other for a support system, Lee seemed to have noone (LEE MAY NOT HAVE BEEN ABLE TO GO TO ANY ELSE IN THE FAMILY BECAUSE HE MAY FELT THAT THEY WOULD NOT UNDERSTAND THE SITUATION AS HE SAW IT - AGE AND GENERATION BOUNDRIES — NO EMPATHY FOR THE SITUATION)

24. G: Lee had everything that he ever wanted (MATERIAL LOVE - NO EMOTIONAL LOVE)

     a. Lee never seemed very interested in violent video games or movies - all seemed apprpriate (HOWEVER MOTHER ALLOWED LEE TO HAVE POSTERS AND PICTURES FROM MAGAZINES SUCH AS PLAYBOY HUNG ON HIS WALLS -

008501

11

SHE COMMENTED THAT SHE ALSO SAW NOTHING UNUSUAL ABOUT THISUNTIL ONE OF HER DAUGHTERS POINTED OUT THAT THIS WAS INNAPROPRIATE. g COMMENTED THAT SHE FELT THAT IF SHE DID NOT ALLOW THIS THAT LEE WOULD HAVE SEXUAL IDENTITY PROBLEMS)

      b. Video games were Lee's big interest

25. Bev and G: Lee would seem to "space" out during conversations sometimes

26. G: While Lee was with Lee Sr. she would;

      a. call him every week to tell him the rules - dangeous to be out late, go to school the same rules that she had at her house = she felt that she had to do this

      b. lee would call also of his own and he would also stop by to see her

27. G: at age 18 Lee was jumped and robbed at Swifton commons by some young blackmen. They held a gun to his head and threatened to kill him if he resisted. Lee kept asking them why they were doing this to him. <u>They stole his shoes, a jacket and his gold chain that his mother had given him.</u> That night Lee attempted to go back out after them, the family talked him out of it. Lee reported that he was not afraid when they said that they were going to kill him. (FAMILY NOT SURE IF THE INCIDENT EVER REPORTED, DID SAY THAT THESE SAME BOYS WERE ARRESTED FOR KILLING ANOTHER PERSON IN A ROBBERY. WAS WHAT LEE BOUGHT WITH THE CREDIT CARDS FROM THE ROBBERY THE EXACT SAME THINGS THAT WERE STOLEN FROM HIM????)



28. Jackie: Took Lee when he was about nine years old for approx 4 mos. - during the time that G was working nights

29. G: Robin was at home until Lee was about 7 or 8 yrs old.

30. G: Robin and Lee had the seemingly typical sibling relationship, She was somewhat jealous initially, however they seemed to get along OK. <u>Robin would do things with Lee that G could not do, or did not want to do, for instance go to school functions</u>

31. G: <u>I found it very hard to let him go and go out on his own. Always felt like me and him against the world. Wherever I was, he was.</u>



32. Bev: G was very consistent with rules and discipline

33. Why this incident? He just exploded

34. Bev: He seemed not to handle his emotions correctly

      a. divorce was a big problem for Lee

**Nancy Townsend -babysitter**

    1. Watched Lee from the age of 1 to 1.5 years

    2. G was working at the time

    3. Lee Sr. was working many hours

    4. Would watch Lee from 8 to 5

      a. sometimes Robin would pick him up after schooll

      b. sometimes G would pick him up

      c. sometimes Lee Sr. would pick him up

5. Watched Lee at her home

6. She watched other kids

7. he was very young not much to tell of him

8. Lee did not need much attention

9. Lee interacted with her son seemingly appropriately

10. Mentioned again that Lee did not need much attention

11. He seemed to smile often

12. Lee Sr. would drop him off on the way to work because he left the latest, and G would pick him up

13. Lee seemed to be a pretty average youngster

14. Lee always came fully prepared for the day, the parents did not often leave anything behind that he needed

15. Family was always there to pick him on time and drop him off on time every morning

16. Lee sr. dropped of the most as he was the last to leave for work

17. After she stopped sitting for Lee she would see hi a Kroger occasionally,

    a. Always friendly if you spoke to him initially, he never seemed to initiate interactions

