A:    Naw. He ain't tell nobody.

Q:    Okay.

A:    Only people knew is me, Jason an' Lee.

Q:    Alright. Then what happen, uh next day...

A:    Next day...

Q:    Saturday...

A:    uh I wanted to go to the store, go an' get my girlfriend somethin'. An' Lee he was goin' ta uh...

QQ:    Where where did Lee stay that night?

A:    He spent the night at my house that night.

QQ:    Okay.

A:    Then uh after that we got we got up in the morning. Jason was gonna go to the uh store at at first an' buy me what I needed for my girlfriend. I ain't get the I didn't get 'er nothin'. I ain't get 'er nothin' at all. An' lets see... He got he got his little stuff an' some bracelet, necklace...

Q:    Who's this?

A:    Huh? This Lee Lee.

Q:    Where did yas where did... You got up the next mornin..

A:    Yeah. Went to Northgate first.

Q:    You an' Lee did?

A:    Yeah.

Q:    What car did you drive?

A:    The Taurus.

Q:    The Taurus. You an' Lee went to the Northgate. You went where at Northgate, what store?

008555

A: Uh to the jewelry store in JC Penny's.

Q: Alright. An' what did ya get there?

A: He got uh uh a necklace an' a bracelet in the jewelry store an'...

QQ: How'd he pay for those things?

A: With the charge card.

Q: The...

A: The...

Q: the guy that...

A: JC Penny...

Q: got killed charge card?

A: Yeah.

Q: An' was this a female for this was his...

A: Yeah it was...

Q: bracelet...

A: his girlfriend.

Q: It was his girlfriend...

A: Tonya's..

Q: Tonya's. Okay he paid for this with a charge card or the victim's...

A: Yeah.

Q: charge card?

A: Yeah.

Q: Did he get --- anything else he got there in Northgate?

A: He went up to the department stores for clothes af... alth... athletics An' he bought himself some hats an' sweat pants an' sweat shirts. An' that's that's about

it at that store.

QQ: Did you ask if you could buy anything on the credit card?

A: I asked I asked for uh one thing. Then I said naw I don't want nothin'. I told 'im I ain't want nothin'. Jason wanted somethin'. But...

Q: Was Jason with yas?

A: Naw Jason wasn't with us.

Q: He just told ya to get somethin' for 'im?

A: Yeah. But I ain't get 'im nothin'.

Q: What did you uh... what did you want 'im to get ya?

A: Aw I wanted the ring. But I said naw.

Q: Why didn't ya get it?

A: I don't know.

Q: Huh?

A: I just didn't feel like gettin' it. I mean I ain't wanna get it. An' plus Lee was lookin' out for his self anyway. He'll lookin' for just him an' the girlfriend somethin'. Uh he wan't really worried about me an' Jason...

Q: Okay.

A: gettin' anything.

Q: Alright.

A: So then we went to Tricounty Mall an' he bought uh Herringbone at the jewelry store, JC Penny's an' a gold nugget. Herringbone was up ta seven hundred an' ninety-nine, an' the nugget was two somethin'. Cause I

remember that price cause I was like damn this a big price. An' then after that we went back to the uh car an' we went back to my house after that. Then he left an' went home, then he picked up his friend an' then he left... then his friend him an' friend they went out an' --- about five or six five or ten minutes an' left an' he went over his his girlfriend house.

Q: Okay. Um did you you su... you sure you didn't get any...

A: I'm sure...

Q: you didn't buy anything?

A: I'm sure...

Q: Where's the credit ca... where's the uh credit cards at now?

A: --- cut cut 'em up.

Q: Huh?

A: Cut 'em up.

Q: Who cut 'em up?

A: Jason did.

Q: Jason cut 'em up?

A: Yeah cause they was it was all empty. Cause Jason he was gonna try to use it.

Q: Huh? Aw after Lee got home Jason was gonna try to use it?

A: Yeah Lee gave it to 'im... Lee gave it to 'im knowin' it was empty.

Q: What do mean empty?

A: It didn't have no more mo... It didn't have no more money in it.

QQ: They burned 'em up. They had maxed out the limits on 'em?

A: Yeah.

QQ: How did he know that?

A: Ss... I ain't even for sure. I --- know ya all tell ya how much money you got left in there. I guess he try... I don't know if he try to buy somethin' else or not. But I think he knew it empty cause Jason had the card. Jason couldn't even buy nothin' that cost two dollars.

