- Lee thinks victim was standing on side of dumpster
- Lee bent down to pick up wallet and victim started coming toward him
- Lee said he panicked and fired gun one time
- When Lee fired shot he said he blanked out and started to run toward car. Did not know if victim was shot - hoping he wasn't
- Got into victims car and drove away - Larry was shouting you did it man you shot that man like he was real glad. Larry said fuck him

- Drove away from area back to Larry's house - thinks Larry told Jason what happened
- Lee said he went and laid down on couch. Larry had credit cards put them in Jason's room
- The next day (sat) went out with Larry to Northgate (J.C. Penny) went to jewelry dept purchased necklace & bracelet for his girlfriend Shatuda
- Went and purchased a sweatshirt - T shirt & sweat pants with victims credit card
- Then drove to Tri County J.C. Penny purchased 1 nugget ring & herring bone necklace with victim's card

008651

- Came back home to Larry's house - eventually went over to Shatunda's house and [saw/shows] her jewelry he bought
- Larry & Jason had credit cards they went back out to J.C. Penny's unknown which one
- Lee was driving victims car for a couple days gave it to Cameron told him it was hot - stated he gave it to Cameron because he didn't want it anymore he wanted to just end it.

0715   Given glass of water (requested)

Me & Jason drove to Hamilton w/ intention to steal a car — We both knew that was my intention to steal a car —

I seen a car — Saw Oliver get out of car & go into Bar — I was going to get his car when he came out.

I got him in the car — & drove back to Jason's house & told Tony that he was in the car — Tony said he wanted to go with me.

We was in Cummins ville — I had been drinking & smoking pot

Went back — got him out of the Trunk & I told him to walk by dumpster so he could go behind it & we could leave. I asked for his wallet on the way back. He dropped his wallet & I had the gun pointed at him & I reached down to pick it up & he started walking toward me & I panicked & I accidentally pulled the trigger. After the shot I blacked out or went into shock — did not see him fall. Got back in car & rode away.

When I got in car Tony telling Jason "you got him — seen shot him in the

008653

JOE'S OPENING

Cross of Sellers

- we will prove he was coldly [?]
  he "could kill" - "he was looking for someone" - "he was more interested to execute his victim"

- "a hunter looking for a victim"

- was he cooperative
- did he make whole statement
- behavior while in jail
- did he admit he did it

008654

## HAMILTON COUNTY CORONER'S OFFICE
### Cincinnati, Ohio

Number __121191__                           Reported by __Sergeant John Jay__

   Time reported __2:04 A.M.__         Agency __Cincinnati Police, Homicide Squad__

   Date reported __01/21/94__          Reported to __Edwin A. Deters - FPC__

Name __MELVIN NOAH OLINGER__  Age __53__  Birth Date __08 / 05 / 40__

Address __302 West 34th Street, Steger, Illinois 60475__

Occupation __Account Manager - Finance Company__   SS number __[redacted]__

   ___ Single    ___ Widowed    _X_ Male    _X_ Caucasian
   ___ Married    _X_ Divorced    ___ Female    ___ Black
   ___ Separated    ___ Unknown                            ___ Other

Medical care:   ___ 0-3 months    ___ None
                 ___ 3-6 months    _X_ Unknown
                 ___ 6 months or longer    At or by _____

_X_ Found dead at __3366 Llewellyn Avenue, Cincinnati, Ohio 45223__

    Injured at __same as above location__

    Time __at approx. 8:50 P.M.__    Date __01 / 20 / 94__

Investigated by __Cincinnati Police, Homicide Squad__

Next of kin notified by __Cincinnati Police, Homicide Squad__   Date __01 / 21 / 94__

Pronounced dead by __Dr. George Carpenter__   Date __01 / 21 / 94__

    At __D.O.A. at University of Cincinnati Hospital__   Time __2:05 A.M.__

Postmortem examination   _X_ Yes    ___ No    _X_ Coroner's Office    ___ Hospital

    Postmortem examination by __Dr. Elliot M. Gross__   H- __28-94__

Body viewed by _____   Date __/  /__

Disposition of body   _X_ Buried    ___ Cremated    ___ Other _____

    Location __Rose Hill Burial Park, Hamilton, Ohio__   Date __01 / 26 / 94__

Funeral Director __Brown-Dawson Funeral Home, 330 Pershing Avenue, Hamilton, Ohio 45011__

|  | APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH |
|---|---|
| IMMEDIATE CAUSE OF DEATH (A) __Gunshot wound of head__ | minutes |
| Due to (B) __Homicide__ |  |
| Due to (C) _____ |  |
| Due to (D) _____ |  |

Part II. Other significant conditions contributing to death but not related to the terminal disease condition given in Part (A).

