# DEARDORFF & HAAS
## ATTORNEYS AT LAW

TIMOTHY J DEARDORFF
LOREN S HAAS
JAMES S GINOCCHIO

2368 VICTORY PARKWAY, SUITE 300
CINCINNATI, OHIO 45206
(513) 872-7900
FAX 281-6760

June 1, 1994

Daniel J. James
13th Floor, American Building
30 East Central Parkway
Cincinnati, OH  45202

Re: State of Ohio vs. Lee Moore

Dear Mr. James,
        Please find the enclosed copies of the motions you requested.

Sincerely,

Timothy J. Deardorff

TJD/amh

**D E A R D O R F F** & **H A A S**
A T T O R N E Y S   A T   L A W

TIMOTHY J DEARDORFF
LOREN S HAAS
JAMES S GINOCCHIO

2368 VICTORY PARKWAY, SUITE 300
CINCINNATI, OHIO 45206
(513) 872-7900
FAX: 281-6760

May 24, 1994

Mr. Chuck Stidham, Esq.
Sand, Stidham and Bernard
317 W. Benson Street
Reading, Ohio  45215

Re: State of Ohio v. Lee Moore

Dear Chuck:

I received your letter which you copied to Dan James.  The trial in the matter begins on July 26th and continues until completed.  I assume that Dan James is preparing the motion to have you appointed as mitigation specialist and upon obtaining that entry we will forward the same to you.

Very truly yours,

DEARDORFF & HAAS

TIMOTHY J. DEARDORFF

TJD/jp

LAW OFFICES

CHUCK R. STIDHAM
CHRISTOPHER J. BERNARD

**SAND, STIDHAM AND BERNARD**
317 W. BENSON STREET
READING, OHIO 45215
(513) 761-4929
FAX (513) 761-3573

*ROBERT G. SAND
(1932-1990)
*HARRY A. SAND
(1922-1987)

May 17, 1994

Tim Deardorff
Attorney at Law
169 E. McMillan
First Floor
Cincinnati, Ohio 45219-2636

RE:  **State of Ohio v. Lee Moore**

Dear Tim:

    I would appreciate very much if you would forward a copy of
the Entry Appointing me as the Mitigation Specialist.  In addition,
I need to know the date the Trial is set.  Mr. Vonderhaar and I are
looking forward to meeting with you in reference to this case as
early as possible.

                                    Very truly yours,


                                    Chuck R. Stidham
                                    Attorney at Law


CRS/tas

cc:  Daniel James

008803

DEARDORFF & HAAS
ATTORNEYS AT LAW

**FAX TRANSMISSION**

------------------------------------------------------------

TO: _DAN JAMES 721-1995_

FROM: _TIM DEARDORFF_

DATE: _18 FEB 94_

MESSAGE: _THIS IS OUR SAMPLE MOTION FOR CHANGE OF VENUE. WE CAN ADD RESEARCH IF YOU FEEL IT IS_

Fax No: _241-0154_                          _NECESSARY._

Page one of                 (including cover letter)

FAX NUMBER SENT FROM (513) 241-5724

If there are any questions concerning the following faxed material, please contact Deardorff & Haas, Law Offices at (513) 241-4030.

Thank you.

**COURT OF COMMON PLEAS**
**CRIMINAL DIVISION**
**HAMILTON COUNTY, OHIO**

| | | |
|---|---|---|
| STATE OF OHIO, | : | Case No. B-940481 |
| | | Judge Morrissey |
| Plaintiff, | : | |
| | | **MOTION FOR CHANGE OF** |
| v. | : | **VENUE** |
| | | |
| LEE EDWARD MOORE, | : | |
| | | |
| Defendant. | : | |

Now comes the Defendant, by and through counsel, and respectfully moves this Court to order a change of venue in the above captioned case, as allowed by Criminal Rule 18, for the reason that a fair trial cannot be obtained in Hamilton County, nor in any of the counties in the Cincinnati metropolitan area. The Defendant requests that the trial of the Defendant to be transferred to a jurisdiction outside of the southwestern Ohio area.

