CRIMINAL RECORD

49. Have you or a member(s) of your family, or someone close to you ever been arrested for or charged with a criminal offense?

50. How was this person related to you?

51. Were you (they) convicted?

VICTIM EXPERIENCE:

52. Have you, or any member of your family, or close friend ever been a victim of a crime? If yes, who, when and what happened?

53. How had the experience affected your feelings about the criminal justice system?

LITIGATION EXPERIENCE:

54. Have you ever been a party to a lawsuit or filed a claim against a government agency? If yes, please explain.

008821

ADMINISTRATION OF JUSTICE:

55. Have you, or any member of your family, or close friend ever taken a course in the administration of justice, or studied law? If yes, please give details.

56. Have you, or any member of your family, or close friend ever been affiliated with any of the following? (if yes, please check):

_____ law enforcement (police officer, sheriff, F.B.I. agent, etc).
_____ corrections (prison guard, jailer, prison staff, jail staff)
_____ mental institution
_____ juvenile facilities
_____ probation and parole
_____ District Attorney or United States Attorney
_____ public defender
_____ law school
_____ investigative work
_____ immigration services
_____ drug enforcement administration

57. If you checked any of the above, please indicate who was affiliated, the nature of the affiliation, and when.

58. Do you have acquaintances who are attorneys practicing criminal law or judges? If yes, please state the names of those persons and the relation that you have with them?

PSYCHIATRY/PSYCHOLOGY:

59. How do you feel about psychiatrists and/or psychologists testifying as experts in court cases?

008822

60. Are you familiar with psychological testing? If yes, how do you feel about the validity of these tests?

61. Have you ever studied psychiatry, psychology, or any related subjects? If yes, please explain.

62. Have you or any member of your family, or close relative ever consulted a psychiatrist or psychologist for professional services?

63. Did this consultation affect your opinion about the value of psychiatry or psychology? If yes, please explain.

008823

60. Are you familiar with psychological testing? If yes, how do you feel about the validity of these tests?

61. Have you ever studied psychiatry, psychology, or any related subjects? If yes, please explain.

62. Have you or any member of your family, or close relative ever consulted a psychiatrist or psychologist for professional services?

63. Did this consultation affect your opinion about the value of psychiatry or psychology? If yes, please explain.

008824

# DEARDORFF & HAAS
## ATTORNEYS AT LAW

TIMOTHY J. DEARDORFF
LOREN S HAAS
JAMES S GINOCCHIO

2368 VICTORY PARKWAY, SUITE 300
CINCINNATI, OHIO 45206
(513) 872-7900
FAX. 281-6760

March 31, 1994

Mr. Dan James, Esq.
1300 American Building
30 E. Central Parkway
Cincinnati, Ohio  45202

Re: Lee Edward Moore

Dear Dan:

I had a conversation with Chuck Stidham in regard to being our mitigation expert. I personally think that one is necessary in every aggravated murder case. I will be on vacation until April 11th. I have asked Chuck to contact you in regards to filing that motion.

Secondly, I have had extensive interviews with Lee Edward Moore in the jail and I would like to speak to you in regard to his status as far as the first phase. I also think that we should move for a 3 judge panel to see who we would obtain and hopefully roll a judge who would be presuaded by the arguments in mitigation. I will await to hear from you in that regard when I return. It may be beneficial that you, I and Chuck Stidham have a meeting before we proceed with any motions. However, I will concur, obviously, with anything you would do in my absence.

Very truly yours,

DEARDORFF & HAAS


TIMOTHY J. DEARDORFF

TJD/jp



**DEARDORFF & HAAS**
**ATTORNEYS AT LAW**

TIMOTHY J. DEARDORFF
LOREN S. HAAS
JAMES S. GINOCCHIO

169 EAST McMILLAN — CINCINNATI, OHIO 45219
(513) 241-4030
FAX 241-5724

GEOFFREY W. PITTMAN

February 24, 1994

Mr. and Mrs. Lee Moore, Sr.
1101 Clearbrook Dr.
Cincinnati, OH 45229

    RE: Lee Edward Moore, Jr.

Dear Mr. and Mrs. Moore,

    Please be advised that the above referenced case is set for Motion to Suppress Thursday, May 5, 1994 at 9:00 a.m. before Judge William Morrissey, room 360; Monday, June 27, 1994 at 10:00 a.m., and Tuesday, July 26, 1994 at 9:00 a.m. for Jury trial.

    Should you have any questions or concerns, please feel free to call.

