- I stayed downtown - left to assist
- on search warrant
- I don't know that he was fed

  when I read the waiver of rights -
  "he did not ask me to make
  a phone call"
  "I told him he had a right
  to an attorney"

- 4:45 AM - I spoke w/ D.S. Moore
  - had

(above was to be told law attorney)

- I knew the Kelly & Holmes statements before we spoke to Moore

- told us what happened - 4:45 pm
- I don't know if he was given an opportunity to contact his family

- I don't recall what he was wearing when he gave the statement

- he was not asked if he had anything to drink, or smoke marijuana.

(written statement) - interview process went for 4:35 to 6:25 pm
  w/o tape

008841

cross
- day he was stopped - I was investigating missing persons

- I received information from J.C. Penny - McCurn credit card

- persons using the credit were followed out to the parking lot - to a Blue Ford Taurus

↳ plate - belong to Lee Moore
- a composite was drawn of person using credit card - Larry Kerley

- we
- I observed her in the holding cell 2 to 3 times
- he "appeared to be" sleeping

- I read her her rights
- waiver of rights
- prior to waiver

- at 4:45 pm - the
- I had not asked any questions
- he never asked for food
- he had water

cross
"did not ask if to verbal a lawyer"

OFFICER Ordis FELDHAUS
- Homicide Unit - C.P.D.    824 Broadway
- January 21, 1994 - early morning hours
- I took statements from both Kirby & Holmes
  prior to Moore

- My notes say interview began at
  4:45 pm

- At Exhibit #8 - my handwritten notes
- we took breaks
- he was left in the interview room
- I took picture - jacket, no shirt,
                    pants,
  - took picture after the
    taped statement

I went — I offered him a drink or something to eat
over
to
has eat
eat
his
— don
phone

# I didn't read the rights word for word

— tape interview ended at 2:15 a.m.
008843

HIGH →
- can't explain
→

MIRANDA — 14yrs — 3x prior

- I knew my rights before I read them

- "why did you sign" if you wanted a lawyer —

- [illegible]

DEPRIVATION — shown nothing to lose or effect on his ability

HC asked for an attorney
- IT says I do not want an attorney at this time

Officers DISAGREE → [illegible] → Toms vs Riches
→ just — crazy — not [illegible] to refuse

- Brown does not say effect of deprivation
- it says deprivation —
  └ sooth — effect shown enough has been

008844

INTERVIEW WITH LEE MOORE — 3/16/94
1:30
Curt Hamilton

→ Signed rights form 12:10 a.m.
→ Conferred @ 6:35 a.m.

~~What happened?~~

Smoking 2.20ij of weed on 14th
@ Angel's house around
5:00.

- Lee, Barry, Jason, & Angel (25).
Angel lives next door to
Jason.

- 4 fat cigars between 4.
Tang. gin (Lee) → Big
plastic cup (32 oz).
- mixed with papaya juice
- 1/3 ~~cup~~ of a 5th of gin.

FAMILY PROBLEMS

- Mom threw him out early
in 1993 → went to live with
Dad. Dad was not strict.

- Dropped out of school b/c
pot & alcohol.

- He was depressed → Mom, Shatunda

008845

- (742-8292) → Diamond Oaks. Her mom did not like Lee and kept telling Shadanda.

- At 6:00 Jason wanted to go to Bump's to get liquor (Newport).

- Lee didn't want to take car; they had talked about carjacking before. Jason says, "let's go jack somebody."

- On way to Hamilton at dusk (street lights were on). Got 2 40's, and took cup of gin. (Drank when driving victim's car).

- First spot was @ a Kroger on Pleasant in Fairfield. Got high going up. Smoked dime in a cigar.

- Jason was in car when they got 40s and when they got pot. Stopped in seven hills @ drive through.

- Waited on victim for a while.

- Said to Olinger "scoot over" pulled gun. Lee went to back of bldg (mall) and

008846

- put man in trunk.

- Didn't know how to get out of trouble.

- Stopped at ~~xxxx~~ convenience store for another 40 (on right) White man average looking.

- Got back to Angel's house where Jerry was. Jason was there.

- Lee and Jerry drove around for a while. ~~xxxx~~ listened to music; didn't mention man in trunk.

- Lee suggested Cumminsville stop. Water said, "perfect place," etc.

- Wanted to drop man off @ corner → Heron St. He didn't. — then went to Beekman ~~came~~ turned and got out at Dumpster.

- Opened trunk from inside; didn't take keys.

- ~~xxxx~~ Asked guy for wallet ~~xxxx~~ while he was still in trunk

008847

4

- Lee can't remember how many got out of trunk
- Larry never got out of car
- He did not think "I'm going to shoot this man."

