465

1    appreciate it or maybe the family doesn't

2    appreciate it, but I appreciate it because

3    I've seen a number of lawyers come up here.

4    You did your job to the credit of your

5    profession.

6            MR. LAWSON:  Thank you, Your Honor.

7            THE COURT:  Anything else you want to

8    say?  Do you want to tell me anything, Mr.

9    Holmes?

10           THE DEFENDANT:  I ain't got nothing to

11    say.

12           THE COURT:  Okay.  Count No. 3 is the

13    aggravated murder and Count No. 3 has two

14    specifications.  On Count No. 3, on the

15    specifications, the sentence of the Court is

16    life with no parole until the expiration of 30

17    full years.  On the firearm specification, the

18    sentence of the Court is three years.

19         On the aggravated robbery, which is

20    Count No. 4, the sentence of the Court is not

21    less than 10 nor more than 25 years in the

22    Ohio Penitentiary.

23         On Count No. 5, which is the

24    kidnapping, not less than 10 nor more than 25

25    years in the Ohio Penitentiary.  Counts 3, 4

008881

466

1    and 5 are to run consecutive with each other.

2    And the firearm specifications under the

3    aggravated murder is to be served before

4    Counts No. 3, 4 and 5.  Now it is my

5    understanding that's the most I can do.

6              MR. BUTLER:  Yes, Your Honor.

7              THE COURT:  There will be no sentences

8    on the other counts because they're redundant.

9              MR. LAWSON:  Thank you, Your Honor.

10             THE COURT:  Is that it?  Okay.

11             MR. LAWSON:  Excuse me, Judge.  Will

12   you advise him of his appeal rights?

13             THE COURT:  Yes.

14             Mr. Holmes, you have a right to appeal

15   the conviction and sentence.  If you can't

16   afford the costs of an appeal, you can do it

17   for nothing.  If you can't afford a lawyer,

18   we'll appoint one for you.  If you can't

19   afford the papers that are needed, we'll see

20   that you get them free of charge.  You have a

21   right to have your Notice of Appeal filed

22   within the proper time.

23             Now my question to you is this.  Do you

24   want me to appoint a lawyer to appeal your

25   case?

05-02-94 08:38   FROM                    TO  5133241015 4           P.  2



008883

ASSIGNMENTS OF ERROR

I. Failure to suppress statement - coercion - Miranda
~~If Coerced~~ State v. Brewer (1990)

II. Failure to suppress - Edwards    p. 715
    ~~Harvey~~ p. 769

X III. 4th Amendment - improper search
    of LMS's house → letting

X IV. Improper search of Neal house
    Xenia v. Wallace 37 053 216 - ~~contra~~

X V. Improper search of Anderson house

✓ VI. Case improperly taken from Morrissey
    To Kaufman, a former prosecutor.
    Lateral R. 7   "I was at" → p. 1262
                                p. 1270

✓ VII. No fair/impartial jury. State v. Felton 57 053 1
                                p. 407

X VIII. Motion for change of venue   press 356-7
    + comments, p. 228-231    520   548
                                1075 [076]*

✓ IX. Death qualification p. 232
                        p. 237

✓ X. Pros. misconduct
    - arguing to jury during voir dire p. 241-
    - "how you feel" p. 797 "smokescreen" p. 937
    ~~To change of venue~~ "enforces" p. 956   Kent   p. 1196

X XI. Consider mercy p. 349
    Improper?

XII. Death as a recommendation p. 362-3

008884

✓ XIII BATSON p. 407    pattern? 407-409

not necessary

- predisposed to consider facts? p.410
- uncle is atty. p.411
- arms folded p.412
  Manson p.461

XIV. Irrelevant Testimony - victim's
social character (Richardson?)
        p.629

✓ XV. Cumulative evidence → Transcript
        629-635
        p.685

XVI. WEIGHT/SUFF. OF EVIDENCE        RULE 29, p.881
· specific intent    p.713
3 lb. trigger p.842    no intention to kill p.713
9 lb. trigger    · no denial p.717
        · Holmes wouldn't know accident  p.723
        · Kinly didn't see shooting  p.724
        · No knowledge of killing  p.776
        · Testimony flawed  p.796

✓ XVII  PHOTOGRAPHS
        · objection/ discussion , 803-804        #1
#23        · p.617 →  jury        #21  } p.636
        · admitted p.617        #20      p.871
                        Not to use? p.872

XVIII → DEPO → was opinion of expert
re- traveling of victim supported?
        p.857-860    let in p.862

008885

XIX Judge impermissibly reduced state's burden re: misstatement of facts p.883

IX Reasonable doubt p.963 p.1237
Elements p.967

XXI Merger p. 1060?

