22 Female - ex H secu-ty guard - sh+ weapon

23  49 White female  YES

24  44 White A  YES

25 - 54 Female White  YES

NO -  26 - 36 female White

27  JANE JACKSON  ??- Doesn't say much

28  Female White 29  - NOT BAD

29 - Female White - 61
MAYBE - Liberal VG but - 2 young men - cd-prevailed g

(30) - 45 - Bl female - Not Bad - YES

NO - (B)31 - 61 White female - daughter - juvenile - ?? too

(32) 35 female Bl → Victim - Molested - POSSIBLE

ND — 33 Female 20 White - N

NV - 34 Male 31 White  Cun Record

OK - 35  35 White Male - CITATION - STAR BANK

ND  32 - 29 White Male - MIAMI
S     H Sch friend Pros   fund not

OK  37  67 Male White - Lawy - machine  003001
          Health problem  sm nugget

OK VG   38   44 White Male

No-   39   54 Female White   -NOT MUCH

OK   40   40 M White

No - 41   32 W Male   UC Economics

No - 42   59 W Female

    43   62 # White   -Nu'To Bal
        Philippino - Nurse

No   44   30 W Male   -No word financial Difficulty

    45   59 W M   -Pharmacist   OK
        Lent gft Rep bremn

OK   (46)   M Bl 55   Bible College

No   47   40 WF

No   48   30 MW

No   49   41 MW   Bank Mgr   MP

No -   50   62 # W

003002

NOTES - Review of Questionnaire    #6 Remu    4 BR    VENUE
                                    3F-1-M

#1 - not / luh                                      Ons
#7 - ULV - brother ?

No      1-No
        2-YES -?)? M W40 Keychurch Chem Eng- 5 Children Adopted   Food, Shelter, security
                                                                  Love
        3. Yes      F 41 W Art Teacher - 1 child - Presbyterian
Knows Someone 4- M 39 W Cath. Psych. J. College  Probable for man
Excused 5- M 28 W Methodist Bank Branch Mgr - Probable college Grad- Chr U.
Baby sick (6)- 23-Black - Married Child - friend - raped - No- But Black
            7- OLV - Public ?/ Eng 37 MW  - GC - 3 Children
            8- WH female  freelance photographer - NO RRL 3 Children catholic 1/wk
            9- White female 5C - NO Luth Eng ect H-councilor -Suspects Prophet
           10- White Male - Mental Teacher - coach - Justices??? Dave W
           11  39 White female HSch - Treasurer Officer - Possible
                        Psych facts - injil
   ———   12. Richard Menchen -  BUMP - NO  schedule
31 M W       Pros - let them bump
   NO MALE 13- 45 White Male  BA Liberal Arts  NO Ribbed 3X
           Stress, Deadline  JUDGE Remu - wk
        (14)- 41 female PJ  LPN  OK married- 3 children

NU - 15 -34- White Male- Pine Hill  GC -NURSING- Not Bad
             Probable - West Side Cashier
ND   16- NO - Combat / Security - velcan Bust
FIN  17- 66 WM - Mech Eng - Retired 3 children 34, 39, 41
NO - 18- female 49 White - Teacher - Will not listen to Psych

NO - #19 47 F W PNJ Deputy Sheriff Female White Sisto-ww psychiatric
             Disability - 94    exposed to mmvales Probable ???

        #20 64 - White  → Possible - Eucharistic Minister

        21 White Female 5C  -Religion - Pray - Chem Bible Study
                                                Possible

003003

Objections to mitigation closing by State
& Jury Instructions

Obj to MP argument - Argument - Showing
                                         Keys [?] stops

③ Instruction - Merger 2 Cts
                              3 Specs

④ 2929.03 , No Requirement jury Unanimously find proof
                                       beyond a reasonable doubt

JOE   - object to wrds q Mr.
Scale - Begging for his life



① Ask for mist- Disregard Reference to Argument
   or a how victim killed. Two- Mental analysis
   that are not aggravating circumstances
   STATE v COMBS  62 OH S/3d 278 (1991)
                                            under oath
② Obj to Pros comments re why did + take stand ~~why not~~
   Ask Jury be instructed by Rt to make unsworn statement



When Moses comes off Mtn + seed his coat not full,
   God Chieda + aren't exception g Orno... ...

