Ed Roberts — Fairfield — Detective
Interviewed LK

B12 Polaroid Photo — Jason Holmes
A/O to Lee Moore — Polaroid

Went + found Body

B4 — Photo of Scene
B32 — Close-up
Photos
30 — After Swept snow away
7 — Body on Gurney
9 — Photo snow swept away
22 — Photo of Body — Swept Snow Away
8 — Photo Cover of Bldg — Snow covered    — Present when Taken
6 — aerial photo                             Dust
    out of Bldg

CROSS BY TD
   re interview of LK — 1st interview LK
   Asked if untruthful, truthful
   His story changed or story continued
   LK changed
   JH changed

JIM MURRAY
1/20/94  8-9 PM   Area photographed
   with aerial Photos

CROSS BY TD
   DISTANCE
      Photo B #9   Wall + Dumpster
          Very Narrow — less than 36"
      Wall more than shoulder width

003021

Somerson - had to have Dumpster - removed
Did measurements for dieg. on - Dumpster had been moved
Never exact measurement

DAVE Feldhaus
Called to crime scene

PLAY TAPE #1 FILE    Deep breaths
                     Pause

GARY SEAL    J5  J5g
             NUGGET RING / Picture

RAY MORANO
G6A / 26B
GUN   Stulendo Neal  L Bay' fun        When 1/21/94
      Bracelet Necklace                N 12:00 Noon
                                       specialist dr

Telling the truth
found Bracelet
      Julie's - Search Warrant  GUN
      JUG 357 Revolver

LARRY KINLEY
16    3/7/78 - DOB
1/14/94, 15 yrs  - Aiken H. Sch.  - desc. Discus - puts
Model airplanes - Babysit - cousin, neighbor Kids
We were H together - Jason Holmes, Cameron Callery
I was 16    Friday Jan 14th babysitting cousins -
Andrea's pl - Mt Healthy Drive in  Children d/3
Saw Cammy through Drive Thru  N 6-7:00  Marion Fairmon
Lee Moore -  Jason up to Dr - He told me b/c -
c Dr - got his jacket
walked to Lee - him to store
wanted to go to store       asked Whan au sandwich

003022

said was Uncles
Picture Mom
Him + Joan - saw Mar - Co -   Lee told
Lee robbed -    pushed me to passenger side, put w/toilet
ID gun - on lid top
            not first time saw - brought out - before - w/u before

I never thought he killed anybody

Ca - panels, for wheels - rims
     Go to showgreent - down tows of Beech

p6 - He suggested Winton Terrace

(why kill man when Jim - ca - w/ him
     He said fuck him -
        Tim and nothing   - We were not going to get caught for it
J didn't have anything to do w/ it - don't know

Could not pee
    Heard talking - man -
        Heard begging - Lee said Man said mom + stop
    said - You could have everything

Slammed trunk - jumped back in car
Lee, laughing -   See his dome get shot off, see his
    brains on wall

Did not know - drove to Cumminsville to shoot Man

Illinois - Pre- linked they have been Michigan
    suggested

5'8" snatched - killed others killed him

003023

Charged w/ Agg Rbb, Agg M. Kidnapping

Min Sentence — Life w/parole 20 yrs   NO NEGOTIATIONS
          + 3                           ???
          + 10-25
          + 10-25

If cooperated — would help you — JUDGE WINKLER +
his LAWYER — Kenneth Lawson

Baby sitting 1/14  Angel · 3 Kids

— Didn't skip — Just didn't go

Alibi witness Hadley — babysitty — Paw Lee 9·w/M in
CJo-d → Hawkins 9·w — in Hend 9:45 — had been
gone 45 minutes —              (Lady said 9 fingers — left
Back from stealing — 9:45        her at 9:30 PM)
— Man — really don't know what time — His clock 9:45
don't smoke dope — Smoking — no

d Ca. 15 to 20 minutes

Sb gave keys   Windows — not open
              engine running, Trunk up
              Stereo came on — Lester & top
         McRoyD — RAP MUSIC — not all that loud
undivided — drums — Musical instruments
I can hear what he said
    Arrested — Thursday — McDonalds
— SMOKING — MARIJUANA
yeu — got back

003024

Cross by TDJ LK
 met/smoking M while babysitting
 by arrested - Not smoking at all
   Another - School day - snowing, too cold -

— [ Admits - missed school

McDonalds - M Health - Sgt Roberts, -Det. Ed W. Williamson
 Gave MIRANDA warnings - wouldn't let make phone call
 he asked to call his aunt
 Prof - talk about MOA - credit cards

  Made up stuff to police — scared
    going straight to penitentiary
  Lee told to call Angel - he got caught w/ dope friend
  Several told girlfriend/uncle
Night/ 
jewel —  Told away his own credit cards - scared - say anything

  — Jason - businessman - knew he went to Fairfield
  — Saving for our Black Ass — fair boy
  [ because he had to go in front of July Wrinkle - for his own
     sentencing

Back from Cummingsville. Lee bought 2 40's

Lee got rid of shirt - day before arrested

They wanted Shea - / was guilty -
   asked to use phone
  Aunt arrested - w/ Jason & Aunt
— Statement — his mom — read over it

003025

— Not all of statement is true

— Implicated Winton Terrell — said cause that is what police wanted to hear — on stand — didn't say that
didn't know Mom in trunk —

[Didn't see gun go off]

Today telling truth
Before — spoke w/ Pro
           spoke w/ Piepmeier

[No idea Lee was going to shoot this MFN] __NO PURPOSE__

11/15/94   Bill Schrand      firearms examiner — May, 1971
9:20                         In '77 — became Senior examiner

examined firearms

Single Action — 3 cts.        Double Action — 9 cts.

Sack of potatoes — hm frwge —           Transp. box
operable firearm

Did not prepare photographs

at least 6" — no more than 30"

Size of Pattern 7½" in diameter

003026

VIDEO TAPE DEPOSITION OF DOCTOR

Position of bullet as to shooting gun + body

# of Variables, Position deceased, head of deceased, position of gun

LIVIDITY - consistent w/ Position of Body

Cause of death - gunshot wound of head

— Photo #21, can't tell he took

Abrasion on nose
of [?] backward
Can not exclude suppose
at time body fell
if fell backward - How do
abrasions get on nose, legs

Position of Body p-w- to Shooting
Can't - difficult to give estimate
Can not tell position he was in at time he was shot
CAN NOT SAY — It would be difficult to give an estimate

Cal, wt - of projectile - No slant
upward path

Come —
— upward path - could not be kneeling
— fell backward - how get due to
abrasions on nose
— what does make sense is if both bent over - indicate gun at ground level - want [?]

003027

1. Obj - No Obj
2. No Obj Ford Taurus
3. "    "
4. Aerial Blowup - already admitted
5. Diagram of scene - admitted
6. small photo - Photo Id by
7. Obj - adm
8. No Obj
9. Obj
10. Polaroid of Def - Booking - Checked ID by Fieldson - admitted
11. No Obj
12. No Obj
13. No Obj
14.
15. Photo of Lungs
16. "    "
17. Rene Obj
18. signed Statement - No
19. Transcript - Not Admitted
20. Photo - Dumpster - Removed } Wd Ad
22. Photo - Dumpster - Not Removed }
21. Head Shot
23. Color Head Shot
24. No Obj
25. Ring Obj - No Obj ) Ov
25a. Photo )
25b. receipt )
26. Necklace Moines Bracelet
26-a. Photo } Jewelry Box
     Phot
26c.

27. Necklace
    9 receipt
28.
29. Gun
30. Video Tape
31. Stipulates
32.

003028

STATE RESTS

SIDEBAR Rule 29
Defense Rests    Re-New 29

Closing - Mark P.

