GORMAN    PETERS
2yr          10½

10yr  - Rapa-  GA   | Person not cap'y

Brother-in-law      Kid

CATTO
Wanda

⑧ PROS WAIVE $5

⑩ Def $5 - Butterham

⑪ Pros $6 - WAIVE

⑫ Def $6 -  $1 Gravenkemp
            replaced w Savage

003041

1 Woman      1 Black            2 alternates
5 Men        Conservative       1 percent, bossy challen

#425    SAVAGE

married - No children

HOUSED     #59  feel good about the system    - follow wd law
Go          still have life                   - circular evidence
CAUSE

Meds dout every Sunday


#26  Mudershach
      36         UC 78         Divorced - No Children    10 yr - P.G.
                 85
      - Spiritual being                        Conseder - Daily
      - Good Education
      - Positive role Models
        reception                              No Violent
        affection placed                       Can Mont -
                                               Broiler - in - law o. eshs

#27  Sadism    - earlyphie    2 mg
     Married      17           Support
                 14/3


#28 - Bam


Nothing troubles -  Send death penalty


① —
② USED                                         Adm og interest
③ Psy Statement - by tabo Stand???            self - serving
④ Copy of Procedure
⑤ Mitigator - Cooper
     Swlies / Scheppius

003042

CROSS ? Dave Feldhaus

Why that day

PM
LK - 6.40 ♂ M+H
Sgt E Roberts + William
1:48 CIS D♀ J Williams

— 1H JH - 3.40 AM D♀
Mike Tiernan
11:40 11:00 - M+ Health
LM
4.45  6:30

into arg 1/2/94
Remember Cold - Snow — ground
Remember - when 1st became involved, that Invest was
investigation in Homicide MO.
You were not at M+ Health Utry.
you were at CIS - Criminal Investigation Section,
Broadway - Downtown
Some - suspects being brought in to God be questioned

Knew Officer - Williamson Fairfield
Mike Tiernan.
They were present at CIS
actually interviewed all 3   JASON HOLMES
LARRY KINLEY
Les McVay

Swear that Holmes - & Kinley had been interviewed
previously at M+ H - by Officers Roberts + William +
Tiernan.

So you had some knowledge of their statements
You interviewed LK. 1st - 1.45
JH mgt at 3.40
scheduled to interview LM also
But he had not been interviewed by M+ Health,
No Body questioned him in M+H - So didn't
know what he was going to say - admit or deny
Did not have benefit of talking to Fairfield office
knew what other said - Even what Mr Mrs
would say

003043

Were you present when he was brought in

Recall - had coat - No shirt - remember he
was in his socks. No shoes - he had to walk through
snow & sleet in his socks

_Lee Moore_
- placed
- 1st one
handcuffed

Do you know he was arrested - p-w evening X 5:10 or 5:30
arrive held at Mt Healthy - Jail - was brought
to CSS - 2:10 a.m.        Do you know if he had any supper -
what time arrived.
When placed.      Was he permitted to phone his family
& room by himself
He remained by himself until 4:45 A.M. -
       That's when you first talked to him

Did not talk

You understand you were Lord just viewing - try to establish
some type of rapport - Make person feel at ease - do
not want to make them feel uneasy by putting legal
recorder - in front of - or immediately taping -
Try to stress importance of telling the truth -            joined in officer
Reviewed his rights - you didn't sign -                          Tierno
down in Mt Healthy -

Show Dft
#17

Describe his demeanor -  was he  Calm
       not rowdy & rowdy -        at times he was crying

&
upset
Crying

You initially interviewed at 4:45 - 7:15           Present w Tierno
       Did you make notes -

MARK

D Ex 9

Identify - they are your - notes
       I DIDN'T PLAN TO KILL ANYBODY - is that what you
       have written here - That is what I wrote - told you by
Lee intend
All you intended  was to steal a ca-

003044

Did he tell you what he did to D - on the that night

You - also indicated    348 - Gin, Dime of weed
     how much in                     Mar - y

After - he fired - Went to car - indicated LK said
     Hoy man - probably - liked to shoot it

Assault to Avers - LK - charged w/Agg M
                     Same as  LM
          also award JH - charged W/Agg M - just like
    LM - but neither will receive death penalty

