Requested Atty                                              4:45
Handcuffs
                    15 or 19                          Sweatshirt
                                                      Jewelry

          ↙ Holding Cell                              Shoes
               Don't remember # handcuffs on
          Read Miranda — 12:10 AM      Bare Chested
                    new                 not robe in car
  earlier↙

          Next line 4:45

          Feldbaum reviewed Rights
               Interview by Feldbaum

  Why Butler Cty
  Why Ohio?      Into Butler Cty  to steal car      Jason Helton
                    Saw car driven by Obryge         Larry Kinley

  No  Why to Butler Cty                             wallet fell to ground
          to steal a car
                                                     ↙ suddenly pulled
                                                       to go.
     That other?
          that car  Yes                             Ran to car
              only ones in                           into Ca- Left

          Bare Chested    Coat         Shoes

Not asked [illegible]
Not asked + got [illegible] [illegible]

Drawing - Sketch
  asked Moore  when pulled car
4:45 - till 6:25

= Charged w/ Agg Murder —  mention sounds familiar
  [illegible]                  Accident [illegible]

Cross By Gattermeyer -
1/20/94 - Missing person since 1/14/94
  Melvin Ohlinger — Co. Blue 94 Ford Taurus
Into JCPenney's Tri-City - MO card used 1/15/94 - small
  BC
    Observed getting into Blue Ford Taurus - license plate
  from Lee Moore Sr.
    w/ JCPenney - imprints - Larry Kinley
    pers to stop Lee Moore - entered apt complex - Moore ca-
  observed - [illegible] license plate - Same as Blue Taurus

Stop - facial characteristics

Observed Lee Moore - holding cell - 2.3
  lying in bed - appeared to be sleeping - read rights
Real
  — Understood Rights

003062

4:45 - B. coles
    did not ask for food
    Given water - on 2 occasions
    Clear headed

Dave Feldhaus
    5:20 Pm  6 4:20 Am

1st saw    picture  Jacket - No Shirt   yr-
            
Shoes ???
    - Sandbody Shoes -           Offered eat
        Socks                    - Coffee Pop
                                 Asked for water

        Joint interview
        DF - lead
Does not    Tiernen - advised of Miranda Rights
remember accident        Showed.              he was read
description
        Initial

4:45  - finished 7:15

    Who abused - him   - wanted truth

    Only drawing                 15 to 20 minutes
                                 established rapport

    reasonable


    Crying - Sobbing

003063

Jacob Holmes
just sitting - Watching TV
Smoked Marijuana

Another officer took shoes
don't know his name

Got jacket

10a/te - 12:20 - He wanted atty
- at Mt Healthy - Hungry - Thirsty

West Socks
No Shirt      No towel - No dry socks
              - He couldn't take socks off - Handcuffed - behind back
Handcuffed    w/ 445
behind back   5
1:15 -        Room - table -         Hands behind back Handcuffed
no water -
no food -

asked Feldhaus for water

Feldhaus - told wanted atty
told other boys had made statement
would not look good if he did not

                                    Freeman
Murder - Accident -    as opposed to stepping on gas +
  y didn't see            trying to kill

003064

Cross of Lady MP

Tavern - Plate missing

Clothing bought w/ Credit Cards

OPEN DOOR
No Alcohol
Smoked Marijuana
effect - makes me feel high - different
Makes me feel high - Can't explain
Probably wouldn't do anything different
Good? Little
Can read - Read rights form
- ever read before - How many times
He knew rights - Yes / Yes

Accident
is that where you got idea? accident
When got idea? Not idea
                    we
Because it truly was accident

Signed FDs - said he had right to Atty
asked from - understood he knew his rights
only finds

GARY SEAL
1101 Clearbrook + Lee Moore St.
- Gold Nugget Ring - Price Tags - Shoebox Cov.
Lee M. S.'s room        Ammunition
types
2 empty holsters

003065

Lee Moors
w/ Spr Lackey                                    Bt 4
                                                 Unger

Lackey advised - bold re Murder
Phone Call - from Fairfield

Parents - Cooperation

P. Off - Joe Hoffmann

                                                 Disbennett
Meredith Drive                                   Morano
    Copy of Search Warrant                       Seal
              Served Meredith Drive              Steenier

2-357 Magnum bullets - basement bedroom
    - Darrell Anderson
White baiter - pencil
    looking for bandages   - discussed w/ Darrell Anderson

time
1/21
12:15
Group pictures

            Foster + Seal + Grandparents House

Ray Morano
    1/21/94  - Contact w/ Darrell Anderson
    looking for 2 weapons
    1738 Newbrook
    11:15 hrs    357 Ruger
to Vid at         3 & S+W

    10889 Sp. med bill         - jewelry
        91-1- Shotgun           purchased by stolen credit card
Verbal consent Sd for Bed Rm
    Capt drawer              sister consented
                                           003066

→ Gold necklace
→ Gold bracelet          Trista Neal
                         17818

AJ — close
NP — close
JD — refunds


Wouldn't get Shoes
           Shirt
    why get Lawyer???

