Issue Subpoenas
for David Feldman
Writer, ~~and~~ recorded
notes the

Wait until a question has been propounded which tends to incriminate him, rather than to decline to answer

I decline to answer that question on the grounds that my answer may tend to incriminate me.

5th A privilege of self-incrimination - applicable thing to 14th A

Consent - Voluntary
U.S. v Lewis 274 F Supp 184 (SD NY 1967)
factors to be considered in weighing validity of consent

Trial Before Co-[illegible]

5/8/44 Cameron Cullery - 16 - Aiken
knew Lee Moore Jr. - for friends
Cuyler Manly
Knew - Jon
Jason Holmes - knew way back
Recall seeing Lee Moore w dark blue Ford Taurus
Didn't see Jon - Saw once come to house
Gx 2, 3 + 4
saw Lee w Taurus
When became to know - not alone. Lee + Jason
As well as WLM + JH
After - [illegible]
Came to H - any talk about car. No
asked Lee where got car - Lee wouldn't tell
Harley story - Coyle house - never talked about car
In House - see Lee + ripping up credit cards
saw [illegible] little
Later - left - Lee driving - all into car - Lee drove to Jason's House
Jason's House - saw Lee ripping up credit cards
Stay at JH - start to get dark
CC left to go home - asked for ride - Lee said no gas for Fairmont - Lee gave keys to Taurus
CC Parked in street - keys in House.

JH. Dec Jon - ever see carry gun - No

? by Pol Off - several officers -
Off asked about Jason carrying gun. Lee bought 3;
Remember - asked if Jason carried gun. Yes - 1 - Ans - Yes

Cross - KL

[illegible] believe [illegible] both
[illegible] - [illegible]
[illegible]

Clarence [illegible]

Photos - [illegible] - 1/22 [illegible]



Larry Kinley Jason Holmes

Interview w Dej 5/1/93 As to Fuch

Dej indicated he was drinking - smoking weed - [illegible] talking w Jason - looking car - [illegible] in [illegible] Forest Fair mall - Not [illegible] [illegible] [illegible]

Hand gun & bullets - but gun not loaded

Forest Fair Mall -

Saw car - not from this area - saw man go into car - [illegible] [illegible] wait -

Cont to Smoke & Drink

Man came out - Dej walked up w gun - Made man get in car [illegible] behind wheel. Dej in passenger side - drove around side of bank bldg - made Dej get in back

Jason drove Dej's car - both cars return to Kinley's H - Mt Healthy

Kinley [illegible] at girlfriends - get Kinley - Jason does not go along - Dej & Kinley - driving around.

Cummingsville - Selby - Dumpster

Kinley takes gun & loads - Kinly get out -

Who opens trunk???

Dej watching Kinley through rear view mirror - Kinley forces man out of trunk at gun point - walks man to dumpster Takes Mans Wallet - KINLEY SHOOTS MAN

Kinley back into car - Both leave - Dej asking why shot Kinley saying Fuck-him

Drive around - Kinly gives Dej $ from man's wallet - Dej buys beer - cont to drink

Back to Kinley's H - Dej so upset - cont to drink - passes out

Next morning - Drive around Dej using man's credit card jewelry for girlfriend - T-shirt - Sweat shirt - [illegible] [illegible] - Dej buys some jewelry - [illegible] - bracelet for Kinly

Kinley using card - [illegible] / reached limit JC Penney Outlet

Dej called Fackie - Fackie - indicated Police wanted to talk to about [illegible]

Dej arrested at McDonalds Drive Thru - Mt Healthy Police

003104

2/18/94 Will Re-Write-

Name Cameron Callery (17)

1054 Loiska Ln
College Hill 45224

Met through other
friends of both others

Wed Lee's Niece
McKenzie Parker
729-1760 Cherry Cl.

Says Larry told
Cameron that he
(Larry) shot man

CONSENT Edward Moore
1101 Clearbrook Dr
Gold Nugget Ring .357 AMMUNITION
signed Lee E. Moore Jr

Lee E. Moore Sr
1101 Clearbrook Dr
Residence
signed Lee E. Moore Sr.
1/21/94 10:45 AM

Darlene Lackey
Gary Seal

[illegible] Oaks 574-1300 1200 Hrs
Trista Neal
My Residence 10889 Sprucehill Rd
Cinti Oh 742-8392 verbal consent by Shatanda Neal to Sgt Robert Disbennett
Trista Neal
10889 Sprucehill Rd

Spec Ray Morano

OTTO Anderson
My residence 1738 Newbrook Dr
Cinti Oh 45231 522-3619
Otto Anderson
1738 Newbrook Dr Cinti Oh 45231
Spec Ray I. Morano

