# DANIEL J. JAMES
ATTORNEY AND COUNSELOR AT LAW
13TH FLOOR, AMERICAN BUILDING
30 EAST CENTRAL PARKWAY
CINCINNATI, OHIO 45202

(513) 721-1995

SUBURBAN OFFICE
4226 BRIDGETOWN ROAD
CINCINNATI, OHIO 45211
(513) 574-5400

November 2, 1994

Mr. Timothy J. Deardorff
Attorney at Law
Deardorff & Haas
2368 Victory Parkway
Suite 300
Cincinnati, Ohio   45206

Re: Lee Moore

Dear Tim:

There is some material in my file that I wanted to make sure you also had for your review. Foremost is a recently filed Motion I prepared and filed today concerning the differing entries as to the appointment of the Court Clinic and Dave Chiappone. As we discussed, it is my position that Dave is our witness and, accordingly, is not required to submit any reports as to his discussions with or evaluation of Mr. Moore.

I have also included copies of additional discovery that was reviewed at the hearing on the Motion To Suppress as well as copies of exhibits that were marked and introduced into evidence at that motion.

Finally, I am providing you with a copy of the Motion as to the Deposition of Dr. Elliott as well as a copy of the Defendant's Juvenile Record and copies of the letters he has written to his parents. I have spoken to Chuck Stidham and requested him to provide me with his mitigation evidence but still have received no response.

I'll keep you informed of any new developments.

Sincerely yours,

Daniel J. James

DJJ/kw
Encl.

003121

# COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

### A Division of Central Psychiatric Clinic

909 Sycamore Street, Suite 300
Cincinnati, Ohio 45202
Phone: (513) 651-9300
Fax: (513) 352-1345

WALTER S. SMITSON, PH.D.
Executive Director

NANCY SCHMIDTGOESSLING, PH.D.
Director

WILLIAM WALTERS, PH.D.
Assistant Director

GAIL HELLMANN, M.D.
Medical Director

MARILYN GEEDING, L.I.S.W.
Treatment Coordinator

SHERRY SANDERS, L.P.C.C.
Forensic Liaison

CHARLOTTE E. HOLLAND
Office Manager


BOARD OF TRUSTEES:

HON. DAVID E. GROSSMANN
Chairman

MR. ROBERT F. RECKMAN
Vice Chairman

MR. CHARLES THOMAS
Secretary

DR. TIMOTHY E. JOHNSON
Treasurer

MS. CAROL A. BOYD
DR. M. PHOEBE BROWN
MRS. LOIS COHEN
MS. JANIS M. DAY
MS. DAPHNE DICKENS-KING
MR. JEFFREY S. GOODMAN
MR. WENDELL E. HAWKINS
HON. TIMOTHY S. HOGAN
DR. C. ROBERT KILBY
MR. EDWARD H. KIM
MR. ARUN LAI
MR. THOMAS B. SCHERPENBERG
MR. DANIEL J. VALERIO


UNIVERSITY LIAISON

DONALD C. HARRISON, M.D.
JAMES RANDOLPH HILLARD, M.D.

## FAX TRANSMITTAL SHEET

TO: Dan James
FROM: Dr. Chiappone
DATE: 10-27-94
FAX NO.: _____
TOTAL PAGES (including this cover page): 4

MESSAGES: What do you think?

IF YOU HAVE ANY QUESTIONS OR PROBLEMS IN RECEIVING THIS FAX, PLEASE CALL _____ AT (513) 651-9300.

**IMPORTANT:**

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the facsimile to us at the above address via U.S. Postal Service. Thank you.

003122

ENTERED
AUG 12 1994
IMAGE

COURT OF COMMON PLEAS
CRIMINAL DIVISION
HAMILTON COUNTY, OHIO

STATE OF OHIO              :    Case No. B9400481
                           :    Judge Morrissey
        Plaintiff          :
                           :    ENTRY GRANTING MOTION FOR
    vs.                    :    APPOINTMENT OF PSYCHOLOGIST
                           :    TO ASSIST IN PREPARATION OF
LEE MOORE                  :    DEFENSE
                           :
        Defendant          :

The Motion of the Defendant for Appointment Of Psychologist To Assist In Preparation Of Defense is found to be well taken and is hereby granted.

The Court appoints Dr. David Chiappone of the Community Diagnostic and Treatment Center to assist the defense in this proper presentation of both phases of trial herein.

_____
Judge

_____
Assistant Hamilton County Prosecutor

_____
Daniel J. James  #0008067
Attorney for Defendant
30 E. Central Pkwy.
13th Flr. - American Bldg.
Cincinnati, Ohio  45202
(513) 721-1995

003123

THE STATE OF OHIO, HAMILTON COUNTY

COURT OF COMMON PLEAS

ENTER

THE STATE OF OHIO : CASE NO. B-_____

-vs-

_Lee Moore_ :

: ENTRY APPOINTING COURT
: PSYCHIATRIC CENTER FOR
: EXAMINATION

This case has come before the Court and the Court, being fully advised, is of the opinion that psychiatric examination is necessary to assist the Court in determining the proper disposition of the case.

It is therefore the Court's order that defendant be examined by the Court Psychiatric Center, and the said Psychiatric Center is hereby appointed for that purpose pursuant to the Ohio Revised Code.

It is further the order of the Court that said Psychiatric Center, upon completion of such examination, shall report in writing, to the Court, the facts found and an interpretation thereof, including conclusions as to the mental condition of said defendant, and such recommendations, suggestions and opinions as professional judgment indicates may be of help to this Court.

003124