## ADMINISTRATION OF JUSTICE:

55. Have you, or any member of your family, or close friend ever taken a course in the administration of justice, or studied law? If yes, please give details.

56. Have you, or any member of your family, or close friend ever been affiliated with any of the following? (if yes, please check):

_____ law enforcement (police officer, sheriff, F.B.I. agent, etc).
_____ corrections (prison guard, jailer, prison staff, jail staff)
_____ mental institution
_____ juvenile facilities
_____ probation and parole
_____ District Attorney or United States Attorney
_____ public defender
_____ law school
_____ investigative work
_____ immigration services
_____ drug enforcement administration

57. If you checked any of the above, please indicate who was affiliated, the nature of the affiliation, and when.

58. Do you have acquaintances who are attorneys practicing criminal law or judges? If yes, please state the names of those persons and the relation that you have with them?

## PSYCHIATRY/PSYCHOLOGY:

59. How do you feel about psychiatrists and/or psychologists testifying as experts in court cases?

003144

60. Are you familiar with psychological testing? If yes, how do you feel about the validity of these tests?

61. Have you ever studied psychiatry, psychology, or any related subjects? If yes, please explain.

62. Have you or any member of your family, or close relative ever consulted a psychiatrist or psychologist for professional services?

63. Did this consultation affect your opinion about the value of psychiatry or psychology? If yes, please explain.

60. Are you familiar with psychological testing? If yes, how do you feel about the validity of these tests?

61. Have you ever studied psychiatry, psychology, or any related subjects? If yes, please explain.

62. Have you or any member of your family, or close relative ever consulted a psychiatrist or psychologist for professional services?

63. Did this consultation affect your opinion about the value of psychiatry or psychology? If yes, please explain.

## DANIEL J. JAMES
ATTORNEY AND COUNSELOR AT LAW
13TH FLOOR, AMERICAN BUILDING
30 EAST CENTRAL PARKWAY
CINCINNATI, OHIO 45202

(513) 721-1995

SUBURBAN OFFICE
4226 BRIDGETOWN ROAD
CINCINNATI, OHIO 45211
(513) 574-5400

August 11, 1994

Mr. Robert Grauvogel                          HAND DELIVERED
Office of the Jury Commissioner
1st Floor - Hamilton County Courthouse
Cincinnati, Ohio  45202

      Re: State of Ohio vs. Lee Moore
      Case No.: B9400481

Dear Mr. Grauvogel:

    As we discussed early yesterday, I want to confirm that the above captioned case has been reset and continued to Monday, November 7, 1994 at 9:00 A.M. before Judge Morrissey.

    Additionally, as we discussed, I have enclosed the "Questionnaire" that has already been approved by the Court and which must be completed by the prospective venire on November 7th.

    I will contact you immediately if there is any change in this schedule.  If you have any questions, feel free to give me a call.

                Sincerely yours,


                Daniel J. James


DJJ/kw
Encl.

003147

# DANIEL J. JAMES

ATTORNEY AND COUNSELOR AT LAW

13TH FLOOR, AMERICAN BUILDING

30 EAST CENTRAL PARKWAY

CINCINNATI, OHIO 45202

———

(513) 721-1995

SUBURBAN OFFICE

4226 BRIDGETOWN ROAD

CINCINNATI, OHIO 45211

(513) 574-5400

August 11, 1994

Mr. Chuck Stidham
Attorney at Law
Sand, Stidham & Bernard
317 Benson Street
Reading, Ohio   45215

Re: <u>State of Ohio vs. Lee Moore</u>
Case No.: B9400481

Dear Chuck:

As I indicated to your office early yesterday, Mr. Moore's case has been rescheduled for trial on Monday, November 7, 1994 at 9:00 A.M.  The court has appointed Dr. Chiappone to assist us and I ask you to gather the mitigation information and evidence you have obtained and bring it to my office within the next few days.

After I review this information, I'll give you a call to discuss the status of this material.  Again, I ask you to try to get this information to me within the next several days so that we can get Dr. Chiappone started.  If you have any questions, give me a call.

