LAW OFFICES

**CHUCK R. STIDHAM**
**CHRISTOPHER J. BERNARD**

## SAND, STIDHAM AND BERNARD
317 W. BENSON STREET
READING, OHIO 45215
(513) 761-4929
FAX (513) 761-3573

*ROBERT G. SAND
(1932-1990)
*HARRY A. SAND
(1922-1987)

May 17, 1994

Tim Deardorff
Attorney at Law
169 E. McMillan
First Floor
Cincinnati, Ohio 45219-2636

RE: State of Ohio v. Lee Moore

Dear Tim:

 I would appreciate very much if you would forward a copy of the Entry Appointing me as the Mitigation Specialist. In addition, I need to know the date the Trial is set. Mr. Vonderhaar and I are looking forward to meeting with you in reference to this case as early as possible.

                                    Very truly yours,


                                    _____
                                    Chuck R. Stidham
                                    Attorney at Law

CRS/tas

cc:  Daniel James

003164

# DEARDORFF & HAAS
## ATTORNEYS AT LAW

TIMOTHY J DEARDORFF
LOREN S HAAS
JAMES S GINOCCHIO

2368 VICTORY PARKWAY, SUITE 300
CINCINNATI, OHIO 45206
(513) 872-7900
FAX 281-6760

March 31, 1994

Mr. Dan James, Esq.
1300 American Building
30 E. Central Parkway
Cincinnati, Ohio 45202

Re: Lee Edward Moore

Dear Dan:

    I had a conversation with Chuck Stidham in regard to being our mitigation expert. I personally think that one is necessary in every aggravated murder case. I will be on vacation until April 11th. I have asked Chuck to contact you in regards to filing that motion.

    Secondly, I have had extensive interviews with Lee Edward Moore in the jail and I would like to speak to you in regard to his status as far as the first phase. I also think that we should move for a 3 judge panel to see who we would obtain and hopefully roll a judge who would be presuaded by the arguments in mitigation. I will await to hear from you in that regard when I return. It may be beneficial that you, I and Chuck Stidham have a meeting before we proceed with any motions. However, I will concur, obviously, with anything you would do in my absence.

Very truly yours,

DEARDORFF & HAAS

TIMOTHY J. DEARDORFF

TJD/jp

003165

## DANIEL J. JAMES
ATTORNEY AND COUNSELOR AT LAW
13TH FLOOR, AMERICAN BUILDING
30 EAST CENTRAL PARKWAY
CINCINNATI, OHIO 45202

(513) 721-1995

SUBURBAN OFFICE
4226 BRIDGETOWN ROAD
CINCINNATI, OHIO 45211
(513) 574-5400

February 18, 1994

Mr. Timothy Deardorff
Attorney at Law
169 E. McMillan Street
Cincinnati, Ohio  45219

Dear Tim:

    Please find enclosed a copy of the Entry of Continuance and the Discovery that I picked up when in court earlier today. I'll give you a call next week to discuss the appropriate notions that need to be filed.

                        Sincerely yours,

                        Daniel J. James

DJJ/kw
Encl.

003166

# DEARDORFF & HAAS
## ATTORNEYS AT LAW

TIMOTHY E. DEARDORFF
LOREN C. HAAS
JAMES S. G.

169 EAST MAIN ST. CINCINNATI, OHIO 45202

GEOFFREY P. TRAN

## FAX TRANSMISSION

TO: DAN JAMES 721-1995

FROM: TIM DEARDORFF

DATE: 18 FEB 94

MESSAGE: THIS IS OUR SAMPLE MOTION FOR CHANGE OF VENUE. WE CAN ADD RESEARCH IF YOU FEEL IT IS NECESSARY

Fax No: 241-0154

Page one of _____ (including cover letter)

FAX NUMBER SENT FROM (513) 241-5724

If there are any questions concerning the following faxed material, please contact Deardorff & Haas, Law Offices at (513) 241-4030.

Thank you.

003167

COURT OF COMMON PLEAS
CRIMINAL DIVISION
HAMILTON COUNTY, OHIO

| | | |
|---|---|---|
| STATE OF OHIO, | : | Case No. B-940481 |
| | | Judge Morrissey |
| Plaintiff, | : | |
| | | **MOTION FOR CHANGE OF** |
| v. | : | **VENUE** |
| LEE EDWARD MOORE, | : | |
| Defendant. | : | |

Now comes the Defendant, by and through counsel, and respectfully moves this Court to order a change of venue in the above captioned case, as allowed by Criminal Rule 18, for the reason that a fair trial cannot be obtained in Hamilton County, nor in any of the counties in the Cincinnati metropolitan area. The Defendant requests that the trial of the Defendant to be transferred to a jurisdiction outside of the southwestern Ohio area.

