**DANIEL J. JAMES**
ATTORNEY AND COUNSELOR AT LAW
13TH FLOOR, AMERICAN BUILDING
30 EAST CENTRAL PARKWAY
CINCINNATI, OHIO 45202

(513) 721-1995

SUBURBAN OFFICE
4226 BRIDGETOWN ROAD
CINCINNATI, OHIO 45211
(513) 574-5400

January 31, 1994

Mr. & Mrs. Lee Moore
1101 Clearbrook
Cincinnati, Ohio  45229

Re: State of Ohio vs. Lee Moore
Case No.: B9400481

Dear Mr. & Mrs. Moore:

I wanted to write to you and provide you with my address and phone number. As I indicated to you today outside of Judge Morrissey's Court Room, I have adjusted my schedule and hope to meet with your son tomorrow morning. After I've had a chance to talk with him, I'll get back in touch with you to discuss how these matters will proceed.

If you have any questions, feel free to give me a call. I spend a good deal of time in it so do not be discouraged if I do not return your call immediately. I will keep you apprised of the progress of this case and will be happy to talk to you as time permits.

Sincerely yours,

Daniel J. James

DJJ/kw

003184

FRITZ MEYER                              #7 1st Time Jurors
Chief Deputy Jury Commr
Duties - responsible - Obtaing Jury
How Jury Pool selected                   Registered Voters
     Jurors initially check -
            Shuffle Cards
            Voter Registration
      Systematically excluded - No known

78 - 1st       # Juried 708      some Black
                   203 excuses
                        Personal or Business

— Req. Cont - Denied
— Motion - Denied

000185



13. Michael R. Macke, Western Hills
14. Sandra J. Freeman, Woodlawn
15. David A. Peter, Western Hills
16. David M. Weller, Groesbeck
17. Daniel Ashton, Groesbeck
18. Carole A. Baldauf, Springdale
19. Diane L. Borgerding, Anderson Twp.
20. John E. Greivenkamp, White Oak
21. Patricia A. Games, Mt. Washington
22. Linda J. Phillips, Price Hill
23. Katherine M. Caito, Anderson Twp.
24. Guy R. Hopkins, Finneytown
25. Carolyn Savage, Greenhills
26. Robin A. Mudersbach, Mt. Washington
27. Jane Jackson, Hyde Park
28. Elizabeth P. Baron, Evanston
29. Karla S. Irvine, N. Avondale
30. Carlene E. Williams, Forest Park
31. Carol J. Budd, Green Twp.
32. Belinda S. Kirkland, West End
33. Rebecca S. Baker, Pleasant Ridge
34. Mark R. Meyers, harrison
35. Gregory R. Jaeger, Miami Twp.
36. Michael P. Whan, Terrace Park
37. William T. Wingo, Cinti.
38. Bruce E. Privett, Anderson Twp.
39. Anita L. Taylor, Green Twp.
40. John W. Hopkins, Springfield Twp.
41. Craig J. McDowell, Anderson Twp.
42. Maureen A. Gonzalez, Montgomery
43. Virginia A. Liwag, Mt. Airy
44. Joseph J. Modaffero, Norwood
45. Richard A. Scherz, College Hill
46. Louis W. Atkins, Avondale
47. Sandra D. Cox, Price Hill
48. Scott R. Nazzarine, Anderson Twp.
49. Timothy M. Nienaber, Price Hill
50. Wanda F. Terry, Mt. Healthy

003187

Consent Search

Schneckloth v. Bustamonte
   totality of circumstances
   knowledge of right to refuse - police need not advise of rt to refuse

? is whether consent was act of free will, voluntarily
given & not result of duress or coercion
   Pros - must establish consent voluntarily given

003189

Feldhaus
  stress notes - drop him(?)
  Admit - drunk, high - 340g + Gin -
  in Notes - not in taped statement

Nolo - he punched
  Blacked out
  ran to car - did not know if victim shot - hoping he wasn't

