A: (silence)

Q: Huh?

A: Yeah.

Q: Okay. What did you see up there? Did ya see um this Melvin Olinger up there or how did it how'd you come about seein' him?

A: I saw 'im um gettin' out of his car. He went into a bar or somethin'. I waited there. I was gonna steal his car when he came out an' drive 'im back down ta um um Cincinnati an' leave 'im. I got 'im in the car an' drove down ta um back down to um Larry Jason's house an' told Larry that he was in the car an' he said he wanted to go with me.

Q: Now this is Larry uh...

A: Um Larry Kinley.

Q: Okay.

A: An' he told me he wanted to ride with me to where I where ever I dropped 'im off at. So we rode we were ride an' we was in Cumminsville an' Larry showed a street he told me to turn down. An' so I turned down the street. An' um I had been drinkin' heavily an' smokin' marijuana. I really wasn't in in my really in in my right state of mind. An' um we went back... We we turned down a street an' um he got out the trunk an' I told 'im to walk over by um by this dumpster so I could um so he can go behind it an' I could leave an' he wouldn't know which way we were headed when we left. An'

Page 3

003224

I I asked for his wallet on the way back. He pulled his wallet out an' he handed it to me but but he dropped it. An' I um I had the I had the gun pointed at 'im an' I reached down to pick it up an' he ss.. he ke.. he started walkin' towards me or somethin'. An' an' an' like I said I was drinkin' a lot, I wan't in my right state of mind. I smokin' weed. I was I was high on things an' I panic, I got scared an' I accidentally pulled the trigger. But it definitely was a accident. I didn't mean it... It definitely was a accident. An' after I heard the shot I guess I went blacked out or went into ss... shock or somethin'. An' then I didn't even see 'im see 'im fall or nothin'. I just got back in the car an' rode away thinkin' about I didn't m... I I was hoping that I didn't that I didn't shoot 'im, that I missed or somethin'. But when I got in the car Larry was he was talkin' like uh yeah you got 'im. You shot 'im in the head. His brains went every where. And...

Q: Like he's happy or what?

A: Yeah he was he was laughin'. He said fuck 'im. After he said that he was like you shot 'im, his brains went ev... every where. They was every where. Fuck 'im. An' I was just in shock cause I never I never meant for nothin' like this to happen. I just... I just was tryin' ta get a car to impress people. I wasn't wan't never tryin' to kill anybody. An' I I stayed up all that night thinkin' about that an' I... That wan't my intention an' I am

003225

Page 4

sorry that I did it.

Q: Okay. Now when when you left when you drove away from there were you in his car, the Taurus?

A: Yeah.

Q: Who was drivin'?

A: I was.

Q: Okay. Now where did you go when you left there?

A: Back to Larry house.

Q: Back to Larry's house?

A: Yeah.

Q: Now do you remember what ya took from uh the uh man? What was taken from him?

A: Um I just got his wallet an' Larry looked through it an' took all the cards an' stuff.

Q: Okay. Was there any currency in the wallet or in his pockets?

A: He had five dollars in his pocket.

Q: An' who had that?

A: I had that.

Q: Okay. So did yas keep the wallet or did ya throw the wallet out any where or what?

A: Um I don't know what Larry did with it, he had it.

Q: Okay. Um so Larry took the credit cards out?

A: Yes.

Q: Then you went back... Where did ya leave... When you left there, where did yas go to?

A: When w... when I left where?

003226

Page 5

Q: When you left where this where the sh... where this guy was shot at? Where did yas le... When you left, where'd you go to?

A: Larry house.

Q: You went to Larry's house. Is that where you spent the night?

A: (Can not hear an answer.)

Q: Did you go out any where else?

A: Un un.

Q: Alright. What you do with the gun, did you keep the gun an' put it some where?

A: I left it at um at Larry house.

Q: You left it in Larry's house?

A: Yeah.

Q: Where did you originally get the gun at?

A: It it's my father's gun.

Q: It's your father's gun. Okay. So you went back to Larry's house an' um you spent the night?

