-5-

p22  he kept trying - little .22 - nothin never no card - J seen cut all up
Where gun - should be at my house. He left it over my house - under couch pillow
up in my room. When last time saw gun - This morning - Yeah in my room
under couch pillow - 2 guns - .32 + .357 - that night .357, He used
the .357. Yeah - what look like - Short Barrel - thing turn around,

p23  Cylinder - where you put bullets in. Yeah - Nickel plated, can't be
cert'n about it, to get nickel plate .357 - Q- take any bullets out - It's
5 bullets already in there - Ok - what happened to the one bullet. It's to the one
used - after - it was shot - He flushed that down the toilet - put in my (?)
said he just flushed it down toilet -

Go back to driving the car. Was this guy beating on trunk or anything,
nothin anymore

p24  Now Lee told him - don't say nothing - if he tell - he's gonna come back then
on kill him - when did he tell - First tell - how you know - Cause he told me.
Q talk to him back in Clare-mont. Now - we didn't hit or trunk or nothin
How come you went with Lee instead of Jason - A - Cause I guess Lee thing it
was gonna do the work for me - He didn't ask me neither on the way - I guess I told
all this stuff or any I doin'ta on this - He thought I'd do it but I ain't do it
I ain't pull the trigger. - B- And he put gun in your hand. New he ain't give me
Q- bad you got it - Now he ain't let me do it at all - Why bring you

p25  To show me what he did - Why you not jason - Jason scared of lot of stuff.
he ain't want his name in nothing. - Why did he wanna tell this guy
Why didn't he just let him go - Cause he was tryin' he had all kinds of credit card
an stuff that he could go use + get (?) stuff. He had made a check out to
his self $300. he couldn't cash it or nothing + personal check to - this
guys checks. threw it away - tore it up

Q But if he wanted to show you what he could do - you never got out of car
I don't know why he told me - I guess he wanted to show off in front of me
or somethin' - But he got - he wanted me to do it - I know he wanted me to do

p26  How do you know that - He asked me one time before - would I ever put someth
or I said I don't know. I might - I guess since he thought that, he thought I'd
do it for him - He didn't ask me, he didn't ask me all that night
only time out of car - to get keys - why didn't stay out - A - I ain't wanna stay
out - It was cold outside for one + I ain't wanna sit there + watch

003244

-6-

why - you went along w/ - you was there - I know but I didn't wanna see. I got back in the car. I start the car up & I just got there in the car. That's all - I ain't getting into watching nothing - Why. I tried to see but I can't see nothin' - cause the trunk was in the way. Did you help get - pull this guy into the trunk - I ain't touch em at all.

p27   I never got to see his face - so you & Jason went back to Tri City next day w/ credit card. Same bag. What were you gonna try to get - I wasn't gonna get nothin - How come you went in - Cause my aunt dropped us off. I ain't wanna get nothin - cause I ain't had no money. She knew I ain't had no money - I ain't want her askin me no questions.

Q - Lee used card + Jason gonna use it but you didn't wanna use it

p28   A - I ain't wanna use it - I told you at first. I wanted to get somethin - when I was w/ Lee - Why - did you ask him - I said he should buy this - he said I should just wait. Why - I don't know - cause I told you - he looking out for his self. He wanted to get his self everything then + to get somethin - before he get anybody else somethin. Q - But you planned on gettin somethin then - A - I said I wanted somethin but then I decided I ain't want nothin - he said we could have got it anyway - I could of got it - he told me to wait - I could of

p29   got somethin like that day but I didn't want nothin - he told me not to - all said + done - has he said anything about keeping mouth shut - Yeah he told me don't tell nobody - nobody at all. it's just between me, Lem + Jason

Q - he never made any other remarks - No - No repercussions? to do anything if you told - He ain't say nothin like that

p30   Why did you get in car when you knew guy in trunk - I don't even know - Jason had gun & knew what he do. Why didn't you just stop + let me out - Cause I was scared he was gonna think I was a punk - Q - Why didn't he think you were punk - if you got in car & didn't help - I ain't help em do - no man really. I just - cause I just came w/ - That's all he wanted me to come in - That's all - he wanted me just to come w/ in - So did as he told me to do.

p31   Q - Knew he had gun. gonna shoot em - I ain't gonna shoot em - no I wasn't really worried about it cause I wasn't gonna shoot em. Q - but you went & - he told me to - Q - What if he said now do it - A - I wouldn't of done it - I know I wouldn't of done it - I had too much on my mind that night