18. Always remember Lee being a very wuiet child

19. Know G a long time

    a. she hard working

    b. attempted to bring Lee up correctly

    c. she tried to protect her kids

    d. always there for Lee

    e. she was a good mother

## Arlene Goines - babysitter

1. Watched Lee from approx. 8 mos to 4 yrs.

2. Lee always quiet and meek

3. Displayed no violence, even to the other kids

    a. no pushing or shoving or hitting as a young child

4. This is out of character for a child, to display no aggression whatsoever

5. Saw him off and on throughout the years, when he at work, he always quiet, humble and meek

6. G would drop him off, sometimes Robin dropped him off

    a. mostly G

7. Robin would mostly pick Lee up after school

    a. G was working at General Motors

    b. Robin was around 14 or 15

8. Most of the children were the same age

9. Lee appeared to be somewhat "slow" - learning

    a. the other kids seemed to pick things up faster that Lee did

008503

13

       b. didnt seem to learn as fast

10. G may have sent him to private school at first to maybe get him extra help

11. Lee seemed to be developmentally on task - he seemed to walk and talk on time

12. Lee was slow in things like reading

13. Lee did not participate in any activities with his peers
       a. no real peer relations
       b. he had one boy that he did play with somewhat
       c. Lee avoided the other childre

14. If other kids took something from him he would just let them have it
       a. Lee never took the things back
       b. he never fought back or stood up for himself

15. Lee would not initiate interactions and would avoid children who would

16. Lee did not seem to understand what the other children were playing or doing

17. Lee mostly played by himself

18. Lee had no favorite or special games or toys

19. Lee never had a security blanket or anything that resembled a security "blanket"

20. If hug Lee he would hug you back - but seemed like he did not want to
       a. he would not seek out affection

21. See when he was older, he would talk to you if you talked to him first

22. If he hurt or sad - he would cry - he seek support

23. Felt that he was far too close to his mother
       a. this was unusual compared to the relationship that other parents had to their children

24. When G dropped him off he never cried or looked like he missed her (RAD?)
       a. maybe because he was so young

25. Never really had ani interaction with Lee Sr.

26. Lee Jr. never displayed any type of anger or jealousy, that she could remember
       a. nothing that he was possesive about

27. Lee was far too giving for his own good
       a. always ready to give things away

28. Lee always a follower
       a. even kids that were ;younger than he could lead him around very easily

29. Lee got along better with the younger children
       a. may have been socially behind

30. Not sure waht became of Lee once she stopped sitting for him

31. Not sure how he did in school

32. Always seemed to be doing what he was supposed to be doing at Kroger
       a. Lee always laid back - slow

14

      b. Lee looked like a kid who did not like what he was doing but he was doing it anyway

    33. Lee was always cleaning or carting

      a. never saw Lee on the register or bagging - (saw him 2 or 3 times a month) he never seemed to work his way up to register or bagger - other kids would get to register or bagger before Lee - even if they started after him

    34. Lee always dragging - like he was doing things because he had to - not because he wanted to this was not what he wanted to do

    35. Lee never identified with a profession as did the other kids ie policemean, fireman doctor

      a. Lee was always quiet

    36. Lee Sr. and Lee Jr. are identical in quietness

    37. Lee always seemed to hold things inside

    **38. Lee seemed to be a sad child**

    **39. Lee had a flat affect**

    40. When Lee was picked up in the afternoon he acted as if he were glad to see them - however he was **never** excited to see them

    41. Lee was always older than the children he hung around with

      a. Lee never a leader even as a child

      b. not sure what he was like when he got older

      **c. He was always a follower**

    42. As a youngster if he were hurt or sad he would ask for his mother, never his father

    43. Lee would always talk about his mother, never spoke about his father

    44. When Lee wqatched things like Sesame Street he could sit and watch the entire show quietly - however he seemed never to fully understand or catch the things that were going on on the show

    45. Sometimes Lee would "tune" you out if you talked to him

      a. if he did not understand something he would not ask to have it explained

      b. he would not voluntarily come to ask about anything, you always had to got to him

    46. He did not seem sad or depressed - he just never as excited or active about things as the other kids were

    47. If he had anything to be sad about it was probably his parents relationship

    **48. Lee Sr. drank alot**

      a. more than average

      b. saw him drunk often

      c. drank while he was working for Arlene putting on a family room

      d. did most of his drinking out, not at home

      e. when drunk he would get "loopy" - not violent

      f. he did not seem to handle liquor well

008505

16

    b. he never wanted to talk about the divorce

20. Lee never really expressed feelings to anyone - ever

21. **LEE NEVER HAD ANY REAL QUALITY BONDING TIME WITH G OR ANYONE**

    a. Lee was never really close to anyone

22. Lee grew close to Erik as the grew up

23. Not sure why Lee failed the 4th grade

    a. may have been a maturity thing

24. Lee was basically a good kid up until the 9th or 10th grade (about 16 yrs old)

25. He wanted to be with the in crowd for the girls and the attention

    a. wanted positive attention

26. Lee never really seemed to get used to the attention

27. Never any real relationship between Lee and Lee Sr.

    a. never any quality time with Lee Sr.