Q: Hum did he try?

A: Yeah Jason tried.

QQ: What where did...

Q: Where at?

QQ: he try?

A: He tried at uh Tricounty Mall.

Q: When the same day?

A: Yeah.

QQ: Did he tell ya what he tried to buy?

A: Uh I was with 'im. He tried to buy this little vase that cost two dollars cause... He tried to first he tried to buy some guy shoes an' they wouldn't come out so he tried he kept tryin' this little he tried this little vase cost only two dollars an' he say it wan't really nothin' more in the card. No more. So Jason cut it all up.

Q: Okay. What uh... Where's the gun at?

A: Uh should be at my house.

Q: Huh?

A: He left it over my house.

Q: He left it over your house?

A: Yeah. Under my couch pillow up in my room.

Q: When's the last time you seen that gun?

A: This mornin'.

Q: You saw... You saw the gun this morning?

A: Yeah it's in my room.

Q: Where at in your room?

A: In under my couch pillow. It's two guns under there. It's a .32 an' a .357.

Q: Okay.

QQ: An' which gun did he have with 'im that night?

A: The .357.

Q: He use the .357?

A: Yeah.

QQ: What what does it look like?

A: Uh it's it got barrels to it. An' it got a uh a short a um it's got a short barrel an' uh what's that thing called.

Q & QQ: The grips?
      The grips?

A: That turn around?

Q: Yeah.

QQ: Cylinder?

A: Huh?

QQ: The cylinder?

A: Yeah I guess.

QQ: Where you put the bullets in?

A: Yeah.

QQ: Okay.

A: It got got one of them. An' it's nickel plated I know that cause he uh talkin' about it he got nickel plate .357.

Q: Di... what did he do with the bullets in the gun, did he uh take any bullets out of it?

A: It's it's five bullets already in there.

Q: Alright.

QQ: Okay what happen to the one bullet...

A: That's the one used...

QQ: after it was shot?

A: That's...

QQ: ---.

A: the one.

QQ: Okay what happen to that one?

A: He flushed that down the toilet he said. But not in my house though. Said he just flushed it down the toilet.

Q: Okay. Lets go back... Lets go back to uh when you guys were drivin' the car...

A: Um hum.

Q: to uh Cumminsville. Was this guy beatin' on the trunk or anythin', makin' any noise?

008561

A: Naw. Lee told 'im don't say nothin'. If he talk or what ever he's gonna uh come back there an' kill 'im.

Q: When did he tell 'im that?

A: When they was in Fairfield.

Q: How do you know that?

A: Cause he told me.

Q: He told ya that?

A: Yeah.

QQ: Did he talk to 'im when you guys were back at the apartment down on Clovernook? Did he say anything to 'im there like you know...

A: Naw.

QQ: --- ---?

A: Naw he didn't say nothin' at all. He didn't say nothin' to 'im. He he didn't hit on the trunk on nothin'.

Q: How come you went with Lee instead of Jason?

A: Cause I guess Lee thought I was gonna do the work for 'im. He didn't ask me nothin' on the way. I guess I talk all this stuff an' say I'll do this an' that. He thought I'd do it but I ain't do it. I ain't pull the trigger.

QQ: Did he put the gun in your hand?

A: Naw he ain't give me the gun.

QQ: He did did did at any point in time did he ask you to get out an' do it?

A: Naw. He ain't tell me to do it at all.

Q: Well why would he bring ya then?

A: Ss... I guess that's the thing. Ta sh... ta show me of what he had did.

Q: Well why wouldn't he show Jason? Why...

A: Jason...

Q: why you?

A: Cause Jason he scared of a lot of stuff you know. He don't want his name in nothin'.

Q: Why did he wanna kill this guy? Why didn't he just let 'im let 'im go? Take 'im some where an'...

A: Cause he was hopin' he had all kind of credit cards an' stuff that he could use an' get more stuff. He he tried he made this he made a check out to his self an' said for three hundred dollars an' he couldn't cash it or nothin'.

Q: He made a check out himself?

A: Yeah for like a personal check to 'im.

Q: This guy's check?

A: Yeah.

Q: An' where's that at?

A: He threw that away. Tore it up.

QQ: But if he wanted to show you what he could do you never got out of the car you said.

A: No.

QQ: You never saw him do...

A: I I don't know why he took me. But I guess he wanted to show off in front of me or somethin'. But he he got he wanted me to do it. I know he wanted me to do it.