_____

_____

__F. 965. 0__

__F.H. 01/26/94  jm__

_[signature]_
Coroner of Hamilton County, Ohio

REV 1-89

DEATH RECORD NO. 121191

H-28-94

PATHOLOGIC DIAGNOSES

OF THE BODY OF

MELVIN OLINGER

1. Gunshot wound, close range, of head.
2. Thawed, frigid body.

OPINION:

It is my opinion that the cause of death of Melvin Olinger is gunshot wound of head.

_____

Elliot M. Gross, M.D., Chief Deputy Coroner, Pathologist

Hamilton County, Ohio

008656

POSTMORTEM EXAMINATION
OF THE BODY OF
MELVIN OLINGER

COPY-NUMBER 2

A postmortem examination of the body of a white male identified as Melvin Olinger is performed at the Hamilton County Morgue on January 22, 1994. The examination is conducted by Elliot M. Gross, M.D. and is begun at 1:00 p.m.

EXAMINATION OF CLOTHING:

This is the examination of the clothing previously removed from the body prior to thawing and prior to the autopsy. The clothing consists of a down and feather-lined hooded outer jacket with the hood present in a zippered pouch about the neck and with the label "Outdoor Exchange"; a black short zippered outer jacket; a white shirt; a white long-sleeved shirt with the label "Arrow Bradstreet"; a white undershirt with the label "Hanes Bill Blass Collection"; a pair of blue wool trousers with a thin blue pinstripe with the label "Palm Beach"; a pair of white jockey briefs with the label "Jockey"; a pair of blue ankle length socks; a black leather belt with no label but size "42"; a purple tie with a rose-turquoise geometric design; a pair of brown gloves with the label "Christian Dior"; and a pair of black rubber-heeled laced leather shoes with the label "Allen Edmonds".

No perforations relating to wounds in the head are evident in the hood or the collar of the jacket.

EXTERIOR OF THE BODY:

The undressed body is that of a well developed, well nourished white male with a measured height of 70 inches and a scale weight of 245 pounds. The scalp hair is black with extensive graying. The irides are hazel. The teeth are in good condition. There are no masses in the neck. There is sparse hair on the chest and on the abdomen. The abdomen is

protuberant. The external genitalia are those of a normal adult male. The penis is uncircumcised. Both testes are in the scrotum. The extremities are muscular. The fingernails are clean-edged, short and even, with the exception of the left 5th fingernail which is slightly irregular with an overlapping edge in the mid portion. The lower extremities are unremarkable. There is no rigor mortis.

The body was frozen when first received in the morgue and has been thawed. It shows changes secondary to exposure to the cold characterized by a generally purplish appearance to the body lividity with hemolysis of the superficial veins of the thighs and without any decompositional changes. Hemolysis of the superficial veins is also evident in the left forearm and left hand. There is clouding of the corneae. Lividity is present on the left side of the body, the left upper extremity and the left leg. The back is unremarkable. There is violaceous lividity on the back.

IDENTIFYING MARKS AND SCARS:
    There is a faint transverse scar present in the left upper quadrant of the abdomen extending from the midline and midway between the xiphoid and the umbilicus and measuring 7.5 centimeters transverse.

EVIDENCE OF MEDICAL THERAPY:
    None.

EXTERNAL EVIDENCE OF INJURY:
    There is a dried brown abrasion measuring 3/4 inch vertical by 1/4 inch transverse directly above the left eyebrow. The left upper eyelid and the inner aspect of the right upper eyelid have a purplish appearance and are without appreciable hematoma. There is visible subconjunctival hemorrhage present over the left globe and in the palpebrae on the left with decompositional

008658

change secondary to exposure to the cold. Numerous abrasions are present on the tip of the nose and over the chin slightly to the left of the midline. The abrasions on the tip of the nose and just distal to the junction of the bony and cartilaginous septa measure 1 1/4 inches vertical by 7/8 inch transverse. Over the left cheek is an abrasion measuring 1 1/2 inches transverse by 1/2 inch vertical. An abrasion is also present that has a brownish parchmentlike appearance at the inferior aspect of the left earlobe extending onto the skin of the face and overall measuring 3/4 inch by 1/4 inch on the inferior aspect of the ear and 5/8 inch vertical by 1/4 inch transverse on the skin of the cheek. Just below the concha of the left ear at the lateral aspect is a parchmentlike abrasion 5/8 by 3/8 inch. There appears to be a slight purplish discoloration of the left ear.