The Defendant respectfully requests an oral hearing for the determination of this issue.

Respectfully submitted,

_____

DANIEL J. JAMES
Lead counsel for Defendant
Supreme Court No. 0008067
30 East Central Parkway
Cincinnati, Ohio 45202
(513) 721-1995

TIMOTHY J. DEARDORFF
Co-counsel for Defendant
Supreme Court No. 0001848
169 E. McMillan Street
Cincinnati, Ohio 45219
(513) 241-4030

DEARDORFF & HAAS
Attorneys At Law
169 East McMillan
Cincinnati, Ohio 45219
(513) 241-4030

008805

**MEMORANDUM**

The Defendant herein was indicted for the crimes of Aggrevated Murder, kidnapping, and aggravated robbery. Since the commission of the crimes in question, the case has received widespread news coverage by the local media, including extensive articles in the major newspapers, coverage on all the local television stations, and much commentary on local radio stations. Furthermore, Prosecutor Joe Deters has been repeatedly made inflammatory statements to the public via the news media, referring to the Defendant as a person who "cannot be saved" and who "definitely deserves the death penalty." Finally, Mr. Deters commented to the news media that the Defendant was laughing at his arraignment, and therefore does no longer deserve to live.

The pervasive coverage of the death of Melvin Olinger (the victim in this case), combined with the inflammatory and highly prejudicial statements of Mr. Deters, has made a fair trial in Hamilton County impossible. Every potential juror has surely heard the statements and determined that the Defendant is guilty of the offenses as charged. For this reason, this honorable Court should order a change of venue immediately, without waiting until the voir dire of the prospective panel, as such would be entirely fruitless. See Sheppard v. Maxwell, 384 U.S. 333 (1976), State v. Fairbanks, 32 Ohio St.2d 34 (1972).

DEARDORFF & HAAS
Attorneys At Law
169 East McMillan
Cincinnati, Ohio 45219
(513) 241-4030

Respectfully submitted,

DANIEL J. JAMES
Lead counsel for Defendant
Supreme Court No. 0008067
30 East Central Parkway
Cincinnati, Ohio 45202
(513) 721-1995

TIMOTHY J. DEARDORFF
Co-counsel for Defendant
Supreme Court No. 0001848
169 E. McMillan Street
Cincinnati, Ohio 45219
(513) 241-4030

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Change of Venue was served upon Joseph Deters, Prosecuting Attorney, 1000 Main Street, Cincinnati, OH 45202 on the same day the motion was filed.

TIMOTHY J. DEARDORFF

008807

**DANIEL J. JAMES**

ATTORNEY AND COUNSELOR AT LAW
13TH FLOOR, AMERICAN BUILDING
30 EAST CENTRAL PARKWAY
CINCINNATI, OHIO 45202

(513) 721-1995

SUBURBAN OFFICE
4226 BRIDGETOWN ROAD
CINCINNATI, OHIO 45211
(513) 574-5400

February 9, 1994

Mr. Timothy J. Deardorff
Attorney at Law
Deardorff & Haas
169 East McMillan
Cincinnati, Ohio  45219-2636

Dear Tim:

Please find enclosed a copy of the Entry Of Continuance that
has been signed by Mr. Moore.

Additionally, it is my understanding that you would file the
standard Request For Discovery, Request For Bill Of Particulars and
Demand For Disclosure Of Favorable Evidence.  Also, I ask you to
check your calendar as to when you will be over at the Courthouse
during the next few days.  I'd like to meet with you to review and
discuss the additional motions we need to file.  I'll call you
later this week to schedule a time convenient for both of our
schedules.

Sincerely yours,

Daniel J. James

DJJ/kw
Encl.