                                    Very truly yours,

                                    DEARDORFF & HAAS


                                    TIMOTHY J. DEARDORFF

hh

008826



```
COURT OF COMMON PLEAS
ASSIGNMENT COMMISSIONER
ROOM 355-COURTHOUSE
COURT & MAIN STREETS
CINCINNATI, OHIO 45202

B- 940481                    01/31/94

STATE OF OHIO
            VS
MOORE/LEE

THIS CASE IS SET FOR
PRE-TRIAL

02/09/94 AT 1100 AM
IN ROOM 360 BEFORE
         JUDGE
MORRISSEY/WILLIAM

COURT OF COMMON PLEAS
ASSIGNMENT COMMISSIONER
```

TO:

TIMOTHY J DEARDORFF
169 E MCMILLAN ST
CINTI, OHIO 45219

Lee Moore Sr + Betty
1101 Clearbrook Dr (29)

008827

Lee Edward Moore, Jr.

| Name / Address | Phone | Relation |
|---|---|---|
| Beverly Parker<br>7950 Cherrywood Ct.<br>Cincinnati, Ohio 45244 | 729-1760 H<br>626-3525 W | sister |
| Lee Moore Sr. & (Betty)<br>1101 Clearbrook Dr.<br>Cincinnati, Ohio 45229 | 242-1482 H | Dad & Step M. |
| Sandra Fetuga<br>3031 Cleinview Ave.<br>Cincinnati, Ohio 45206 | 861-6649 | friend of family |
| Vernena (Moore) Simpson<br>1855 Dale Wood Place<br>Cincinnati 45237 | 242-3924 | sister |
| Tommie Cullbreath<br>8517 Shuman Lane<br>Cincinnati, Ohio 45231 | 931-5151 | Georgia Moore's sister |
| James E. Robinson, Jr.<br>3250 Rammlesberg<br>Cincinnati, Ohio 45206 | 861-5180 | (1st cousin) |
| Georgia L. Moore<br>1280 Meredith Drive<br>Cincinnati, Ohio 45231 | 522-0990 | Mother |
| Vernie Besley<br>3554 Kenoak Lane<br>Cincinnati, Ohio 45213 | 561-5120 W | ½ sister (Father) |

008828

**DANIEL J. JAMES**
ATTORNEY AND COUNSELOR AT LAW
13TH FLOOR, AMERICAN BUILDING
30 EAST CENTRAL PARKWAY
CINCINNATI, OHIO 45202

(513) 721-1995

<u>SUBURBAN OFFICE</u>
4226 BRIDGETOWN ROAD
CINCINNATI, OHIO 45211
(513) 574-5400

February 18, 1994

Mr. Timothy Deardorff
Attorney at Law
169 E. McMillan Street
Cincinnati, Ohio  45219

Dear Tim:

   Please find enclosed a copy of the Entry of Continuance and the Discovery that I picked up when in court earlier today. I'll give you a call next week to discuss the appropriate notions that need to be filed.

                                        Sincerely yours,

                                        Daniel J. James

DJJ/kw
Encl.

008829

LAW OFFICES

**CHUCK R. STIDHAM**
**CHRISTOPHER J. BERNARD**

# SAND, STIDHAM AND BERNARD
317 W. BENSON STREET
READING, OHIO 45215
(513) 761-4929
FAX (513) 761-3573

*ROBERT G. SAND
(1932-1990)
*HARRY A. SAND
(1922-1987)

February 2, 1994

Timothy Deardorff
Attorney at Law
169 E. McMillan
First Floor
Cincinnati, Ohio 45219-2636

RE: State of Ohio v. Lee Moore

Dear Tim:

Thank you very much for considering Mr. Vonderhaar and myself to be the Mitigation Specialists in reference to the above case. Steve and I would like very much the opportunity to speak with you as quickly as possible so as the ground work, foundation and parameters of our duties and obligations is clearly set forth.

Mitigation Specialists of Southwest Ohio charges the fee of $35.00 per hour plus nominal expenses in the event of long distance telephone calls or mileage. We look very much forward to the opportunity of working with you in the representation of Mr. Moore.

Very truly yours,

Chuck

Chuck R. Stidham
Attorney at Law

CRS/tas

008830

**DANIEL J. JAMES**
ATTORNEY AND COUNSELOR AT LAW
13TH FLOOR, AMERICAN BUILDING
30 EAST CENTRAL PARKWAY
CINCINNATI, OHIO 45202

(513) 721-1995

241-0154

SUBURBAN OFFICE
4226 BRIDGETOWN ROAD
CINCINNATI, OHIO 45211
(513) 574-5400

February 3, 1994

Mr. Timothy J. Deardorff
Attorney at Law
Deardorff & Haas
169 East McMillan
Cincinnati, Ohio  45219

       Re: State of Ohio vs. Lee Moore
       Case No. B9400481

Dear Tim:

    When we spoke in Court earlier this week we talked about the numerous filings that are required to be filed in a capital case. You indicated that you had the most recent and updated motions in your computer.