## ARREST

- Lee was at McD in Hilltop Plaza - Mt. Healthy, It was 5 or 6 o'clock. It was @ drivethrough in Lee's Fairmount. With Larry.

- Two cops got them → one gun on each. Put Lee on car and frisked.

- ~~Put Lee in the holding tank~~ Cops did not tell why he was being arrested

- Put Lee in holding tank

- Smoked weed at 4:00 (dime).

- Lee in holding tank until 10:00. Searched him again and took clothes. Left him. NO MIRANDA.

Took downtown @ 10:30 or 11:00?

008848

- Read rights @ Mt. Healthy

- Put Lee in room at 11:00. Sat handcuffed in room for 2 hours.

- Hadn't eaten since morning of 10th. No shoes - made him walk in snow without shoes.

- They said: they outlined evidence against him.

"Not looking good."
"If you didn't mean to do it, tell us. It may be better for you."

Asked for lawyer before statement to Feldhaus and Tiernan.

After Lee asked for lawyer, Feldhaus outlined evidence.

"If you don't make a statement, they will throw the book at you. It will look really bad for you with these statements. They make you seem like a cold-blooded killer."

008849

3/16/94
1:30 p.m.
Justice Ctr.

Title: LEE EDWARD NOONE — $250.00

Jail,
3/16/94 — lack of sleep
   ↳ motion to suppress

NOONE
— sitting at Angela's house
:1140   Lee, Jason, Jerry, ANGEL (15)

— approx 4:00 to 5:30
— we were smoking (cigars) — 2 NICKEL BAGS
— smoked 4 of them
— Lee was drinking WW (mad dog?)
— w/ papaya juice (soz ? blue cup)
— I had a 1/2 liter when I started
— I ate 1/3 of a bottle — 1/5 of

— I was depressed — about my car
   — problems w/ my family — feeling
   sorry for myself — my mother
   threw me out in beginning 1993 — I
   kept coming in drunk — I went to
   live w/ dad — I didn't come in
   drunk — my father gave me the
   freedom to do what I wanted
   so I started drinking more
— it got so bad I dropped

008850

rest of school.
- puller w/ my girl — SHATUNDA NEAL (17)
  SEVEN HILLS
  741-8392
  - school — Deaver Oaks

  └ her mother would constantly tell Shatunda — she didn't like me — I had no job

- my car — transmission was alway messed up
  - had to drive in 3rd gear
- Jason said let's go to the "Burp" liquor store — bought
- I told him my car messed up
- we talked about car jacking before — but never killing anyone
- Jason — "let's go jack somebody"

- I said "I don't care lets go then"
  └ I just felt like I lost all hope
- left around two-light (6:30 :)
- on way up to Hamilton — we got a couple of 40's — we each drink one

- stop — we went to another parking lot
  Kroger — Pleasant

- he smoked a dime bag on the way up
- I went to another lot — I saw the man w/ the Jams — 9:00 pm

008851

- the lot had a "MARSH" store on Pleasant Ave

- we waited a while
- not crowded, but was lit
- I don't know gas

- the man came out — I pulled the gun out of my work coat pocket
- I told him to get in to the passenger side
- person drove off in my car
- ~~I told~~
- I went behind the store & told him to get in trunk

- when I was driving back to Jason's — I was thinking what am I gonna do

- I stopped at a little drive thru & got ~~with~~ 40 oz. ounce on (Pleasant)
- I drink it

- when I got to Jason's — I got out & went up to Jason's house

- I told Jason I had somebody in the trunk being quiet & I'll help
- we drove around

- Jason said "where is the gun"
  I told him "under the seat"
- I was messed up

- I never talked about shooting anyone

- I knew of the Cumminsville location because I had [been?] out there

- I drove around - I was going to drop Oleger off at Heron avenue - on the corner

- I didn't - so I turned right [on] Beekman
- I turned down with [a] street of [carousel?] [rail road tracks?]

- I locked the car up (I didn't know where I was)
- I thought I'd leave him there

- I stopped the car - I opened the trunk from the inside, I think I left it running

- I got out of the car, I asked him for his wallet, he handed me the wallet he was still sitting in the trunk
- I told him to get out of the [trunk?]