XXII Mercy → residual doubt about death p.1060

XXIII Sufficiency of single mitigating factor pp 1062-3

XXIV Lack of unanimity instruction denied, p.1064.

XXV Recommendation p.1075 1236(2) 1244(4) 1245(7) Verdict: 1246(2) 1247(2) 1248(2) 1249(1) 1250(1)

XXVI Expert opinion → killing to avoid identification p.1116
Statements? p.1117 arg. p.1198

- Met with J. & A. prior to trial p.1119

XVI    Mitigating x. [illegible]
         [illegible] p. [illegible]
         [illegible] consented #136
         [illegible] mom p. 135
         environment #176
         [illegible] p. 148
         [illegible]

XVIII  Consecutive Sentences    p. 1269

XIX    [illegible] Int p. 1227-26

XX     [illegible] 3 mitigating factors? p. 1243

31 - Suffering of victim
         State v. Combs 62 0530 278 (1991)

30    Non-statutory agg factor   p. 1254

32 → Unanimity required   p. 1255

008887

LEE EDWARDS WORK

5 QUESTIONS

1. Lie detector test - can't be put into evidence under Rule 403.

2. Dealing with the press - NO

3. Witnesses: 1) bring in specialists who saw Lee
   2) Larry said to a boy "I shot him)
   3) Cameron ——— is boy who talked to boy

4. Lee was robbed last year → we need proof

008888

5:23 p.m.
Supp.

Δ nabbed @ McD's @ 5:20 or 5:20
p.10   Jan. 20, 1994

Δ handcuffed and put him
into the back of my cruiser p.13

→ Δ kept asking "What's this about?"
p.13-14; Δ did not answer,
but told him FField cops
would explain p.14.

When Δ arrested Δ, I did not
advise him of his Miranda
rights p.15-16.

Δ was taken to Mt. Healthy where
he was put into a holding
cell. p.19

- Δ had ordered food, but was
captured before it was taken
p.19.

- No running water in cell.

Δ was never told purpose
for arrest or mirandized
p.21.

Δ was in cell until 12:25 a.m.
on Jan. 21, 1994. Δ Never interviewed,
mirandized, or advised.

Officer took Δ's hat, shirt,

008889

and sweatshirt, even though
it was dead of winter. p.26.

- ~~Said~~ Officer did not give any
clothing to Moore at this time,
but a coat was provided
4 hours later, when Δ was
taken to HCJC. p.29

- Pink blanket was provided p.31.

- Officer didn't advise Δ. p.32.

- Δ was not fed @ Mt. Healthy p.33

- didn't have a hint on p.41. or more

- Rights were read to Δ in
holding cell. p.45-46

- Δ had to walk through the
slush and snow in his stocking
feet p.48-49; p.52; interviewed in socks p.110

- → When Δ was initially arrested,
he was not advised of why
he was being arrested or
of his rights p.59.

- * The first time rights were read
was 12:10 a.m., over six hours
after Δ arrested.

008890

Actual interview did not
occur until 4:45 a.m. p. 83

D was not given opportunity
to contact family members
or use the telephone p. 81.

Cop says D did not ask for
a lawyer p. 66

Taped statement did not begin
until 6:35 a.m. p. 66.

Cop never asked D if he wanted
a lawyer. p. 103

Cop says water, pop, food offered
during 4:45 interview p. 112.

* Miranda rights given to D
@ 12:10 a.m., four and a half
hours before interview took
place.

* Moore finally advised of why
he was being held @ 4:45 a.m.

→ D was crying by the time
cops got him to confess.
sobbing loudly p. 125.

• D had not eaten since 9:00 a.m.
the morning of the arrest.