003004

Others
  LK - not sentenced yet.   Not Death

JH  53 yrs


Made it up
     know what to do                      - Cooperation
                                          - Remorse
                                          - Alcohol Drugs
Instruction                               -
                                          - Somewhere wheels fell off
                                          - if we can't help 15y-old / 20y-old
                                            they why do we have problem

                     { Jury must unanimously find, by proof beyond a
                     { reasonable amt- that Agg Circum. offends - form
  - Read Statute     { guilty of committing - outweigh mitigating factors.

  - Death - Not always appropriate
                         eligibility
            Life - Parole after 20                    10 625
10/19/94                                              10 625
Age 20      Life - Parole eligibility a/a- 30        + 3 gun spec
                   20      30              Death not always appropriate
                  +10     +10              DAY FOR DAY
                  +10     +10               20     30
                   +3      +3               +3     +3
                   ──     ──               +10    +10
                   43     53               +10    +10
            Age 63    Age 73                      003005

Dr. David Chaffin

NAME - How Ed - How long

CREDENTIALS - Dr. what kind of degrees

Member - of professional organizations

Testified in Ohio for 8 times

Know Lee Moore Jr.

Please speak to him
Over the last several months - have occasion to
    see Mr. Moore at Hillsdale
How many times
Conduct various interviews + evaluations
assisted by staff - medical history, character +
Review test results           background of Lee Moore

Appearance - How did he appear - Prepared
Aware of circumstances - him incarceration
Cooperative - Voice - ever fail to cooperate
Determine IQ - Range of intellectual ability

Emotionally - how did he appear
Thoughts
Memory
Able to communicate - express himself

Based on interview - determine where he was born + raised
# of brothers + sisters

How old Father    How old Mother
        at time of birth    Both parents working?
                    Throughout childhood - parents when
Loss Mother - Father Divorced

003006

*[Handwritten notes]*

**DIVORCE** Lee - 6
Lee appears to love mother & father

*[margin: VISITATION]*

How did Divorce affect Lee - debt-moved
After - howare - who did Lee reside w/
— what kind of contact w/ father

*[margin: FAMILY SYSTEM / spoiled]*

After Divorce — MOTHER CONTINUE TO WK

Effect - Absence of father in household
     NO GUIDANCE    *[margin: school]*

*[margin: Protection in part of family / Difficult to understand / very unpredictable]*

What kind of household — strict discipline
  mother-raised    Religion / freedom  what kind of
                   Play sports -       influenced

How was Lee treated in Home
  - Allowed to play sports
  - Sheltered
  - Well cared for - protected

Lee - School - How did he do
  early years           pre-grades D's
  4th Grade
  Adolescent years — bored, bullied - picked on

*[margin: Speech impediment]*

LEE'S SIZE - family indicate small
   Picked on because small + well cared for
      well dressed - religious  As he was older -
   Teased  explains why well cared for  hanging w/ young kids
                   why did he pick on      why
   Eventually retaliated -

p3 — Grades in School
       Held back - 4th & 9th

003007

School
- grades dropped off – why
  - wrong crowd
  - marijuana – alcohol
  - did not attend – dropped out

Any extracurricular activities
  Sports –

ET – tired – few minutes

During those 10-15 teen years – till dropped out
  school & [illegible]

Living w/ who – [illegible]
  what kind of environment w/ Father
  – Discipline
  – Father – insist upon [illegible] school
  – Supervision

P4 – Substance Abuse – What substance Mary? Beer
  – [illegible] Alcohol (6)
  – Age – When start (15)

– [illegible] – Why
What effect – personality change
  financial difficulties
  Blackouts
  [illegible]
Determined to be Drug or Alcohol dependent
  effect: Mary or alcohol
  How affect ones thinking
  effect upon ones concentration
  Memory
  affect ones inhibitions
  ability to control inhibitions