Elements Kidnapping
  facilitate commission of felony - Agg Robbery
Ct 5 - Kidnapping
  GUN SPEC

Agg Robb          Theft offense    Armed/deadly weapon
  d Gun Spec

Ct 1 - Agg M - purpose - prior calculation v design

Ct 2 Agg M  Felony Murder

———

2:45 - Phone Call

3:15 - Verdict Read

Motion
Open/Close

Guilty Ct 1 -            Ct 3
   - Spec 1          Spec 1
Kid   - Spec 2       Spec 2    principal offender / pre-calculation
Agg Rob - Spec 3     Spec 3              delay
firearm - Spec 4     Spec 4
        Ct 2         Ct 4
    Spec 1           Spec - firearm
    Spec 2        Ct 5 - did not release
    Spec 3           Spec - firearm
    Spec 4

003030

```
Mark E. Piepmeier, 0006894P
Assistant Prosecuting Attorney
914 Main Street
Cincinnati, Ohio  45202
513/632-8534
```

CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was served upon each party or attorney of record in the proceedings for each party by personal delivery on the _____ day of _____, 1994.

```
Mark E. Piepmeier, 0006894P
Assistant Prosecuting Attorney
```

003031

JAN 1994
GREATER CINCINNATI AP
NAT'L WEA SER OFC
GREATER CINCINNATI AIRPORT

INQUIRIES/COMMENTS CALL
(704) 271-4800

BOONE COUNTY, KENTUCKY

# LOCAL CLIMATOLOGICAL DATA
## Monthly Summary

ISSN 0198-392X



LATITUDE 39° 03' N   LONGITUDE 84° 40' W   ELEVATION (GROUND) 869 FEET   TIME ZONE EASTERN   93814

| | TEMPERATURE °F | | | | | DEGREE DAYS BASE 65°F | | WEATHER TYPES | SNOW ICE PELLETS | PRECIPITATION | | AVERAGE STATION PRESSURE | WIND (M.P.H.) | | | | | | | SUNSHINE | | SKY COVER (TENTHS) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | MAX | MIN | AVG | DEP FROM NORMAL | AVG DEW POINT | HEATING | COOLING | | | WATER EQUIV (INCHES) | SNOW ICE PELLETS (INCHES) | ELEV 877 FT ABV MSL | RESULT DIR | RESULT SPEED | AVG SPEED | PEAK GUST SPEED | PEAK GUST DIR | FASTEST 1-MIN SPEED | FASTEST 1-MIN DIR | MINUTES | % POSSIBLE | SUNRISE-SUNSET | MIDNIGHT-MIDNIGHT |
| 1 | 2 | 3 | 4 | 5 | 6 | 7A | 7B | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 01 | 37 | 27 | 32 | 3 | 28 | 33 | 0 | 1   4 | 1 | 0.03 | 0.1 | 29.070 | 20 | 13.1 | 13.9 | 33 | SW | 20 | 21 | 0 | 0 | 10 | 8 |
| 02 | 36 | 33 | 35 | 6 | 32 | 30 | 0 | 1 | T | T | 0.0 | 29.105 | 02 | 4.9 | 6.7 | 16 | NE | 12 | 05 | 0 | 0 | 10 | 10 |
| 03 | 34 | 30 | 32 | 3 | 30 | 33 | 0 | 1 | 0 | 0.11 | 1.2 | 28.900 | 03 | 11.3 | 11.7 | 24 | N | 16 | 01 | 0 | 0 | 10 | 10 |
| 04 | 30 | 18 | 24 | -5 | 20 | 41 | 0 | 1   9 | 3 | 0.24 | 3.1 | 28.860 | 32 | 10.8 | 12.6 | 28 | N | 17 | 33 | | | 10 | 9 |
| 05 | 29 | 23 | 26 | -3 | 22 | 39 | 0 | 1 | 4 | T | T | 29.160 | 21 | 4.8 | 9.6 | 20 | W | 15 | 26 | 0 | 0 | 10 | 10 |
| 06 | 39 | 27 | 33 | 5 | 32 | 32 | 0 | 1 | 3 | 0.22 | 0.0 | 28.895 | 17 | 8.0 | 8.9 | 16 | S | 13 | 18 | 0 | 0 | 10 | 10 |
| 07 | 38 | 14 | 26 | -2 | 27 | 39 | 0 | 2 | T | 0.03 | T | 28.990 | 31 | 9.3 | 10.3 | 23 | W | 15 | 28 | 0 | 0 | 10 | 10 |
| 08 | 18 | 5 | 12 | -16 | 4 | 53 | 0 | | | T | T | 29.290 | 25 | 11.9 | 12.1 | 28 | W | 18 | 26 | 147 | 26 | 5 | 4 |
| 09 | 28 | 7 | 18 | -10 | 10 | 47 | 0 | | | 0.00 | 0.0 | 29.560 | 20 | 2.6 | 5.4 | 12 | SE | 9 | 09 | 328 | 57 | 3 | 3 |
| 10 | 35 | 17 | 26 | -2 | 16 | 39 | 0 | | | 0.00 | 0.0 | 29.530 | 14 | 8.4 | 9.4 | 21 | SE | 14 | 15 | 4 | 1 | 9 | 9 |
| 11 | 45 | 33 | 39 | 11 | 28 | 26 | 0 | 1   6 | 1 | 0.20 | 0.0 | 29.400 | 19 | 5.0 | 8.5 | 22 | S | 13 | 19 | 111 | 19 | 9 | 10 |
| 12 | 38 | 34 | 36 | 8 | 35 | 29 | 0 | 2 | 0 | 0.11 | 0.0 | 29.150 | 28 | 2.2 | 7.2 | 15 | NE | 19 | 22 | 0 | 0 | 10 | 10 |
| 13 | 37 | 27 | 32 | 4 | 31 | 33 | 0 | 1 | 0 | 0.03 | 0.4 | 28.950 | 29 | 6.4 | 7.0 | 18 | NW | 12 | 34 | 0 | 0 | 10 | 10 |
| 14 | 28 | 2 | 15 | -13 | 5 | 50 | 0 | | 1 | 0.04 | 1.0 | 29.000 | 30 | 11.7 | 12.2 | 25 | W | 16 | 29 | 181 | 31 | 8 | 6 |
| 15 | 2 | -7 | -3 | -31 | -13 | 68 | 0 | | 1 | T | T | 29.380 | 28 | 10.2 | 10.6 | 22 | NW | 16 | 30 | 166 | 28 | 9 | 6 |
| 16 | 21 | -9 | 6 | -22 | -2 | 59 | 0 | 2   4   6 | 1 | 0.24 | 1.2 | 29.430 | 14 | 6.9 | 9.2 | 25 | SE | 16 | 12 | 144 | 25 | 10 | 7 |
| 17 | 32 | 0 | 16 | -12 | 14 | 49 | 0 | 1   6 | 5 | 0.38 | 5.3 | 29.100 | 26 | 8.2 | 11.5 | 24 | SW | 17 | 21 | 60 | 10 | 9 | 8 |
| 18 | 0 | -20 | -10 | -38 | -18 | 75 | 0 | 1   6 | 7 | T | T | 29.450 | 28 | 9.6 | 10.0 | 26 | W | 17 | 26 | 319 | 54 | 8 | 6 |
| 19 | 0 | -24* | -12* | -39 | -17 | 77 | 0 | 1   6 | 7 | 0.00 | 0.0 | 29.640 | 18 | 4.5 | 6.6 | 13 | SW | 10 | 13 | 224 | 38 | 7 | 6 |
| 20 | 15 | 1 | 8 | -19 | 0 | 57 | 0 | 1   6 | 6 | 0.03 | 0.6 | 29.650 | 04 | 3.0 | 5.8 | 10 | NE | 9 | 09 | 340 | 57 | 8 | 9 |
| 21 | 18 | -9 | 5 | -23 | 3 | 60 | 0 | 2   6   8 | 6 | T | T | 29.620 | 21 | 6.9 | 7.3 | 18 | SW | 15 | 19 | 520 | 88 | 1 | 1 |
| 22 | 33 | 9 | 21 | -7 | 17 | 44 | 0 | 1   6   8 | 6 | T | T | 29.410 | 21 | 8.9 | 9.4 | 18 | SW | 15 | 21 | 595 | 100 | 1 | 4 |
| 23 | 39 | 32 | 36 | 8 | 33 | 29 | 0 | 2 | 5 | 0.0 | 0.0 | 29.200 | 22 | 13.9 | 14.1 | 24 | SW | 17 | 23 | 0 | 0 | 10 | 10 |
| 24 | 39 | 37 | 38 | 10 | 37 | 27 | 0 | 2 | 2 | 0.0 | 0.0 | 29.250 | 21 | 5.7 | 5.9 | 16 | SW | 13 | 22 | 0 | 0 | 10 | 10 |
| 25 | 43 | 36 | 40 | 12 | 39 | 25 | 0 | 2 | T | 0.27 | 0.0 | 29.150 | 19 | 4.6 | 5.8 | 16 | SW | 12 | 21 | 0 | 0 | 10 | 10 |
| 26 | 39 | 25 | 32 | 4 | 26 | 33 | 0 | 2   6 | T | 0.01 | 0.0 | 29.270 | 04 | 11.9 | 12.8 | 24 | NE | 17 | 04 | 0 | 0 | 10 | 10 |
| 27 | 52* | 29 | 41* | 13 | 41 | 24 | 0 | 1   6 | 0 | 0.62 | 0.0 | 29.040 | 15 | 11.1 | 13.2 | 30 | S | 21 | 16 | 0 | 0 | 10 | 10 |
| 28 | 50 | 29 | 40 | 12 | 36 | 25 | 0 | 1 | 0 | 0.64 | T | 28.820 | 23 | 11.7 | 14.0 | 31 | W | 21 | 22 | 10 | 2 | 10 | 10 |
| 29 | 30 | 26 | 28 | 0 | 23 | 37 | 0 | | T | 0.01 | 0.0 | 29.160 | 25 | 7.1 | 7.7 | 21 | W | 12 | 25 | 0 | 0 | 10 | 10 |
| 30 | 36 | 24 | 30 | 2 | 21 | 35 | 0 | | T | T | T | 29.280 | 04 | 7.9 | 8.3 | 15 | NE | 10 | 03 | 328 | 54 | 7 | 8 |
| 31 | 29 | 15 | 22 | -6 | 18 | 43 | 0 | | 0 | 0.01 | 0.2 | 29.290 | 26 | 4.2 | 7.6 | 22 | W | 15 | 28 | 2 | | 10 | 10 |