You testified at Trial of Jason Holmes
     remember - po testimony or how Fairfield become
  involved. You testified Jason tried you that both he +
    LM - decided to go to Fairfield

Now - Taped Statement Lee made
     told you he had been drinking heavily + smoking
     Mary - consistent w/ early w/d-over

also indicated in his taped statement that the shooting was
        an accident - that he didn't mean it + that it
was his intention to let them go

also indicated he was trying to go Jacob - to impress people,
        that he wasn't even trying to kill anybody

However denied his involvement - in these events via
    the shooting - He told you the truth about taking the
car - told you about involvement of JH + LK
- admitted

003045

Jason Holm
50 yr. old life

Truthfulness
consistent      up to point of schooling - RK

Not consistent w what otha.

I H not even

RK- think of p

003046

15

14
3
17
13
5

CLOSING

- Each explicit - what p will
- Point - Considered w what
  Client says
  Which evidence
    pre- calculation +
      design

Ill. what happened after
    pre- calculation & design

Herb -, Shelby - looking for victim

Reasonable doubt

① Read Indictment

Int. o- Closing - only opportunity -
  Chance for me to review evidence
  testimony

Realize how long it was &
ask you to keep open mind - wait
until you hear all the evidence
+ then received instruction - would
like to thank you

Spend _ minute review indictment
  in 3 counts

5 Cl Indictment   Deg Charge w Agg M -
  4th Clg Agg Robb & 5th Clg Kidnapping

One old   Specification a Specifications +   Specification 2 to Agg M
  verdicts
  verdict only   each Agg M would be 3 Specification which if you also
  relieve verdict if guilty - reason we proceed to 2d phase
    where y decide punishment

At first glance it seems complicated - except for
  our effort -

Prove it   Each count - Agg M - require CM - killed w purpose
  purposely
  our count includes prior Calculation + design - but all 3
  said of 2 Agg M requires that you are convinced
  beyond a reasonable doubt - that it was the man's
  Specific intent to kill N.Irvin Illey -

003047



③ The law requires & Judge Beckman will not let you
that before you can find any Cruelty of Agg M, you must first
find he specifically intended to cause death. ? M O

I ask you to look at the evidence & determine whether or not
this was pre-calculation design - & Whether or not there was
purpose.

In looking at this evidence I ask you to recall opening statement -
of the Prosecutor. - He talked about - a hunting trip - where
Mr. Moore was stalking a victim to execute.

And I ask you to look at this evidence & decide if that is what
occurred on Jan 14.

When I first spoke to you in my opening, (at outset) of
this case. I indicated - we weren't going to try to
pull wool over anyones eyes - we weren't going to try
to hood wink anyone

I told you that we would not challenge Maps - of Static
evidence - that the objective evidence was straight forward
& indicated we would not dispute that on Jan 14, 1994, Mr. Elgin
co- was robbed that ultimately the man was shot I acknowledge
that his credit cards were taken & items purchased

The maps - of the evidence you heard support/substantiate
this taking of the car, the fact that Mr. O was shot -

You heard from Vicki Elgin - the victims father - you heard from his
friend at the family tavern - You heard from PO Garrett
of Fairfield who was involved in the incarcerary prior arrest.
The people from the various stores talked about the purchase
the various police officers talked about the items they recovered
We didn't really challenge this evidence - we don't deny
that these event occurred

But again, how does this evidence prove purpose,
pre-calculation & design

003048

Coroner - look at photo's - where was body - How far down    36"
which any position of body

(3)    y heard about officers who arrested the Dog

Officer Bennett - talked about how he came into contact w
the Dog at McDonald's. — [illegible] him in w was arrested; he did
draw a gun or struggle

y heard from Pugh who pulled down the car - Pugh is the
one who found the body - took the photos - officer Murray - talked about
[All] said the evidence is pretty straightforward, what is being
[Coroner - ] what I call Objective - evidence that is not in
[Schiavo] dispute
[pulled trigger]
[gun cocks]
[36in klr. body] - y will recall Dog insisted he accidentally pulled the trigger - not that it
[bolsters - seeing] dropped in. but it banged - accidently pulled trigger - because death of MO
[pull trigger several ] But we then get to the evidence that is intended to designed
to address the issue of purpose, express intent, prior
calculation & design.