— SUBMITTED —
    Roberts & Williams

003067

Arrested Guns Drawn                              Arrested 7:30 S of 7:91
                                                 1/20/94

    Nothing to eat                              - Age
                                                - School no GED
                                                  did not graduate
    No Sleep                                    Never
    6:10 PM to 4:45 AM                          interviewed before
                                                Never handcuffed for that
                                                period of time
    Handcuffed - in Cell
    no phone call to family

                                                At that time no
    Not told why held/arrested                  school

    Shirt/Sweatshirt taken -
    Shoes taken

    Transported to CIS - Downtown
    Not told why, Read rights, told to sign
    No shoes - Walk through snow

    Arrive CIS - put in Room till 4:45          Handcuffed behind
    nothing to eat, no phone calls              back - no wall

    Interviewed at 4:45
        asked for lawyer - denied

    Told other people made statements - involving him
    Best for him to make statement - would not look good for
    him not to make statement  - told charged w/ Agg. Murder

Trevor confirmed
    Discussion re: Accident - Drawing
    inducement → try to show - incident was accident - somehow
    get him to admit pulling

003068

In custody

asked for atty

Bleed - Handcuffed
w/o shirt - shoes

6 hrs in M+H -
nephew - not told why
when asked told - p not told why
told Fairfield wants to interview
told later

4/20/94 Check dedule WINKLER Dumpster                    Lugano Bul.
16/94                                                    CARTOLANO Plaintiff
        Larry Kinley (15)                                JASON HOLMES GL
        B94 0664                                         B94-0661
        Kenneth Lawson                                   James McKeon, Kenneth Lee
        2/17/94
        out of court 7/11/94                             2/15/94 - Motion to Suppress
                                                                  Statements
        3/7/94 - S/Mo Motion Suppress
                 Statements                              Subpoenas
                                                         Lee Moore Sr
                                                         Trista Neal
                                                         vinette G Mear
                                                         Tom Regil
                                                         Margaret Esmalian
                                                         J'm Tannyan
                                                         Aaron Blushy
                                                         Gail Thomas
                                                         Charlotte James
                                                         Cameron Gallery
                                                         Darrell Anderson
                                                         Noah Olvey
                                                         4/20/94 - Motion For
                                                                   Continuance

                                                         Holmes -
                                                         1. Defendant
                                                         defective search warrant is
                                                         (illegal execution of warrant)

                                                                3/23
                                                                4/1

003070

Statements
- order suppressing any statement taken by arresting police
officers for reason obtained in violation of D's priv[ilege]
on self-incrimination & right to counsel
w/o adequate warning & explanation of his rights
under D circumstances rendering them involuntary

In records, credibility
ask PSI if — if believes —
aware of [illegible]

① meeting [illegible] w/ CS
② motions Supp-ss — statement
          to [Kent?]
Trial — [illegible]
        mitigation

Prepare listen to tapes
  Any additional labs - gunpowder -
                    fingerprint - what
  photos,
  vehicle

003071

Chris Brunner

1991 } Investment letter
1992 } Cross-family rate

Nancy Gebhard

Fax 852-4890

Alice Smith
548-3600
Bob Bane
Corp
Austin Tex
Tr Mgr

Bob Summerel Files
647-1333
Caroline Bane
Dave Davidson
241-5777

Joe

cardiac [deleted] residence w/o [deleted] consent, in violation
conducted                appropriate consent
of 4th Amdt

Schneckloth v Bustamente 412 US 218, 93 SCt 2041
36 LEd 2d 854 (1973

Statement  5th A-US Const
            6th A-US Const
Miranda v Arizona (1966) 384 US 436, 86 SCt 1602
16 LEd 2d 694

Escobedo v Illinois (1964) 378 US 478, 84 SCt 1758
12 LEd 2d 977

State v Brewer 48 Oh St 3d 50, 549 NE 2d 491 (1990
State v Baker 53 Oh St 2d 135, 372 NE 2d 1324 (1978

003072

NOTES

4/28  2:5∂  6:35h.s

STANDING

Shipling — 1.3 ft

Consent Cleo-Bick
  Gold Nyack Ring
  Dresser by Red R
  Grab bag — JCPenney Price Tag -/Clothy
  B/o Wallet
  Car Keys to Fairmont

New rock
Daniel Anderson
  ( guns from LM                    .357
  Grandparents ik VA stay n.         .32
  Consent — Otto Anderson - grandparents

Spring Hill
  Neal — consent for
  necklace & bracelet           Dwreld
  Perry Cord                    5:30 PM
                                20 k
                                         131
Ny arrested — wes-ing clothes bought w/ cd
                                    at Healthy
                                    talk to Kimberley
                                    Moved to cole & body
                                    MtN - to
                                    cle - 12-20 min
                                    4:35 blo to tell
                                    top at 6:3

Claremont = 6 G watch
            Gold ring
            Y pr eo =

003073

> - additional Necklace

Meredith - Search
2 live .357 rounds

Arrest By
O. Cordi  Mague - Clock  JC Perry
Gold necklace ..L

In record

Mr Hedley  Chino -
Tiemer
Feldhaus

Consent Search by
Fiesta
Seal
Feldhaus
Sgt. M Arano

003074

Mt Healthy 0010 h.