Death Record
Time Reported 2:04 AM
Date Rpt 1-21-94

Found dead 3366 Llewellyn 1/20/94
at approx 8:50

Pronounced dead 1/21/94
D - George Carpenter 2-04

Postmortem Dr Elliot M. Gross
1/22/94 1:10 PM

? - Lividity
- Hemolysis

Lee Moore
Call to Tom Deardorff

Church Stidam [

Polygraph Specialist → Who is Steven / Vanderbark

Polygraph Put-together → Psychologist

- 30/hr -

---

Lee Moore
Vernina Simpson
2/24/94 242-3925

friend - Barber Shop
Girl from Asbury - saying
no 3 guys - bragging about
white guy killed

2/24/94 - Betty Moore ① Fairmont - Radio in Car -
242-1482 ② 3 there where?
③ Lady knew about car - discussed statements
Lee admitted - they understand Lee shot man
③ Can Lee take Polygraph
false - wants peace of mind - wants to know for himself
if Lee was shot the man

UST1
2/1/94

98
10/19/74
19 yrs

SS# [redacted]

DATE of ARREST

Mt Healthy - McKendel
Mt H - Police

Father 1101 Clearbrook
Lee Moore 45229
Betty = Step Mother

Georgia Moore
1281 Meredith Dr
Mt H 45231
H 522-9203

Summer 1981
w Father 1yr
3-Sisters
- Beverly Parker
- Robin Thrasher
- Jackie Johnson

½ Br
Vernina Simpson (38)
LaVerne
Mark McIntosh
Lee Gilliam

School
11th Gr - Mt Healthy

WOODWARD 3 yrs

Dailey - Sunday Main

G-sch Rex Ralph Elementary - 5-6th

Central Baptist - K - 4th
SOUTH Jr H Sch - 7-8th

Mark
Juv. Drug Abuse
Job Corp would not accept

Wk - Kroger's - Mt Healthy
1yr - Hellogg Plaza - Hamilton Ave
Bagger 25-30 Per - 4.25 / 4.35
overtime - holidays time ½

Kroger - Mr. Kendall Zelle.
Barbara Griffis
good relationship - never argued

Quit Krogers caught up in Dealing & Drugs

Left mother - Drinking - drunk throwing up - Mother threw out went with Father.

McDonalds - few Months
Huber Hts - Heilbrg Plaza
20 h - Min Wage 4.25
Got left - N Shs

Forest Fair Mall - Super Saver Cinemas
Ushee - Concession 4.35
35 hrs/wk
[illegible] - Got divorced - Drinking - Money [illegible]
Left 1992 - living w Mother.
Nov 93 - Getting SS Checks -
- Retired Fachin [illegible]
- 364/mth -

JUV RECORD
Weed - Smoking Court Officer 17 - pd fine Court Probation
DRUG ABUSE
Probation PS - Stolen Car 1 Ctn
Possession 16 Butler Cty
1 yr - W [illegible]
Pamela King 3000 - 3 Wh
Theft - Cars/license Plate
Theft - 2 license Plates
1st time In Ct
16 CCW - Brass Knuckles
School Run
DC - time

ADULT - Not Arrested
Driver License
- 80' Ford Fairmont - bought for Son
Speeding
Still have - My Name
Ins - Through Father
1 - Speeding - 60-40 Galbraith
Springfield Twnshp
Pd Fine
NO CRIMINAL ARREST AS ADULT

Mother + Father [illegible]
Age 5

Truancy - Napoleon [illegible] Woodward

Elementary - OK
turned 15 - started drinking. Public - Drinking [illegible]
accepted - [illegible]
16 - Weed - Smoking -

Mother [illegible] - Father - [illegible] - [illegible]
[illegible] go to school
16, 17, 18 - drinking - Smoking - [illegible] - Girlfriend - [illegible]
steal Beer - Store
Girlfriend Chantale Neil (17)
No Children
Brown Oaks

Mother asked if need help

A+ Healthy
not doing anything
fights w other students -
no arguing w teacher

Mother + Father - not [illegible]
Father [illegible] friend - [illegible]
[illegible]

= Psych at Bethesda Hosp 92 Oaks
Mother [illegible] -
3/wk - 3 wks

[illegible] Larry Kinley - (16) Shot MAN - [illegible]

JASON HOLMES (15) [illegible]

GUN - [illegible] 357 Magnum - Shot - [illegible] - Shells -

Found Gun - [illegible] - [illegible]

[illegible]

Full Confession taped

357 Magnum - Side / bed
Bobby Fergen

Sec 19

2 Juveniles

Record? -

Search - Consent?
Grandmother's
5?? where sleeps

DISCOVERY
Tape Statements

AUTOPSY -

GUN

(1) VENUE

(2) MITIGATION EXPERT

(3) Psychiatrist / Psychologist
Written Rpt - ???

Interview
Dave Feldhaus

Joe Hoffman

History - Family
- School
- Juv Ct
- Et
- COUNSELLORS
'Treatment - Psych?