Sincerely yours,

Daniel J. James

DJJ/kw

003148

# DANIEL J. JAMES

ATTORNEY AND COUNSELOR AT LAW

13TH FLOOR, AMERICAN BUILDING

30 EAST CENTRAL PARKWAY

CINCINNATI, OHIO 45202

———

(513) 721-1995

SUBURBAN OFFICE

4226 BRIDGETOWN ROAD

CINCINNATI, OHIO 45211

(513) 574-5400

August 11, 1994

David Chiappone, Ph.D.
Community Diagnostic & Treatment Center
900 Sycamore Street
Suite #300
Cincinnati, Ohio   45202

       Re: <u>State of Ohio vs. Lee Moore</u>
       Case No.: B9400481

Dear Dr. Chiappone:

    I want to thank you for your willingness to assist us in the defense of Lee Moore's case.  As I indicated to your office early yesterday, the case has been continued and reset for Monday, November 7, 1994 at 9:00 A.M. before Judge Morrissey.

    I will send you a copy of the Entry appointing you to assist us and, as well, will try to make arrangements to provide you with the information that we have gathered in mitigation.

    Since this has been rescheduled, I hope to be out of town the week of August 22nd and will contact you as soon as I return.

                Sincerely yours,

                Daniel J. James

DJJ/kw

003149

# D E A R D O R F F & H A A S
## A T T O R N E Y S    A T  L A W

TIMOTHY J. DEARDORFF
LOREN S. HAAS
JAMES S. GINOCCHIO

2368 VICTORY PARKWAY, SUITE 300
CINCINNATI, OHIO 45206
(513) 872-7900
FAX 281-6760

## FAX TRANSMISSION

---

TO: _Don James_

FROM: _Curt Hamilton_

DATE: _6/4/94_

MESSAGE: _RE: Lee Moore Continuance_

Fax No: _241-0154_

Page one of _3_     (including cover letter)

FAX NUMBER SENT FROM (513) 281-6760

If there are any questions concerning the following faxed material,
please contact Deardorff & Haas, Law Offices at (513) 872-7900.

Thank you.

003150

COURT OF COMMON PLEAS
CRIMINAL DIVISION
HAMILTON COUNTY, OHIO

STATE OF OHIO,                    :        Case No. B-940481
                                           Judge Morrissey
          Plaintiff,              :

                                           **REQUEST FOR CONTINUANCE**
          v.                      :

LEE EDWARD MOORE,                 :

          Defendant.              :


          Now comes the Defendant, by and through counsel, and

respectfully requests that this Court grant him a continuance for

the trial presently scheduled to begin on August 29, 1994. The

mitigation expert, a psychiatrist appointed by the Court for the

Defendant has not had adequate time to interview the Defendant and

prepare for the mitigation phase of the trial.  This expert's

testimony could determine whether the Defendant is sentenced to

death.


                                  Respectfully submitted,


_____           _____
DANIEL J. JAMES                    TIMOTHY J. DEARDORFF
Lead counsel for Defendant         Co-counsel for Defendant
Supreme Court No. 0008067          Supreme Court No. 0001848
30 East Central Parkway            169 E. McMillan Street
Cincinnati, Ohio 45202             Cincinnati, Ohio 45219
(513) 721-1995                     (513) 241-4030


DEARDORFF & HAAS
Attorneys At Law
2368 Victory Parkway
Suite 300
Cincinnati, Ohio 45206
(513) 872-7900

003151

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Bill of Particulars was served upon Joseph Deters, Prosecuting Attorney, 1000 Main Street, Cincinnati, OH 45202 on the same day the motion was filed.

TIMOTHY J. DEARDORFF

DEARDORFF & HAAS
Attorneys At Law
2368 Victory Parkway
Suite 300
Cincinnati, Ohio 45206
(513) 872-7900
Fax. (513) 281-6760

003152

## DANIEL J. JAMES

ATTORNEY AND COUNSELOR AT LAW
13TH FLOOR, AMERICAN BUILDING
30 EAST CENTRAL PARKWAY
CINCINNATI, OHIO 45202

(513) 721-1995

SUBURBAN OFFICE
4226 BRIDGETOWN ROAD
CINCINNATI, OHIO 45211
(513) 574-5400

June 20, 1994

Mr. Chuck Stidham
Attorney at Law
Sand, Stidham & Bernard
317 W. Benson Street
Reading, Ohio  45215

            Re: State of Ohio vs. Lee Moore
            Case No. B9400481

Dear Chuck:

     Please find enclosed a certified copy of the Entry Appointing
Mitigation Specialist of Southwest Ohio to assist us in the defense
of Mr. Moore.