The Defendant respectfully requests an oral hearing for the determination of this issue.

Respectfully submitted,

_____          _____
DANIEL J. JAMES                                                    TIMOTHY J. DEARDORFF
Lead counsel for Defendant                                Co-counsel for Defendant
Supreme Court No. 0008067                            Supreme Court No. 0001848
30 East Central Parkway                                    169 E. McMillan Street
Cincinnati, Ohio 45202                                       Cincinnati, Ohio 45219
(513) 721-1995                                                      (513) 241-4030

DEARDORFF & HAAS
Attorneys At Law
169 East McMillan
Cincinnati, Ohio 45219
(513) 241-4030

003168

## MEMORANDUM

The Defendant herein was indicted for the crimes of Aggrevated Murder, kidnapping, and aggravated robbery. Since the commission of the crimes in question, the case has received widespread news coverage by the local media, including extensive articles in the major newspapers, coverage on all the local television stations, and much commentary on local radio stations. Furthermore, Prosecutor Joe Deters has been repeatedly made inflammatory statements to the public via the news media, referring to the Defendant as a person who "cannot be saved" and who "definitely deserves the death penalty." Finally, Mr. Deters commented to the news media that the Defendant was laughing at his arraignment, and therefore does no longer deserve to live.

The pervasive coverage of the death of Melvin Olinger (the victim in this case), combined with the inflammatory and highly prejudicial statements of Mr. Deters, has made a fair trial in Hamilton County impossible. Every potential juror has surely heard the statements and determined that the Defendant is guilty of the offenses as charged. For this reason, this honorable Court should order a change of venue immediately, without waiting until the voir dire of the prospective panel, as such would be entirely fruitless. See Sheppard v. Maxwell, 384 U.S. 333 (1976), State v. Fairbanks, 32 Ohio St.2d 34 (1972).

DEARDORFF & HAAS
Attorneys At Law
169 East McMillan
Cincinnati, Ohio 45219
(513) 241-4030

003169

Respectfully submitted,

---

DANIEL J. JAMES
Lead counsel for Defendant
Supreme Court No. 0008067
30 East Central Parkway
Cincinnati, Ohio 45202
(513) 721-1995

---

TIMOTHY J. DEARDORFF
Co-counsel for Defendant
Supreme Court No. 0001848
169 E. McMillan Street
Cincinnati, Ohio 45219
(513) 241-4030

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion for Change of Venue was served upon Joseph Deters, Prosecuting Attorney, 1000 Main Street, Cincinnati, OH 45202 on the same day the motion was filed.

---

TIMOTHY J. DEARDORFF

DEARDORFF & HAAS
Attorneys At Law
169 East McMillan
Cincinnati, Ohio 45219
(513) 241-4030

003170

# DANIEL J. JAMES
ATTORNEY AND COUNSELOR AT LAW
13TH FLOOR, AMERICAN BUILDING
30 EAST CENTRAL PARKWAY
CINCINNATI, OHIO 45202

(513) 721-1995

SUBURBAN OFFICE
4226 BRIDGETOWN ROAD
CINCINNATI, OHIO 45211
(513) 574-5400

February 9, 1994

Mr. Timothy J. Deardorff
Attorney at Law
Deardorff & Haas
169 East McMillan
Cincinnati, Ohio 45219-2636

Dear Tim:

    Please find enclosed a copy of the Entry Of Continuance that has been signed by Mr. Moore.

    Additionally, it is my understanding that you would file the standard Request For Discovery, Request For Bill Of Particulars and Demand For Disclosure Of Favorable Evidence. Also, I ask you to check your calendar as to when you will be over at the Courthouse during the next few days. I'd like to meet with you to review and discuss the additional motions we need to file. I'll call you later this week to schedule a time convenient for both of our schedules.

                                Sincerely yours,

                                Daniel J. James

DJJ/kw
Encl.