Revolver times
  BF's notes - shot 0645  } 2½ hrs
  and 715

Ternan
  behind dumpster - we could leave

Time arrive downtown
  where they placed - still no shoes, not given shirt
       - permitted to make phone call
              parents, family
       knowing friends or family advised, contacted by
              police - told under arrest
  Also in Room downtown - alone, still handcuffed

[ Feldhaus

Nothing to eat                              12-13 hrs

                                            Nothing to eat, No sleep
                                            Bare Cheeked  No shoes
  - Time  4:45   6:30                       Cold - Wet   Handcuffed
         6:35 - 7:15                        19 -  Written statement
                                            never interviewed before -
                                              not told why held, arrest
  - Accident - drawing                      not given opportunity to call
                                            family
                                               Asked for lawyer - Varitz
  - Drawing other people made               Told - other people making statements
         statement -                        Charged w/ Agg Murder
                                            Wouldn't look good if he didn't
                                              make statement
                                            Reasonable Accident

003191

*[Handwritten notes, partially illegible:]*

he was in custody, under arrest, not free to leave

L. statuts
   in Custody
   not free to leave

Time of Arrest - Mt Healthy
Where he was held
  - alone - any phone calls
Why take shoes  Handcuffed in jail
      shirt     Clothing - Shirt - Shoes
              Describe cell
Any initial interview - age, where he lived
              how far in school, deliver of drink
influence of drugs or alcohol - Blue eyed
slurred speech - crying - sniffling, running nose

Mt Healthy - given any thing to eat
   arrested at - fast food restaurant - food
   taken away
        Any thing to drink - was there sink in cell
        toilet - Urinal or commode
            Taken to bathroom

#1020 - Read rights - 1st time - met at 5:30
u know did you interview - why not
tell him what arrested for - why holding him
told him why - Where taking him
why downtown - Recall

review w/ Atty           arr 1/30/94 - middle of winter
walker of conscience     Jan - Had he shoes
inner compulsion         made him walk to car - snow
                         no shoes, no shirt,
                         just jacket

003192

State v. Beaver    Ohio Sup Ct - Greene Cty
46 Oh St 3d 50    Capital Case

Interview began 6:43 PM -
        Break 10:47 PM
W. hysterical - Hosp - return 2:20 AM
W spoke to W
2:75 - interview resumed admission

Voluntariness - confession product of deceitful + coercive interrogation

lack of prior experience w police techniques    applied during
length + intensity of interrogation    7½ hrs
monitoring of conversation

D - found - D sophisticated, college educated adult - throughout the
interview acted assertively - not taking drugs/alcohol, no
physical problems - appellant's age, mentality, or lack of prior criminal
experience were not factors in his decision to confess
Wendy did confess - he did so because of conscience

alcohol    Ct - Must look at totality of circumstances
drugs        age, mentality, prior criminal experience of
        accused    length, intensity + frequency of interrogation
        evidence of physical deprivation or mistreatment,
        evidence of threat or inducement

Case 1:00-cv-00023-SJD-MRM   Document 120-60   Filed 08/08/2005   Page 11 of 20



#13 - Jane Jackson, Hyde Park
#14 - Carlene E. Williams, Forest Park

**BEFORE JUDGE** Robert P. Ruehlman

**DATE** _____

No. ( B-9400481 )

**vs.** _____

**TRIAL** _____

**REPORTER** _____

## BACK ROW

1. Robin A. Mudersbach — Mt. Washington
2. David M. Weller — Groesbeek  *JANE JACKSON*
3. Diane L. Borgerding — Anderson Twp.
4. Guy R. Hopkins — Finneytown
5. Jeffrey C. Wellington — Loveland / Donna M. Mason — Silverton
6. 