A: (Can not hear an answer.)

Q: An' what happen the next morning, you got up, did ya go any where or?

A: We got up an' Larry an' Jason had they had talked me into um goin' out an' um using these credit cards an' buy stuff with 'em. I wan't goin'... I really wan't goin'... I wan't gonna do that cause I was already scared.

Q: Um hum. What credit cards did ya have?

003227

A: Uh a JC Penny card an' a uh a Jeanie card. They threw that away. They threw that one away.

Q: Okay. Did ya have any gas cards?

A: Yeah. An' a Shell card.

Q: Shell card. Okay. So yous went out... Who went with ya to go out shopping an' use usin' the cards?

A: Larry.

Q: You an' Larry went out?

A: Yeah.

Q: Were you in his car now?

A: Yes.

Q: Now did yas take the plates off his car or anything or how did yas did yas try ta...

A: Larry took um... He took the his plate off an' put one of mine on.

Q: Okay. So now you got your plate on this guy's Taurus right? That was done by Larry?

A: Um hum.

Q: Okay. An' then you an' Larry went out to uh where Northgate?

A: Yeah.

Q: An' what where did yas where did you go out there?

A: Um ta to JC Penny.

Q: Okay. What did ya what did ya go... What did ya buy anything out there or what did you do at JC Penny?

A: Yeah I charged a necklace an' a bracelet an' a sweat shirt an' a t-shirt an' some sweat pants.

003228

Q: Okay. An' wha...

A: An' a hat.

Q: An' a hat. An' you used the uh the guy's card, the JC Penny card?

A: Yeah.

Q: Did you sign the receipt or anything or?

A: (silence)

Q: Huh?

A: Yes.

Q: Did you signed his name or did you say you were somebody else or what?

A: I sign his name.

Q: Okay. What you uh... Jewelry you bought out there at JC Penny did did you buy that for you or did you buy that for somebody else?

A: I bought it for somebody else.

Q: An' who was that you bought that for?

A: Um my girlfriend.

Q: An' what's her name?

A: Shatanda Neal. (Not sure of the spelling on name.)

Q: Shatanda Neal. Okay. Did she know where this jewelry came from?

A: No.

Q: Okay so she didn't know anything about it? She didn't ask ya or anything like that?

A: (Can not hear an answer.)

Q: So basically you went over there an' gave 'er the

jewelry? Does she have it now?

A: Yes.

Q: Okay. An' the clothes that you bought, where's that at?

A: They got...

Q: The police you mean?

A: Yeah.

Q: Okay.

A: The police got it.

Q: Alright. Now did you uh did you go any where else then after Northgate?

A: Um up to Tricounty.

Q: --- you went to Tricounty Mall? An' what store did you go there then?

A: JC Penny.

Q: Okay another JC Penny there. An' what you did you buy anything there?

A: Yeah.

Q: What did you buy there?

A: A necklace an' a ring.

Q: A necklace an' a ring. Can you describe the necklace an' ri... an' ring.

A: It was a Herringbone necklace an'...

Q: Can...

A: a nugget ring.

Q: A nugget ring. An' where's the uh Herringbone necklace at now?

A: The police have it.

003230

Q: Police have that. An' where's the uh nugget ring?

A: At my father's house.

Q: That's at your father's house. Okay. An' your father lives at 1101 Clearbrook?

A: Yes.

Q: Okay. So then you uh came home an' uh this is all this happen the next day right? Saturday the 15th?

A: Yes.

Q: Okay. Did you keep the card or did you give the cards to somebody else?

A: I gave it away.

Q: You gave the cards away. You remember who you gave 'em to?

A: Ooh the car?

Q: The cards, the credit cards?

A: Ooh I didn't have 'em. Ja... Larry an' Jason had 'em.

Q: Okay but you had 'em to buy this stuff though right?

A: Um hum.

Q: An' then you came home an' you gave it to Larry an' Jason?

A: Um hum.

Q: An' what they do?

A: They went to a JC Penny.

Q: So they left again. They left right after you got home an' they tried to use it?