003245

cause I think about what my grandmother had said to me. So I was thinking about a lot of stuff. I wouldn't of did it cause I ain't that kind to about nobody. Only if I have a reason to - for I had no rea___ it wasn't my car or nothing - it wouldn't be gonna be ridin in it. I mean drivin it or nothing, so why should I do something. I ain't gonna do nobody a favor like that. Or I would of changed the license plates of in hh-

p 32    Did you ever drive car. No - I don't know how. Why you change plates - Cause he
        told me to to. Anything else - I told you I was scared of im already

003246

Fairfield Pol Dept - Typed Summary of Interview w/ Larry Kinley
Jan 20, 1994    6:40 PM    Sgt E. Roberts & Det J. Williamson
                                                M+ Hea 1th?

   advised of Miranda -
        Lied about use of credit cards - let (D)auby who used the card,
   Let (D) auby getting into car - full description of (D)'s car because
   plate belonged to Lee Moore - Told credit card purchases made Sat 1/15
   at N-Gate + Tri City
   — Kinley indicated not there on Sat but there on Sunday
   — LK said saw LM in Blue car - Lee told got car from dope friend
       Last time saw LM - not today or yesterday - Showed LK composites of him-
       self + indicated clerk described him as being at J.C. Penny's Sat
   — He then stated he was there - w/ LM - LM bought jewelry + clothing
   — He believes Moore using his own credit card

   Afraid of LM - would not want to face in Ct
   Admitted he was w/ LM on Sat - bought jewelry + clothing
   LK stated he didn't get anything for himself from credit card
   — LK stated Lee picked him up Sat - went to N-Gate + Tri City
   — asked where Blue car was - He stated Moore taken + dumped into river
   — everybody knew Moore stolen it
       LK - stated Moore shot Olinger + killed him
   Didn't want to get Jones into trouble but had to save his own black ass

   LK staying w/ his aunt - on 14th - Jones came to apt - said Lee called - wanted
   him to go w/ him - Moore had him get in a blue car - Moore told him a guy
   in trunk + needed to find a place - He asked what Moore meant when he needed
   a place - Kinley replied - a place to shoot him? P Off - How did he know - LM holding
   gun in his lap + we had talked about doing this before
   P Off asked what talked about - They talked about killing a dude - for
   money, getting jewels
       Kinley replied he would do the shooting - but Moore never asked him
       Moore just went ahead & shot him himself

003247

P/O - When shooting taken place - LK - wasn't really sure - some place by rail road tracks - pantry in wall

P/O asked LK b/4 it all - he then stated Jason & Lee had gone to Hamilton area - to locate meeting - picked a/d - out J way - didn't find anything - drove to Fairfield - Parked Patterson Blvd 7:30 - 8:00 PM saw the Ford Taurus turn west on Patterson Blvd. Michigan plates - Jason & Lee thought this would be good one to hit - out J stole - followed - watched park - go into Gina's Lounge # 920 M/O - out of bar - approached car - LM told Jason to drive back to apt - Moore approached O w/ chrome plated .357 cal. revolver ordered him into Taurus - O offered $, wallet & car - O asked Moore not to hurt him since Mother - ill & needed him. They drove parking lot south Rt 127 between Fairfield & Compton Co - w/ apts - placed O in trunk - tried O he wouldn't kill him if he made noise

J??? arrived at Apt before LM - told LK - Moore on his way w/ guy in trunk P/O asked if surprised - he stated no - they had discussed finding someone to kill prior to this event - He stated he had boasted that he could kill someone if he had the chance & he figured this was going to be it. - way to gain respect if he refused - thought of as punk

                                                                          michigan
Moore met LK in parking lot - body was in the trunk - told LK take plate off Taurus & throw in dumpster - told LK take rear plate off Fair. unit & put on Taurus. Moore & LK began driving - searching for place to kill - LK couldn't think of any places - drove to 3366 Llewellyn - LM turned car around - backed up near - dumpster & Bldg. He got out - unlocked trunk - LK out of car - keys from LM - LM had trunk lid down - handing keys to LK - LK back into car - LM ordered O out of car - demanded $ & wallet - told O to walk between dumpster & bldg - LK heard LM tell O to turn around - heard single gun shot - LK could not see anything since trunk lid was up
M returned to car - closed trunk - laughing - threw wallet to LK LM - "I popped him in the dome. His fuckin' brains are all over the wall" LK - let's go get ~~some~~ 40's" - LK looking through O wallet found Jeanne card - LM upset - realized he had killed O before he had asked him for his Jeanne card #.