    b. many times Lee Sr. was not even home when Lee came to visit, Lee would spend the time with his step-mother

    c. sometimes Lee Sr. would take him boating - but this was rare

28. Lee Sr. did not know how to relate to kids

    a. Lee Sr. never lived with any of the kids that he fathered

    b. Lee Sr. was like a child himself

29. Lee Sr. did not visit Lee very often

30. Lee Sr. seemed to drink often

    a. weekends

    b. beers throughout the week

    c. never seemed to cause any real problems

    d. seemed to be a "social" alcoholic

    e. he drank with friends - whneever he and his friends got together they would drink

    f. alcoholism runs in Lee Sr.s family (his brother died of psirosis

    g. classify him as a borderline alcoholic

31. Not sure if Lee and Betty got along

    a. she did not seem to care for Lee in the beginning

    b. she seemed to belittle him

    c. she never had any children, and yet she seemed to think that she had all the answers when it came to childrearing

32. Lee and Betty seemed to get along better after Lee moved in with his father

    a. Lee would tell Robin, "She does not want me ther, but I just have to learn to accept this"

33. Lee Sr. would ship Lee of to other people, or just nmot be there toward the end of Lee's stay there. Ther was definitely no quality time spent together.

34. Lee never had any real close friends

    a. noone was ever good enough for Lee, according to G

15

49. Never knew of Lee Jr. to be drinking or anything

**Robin - Sister**
    1. Lee was spoiled, he was the only son
        a. he was pampered
        b. VERY sheltered - no allowed to explore his world
    2. Seemed to have fairly normal developement
    3. Robin spent much time with Lee doing the things his mother did want to or could not do
        a. Robin attended field trips with Lee's class
    4. Lee was not very social - very noticiable around the fifth or sixth grade
        a. stuck mainly to himself
    5. He seemed like he wanted to avoid people
        a. he did not want negative attention
    6. Robin was 11 yrs old when Lee was born
        a. jealous when Lee arrived
    7. Problems of Lee began when the neighborhood bully singled Lee out
        a. Lee did not want Robin to step in and help him, seemed he wanted to not look like a coward
    8. G sheltered Lee more than was normal
        a. Lee did not have chores until he was 14 or 15
    9. G babied Lee
        a. she did not seem to know how to raise a boy
        b. Lee was the youngest of the children and the only boy
        c. G did not seem to want him to grow up
    10. Lee was not happy about the divorce
        a. Lee wanted his parents to get back togethre very badly
        b. he semed to adjust
    11. Lee Sr. spoiled him also
        a. gave him everything
    12. Lee Sr. used material ggods to buy Lee's affection
    13. Lee was sad over the divorce but he never seemed to express it
    **14. Lee was never very affectionate - always had to approach him**
    **15. <u>Lee always seemed to prefer not to be touched or hugged or have any type of physical affectionate contact with anyone</u>**
    16. Lee seemd to have a flat affect and seemed to be withdrawn
        **a. Lee suppressed many of his feelings**
    17. G was very domineering
        a. noone ever really was allowed to express their opinion around her
    18. Around the age of 17 Lee began running with a "crazy" group
    19. Not really sure if Lee ever really greived over the divorce of his parents
        a. Lee always wanted to be "Mr. Macho"

008507

17

    b. G was not your Kool-Aid mother

    c. Lee did have one person who was the closest thing to a friend when he was little

    35. Lee always did seem to get along better with the younger people

    36. When Lee began acting out in school, when he was not attending, Robin pretty much broke off her relationship with Lee

    37. Lee's favorite things to do were Nintendo and Atari, anything that he could be alone and do

        a. even in groups Lee would like to be left alone, not talk to anyone

    38. Lee never seemd to have any confidence in himself

        a. he a low self esteem

    39. Lee very introverted

    40. Lee was sheltered all of his life at G's, at Lee Sr.'s he had all of the freedom in the world

    41. WORDS TO DESCRIBE LEE: SHY - INTROVERTED - FLAT - SPOILED


**McDaniels - neighbors**

    1. Mr : known G since 1968

        a. Lee about 8 yrs old when they moved next to each other

        b. Lee at Central Baptist when they moved into the neighborhood

        c. Lee left Centrla baptist to go to Rex Ralph

        d. Gand Lee Sr. were divorced by the time that she moved into the neighborhood

    2. Mr : When Lee came home from school he would stay in the house all of the time

        a. G was at work in the evenings

    3. Mrs: Lee had a few friends when he was younger

        a. Lee mostly played at the McDaniels'