Page 25

008363

Q: How'd you know that?

A: Because he he ask me one time before would I ever kill somebody. An' I said I don't know, I might. But I guess since he thought that, he thought I kill dude for 'im.

Q: He thought you'd kill this guy for 'im?

A: Yeah.

Q: Well if he thought that he he'd have to ask ya.

A: But he didn't ask me. He didn't ask me all that night.

Q: You didn't get out of you didn't get you got out.... Only time you got out of the car was...

A: To get the keys.

Q: to get the keys. Why didn't ya just stay out?

A: Cause I ain't wanna stay out there. It was cold outside an' for once an' then...

Q: But you knew what was gonna happen how come you just didn't stay out there?

A: Cause I ain't wanna sit there an' watch.

Q: Why? You went along with it. You were there.

A: I don't know but I didn't wanna see...

Q: It don't make sense you gettin' back in the car.

A: I got back in the car. I start the car up an' I just sat there in the car. That's all. I ain't gettin' out an' watchin' nothin'. I try... I tried to see but I can't see nothin' cause the trunk was in the way.

Q: Did you help get this pull this guy out of the trunk?

A: I ain't touch 'im at all.

Q: Hum?

A: I never got to see his face.

Q: So you an' you an' Jason went went to uh back out to Tri-county the next day right?

A: Same...

Q: with this guy's...

A: the same...

Q: credit car?

A: The same day.

Q: Same day. I'm sorry.

A: Yes.

Q: An' Jason was gonna try to get a vase. What were you gonna try to get with it?

A: I wan't gonna get nothin' out of it.

Q: Huh?

A: I wan't gonna get nothin'.

Q: You weren't gonna get... How come you went out there with Jason then?

A: Cause my aunt ---- dropped us off.

Q: Your aunt dropped yas off?

A: Yeah. Cause I ain't wanna get nothin' cause I ain't had no money. She knew I ain't had no money. An' I ain't want 'er askin' me no questions.

Q: So what you're sayin' is is that Lee went an' used the card an' Jason was gonna use the it but you didn't wanna use it?

A: I ain't wanna use it. I told you at first I wanted to

Page 27

008565

get somethin' --- Lee when I with Lee.

Q: Huh?

A: I told ya at first I wanted to get somethin' when I was with Lee.

Q: You wanted to get ya a ring.

A: I wanted 'im to.

Q: Did ya ask 'im to?

A: Huh?

Q: Did ya ask 'im to?

A: I said he should buy me this. He said I should just wait

Q: Why should you wait?

A: I ain't know. Cause I told ya he lookin' out for his self.

Q: Yeah but...

A: He wanted to get his self everythin' before he... Him an' the girl he wanted to get him an' the girl somethin' for anythin' before he get anybody else somethin'.

Q: But you plannin' on gettin' somethin' then right?

A: I said I wanted somethin' but then I decided I ain't want nothin'.

Q: But he you said he said just wait though right?

A: Yeah.

Q: So he you couldn't of got it anyway?

A: I could of got it.

Q: Well you just said he told you to wait.

A: Yeah he did tell me to wait. He told me to wait. I

Page 28

008566

could of got somethin' later that day but I didn't want nothin'.

Q: But...

A: You see ---...

Q: Yeah but the time you wanted somethin' he said no then right?

A: Yeah. Told me no.

Q: You wanted him to get cha a ring.

A: I wanted him to yeah.

Q: Anything else?

QQ: No.

Q: Anything else you can remember about this uh Larry?

QQ: Let me ask ya one more thing. After this was all said an' done, has he said anything to you about keepin' your mouth shut, don't say anything...

A: Yeah he told uh...

QQ: --- ---

A: He told me don't tell nobody, nobody at all. It's just between me, him an' Jason.

QQ: Okay. An' that's all. He never made any other remarks about you know...

A: No.

QQ: No repercussions if you would tell anybody?

A: No repercussions?

QQ: Yeah. If anything have you know he never said that he'd do anything if you told?

A: No. He ain't say nothin' like that.

Page 29

008567

Q: Why did uh... Why did you uh... Let me ask you this. Why did you get why did you get in that car when you knew this guy was in the trunk?

A: I don't even know.

Q: Huh?

A: I don't know.

Q: An' you kne... you saw the gun an' you knew what he was gonna do, why didn't you just say stop an' let me out of here?

A: Cause I was scared he was gonna think I was a punk.

Q: Huh?

A: I was scared he was gonna think I was a punk.