There are multiple abrasions present over the left leg extending from the inferior border of the patella to the junction of the upper and middle thirds. This overall measures 7 1/2 inches vertical by 3 inches transverse.

There is a bullet entry wound located in the right parietal scalp with the center of the perforation located 3 1/2 inches directly above and 1 inch posterior to the right external auditory meatus. The wound consists of an ovoid perforation 5/8 inch by 1/2 inch. An abraded zone 1/8 inch in width extends circumferentially about the margins of the perforation. The face on the right side and the right ear, as well as the postauricular area over the mastoid show a pattern of stippling that occupies an area which extends to the outer canthus of the right eye, to the hairline superiorly, and to the lower border of the mastoid inferiorly. The area overall measures 6 inches in the sagittal dimension by 4 inches in the vertical dimension. It is most concentrated about the right ear and the right temporo-zygomatic area. The stippling extends from the center of the perforation anteriorly a distance of 2 1/2 inches, inferiorly a distance of

4 1/4 inches, and posteriorly a distance of 1/2 inch. There is no singeing of the hair over the wound and no smoke or powder deposit is visible within the margins of the wound.

A bullet exit wound is located in the left parietal scalp with the center of the perforation located 4 inches directly above the left external auditory meatus. The wound is a slightly everted-edged wound, stellate, measuring 3/4 inch vertical by 1/2 inch in the coronal dimension. There is no smoke, flame, powder or stippling present about the skin margins. The inferior aspect of it has a slightly x-shaped abraded pattern measuring 1/4 inch in greatest dimension.

INTERNAL EVIDENCE OF INJURY:

The entry perforation is in the right temporal bone just at the superior temporal line. It is an inwardly beveled defect measuring 3/4 inch in diameter with fracture lines extending from it anteriorly, posteriorly and into the right middle fossa and the petrous portion of the right temporal bone. There are extensive fractures involving both orbits, the petrous portion of the temporal bone, and the cribriform plate of the ethmoid bone. The entrance is approximately 1 1/2 inches below and the exit perforation approximately 1/4 inch below the superior temporal line. The exit perforation is outwardly beveled. There is no smoke deposit within the right temporalis muscle. The brain is extensively torn with diffuse subarachnoid hemorrhage and evidence of contusions on the undersurface of both temporal lobes and a perforating track through both parietal lobes. Direction of the track is from right to left, upwards and slightly backwards.

BODY CAVITIES:

A thoracoabdominal incision is made through a panniculus measuring 5 centimeters. The peritoneal, pleural and pericardial surfaces except for the postmortem changes secondary to freezing

and thawing are smooth and glistening with no excess fluid or adhesions and no abnormalities. The thoracic and abdominal viscera are normally situated and the mediastinum is midline. No thymic tissue is present in the mediastinum. The heart is free in the pericardium. The heart contains dark fluid blood and postmortem clot as does the main pulmonary artery.

CARDIOVASCULAR SYSTEM:

The heart weighs 520 grams. The epicardium is smooth and glistening. The myocardium is flabby and brown. The endocardium is thin and transparent. The thickness of the right ventricle is 0.6 centimeter. The thickness of the left ventricle is 2.5 centimeters.

The valve ring circumferences are as follow: tricuspid, 13.0; pulmonic, 8.5; mitral, 12.0; and aortic, 7.5 centimeters. Except for lipid deposit in the posteromedial leaflet of the mitral valve and hemolytic staining of the tricuspid, pulmonic and mitral leaflets, the valves show no abnormalities. There are no vegetations, erosions or deformities and the cusps are smooth and pliable with no nodularity. The chordae tendineae are thin and delicate, showing no fibrosis. There are no interatrial or interventricular septal defects.

The coronary arteries arise from patent ostia. An occasional lipid plaque is present in the anterior descending branch of the left coronary artery. There is no thrombosis or hemorrhage and there is no reduction in the patency of the lumen beyond 10 percent. The right coronary artery is the dominant vessel and is patent and thin-walled throughout its entire extent. The left circumflex is a small caliber vessel. There are no thrombi in the atrial appendages. The great vessels enter and arise from the heart in the usual manner. There are lipid deposits present in the abdominal aorta but no calcification, aneurysm formation, thrombosis or hemorrhages are evident.