008808

## MOTIONS FOR LEE EDWARD MOORE

1) Bill of Particulars
2) Request for Discovery
3) Change of Venue
4) Submit Questionnairres to Prospective Jurors
5) Appropriation of Funds for Defense Preparation
6) Exclude Death Penalty because Electrocution is Cruel and Unusual Punishment
7) Disclosure of Witness Statements Prior to Trial
8) Require Prosecutor to State Reasons for Exercising Peremptory Challenges
9) Motion to Suppress
10) Motion to Dismiss Indictment
11) Motion to Prohibit Death Qualifications of Jury
12) Individual Sequestered Voir Dire
13) Motion for Disclosure of Impeaching Information
14) Compel Law Enforcement Officials to Turn Over and Advise Prosecutor of all Information Acquired During Investigation
15) Compel Disclosure of and Specific Requests for Exculpatory Evidence
16) Prohibit Prosecutor from Arguing and the Court from Giving Instructions Regarding Statutory Mitigating Factors not Raised by the Defense
17) Prohibit References to the Jury that a Verdict as to Death is only a Recommendation
18) Require the Jury to Articulate the Method by Which it Weighs the Aggravating Circumstances Against the Mitigating Factors.
19) Sequester Jurors for Duration of Trial
20) Limit Number of Peremptories
21) Second Voir Dire of Jury
22) Prohibit Display of Evidentiary Exhibits Until Admitted
23) Exclude Photographs of Deceased
24) Exclude References to Defendant's Criminal Record and to Exclude any Evidence Relating to Other Crimes, Wrongs or Acts.
25) Prohibit any Evidence Bearing on the Character of the Victim.
26) Compel Disclosure of Aggravating Factors and any Information Relating to Mitigating Factors
27) Alternating Voir Dire
28) Compel Disclosure of Prosecutor's Jury Selection Data
29) Have Reasons for Defendant's Objections and for Overruling Defendant's Objections Placed of Record
30) Increase Burden of Proof to Beyond all Doubt at the Penalty Phase.

008809

## MOTIONS FOR LEE EDWARD MOORE

1)  Bill of Particulars
2)  Request for Discovery
3)  Change of Venue
4)  Submit Questionnairres to Prospective Jurors
5)  Appropriation of Funds for Defense Preparation
6)  Exclude Death Penalty because Electrocution is
    Cruel and Unusual Punishment
7)  Disclosure of Witness Statements Prior to Trial
8)  Require Prosecutor to State Reasons for Exercising Peremptory
    Challenges
9)  Motion to Suppress
10) Motion to Dismiss Indictment
11) Motion to Prohibit Death Qualifications of Jury
12) Individual Sequestered Voir Dire
13) Motion for Disclosure of Impeaching Information
14) Compel Law Enforcement Officials to Turn Over and Advise
    Prosecutor of all Information Acquired During Investigation
15) Compel Disclosure of and Specific Requests for Exculpatory
    Evidence
16) Prohibit Prosecutor from Arguing and the Court from Giving
    Instructions Regarding Statutory Mitigating Factors not Raised
    by the Defense
17) Prohibit References to the Jury that a Verdict as to Death is
    only a Recommendation
18) Require the Jury to Articulate the Method by Which it Weighs
    the Aggravating Circumstances Against the Mitigating Factors.
19) Sequester Jurors for Duration of Trial
20) Limit Number of Peremptories
21) Second Voir Dire of Jury
22) Prohibit Display of Evidentiary Exhibits Until Admitted
23) Exclude Photographs of Deceased
24) Exclude References to Defendant's Criminal Record and to
    Exclude any Evidence Relating to Other Crimes, Wrongs or Acts.
25) Prohibit any Evidence Bearing on the Character of the Victim.
26) Compel Disclosure of Aggravating Factors and any Information
    Relating to Mitigating Factors
27) Alternating Voir Dire
28) Compel Disclosure of Prosecutor's Jury Selection Data
29) Have Reasons for Defendant's Objections and for Overruling
    Defendant's Objections Placed of Record
30) Increase Burden of Proof to Beyond all Doubt at the Penalty
    Phase.