    I ask you to send or fax to me a listing of these motions. In this manner we can review which motions are appropriate. I would like to get the majority of these motions filed within the next couple of weeks. If you have any questions, give me a call.

                                    Sincerely yours,

                                    Daniel J. James

DJJ/kw

008831

ATTORNEYS (C) AT LAW

TIMOTHY J DEARDORFF
LOREN S HAAS
JAMES S GINOCCHIO

2368 VICTORY PARKWAY, SUITE 300
CINCINNATI, OHIO 45206
(513) 872-7900
FAX 281-6760

February 1, 1995

Mr. Lee Edward Moore, #300-700
Southern Ohio Correctional Facility
P.O. Box 45699
Lucasville, Ohio 45699

Dear Lee:

    Enclosed please find a copy of the regular calendar scheduling order issued by the Court of Appeals for your case. As you can see, the court reporter will have the transcripts filed by March 20, 1995, then we will be required to file a brief on your behalf by June 20, 1995. The prosecutor will then file a brief on behalf of the State by September 20, 1995. We will then have 10 days to file a reply brief, addressing the arguments the State has made. The Court of Appeals will schedule a hearing sometime after that, probably in November, 1995.

    I will be handling much of the research and drafting for your appeal. If you have any questions or comments, please do not hesitate to write me.

Sincerely yours,

DEARDORFF & HAAS

CURTIS J. HAMILTON, III
Senior Law Clerk

CJH/jp
enclosure

dictated but not read



PHONE MEMO

TO: Jean
FROM: Cry
OF: Betty Moore
DATE: 2-15
TIME: 9:55 AM

MESSAGE: Change of address
Lee Moore Jr.
#305700
PO Box 788
Mansfield Correctional Institute
Mansfield OH 44901-0788

☐ PHONED  ☐ CALL BACK  ☐ RETURNED CALL  ☑ WANTS TO SEE YOU  ☐ WILL CALL AGAIN  ☐ WAS IN  ☐ URGENT

008833

COURT OF COMMON PLEAS

HAMILTON COUNTY, OHIO

| | | |
|---|---|---|
| The State of Ohio | ( | |
| | ( | |
| Plaintiff | ( | Case No. B940481 |
| | ( | |
| vs. | ( | (Judge Ruehlman) |
| | ( | |
| Lee Edward Moore | ( | ORDER GRANTING LEAVE TO APPELA IN |
| | ( | FORMA PAUPERIS, AND FOR |
| Defendant | ( | TRANSCRIPT AT PUBLIC EXPENSE |

ENTERED MAR 8 – 1995 IMAGE 294

This cause came on to be heard on the motion of defendant for leave to appeal in forma pauperis, and for a transcript of proceedings at public expense, and the Court, for good cause shown, finds that the defendant is indigent and unable to afford to prosecute his appeal from the judgment and sentence of this Court herein, and is entitled to proceed *in forma pauperis*, pursuant to State ex rel. Siegler V. Rone (1975, 42 Ohio St.2d 361, 328 N.E.2d 811.

THEREFORE, IT IS ORDERED that defendant is hereby granted leave to appeal in forma pauperis, without cost, and that he shall be provided a transcript of the proceedings herein at public expense, to be taxed in the costs, or otherwise paid as provided by law.

_____
Robert P. Ruehlman, Judge

008834

Form OPD-206

# OHIO PUBLIC DEFENDER COMMISSION
8 East Long Street, 11th Floor
Columbus, OH 43215
(614) 466-5394

Hamilton County

Name **Lee E. Moore**

Case No. **B94 0078/**

### Affidavit of Indigency

I, **Lee E. Moore**, being duly sworn, say:

1. I am accused of the crime of **AGGRAVATED MURDER**;

2. I am financially unable to retain private counsel without substantial hardship to me or my family;

3. I understand that I must inform the Assigned Counsel if my financial situation should change before the disposition of my case;

4. I understand that if it is determined by the county, or by the court, that the legal representation that was provided for me, to which I was not entitled, I may be required to reimburse the county for the costs of representation provided. Any action filed by the county to collect legal fees hereunder, must be brought within two years from the last date legal representation was provided.