- Ray was in the car - [he?] never got out of the car

- I can't remember how he got out of the trunk
- how he got by the [dumpsters?]
- Ray never shot anyone
-

JANUARY 30 — date of arrest

- was a McDonalds — Mt Healthy — on drive thru
- 5-6 pm
- I ordered food — stuck in line — car lane
- Lacy was w/ me — in my possession

- a man came up to Lacy's window w/ a
  gun — put one up & pointed a gun
  [illegible] Myself, Lt Heath, [illegible] but Sheriff
- they [strikethrough]took me[/strikethrough] put me in a Mt Heath car.
- [strikethrough]they[/strikethrough] I was cuffed, pulled,

- I asked what it was all about — they said
  we'll tell you later

- I was at Mt Heath P.O. — till 10:00 pm
- put me in the holding tank
- no rights read

- I had smoked some weed at 4:30 aft. dropping
  my girl off at work
- smoked a dime bag

- searched me again in the holding tank
- took my clothes — I was in my pants &
  my coat
- still didn't tell me nothing
- I kept asking what's going on

- took me downtown — 10:30 pm 11:00 pm
- they read me rights before I went downtown
- took me to Broadway — Homicide Bldg
- I sat handcuffed in a room for [strikethrough]two hours[/strikethrough] hours

008854

- a room had a table & a chair w/
  my headphones on what not

PICTURES ] 
OR     ]  - I asked for water - they gave me some
ROOMS ]

- I got up & the [illegible] right before at 10:35
   └ I signed a form in Lt [illegible]
   - agreed consent to search after the statement

- rode you well in the snow in my socks

008855

Lee Moore Jr. #271818
900 Sycamore ST.
Cinti, Oh 45202

Robyn Thrasher
2351 Vera Ave #2
Cinti, Oh 45237



CINCINNATI OH
22 AUG 1994
PM 452

USA 29

008856

What up Lil Sister? Ain't Nothing up wit me, I'm Just chillin like a player, I finally got a couple of envelopes so I can write you.

I be in here Trippin off some of these chumps, Niggas be straight up perpin! In here there are gangstas with <u>No</u> guns! Players wit <u>No</u> girls! And so called big dope boys wit <u>No</u> money on the books 😊! And then you got the <u>player haters</u>, I be peepin a couple of these Niggas lookin at me crazy but when they notice that I peeped em they just look away. They probably just want to be like me, a straight up player 😊! I be trippin off them Niggas, but then I think to myself Damn I used to act just like them sucka.

But you know what, as much as I be catchin Niggas lookin at me crazy don't none of em step up like they want drama. You know what I'm sayin? I be kickin it with the O.g's of my pod most of the time; becuz I can learn a little something from them you know what I'm sayin? I ain't tryin to kick it wit no young chumps that I can't learn nothin from, becuz Now that I have finally matured I'm on a mission to enhance my mind as well as my spirit.

I'm thinkin that when I get to Joint I'm gonna get my Phd in Psychology &

008857

So Then My Name will be On Lee E. Moore Jr. Yeah, I like the sound of that too.

Well anyway what's up with you? Today is Sunday the 21st. Did you go to the Black Family reunion? I wish I could have went. I know there were a whole lot of positive vibes down there today.

I wonder why our family don't have family reunions? They should get together at least one time out of the year. You know what I'm sayin? On your last letter you asked me if I was the one who killed that man, well I actually was the triggerman but at that point in my life my mind was all messed up! I wasn't on crack but my mind wasn't stable, I guess you can say I was crazy, becue of situations I had been through & situations I was going through at the time, I felt like I was all alone in this corrupt ass world! I felt like didn't nobody care about me so eventually I stopped caring about myself.

And when you stop caring about yourself your bound to fail, you know what I'm saying? but I really regret what I did, not becue I got caught but becue it was wrong! I feel like if I would have had a strong father figure in my life growing up my mind would not have

008858

been so supportive. A strong father figure is an important factor in the growth of a young boy, you know what I'm sayin? Don't get me wrong Mama was a good Mother but she couldn't be the Mother & The father! A boy <u>Needs</u> a father in his life. I hope you understand. Well it's time to eat so I'll holla at you later. Peace!

Love, your Brother
[signature]

008859

First of all I want to say that I knew what I did was wrong & I am very sincerely sorry about what I did.

I Realize that I must be punished for the crimes that I committed & I have no problem at all with taking Responsibility for my actions. Since I have been in jail for this last past year I have Matured Spiritually as well as Mentally, I understand what it means to be a real man & how to live a righteous life, I can truly say that if I was to walk out of the courtroom & go back home I would definitely live a totally different type of life, I know thats not possible & thats not going to happen I'm Just tellin the truth.

I truthfully cannot stress enough how deeply sorry I am for what I did, ~~that the Olinger family~~ I Realize that the Olinger family lost a loved one because of me & I really do sympathize for them. At the time this crime was committed I had a real messed up mentality, I had a terrible self-esteem, I had feelings of depression, confusion and anger all wrapped up inside of me & these emotions just kept building & building until one day I just clicked and they I made the most terrible mistake of

008860