008891

P consolidation:

McD's arrest   p. 129
- taken to, V.M. Heatly:  p. 130
- put into cell   p. 130
   cot, toilet, blanket - p. 131

- cops took shirt  p. 131-132
- another came and took shoes  p. 132

- no one talked to me  p. 133
- rights form @ 12:15  p. 133

* I asked for lawyer @ 12:10 ← p. 148-7   @ 4:45   p. 142
   cop ignored me  p. 134   p. 133   ignored me  p. 42

   new & lunch  p. 135
   no food  p. 135 , p. 139
   was hungry  p. 135
   no towel or new clothes  p. 138

Hands were cuffed behind back
   until 4:45.

No exposure to criminal system  p. 145-6
   but knew rights  p. 152-3.

Search:  Improper search of Neal
   house,  p. 172-174  I implied
   authority.

      State v. Brewer

008892

JURORS

**IMPROPER ASSIGNMENT**

Local Rule 7(B) § (8) → Presiding
judge may assign cases
if assigned judge is engaged
in trial.

D motion denied p. 210.

**IMPROPER VENIRE** → New system p. 368
- 5 blacks only p. 211 in venire
- ~~one excused p. 21 (206)~~
only one black male p. 212. No. 46.

* jury selection process unfair p. 213.

* State v Fulton 570 SW 120 p. 215

Facts:
- venire selected from juror registration p. 22
- motion overruled p. 227

JURORS
- Mardie p. 256                     - Cravens excused
  - knows J & Sial
  - death qual. p. 257
  - excused p. 257
✗ Freeman - 258                     ⚡ #3 p. 405
  - death qual 257-8                BATSON p. 407
  - personal feelings p. 260
  - "not a sin" p. 261
✗ Petticrew - 261        excused ⚡ #1 p. 368
  - qual. p. 262
  - scale p. 263
  - religion p. 264
Warren p. 264               * could consider it p. 272
  - death qual 265    excused p. 273

008893

warren objection p.274                                          moore

X Peter 274
   - qual p.276 "We need it"  **        Δ #2 p.397

4 Brettenhoven 278
      senson ↑              Δ # 5 p.449
   - qual. p.280
   - rank 7
5 Wellington p.281
   qual p.282 (6-7)

6 mason p. 283
   - qual. 285 (6)

X berman p.286
   - senson fee Δ        in-law cop. p.307
   - qual p.287          resp. for actions? p.354
                         Δ#4 p.441

X Walker p.288
   - senson Piegmeyer    related re Nurse p.351
   - qual p.290(5)       Δ #3 p.426

X Kah p.291
   - disrupts Shrinks p.291    * slide officer p.316
   - qual 291 "necessary deterrent"   *Δ#1 p.380

10 miller 292
   - qual 293-4 (7) 295

11 England p.295 → Emily's friend
   - qual p.296 "for it"
   - No  LD 296
   - "how you feel about it" p.297

008894

2 Marchan 297                          sister-in-law raped 305
  - knows James
  - qual. 298 "for it"

2 Weller p.366                         falling asleep p.527
  - knows cops p.369
  - security guard 20 yrs p.371
  - qual p.372 (5-6)

9 Ashton p.381                         Δ #2 p.389
  - qual p.382 (extreme cases)
  - smokes p.385

Δ Baldauf 390                          π #4 p.432
  - qual p.392 (5)

3 Borgerding p.398
  - Sheriff's office
  - qual p.400
  - last sig p.401

X Greivenkamp p.405                    Δ #6 p.457
  - cousin is killer p.419
  - qual. 422 (9+)
  - last sig 422

8 Gaines p.426
  - previous case w/ Roethman
  - qual p.429 (5-6)
  - last sig p.428

9 Phillips p.433
  - knows death row person p.434
  - knows cop 437
  - qual p.438 (6-7)

7 Couto p. 441
   - qual p. 444 (8)
   - last org p. 446

4 Hopkins p. 449
   - qual. p. 452 (7)

5 Savage p. 457
   - qual p. 463
   - last org p. 464 (→ "No")
   - cause, p. 471

6 Mudersbach p. 471
   - qual p. 473

1 Jackson p. 481
   - qual p. 482 (6)
   - last org p. 483

3 Bavon p. 463
   - qual p. 461 (5)        △ #1-1, p. 476

5 Irwin p. 490        cause 501
   - opposed p. 498-99

2 Williams p. 501
   - qual p. 504
   - last org p. 505

008896

VIII. NOTES

008897

<u>INFORMATION SHEET</u>

TODAY'S DATE _1-37-94_          TYPE OF CASE: _Criminal_

ATTORNEY TO SEE: _Tim Deardorff_          CASE NO: _____

CLIENT(S): _Lee Edward Moore. Jr._  PARENTS: Lee Edward Moore (father)    Georgia Moore (mother)