003008

5'10"
140

Substance Ab___

??? — weapons
→ Incident w/ brass knuckles — Any understanding or explanat.
as to why use weapon

Shutdown
IQ, SD of
AVERAGE   Intellect — intellectual capability
           How wk in structured environment

overall
GUIDANCE GROWING UP   tools   potential
ANY SENSE OF DIRECTION          unrealized —
GOALS                            life growing up
Reviewed 26/6/00   CHILD — Teased - Bullied, overpowered
How he came to write  — ADOLESCENT — Wrong Crowd
Appears to have remorse  SUBSTANCE ABUSE
& shows
HAS HE UTILIZED POTENTIAL
Agrees w/ plan   Re

REVIEW  Jail records
        How adjusts
Locked up since  Problems
Sept 1954  Handle mess — are all well
           Checked by products
Where you have reviewed records
opposed to voluntary opinion
explain —

009

11/21/94
10:35 – 3:20 PM

Review instructions – Profile [illegible]
Photos – VG

11/21/94  10:35  Openning

Ire Nellis – 2Cts AggM

9:w Discussion
10:30 Instructions

Weighing Process  – Read Statute

Must Find  UNANIMOUSLY – Profile[?] Reasonable Doubt

If you have reasonable doubt that [illegible] outweighs Mit factors.
if not convinced – Small Part
Then Shudent[?]

[ TIM DEARDORFF
  Openn[?]

[ 3 [illegible] – Evidence – Admitted – [illegible]

[ PTJ  Directly DC                    [ Expert for D open
  EVER Been involved              Prepare – Assist
  where psychological

  Thoughts Applied by Ct – [illegible] w
  Areas                           Prin of Ct
  proceedings – Regardless

— MEMORY – AVERAGE
  – Effect of Mary + Alcohol
  – Unusual – person would remember

Notes as to [illegible]                 DC – indicated Lee made up story
                                        about dropping wallet – Shutmon[?]
                                        cause he didn't want him to ID
Effect – high good
                                        asked Lee – he said made up story re dropping wallet – [illegible]
                                        not deny [illegible] DC he made up story – asked him what was [illegible]
                                        he – [illegible] he admitted when [illegible] [illegible] 143°

000010

MOTION
EXHIBITS
|
EXHIBITS??  Trial Exhibits

D, Cr - indicated it was the party dropping the
wallet that was made up

Direct by
TD

MICHAEL McDANIELS - Springfield Township
familiar w/ LM
Shane border - around corner
Met Mike - 1968 - Gen Motors
26 yrs    Day shift - Night Shift
1982  8 yrs old
Mother - DIVORCED
McD - older son - young. son
Coach.
Smallest - introverted

D 2 #1)
  #2)

Photos
School - Central Baptist
less contact w/ children - neighborhood

JD Shift   Could observe - kids beating   never put up a fight

Co-pibed on - regular basis - pull kids off - Lee must
                  fight back
fighting - got worse - escalate - 7th gr -
Picked on at bus - nice clothes
Stopped several fights
LM - easy mark
Why - asked about - doors

M - Lee grew properly
Lee used - Krogers      talks like alternate routes

Robbed - Swifton Commons - Krogers (16)

003011

24/3/‎‎‎ Sm: Found him guilty
                                         do not believe was accide[nt]

Why any target
  olders sisters
Georgia — Lee wanted to play, not allowed
            over-protected Lee was the baby
Brass knuckles
  several told going bst Lee in morning

Bothered him he could take so much & not look back
  not violent — sd people beat him ???

Lee — big brother to McD's younger son

Lee — stopped fight — Lee had been a victim —

Def Ex 4    3 — 9 — oppressible 5
       3    4 — 12 — ?
       4    5 = 13 — proudy jacket — Collection of Hats
       5
            Child in fear

         ⎧ Remorseful — very much so
         ⎨   unhappy & uneasy
         ⎩   ashamed of himself
         Never should have been in position he was in

         _____
         TD — Robin Thrasher — Golf Manager
              Baby brother — She is 31
               7 or 8

      No tending — Mother — why    Problem w Alcohol — father dies
           Sorry & Remorseful

003012

Shoelaces
b Ley

Moe ke -
Georgia Moore

Dep Exp'd

About 5th G.