| | SUM | SUM | | | | TOTAL | TOTAL | NUMBER OF DAYS | | TOTAL | TOTAL | | | | FOR THE MONTH: | | | | | TOTAL | % | SUM | SUM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 951 | 490 | | | | 1291 | 0 | | | 3.22 | 13.3 | 29.225 | 24 | 3.1 | 9.5 | 33 | SW | 21 | 22 | 3479 | | 264 | 254 |
| | AVG | AVG | AVG | DEP | AVG | DEP | DEP | PRECIPITATION | | DEP | | | | | | DATE: 1 | | DATE: 28+ | POSSIBLE | | | AVG | AVG |
| | 30.7 | 15.8 | 23.3 | -4.8 | 18.4 | 147 | 0 | ≥ .01 INCH   18 | | 0.63 | | | | | | | | | | 18227 | 19 | 8.5 | 8.2 |

| NUMBER OF DAYS | | | | SEASON TO DATE | | SNOW, ICE PELLETS | | GREATEST IN 24 HOURS AND DATES | | GREATEST DEPTH ON GROUND OF SNOW, ICE PELLETS OR ICE AND DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MAXIMUM TEMP | | MINIMUM TEMP | | TOTAL | TOTAL | ≥ 1.0 INCH   5 | | PRECIPITATION | SNOW, ICE PELLETS | | |
| ≥ 90° | ≤ 32° | ≤ 32° | ≤ 0° | 3394 | 0 | THUNDERSTORMS 0 | | 1.23   27-28 | 6.5   16-17 | 7 | 19 |
| 0 | 14 | 26 | 6 | DEP | DEP | HEAVY FOG 8 | | | | | |
| | | | | 274 | 0 | CLEAR 3 | PARTLY CLOUDY 3 | CLOUDY 25 | | | |

* EXTREME FOR THE MONTH - LAST OCCURRENCE IF MORE THAN ONE.
T TRACE AMOUNT.
+ ALSO ON EARLIER DATE(S).
HEAVY FOG: VISIBILITY 1/4 MILE OR LESS.
BLANK ENTRIES DENOTE MISSING OR UNREPORTED DATA.

DATA IN COLS 6 AND 12-15 ARE BASED ON 21 OR MORE OBSERVATIONS AT HOURLY INTERVALS. RESULTANT WIND IS THE VECTOR SUM OF WIND SPEEDS AND DIRECTIONS DIVIDED BY THE NUMBER OF OBSERVATIONS. COLS 16 & 17: PEAK GUST - HIGHEST INSTANTANEOUS WIND SPEED. ONE OF TWO WIND SPEEDS IS GIVEN UNDER COLS 18 & 19: FASTEST MILE - HIGHEST RECORDED SPEED FOR WHICH A MILE OF WIND PASSES STATION (DIRECTION IN COMPASS POINTS). FASTEST OBSERVED ONE MINUTE WIND - HIGHEST ONE MINUTE SPEED (DIRECTION IN TENS OF DEGREES). ERRORS WILL BE CORRECTED IN SUBSEQUENT PUBLICATIONS.

I CERTIFY THAT THIS IS AN OFFICIAL PUBLICATION OF THE NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, AND IS COMPILED FROM RECORDS ON FILE AT THE NATIONAL CLIMATIC DATA CENTER

Kenneth D. Hadeen
DIRECTOR
NATIONAL CLIMATIC DATA CENTER

noaa   NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION   NATIONAL ENVIRONMENTAL SATELLITE, DATA AND INFORMATION SERVICE   NATIONAL CLIMATIC DATA CENTER ASHEVILLE NORTH CAROLINA

003032

## OBSERVATIONS AT 3-HOUR INTERVALS

JAN 1994  93814  
GREATER CINCINNATI AP

Weather observation table with columns for each day (JAN 1st through JAN 18th), with hourly rows at 01, 04, 07, 10, 13, 16, 19, 22 LST. Columns per day include: Sky Cover (tenths), Ceiling in hundreds of feet, Visibility (whole miles, 16ths mile), Weather, Temperature (Air °F, Wet Bulb °F, Dew Point °F, Rel Humidity %), Wind (Direction, Speed knots).

### JAN 1st

| HOUR | SKY | CEIL | VIS MI | 16TH | WX | AIR | WET | DEW | RH | DIR | SPD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 3 | UNL | 15 | | | 29 | 27 | 22 | 75 | 19 | 10 |
| 04 | 1 | UNL | 15 | | | 29 | 26 | 20 | 69 | 18 | 11 |
| 07 | 10 | 85 | 15 | | | 33 | 29 | 20 | 59 | 22 | 13 |
| 10 | 10 | 40 | 10 | | RSPW | 35 | 31 | 24 | 64 | 18 | 16 |
| 13 | 10 | 31 | 10 | | | 36 | 34 | 32 | 85 | 20 | 15 |
| 16 | 10 | 11 | 7 | | | 35 | 34 | 33 | 92 | 19 | 14 |
| 19 | 10 | 7 | 4 | | LF | 36 | 35 | 34 | 93 | 21 | 10 |
| 22 | 10 | 7 | 4 | | LF | 36 | 36 | 35 | 96 | 22 | 10 |

### JAN 2nd

| HOUR | SKY | CEIL | VIS MI | 16TH | WX | AIR | WET | DEW | RH | DIR | SPD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 10 | 13 | 2 | | LF | 36 | 36 | 35 | 96 | 28 | 6 |
| 04 | 10 | 12 | 2 | 8 | F | 34 | 33 | 32 | 92 | 30 | 4 |
| 07 | 10 | 16 | 4 | | F | 34 | 33 | 31 | 89 | 36 | 4 |
| 10 | 10 | 17 | 4 | | F | 34 | 33 | 32 | 92 | 31 | 4 |
| 13 | 10 | 5 | 3 | | F | 34 | 33 | 32 | 92 | 04 | 6 |
| 16 | 10 | 9 | 4 | | F | 35 | 34 | 32 | 89 | 04 | 7 |
| 19 | 10 | 17 | 6 | | F | 34 | 33 | 31 | 89 | 05 | 7 |
| 22 | 10 | 27 | 7 | | | 34 | 33 | 31 | 89 | 07 | 9 |

### JAN 3rd

| HOUR | SKY | CEIL | VIS MI | 16TH | WX | AIR | WET | DEW | RH | DIR | SPD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 10 | 9 | 7 | | | 33 | 32 | 31 | 92 | 05 | 8 |
| 04 | 10 | 9 | 7 | | | 33 | 32 | 31 | 92 | 06 | 9 |
| 07 | 10 | 9 | 7 | | | 32 | 31 | 30 | 92 | 01 | 10 |
| 10 | 10 | 9 | 5 | | F | 33 | 32 | 29 | 85 | 01 | 11 |
| 13 | 10 | 12 | 6 | | F | 33 | 31 | 28 | 82 | 04 | 8 |
| 16 | 10 | 9 | 2 | | SF | 33 | 32 | 30 | 89 | 02 | 8 |
| 19 | 10 | 7 | 1 | | SF | 31 | 31 | 30 | 96 | 02 | 12 |
| 22 | 10 | 6 | 1 | | SF | 30 | 30 | 29 | 96 | 02 | 12 |