What Testimony of officer have Feldhaus - & the evidence as to the
statements of LM - officer Feldhaus says you
he interviewed LM twice - told him at about 1:45
at time while, around 6:35
Both statements were consistent.

M. Moore- Never denied his involvement - to merely
made up a story claiming he was not at the wall or that he
didn't [illegible] them w the credit card

Mr Moore acknowledged his involvement - you heard his
responses - he indicated he had been drinking -
3 Days - Gin - Smoking Maj.

He talked about - how he was trying to get a car - to rob/rip
people - "I wasn't never trying to kill any body."

y heard Lee Moore say how he - [in recent tell]    didn't plan to kill
any body. It was an accident - he didn't mean it.
It was my intention to kill him you -
But never did it happened"

003049

④ He had the gun pointed at Theisman - he was shot - he panicked he go scared. He accidentally pulled the trigger

Now ladies & gentlemen

we believe LM was billy Trimble - & he was involved in shooting - he had gun - but he didn't take that man w the purpose, plan or scheme of shooting him -

The shot was fired - but it was an accident. deymeilater

~ manslaughter · gun harm    ~ an accident

And so now you have evidence which raises a question, as to the elements of purpose, pre-caleon lation & design

~ after hearing the Law Moores statemen you now have to wow if it was the specific intent to same death of M O - if you can not specifically find this - the law requires you to find LM not guilty of A M.  - I did explain that M O from how he got beat up + done to Fairfield

But that is not all the evidence you heard - The state has to shore up - rebuild its claim as to purpose + the state attempts to do this w Larry Kinley

so when you sit think long & hard about the testimony of LK you could observe him - you can decide what interest he has in testifying

yo head him talk about the time - the fact that he & Chris one from Cincinnati at 9:45 - take a miss Tami take about 1/2 hour - leaving Fairfield at 1:30

yo head him talk about stayey myself

He told you he knows all of what happened in Fairfield - but you also know he wasn't there - He acknowledged he lied to the FBI ed about when the car come from - previous a dope friend - lied about his buy w Leo Moore when credit + debts were used.

so when yo are dismy I think LK did not lie about - & that was that he had no idea LM was going to Shoot This room so when that realized because there ~ no weight they determined or planned this nights events. no weekend They planned to Shoot MO -

003050

⑤  when he talks to the police

You know he's pretty much uninterested in saving his own
rear-end - he knows what happened that day-else - even though it doesn't matter
because of what he did - he knows what was said - even though it was told-he told a change it
running, the wording - by x a happy-go-nice-being played

You know he hasn't been sentenced yet - You know he
has somebody to spen... if he cooperation with the Pros - the
judge told him so, - his lawyer - told him so

---

• that makes sense - sure - If you wanted to make he
said the right thing - you had to hold something over his head-give
him some incentives -

• again you knew he's willing to say the right thing - he
said what the police wanted - when they interviewed him,
he had his version yet - he statement - read it on - he
even acknowledged talking to the prosecutor + rehearsing his
testimony -

---

But his testimony is not consistent - it is self-serving + it is
in conflict w/ the objective, straightforward evidence presented-
                                          L M's statement is not

- yet Officer Feldhaus told you that it is - LM's statement the
LM's story dead not w/
                consistent  w/ that  of LK

- Just say, I would agree  - Officer-Feldhaus acknowledges
that LM told the truth about Purpose 2901.22
  to tell the truth - what the  law-defines purpose - requires to be
   told the truth about what he did - If person acts purposely  w/t
    gives statement, the police.  when it is his intention because  s/
     boastful, reckless, etc.  certain result
  + yet Officer-Feldhaus felt  Prior-calculation + design -
    phrases - not likely truth  does-scheme - well-reasoned +
   not mate... story of 5  in cases of agg Murder - requires +
      detailed analysis + reflection
         being to carry out decision of a murder
        State v Jenkins (1776) 48 OH St 39, 0 O O3P
                                        34P3

I object to review the testimony of LK in comparison w/
the statement of LM

003051

(6) Because since you review this testimony — you will have to find
beyond a reasonable doubt the L M & J specifically
intended to cause death of M.C.