Statement 1/21/94
6:35 AM

Date of Arrest Thursday 1/20/94 5:30
of Ford Fairmont - DJ's plates
on plate in front. No plate in back
DJ driving - Larry Kindy on Passenger side

D-wt Thru
Police came - guns out told [illegible] all get out
will be quiet
Frisked - cuffs - put in Police Ca-
took to Mt Healthy - Holding cell - by himself
Silver shirt             pants socks
                         4 to Shoes
No toilet - No faucet
Till 11:00 PM                    Nothing to eat
took downtown                    Nothing to drink
                                 No Bath-room
                                 Did not ask

No Shoes - walls [illegible]
feet wet, No shirt - DJ's coat - LA Lakers State
                                          coat

asked what holding for
  they will let [illegible] know eventually, not yet
  Police Never asked if he wanted to make phone call

Deposed Mt Healthy Police Office for Phone call - wanted to
                                           call father -

2020 - [illegible] / RSP - [illegible] passenger in Van -
   - Weed - / Butler ch . Jim [illegible] Twp
                                    003075

- Before left
  - Syed - Waiver of Rts
    - They read rights for — 
  - Read
  - he understood
  - M. Heally — didn't say anything

  - [right margin] before left m'Healthy
    told him to wait f
    investigation

### Downtown
- Nothing to eat, did not ask
- Had locked in Room — investigated
  - Hand cuffed — in Room
  - W/ 4 W S M
  - By himself — long time
  - Nobody talking to
  - Tell what being held for?

  [right margin] did not ask for eat
  with m'm
  asked for water —
  they gave it —

- Move into another room
  - Handcuffed
  - Read rights again
  - asked to make statement — Def said didn't want to
    make any statement — he wants lawyer
  - Det — said other Det said — God plates — if you make statement
    look good
  - By not making statement — be hanging himself
  - Det Off — common thing — mistake — because gun could have gone off
    accidental — looking at you — don't look at kind of person
    who would shoot someone

  DEF WROTE STATEMENT

- Wrote - Officer came back w/tape — they want to record
  —ing - Def said he didn't want to — he wanted lawyer
  Off said something — Def should just go ahead — already had
  written — go ahead w/ tape - they were looking out for Def — if it
  would look bad — he had already

003076

D/ indicating - After he made statement
P. Officer + will being charged w/ Agg M,
Agg Robb, Kidnapping

Never said anything about Chair

Never said anything about entering
on't charging
Nothing about Jason + Larry

DF — If can't would look bad
nice guy — but no th-cals — No bad guy / nice guy

☒ Consent to search
Lee signed
threat - No
Coersion - No                Good only
Statounela (17)              SD4
Trista (14) - 7th gr

sd - A pre-arr self-incrimination

Declare to answer on the grounds that if
any answer may tend to incriminate me for
more charges of me istill pending

003077

COURT OF COMMON PLEAS

HAMILTON COUNTY, OHIO

ENTER
OCT 3 1 1994
FRED L. CARTOLANO, JUDGE

| | | | |
|---|---|---|---|
| In Re: | DISQUALIFICATION | : | CASE NO. B-940481 |
| STATE OF OHIO | | : | |
| -vs- | | : | E N T R Y |
| LEE MOORE | | : | |
| | Defendant | : | |

Pursuant to provisions of Rule 7E, Local Rules of Practice, the undersigned hereby disqualifies himself from the above-captioned case for the following reasons: Heavily involved in other cases.

_____
Judge William J. Morrissey, Judge

003078

COURT OF COMMON PLEAS

HAMILTON COUNTY, OHIO

In Re:    DISQUALIFICATION    :    CASE NO. B-940481

STATE OF OHIO    :

   -vs-    :    E N T R Y

LEE MOORE    :

      Defendant    :

Pursuant to provisions of Rule 7E, Local Rules of Practice, the undersigned hereby disqualifies himself from the above-captioned case for the following reasons: Heavily involved in other cases.

_____
Judge William J. Morrissey, Judge

ENTER
OCT 3 1 1994
[signed] J. CARTOLANO, JUDGE

003079

COURT OF COMMON PLEAS
GENERAL DIVISION
HAMILTON COUNTY, OHIO

ENTER
OCT 31 1994
FRED J. CARTOLANO  JUDGE

-------------------------------
Administrative Judge

State of Ohio                       Case Number  B-940481

   vs                               Entry of Re-Assignment

Lee Moore

It appearing that due to _the assigned judge hearing my being heavily engaged in other cases, and a trial date set_ case _B-940481_ is hereby reassigned to Room __9__, Judge _Kuehlman_.

003080