TIME - yr Trial - Not to be an issue
Longer - better

- I said Can not get Chair

DO NOT WRITE Letters
DO NOT TALK TO INMATES

Checking Carol Budai
who is in chapel

VISIT 2/9/94

CAMERON ________ 16,17

Wetmore
McKenzie Parker

Bethesda - Psych. P

Crim R 24 6-Peremptory

Motion Suppress - Statements
- Search Consent
Search Warrant

Appt Psych to Assist
No Report

Mental State
Diminished Capacity
Mental Disease in Defined

Psychosis - Any mental Disorder

Oh Pub Def
1-614-466-5394

DANIEL J. JAMES
ATTORNEY AND COUNSELOR AT LAW
13TH FLOOR, AMERICAN BUILDING
30 EAST CENTRAL PARKWAY
CINCINNATI, OHIO 45202

(513) 721-1995

SUBURBAN OFFICE
4226 BRIDGETOWN ROAD
CINCINNATI, OHIO 45211
(513) 574-5400

November 3, 1994

Dr. David Chiappone
Community Diagnostic and Treatment Center
909 Sycamore
Cincinnati, Ohio 45202

Attn: Jenny O'Donnell

Re: Lee Moore
Case No.: B9400481

Dear Dave and Jenny:

Please find enclosed a copy of the Entry Judge Ruehlman has signed setting aside the previous order of Judge Morrissey. This should clarify any questions as to your concerns as to writing any report. If you have any questions, give me a call.

Sincerely yours,

Daniel J. James

DJJ/kw
Encl.

DANIEL J. JAMES
ATTORNEY AND COUNSELOR AT LAW
13TH FLOOR, AMERICAN BUILDING
30 EAST CENTRAL PARKWAY
CINCINNATI, OHIO 45202

(513) 721-1995

SUBURBAN OFFICE
4226 BRIDGETOWN ROAD
CINCINNATI, OHIO 45211
(513) 574-5400

TO:
NAME: Jenny O'Donnell
COMPANY:
FAX # 352-1345 TODAY'S DATE 11-3-94

FROM:
NAME: Daniel James NUMBER OF PAGES: 3
(Including Cover Sheet)

COMMENTS:

This notice is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this notice is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return these papers to us at the address shown above via first class mail.

FAX
352-1345

**DANIEL J. JAMES**
ATTORNEY AND COUNSELOR AT LAW
13TH FLOOR, AMERICAN BUILDING
30 EAST CENTRAL PARKWAY
CINCINNATI, OHIO 45202

(513) 721-1995

SUBURBAN OFFICE
4226 BRIDGETOWN ROAD
CINCINNATI, OHIO 45211
(513) 574-5400

November 2, 1994

Dr. David Chiappone
Community Diagnostic and Treatment Center
909 Sycamore
Cincinnati, Ohio 45202

Attn: Jenny O'Donnell

Re: Lee Moore
Case No.: B9400481

Dear Dave and Jenny:

Please find enclosed a copy of a Motion that was filed with the Court earlier today. This Motion will be heard by the judge on Wednesday, November 9th.

Since this Motion is pending, I am asking you not to prepare any written reports until we have a ruling from Judge Ruehlman. It is my position that Dave is a defense witness and, as such, is not required to prepare any reports for submission to the Court.

I will keep you advised as to the status of this Motion and will advise you as soon as I receive a decision from the Court.

Sincerely yours,

Daniel J. James

DJJ/kw
Encl.

DANIEL J. JAMES
ATTORNEY AND COUNSELOR AT LAW
13TH FLOOR, AMERICAN BUILDING
30 EAST CENTRAL PARKWAY
CINCINNATI, OHIO 45202

(513) 721-1995

SUBURBAN OFFICE
4226 BRIDGETOWN ROAD
CINCINNATI, OHIO 4521
(513) 574-5400

TO:

NAME: Jenny O'Donnell

COMPANY:

FAX # 3521345 TODAY'S DATE 11-2-94

FROM:

NAME: Daniel J. James NUMBER OF PAGES: 7

(Including Cover Sheet)

COMMENTS:

This notice is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this notice is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return these papers to us at the address shown above via first class mail.

DANIEL J. JAMES
ATTORNEY AND COUNSELOR AT LAW
13TH FLOOR, AMERICAN BUILDING
30 EAST CENTRAL PARKWAY
CINCINNATI, OHIO 45202

(513) 721-1995

SUBURBAN OFFICE
4226 BRIDGETOWN ROAD
CINCINNATI, OHIO 45211
(513) 574-5400

November 2, 1994

Mr. Chuck Stidham
Attorney at Law
317 W. Benson St.
Reading, Ohio 45215

Re: State of Ohio vs. Lee Moore
Case No.: B9400481

Dear Chuck:

As I indicated today, this case is scheduled to commence with Voir Dire on Wednesday, November 9th before Judge Ruehlman.

I believe you have already sent some of your materials to Dr. Chiappone of the Court Clinic. I ask you to provide me with everything you have by Monday, November 7th so that I can review our trial strategy. This is my third request for this material.

Sincerely yours,

Daniel J. James

DJJ/kw