     This case is currently scheduled for Jury Trial before Judge
Morrissey on August 29, 1994.  I believe it would be best if I met
with you or your associate sometime within the next week to discuss
the areas to be investigated.  Please call me so we can schedule an
appointment.


                         Sincerely yours,


                         Daniel J. James


DJJ/kw
Encl.

003153

**COURT OF COMMON PLEAS**
**CRIMINAL DIVISION**
**HAMILTON COUNTY, OHIO**

STATE OF OHIO                          :          Case No. B9400481
                                                          Judge Morrissey
        Plaintiff                            :

    vs.                                        :          **ENTRY GRANTING MOTION**
                                                          **FOR FUNDS TO RETAIN**
LEE MOORE                                            **MITIGATION SPECIALIST**

        Defendant                          :

ENTERED
JUN 20 1994
IMAGE 86

    This cause came on for hearing on the motion of the defendant

for an order for funds to hire a mitigation specialist to assist

the defense in this case.  The court finds the motion to be well

taken, and IT IS HEREBY GRANTED.

    IT IS FURTHER ORDERED that the defense hire a mitigation

specialist of Southwest, Ohio, as such mitigation specialist, who

shall be paid from public funds, as provided by law, the sum of

$35.00 per hour, for a maximum of 100 hours, for services rendered

to the defense as the mitigation specialist herein.

Mark E. Piepmeier, Assistant
Hamilton County Prosecutor

Daniel J. James  #0008067
Attorney for Defendant

Timothy J. Deardorff #0006308
Attorney for Defendant

A TRUE COPY OF THE ORIGINAL
ENTERED 6-20-94 IMAGE 86
ATTEST JAMES CISSELL
CLERK.
BY B. Snyoleita
DEPUTY
DATE 6-20-94.

003154

DEARDORFF & HAAS
ATTORNEYS AT LAW

TIMOTHY J. DEARDORFF
LOREN S. HAAS
JAMES S. GINOCCHIO

2368 VICTORY PARKWAY, SUITE 300
CINCINNATI, OHIO 45206
(513) 872-7900
FAX 281-6760

June 15, 1994

Mr. Dan James, Esq.
1300 American Building
30 E. Central Parkway
Cincinnati, Ohio 45202

Re: Lee Edward Moore

Dear Dan:

On June 27, 1994 I will not be able to participate in the motions before the Court on the above captioned matter. I will be in Florida returning from vacation and will not be back until later that evening. I do not believe that my presence will be necessary on the 4 motions that have been presented. I will hope you explain to our client my absence and look forward to the trial date.

Very truly yours,

DEARDORFF & HAAS

TIMOTHY J. DEARDORFF

TJD/jp

003155

# DANIEL J. JAMES
### ATTORNEY AND COUNSELOR AT LAW
### 13TH FLOOR, AMERICAN BUILDING
### 30 EAST CENTRAL PARKWAY
### CINCINNATI, OHIO 45202

### (513) 721-1995

SUBURBAN OFFICE
4226 BRIDGETOWN ROAD
CINCINNATI, OHIO 45211
(513) 574-5400

June 7, 1994

Mr. Mark A. Piepmeier
Assistant Hamilton County Prosecutor
914 Main Street
2nd Floor
Cincinnati, Ohio  45202

> Re: <u>State of Ohio vs. Lee Moore</u>
> Case No.: B9400481

Dear Mark:

    Please find enclosed a copy of the Entry of Continuance concerning the resetting of the trial date on this case for August 29, 1994. Mr. Moore has signed this Entry and I left the original with Judge Morrissey's clerk for filing. If you have any questions, give me a call.

Sincerely yours,

Daniel J. James

DJJ/kw
Encl.