003171

COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

STATE OF OHIO  :  CASE NO. B9400481

Plaintiff  :

-vs-  :  ENTRY OF CONTINUANCE

Lee Moore  :

Defendant  :

This matter is hereby continued:

_____ (At the request of the State)
__X__ (At the request of the Defendant)
_____ (At the request of counsel for the State and counsel for the defendant)
_____ (On the Court's Order).

and with the court's consent to the 18th day of Feb, 19 94 at 11-W A.M., for the purpose of:

_____ DSC
_____ Competency Hearing
_____ Motion to Suppress
_____ Plea
_____ Trial
__X__ Other pretrial

Reason: Defendant waives time - needs to review discovery

_____
Assistant Prosecuting Attorney

_____
Attorney for Defendant

(Check appropriate blanks above)

_____
Defendant

_____
Judge

003172

COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

STATE OF OHIO : CASE NO. B9400481
    Plaintiff :
-vs- : ENTRY OF CONTINUANCE
Lee Moore :
    Defendant :

This matter is hereby continued:

\_\_\_\_\_ (At the request of the State)
  X   (At the request of the Defendant)
\_\_\_\_\_ (At the request of counsel for the State and counsel for the defendant)
\_\_\_\_\_ (On the Court's Order).

and with the court's consent to the 18th day of Feb, 19 94 at 11-W A.M., for the purpose of:

\_\_\_\_\_ DSC
\_\_\_\_\_ Competency Hearing
\_\_\_\_\_ Motion to Suppress
\_\_\_\_\_ Plea
\_\_\_\_\_ Trial
  X   Other pretrial

Reason: Defendant waives time - needs to review discovery

_____
Assistant Prosecuting Attorney

_____
Attorney for Defendant

_____
Defendant

(Check appropriate blanks above)

_____
Judge

003173

**DANIEL J. JAMES**
ATTORNEY AND COUNSELOR AT LAW
13TH FLOOR, AMERICAN BUILDING
30 EAST CENTRAL PARKWAY
CINCINNATI, OHIO 45202

(513) 721-1995

SUBURBAN OFFICE
4226 BRIDGETOWN ROAD
CINCINNATI, OHIO 45211
(513) 574-5400

February 9, 1994

Mr. Mark Piepmeier
Assistant Hamilton County Prosecutor
914 Main Street
2nd Floor
Cincinnati, Ohio  45202

Re: State of Ohio vs. Lee Moore

Dear Mark:

Please find enclosed a copy of the Entry Of Continuance that has been signed by Mr. Moore. I hope to have the initial Discovery pleadings filed within the next few days.

Sincerely yours,

Daniel J. James

DJJ/kw
Encl.

cc:  Timothy Deardorff

003174

COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

STATE OF OHIO              :    CASE NO. B9400481

    Plaintiff         :

-vs-                       :    ENTRY OF CONTINUANCE

Lee Moore                  :

    Defendant         :

This matter is hereby continued:

    \_\_\_\_\_ (At the request of the State)
    __X__ (At the request of the Defendant)
    \_\_\_\_\_ (At the request of counsel for the State and counsel for the defendant)
    \_\_\_\_\_ (On the Court's Order).

and with the court's consent to the 18th day of Feb, 19 94 at 11-W A.M., for the purpose of:

    \_\_\_\_\_ DSC
    \_\_\_\_\_ Competency Hearing
    \_\_\_\_\_ Motion to Suppress
    \_\_\_\_\_ Plea
    \_\_\_\_\_ Trial
    __X__ Other pretrial

Reason: Defendant waives time - needs to review discovery

_____
Assistant Prosecuting Attorney

_____
Attorney for Defendant

(Check appropriate blanks above)

_____
Defendant

_____
Judge

003175

**DANIEL J. JAMES**
ATTORNEY AND COUNSELOR AT LAW
13TH FLOOR, AMERICAN BUILDING
30 EAST CENTRAL PARKWAY
CINCINNATI, OHIO 45202

(513) 721-1995

SUBURBAN OFFICE
4226 BRIDGETOWN ROAD
CINCINNATI, OHIO 45211
(513) 574-5400

February 3, 1994

Mr. Timothy J. Deardorff
Attorney at Law
Deardorff & Haas
169 East McMillan
Cincinnati, Ohio   45219

Re: State of Ohio vs. Lee Moore
Case No. B9400481

Dear Tim:

When we spoke in Court earlier this week we talked about the numerous filings that are required to be filed in a capital case. You indicated that you had the most recent and updated motions in your computer.

I ask you to send or fax to me a listing of these motions. In this manner we can review which motions are appropriate. I would like to get the majority of these motions filed within the next couple of weeks. If you have any questions, give me a call.