## FRONT ROW

7. Katherine M. Caito — Anderson Twp.
8. Patricia A. Games — Mt. Washington
9. Linda J. Phillips — PriceHill
10. William L. Miller — Anderson Twp.
11. Donna F. England — Anderson Twp.
12. Richard J. Menchen — Mack

*CARLENE WILLIAM*

003194

**VISITOR'S REQUEST**

DATE: 6/11/94  TIME: 10:40
RESIDENT'S NAME: Lee Moore
VISITOR'S NAME: Dan James Atty

LOCATION: _____
BUILDING: NSF 31  FLOOR: _____  POD: _____

*(Please give pass to Control Room Officer)*

VISITS WILL BE LIMITED TO 15 MINUTES.

© EHS    Revised 12/93



# THE CINCINNATI ENQUIRER

## Radiation records revealed

*Local researchers dosed [?] — mostly poor and most[ly?]*

**BY TIM BONFIELD**
The Cincinnati Enquirer

In the heat of the Cold War 30 years ago, 89 people with terminal cancer — mostly African-American, mostly poor — suffered the nausea and pain of radiation-induced injury in Cincinnati. Some died painful, premature deaths.

As families hunt today for answers, and Congress debates whether to compensate the unwitting human guinea pigs of Cold War experiments, documents from the University of Cincinnati to the Department of Defense obtained by *The Enquirer* begin to reveal what happened in the basement of General Hospital from 1960 to 1971.

Beginning in 1960, Dr. Eu-

## Survi[vors] 173.[9?]

BY STE[VE?]
The Cincin[nati]

[Most of?] who part[icipated?] Hospital' ments we American of patient after the[y?] patien[ts?] by *The E[nquirer]* searchers radiation only 54 o[f?]

The av[erage?] time of th[e?] 173.9 day[s?] tion.

## Teens to be tried as adults



003196

## [Bev]erage [alcoho]l law [?]ter

alcohol limit to 0.02%

[?]MMINS
[?]ROTH
Enquirer

[Governor Geor]ge Voinovich signed [Thur]sday legislation that [will?] provide a zero tolerance [dri]nking by drivers un[der 21?].

May 3, the legal definition of driving for 16- to [20?] will be 0.02% blood [alcohol conte]nt. The definition for [adults is?] 0.10%.

[The tw]o means virtually [no prov]ision prior to getting [in an automob]ile," Lt. Gov. Mi[ke DeWine] said.

[The ru]ling came two days after a House subcommittee approved legislation [that] 16- to 21-year-olds [have?] a record for a year on a "probationary license" before they could get a driver's license. That measure must still pass the House and Senate.

Under

*Local researchers ... — mostly poor and*

# Radiation record revealed

**BY TIM BONFIELD**
The Cincinnati Enquirer

In the heat of the Cold War years ago, 89 people with terminal cancer — mostly African-American, mostly poor — suffered the nausea and pain of radiation-induced injury in Cincinnati. Some died painful, premature deaths.

As families hunt today for answers, and Congress debates whether to compensate the unwitting human guinea pigs of Cold War experiments, documents from the University of Cincinnati to the Department of Defense obtained by *The Enquirer* begin to reveal what happened in the basement of General Hospital from 1960 to 1971.

Beginning in 1960, Dr. Eugene Saenger, the father of UC's department of nuclear medicine and a world-leading expert on the health effects of radiation, led a team of scientists whose work for

# Underage DUI law stricter

### Blood-alcohol limit lowered to 0.02%

BY DICK KIMMINS and DANIEL ROTH
The Cincinnati Enquirer

Gov. George Voinovich signed into law Thursday legislation that will effectively provide a zero tolerance for drinking by drivers under 21.

Beginning May 3, the legal definition of drunken driving for 16- to 20-year-olds will be 0.02% blood-alcohol content. The definition for adult DUI is 0.10%.

"Point zero two means virtually no consumption prior to getting into an automobile," Lt. Gov. Michael DeWine said.

The signing came two days after an Ohio House subcommittee unanimously approved legislation requiring that 16- to 21-year-olds have a clean record for a year on a "probationary license" before they could get a driver's license. That measure must still pass the House and Senate.