A: (Can not hear an answer.)

Q: 'kay. An' where did you go?

003231

Page 10

A: I went to my house.

Q: You went to your house?

A: Yeah.

Q: Still drivin' the Taurus, this the guy's car?

A: Yes.

Q: Okay. How long did you did you keep his car?

A: I kept his car...

Q: Huh?

A: two days.

Q: You kept his car two days. Now this happen Friday. You sayin' you kept it till Sunday or...

A: Hum?

Q: You say you kept it till Sunday or was it later then that?

A: Till Sunday.

Q: An' then what you do with it Sunday?

A: I gave it away.

Q: An' who'd you give it to?

A: Cameron. I don't know his last name.

Q: A guy name Cameron?

A: Yeah.

Q: An' can you describe this Cameron to me?

A: He tall um brown skin. It has a high a high hair cut but low on the side.

Q: Okay what did you tell Cameron about this car?

A: When?

Q: What di... what did you tell 'im about it when you gave

it to 'im? I'm sure he's askin' question like you know you just gonna...

A: I told I tol...

Q: gim'me --- a brand new car.

A: I told it was stolen.

Q: Okay. Did you tell 'im any about it anything about shootin' this guy?

A: No.

Q: Huh?

A: No.

Q: Okay.

A: I gave it to 'im cause I just wa... want to just end it all of that. I was... Cause it was bothering me. I was scared an' I just kept thinkin' about it. I just wanted to get ri... get rid of it.

Q: The car?

A: Yeah.

Q: Okay. Um goin' back up there in Hamilton when this originally started. You know where you an' uh what's his name? The one you started out with Jason? Jason Holmes. When you an' Jason went up there, you're sayin' you saw him comin' out of this building?

A: (Can not hear an answer.)

Q: How come you just didn't take his car an' just leave him there?

A: Ss... cause I know he could call the police right then. An' I wanted to leave 'im so where where he didn't know

003233

where he was at an' where he couldn't call the police. Gim'me more time to get to get to Hamilton County.

Q: --- --- How did you pick that area down --- Cumminsville?

A: I was just drivin' around. Just drivin'.

Q: You got --- down there anything or you just pick that area out?

A: I was just drivin' an' then we was in that area an' Larry seen a street he told me to turn down. That's how I got that's how I turn that's why I turned where I did.

Q: Okay. How did you get him ta... When you approached him, was you by yourself or was Jason with ya?

A: Jason was with me.

Q: Jason got out of the car with ya? Huh?

A: Yeah.

Q: An' who all had guns? Did you have the gun or Jason originally?

A: Um when we got out the car?

Q: Yeah.

A: I didn't have it when we got out.

Q: Huh?

A: I didn't have it when we got out. I Jason took it in the house.

Q: No I mean when you when you saw this this guy who got shot, the old man...

A: Um hum.

Q: when you saw him up comin' out of the building at Ham... up at Hamilton...

Page 13

003234

A: Um hum.

Q: an' you were sittin' there watchin' his car waitin' for 'im to come out..

A: Uh huh.

Q: when he came out to get in his car, who went up an' approached 'im?

A: I did.

Q: You did. By yourself?

A: Yeah.

Q: An' then where did Jason stay?

A: In the car.

Q: He stayed in the car. An' what did you say to this guy when you approached 'im? What what was said?

A: I told 'im... I told 'im to just get in the car.

Q: An' that's all you said?

A: An 'I didn't... Yeah. An' I didn't wanna hurt 'im.

Q: Alright. Did ya have the gun out?

A: Yes.

Q: Huh?

A: Yes.

Q: Okay an' did he get in the car or did he try ta get away or anything?

A: He got in.

Q: He got in the car? An' then what did he get in the passenger side or the driver side?

A: The pa... He got in the driver side an' scooted over.

Q: An' scooted over. So you you got in the driver side,

003235

Page 14

you drove the car?

A: (Can not hear an answer.)

Q: An' where did you drive the car to?

A: I drove it behind the buildin'.