# FAIRFIELD POLICE DEPARTMENT

PAGE 1 OF 6 PAGES

| Number | Correct Offense Type | Victim's Name |
|---|---|---|
| 4002765 | Missing Person | Olinger, Melvin |

| of Report | Time | Form Used For Additional Public Information | Form Used For Investigative Supplement |
|---|---|---|---|
| -24-94 | | ☐ | ☒ |

On Thursday January 20, 1994 at approximately 6:40 pm Larry Kinley was interviewed by Sgt. E. Roberts and Det. J. Williamson of the Fairfield P.D. The interview was conducted at the Mt. Healthy police station.

Det. Tiernan and Det. Dennett called Fairfield P.D. and spoke with myself and then Sgt. Roberts. They requested we meet them at them at the Mt. Healthy police department to assist with the interviews of Larry Kinley and Lee Moore. Sgt. Roberts and I arrived at approximately 6:30 pm at the Mt. Healthy P.D. After a brief conversation between the four of us Sgt. Roberts and I entered an office occupied by Larry Kinley. We introduced ourselves and advised Kinley of the Miranda warning. He was given a copy of Miranda to read as it was read to him. He was asked if he understood his rights as they had been told to him and he stated he understood. He was asked if he could read and write and he stated he could. He was then asked to sign the Miranda warning. Sgt. Roberts told Kinley that we were investigating the disappearance of Melvin Olinger. He was told that Olingers credit card had been used recently and we had several witnesses that could identify the subjects that had used the card. Kinley was told that we had a witness that had seen two subjects getting into a car that matched the description of Melvin Olingers missing vehicle. He was told that the witness had written down the license number and that license number belonged to Lee Moore. We told him the purchases on the credit card were made on Saturday the 15th. at Northgate and Tri-County. Kinley stated he was not there on Saturday but was there on Sunday with his aunt and cousins. He

| Code | Name/Clothing Description | | Sex | Race | Age/D.O.B. | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| | Address | | Social Security No. | | Home Phone | | Other Phone | | |

| Case Status | | | | If Case Cleared, How Cleared | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ Cleared | ☐ Not Cleared | ☐ Unfounded | ☐ Cleared Except. | ☐ Directed To Arrest | ☐ Refused To Prosecutor | ☐ Prosecute | ☐ Station Adjustment | ☐ Other Excep. | |
| EADS/NCIC. Number | | Sent Date | | Time | Cancel Date | Time | Operator | Evidence ☐ | Continued ☐ |

| Officers Signature | Unit No. 47 | Supervisor Approving | Unit No. 003249 |

RECORDS COPY

SUPPLEMENTARY REPORT
FAIRFIELD POLICE DEPARTMENT

PAGE 2 OF 6 PAGES

| nt Number: | Correct Offense Type | Victim's Name |
|---|---|---|
| 4002765 | Missing Person | Olinger, Melvin |

of Report: -24-94

Form Used For Investigative Supplement: [X]

stated that he had seen Lee Moore in a blue car recently but Lee told him that he got the car from a dope fiend. He said he didn't believe Lee but didn't ask any other questions about the car. We asked when was the last time he had seen Lee in the car and he could not remember. He said not today or yesterday. We then showed Kinley a composite of himself and said that a clerk had described him as being at J.C. Pennys on Saturday. He then stated that he was there with Lee Moore while Moore bought some jewelry and clothing. He stated he believed that Moore was using his own credit card. We then asked Kinley to write Olinger's name several times on a piece of paper. After he did so we told him we didn't believe he had used the credit card but we wanted to know what Lee Moore had told him about how he got the card. Kinley asked us if Lee Moore would find out what he was saying. Kinley then stated we should talk to Jason. We stated we would talk to Jason but we would like to know everything that he knew about the credit card, the blue car, and the disappearance of Melvin Ollinger. Sgt. Roberts then showed a picture of Melvin Ollinger to Larry Kinley. Kinley asked us if our conversation was going to be repeated to Lee Moore. He stated that he was afraid of Moore and would not want to face him in court. We advised him that we only wanted to get the truth and that we would interview Moore just as we had him. He then stated that he was with Moore when he had bought jewelry and clothing on Saturday. He stated that Lee was wearing some of the jewelry and clothing at this time. He stated that he didn't get anything for himself from the use of the credit card. He stated

Unit No. 47

003250