    4. Mr : Another child in the neighborhood was Lee's age - Mike

        a. Ramon was another child

    5. Mr : Things Lee liked to do: Basketball, video, Monopoly, Race Cars, Volley Ball

        a. Lee was an average tyope of child in terms of competition

    6. Much interaction with the McDaniels - (psuedo-family)

    7. Mr and Mrs: What was Lee like - quiet, very polite, obedient

        a. went to church

    8. Mr : Lee was an adopted nephew, a "godson"

    9. Mrs: Lee got along with all other kids

        a. Lee got along with all people very easily

    10. Mr : took Lee under his wing

        a. Lee and Jr would spend the night together

18

        b. Jr about 6 to 7 years younger that Lee - however they were very close

11. Mrs: Lee would stick up for Jr

12. Mrs: Dante was the neighborhood bully - Lee had problems with this boy

13. Mr and Mrs: groups in the neighborhood would pick on Lee

        a. Lee got jumped many times

        b. guys would pick fight with Lee

        c. Lee never really seemd to start things

            1. always wanted to back off

            2. Lee always seemed very frightened of these individuals

        d. Lee C. was another neighborhood bully

            1. kid Lee had the problems with beginning in the fifth grade

                ii. Lee C. mother would never admit that her child started any problems

14. Mr : Lee would avoid fights unless he was pushed into a corner and he had no choice

        a. would have to at the extreme before Lee would fight back

15. Mrs: Lee was the target because the bullies knew that he had no brothers or father that would back him up and Lee was much smaller than the other kids

        a. Lee teased that he was a mommas boy

        b. things were building up in Lee

16. Mr and Mrs: Kids who lived in the neighborhood woulod have relatives would come in to the neighborhood and would pick a fight with Lee

        a.EVERYONE KNEW LEE WAS A PUSHOVER

17. Mr : the boys picking on Lee were his age or a little older

        a. these kids were street-wise, mean kids

18. Mr: some of the kids who picked on Lee had gang type of features

19. Mrs: would have been bad for Lee to stand up for himself because of the gang activity

20. Mr: Lee was competitive, however he never got angry or flew off of the handle during competitive games

21. Mrs: G not want Lee to fight

22. Mrs: Lee Sr - not really a father

        a. never had time for Lee

        b. no real male role models for Lee

23. Mr : I was almost a father to Lee

        a. Lee would open up to me

24. Mr: Kids form Winton Terrace would hang out in the neighborhood

25. Mr and Mrs: Lee did not know how to stand up for himself

26. Mr : Lee Sr never seemed very concerned about Lee

        a. Lee Sr seemed to be more concerned with himself

        b. Lee Sr would come to get Lee for a visit, however he would spend little or no time with him

008509

19

c. G would talk to Betty about Lee, she knew more about what was going on with Lee than did Lee Sr

27. Mr: spoke with one of Lee Sr. drinking buddies, they used to spend much time on the boat drinking.

    a. Lee Sr and his friends would drink in front of Lee

        i. never were any other children there, only Lee

    b. Lee Sr used to be with differnt women, besides those he was married to

28. Mr: Lee would open up to me

29. Mr: on one occassion Lee fought back against the kids

    a. would walk to school along different routes because kids would want to fight with him

    b. kids used to terrorize G's house

30. Mrs: Lee 16 years old a bunch of boys jumped Lee and beat him up on his way home from work

    a. G amy have had to take Lee to the hospital (?)

    b. Lee would not talk about the fight

    c. Lee had the trouble on the bus with the brass knuckles the next day

        i. some boys on the bus gave Lee the brass knuckles to go after the boys who beat him up.

        ii. THIS WAS THE FIRST TIME THAT LEE STOOD UP FOR HIMSELF

    d. Lee's friends would encourage Lee tofight back and stand up for himself

    e. the kids knew that Lee had no backup or would not fight

31. Mrs: Mike Jr and Donovan were Lee's friends

32. Mr: was Lee's father figure

33. Mrs: Lee wanted to be friends with other kids, they did not want to however

34. Mr: Lee was known as a Momma's Boy:

    a. G would handle fights for Lee

    b. Lee did not know how to fight back appropriately

35. Mr: Lee could win a fight iof he wnated to, however he did not know how to

36. Mr: when Lee had the meeting at school with the principal and the superintendant, G asked Mr to go with them

    a. this was after the brass knuckle incident.