Q: Well wouldn't he think you were a punk if you did if you sat in the car an' didn't get out the car an' help he yank this guy out of the trunk an' walk 'im back to the dumpster?

A: But I ain't help 'im do ---.

Q: I mean wouldn't you think he would think you were a punk you sat in the car he did all the work?

A: No man really I just...

Q: Why would he...

A: came. I just came...

Q: why would he think...

A: with 'im. That's all he wanted me to come with 'im. That's all. That's all he wanted out of me to come with 'im. So did as he told me to do.

Q: Knowin' that he was gonna go he had a gun, he had a guy

in the car...

A: Yeah.

Q: an' was gonna shoot 'im?

A: I wan't gonna shoot 'im so... Uh I wan't really worried about it cause I wan't gonna shoot 'im.

Q: But you went because he you told... You you went...

A: Cause he told me to.

Q: Cause he told you to.

QQ: Because you didn't want him to think that you were a punk?

A: Yeah.

QQ: What if he'd uh said here you go, now do it? What are you gonna do then?

A: I wouldn't of done it. I know I wouldn't of done it. Cause I had too much on mind that night. Cause I think I thinkin' about what my what my grandmother had said to me. An' I was thinkin' about a lot of stuff. An' I wouldn't of did it cause I don't I ain't that brave to shoot nobody. Only if I have a reason to. An' I had no rea... It wasn't my car or nothin'. I it wan't... It wan't be gonna be ridin' in it. I mean drivin' it or nothin' so why should I do somethin'... I wan't gonna do nobody a favor --- like that. An' I would of changed the license plates of 'im later.

Q: Did you ever drive that car?

A: No I don't know how to drive.

Q: Huh, you don't know how to drive?

A:   I don't know how to drive.

Q:   Why'd ya change the license plates?

A:   Cause he told me to.

Q:   Huh?

A:   Cause he told me to.

Q:   Okay.  Anything else?

QQ:  No.

A:   I told ya I was scared of 'im already.

Q:   Okay.  This'll uh conclude the interview with uh Larry Kinley.


                                  Transcribed By Terri Cipriani
                                  Criminal Investigations Section
                                  Cincinnati Police Division
                                  January 25, 1994

```
 1                    I   N   D   E   X

 2
    Witnesses: (Motion for new venire)
 3
       Fritz Meyer
 4          Direct Examination:   Page 220, line 20
            Cross-examination:    Page 222, line 15
 5          Redirect Examination: Page 226, line 13

 6

 7                  V   O   I   R       D   I   R   E

 8  General questions by the State:   Page 238, line 18
    General questions by the Defense: Page 229, line 18
 9
    Questioning of the Prospective Jurors:
10
       Eugene R. Cravens      (Excused: Page 255, line 21)
11          By the State:   Page 248, line 18
            By the State:   Page 255, line 1
12
       Jeffrey D. Petticrev (Excused:  Page 368, line 2)
13          By the State:   Page 262, line 1
            By the Defense: Page 337, line 9
14          By the Defense: Page 360, line 14

15     Connie D. Warren (Excused:  Page 273, line 25)
            By the State:   Page 247, line 5
16          By the Defense: Page 264, line 22
            By the Defense: Page 267, line 20
17
       John F. Bottenhorn (Excused:  Page 448, line 25)
18
            By the State:   Page 239, line 10
19          By the State:   Page 247, line 10
            By the State:   Page 278, line 11
20          By the Defense: Page 327, line 25
            By the Defense: Page 342, line 20
21          By the Defense: Page 356, line 1

22     Jeffrey C. Wellington (Juror No. 5)
            By the Defense: Page 329, line 4
23          By the Defense: Page 343, line 17
            By the Defense: Page 355, line 9
24

25
```

```
 1  Questioning of the Prospective Jurors (cont'd):

 2    Donna M. Mason (Juror No. 6)
            By the State:    Page 283, line 17
 3      4   By the Defense:  Page 335, line 18
            By the Defense:  Page 363, line 22
 4
      Michael W. Gorman (Excused: Page 441, line 17)
 5          By the State:    Page 286, line 21
            By the Defense:  Page 301, line 1
 6          By the Defense:  Page 307, line 19
        5   By the Defense:  Page 310, line 20
 7          By the Defense:  Page 352, line 11
            By the Defense:  Page 356, line 17
 8
      Ellen M. Gilker (Excused: Page 426, line 14)
 9          By the State:    Page 288, line 20
        6   By the State:    Page 239, line 21
10          By the Defense:  Page 332, line 11
            By the Defense:  Page 340, line 24
11          By the Defense:  Page 347, line 18

12    Jeanene C. Rau (Excused: Page 380, line 21)
            By the State:    Page 290, line 25
13      7   By the Defense:  Page 316, line 7
            By the Defense:  Page 326, line 19
14          By the Defense:  Page 357, line 20

15    William L. Miller (Excused: Page 10)
            By the State:    Page 293, line 1
16      4   By the Defense:  Page 313, line 20
            By the Defense:  Page 338, line 16
17          By the Defense:  Page 356, line 13

18    Donna F. England (Juror No. 11)
            By the State:    Page 295, line 19
19          By the Defense:  Page 314, line 11
            By the Defense:  Page 333, line 22
20          By the Defense:  Page 340 , line 11
            By the Defense:  Page 360, line 2
21
      Richard J. Menchen (Juror No. 12)
22          By the State:    Page 239, line 16
            By the State:    Page 297, line 18
23          By the Defense:  Page 305, line 16
            By the Defense:  Page 309, line 16
24          By the Defense:  Page 361, line 16

25
```