RESPIRATORY SYSTEM:

The right lung weighs 510 grams and the left lung 530 grams. The pleural surfaces are all smooth and glistening. There is a slight amount of anthracotic pigment present. The bronchi bilaterally are patent and unobstructed, with a slight amount of bloody fluid present. There are no focal lesions on cut section of the congested purple parenchyma.

HEPATOPANCREATICOBILIARY SYSTEM:

The liver weighs 1715 grams. The capsule is thin and transparent. The parenchyma is brown with an intact lobular architecture and no focal lesions.

The gallbladder contains 5 to 10 milliliters of a yellowish green bile with no calculi.

The pancreas is normally situated and has a yellowish tan, intact lobular architecture with no focal lesions.

ENDOCRINE SYSTEM:

Both adrenal glands are encased in an abundant amount of adipose tissue. There are no nodules. The cortex is separated from the medulla. The cortex is a mixture of yellow and brown and the medulla is gray.

The pituitary gland is normally situated and of normal size but does show some hemorrhage surrounding it.

The thyroid gland is brown, translucent and meaty. There are no cysts or tumors.

DIGESTIVE SYSTEM:

The tongue shows no contusions or lacerations. The stomach contains 100 grams of partially digested food particles. The mucosa is autolyzed. The food particles include noodles and also

orange-red fragments which cannot be identified. There are no lesions of the esophagus or stomach. The appendix is present. The small and large intestines show no abnormalities.

GENITOURINARY SYSTEM:

The kidneys weigh 140 grams each. The capsules strip with ease to reveal smooth-surfaced, pale brown organs with the cortices well demarcated from the medullae. There are no abnormalities of the pyramids, papillae or calyces and there is no dilatation of the pelvis. The organs show autolysis but no focal lesions.

The ureters enter the urinary bladder in the usual fashion. The urinary bladder contains approximately 100 milliliters of a light yellow urine. The mucosa is white. There is slight trabeculation. There is a very prominent midline protrusion of prostatic tissue upraising the mucosa just at the urethral orifice. Both lateral lobes of the prostate likewise show hyperplasia. The seminal vesicles are unremarkable. Both testes are in the scrotum and show no abnormalities.

HEMATOPOIETIC SYSTEM:

The spleen weighs 330 grams. At the anterior margin midway between the superior and inferior poles there is a cyst measuring 6 centimeters in maximum dimension, focally covered by hyalinized fibrous tissue. The spleen is retained for further examination.

The thymus is not present. No lymph nodes are identified.

The bone marrow is red and ample.

MUSCULOSKELETAL SYSTEM:

Except for the skull fracture secondary to the bullet there are no fractures of the skeletal system. The musculature is normally developed.

008663

NECK:

The neck organs are removed. There are no hemorrhages. There are no fractures of the hyoid bone, cricoid or thyroid cartilages. The hyoid bone is ossified. There are no hemorrhages in the larynx.

HEAD AND CENTRAL NERVOUS SYSTEM:

The scalp is incised and reflected.

The brain weighs 1350 grams. On cut section of the brain, two, less than 1/4 inch in maximum dimension lead fragments are recovered. The bullet track is as described. There is associated hemorrhage. The brain otherwise shows no abnormalities.

MICROSCOPIC EXAMINATION:

Cardiovascular System

Sections of heart including left anterior descending coronary artery are examined. The vessels show approximately 50 percent reduction of the lumen due to an atheroma. There is no thrombosis or hemorrhage. The myocardium is free of fibrosis and hemorrhage.

Section of aorta shows no significant abnormalities.

Respiratory System

Two sections of lung show focal congestion of the septal capillaries. Occasional alveoli contain a pink protein precipitate. There is no significant inflammation and no thrombi are seen.

Endocrine System

One section of parathyroid gland shows no significant abnormalities.

One section of pituitary gland shows some extracapsular hemorrhage.

One section of adrenal gland shows no significant abnormalities.

One section of thyroid gland shows a normal follicular pattern and a few scattered lymphocytes in the interstitium.

COPY--NUMBER 2

Microscopic examination, continued.

### Hepatopancreaticobiliary System

A section of liver shows postmortem change. A few vacuolated hepatocytes are present.

A section of pancreas shows autolysis. There is slight fatty infiltration.

### Genitourinary System

One section of testis shows diminished spermatogenesis. The basement membranes are not thickened. There is autolysis.