008810

# City of Cincinnati



Department of Safety
Division of Police

310 Ezzard Charles Drive
Cincinnati, Ohio 45214
(513) 352-3536
(513) 352-2949 (FAX)

**NOTICE OF VEHICLE IMPOUNDMENT**
August 5, 1994

Michael C. Snowden
*Police Chief*

Lee E. Moore Jr.
1101 Clearbrook Drive
Cinti, OH 45229

**FILE#**    54533

Dear **Mr. Moore**

A vehicle registered in your name was impounded on ____1-24-94____, by
the Cincinnati Police Division because __vehicle was held for investigation
released 8-4-94__.

The vehicle is stored in the Police Division's Impoundment Lot located at
1810 South Street, Cincinnati, Ohio 45204.

To obtain release of the vehicle, you must do the following:

*needs notarized stmt from Lee to
authorize release to Lee Sr. plate no. & Veh I.N*

and respond to the Impoundment Lot with the vehicle title or license registration
and pay the impoundment and storage fees.

Basic charges for impoundment are $70.00 plus $8.00 storage per day of impoundment.
An additional $50.00 maintenance fee shall be charged if the vehicle is not claimed
within 120 hours after this letter is mailed.

You have the right to challenge the validity of the impoundment at a hearing before
a hearing officer on duty at the Impoundment Lot.  The lot is open between the hours
of 7:00 A.M. and 10:30 P.M., seven days a  week.  The telephone number is (513)352-6371.

Failure to obtain the release of the vehicle may cause it to be sold at public
auction or salvaged under authority of Ohio Code 4513.63.

Sincerely,

Michael C. Snowden
Police Chief

Equal Opportunity Employer

008811

**DANIEL J. JAMES**
ATTORNEY AND COUNSELOR AT LAW
13TH FLOOR, AMERICAN BUILDING
30 EAST CENTRAL PARKWAY
· CINCINNATI, OHIO 45202

(513) 721-1995

SUBURBAN OFFICE
4226 BRIDGETOWN ROAD
CINCINNATI, OHIO 45211
(513) 574-5400

August 23, 1994

Mr. Timothy J. Deardorff
Deardorff & Haas
2368 Victory Parkway
Suite #300
Cincinnati, Ohio  45206

          Re: State of Ohio vs. Lee Moore

Dear Tim:

     Please find enclosed a copy of the attached Motion and
Questionnaire which was filed back on May 27, 1994.  The Court
granted this Motion and approved the Questionnaire at the hearing
conducted June 27, 1994.

     I have already submitted this questionnaire to Mr. Grauvogel
of the Jury Commissioner's Office and instructed him that this is
the form that needs to be completed by the panel that is to be
summoned in November.  I believe this questionnaire also contains
a majority of the same questions you included in your letter of
August 12th.

     Feel free to look this over and call me if you have any
questions.

                              Sincerely yours,

                              Daniel J. James/kw

DJJ/kw
Encl.

008812

**D E A R D O R F F** & **H A A S**
**A T T O R N E Y S    A T    L A W**

TIMOTHY J. DEARDORFF
LOREN S. HAAS
JAMES S. GINOCCHIO

2368 VICTORY PARKWAY, SUITE 300
CINCINNATI, OHIO 45206
(513) 872-7900
FAX: 281-6760

August 12, 1994

Mr. Daniel James, Esq.
1300 American Building
30 E. Central Parkway
Cincinnati, Ohio 45202

Re: Moore

Dear Dan:

Please find enclosed a copy of Prospective Juror Questionaire that we may want to review together in our preparation for our own jury questionaires for the upcoming trial in November. If you have any questions, please contact me.