X *Lee E. Moore, Jr.*

NOTARY ATTEST

Sworn before me and subscribed in my presence this **22nd** day of **January, 1994**

*James A. Nilles*
My Commission does Not expire

Form OPD-206 is required under Section 120.33 Ohio Revised Code

008835

St. v. Brewer - 48 OH St 3d 50
(1990)

5/5/ L.C. Moore: Hearing - Motion to Suppress
                                    Statement

DT - Mark Donovan, Sgt
Witness   1) Mt Healthy P.D

- 5:23 pm
- I was in uniform & marked cruiser
- McDonald's restaurant
- I pulled into shopping center lot to have
  access to McDonald drive-thru
  - the plain clothes detective had
    already gotten L.C. Moore out of
    the car - had him up against
    the side of the bldg

- I didn't smell any marijuana
  from the vehicle

- I had a conversation w/ Moore in
  my car later on - I took him
  from McDonalds to Mt Healthy P.D.

  "What is this about?"
     L.C. internally repeats

- did not smell marijuana, I did
  not see glassy eyes, or behavior

- It was a cold day
- he was wearing a sweat shirt

I took a coat

/s/
Lee

008836

- I did not advise him of any of his rights

he was in custody  — when I put the cuffs on him

- not sure if I removed the handcuffs

what time? — holding cell — I say he's a criminal
— we put him in

- he was put in another room — Newfeld officers were present — they Mirandized him

- Dt Armstrong took some of his clothing — (I

hours in holding cell
— he told I.D./J.S. Overlay to transport him to Beverly
— he was not attended for.

Witness #2  OFFICER MDANNON,
Detective — City of Mt Healthy
- I first saw him at 6:00 pm at the Mt. Healthy P.D.
- no snow on the ground, it was cold
- he had a sweatshirt, hat, pants
- I don't know if he had a coat or not
- I had no conversation w/ defendant
- I had made a previous check on him as to

008837

- address, age, per school officials
- address - Meredith Drive - apparel
  Roshop

Type?
- I removed his a hat, sweatshirt, shirt, pants
- I did not take his shoes
- he was given the coat when transported
- don't know whose coat
- we had blankets in the holding cell
- he had no clothes from the waist up
- he never spoke w/ me

said
locked
w/ him
why he
was by
self
- I was there from 6-9 pm
- he was not jail
- ~~officer~~ Asst Chief Ahrens took him downtown
- I did not try to contact his father


Cause of Response
- he was lying down on the bed
- he never asked for anything to eat or drink
- I took clothing - Naufeel had pictures
  of things purchased of the credit card of
  Mr. Ollyer.

- sink w/ running water in the cell
-

Dennis O'HYEA Asst Police Chief
- came in contact w/ him when I came to
  work at 10:30 pm. I saw him in the
  cell
- I don't think he was cuffed
- I don't remember if he was wearing a shirt or was
  bare chested - I don't believe he had a shirt on

008838

- he was in stocking feet
- I didn't know where his shoes were
- I don't know who took his shoes
- I took him downtown 10:15 A.M.
- he asked me where we were going & I told him
- he was in custody — not free to leave
- I put the cuffs on him, behind his back

*not you he was still in stocking feet*

- I did not advise him of his rights but I witnessed an officer from Fairfield advise him of his rights
  ↳ this was done in the holding cell
- I gave the Fairfield officer a rights statement — the Fairfield Officer said he already read him his rights

- It was cold out
- he was given a jacket — I had to lo[an] he jacket
- we did not give him shoes
- # there was slush on the ground
- # there was snow on the ground

- this is Exhibit #6 — rights statement
- I double parked on Broadway — I took him into General Investigation Section (C.I.S.)
- "he did complain about walking through the slush"
- I couldn't believe him

- but I don't I hit was (1:30 or so) when he arrived

Mike Twomam
P.O. City of Fairfield

- I was w/ Det Bob Bennet
- we were not
- I identified myself & told him to put his hands on the steering wheel

- I made him get out, put his hands on the trunk of the car
- I cuffed him - I didn't tell him why he was being held

- I told him later - when we carried out C.Z.S. - 6 hours later

- no smell of marijuana
- not glassy eyed
- no slurred speech
- I don't recall removing his cuffs when we put him in the holding cell

State Exhibit 6 - Miranda rights form
- I read the form to him
- I do this when I arrest anyone
- I didn't tell him why he was arrested (I did this after midnite)

- I don't know if his shoes were taken
- there was snow & slush. slush
- he was not barefooted when he was transported

008840