HOME ADDRESS: _1101 Clearbrook_          ZIP _45229_

EMPLOYER & BUSINESS ADDRESS: _____ 522-0990 (unlisted) mother

_____ HOME NO: _242-1482 (father)_ WORK NO: _626-3525 (Sister Bev Parker)_

ADDITIONAL PHONE NUMBERS: _____

SOCIAL SECURITY NO. _Lee Edward Moore Jr. 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_ DATE OF BIRTH: _10-19-74_

OPPOSING PARTY: _____

ADDRESS: _____          ZIP _____

PHONE NO: _____     SOCIAL SECURITY NO: _____

DATE OF BIRTH: _____   OPPOSING COUNSEL: _____

ADDRESS: _____          PHONE NO: _____

DATE OF LOSS/ACCIDENT: _____   COURT DATES: _____

_____

WHO REFERRED YOU TO THIS OFFICE: _____

NOTES: _____

008898



IX. JURY QUESTIONAIRES -
LEE MOORE

008899



4. CONTRACTS

008900

# DEPARTMENT OF PRETRIAL SERVICES

**CENTRAL INTAKE ONLY**

**INTERVIEW**

Name: MOORE, Lee Edward
Aka: _____ B.P. I.D. 1910

Interviewer: RR   Date: 1/21/94   Time: 12:15 a.m./p.m.
Social Security No.: _____   D.O.B.: 10-19-74   Intake I.D. No.: 1848484
Age: 19   Race: B/W O   Sex: M/F   Cash On Person: $5.00   Outstanding warrants, holders, standard bonds:

Remarks: _____

|  | VERIFICATION YES | NO |
|---|---|---|

## RESIDENCE & FAMILY TIES

Current Address: 1101 Clerkenile Dr. (24)   Alt. Address: _____ ✓
Length: 14R   Telephone: 242-1482   If none contact: _____ ✓
Resides with: Lee Moore + Stepmom   Relationship: Father ✓
Lived in County last five years? Yes/No If no, explain: _____ ✓
Prior Address: 1360 Meredith Dr. (31)   Length: 18 yrs ✓
D (W) M Contact with: above   Relationship: _____ ✓
Marital Status: S/M D Sep W CL   No. of Children: none   Supported by: _____

## EMPLOYMENT & EDUCATION

Current Employer: Unemployed   Position: _____ ✓
Length: ___ FT PT Seasonal   If unemployed, means of support: Father
Spouse's Employer: _____   If unemployed, last employment date: 1992 ✓
Prior Employer: Forest Fair Mall Show   Length: 14R   (10th)
Last Grade Completed: 11th   If currently enrolled in school, give details: _____ ✓

## HEALTH STATUS

Currently treated by Physician? Yes (No)   If yes, where? _____   Frequency: _____ X
Condition: _____   If chronic, explain: _____ X

## DISCLOSURE OF CRIMINAL HISTORY

Prior Convictions: none   Probation? Parole?
Prior State or Federal Commitments? _____   P.O.:

## REFERENCES AND BOND INFORMATION

| Reference Name | Relationship | Telephone | Work Number | DUI Ride | Ver. By |
|---|---|---|---|---|---|
| Lee Moore | Father | 242-1482 | | | 461-9255 K |
| Donica Moore | Mom | 522-9203 | | | Cash Property % |