L.M. statement
Move Exhibits - All Admitted
MP Closing
Tmy in Gen
P-os
Defense Counsel
Family

when They put behind Wall

remember

MP Closing
- Victim - On
laying in Truck

① I know why they went to Fairfield
TD
talk about being stunned
② - Shooting to head - bonus of blood

③ KNEES - Close                         - took him back there
                                         - didn't know what else
④ Ally middle + gloves                    to do w/ m
JURY INST                                - But nothing about
① Obj comments of Pros not speculation    afraid he will ID.
② Obj - " - " re answering statement
③ Obj ask Meyer - Ct J+3 of Specs
④ Obj ask lack of unanimity

003013

**OPENING**

*TESTIMONY / Statement is not evidence / will not comment in [illegible] / M.D. says - judge cause in evidence*

[margin note: fact / case / trial phase]

Opening: Above - reviewed evidence - will beat [illegible]

[illegible] of this trial - Task for to listen to the evidence

[margin: Jan 14, 1994]

State required to present evidence - prove all of the elements of Agg M. - 3 chs of Agg M. - Agg Robbery, Kidnapping

[margin: 5 ct indictment]

Charged seriously in incidents - [illegible] prior of several years back - Gun?!

[margin: Lee Moore never denied that he was involved in OD, page 30, Ohio Factbook]

I presently this case - we will not challenge the majority of the State's evidence. This is not a case of Mistaken Identity - try to pull the wool over your eyes - play some kind of game & pony - they've got the wrong man - Lee Moore wasn't there - we have an alibi.

Said Identity - you will find that most of the evidence, the objective evidence is pretty straight forward. We will not dispute that on Jan 14, 1994 - Melvin Oliver's car was taken & ultimately the man was shot. His credit card was used to purchase items - We don't challenge these aspects.

But we ask you to listen to the case & judge this in accordance

Evidence will show - 3 people involved - of the three 2 will not receive death penalty for their involvement. Charged w/ same offense, convicted of same crime, Agg M, but will not receive death penalty.

Evidence will show - on the terrible night Lee was [crossed out] - they both been drinking beer - Gin - St Smokey Margarita

They decided to steal a car.
[illegible] that point on, this nightmare, for both the man who was shot & his family, as well as for LM & his family

003014

~~But~~
Leo v Joan - D - we up to Hamilton Fairfield area
Saw Mr. O -
Don't dispute that -           LM - had gun - don't dispute that

But I ask - you to listen to the evidence
That evidence will show that Lee had a gun
but it will also show that He held Jones - He did not mean to
shoot anyone, the gun accidentally went off
That he had been drinking, something, he pulled & the
gun went off

- because he panicked. because he claimed this shooting
  was an accident - He told the police it was an accident. He told
There is a real question as to whether this shooting was purposely
  was a result of prior calculation + design
~~if it~~
Evidence will show it was an accident
              not prior calculation + design · not purposely
No specific intent

 ✓ this is necessary for Agg M

  LM may be guilty of something - but may not be Agg M


But again - I ask you to wait + listen to all of the evidence
Keep an open mind · do not let emotion passion control you
do not make up your mind until you've heard all
  of the evidence -

003015

JURY
EMOTION
OUTFUL SOW

- IRRELEVANT
- Inflamm[...] — OBJ=
  - knocked had [...] — Does events
  - sickly — looked [...] — What happened

Opening by Joy

JTT Foreman

HUNTING - JRP

execute planned on shooting victim in [...]
bragged about this

OPENING BY DJ

DIRECT NOAH DUNGER
Shocks only me

EX#/ Photo / San / age 53

#31) Stipulation ① - Go to Weather Rpt
       ② Photo #1 - [...] ($1,003)