### JAN 4th

| HOUR | SKY | CEIL | VIS | 16TH | WX | AIR | WET | DEW | RH | DIR | SPD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 10 | 8 | 1 | | SF | 29 | 28 | 27 | 92 | 36 | 13 |
| 04 | 10 | 5 | 0 | 12 | SFBS | 26 | 25 | 24 | 92 | 36 | 15 |
| 07 | 10 | 9 | 0 | 12 | SBS | 24 | 24 | 23 | 96 | 33 | 13 |
| 10 | 10 | 9 | 0 | 12 | SBS | 23 | 22 | 21 | 92 | 32 | 15 |
| 13 | 10 | 14 | 6 | | SBS | 25 | 23 | 20 | 81 | 32 | 12 |
| 16 | 10 | 14 | 8 | | S | 26 | 23 | 16 | 72 | 32 | 10 |
| 19 | 7 | 100 | 8 | | | 24 | 19 | 17 | 75 | 29 | 6 |
| 22 | 10 | 32 | 12 | | | 19 | 18 | 16 | 88 | 24 | 6 |

### JAN 5th

| HOUR | SKY | CEIL | VIS | 16TH | WX | AIR | WET | DEW | RH | DIR | SPD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 9 | 110 | 10 | | | 24 | 22 | 19 | 81 | 23 | 10 |
| 04 | 10 | 20 | 10 | | | 25 | 23 | 20 | 81 | 26 | 13 |
| 07 | 10 | 15 | 10 | | | 26 | 24 | 21 | 81 | 27 | 8 |
| 10 | 10 | 15 | 7 | | S | 26 | 24 | 21 | 81 | 27 | 7 |
| 13 | 10 | 20 | 4 | | S | 27 | 25 | 22 | 81 | 00 | 0 |
| 16 | 10 | 20 | 4 | | SF | 28 | 27 | 24 | 85 | 18 | 8 |
| 19 | 10 | 20 | 6 | | F | 28 | 26 | 23 | 82 | 14 | 9 |
| 22 | 10 | 75 | 6 | | F | 27 | 25 | 22 | 81 | 15 | 11 |

### JAN 6th

| HOUR | SKY | CEIL | VIS | 16TH | WX | AIR | WET | DEW | RH | DIR | SPD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 10 | 110 | 7 | | | 28 | 27 | 24 | 85 | 14 | 10 |
| 04 | 10 | 55 | 7 | | | 30 | 28 | 25 | 82 | 14 | 10 |
| 07 | 10 | 22 | 10 | | | 33 | 31 | 27 | 79 | 18 | 10 |
| 10 | 10 | 23 | 10 | | | 37 | 34 | 30 | 76 | 19 | 9 |
| 13 | 10 | 9 | 1 | 8 | LF | 37 | 37 | 36 | 96 | 20 | 10 |
| 16 | 10 | 3 | 1 | | RLF | 36 | 36 | 36 | 100 | 17 | 7 |
| 19 | 0 | 2 | 0 | 12 | RLF | 38 | 38 | 37 | 96 | 19 | 5 |
| 22 | 10 | 12 | 2 | 8 | RLF | 38 | 38 | 38 | 100 | 16 | 4 |

### JAN 7th

| HOUR | SKY | CEIL | VIS | 16TH | WX | AIR | WET | DEW | RH | DIR | SPD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 10 | 4 | 0 | 12 | F | 37 | 37 | 37 | 100 | 03 | 4 |
| 04 | 10 | 4 | 0 | 4 | LF | 37 | 37 | 37 | 100 | 31 | 7 |
| 07 | 10 | 4 | 2 | | F | 35 | 35 | 34 | 96 | 33 | 9 |
| 10 | 10 | 4 | 2 | | SF | 32 | 32 | 31 | 96 | 31 | 9 |
| 13 | 10 | 9 | 6 | | F | 30 | 28 | 25 | 82 | 32 | 9 |
| 16 | 10 | 9 | 6 | | F | 29 | 28 | 25 | 85 | 31 | 9 |
| 19 | 10 | 9 | 6 | | F | 27 | 25 | 22 | 81 | 29 | 12 |
| 22 | 10 | 9 | 7 | | | 19 | 18 | 15 | 84 | 28 | 13 |

### JAN 8th

| HOUR | SKY | CEIL | VIS | 16TH | WX | AIR | WET | DEW | RH | DIR | SPD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 7 | 85 | 4 | | S | 14 | 13 | 8 | 77 | 26 | 13 |
| 04 | 8 | 70 | 6 | | S | 10 | 9 | 3 | 73 | 26 | 15 |
| 07 | 6 | UNL | 7 | | | 6 | 5 | -1 | 73 | 26 | 16 |
| 10 | 3 | UNL | 10 | | | 9 | 7 | 1 | 70 | 24 | 14 |
| 13 | 7 | 31 | 10 | | | 14 | 12 | 3 | 61 | 24 | 12 |
| 16 | 7 | 6 | 4 | | | 17 | 14 | 5 | 59 | 25 | 12 |
| 19 | 6 | 30 | 15 | | | 13 | 11 | 5 | 70 | 24 | 4 |
| 22 | 0 | UNL | 15 | | | 12 | 11 | 6 | 77 | 26 | 7 |

### JAN 9th

| HOUR | SKY | CEIL | VIS | 16TH | WX | AIR | WET | DEW | RH | DIR | SPD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 0 | UNL | 15 | | | 11 | 10 | 7 | 84 | 24 | 5 |
| 04 | 0 | UNL | 15 | | | 9 | 8 | 6 | 88 | 25 | 6 |
| 07 | 0 | UNL | 15 | | | 10 | 10 | 8 | 92 | 24 | 4 |
| 10 | 0 | UNL | 10 | | | 17 | 16 | 12 | 81 | 20 | 4 |
| 13 | 2 | UNL | 10 | | | 25 | 21 | 11 | 55 | 31 | 3 |
| 16 | 6 | 200 | 10 | | | 28 | 23 | 11 | 49 | 21 | 4 |
| 19 | 8 | UNL | 15 | | | 21 | 19 | 13 | 71 | 15 | 5 |
| 22 | 8 | UNL | 15 | | | 20 | 18 | 12 | 71 | 11 | 7 |

### JAN 10th

| HOUR | SKY | CEIL | VIS | 16TH | WX | AIR | WET | DEW | RH | DIR | SPD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 9 | UNL | 15 | | | 20 | 18 | 12 | 71 | 10 | 8 |
| 04 | 9 | UNL | 15 | | | 19 | 17 | 12 | 74 | 12 | 9 |
| 07 | 9 | UNL | 15 | | | 18 | 16 | 12 | 77 | 11 | 7 |
| 10 | 8 | 200 | 7 | | | 22 | 19 | 13 | 68 | 14 | 10 |
| 13 | 10 | 120 | 7 | | | 29 | 25 | 17 | 61 | 13 | 8 |
| 16 | 9 | 180 | 7 | | | 35 | 30 | 20 | 54 | 15 | 12 |
| 19 | 10 | UNL | 12 | | | 29 | 26 | 21 | 72 | 18 | 7 |
| 22 | 10 | 120 | 12 | | | 31 | 28 | 22 | 69 | 18 | 6 |

### JAN 11th

| HOUR | SKY | CEIL | VIS | 16TH | WX | AIR | WET | DEW | RH | DIR | SPD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 10 | 80 | 10 | | | 34 | 29 | 20 | 57 | 21 | 8 |
| 04 | 10 | 45 | 9 | | | 36 | 31 | 23 | 59 | 21 | 10 |
| 07 | 10 | 31 | 10 | | | 36 | 32 | 24 | 62 | 20 | 9 |
| 10 | 10 | 80 | 15 | | | 37 | 33 | 26 | 65 | 21 | 8 |
| 13 | 5 | UNL | 15 | | | 42 | 35 | 28 | 58 | 21 | 7 |
| 16 | 10 | 150 | 15 | | | 42 | 38 | 32 | 68 | 13 | 4 |
| 19 | 10 | 32 | 7 | | R | 38 | 35 | 30 | 73 | 08 | 5 |
| 22 | 10 | 22 | 6 | | RF | 36 | 35 | 33 | 89 | 05 | 8 |