To do this you will have to disregard the statement of L M &
believe testimony of L K

It will come down to Reasonable Doubt — Read ORC 2901.05
Reasonable doubt is present when the jurors, after they have

I review testimony of L K
    — applying the standard of reasonable doubt
the law requires you to compare all the evidence
using reason & common sense
but the law also requires you to consider the evidence
& find that it is of such a character — that you
would be willing to rely & act upon it in the most important
of your own affairs.

Ladies & gentlemen I ask you is the testimony of L K is of
such character & strength that you would be willing
to rely & act upon it — If not — I would be reluctant
to & if you are then that is reasonable doubt —

+ if you have reasonable doubt —
If after reviewing all the evidence — You are not
firmly convinced, if you — had some question or
are unsure as — to purpose & prior — calculated & design
        then you must find L M NOT GUILTY of L & M

Now — when I first talked to you about evidence — I indicated I was involved there was a
question as to whether guilty of L & M or something else —

        Cops a creek — to defend myself I
        Ask the officer Sunday Wood

(7)    • When you review that testimony, I will tell you the there is only
        one person who can tell you what happened behind that dumpster.
        • That one person is LM   • he told you the shooting was an accident.
        he told the truth about everything else, he is telling you the
        truth about the shooting.

• Because he has told you this shooting was an accident • because of the
        evidence in general — knowing he is charged w/ Inv. M — unless someone tells •
        is appropriate to consider
The judge will instruct you on the law of Agg. M —
        detailed in the law and Inv. M is less serious Manslaughter-
        Involuntary — can involve a death — but not guilty of Agg. M
        but may be guilty of something else
It will instruct you as to offer involuntary Manslaughter
        that involve person causing death of another — as a proximate
        result of committing or attempting to commit a felony

LM has never denied his involvement — you heard his statement
        that he never intended to kill anybody, his intent was to
        steal a car — but the shooting was an accident
The elements of guilt for Manslaughter
        LM — with car — of robbery — Felony, Forced Mr. White trunk —
        Kidnapping, felony & he caused death of MD
        elements of guilt of involuntary Manslaughter

Consider • the testimony, review the evidence
        Discuss the facts among yourselves
        decide if you are firmly convinced, of this testimony of LM
        is so clear that you would be willing to act upon fully on
        or check if you do this — you will find LM not guilty
        of Agg. M — but guilty of Involuntary Manslaughter, guilty of
        Agg. Robbery & Kidnapping

We ask you to deliberate, discuss this case, consider the evidence
        & the law — evidence — reasonable doubt abide by your oath.
        & if you do — we believe there is sufficient, strong basis to find guilty of VG & of DM

M. Dele. read
several times

Tape - Can listen
Records.

Say ___ this is
beyond belief

Accident -
57#3
Why you don't point guns at people

p.# Why Capability of Deadly Weapon

p 2 - While

19

Loaded ___

LM HTT LMT II 11 Kidnapping
- Placed

Gun Spec & ___ Inventory

p 3 - spec #3 ___ (# )

(Changed) { 7780 - mig ___ for - #14

p 3 #/6

518

#25

#26

27

29

003054

CLOSING

- RIGHT WAY TO DO THINGS
  - Objections - Of Hrsy
    - Stipulations    - Try to avoid - undue pain, grief

  - M - tuned in to ???? - talk when jewelry was - Shentala

- Any & testing ???    Problems OF Act

  Instructions
    - Involuntary Manslaughter
    - Neg. Homicide

003055

Notes as following

There is only one person who can tell ya what happened behind that Dumpster.