003156

HAMILTON COUNTY
COURT OF COMMON PLEAS
CRIMINAL DIVISION

STATE OF OHIO                    :              CASE No. B- _9400481_

            Plaintiff     :

    vs.                          :              ENTRY OF CONTINUANCE

_Lee Moore_                      :

          Defendant      :

      This matter is hereby continued:

        _____     (At the request of the State)

        _____     (At the request of the defendant)

        __X__       (By agreement of counsel for the
                  State and counsel for the
                  defendant)

        _____     (On the Court's Order)

and with the Court's consent

from the _26_ day of _July_____, 19_94_

to the _29_ day of _August_____, 19_94_ at _1000_ A.M.

for the purpose of:

    ____ (DSC)                         ____ (Sentencing)

    ____ (Plea or Trial Setting)       ____ (Motions)

    _X_ (Trial)                        ____ (Probation Violation)

for the reason that _scheduling conflicts of counsel. Defendants_
_waives time during this continuance and accompanying_
_speedy trial rights._

_Mark E. Piepmeier_ 0006894
Assistant Prosecuting Attorney

_Dennis Demmer_ J074                    x _Geart E. Moore Jr._
Attorney for Defendant                    Defendant

          8027                                      003157

## DANIEL J. JAMES
### ATTORNEY AND COUNSELOR AT LAW
13TH FLOOR, AMERICAN BUILDING
30 EAST CENTRAL PARKWAY
CINCINNATI, OHIO 45202

(513) 721-1995

SUBURBAN OFFICE
4226 BRIDGETOWN ROAD
CINCINNATI, OHIO 45211
(513) 574-5400

June 3, 1994

Mr. Timothy J. Deardorff
Attorney at Law
2368 Victory Parkway
Suite #300
Cincinnati, Ohio  45206

          Re: State of Ohio vs. Lee Moore
          Case No.: B9400481

Dear Tim:

     To keep you apprised of the most recent events concerning Mr. Moore's case:

1.   Yesterday I appeared before Judge Cartolano and observed the selection of the two additional judges.  They are: Judge Winkler and Judge O'Connor.  We need to discuss this panel, however, my preference is to withdraw the jury waiver and let a jury decide the fate of Mr. Moore.

2.   Today I met with Mr. Piepmeier in Judge Morrissey's Court Room and a new trial date of August 29, 1994 was assigned.  Let me know if this is a problem for you. Judge Morrissey is not available the first week of August and will be out of town at a conference from mid-September through the end of October.

3.   I have prepared an Entry appointing Chuck Stidham as our Mitigation Specialist.  I hope to get a copy to him next week.

Please call me with any suggestions.

                              Sincerely yours,


                              Daniel J. James

DJJ/kw


003158

# DANIEL J. JAMES

### ATTORNEY AND COUNSELOR AT LAW

13TH FLOOR, AMERICAN BUILDING
30 EAST CENTRAL PARKWAY
CINCINNATI, OHIO 45202

(513) 721-1995

**SUBURBAN OFFICE**

4226 BRIDGETOWN ROAD
CINCINNATI, OHIO 45211
(513) 574-5400

June 3, 1994

Mr. Timothy J. Deardorff
Attorney at Law
2368 Victory Parkway
Suite #300
Cincinnati, Ohio  45206

> Re: <u>State of Ohio vs. Lee Moore</u>
> Case No.: B9400481

Dear Tim:

To keep you apprised of the most recent events concerning Mr. Moore's case:

1.  Yesterday I appeared before Judge Cartolano and observed the selection of the two additional judges.  They are: Judge Winkler and Judge Cartolano.  We need to discuss this panel, however, my preference is to withdraw the jury waiver and let a jury decide the fate of Mr. Moore.

2.  Today I met with Mr. Piepmeier in Judge Morrissey's Court Room and a new trial date of August 29, 1994 was assigned.  Let me know if this is a problem for you. Judge Morrissey is not available the first week of August and will be out of town at a conference from mid-September through the end of October.

3.  I have prepared an Entry appointing Chuck Stedham as our Mitigation Specialist.  I hope to get a copy to him next week.

Please call me with any suggestions.