Sincerely yours,

Daniel J. James

DJJ/kw

003176

# DEARDORFF & HAAS
## ATTORNEYS AT LAW

TIMOTHY J. DEARDORFF
LOREN S. HAAS
JAMES S. GINOCCHIO

109 EAST McMILLAN — CINCINNATI OHIO 45219
(513) 241-4030
FAX 241-5724

GEOFFREY W. PITTMAN

## FAX TRANSMISSION

TO: Daniel J. James

FROM: Timothy J. Deardorff

DATE: February 8, 1994

MESSAGE: Re: Lee Edward Moore

Fax No: 241-0154

Page one of 2 (including cover letter)

FAX NUMBER SENT FROM (513) 241-5724

If there are any questions concerning the following faxed material, please contact Deardorff & Haas, Law Offices at (513) 241-4030.

Thank you.

003177

<u>MOTIONS FOR LEE EDWARD MOORE</u>

1) Bill of Particulars
2) Request for Discovery
3) Change of Venue
4) ~~Submit Question~~naires to Prospective Jurors
5) Appropriation of Funds for Defense Preparation
6) Exclude Death Penalty because Electrocution is Cruel and Unusual Punishment
7) ~~Disclosure of Witn~~ess Statements Prior to Trial
8) Require Prosecutor to State Reasons for Exercising Peremptory Challenges
9) Motion to Suppress
10) Motion ~~to Dismiss~~ Indictment
11) ~~Motion to P~~rohibit Death Qualifications of Jury
12) Ind~~ividual Sequestered~~ Voir Dire
13) ~~Motion for Disclosure~~ of Impeaching Information
14) Compel Law Enforcement Officials to Turn Over and Advise Prosecutor of all Information Acquired During Investigation
15) Compel Disclosure of and Specific Requests for Exculpatory Evidence
16) ~~Prohibit Prosecut~~or from Arguing and the Court from Giving Instructions Regarding Statutory Mitigating Factors not Raised by the Defense
17) ~~Prohibit References~~ to the Jury that a Verdict as to Death is only a Recommendation
18) Require the Jury to Articulate the Method by Which it Weighs the Aggravating Circumstances Against the Mitigating Factors.
19) Sequester Jurors for Duration of Trial
20) Limit Number of Peremptories
21) Second Voir Dire of Jury
22) Prohibit Display of Evidentiary Exhibits Until Admitted
23) Exclude Photographs of Deceased
24) Exclude References to Defendant's Criminal Record and to Exclude any Evidence Relating to Other Crimes, Wrongs or Acts.
25) Prohibit any Evidence Bearing on the Character of the Victim.
26) Compel Disclosure of Aggravating Factors and any Information Relating to Mitigating Factors
27) Alternating Voir Dire
28) Compel Disclosure of Prosecutor's Jury Selection Data
29) Have Reasons for Defendant's Objections and for Overruling Defendant's Objections Placed of Record
30) Increase Burden of Proof to Beyond all Doubt at the Penalty Phase.

*[handwritten additions:]*
ACTION LOT TIME FILE / PRETRIAL MOTIONS
MOTION ALLOW DEFENSE ARGUE 1st vLAST
~~MOTION~~ to Limit Prosecutor's Argument to the Agg. Circum. Proven at The Guilt Phase
MOTION TO PROHIBIT PROSECUTOR FROM COMMENTING ON ACCUSED'S UNSWORN STATEMENT
~~MOTION PERMIT~~ DEFENSE TO ADMIT ALL RELEVANT EVIDENCE OF SENTENCING PHASE
MOTION ~~COMPREHENSIVE~~ VOIR DIRE
~~MOTION DISCLOSURE~~ OF REBUTTAL WIT
~~MOTION INCREASE~~ PEREMPTORY
PROHIBIT PROS ARGUING JCT INSTRUCTING MITIGATING FACTORS