Under the legislation signed Thursday, penalties for an underage DUI

### Liquor level for 0.02%

A 160-pound male who drank 1 ounce of hard liquor or about a half-can of beer in one hour would have a blood-alcohol content that would fit the legal definition of drunken driving for 16- to 20-year-olds

## Teens to be tried as adults



Teens Larry Kinley, left, and Jason Holmes leave juvenile court Thursday after a judge ruled they should be tried as adults in the slaying of Chicago businessman Melvin Ollinger.

*The Cincinnati Enquirer/Michael E. Keating*

(Please see McALPIN'S Page A4)

# McAlpin's moves HQ to Louisville

**BY SHELLY REESE**
The Cincinnati Enquirer

McAlpin's Department Stores, a downtown fixture for 114 years, will move its corporate headquarters from Fourth Street to Louisville and merge with a sister company in an effort to cut costs.

The restructuring will merge McAlpin's and Louisville-based Bacons Department Stores. The retailers' parent, Mercantile Stores Co. Inc., said Thursday it would "examine" about 130 jobs.

Those jobs, most of them marketing, advertising and merchandising positions held by employees at McAlpin's headquarters, would be eliminated or relocated to Louisville.

The merger, effective immediately, already has eliminated one

(Please see …)





# Pair face murder charges

## Prosecutor calls court behavior 'sickening'

**BY SHEILA McLAUGHLIN**
The Cincinnati Enquirer

After two teen-age cousins learned Thursday that they would be tried as adults in the slaying of a Chicago businessman, they grinned and giggled.

Hamilton County Prosecutor Joseph Deters called the behavior "sickening."

"I truly believe anyone who would commit that type of crime just doesn't care," Deters said after the hearing in Hamilton County Juvenile Court. "It won't be appreciated, ever, the magnitude of what they have done."

Judge David Grossmann turned the cases of Larry Kinley, 15, and Jason Holmes, 16, over to a grand jury to consider charges of aggravated murder, aggravated robbery and kidnapping. He ordered both jailed on bonds of $300,000.

The two could face 50 years to life in prison if indicted and convicted.

Olinger's body was found Jan. 20 behind a machine-tool company in Cumminsville. He was shot once in the head.

The 53-year-old former Fairfield man had been missing since Jan. 14, after he left a local bar.

Authorities said Kinley and Holmes, of Mount Healthy, and Lee Edward Moore Jr., 19, of Paddock Hills chose Olinger to rob and kill because his car had out-of-state plates. Police have identified Moore as the triggerman. He has been indicted on the same charges facing the others.

Authorities allege that Holmes, a Mount Healthy High School ninth-grader, helped Moore kidnap Olinger from the parking lot at Gina's Lounge in Fairfield. Police said Kinley, an Aiken High School student, accompanied Moore when Olinger was killed.

Dr. Paul Deardorff, a psychologist who often evaluates juvenile defendants to see whether they are fit to be tried as adults, interpreted Kinley's and Holmes' behavior after the hearing as a "sense of bravado." He did not examine the teens.

"Most of the kids bound over on something as serious as this are scared to death," he said. "I think when they see what's ahead, they will lose the smirk."

Kinley's lawyer, Kenneth Lawson, said court psychologist Emmett Cooper reported Kinley "seemed childlike" in his understanding of the events.

"They are going to understand it when they get to the penitentiary," Deters said.



*'It won't be appreciated, ever, the magnitude of what they have done.'*

— Prosecutor Joseph Deters

# City may cut bait on aquarium

## Lawrenceburg casino bidder could build faster

**BY RICHARD GREEN**
The Cincinnati Enquirer

Cincinnati Mayor Roxanne Qualls conceded Thursday that an aquarium envisioned for

That's a timetable that the city cannot match." Indiana will begin granting gambling licenses this fall. State officials would not predict when a license will be issued for Dearborn County.