Q: Okay. An' why'd you do that?

A: So he can get in the trunk so he couldn't see where he was goin'. S

Q: Okay. Then how did how did how did that transpire? How'd you get 'im in the trunk?

A: I just told 'im to get in the trunk.

Q: So you got out...

A: Cause it... I got out an' open the trunk.

Q: --- in there.

A: An' La... An' he got out an' got in.

Q: Was he was he askin' ya to let 'im go or anything or what was he sayin'? He did all this voluntarily or what?

A: Yes.

Q: Huh?

A: Yes.

Q: He didn't ask ya to let 'im go or anything like that?

A: No. Cause I told 'im I was... I told 'im I was gonna let 'im go.

Q: So you kept tellin' 'im you were gonna let 'im go?

A: Yeah. That's... Cause I was. That was my intention. That was my intention.

Q: Okay. An' then an' then Jason drove your car...

A: Um...

Page 15

003236

Q: back to uh Clovernook an' you drove that car there?

A: (Can not hear an answer.)

Q: Umkay. Now goin' back to the scene where he was shot at. Yous drove down to Cumminsville an' you're sayin' Larry pointed out a a street to turn down to?

A: Yeah.

Q: An' you turned down to the street right?

A: (Can not hear an answer.)

Q: An' you say you saw a building or some kind of place that you wanted ta to get 'im out at?

A: Yeah.

Q: Okay an' you backed the car up where the the rear of the car is facin' the building?

A: Yeah. So I could leave out without 'im sayin' where we which way we were headed. So I could leave out real quick.

Q: So you could leave out real quick. An' what... You asked 'im for his wallet?

A: Yeah.

Q: An' he gave ya his wallet? An' where was he at? Can you explain to me where he was at when he gave you the wallet? Was he by the dumpster, on side...

A: He was...

Q: of the dumpster...

A: He was by the dumpster on the side of it.

Q: Now there's a building an' then there's a dumpster. An' there's a little little area where you can go back along

side the dumpster. Was he along in this area here?

A: Yes.

Q: About how far back was he?

A: To the back by the wall.

Q: He...

A: I old 'im to get behind.

Q: He was back by the wall?

A: Yeah.

Q: An' where were you at?

A: Um in front of 'im waitin' for 'im to gim'me his wallet.

Q: An' that's... An' then he handed ya the wallet?

A: He took the wallet out an' was handin' it to me but he dropped it. I was reachin' down to pick up the wallet an' I had it I had the gun pointed at 'im when I was doin'... when I was reachin' down to get it. An' then he ma... he step forward an' me I I panicked an' bein' in the condition that I was in, accidentally pulled the trigger. But it was an accident. I didn't mean... I had a large amount a large amount of drinks an' some we.. an' some marijuana. An' it truly truly was an accident.

Q: Okay. An' once you fired the gun did you see if he was shot?

A: No. When when I heard the shot I just kinda blanked out an' went in went in like shock or somethin'. An' then an' I ran to the car, I didn't see nothin'. I didn't even I ain't even know he was shot. -- but Larry I got in the car an' Larry was just Larry was sayin' like you

003238

Page 17

got 'im. You shot 'im. His brains was all over the wall. An' I was just sh... in shocked an' scared. Cause I didn't mean to do that. I... Uh I ain't never uh I just paniced, I was really drunk. I just didn't I didn't mean it. I'm...

Q: Okay.

Q: Um you said there was... Goin' back to the credit cards, there was a Shell gas station uh Shell Shell gas card?

A: (Can not hear an answer.)

Q: Did you ever use that?

A: Um...

Q: Did you ever buy gas with it?

A: If I used it twiced.

Q: You used his gas card twice?

A: Yeah.

Q: What to put gas in his car?

A: (Can not hear an answer.)

Q: Okay. You remember where what station you used it at?

A: Un un.

Q: Okay. Anything Mike? Anything else?

QQ: I can't think of anything else.

Q: Okay. 'kay. This is all I have here. This in.. this'll uh conclude the interview with uh Lee Moore.