    b. G and Mr found about the skipping of school at this point

37. Mr: saw Lee mostly on the weekends

38. Mrs: saw Lee as doing OK

39. WORDS TO DESCRIBE LEE: humble, meek, polite, non-argumentative, fun to be with, very low self esteem, tolerant.

40. Mr: UNUSUAL THING ABOUT LEE, A BOY OF HIS AGE HAVING FRIENDS THAT WERE MUCH YOUNGER THAN HE, AND HE WANTING THEM TO HANG AROUND

41. Mrs: Lee would always give the children sound advice about not fighting
42. Mr: Lee was always the peacemaker
    a. Lee was not very manly because he would not fight
43. Mr: DESCRIBE LEE: flat affect, no real mood swings, always seemed sad
44. Mr: G would always talk to him about the fact that Lee Sr was not involved and that he needed to be more involved
45. Mr: Saw little of Lee the last two years prior to the incident
46. Mr: always could find Lee at either home or school
    a. no real friends his own age
47. Mrs: Lee's true friends were Mike Jr. and another kid named Mike who lived down the street
48. Mr and Mrs: INCIDENT: could not have been Lee, even people in the neighborhood say they cant believe that he would have done that
49. Mrs: G and his sister were/are good people
50. Mr: about one year ago G and Lee attempted to work out the problems
    a. G was stern about the rules
51. Mrs: Lee was smart
    a. he is intelligent
    b. Lee found friends that would accept him - may not have been real "friends"

    c. Lee could not get along with kids his own age
52. Mr: Lee was not a street kid
53. Mr: don't know what could have gone wrong
    a. McDaniels still feel close to Lee
    b. Lee always saw Mike Jr. was a little brother
54. Mr: Lee did not like living with his father
    a. he was there because he could not follow his mothers rules
55. Mr: Lee was letting kids into the house, and stuff was ending up missing from his mothers house
56. Mrs: Lee would never talk back to his mother
    a. Lee would always drop his head and say "Yes, m'am/sir", "No, m'a/sir"
57. Mrs: always felt that Lee would turn out OK
    a. G and his sister were always there for him
58. Mr: Lee did not like his father's neighborhood
59. Mr: LEE NEVER TALKED ABOUT A GOAL OR GROWING UP TO BE SOMETHING
    a. LEE NEVER HAD ANYTHING WITH WHICH HE IDENTIFIED
60. Mr: Lee was an excellent basketball player
61. Mr: never knew if Lee had talents
    a. he was very good in creative writing
    b. he was good in math
62. Mr: (IF YOU TALKED TO OR LECTURED LEE DID HE TUNE YOU OUT?)

Never really tuned you out, when you talked to him
63. Mr: Lee always looked like he was simply trying to make it through the day
    a. he had three houses in the neighborhood that he considered safe houses
64. Mr: when kids jumped Lee he never said that he was going to get them
    a. he never said that he was mad or that he wished they would die or that he hated them for beating him up
        i. THIS WAS VERY UNUSUAL FOR KIDS (Mr said this)
      b.WHEN KIDS WOULD BEAT HIM UP HE WOULD STILL, IF HE SAW THEM OUT, SMILE AND WAVE AT THEM
        i. he always said it was over
    c. Lee never would strike back or say bad things about them
65. Mr and Mrs: would take and pick him up form work at times
66. Mrs: I'm not his natural mother, but I was a mother figure for him
    a. we were like Lee's real family
67. Mr: Lee never played sports
    a. G was very protective
    b. Lee had atheletic ability, but he would never play
        i. G would discourage this

**Erik Moore - nephew - Vernena - sister -(she there part of the time with Erik)**
1. age 9 Lee used to come over to Vernena's house and there Erik and Lee would hang around together
2. age 11 Lee pretty much stopped coming over
    a. kept in contact over the phone
    b. began doing music (rap) together, would do it over the phone
    c. music was about the social ills, was not popular type of rap or gangsta rap.
    d. would hook up occasionally
3. age 14 or 15 Erik becam involved in the church
    a. attempted to influence Lee
    b. Lee objected
    c. Lee not know about the church
    d. Erik wanted to do Christian rap, Lee did not
4. age 16 or 17 contact becam very sporadic, Lee was with his friends
5. age 17 Lee and Erik went to Woodward together
    a. Lee would not go to school much
    b. Lee was hanging out with his friends
    c. sometimes Lee would drink and smoke when he was skipping
6. age 16 or 17 he stole a car
7. Lee would talk to Erik that he was giong to "hit a liq" (hit a liquor store)
8. Lee would talk about committing crimes, he was more talk than action though