008572

```
 1  Questioning of the Prospective Jurors (cont'd):

 2    Michael R. Macke (Excused:  Page 257, line 25)
          By the State:  Page 245, line 8
 3        By the State:  Page 256, line 18

 4    Sandra J. Freeman (Excused:  Page 405, line 7)
          By the State:  Page 258, line 4
 5        By the Defense:  Page 335, line 2
          By the Defense:  Page 365, line 16
 6
      David A. Peter (Excused:  Page 397, line 16)
 7        By the State: Page 274, line 22
          By the Defense: Page 331, line 15
 8        By the Defense: Page 336, line 6
          By the Defense:  Page 362, line 12
 9
      David M. Weller (Juror No. 2)
10        By the State:  Page 245, line 6
          By the State:  Page 369, line 6
11        By the Defense:  Page 374, line 13

12    Daniel Ashton (Excused:  Page 389, line 25)
          By the State:  Page 381, line 12
13        By the State:  Page 386, line 8

14    Carole A. Baldauf (Excused:  Page 432, line 23)
          By the State:  Page 390, line 12
15        By the defense:  Page 393, line 9

16    Diane L. Borgerding (Juror No. 3)
          By the State:  Page 398, line 3
17        By the Defense:  Page 402, line 11

18    John E. Greivenkamp (Excused:  Page 457, line 12)
          By the State:  Page 240, line 1
19        By the State:  Page 252, line 2
          By the State:  Page 416, line 4
20        By the Defense:  Page 432, line 18

21    Patricia A. Games (Juror No. 8)
          By the State:  Page 240, line 14
22        By the State:  Page 426, line 25
          By the Defense:  Page 429 25
23

24

25
```

008573

```
 1  Questioning of the Prospective Jurors (cont'd):

 2  Linda J. Phillips (Juror No. 9)
          By the State:    Page 433, line 16
 3        By the Defense:  Page 439, line 8
          By the Defense:  Page 442, line 8
 4        By the Defense:  Page 446, line 23

 5  Katherine M. Caito (Juror No. 7)
          By the State:    Page 247, line 12
 6        By the State:    Page 253- 3   442- 8
          By the State:    Page 442, line 8
 7        By the Defense:  Page 446, line 23

 8  Guy R. Hopkins (Juror No. 4)
          By the State:    Page 449, line 7
 9        By the Defense:  Page 453, line 7

10  Carolyn Savage ( Excused: Page 471, line 10)
          By the State:    Page 254, line 16
11        By the State:    Page 463, line 14
          By the Defense:  Page 467, line 25
12
    Robin A. Mudersbach (Juror No. 1)
13        By the State:    Page 471, line 23
          By the Defense:  Page 467, line 23
14
    Jane Jackson (Alternate Juror No. 1)
15        By the State:    Page 481, line 10
          By the Defense:  Page 488, line 20
16
    Elizabeth P. Baron (Excused: Page 496, line 23
17        By the State:    Page 481, line 12
          By the State:    Page 483, line 20
18        By the Defense:  Page 492, line 22

19  Carlene E. Williams (Alternate Juror No. 1)
          By the State:    Page 502, line 9
20        By the Defense:  Page 506, line 12

21

22

23

24

25
```

008574