One section of prostate shows a few areas in which there is accumulation of lymphocytes and plasma cells and a fibromuscular nodule.

One section of kidney shows autolysis of the tubules. No focal lesions are seen.

### Hematopoietic System

One section of spleen shows congested sinusoids. The splenic architecture is normal. There is some focal hyalinization of the splenic capsule.

One section of bone marrow shows normal dispersal of hematopoietic elements and fat, and spicules of normal thickness.

Sections of two lymph nodes and fat show normal aggregates of lymphocytes with no germinal centers.

### Central Nervous System

Representative sections of brain show focal hemorrhage.


### LABORATORY EXAMINATIONS

The following analyses were ordered by me and were performed in the usual course of business according to established methods in the laboratory.


### Toxicology:

A sample of blood and a sample of urine are submitted for toxicology:

  Gas Chromatography (GC) Results:

        Blood:    Ethyl alcohol      0.02 grams/100 ml.

  ADX Drug Screen Results:

        Urine:    Negative for:      Acetaminophen
                                     Amphetamines
                                     Barbiturates
                                     Benzodiazepines
                                     Cannabinoids
                                     Cocaine metabolites
                                     Opiates
                                     Propoxyphene
                                     Salicylates
                                     Tricyclic antidepressants

<u>Serology:</u>

COPY-NUMBER 2

ELISA Procedure
    Blood:    HIV antibodies    Negative

Hepatitis
    Serum:    B surface antigen    Negative

Blood Type:    "O"

2/10/94 gjc

008666

Inventory of Search Warrant at __1101 Clearbrook__, on _____, by officer __D. Lackey / G. Seal__.

| ITEM # | LOCATION | EVIDENCE | FOUND BY OFFICER |
|---|---|---|---|
| 1 | Bedroom Dresser Top | 1 - Gold Nugget Ring | Lackey sister l=w/c Jim |
| 2 | Bedroom Bureau Top | Wallet (Brown) with Personal Papers | Seal |
| 3 | Bedroom Closet Floor (Elmer Pegram Sleeping Bag) | 5/3 Bank Jeanne Card #4445010022468552 Fankeast Visa Card #4093103600600946 Laurie Beaford | Lackey |
| 4 | Bedroom Plastic Garbage Bag | Assorted Litter or Papers | Seal |
| 5 | Bedroom Bottom Drawer Nightstand | 36 45 Dom 5 Bullt (Cartridge) | Seal |
| 6 | Family Room Gun Case Cabinet Lower - Brown Duffel | .357 Magnum Remington Cartridge 1 .38 SPL Cartridge Plastic 9 - 9mm Luger Cartridges Baggie Several GMG Cartridges 2 Baggie | Lackey |
| " | Family Room Gun Case Cabinet Lower - Brown Duffel | 1 - Blk Leather Holster (Empty) 1 - Green Colt Holster (Empty) | Lackey |
| 7 | Bedroom - Stereo Sound Design Library Blk | 2 Keys (Share) to Lee Moore's 1980 Ford Fairmont | Lackey |

AND THAT IS ALL!!!

Inventory of Search Warrant at __1101 CLEARBROOK__, on _____, by officer __D. LACKEY / G. SEAL__.

| ITEM # | LOCATION | EVIDENCE | FOUND BY OFFICER |
|---|---|---|---|
| 1 | BEDROOM DRESSER TOP | 1 - GOLD NUGGET RING | LACKEY |
| 2 | BEDROOM BUREAU TOP | WALLET (BROWN) WITH PERSONAL PAPERS | SEAL |
| 3 | BEDROOM CLOSET FLOOR (ELMER FEIGEL SLEEPING BAG) | 5/3 BANK JEANIE CARD #4445010022468552 FAR EAST VISA CARD #4049310360060 0946 LAURIE BEDFORD | LACKEY |
| 4 | BEDROOM PLASTIC GARBAGE BAG | ASSORTED LITTER OR PAPERS | SEAL |
| 5 | BEDROOM BOTTOM DRAWER NIGHTSTAND | 36 .45 DOUBLE BULLET (CARTRIDGE) | SEAL |
| 6 | FAMILY ROOM GUN CASE CABINET LOWER - BROWN DUFFEL | .357 MAGNUM REMINGTON CARTRIDGE 1 .38 SPL CARTRIDGE PLASTIC 9MM LUGER CARTRIDGE BAGGIE SEVERAL AMMO CARTRIDGES EA BAGGIE | LACKEY |
|  | FAMILY ROOM GUN CASE CABINET LOWER - BROWN DUFFEL | 1 - BLK LEATHER HOLSTER (EMPTY) 1 - GREY COLT HOLSTER (EMPTY) | LACKEY |
| 7 | BEDROOM - STEREO SOUND DESIGN LIBRARY BLK | 2 KEYS (SPARE) TO LEE MOORE'S 1980 FORD FAIRMONT | LACKEY |

AND THAT IS ALL!!!