Very truly yours,

DEARDORFF & HAAS

TIMOTHY J. DEARDORFF

TJD/jp
enclosure

008813

<u>PROSPECTIVE JUROR QUESTIONNAIRE</u>

GENERAL BACKGROUND

1.    Name, Address (nearest major intersection), Age, Race, Nationality and Place of Birth.

2.    How long have you lived at your current address?

3.    How long have you lived in Hamilton County?

4.    If you have lived at other addresses in the past ten years, please list beginning with most recent:

5.    Do you own _____ rent_____ your home?  If neither, please explain.

EDUCATION:

6.    Please check one:      _____ less than high school
                            _____ high school
                            _____ some college
                            _____ B.A.    _____ B.S.
                            _____ M.A.    _____ M.S.
                            _____ Other graduate degree, please describe _____
                            _____

008814

13.  Do you have any supervisory responsibilities?  If you, how many people do you supervise and what do they do?

14.  Do you have a second job?  If yes, please describe what you do.

15.  Have you had other employment in the past ten years?  If yes, list prior places of employment, address, length of time at each, and job description for each prior employment.

MARITAL STATUS:

16.  Please check:    _____ married      _____ separated
                      _____ single       _____ widowed
                      _____ divorced     _____ living w/non-
                                             marital mate

--17.  If married or with mate, for how long?  Is your spouse or mate currently employed, unemployed, retired, a homemaker or a student?

18.  If employed, please describe what type of work your spouse or mate does, including name and location of employer, and length of time at the position.

008815

19. If your spouse or mate is retired, presently unemployed or disabled please answer the question above for the last job.

20. What is the educational background of your spouse or mate?

CHILDREN:

21. Do you have children?  If so, how many, ages, sex, and last grade completed.

22. Their occupations, locations of employment and marital status, if adults.

23. Do your children presently live with you or, if now adults, did they live with you while growing up?  If no, please explain.

RELIGION:

24. What is your religious affiliation/denomination, if any?

008816

25.  Do you attend a church/temple?
     If yes, how frequently?


26.  What church/temple attended?


FAMILY BACKGROUND:

27.  Where did you grow up?


MILITARY SERVICE:

28.  Have you ever served in the military?  If yes, when, where,
how long, branch, highest rank and job.


HEALTH:

29.  Do you have any specific health problems of a serious nature
that might make it difficult or uncomfortable for you to sit as a
juror in this case?  If yes, please describe.


30.  Are you taking any medication regularly that might make it
difficult for you to pay attention or concentrate for long periods
of time.

31. Is there any pressing business or personal matter that might interfere with the time it may take to render a decision in this case?  If yes, please describe.

AFFILIATIONS:

32. Do you belong to any social, fraternal, recreational, athletic groups?  If yes, please describe.

33. Offices held now or in the past in any of these groups?  If yes, describe the position and what it involved.

SPARE TIME:

34. What television programs do you watch?

35. What type of books to you enjoy reading?

36. Which magazines to you read?

008818

**MEDIA:**

37.  Do you get more of your news from (circle one):
     a.   newspapers
     b.   magazines
     c.   radio/T.V.

38.  Which newspapers/news magazines do you read regularly?

39.  What news programs do you listen to or watch most often?

40.  Do you follow criminal cases or crime stories in the news?  If yes, which cases have you followed?

41.  Do you follow stories about the functioning of the criminal justice system?  If yes, which stories and how do these stories make you feel about the criminal justice system?

**JURY EXPERIENCE:**

42.  Have you served as a juror before?  If yes, when and where?

008819

43. Criminal or civil?  If civil, what was the issue?   If criminal, what type of charges?

44. Were you he foreperson?

45. Without disclosing the result, did the jury reach a verdict in all cases?  If no, describe  type of case.

WITNESS EXPERIENCE:

46. Have you ever testified as a witness in a criminal or civil case?  If so, what type of case and in what capacity did you testify?

47. Have you ever witnessed a crime or situation calling for your observations?   If yes, please describe when and under what circumstances.

48. In addition, if you ever filed a report with the police, please describe when and under what circumstances.