Bond Sponsor: DK   Verified Bond or Alternate Bond Amount $ _____

## POINT SCHEDULE

| | INT. | VER. | | REMARKS: |
|---|---|---|---|---|
| **RESIDENCE** | 3 | 3 | OVER ONE YEAR AT PRESENT RESIDENCE | |
| | 2 | 2 | OVER 6 MONTHS AT PRESENT RESIDENCE / OVER ONE YEAR AT PRESENT AND PRIOR RESIDENCE | |
| | 1 | | BETWEEN 6-12 MONTHS AT PRESENT AND PRIOR RESIDENCE / 4-6 MONTHS AT PRESENT RESIDENCE | |
| | (1) | 1 | LIVED IN COUNTY LAST FIVE YEARS | |
| | 0 | 0 | LESS THAN 4 MONTHS AT PRESENT RESIDENCE OR 6 MONTHS AT PRESENT & PRIOR RESIDENCE | |
| **FAMILY TIES** | 3 | 3 | LIVES WITH SPOUSE AND CHILDREN | |
| | (2) | 2 | LIVES WITH SPOUSE OR CHILDREN OR PARENT/GUARDIAN | |
| | 1 | 1 | LIVES WITH OTHER RELATIVE / HAS WEEKLY CONTACT WITH FAMILY MEMBER | |
| | 0 | 0 | LIVES ALONE OR WITH NON-RELATIVE OR NO FAMILY CONTACT | |
| **MEANS OF SUPPORT** | 3 | 3 | PRESENT JOB ONE YEAR OR MORE | |
| | 2 | 2 | PRESENT JOB 6-12 MONTHS / HOMEMAKER WITH CHILDREN OR FULL TIME STUDENT | |
| | 1 | | PRESENT JOB 3-6 MONTHS / CURRENT AND PRIOR JOB OVER 6 MONTHS | |
| | 0 | 1 | UNEMPLOYMENT COMPENSATION, WELFARE, DISABILITY, FAMILY SUPPORT | |
| | | | NOT EMPLOYED OR OTHERWISE SUPPORTED OR UNDER 3 MONTHS AT CURRENT JOB | |
| **HEALTH** | 1 | 1 | POOR HEALTH — AT LEAST MONTHLY CONTACT WITH M.D. OR CLINIC / PREGNANCY OR OLD AGE (65+) | |
| **PRIOR CRIMINAL HISTORY** | (2) | 2 | NO PREVIOUS CONVICTIONS | |
| | 0 | 0 | ONE MISDEMEANOR CONVICTION | |
| | -1 | -1 | TWO OR THREE MISDEMEANOR CONVICTIONS | |
| | -1 | -1 | ONE FELONY CONVICTION | |
| | -2 | -2 | FOUR OR FIVE MISDEMEANOR CONVICTIONS | |
| | -2 | -2 | TWO OR THREE FELONY CONVICTIONS | |
| | -3 | -3 | SIX OR MORE MISDEMEANOR CONVICTIONS | |
| | -3 | -3 | FOUR OR MORE FELONY CONVICTIONS | |

| | TOTAL MISD. CONV. | (VOL. MISD.) | TOTAL FEL. CONV. | (VIOL. FEL.) | MINOR MISD. | PENDING CHARGE |
|---|---|---|---|---|---|---|
| 9   9 | | | | | | |

**TOTAL POINTS AND ELIGIBILITY**

☐ ELIGIBLE OWN RECOGNIZANCE   ☒ NOT ELIGIBLE: NOC   ☐ ELIGIBLE REPORTING RELEASE   ☐ SCREENED ELECTRONIC MONITOR

## BOND INFORMATION

| | | Telephone | Room A | Room B / BR |
|---|---|---|---|---|
| Charge 1: Agg murder | Case # | Bond Amt./Type NB | | |
| Charge 2: kidnapping | Case # | Bond Amt./Type | | |
| Charge 3: Agg Robbery | Case # | Bond Amt./Type | | |
| Charge 4: | Case # | Bond Amt./Type | | |
| Charge 5: | Case # | Bond Amt./Type | | |

| | TB | Room A | | Room B / BR |
|---|---|---|---|---|
| DATE | 1-21 | 122 | | |
| TIME | 122 | | | |
| JUDGE | DOD | DAVIS | | |
| POLICE PREFERENCE | High | | CHIP ☐ | |

DISPOSITION / REMARKS:

008901

## OFFICE OF THE HAMILTON COUNTY PUBLIC DEFENDER

CLIENT _Moore Lee E_     Attorney _TIM Deaudorff_

Phone _____

AKA _____

| | Length/Susp/Credit | Fine/Susp. | Costs/ CR | Prob. |
|---|---|---|---|---|
| 94 CR A 1926   CHARGE Agg Murder | /   / | / | | yrs |
| 94 CR A 1927 A   CHARGE Agg Robbery | /   / | / | | yrs |
| ___ CR ___ B   CHARGE Kidnapping | /   / | / | | yrs |
| ___ CR ___   CHARGE ___ | /   / | / | | yrs |