1
21  Stipulate
22
23

Charlotte James — Payroll Accounting
Knew 5yrs — good friends
Butler Co 30yrs — Prior to Illinois —
Sew — family too — Mall

#15 - [...] entered GINA'S     only in 15 minutes
#16 - [...]                    TIME OF DEATH - JD
                                9-15  9-30  9-45
                              arrived 9-10 - 9-30

003016

$15 Girds  DON GARRETT
$16 blouse  Fairfield - Missing Person Rpt, showed people photos
              saw MO

$2?  Gold Necklace  } NO RANO
     Gold Bracelet

$24 Photo Line up

— GAIL Thomas — JCPenny — Fine Jewelry          — Testify before —
    N. Gate     Jan 1 '94 — Jan 15th             — other told
    See credit card / MO                         — other people
    gentlemen — came in to purchase Necklace & Bracelet
    Ship labels - by
    w others - 1 other - Describe
    Through Dept - upstairs back down

$26 - Necklace & Bracelet  $137 + tax

Sales Rcpt
26-C    $26-C - sales receipt     Saw Dy write - Present when wrote
                                  She asked if it was his cc - at her in-
                                  dicated it was his father's - & then wrote it

$24 - other person present
       young black male


DAN RINGLE  - part time - jewelry - sales
                worked on Jan 15th
$25  Gold Nugget Ring $260 dy purchase ring — Tri-City
25 prev rg    Saw group / photos - Middle Bottom
         — alone - w young Bl - 15 Nugget ring
         Came in together - lef together

003017

Krista McKinney — JC Penny Tri-City
wh - Lazarus - Miami Univ - Hamilton
Jan 1994 -- fine jewelry - JC Penny
ID - Neg

Necklace #27 ] seller or entries - not in
27a - receipt
$43.99   799.00 w/o tax
ID from photo line-up
w/ someone else — older — real quiet — younger

John Jamison — loss prevention officer — JC Penny Tri-City
1/5 - Sat

$2 - Red. Blue Taurus ] Went into Jewelry — Brief description
NMN 685        Observed 2 people

2 male black   Hoods, Snow Caps
w/ teens - w/ late teens   Starter jackets - Pick jewelry no sale

       followed out Drs - behind Blue Ford Taurus - open trunk
Both together   put purchases in
CONVERSE
BTH IN CAR   E...ved int credit card

#2   JASON — HOLMES — AggM
JASON  [ Testified false — ]
Holm

003018

RIGHT WAY TO DO THINGS

Robert Bennett
Fairfield twp - Missing Persons Rpt

Went & walked together
18th searched 7 Hill area
19th running known crosstrails

Typical Fred
JASON HOLMES
Agg Murder

Took into custody at McDonald

Followed Ca         Leo Moore Jr
Drove 7 Ca

[extremely cold, lot of snow & ice]
LK-passenger side unlocked.
Nothing unusual - Demeanor - Seemed calm
Very calm - did not resist in any way

Clarify statement
where this    Present at statement being recorded
              out said room
Notaware - un-cooperative
Present when clothes taken - T-Shirt - warm-up  B will be
Shoes taken - Had socks on
Socks - pants + coat

Transported downtown - not given shoes

003019

Review Transcript — Arrested + by [illegible]
testified — Same Tony Ho[?]
Arrested 1/20/94
Tony 1:30    Saw in Holding    Clothes — sweatshirt, pants, gym shoes
     5:30
Age — 1/20/94    Saw Hedly Cell    TIME
              arrived 6:10 PM    at time arrested

Officer Dennet — involved in same investigation
   see him at Mt. Healthy

#13
Photo] Burgundy    Present when left —
        ~ 12:20
Foot [illegible]

ARMONTROUT
    ant. gold necklace    sweat shirt — T shirt
                    left — Bar Checked
            Cole — p[?]    Gym Shoes
Blanket — Jail Cell
                            — Cooperative
#27    388 Clothing          — [?] Bar Checked upper + lower
necklace    Lee Moore                    — left 12:20
Moore's Neck    Hat, Black T Shirt
            Sweat Shirt

#3 Photo
#94 Bl. Pants