### JAN 12th

| HOUR | SKY | CEIL | VIS | 16TH | WX | AIR | WET | DEW | RH | DIR | SPD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 10 | 25 | 4 | | RF | 35 | 35 | 34 | 96 | 04 | 9 |
| 04 | 10 | 29 | 2 | | RF | 34 | 34 | 33 | 96 | 03 | 6 |
| 07 | 10 | 29 | 2 | | F | 35 | 35 | 34 | 96 | 06 | 5 |
| 10 | 10 | 2 | 0 | 8 | F | 35 | 35 | 34 | 96 | 31 | 5 |
| 13 | 10 | 2 | 0 | 12 | F | 36 | 36 | 35 | 96 | 28 | 5 |
| 16 | 10 | 2 | 0 | 6 | F | 38 | 38 | 37 | 96 | 24 | 7 |
| 19 | 10 | 7 | 4 | | F | 37 | 37 | 36 | 96 | 24 | 8 |
| 22 | 10 | 3 | 0 | 10 | LF | 37 | 37 | 36 | 96 | 24 | 7 |

### JAN 13th

| HOUR | SKY | CEIL | VIS | 16TH | WX | AIR | WET | DEW | RH | DIR | SPD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 10 | 12 | 3 | | LF | 36 | 36 | 35 | 96 | 27 | 6 |
| 04 | 10 | 9 | 5 | | F | 34 | 33 | 32 | 92 | 26 | 8 |
| 07 | 10 | 9 | 3 | | LF | 33 | 33 | 32 | 96 | 25 | 4 |
| 10 | 10 | 12 | 2 | 8 | SF | 33 | 33 | 32 | 96 | 27 | 4 |
| 13 | 10 | 6 | 4 | | LF | 34 | 33 | 32 | 92 | 27 | 4 |
| 16 | 10 | 14 | 7 | | S | 34 | 32 | 28 | 79 | 27 | 7 |
| 19 | 10 | 14 | 6 | | S | 32 | 31 | 28 | 85 | 29 | 6 |
| 22 | 10 | 10 | 3 | | S | 31 | 30 | 28 | 89 | 30 | 7 |

### JAN 14th

| HOUR | SKY | CEIL | VIS | 16TH | WX | AIR | WET | DEW | RH | DIR | SPD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 10 | 7 | 1 | | S | 27 | 26 | 24 | 89 | 31 | 7 |
| 04 | 10 | 17 | 3 | | S | 23 | 22 | 19 | 85 | 30 | 10 |
| 07 | 10 | 16 | 4 | | S | 20 | 19 | 15 | 81 | 31 | 10 |
| 10 | 10 | 75 | 12 | | | 15 | 13 | 8 | 72 | 30 | 13 |
| 13 | 10 | 20 | 8 | | SW | 13 | 11 | 5 | 70 | 30 | 13 |
| 16 | 3 | UNL | 20 | | | 12 | 9 | -2 | 53 | 29 | 14 |
| 19 | 0 | UNL | 20 | | | 5 | 3 | -8 | 54 | 29 | 11 |
| 22 | 0 | UNL | 15 | | | 3 | 1 | -8 | 60 | 28 | 10 |

### JAN 15th

| HOUR | SKY | CEIL | VIS | 16TH | WX | AIR | WET | DEW | RH | DIR | SPD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 6 | 29 | 10 | | SW | 2 | 0 | -9 | 60 | 25 | 10 |
| 04 | 6 | 25 | 8 | | | -1 | -2 | -11 | 62 | 29 | 10 |
| 07 | 4 | UNL | 10 | | | -4 | -5 | -15 | 58 | 28 | 11 |
| 10 | 10 | UNL | 10 | | | -5 | -6 | -17 | 53 | 28 | 10 |
| 13 | 10 | UNL | 7 | | | -2 | -3 | -14 | 53 | 26 | 9 |
| 16 | 10 | UNL | 10 | | | 1 | -1 | -13 | 51 | 29 | 9 |
| 19 | 5 | UNL | 15 | | | -3 | -4 | -14 | 59 | 29 | 7 |
| 22 | 0 | UNL | 15 | | | -6 | -7 | -14 | 68 | 28 | 3 |

### JAN 16th

| HOUR | SKY | CEIL | VIS | 16TH | WX | AIR | WET | DEW | RH | DIR | SPD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 0 | UNL | 12 | | | -8 | -9 | -12 | 82 | 27 | 4 |
| 04 | 0 | UNL | 12 | | | -8 | -8 | -13 | 78 | 26 | 4 |
| 07 | 2 | UNL | 8 | | | -7 | -8 | -12 | 78 | 19 | 5 |
| 10 | 10 | 250 | 12 | | | 0 | -1 | -9 | 65 | 16 | 10 |
| 13 | 10 | 250 | 10 | | | 8 | 6 | -5 | 55 | 13 | 12 |
| 16 | 10 | 49 | 7 | | S | 14 | 11 | -2 | 49 | 13 | 12 |
| 19 | 10 | 44 | 5 | | S | 17 | 14 | 2 | 52 | 12 | 6 |
| 22 | 10 | 32 | 5 | | ZRIP | 20 | 19 | 15 | 81 | 12 | 8 |

### JAN 17th

| HOUR | SKY | CEIL | VIS | 16TH | WX | AIR | WET | DEW | RH | DIR | SPD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 10 | 2 | 0 | 8 | SF | 22 | 21 | 20 | 92 | 17 | 10 |
| 04 | 10 | 3 | 0 | 8 | SF | 29 | 29 | 28 | 96 | 20 | 11 |
| 07 | 10 | 2 | 0 | 6 | SF | 30 | 30 | 29 | 96 | 22 | 11 |
| 10 | 10 | 5 | 0 | 8 | SF | 26 | 25 | 24 | 92 | 28 | 11 |
| 13 | 10 | 15 | 7 | | | 22 | 21 | 17 | 81 | 30 | 6 |
| 16 | 6 | 250 | 10 | | | 19 | 17 | 11 | 71 | 29 | 11 |
| 19 | 4 | UNL | 9 | | | 10 | 8 | 0 | 64 | 28 | 9 |
| 22 | 6 | 120 | 10 | | SW | 2 | 0 | -9 | 60 | 30 | 8 |

### JAN 18th

| HOUR | SKY | CEIL | VIS | 16TH | WX | AIR | WET | DEW | RH | DIR | SPD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 8 | 23 | 8 | | SW | -2 | -3 | -11 | 65 | 29 | 9 |
| 04 | 4 | UNL | 10 | | | -5 | -6 | -13 | 68 | 28 | 10 |
| 07 | 2 | UNL | 12 | | | -12 | -13 | -19 | 70 | 29 | 6 |
| 10 | 6 | 15 | 6 | | SW | -11 | -12 | -20 | 64 | 26 | 9 |
| 13 | 10 | UNL | 7 | | SW | -8 | -9 | -18 | 61 | 26 | 10 |
| 16 | 10 | UNL | 7 | | | -7 | -8 | -19 | 55 | 27 | 9 |
| 19 | 5 | UNL | 8 | | | -12 | -13 | -21 | 63 | 29 | 9 |
| 22 | 4 | UNL | 10 | | | -16 | -17 | -25 | 63 | 26 | 9 |

### MAXIMUM SHORT DURATION PRECIPITATION

| TIME PERIOD (MINUTES) | 5 | 10 | 15 | 20 | 30 | 45 | 60 | 80 | 100 | 120 | 150 | 180 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRECIPITATION (INCHES) | 0.05 | 0.08 | 0.11 | 0.14 | 0.20 | 0.25 | 0.30 | 0.33 | 0.38 | 0.41 | 0.44 | 0.49 |
| ENDED: DATE | 27 | 28 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 28 | 28 |
| ENDED: TIME | 0649 | 0339 | 0657 | 0657 | 0700 | 0715 | 0727 | 0745 | 0759 | 0759 | 0422 | 0359 |

THE PRECIPITATION AMOUNTS FOR THE INDICATED TIME INTERVALS MAY OCCUR AT ANY TIME DURING THE MONTH. THE TIME INDICATED IS THE ENDING TIME OF THE INTERVAL. DATE AND TIME ARE NOT ENTERED FOR TRACE AMOUNTS.