May be guilty of something - noted by M
& Something less

L/L

He didn't know - L/L going to shoot that Man
L/M didn't know Hoffman was going to be shot

Not telling you L/M - wasn't involved
- didn't take a
- credit cards
didn't have gun

But this only evidence you've heard
L/M -

L/K - he didn't know -

He caused death - guilty of 5 n voluntary Man Slaughter

A & of M -
Law requires - separately
you must find equivalent - to cause death

Ct 1 - Purposely or WP-10 - calculation & design

Ct 2 - Purposely

Ct 3 - Purposely

Ct 4 -

Purpose
Specific Int.

started analysis
direct beg → direct
Based of
another - Design - when
scheme. Well reasoned
sufficient time - expect amt of
planning
NO PRIOR CALCULATION
+ DESIGN
NO PURPOSE

Removed to benefit
would be relying on
evidence of L/K

AF statement of L/k not con-
sistent w statement of others
& was not - L/K - not to resd
himself - say whatever police wanted
him to say

seg - told where find guns, Ct -
jewelry -

Cooli, Cutley

Read State v Jenkins – (1984)   15 Oh St 3d 164

Shein Penix (1987) 32 Oh St 3d 365
?was Calculation & Design not

Mullan – Lhost   Jury   Merge –
ng of Agg Circum
ONE Homicide –         43
          47 –   kidnapping / Agg Rob,
          deleted prior calculation & design

State v Mills (1991) 5-9 Oh St 3d 91, 93
        convicted of Agg Circumstances / Murder escape
                      defection & felony murder –
        Should
        Both Duplicative Agg circumstances
              Should be merged
    same Agg Burg – Same facts

        State v Brim
        one Homicide – can only be convicted of one Agg M
                              or set of Agg Circumstances

Merged M's – Brim
        Benick Benner
        Benick Bennett
Merge – Specs  Benick v. Merge, finding of Guilty as    Merge Agg circumstances
        kills    63 Agg M
              Guilty of Agg M – later
        Merge  Specs    on spec  #7. delete prior
Penix –           calculation & design
                      Jenkins

003057

10:00
5/5/94

MOTION TO SUPPRESS

Heavy to Suppress
10:30/330 Ink

Lee Moore
5:33 PM — Knife —
Advised — un marked Det Unit
N. Brown

MILL
DONATHAN

McDonalds          Hamilton Ave

Pulled in

Lee moore out of Vehicle          / Bennit
on side of Bldg

Larry — K
in passenger side of
Vehicle

Pulled down
P.O. Handcuffed
Spoke — who's this about

Advised Far field — eight — what going on    several

Han dressed          - Don't remember    Cold
30°    Jacket - Sweatshirt

Cuffs    Mt Healthy
/ Placed    - Boda -    Tar Lock Mt Health
- Noogely NCH - Kim key

- Removed - NA sm- Possible
Mt Healthy - N 5:50

Kenly — up lesn
Far Head - Sgt Ed Roberts - Officer   Clothin
out Armstrong
Oliver transfering

Holly Cell
0005

003058

PM - Jeff
Arrangements
Brought - Back to Police Dept          - No Sound
- Holding Cell - 6-20                   - Below freezing

1st row - pants, hat
sweatshirt - No Coat / Jacket

19th - Sch - of kids 18
Address Meredith D.
Springfield Township

Clothing - JA took
@ 5:00PM
- Hat, Shirt, Sweat Shirt - Shoes
jewelry

Coat -
Blanket - pants - O/B pink

3 rd eye - Sgt Donothers
- Bennett          to Judy Ellens H.
- Amler

Returned ~ 11:30

Cross Bed                              Allege - jewelry
Sch eed to donate               Fairfield had Officers - es
                                              - Girl
                                              - Toilet
                                              - Bed
                                              - B Lanket

GAMES
10:30 P.M.
face in wet asphalt - did not have cuffs
Blue Jean
on't believe - shirt - Brace Checked
NO       Shoes - Stockin feet
SHOES

To transporting
                        11:12:25
30 ft.      Headed where - Cont P
Slush-ground   cuffs - behind - back - Cooperative
around injury

SNOW - YES)   Uff - Fair                    Mike Tiernon

            Read rights        Statements

        1   Tiernan at Mt Healthy

    Nothing to eat
            - Complained

_____

MIKE TIERNAN / Det Bob Bennett
            McDonalds
        followed to Location - Clovernook Mt Healthy
    ↳ - 1980 Ford Fairmont -
            5 mins - Pulled out
    across st - adjacent complex
    followed a 2n3 mins
    Pulled into McDonald
        approached - had   Gun Drawn
    JSJ on PR off- put Hands on steering
        cuff -
    told - informed - of investigation - time

003060