Sincerely yours,

Daniel J. James

DJJ/kw

003159

# D E A R D O R F F & H A A S
## A T T O R N E Y S   A T   L A W

2368 VICTORY PARKWAY, SUITE 300
CINCINNATI, OHIO 45206
(513) 872-7900
FAX 281-6760

TIMOTHY J DEARDORFF
LOREN S HAAS
JAMES S GINOCCHIO

June 1, 1994

Daniel J. James
13th Floor, American Building
30 East Central Parkway
Cincinnati, OH  45202

Re: State of Ohio vs. Lee Moore

Dear Mr. James,
        Please find the enclosed copies of the motions you requested.

Sincerely,

Timothy J. Deardorff

TJD/amh

003160

# DANIEL J. JAMES
### ATTORNEY AND COUNSELOR AT LAW
### 13TH FLOOR, AMERICAN BUILDING
### 30 EAST CENTRAL PARKWAY
### CINCINNATI, OHIO 45202

------

### (513) 721-1995

SUBURBAN OFFICE
4226 BRIDGETOWN ROAD
CINCINNATI, OHIO 45211
(513) 574-5400

May 25, 1994

Timothy J. Deardorff
Attorney at Law
2368 Victory Parkway
Suite 300
Cincinnati, Ohio  45206


Re: State of Ohio vs. Lee Moore

Dear Tim:

I have enclosed a list of motions that I will file this week concerning Lee Moore.

I have reviewed the list of motions that you sent to me back in February and there are a few that I would ask you to send to my office for review.  They are as follows:

- Motion To Exclude Death Penalty Because Electrocution Is Cruel And Unusual Punishment

- Motion To Require The Jury To Articulate The Method By Which It Weighs The Aggravating Circumstances Against The Mitigating Factors

- Second Voir Dire Of Jury

- Motion To Prohibit Display Of Evidentiary Exhibits Until Admitted

- Motion To Exclude References To Defendant's Criminal Record And To Exclude Any Evidence Relating To Other Crimes, Wrongs Or Acts

- Motion To Prohibit Any Evidence Bearing In The Character Of The Victim


003161

003162

    -    Motion To Have Reasons For Defendant's Objection And
           For Overruling Defendant's Objections Placed Of Record

    -    Motion To Decrease Burden Of Proof To Beyond All Doubt
           At The Penalty Phase

There are also several additional motions that will probably be directed toward the State's evidence pertaining to photographs, diagrams, etc., but I would like to wait until I have specifically reviewed these exhibits.

Finally, I ask you to give me a call so that we can discuss a few things. Mark Piepmeier called me and asked me to consider re-setting this so that Joe Deters can try the case. I would certainly welcome the additional time to prepare but I have no desire to provide Joe with an opportunity for additional publicity. Give me a call when you get a chance.


Sincerely yours,


Daniel J. James


DJJ/kw
Encl.


DANIEL J. JAMES, ATTORNEY AT LAW, 30 E. CENTRAL PARKWAY, 13TH FLOOR
CINCINNATI, OHIO 45202   (513) 721-1997

LEE MOORE
B9400481
JUDGE MORRISSEY

1.  Motion To Dismiss Indictment

2.  Motion To Submit Questionnaire To Prospective Jurors

3.  Motion For Individual Sequestered Voir Dire

4.  Motion For Disclosure Of Witnesses' Statements Prior To Trial

5.  Motion To Compel Disclosure Of Information Relating To Mitigating Factors

6.  Motion For Extension Of Time To File Pretrial Motions

7.  Motion To Prohibit Prosecutor From Arguing And The Court From Giving Instructions Regarding Statutory Mitigating Factors Not Raised By The Defense

8.  Motion To Allow The Defense To Argue First And Last At The Mitigation Phase

9.  Motion To Prohibit References To The Jury That A Verdict As To Death Is Only A Recommendation

10.  Motion To Increase The Number Of Peremptory Challenges Which Defendant May Exercise

11.  Motion For Disclosure Of Rebuttal Witnesses

12.  Motion For Comprehensive Voir Dire

13.  Motion For Disclosure Of Impeaching Information

14.  Motion To Permit Defense To Admit All Relevant Evidence Of Sentencing Phase

15.  Motion To Prohibit Prosecutor From Commenting On Accused's Unsworn Statement

16.  Motion In Limine To Limit Prosecutor's Argument To The Aggravating Circumstance Proven At The Guilt Phase

17.  Motion To Prohibit Death Qualification Of Jury