003178

## MOTIONS FOR LEE EDWARD MOORE

1) Bill of Particulars
2) Request for Discovery
3) Change of Venue
4) Submit Questionnairres to Prospective Jurors
5) Appropriation of Funds for Defense Preparation
6) Exclude Death Penalty because Electrocution is Cruel and Unusual Punishment
7) Disclosure of Witness Statements Prior to Trial
8) Require Prosecutor to State Reasons for Exercising Peremptory Challenges
9) Motion to Suppress
10) Motion to Dismiss Indictment
11) Motion to Prohibit Death Qualifications of Jury
12) Individual Sequestered Voir Dire
13) Motion for Disclosure of Impeaching Information
14) Compel Law Enforcement Officials to Turn Over and Advise Prosecutor of all Information Acquired During Investigation
15) Compel Disclosure of and Specific Requests for Exculpatory Evidence
16) Prohibit Prosecutor from Arguing and the Court from Giving Instructions Regarding Statutory Mitigating Factors not Raised by the Defense
17) Prohibit References to the Jury that a Verdict as to Death is only a Recommendation
18) Require the Jury to Articulate the Method by Which it Weighs the Aggravating Circumstances Against the Mitigating Factors.
19) Sequester Jurors for Duration of Trial
20) Limit Number of Peremptories
21) Second Voir Dire of Jury
22) Prohibit Display of Evidentiary Exhibits Until Admitted
23) Exclude Photographs of Deceased
24) Exclude References to Defendant's Criminal Record and to Exclude any Evidence Relating to Other Crimes, Wrongs or Acts.
25) Prohibit any Evidence Bearing on the Character of the Victim.
26) Compel Disclosure of Aggravating Factors and any Information Relating to Mitigating Factors
27) Alternating Voir Dire
28) Compel Disclosure of Prosecutor's Jury Selection Data
29) Have Reasons for Defendant's Objections and for Overruling Defendant's Objections Placed of Record
30) Increase Burden of Proof to Beyond all Doubt at the Penalty Phase.

000179

# DEARDORFF & HAAS
## ATTORNEYS AT LAW

TIMOTHY J. DEARDORFF
LOREN S. HAAS
JAMES S. GINOCCHIO

109 EAST McMILLAN — CINCINNATI, OHIO 45219
(513) 241-4030
FAX 241-5724

GEOFFREY W. PITTMAN

## FAX TRANSMISSION

TO: Daniel J. James

FROM: Timothy J. Deardorff

DATE: February 8, 1994

MESSAGE: Re: Lee Edward Moore

Fax No: 241-0154

Page one of 2 (including cover letter)

FAX NUMBER SENT FROM (513) 241-5724

If there are any questions concerning the following faxed material, please contact Deardorff & Baas, Law Offices at (513) 241-4030.

Thank you.

003180

LAW OFFICES

| | | |
|---|---|---|
| CHUCK R. STIDHAM<br>CHRISTOPHER J. BERNARD | **SAND, STIDHAM AND BERNARD**<br>317 W. BENSON STREET<br>READING, OHIO 45215<br>(513) 761-4929<br>FAX (513) 761-3573 | *ROBERT G. SAND<br>(1932-1990)<br>*HARRY A. SAND<br>(1922-1987) |

February 2, 1994

Daniel James
Attorney at Law
30 E. Central Parkway
13th Flr., American Building
Cincinnati, Ohio 45202

RE:  State of Ohio v. Lee Moore

Dear Dan:

    Thank you very much for considering Mr. Vonderhaar and myself to be the Mitigation Specialists in reference to the above case. Steve and I would like very much the opportunity to speak with you as quickly as possible so as the ground work, foundation and parameters of our duties and obligations is clearly set forth.

    Mitigation Specialists of Southwest Ohio charges the fee of $35.00 per hour plus nominal expenses in the event of long distance telephone calls or mileage. We look very much forward to the opportunity of working with you in the representation of Mr. Moore.

                                                  Very truly yours,

                                                  Chuck R. Stidham
                                                  Attorney at Law

CRS/tas

003181



**Office of the Ohio Public Defender**
8 East Long Street
Columbus, Ohio 43266-0587
(614) 466-5394
FAX NUMBER: (614) 644-9972
GLORIA EYERLY
~~JAMES KURA~~
State Public Defender

February 17, 1994

Dan James
1300 American Building
30 East Central Parkway
Cincinnati, Ohio 45202

Dear Mr. James:

Joann Bour-Stokes asked me to provide you with names of mitigation specialists in the southwestern Ohio area. Unfortunately, in your area, there are not many experienced mitigation specialists available. Because of that, I am including the names of several folks in the Central Ohio area as well as a man from Tennessee who is willing to travel to Ohio.

If I can be of further assistance, please do not hesitate to call.

Sincerely,

Jane A. Core
Investigation/Mitigation Section Director

JAC:psm

Enclosure

003182

Susan Shorr
8531 Windy Hollow Drive
Cincinnati, Ohio 45249
(513) 489-7169

Jim Crates
336 South High Street
Columbus, Ohio 43216
(614) 241-2167

Karen Howell
Franklin County Public Defender
375 South High Street, 18th Floor
Columbus, Ohio 43215
(614) 462-3194

Marguerite Liverani
704 Wager
Columbus, Ohio 43206
(614) 445-6737

Frank Einstein
P.O. Box 90213
Nashville, Tennessee 37209
(615) 292-2510

003183