Empire Casino & Resort, a subsidiary of Schilling Casino Corp. of Fort Wright, has included the aquarium in a plan

*"We know this was a downtown Cincinnati priority, but we think we can do it quicker than the five to 10 years*

---

## U.S. ends embargo on Vietnam trade

President Clinton ended the 19-year trade embargo with Vietnam on Thursday, opening the United States to one of the fastest-growing markets in Asia while making an attempt to close a divisive chapter in American history. Story, A2

---

conviction include a sense suspension that the medial driver's

r-old drivers -related traffic 1992, state

e new law ill, Voinovich lowering the to 0.08%, a in 14 states. 0.10% for all and Indiana. 2%) standard king? I don't unty Sheriff's said. "Will it cautious? May-

son of Connie ewater Township, under 21 died caused by a river.

body should be ," she said. "It child. It is the 've ever had." 17, of Mount think the new ed at that level ls High School

Chamber knocks

003198

rmer

High 42°/Low 25°
Warmer today, with mix of clouds and sunshine. Mostly cloudy Saturday, with a chance of rain.

this section

THE STATE OF OHIO, HAMILTON COUNTY

COURT OF COMMON PLEAS

CRIMINAL DIVISION

| | | |
|---|---|---|
| STATE OF OHIO | : | NO. B9400481 |
| Plaintiff | : | (Judge Morrissey) |
| vs. | : | STATE'S RESPONSE TO DEFENDANT'S DEMAND FOR DISCOVERY |
| LEE MOORE | : | |
| Defendant | : | |

Now comes the State of Ohio, by and through its Assistant Prosecuting Attorney, Mark E. Piepmeier, and in response to Defendant's Demand for Discovery provides disclosure and inspection of the following information by the Defendant pursuant to Criminal Rule 16(B):

1. STATEMENTS OF DEFENDANT AND CODEFENDANTS:

    Police Officer's notes of interview with defendant Moore

    Transcript and tape of statement of defendant Moore

    Transcript and tape of statement of defendant Holmes

    Transcript and tape of statement of defendant Kinley

2. DEFENDANT'S PRIOR CRIMINAL RECORD: Defendant has no known adult record.

3. DOCUMENTS AND TANGIBLE OBJECTS: The following items are available for inspection in the Hamilton County Prosecutor's Office:

    Clothing of Lee Moore at arrest

    White leather pouch containing 2 live .357 rounds

    1994 Ford Taurus belonging to victim

003199

1 Sturm Ruger .357 Caliber Revolver

1 S & W .32 Caliber Revolver

1 18" gold necklace

1 10 Kt. gold bracelet

2 receipts from JC Penney

1 mans gold watch

4 pairs gold earrings in red jewel case

1 ladies gold ring

Numerous pills and suspected crack cocaine

Ohio license plate NMN 685

1 box 30 live .357 rounds

1 Western style holster

1 Colt gun pouch

10 live 9 mm. rounds

Assorted live ammunition rounds

1 gold ring

2 car keys

Wallet and personal papers of Lee Moore

Photos of duplicate items of those purchased with deceased's credit card

Numerous JC Penney's price tags

Photos of scene of kidnapping in Fairfield

Photos of homicide scene

Photos of above evidence items

Rights forms for defendant Moore

Consent to search forms

Tape cassettes of defendants' statements

Shell credit card receipts

003200

Photo spreads

4. TESTS AND EXAMINATIONS: Fingerprint examinations were performed with no identifiable prints developed.

We are still awaiting results of gunpowder residue tests. Autopsy report to be provided when received.