Transcribed By Terri Cipriani
Criminal Investigations Section
Cincinnati Police Division
January 31, 1994

Page 18

003239

what about
(word) Shadow

Date of Offense  Jan 14 1994

Larry Kinley                    1/21/94           O14 8h-s
  Dave Feldhaus                        James Williamson
  Cinti Police Homicide                Fairfield Police Dept

7853 Clovernook
DOB 3/7/78 (15)                  9th g- Aiken

interview reference death of Melvin Olvey -
  date of death, disappearance  Jan 14, 1994
Review piece of paper    Miranda Rights

p2  Loron Holmes - cousin - Lee Moore my friend
       went to Hamilton — found car
p3  Lee out of car — told Jason drive home — Lee approaches me — put gun up
    to him — told to get in car ... was saying nothing — lee car — whatever — made
    at stop — told that about it — Lee put him in trunk — drove back to my house
    They told me when we got back
p4  Lee told me, Lee told me everything
       Kinley babysitting - neighbors - Told me Lee had somebody in trunk
       green Ford Fairmount - maroon - Lee in Taurus Ford - blue
p5  Jason be in car — Lee in victims — I knew he stole it. asked Jason to
    babysit till get back — got in car w/ Lee — lee telling somebody in trunk,
    He needs somewhere to put him.  Suggested Winton Terrace

p6 what kill  p6. What did he mean - A- he needed some one to talk - get rid of him
              p6. To shoot kill - A- yeah
              p6 - he needed some place to go - some place to go kill, where he could
                 kill him - yeah
p6  How do you think he was going to be killed - A- I knew be gonna get shot
    cause his gun was w/ him - sitting on his lap
       suggested Winton Terrace - He said too many people - he knows place
       Cumminsville - he familiar around there - what talking about - he got
       a fat ride - gonna get it painted - gonna get rims on it + everything

003240

p7 — He's talking about he's got the baddest car he ever had - talking about car.
P.O. - got half hour earlier - guy in trunk - already assumed it was his. Telling me about fat dude. Past this - you know - driveway - steel box - came in other way where railroad tracks was at - went all way down back - & he saw perfect place.

P.Off. Describe - perfect place - to put, to put fat dude down - Put victim in right by dumpster - nobody over there - went up there, turned around real quick - trunk facin dumpster - he took keys out of ignition, open trunk - he laid it down gently.

p8 — I couldn't see nothin'. I ain't get to see this dude - told me, called my name - told me to come & get the keys & start car up.
P.O. - so you went an got keys? Yeah. Where was victim - he was still in trunk - Was he layin' - I don't know - He had to be layin' there, he was layin down - Cause trunk wasn't all way up yet - He just had it held down.

Got keys - I started car up - I scooted over passenger - side - I hear 'im tell dude - empty out your pockets - ain't gonna be no trouble - He told 'im lay down - He just told 'im go over there & turn around & led that 'im. I ain't get to see both.

p9 — P.Off when he told 'im - Where did he go - towards between a well & dump. An I ain't get to see 'im get killed or nothin. P.off - he walked up to dump.
A - he turned around. P.off he told 'im to turn around.
A - Yeah. Lee shot 'im in the head - he shut trunk real quick - jumped in the car - is laughin.

An I was like damn — I was speechless at first. I said I need to get something to drink. I need a 40 - went down on Hamilton Ave to Convenient - bought 2 40's - went back to my p.
P.Off. Let's go back - tell to turn around. A - Yeah. After - he empties out his pockets & everythin.

p10 — Jake I heard the shot - I looked back after - he shot - I ain't seen nothin.
P.Off How you know he shot him in head - A - Cause he told me he shot him in head, get in car. An he laughin - P.off who's he sayin - Naw, he's just sayin - he just laughin - ... "He gone" he said - He ain't, he really didn't care for him - He didn't care