008512

9. Lee was very scared of getting caught
10. Lee would not be the one to initiate conversation
11. ABOUT THE GROUP FROM MT. HEALTHY:
    a. the group was made of kids who wanted to fit in
    b. "wanna be" mentality
    c. Mt Healthy was the "out" crowd
    d. wanted to be like the kids at Woodward
    e. Erik not part of this crowd
12. age 17 - alcohol and drugs
    a. Erik stopped doing music with Lee
13. Lee would buckle under peer pressure
14. Lee would fallow the crowd, however he always wanted to look like he was the one in charge, wanted to be the trend setter
15. MONEY: Lee got a check every month from Soci. Sec.
16. As a child:
    a. Lee was competitive
    b. Erik was Lee's main friend, and Lee was Erik's
    c. friends in the neighborhood, 1 or 2
    d. Lee never said much about fights in his neighborhood
17. WHAT LEE WANTED TO BE WHEN HE GREW UP:
    a. age 15 he talked about wanting to be a musician
    b. as a kid he talked about construction like his father
18 WHAT HE DID AS A KID:
    a. videos, movies, drawing, music
      i. draw pictures of cars
      ii. cahracters - musicians, superheros
19. age 9, G was working
    a. over to Vernena's during the summer - vernena's during the day and back to Lee Sr's in the evening
    b. Erik and Lee would hang out during the summer
20. LEE AND G:
    a. Lee would say that G was getting on his nerves
      i. she would want him to do stuff
      ii. she was ALWAYS calling his name, if you were there or is on the phone you could hear her calling his name
    b. Lee was spoiled
      i. he always got what he wanted
      ii. nothing that he wanted that he did not get
      iii. both Lee Sr and G would do this
21. LEE AND LEE SR:
    a. Lee was crazy about his father
    b. would go out on boat rides and rides in the car

008513

23

22. Lee had an average relationship with his parents
23. not sure aobut Lee and a support system
24. Lee would not want people "dipping" into his business
25. Lee may ahve seen asking for help as a weakness
26. Lee would listen to Erika nd then Erik would listen to Lee
27. ADOLESCENCE:
    a. rebellious - would talk back, he was embarrased about being wrong
    b. no real conversation about drugs or alcohol with Lee
28. ALCOHOLISM RUNS IN THE FAMILY ON LEE SR SIDE
    a. PROBLEMS WITH DRUG ABUSE BY THE YOUNGER MEMBERS OF THE FAMILY
    b. marijuana and beer - Lee
    c. Lee would take the bottle from the family
        i. when he got caught, nothing happened to him
29. Lee Sr, may have been too lenient on Lee
30. G was ironhanded with the rules
    a. punishment - grounding or send him to his room
    b. she would yell alot
    c. she would tell him things like, "you're no good", etc.
    d. when he was 17, she would use the guilt trip on him
31. Lee did care about what his parents thought about him
32. Lee would never think about the negative side of things he was doing, i.e. getting caught
    a. always thought that he could get away with anything
33. Lee seemed not to respect others things, i.e. his father's car
    a. Lee would "steal" or "borrow" the car
34. Lee was bored with school
    a. Lee was smart
    b. school was not interesting to Lee
35. Lee never thought about a job
36. Lee wanted material things
    a. jewlery, clothes, cars - expensive things
37. LEE WANTED THE REWARD WITHOUT DOING THE WORK
38. music was Lee's goal
39. LEE AFTER A TIME, LOOKED LIKE HE DIDNT HAVE A VISION OR GOAL - HE SEEMED LIKE HE DID NOT FIT IN
    40. LEE WAS A LONER
        a. LEE WAS ON THE OUTSIDE OF THE WORLD LOOKING IN
    41. LEE THOUGHT THAT HE WAS THE CENTER OF THE WORLD, WNATED TO BE, EVERYTHING DID NOT MATTER.
    42. LEE WANTED A ROCK STAR OR MOVIE STAR IMAGE
        a. he wanted to be the one getting all of the attention and wanted people

008514