008668

| Event Number | Correct Offense Type | Victim's Name | | |
|---|---|---|---|---|
| 94-002765 | Missing Person | Olinger, Melvin | | |
| Date of Report | Time | ☐ Form Used For Additional Public Information | XX Form Used For Investigative Supplement | |
| 1-24-94 | 1140 | | | |

On 1-20-94 at 2100 hrs., I interviewed Jason T. Holmes at the Mt. Healthy Police Department. Holmes provided me with the following information.

On 1-14-94 at around 1900 hrs., Holmes and Lee Moore, Jr. left 7853 Clovernook Dr. in Mt. Healthy and drove to 627 Chestnut St. in Hamilton where Holmes' aunt lives. His aunt is Venetta Gillium.

They had gone to Butler County to do a "car-jacking" and to abduct the owner/operator. When they left the Chestnut St. address, they drove to Fairfield and stopped in the parking lot at Fair Plaza Shopping Center at the corner of Pleasant Ave. (U.S. 127) and Patterson Blvd. This position gave them the vantage point to observe cars entering the parking lots at Gina's Lounge in Fair Plaza and O'Casey's Pub in Riegert's Square Shopping Center.

They watched cars until they saw Melvin Olinger's Ford Taurus pull onto Patterson Blvd. and into the Fair Plaza parking lot. Olinger parked the car at Gina's Lounge and went inside. They parked near Olinger's car and waited for him to return.

When Olinger returned to his car, Moore approached him and, at gun-point, forced him into his car through the driver's door, and across the seat to the passenger side. Moore then got in behind the wheel of the Taurus. Holmes drove off in Moore's car and went to 7853 Clovernook Dr. where he met up with Moore.

When Moore arrived at Clovernook, he said he had place Olinger in the trunk of the Taurus.

| Code | Name/Clothing Description | Sex | Race | Age/D.O.B. | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|
| S | Holmes, Jason T. | M | B | 12-3-77 | | | Blk | Brn |
| Address | | Social Security No. | | Home Phone | | Other Phone | | |
| 7853 Clovernook Dr., Mt. Healthy, OH | | | | | | | | |

Case Status: ☒ Cleared   ☐ Not Cleared   ☐ Unfounded   ☐ Cleared Except.
If Case Cleared, How Cleared: ☒ Arrest   ☐ Directed To Prosecutor   ☐ Refused To Prosecute   ☐ Station Adjustment   ☐ Other Excep.

Unit No. 43   Supervisor Approving: [signature]   Unit No. 25

Event Number 94-002765

008669

| nt Number | Correct Offense Type | Victim's Name |
|---|---|---|
| 4-002765 | Missing Person | Olinger, Melvin |

| e of Report | Time | Form Used For Additional Public Information | Form Used For Investigative Supplement |
|---|---|---|---|
| -24-94 | 1140 | ☐ | ☒ |

Holmes went to 7857 Clovernook Dr. where his cousin, Larry Kinley, was. e told Kinley to come outside to see what Lee had. They showed Kinley the ar and told him they had Olinger in the trunk of the Taurus.

They were going to get rid of Olinger. Kinley said he wanted to go with oore, so Holmes stayed at Clovernook Dr.

Holmes said that they went to Fairfield to do a car-jacking for several easons. They view Fairfield as a "white" community, so it would be safer o accost someone there. The police in Butler County aren't as good as those n Hamilton County, so they would be less likely to be caught. Olinger's car as particularly attractive because it had Michigan registration on it. They elieved no one would be looking for him in Hamilton Co. They discussed  plan while waiting for Olinger to come out of Gina's.

Moore had the revolver in his possession at the time to the abduction. inley had told Holmes a few days before the murder that he would like to kill omeone.

I was present on 1-21-94 when Moore and Holmes were interviewed at incinnati P.D. The interviews were taped by Officer David Feldhaus of C.I.S.

All evidence was turned over to Cincinnati P.D.

008670