NOTES/TO DO _____

Arraignment _1_ _22_ _94_ Judge ___   Rm **A** B   Time 9:00 10:30 1:00   Bond No BOND
500,000.00
(X) Prelim Hear _1_ _28_ _94_ Judge ___   Rm **B** Time 9AM   No 1.
( ) Pre-Trial _/_ _/_ Judge ___   Rm ___ Time ___
( ) Trial _/_ _/_ Judge ___   Rm ___ Time ___
( ) Sent. _/_ _/_ Judge ___   Rm ___ Time ___

AGE _19_ DOB _10_ _19_ _74_ S _M_ R _B_   SS No. ▓▓▓▓▓

Single _x_ Married ___ Sep. ___ Div. ___ Widow ___   No. of children at home ___

ADDRESS _1101 Clearbrook Dr_ ___ Apt. ___   Zip _29_

LIVES WITH _Father_   Phone _242 1482_

COUNTY RESIDENT ___ years ___ all life _X_   EDUCATION: _11_

TRAFFIC/CRIMINAL RECORD Y (N)

Pending Charges ___ Judge ___ Attorney ___

Parole/prob charges ___ Judge ___ Prob. Off. ___

Co-defendants _2 Juv_   Date of Arrest ___/___/___   Statement Y N

STATE OF OHIO : SS
COUNTY OF HAMILTON :

### AFFIDAVIT OF INDIGENCY

After being duly cautioned and sworn, I, the undersigned, say the following information is true to the best of my knowledge and belief. I under-
stand I am subject to criminal charges for providing false information.

**I. INCOME**
  1. Employer ___ ⭕ ___ yrs. ___ mos.   NET WEEKLY PAY _NONE_
    Position ___
    Spouse's Employer ___ yrs. ___ mos.
  2. Alimony/Child Support ___ Other Income ___
    (received - paid/deducted)   TOTAL: ___

**II. ASSETS**      _5⁰⁰_      AMOUNT/EQUITY:
  1. Cash on hand ___ In bank ___ At home ___
  2. Own car/truck (Y) N   Year _80_ Make _Ford_
  3. Own house Y (N)   How Long ___ Value ___
  Other Property ___   PAYMENTS ___

**III. MAJOR DEBTS** ___

I further state I am indigent at this time, and am unable to provide for the payment of an attorney and all necessary expenses of representation.
I understand I may be required to reimburse the Hamilton County Public Defender for legal services rendered on my behalf. Maximum reimburse-
ment will be that expended in accordance with the fee schedule, an amount not to exceed ___
The terms of such reimbursement will be determined by the Hamilton County Public Defender at a date not later than one month after case
disposition, or by the Court.

X _Lee E. Moore_
            (Defendant)

Sworn to before me and
subscribed in my presence this _22_ day of _Jan_ 19_99_

Signature of Officer _Howard E. Seagum_

Name (printed) _____

Notary Public, State of Ohio
My Commission Expires _6-3_ 19_97_

008902

008903

Client: Office File No.

Date Interviewed ( / / )

Facts

CASE ACTION:

| DATE | TIME | | DESCRIPTION |
|---|---|---|---|
| | in court | out of court | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Total Time | In | Out | |
| No. of Court Appearances | | | |

#13 - Jane Jackson, Hyde Park
#14 - Carlene E. Williams, Forest Park

No. ( B-9400481          )

_BEFORE JUDGE_ Robert P. Ruehlman          _DATE_

_____ vs. _____          _TRIAL_

## BACK ROW

**REPORTER**

| | |
|---|---|
| Robin A. Mudersbach Mt. Washington | David M. Weber Groesbeck _Jayne Jackson_ 2 |
| 1 | |

| | |
|---|---|
| Diane L. Borgerding Anderson Twp. 3 | Guy R. Hopkins Finneytown 4 | Jeffrey C. Wellington/ Donna M. Mason Silverton 5 | 6 |

**FRONT ROW**

| | |
|---|---|
| Katherine M. Caito Anderson Twp. 7 | Patricia A. Games Mt. Washington 8 | Linda J. Phillips PriceHill 9 | William L. Miller Anderson Twp. 10 | Donna F. England Anderson Twp. 11 | Richard J. Menchen Mack 12 |

008904