PAGE 2

003033

## OBSERVATIONS AT 3-HOUR INTERVALS

JAN 1994  93814
GREATER CINCINNATI AP

| HOUR L.S.T. | SKY COVER (TENTHS) | CEILING IN HUNDREDS OF FEET | VISIBILITY WHOLE MILES | VISIBILITY 16THS MILE | WEATHER | AIR °F | WET BULB °F | DEW POINT °F | REL HUMIDITY % | DIRECTION | SPEED (KNOTS) | SKY COVER (TENTHS) | CEILING IN HUNDREDS OF FEET | VISIBILITY WHOLE MILES | VISIBILITY 16THS MILE | WEATHER | AIR °F | WET BULB °F | DEW POINT °F | REL HUMIDITY % | DIRECTION | SPEED (KNOTS) | SKY COVER (TENTHS) | CEILING IN HUNDREDS OF FEET | VISIBILITY WHOLE MILES | VISIBILITY 16THS MILE | WEATHER | AIR °F | WET BULB °F | DEW POINT °F | REL HUMIDITY % | DIRECTION | SPEED (KNOTS) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | JAN 19th | | | | | | | | | | | | JAN 20th | | | | | | | | | | | JAN 21st | | | | | |
| 01 | 0 | UNL | 12 | | | -19 | -19 | -25 | 73 | 26 | 4 | 10 | 50 | 9 | | | 1 | 0 | -7 | 69 | 03 | 5 | 2 | UNL | 7 | | | 2 | 2 | -1 | 87 | 00 | 0 |
| 04 | 0 | UNL | 12 | | | -22 | -22 | -27 | 77 | 24 | 4 | 10 | 12 | 2 | | S | 2 | 1 | -3 | 79 | 12 | 5 | 3 | UNL | 7 | | | -3 | -3 | -6 | 87 | 00 | 0 |
| 07 | 0 | UNL | 7 | | | -21 | -21 | -27 | 73 | 22 | 5 | 10 | 12 | 2 | | S | 3 | 2 | -2 | 79 | 08 | 5 | 6 | UNL | 6 | | F | -5 | -6 | -9 | 83 | 00 | 0 |
| 10 | 0 | UNL | 15 | | | -13 | -13 | -17 | 82 | 22 | 5 | 9 | 85 | 5 | | SF | 5 | 4 | 0 | 80 | 09 | 5 | 1 | UNL | 1 | | ICF | 0 | -1 | -4 | 83 | 21 | 6 |
| 13 | 0 | 100 | 20 | | | -5 | -6 | -18 | 53 | 18 | 9 | 8 | 65 | 7 | | | 10 | 8 | 2 | 70 | 04 | 6 | 0 | UNL | 15 | | | 13 | 11 | 6 | 73 | 19 | 7 |
| 16 | 10 | 50 | 15 | | | -1 | -2 | -15 | 51 | 14 | 5 | 8 | 65 | 7 | | | 15 | 13 | 5 | 64 | 22 | 4 | 0 | UNL | 15 | | | 17 | 15 | 8 | 68 | 18 | 11 |
| 19 | 10 | 90 | 10 | | | -1 | -2 | -11 | 62 | 14 | 7 | 10 | 65 | 9 | | S | 12 | 10 | 4 | 70 | 34 | 6 | 0 | UNL | 10 | | | 13 | 11 | 6 | 73 | 19 | 11 |
| 22 | 10 | 55 | 10 | | | -1 | -2 | -10 | 65 | 11 | 6 | 7 | 100 | 10 | | | 7 | 6 | 1 | 76 | 36 | 5 | 0 | UNL | 7 | | | 13 | 12 | 9 | 84 | 22 | 11 |
| | | | | | JAN 22nd | | | | | | | | | | | | JAN 23rd | | | | | | | | | | | JAN 24th | | | | | |
| 01 | 0 | UNL | 7 | | | 11 | 10 | 8 | 88 | 22 | 8 | 10 | 49 | 7 | | | 33 | 31 | 28 | 82 | 20 | 10 | 10 | 2 | 0 | 8 | LF | 37 | 37 | 37 | 100 | 22 | 8 |
| 04 | 3 | UNL | 7 | | | 10 | 9 | 7 | 88 | 22 | 8 | 10 | 16 | 7 | | | 35 | 32 | 26 | 76 | 21 | 11 | 10 | 2 | 0 | 2 | LF | 37 | 37 | 37 | 100 | 22 | 8 |
| 07 | 2 | UNL | 7 | | IC | 10 | 9 | 7 | 88 | 22 | 8 | 10 | 17 | 7 | | | 36 | 33 | 29 | 76 | 21 | 15 | 10 | 1 | 0 | 2 | LF | 37 | 37 | 37 | 100 | 21 | 7 |
| 10 | 2 | UNL | 6 | | F | 16 | 16 | 14 | 92 | 21 | 9 | 10 | 13 | 7 | | | 36 | 34 | 32 | 85 | 22 | 14 | 10 | 1 | 0 | 4 | LF | 37 | 37 | 37 | 100 | 21 | 6 |
| 13 | 10 | UNL | 6 | | H | 27 | 24 | 18 | 69 | 23 | 6 | 10 | 10 | 7 | | | 38 | 37 | 35 | 89 | 22 | 13 | 10 | 1 | 0 | 4 | LF | 38 | 38 | 38 | 100 | 22 | 6 |
| 16 | 0 | UNL | 6 | | H | 30 | 27 | 22 | 72 | 16 | 9 | 10 | 3 | 0 | 8 | LF | 38 | 38 | 37 | 96 | 24 | 12 | 10 | 1 | 0 | 2 | LF | 39 | 39 | 38 | 96 | 19 | 3 |
| 19 | 10 | 39 | 7 | | | 31 | 29 | 25 | 79 | 20 | 7 | 10 | 1 | 0 | 4 | LF | 38 | 38 | 38 | 100 | 23 | 12 | 10 | 23 | | 8 | LF | 37 | 37 | 37 | 100 | 18 | 4 |
| 22 | 10 | 40 | 7 | | | 31 | 30 | 27 | 85 | 22 | 10 | 10 | 3 | 0 | 12 | LF | 38 | 38 | 37 | 96 | 23 | 12 | 10 | 31 | 4 | | F | 38 | 38 | 38 | 100 | 00 | 0 |
| | | | | | JAN 25th | | | | | | | | | | | | JAN 26th | | | | | | | | | | | JAN 27th | | | | | |
| 01 | 10 | 30 | 4 | | F | 37 | 37 | 36 | 96 | 22 | 4 | 10 | 1 | 0 | 4 | LF | 37 | 37 | 37 | 100 | 01 | 7 | 10 | 4 | 3 | | ZLF | 29 | 29 | 28 | 96 | 07 | 10 |
| 04 | 10 | 19 | 4 | | F | 37 | 36 | 35 | 93 | 00 | 0 | 10 | 1 | 0 | 4 | F | 32 | 32 | 32 | 100 | 36 | 10 | 10 | 4 | 3 | | F | 31 | 31 | 30 | 96 | 09 | 9 |
| 07 | 10 | 13 | 2 | | F | 37 | 37 | 36 | 96 | 00 | 0 | 10 | 6 | 2 | | F | 27 | 27 | 26 | 96 | 03 | 14 | 10 | 3 | 2 | | RWF | 33 | 33 | 32 | 96 | 11 | 10 |
| 10 | 10 | 9 | 2 | 8 | RF | 39 | 39 | 38 | 96 | 15 | 6 | 10 | 4 | 2 | | F | 25 | 24 | 22 | 88 | 03 | 13 | 10 | 3 | 2 | | RF | 41 | 41 | 40 | 96 | 15 | 9 |
| 13 | 10 | 3 | 0 | 12 | RF | 41 | 41 | 40 | 96 | 16 | 8 | 10 | 13 | 9 | | | 28 | 26 | 23 | 82 | 05 | 12 | 10 | 16 | 2 | 8 | RF | 47 | 47 | 46 | 96 | 15 | 12 |
| 16 | 10 | 3 | 0 | 8 | LF | 43 | 43 | 43 | 100 | 21 | 9 | 10 | 14 | 10 | | | 29 | 27 | 23 | 78 | 04 | 15 | 10 | 65 | | | RF | 51 | 51 | 50 | 96 | 16 | 18 |
| 19 | 10 | 2 | 0 | 2 | LF | 42 | 42 | 42 | 100 | 22 | 9 | 10 | 14 | 8 | | | 29 | 27 | 24 | 82 | 08 | 11 | 10 | 11 | 6 | | RF | 48 | 48 | 47 | 96 | 18 | 14 |
| 22 | 10 | 3 | 0 | 2 | LF | 41 | 41 | 41 | 100 | 23 | 5 | 10 | 13 | 8 | | | 29 | 28 | 25 | 85 | 07 | 11 | 10 | 17 | | | F | 48 | 47 | 46 | 93 | 15 | 11 |
| | | | | | JAN 28th | | | | | | | | | | | | JAN 29th | | | | | | | | | | | JAN 30th | | | | | |
| 01 | 10 | 7 | 5 | | RF | 47 | 47 | 47 | 100 | 16 | 11 | 10 | 27 | 7 | | | 28 | 25 | 20 | 72 | 26 | 9 | 10 | 33 | 8 | | | 27 | 26 | 24 | 89 | 01 | 6 |
| 04 | 10 | 5 | 3 | | RF | 48 | 48 | 47 | 96 | 21 | 6 | 10 | 25 | 7 | | | 27 | 24 | 19 | 72 | 25 | 10 | 10 | 36 | 8 | | | 27 | 25 | 21 | 78 | 03 | 7 |
| 07 | 10 | 5 | 3 | | LF | 49 | 49 | 48 | 96 | 21 | 15 | 10 | 20 | 7 | | S | 27 | 25 | 20 | 75 | 27 | 7 | 10 | 110 | 8 | | | 25 | 24 | 21 | 85 | 03 | 7 |
| 10 | 10 | 32 | 9 | | R | 44 | 43 | 42 | 93 | 24 | 7 | 10 | 20 | 1 | 8 | S | 27 | 26 | 24 | 89 | 24 | 8 | 10 | 250 | 12 | | | 28 | 25 | 20 | 72 | 07 | 9 |
| 13 | 10 | 5 | 6 | | F | 36 | 35 | 34 | 93 | 26 | 12 | 10 | 14 | 8 | | S | 29 | 27 | 23 | 78 | 24 | 9 | 3 | UNL | 15 | | | 32 | 28 | 20 | 61 | 05 | 6 |
| 16 | 10 | 17 | 8 | | | 35 | 33 | 30 | 82 | 26 | 11 | 10 | 32 | 9 | | S | 30 | 28 | 24 | 78 | 24 | 7 | 8 | 35 | 15 | | | 34 | 29 | 21 | 59 | 02 | 7 |
| 19 | 10 | 20 | 7 | | | 32 | 30 | 26 | 79 | 24 | 10 | 10 | 23 | 2 | 8 | SW | 28 | 27 | 24 | 92 | 25 | 3 | 10 | 40 | 10 | | | 31 | 28 | 21 | 67 | 03 | 9 |
| 22 | 10 | 20 | 7 | | | 30 | 27 | 22 | 72 | 25 | 14 | 10 | 34 | 6 | | S | 28 | 27 | 24 | 85 | 32 | 3 | 5 | UNL | 9 | | | 26 | 24 | 20 | 78 | 03 | 6 |
| | | | | | JAN 31st | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 01 | 8 | UNL | 10 | | | 22 | 21 | 19 | 88 | 35 | 3 | | | | | | | | | | | | | | | | | | | | | | |
| 04 | 10 | 65 | 10 | | | 25 | 24 | 22 | 88 | 06 | 3 | | | | | | | | | | | | | | | | | | | | | | |
| 07 | 10 | 33 | 10 | | | 25 | 24 | 22 | 88 | 13 | 5 | | | | | | | | | | | | | | | | | | | | | | |
| 10 | 10 | 29 | 4 | | S | 27 | 26 | 24 | 89 | 21 | 8 | | | | | | | | | | | | | | | | | | | | | | |
| 13 | 10 | 11 | 4 | | SW | 26 | 23 | 17 | 85 | 28 | 11 | | | | | | | | | | | | | | | | | | | | | | |
| 16 | 10 | 23 | 4 | | SW | 23 | 20 | 14 | 68 | 28 | 11 | | | | | | | | | | | | | | | | | | | | | | |
| 19 | 6 | 45 | 12 | | | 19 | 17 | 11 | 71 | 29 | 7 | | | | | | | | | | | | | | | | | | | | | | |
| 22 | 10 | 43 | 8 | | SW | 17 | 15 | 10 | 74 | 27 | 4 | | | | | | | | | | | | | | | | | | | | | | |