5. WITNESSES:

Larry Kinley   Hamilton County Justice Center
Jason Holmes   Hamilton County Justice Center
P.O. Robert Dennett   Fairfield P.D.
Sgt. Edward Roberts   Fairfield P.D.
P.O. James Williamson   Fairfield P.D.
P.O. Mike Tiernan   Fairfield P.D.
P.O. Don Garrett   Fairfield P.D.
P.O. Tom Strobe   Fairfield P.D.
Gail Thomas   JC Penny Northgate
Aaron Blusky   JC Penny Northgate
Charlotte James   5141 Alert New London Rd.
Dr. Elliot Gross   H.C. Coroner
Darrell Anderson   1293 Meredith Dr.
Cameron Callery   1054 Loiska Ln.
Vinetta Gilliam   627 Chestnut St.
Trista Neal   10889 Sprucehill Rd.
Chief Al Schaefer   Mt. Healthy P.D.
Asst. Chief Dennis Ohmer   Mt. Healthy P.D.
P.O. Jeff Armontrout   Mt. Healthy P.D.
Sgt. Mike Donathan   Mt. Healthy P.D.
P.O. Dave Feldhaus   C.P.D.
P.O. Joe Hoffmann   C.P.D.
Sgt. John Jay   C.P.D.
P.O. Jim Murray   C.P.D.
Clarence Caesar   C.P.D.
P.O. Ray Moreno   C.P.D.
P.O. Darlene Lackey   C.P.D.
P.O. Gary Seal   C.P.D.
Sgt. Bob Disbennett   C.P.D.
John Jannigan   JC Penny Tri County
Margaret Esmaham   JC Penny Tri County
Gwendolyn Lay   JC Penny Tri County
Krista McKinney   JC Penny Tri County
Dan Ringel   JC Penny Tri County
Bill Schrand   H.C. Coroner
Noah Olinger/other Olinger family member
Lee Moore Sr.   1101 Clearbrook Dr.

6. EVIDENCE FAVORABLE TO DEFENDANT:

None known.

003201

TEST RESULTS, EXAMINATIONS:

Coroner's Office Lab Reports 318-94-F-S-M (Enclosed)

Coroner's Office Death Record and Autopsy for Melvin Olinger

Page 14 of statement of Jason Holmes (left out of original discovery)

Diagram of Fair Plaza in Fairfield

Diagram of area of 3365 Beekman where body located

ITEMS AVAILABLE FOR INSPECTION (Supplemental):

Receipts from JC Penny

*Mark E. Piepmeier* (signature)
Mark E. Piepmeier, 0006894P
Assistant Prosecuting Attorney
914 Main Street
Cincinnati, Ohio  45202
513/632-8534

CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was served upon each party or attorney of record in the proceedings for each party by personal delivery on the ___29___ day of ___April___, 1994.

*Mark E. Piepmeier* (signature)
Mark E. Piepmeier, 0006894P
Assistant Prosecuting Attorney

003202

THE STATE OF OHIO, HAMILTON COUNTY

COURT OF COMMON PLEAS

CRIMINAL DIVISION

| | | |
|---|---|---|
| STATE OF OHIO | : | NO. B9400481 |
| Plaintiff | : | (Judge Morrissey) |
| vs. | : | STATE'S RESPONSE TO DEFENDANT'S DEMAND FOR DISCOVERY |
| LEE MOORE | : | |
| Defendant | : | |

Now comes the State of Ohio, by and through its Assistant Prosecuting Attorney, Mark E. Piepmeier, and in response to Defendant's Demand for Discovery provides disclosure and inspection of the following information by the Defendant pursuant to Criminal Rule 16(B):

WITNESSES:

| | |
|---|---|
| Shatanda Neal | 10889 Sprucehill *Girlfriend* |
| Wilma Neal | 10889 Sprucehill *Mother* |
| George Neal | 10889 Sprucehill *Father* |
| John Keal | 5744 Lake Superior – *saw Lee Moore – at bar* |
| Bob Schnur | Mt. Healthy H.S. |
| Annette Davis | H.C. Coroner |
| Bill Dean | H.C. Coroner |
| Dr. Gross | H.C. Coroner |
| Ron Camden | C.P.D. |
| Jim Lawson | C.P.D. |
| Jay Green | C.P.D. D-5 |

003203