003241

Q- How'd you know - When did he tell you he shot him in head
A- He told me that - he say he's gonna shoot in in head anyway
Q- Before we got there  A- He's been sayin he gonna shoot somebody in the head when ever he rob him. So I knew he was gonna shoot him in his head anyway

p11
Q- say anything before you got there  A- Naw. he ain't say nothin like that
Q- he say anything about shooting him in head when he got back in car
A- NAW - He told us - me & Jason Wofford - That he shot in he his head & his brain went all over the wall. He asked me did I see it I said. Now. I ain't see it cause trunk was open

I was speechless - I said I need a 40
Went down to Handler - Convenient Store - by Gordies & Lockford
he bought 2 40s - went back to my house

Q- How much money did he get - A- 6 or 8 Dollars - Yeah he got his wallet
A- he gave me wallet - told me to empty it  Q- I took all stuff out & handed everything to Lee

a lot of little cards - credit cards - it wasn't no money in wallet
p12
I looked in wallet - he put everything together - exactly
He pulled 6 or 8 dollars out of his pocket - said this all he had. he had a fannie card too - he saw that - JCPenny; Co. I - he did say something like - damn - I forgot to tell ya I forgot back in that - the fannie number not cause he didn't get fannie # - dunno - 240's jeer

p13
Back to my house - Where Jason was - Lee asked me to change the license plates - he said he was wet. - Changed plates - took off - he told me to throw in dumpster - Michigan plates - he ain't never gonna be found - he fr michigan - they gonna look for him out there instead of here

p14
he put Lee's plates on the car - he put Lee down - taking bags out of car into house
he put em all in my room - what in bags - clothes, shoes, checkbooks - he went through bags & threw stuff in dumpster - I went back next day to baby sit

p15
His suit is still in dumpster - garbage men haven't come yet - He kept suit cause he gonna wear the suit suit - the guns keep this little kit - tool - gun kit - window things - scrape window - still in car - suit in dumpster dumpster - next to my house

003242

p 16 — I love in ct yd. 3 or 4 dumpsters — one closed to my house. I went back to Angela's house — Angela asked him for ride — wanted to go to store — she said she ain't getting in car — she know it stolen — say they ain't get in — but got in anyway, went to store — Angela + Keisha + whatshername — all in car when went to store — he would just say how he got this car — told everybody — told me + Jason — told everybody — got it from dope fiend

p 17 — didn't tell anybody he shot anybody — No — he ain't tell nobody — only people knew is me, Jason + Lee
next day — he spent night at my house — got up in morning — Jason was gonna go to store + buy me what I needed for my girlfriend — I didn't get her nothing — he got little stuff — bracelet, necklace Lee — N. Gal first — Larry + Lee drive Taurus — Jewelry Store — JCPenny's — he got necklace + bracelet

p 18 — put on charge card — say that got pulled the chg card — bracelet for his girlfriend — Tonya — victim's chg. card — anything else — dept. stores for clothes — athletics — bought himself — hats, sweatpants, sweatshirts

p 19 — Did you ask to buy anything — I asked for one thing — then I said I didn't want nothing — Jason wanted something — Jason not wife — he just told you up to get something for her — Yeah — but — I didn't get him nothing — I wanted the ring — but said naw — I just didn't feel like getting it — Lee looking at for her self anyway — him + his girlfriend — he wasn't really worried about me + Jason
We went to Tri-City mall — bought Herringbone at jewelry store, JCPenny + gold nugget — 2 something

p 20 — I remember — price — damn — that's a big price — back to car, back to house — he left + went home, picked up friend, went over girlfriend's too
You didn't buy anything? — I'm sure — Where, cards — Jason cut them up — they was all empty — Jason was gonna try to use it — Lee gave it to him knowing it was empty — empty — No more money in it

p 2# — Q — maxed out limits — Yeah — How did he know that — I ain't even for sure. I know y'all tell how much $ you got left — I guess he say. I don't know if he try to buy something — I think he knew it was empty — cause Jason had the card — Jason couldn't even buy nothing that cost 2 dollars
Yeah Jason — told — Tri-City mall — Same day — I was with him — he tried to buy little rack — cost 2$ — tried to buy some guy shoes — they wouldn't come out

003243