## WEATHER CODES

| | | | | | |
|---|---|---|---|---|---|
| * | TORNADO | SW | SNOW SHOWERS | GF | GROUND FOG |
| T | THUNDERSTORM | SG | SNOW GRAINS | BD | BLOWING DUST |
| Q | SQUALL | SP | SNOW PELLETS | BN | BLOWING SAND |
| R | RAIN | IC | ICE CRYSTALS | BS | BLOWING SNOW |
| RW | RAIN SHOWERS | IP | ICE PELLETS | BY | BLOWING SPRAY |
| ZR | FREEZING RAIN | IPW | ICE PELLET SHOWERS | K | SMOKE |
| L | DRIZZLE | A | HAIL | H | HAZE |
| ZL | FREEZING DRIZZLE | F | FOG | D | DUST |
| S | SNOW | IF | ICE FOG | | |

CEILING: UNL INDICATES UNLIMITED
WIND DIRECTION: DIRECTIONS ARE THOSE FROM WHICH THE WIND BLOWS, INDICATED
IN TENS OF DEGREES FROM TRUE NORTH: I.E., 09 FOR EAST, 18 FOR SOUTH
27 FOR WEST.  AN ENTRY OF 00 INDICATES CALM.
SPEED: THE OBSERVED AVERAGE ONE-MINUTE VALUE, EXPRESSED IN KNOTS
(MPH=KNOTS X 1.15).

## SUMMARY BY HOURS

| HOUR L.S.T. | SKY COVER (TENTHS) | STATION PRESSURE (INCHES) | AIR TEMP °F | WET BULB °F | DEW POINT °F | REL HUMIDITY % | WIND SPEED (MPH) | RESULTANT WIND DIRECTION | RESULTANT WIND SPEED (MPH) |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 8 | 29.220 | 23 | 22 | 19 | 85 | 8.7 | 24 | 2.2 |
| 04 | 8 | 29.215 | 22 | 21 | 18 | 84 | 9.3 | 25 | 3.1 |
| 07 | 8 | 29.220 | 21 | 20 | 17 | 84 | 9.4 | 25 | 3.1 |
| 10 | 8 | 29.250 | 23 | 22 | 18 | 82 | 10.0 | 23 | 4.3 |
| 13 | 9 | 29.230 | 26 | 24 | 19 | 77 | 10.0 | 24 | 3.7 |
| 16 | 9 | 29.205 | 27 | 25 | 20 | 74 | 10.6 | 23 | 3.9 |
| 19 | 8 | 29.230 | 25 | 23 | 19 | 79 | 9.6 | 23 | 3.0 |
| 22 | 8 | 29.235 | 23 | 22 | 18 | 82 | 8.9 | 23 | 2.3 |

003034

NATIONAL CLIMATIC DATA CENTER
FEDERAL BUILDING
37 BATTERY PARK AVE
ASHEVILLE, NORTH CAROLINA    28801-2733

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

```
FIRST CLASS
POSTAGE AND FEES PAID
NOAA
PERMIT G-19
```

JAN 1994    93814
GREATER CINCINNATI AP
USCOMM - NOAA - ASHEVILLE, NC    550

HOURLY PRECIPITATION    (WATER EQUIVALENT IN INCHES)

| DATE | A.M. HOUR ENDING AT |  |  |  |  |  |  |  |  |  |  |  | P.M. HOUR ENDING AT |  |  |  |  |  |  |  |  |  |  |  | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |  |
| 01 |  |  |  |  |  |  |  |  | T | 0.01 | 0.01 | 0.01 |  | T | T |  |  | T | T |  | T | T | T | 01 |
| 02 | T | T | T |  |  |  |  | T | T |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 02 |
| 03 |  |  |  |  |  |  |  |  |  |  |  |  |  | T | T | T | T | 0.01 | 0.01 | T | 0.02 | 0.02 | 0.02 | 0.03 | 03 |
| 04 | 0.02 | 0.01 | 0.03 | 0.02 | 0.04 | 0.03 | 0.02 | 0.03 | 0.02 | 0.02 | T | T | T | T | T | T | T |  |  |  |  |  |  |  | 04 |
| 05 |  |  |  |  |  |  |  | T | T | T | T | T | T | T | T | T | T |  |  |  |  |  |  |  | 05 |
| 06 |  |  |  |  |  |  |  |  |  |  |  | T | T | 0.01 | 0.02 | 0.03 | 0.03 | 0.01 | 0.02 | 0.03 | 0.03 | 0.01 | 0.03 | T | 06 |
| 07 | 0.01 |  | 0.01 | T | 0.01 |  |  |  |  | T | T |  |  |  |  |  |  |  |  |  |  | T | T | 07 |
| 08 | T | T | T | T | T | T | T |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 08 |
| 09 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 09 |
| 10 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 10 |
| 11 |  | T | T | T |  |  |  |  |  |  |  |  |  |  |  |  |  |  | T | T | 0.03 | 0.02 | 0.06 | 0.09 | 11 |
| 12 | 0.05 | 0.03 | 0.02 | T | 0.01 | T |  |  |  |  |  |  |  |  |  |  |  |  | T | T | T | T | T | T | 12 |
| 13 | T | T | T |  |  |  | T | T | T | T | T | T | T | T | T | T | T | T | T | T | T | T | 0.01 | 0.02 | 13 |
| 14 | T | T | T | 0.01 | T | T | T | T | T |  | 0.01 | 0.01 | 0.01 | T | T |  |  |  |  |  |  |  |  | T | 14 |
| 15 | T | T | T |  |  |  |  | T |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 15 |
| 16 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | T | T | 0.05 | 0.03 | 0.06 | 0.10 | 16 |
| 17 | 0.07 | 0.03 | 0.02 | 0.03 | 0.05 | 0.04 | 0.07 | 0.03 | 0.02 | 0.01 | 0.01 |  |  | T | T | T | T | T | T | T |  |  |  |  | 17 |
| 18 | T |  |  |  |  |  |  | T | T |  | T | T | T |  |  |  |  |  |  |  |  |  |  |  | 18 |
| 19 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 19 |
| 20 |  | T | T | T | 0.01 | 0.01 | T | T | 0.01 | T | T |  |  |  |  |  |  | T | T | T |  |  |  |  | 20 |
| 21 |  |  |  |  |  |  |  |  | T | T | T |  |  |  |  |  |  |  |  |  |  |  |  |  | 21 |
| 22 |  |  |  | T | T | T | T |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 22 |
| 23 |  |  |  |  |  |  |  |  |  |  |  |  |  |  | T | T | T | T | T | T | T | T | T | T | 23 |
| 24 | T | T | T | T |  | T | T | T | T | T | T | T | T | T |  | 0.01 | T | T | T | T | T | T | T | T | 24 |
| 25 |  |  |  |  | T | 0.02 | 0.01 | 0.05 | 0.06 | 0.04 | 0.02 | 0.01 | 0.02 | 0.02 | T | 0.01 | T | T | T | T | T | 0.01 | T | T | 25 |
| 26 | 0.01 | T | T |  |  |  |  |  | T |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 26 |
| 27 | T | T | T |  | 0.01 | 0.01 | 0.26 | 0.15 | 0.05 | 0.04 | 0.02 | T | 0.01 | T |  | 0.02 | 0.02 | 0.01 | T | T |  |  | T | 0.02 | 27 |
| 28 | 0.06 | 0.10 | 0.20 | 0.19 | 0.07 | 0.01 | T | T | 0.01 | T | T | T | T | T | T | T | T | T | T | T | T | T | T | T | 28 |
| 29 |  |  |  |  | T | T | T | T | 0.01 | T | T | T | T | T | T | T | T | T | T | T |  |  |  |  | 29 |
| 30 |  |  |  | T |  |  |  | T | T | T | T |  |  |  |  |  |  |  |  |  |  |  |  |  | 30 |
| 31 |  |  |  |  |  |  |  |  |  | T | T | T | 0.01 | T | T | T | T | T | T | T | T | T | T | T | 31 |

003035

# EXHIBIT LIST
## STATE - VS - LEE MOORE
### B9400481

1. PHOTO MELVIN OLINGER
2. PHOTO REAR VIEW OLINGER FORD TAURUS W/ LICENSE MNM 685
3. PHOTO OLINGER FORD TAURUS
4. PHOTO AERIAL BLOWUP OF SCENE
5. DIAGRAM OF SCENE
6. PHOTO AERIAL OF SCENE
7. PHOTO VIEW OF BODY NEXT TO DUMPSTER
8. PHOTO CLOSEUP OF BODY NEXT TO DUMPSTER
9. PHOTO BODY NEXT TO DUMPSTER WITH SNOW BRUSHED OFF
10. PHOTO POLAROID OF LEE MOORE
11. PHOTO POLAROID OF LARRY KINLEY
12. PHOTO POLAROID OF JASON HOLMES
13. PHOTO LEE MOORE FORD FAIRLANE W/ FRONT LICENSE MNM 685
14. PHOTO LEE MOORE FORD FAIRLANE W/ NO REAR TAG
15. PHOTO GINAS LOUNGE
16. PHOTO GINAS LOUNGE
17. RIGHTS FORM LEE MOORE
18. TAPED STATEMENT OF LEE MOORE
19. TRANSCRIPT OF TAPED STATEMENT OF LEE MOORE
20. PHOTO OF BODY WITH LEGS BENT BACK  _(Gross)_
21. PHOTO CORONERS VIEW OF HEAD
22. PHOTO OF BODY IN RECLINED POSITION  _(Schierer?)_
23. PHOTO CORONERS VIEW SHOWING STIPPLING
24. PHOTO SPREAD SHOWN TO J.C. PENNEYS EMPLOYEES
25. GOLD NUGGET RING FROM EVID. BAG 5689
25a PHOTO SHOWING WHERE RING FOUND IN SEARCH
25b RECEIPT FOR RING PURCHASE
26. NECKLACE AND BRACELET FROM EVID. BAG 5694
26a PHOTO SHOWING WHERE JEWELRY BOX FOUND
26b PHOTO SHOWING CONTENTS OF JEWELRY BOX
26c RECEIPT FOR NECKLACE AND BRACELET PURCHASE
27. NECKLACE RECOVERED FROM LEE MOORE AT ARREST
27a RECEIPT FOR PURCHASE OF NECKLACE
28. CLOTHING OF LEE MOORE AT ARREST FROM EVID. BAG 5699
29. STURM RUGER .357 REVOLVER
30. VIDEOTAPE DEPOSITION OF DR. ELLIOTT GROSS 9/8/94
31. - Local Record of Climatical Data
32. - Photos of scene

# JURY SELECTION

p roll

11/9/94 @ 11:30 - Jury Selectn
 = 35 - explained
 ± 20-25 - explained

Bothelion
Ellen Gilker
Rich Meader

b) John Grawerkamp - Neighbor ? ? - ?
#1 Patricia Gomes - Att w Judge Luehlman

[3/13?]
[cross
not
our
facts
or
law?]
— Libertarians —       11/4th 94, 3 individual - executed
       3 Cts - /murder

— Put Case out of Mind

Witnesses

Recognishing
#1 - Can not follow law

PAVENS would not be able to follow law

NACKE - Seal      Failed - Stress Anxiety
       3 wks in row
FREEMAN
— Given - certain things to follow
       Can follow - law

fact that Pers is Catholic

003037

Pettigrew
   open minded - can be appropriate / Neutral
   11 - 0 /

Daughter Trouble in School
   reservations
   Could not say

(15) PETERS
   CAPITAL PUNISHMENT - I believe in it - we need
                              it - why

#4  BOTIHORN
    sequestered - Problem

    willing to
    1-10 - 6-7 in favor
    of  in favor

MASON - for Child
        For Death penalty

Goodman
   Child goes to Kindergarten w/ Joe Deters Girl

GILKER    Knows brothers there
          #5 could be fair

GURMAN

- PAU
  Necessary Statement

(10) MILLER COACH
  Judge Sentence - 18 yrs eligible to be out after 4 months

SISTER IN CIA

(11) Donna England
  #10 - Very Strongly
  Definitely op by law

MITIGATING FACTORS
LOVE  PRAISE  HONESTY  OPEN RELATIONSHIP
FOR CAP PUNISHMENT

Juror 3,7,9
8,2     What kind of facts   None - Unjust also

      #3, #9 #7    #4  #2
                    #8
(1) 1st Peremptory
P-01 - #2  WELLER Pettigrew

      #2 Weller
        30 yrs law enforcement - public + private
        testify on behalf of Pros - like with
        ? England

Ashton - Father
Children - age of victim

① Def 1st Preempt - #9 - Ball

Ballay - dress p-n- jury contact — Princeton Jr High
③ Pros #2
   Pros #9 - ASHTON   Asslt, Robbery

#7, #8
#4      - Death penalty -

④ Def 2d   Peters

⑤ Pros #3
   Pros #1 - Freeman    obj

Cousin convicted of Murder → Him old
                                drowned baby
St James
- Eucharistic Minister
⑥ Def #3 Gillus

⑦ Pros #4  Ballay
   Phillips   friend of Danny Lee Bedford - Death Row

⑧ Def #4 - Gov—

003040