THE STATE OF OHIO, HAMILTON COUNTY

COURT OF COMMON PLEAS

CRIMINAL DIVISION

STATE OF OHIO : NO. B9400481

    Plaintiff : (Judge Morrissey)

vs. : <u>BILL OF PARTICULARS</u>

LEE MOORE :

    Defendant :

Now comes the State of Ohio, by and through Assistant Prosecuting Attorney, Mark E. Piepmeier, and in response to Defendant's Request for Bill of Particulars states as follows:

The indictment is hereby incorporated into this Bill of Particulars.

On or about January 14, 1994, Melvin Olinger was in town from his home in Illinois and was staying with his parents in Fairfield. On the evening of January 14, 1994, he was approached by the defendant at gunpoint outside of Gina's Lounge in Fairfield, Ohio. The defendant forced Mr. Olinger into the trunk of his car, a 1994 Ford Taurus, at gunpoint, and drove the car of Mr. Olinger into Hamilton County with Mr. Olinger in the trunk. Later that evening the defendant drove the car to the rear of the Gilbert Machine Company located at 3366 Llewellyn in Cincinnati, Ohio. At this location Mr. Olinger was ordered from the trunk of his car, his personal belongings were taken, and he was shot to death by the defendant. Over the next several days the credit cards of Mr.

003331

Olinger were used to make purchases by the defendant and co-defendants.

        Mark E. Piepmeier, 0006894P
        Assistant Prosecuting Attorney
        914 Main Street
        Cincinnati, Ohio  45202
        513/632-8534

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was served upon each party or attorney of record in the proceedings for each party by personal delivery on the _____ day of _____, 1994.

        Mark E. Piepmeier, 0006894P
        Assistant Prosecuting Attorney

003332

# CINCINNATI POLICE DIVISION
## CONSENT TO SEARCH WITHOUT A WARRANT

I, _Lee E. Moore, Sr._, having been informed of my constitutional right not to have a search made of the premises hereinafter mentioned without a search warrant and of my right to refuse to consent to such a search, hereby authorize members of the Cincinnati Police Division and/or its agents to conduct a search of _1101 Clearbrook Dr._

These officers are authorized by me to take from my _Residence_ of which I am the lawful occupant, any letters, papers, materials, or other property which is contraband, or may be used as evidence in a criminal or civil proceeding.

This written permission is being given by me to members of the Cincinnati Police Division and/or its agents voluntarily and without threats or promises of any kind.

_Lee E. Moore Sr._
Signature

_1101 Clearbrook Dr._
Address    1-21-94    10:45 AM

WITNESSES:

_Darlene Larkin_

_Gary Seal_

Form 601 (Rev. 12/92)

003333

# CINCINNATI POLICE DIVISION

## CONSENT TO SEARCH WITHOUT A WARRANT

I, OTTO ANDERSON, having been informed of my constitutional right not to have a search made of the premises hereinafter mentioned without a search warrant and of my right to refuse to consent to such a search, hereby authorize members of the Cincinnati Police Division and/or its agents to conduct a search of MY RESIDENCE 1738 NEWBROOK DR CINTI, OHIO 45231 (522-3619).

These officers are authorized by me to take from my RESIDENCE _____ of which I am the lawful occupant, any letters, papers, materials, or other property which is contraband, or may be used as evidence in a criminal or civil proceeding.

This written permission is being given by me to members of the Cincinnati Police Division and/or its agents voluntarily and without threats or promises of any kind.

x Otto Anderson
Signature

1738 Newbrook Dr Cinti 45231
Address

WITNESSES:

Spec Ray J Moran

Form 601 (Rev. 12/92)

003334

574-1300

# CINCINNATI POLICE DIVISION

## CONSENT TO SEARCH WITHOUT A WARRANT

I, TRISTA NEAL, having been informed of my constitutional right not to have a search made of the premises hereinafter mentioned without a search warrant and of my right to refuse to consent to such a search, hereby authorize members of the Cincinnati Police Division and/or its agents to conduct a search of MY RESIDENCE 10889 SPRUCEHILL Rd CINTI, OHIO, 45240 (742-5392)

These officers are authorized by me to take from my RESIDENCE

of which I am the lawful occupant, any letters, papers, materials, or other property which is contraband, or may be used as evidence in a criminal or civil proceeding.

This written permission is being given by me to members of the Cincinnati Police Division and/or its agents voluntarily and without threats or promises of any kind.

VERBAL CONSENT BY SHATUNDA NEAL
TO SGT ROBERT DISBENNETT

X Trista Neal
   Signature

10889 SPRUCEHILL Rd
   Address

WITNESSES:

Spec Ray J Moreno

Form 601 (Rev. 12/92)

003335

# CINCINNATI POLICE DIVISION

## CONSENT TO SEARCH WITHOUT A WARRANT

I, _Edward Moore_, having been informed of my constitutional right not to have a search made of the premises hereinafter mentioned without a search warrant and of my right to refuse to consent to such a search, hereby authorize members of the Cincinnati Police Division and/or its agents to conduct a search of _1101 Clearbrook Dr._

These officers are authorized by me to take from my _Residence_ _Gold Nugget Ring & .357 Ammunition_, of which I am the lawful occupant, any letters, papers, materials, or other property which is contraband, or may be used as evidence in a criminal or civil proceeding.

This written permission is being given by me to members of the Cincinnati Police Division and/or its agents voluntarily and without threats or promises of any kind.

X _Ed E. Moore Jr._
Signature

_1101 Clearbrook_
Address

WITNESSES: _[signatures]_

Form 601 (Rev. 12/92)

003336

THE STATE OF OHIO, HAMILTON COUNTY

COURT OF COMMON PLEAS

CRIMINAL DIVISION

| | | |
|---|---|---|
| STATE OF OHIO | : | NO. B9400481 |
| Plaintiff | : | (Judge Morrissey) |
| vs. | : | STATE'S MOTION FOR DISCOVERY |
| LEE MOORE | : | |
| Defendant | : | |

Now comes the undersigned Assistant Prosecuting Attorney who moves the Court for an order requiring the Defendant to provide the State of Ohio the following discovery:

1. Any books, papers, documents, photographs, tangible objects, or copies or portions thereof, available to or within the possession, custody or control of the Defendant and which the Defendant intends to introduce in evidence at trial.

2. Any results of reports of physical or mental examinations and of scientific tests or experiments made in connection with the above captioned case, or control of the Defendant, and which the Defendant intends to introduce in evidence at trial, or which were prepared by a witness whom the Defendant intends to call at trial, in the event that such results or reports relate to the witness' testimony.

003337

3. A complete list of the names, addresses, dates of birth, and social security numbers of the witnesses whom the Defendant intends to call at trial.

        Mark E. Piepmeier, 0006894P
        Assistant Prosecuting Attorney

MEMORANDUM

Defendant has been provided all available discovery which is required under Rule 16(B)(1)(c) through (e). Rule 16(C)(1)(a),(b), and (c) allow for the disclosure of evidence by the Defendant on the pre-condition that the prosecution has first complied with Rule 16(B). Since the prosecution has met its obligation under the Rule, the granting of this Motion is appropriate under the law.

        Mark E. Piepmeier, 0006894P
        Assistant Prosecuting Attorney
        914 Main Street
        Cincinnati, Ohio 45202
        513/632-8534

CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was served upon each party or attorney of record in the proceedings for each party by personal delivery on the _____ day of _____, 1994.

        Mark E. Piepmeier, 0006894P
        Assistant Prosecuting Attorney








003339












003341

# DANIEL J. JAMES
ATTORNEY AND COUNSELOR AT LAW
13TH FLOOR, AMERICAN BUILDING
30 EAST CENTRAL PARKWAY
CINCINNATI, OHIO 45202

(513) 721-1995

SUBURBAN OFFICE
4226 BRIDGETOWN ROAD
CINCINNATI, OHIO 45211
(513) 574-5400

TO:
NAME: Tim Deardorff
COMPANY: Deardorff + Hous
FAX #: 281-6766        TODAY'S DATE: 5-2-94

FROM:
NAME: Dan James        NUMBER OF PAGES: 14
(Including Cover Sheet)

COMMENTS:

This notice is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this notice is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return these papers to us at the address shown above via first class mail.

003342

COURT OF COMMON PLEAS
CRIMINAL DIVISION
HAMILTON COUNTY, OHIO

| | | |
|---|---|---|
| STATE OF OHIO | : | |
| Plaintiff | : | Case No. B940048l (Judge Morrissey) |
| vs. | : | |
| LEE MOORE | : | MOTION TO SUPPRESS STATEMENT |
| Defendant. | : | |

Comes now the Defendant, Lee Moore, by and through his attorney, and respectfully requests that this Court grant an order suppressing use at trial by the prosecuting attorney of any statement, written, oral or recorded, made by the Defendant herein. As a basis for this request, the Defendant states that these statements were obtained in violation of the Defendant's constitutional privilege against self incrimination and right to due process. Further, the Defendant states that these statements were made without the advice of counsel and in violation of his rights as guaranteed by the Fifth and Sixth Amendments of the United States Constitution.

WHEREFORE, this Defendant requests this Court to suppress the use at trial of any statement made by the Defendant.

Respectfully requested,

_____
Timothy J. Deardorff    1848
Attorney for the Defendant
169 E. McMillan Street
Cincinnati, Ohio   45219
(513) 241-4030

_____
Daniel J. James   J-074   8067
Attorney for the Defendant
30 E. Central Pkwy., 13 Fl.
Cincinnati, Ohio   45202
(513) 721-1995

DANIEL J. JAMES, ATTORNEY AT LAW, 30 E. CENTRAL PARKWAY, 13TH FLOOR
CINCINNATI, OHIO 45202   (513) 721-1997

003343

## MEMORANDUM IN SUPPORT

On January 21, 1994 the Defendant herein, Lee Moore, was interviewed by members of the Cincinnati Police Division and the Fairfield Police Department. This interview and the statements obtained occurred in violation of the Defendant's rights as guaranteed by the Fifth and Sixth Amendments of the United States Constitution.

Further, the Defendant states that this interview and the statements obtained are inadmissible and in violation of the Defendant's privilege against self incrimination as guaranteed by <u>Miranda vs. Arizona</u> (1966) 384 U.S. 436, 86 S. Ct. 1602, 16 L.Ed. 2d 694, <u>Escobedo vs. Illinois</u> (1964) 378 U.S. 478, 84 S.Ct. 1758, 12 L.Ed. 2d 977, <u>State vs. Brewer</u> (1990) 53 Ohio St. 3d 50, 549 N.E.2d 491.

Counsel reserves the right to cite further cases at the evidentiary hearing in this matter.

_____      _____
Timothy J. Deardorff   1848     Daniel J. James   J-074   8067
Attorney for the Defendant      Attorney for the Defendant

## NOTICE OF HEARING

Please take notice that a hearing on the foregoing Motion has been scheduled for the 5th day of May, 1994 at 10:00 A.M. before Judge Morrissey, Court Room ___360___ at the Hamilton County Courthouse, Court and Main Streets in downtown Cincinnati.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion was hand delivered to the Office of the Hamilton County Prosecutor, 4th Fl. of the Hamilton County Courthouse, this ___21st___ day of April, 1994.

_____      _____
Timothy J. Deardorff   1848     Daniel J. James   J-074   8067
Attorney for the Defendant      Attorney for the Defendant

DANIEL J. JAMES, ATTORNEY AT LAW, 30 E. CENTRAL PARKWAY, 13TH FLOOR
CINCINNATI, OHIO 45202   (513) 721-1997

003344



COURT OF COMMON PLEAS
CRIMINAL DIVISION
HAMILTON COUNTY, OHIO

STATE OF OHIO                          :

      Plaintiff                      :    Case No. B9400481
                                               (Judge Morrissey)
vs.                                    :

LEE MOORE                              :    MOTION TO SUPPRESS

      Defendant                      :

                                             :

    Comes now the Defendant, Lee Moore, by and through his attorney and moves this Court for an order suppressing the introduction into evidence by the State of Ohio of any and all evidence, including all physical evidence, seized by police officers as a result of the arrest of the Defendant and the subsequent searches that occurred.

    As a basis for this request, the Defendant states that this evidence was obtained and seized without a search warrant, without obtaining appropriate consent and in violation of the Defendant's constitutional rights as guaranteed by the Fourth, Fifth, Sixth and Fourteenth Amendments to the United States Constitution.

Respectfully requested,

_____        _____
Timothy J. Deardorff    1848          Daniel J. James  J-074  8067
Attorney for the Defendant            Attorney for the Defendant
169 E. McMillan Street                30 E. Central Pkwy., 13 Fl.
Cincinnati, Ohio  45219               Cincinnati, Ohio  45202
(513) 241-4030                        (513) 721-1995

MEMORANDUM IN SUPPORT

On January 21, 1994 the Defendant herein, Lee Moore, was taken into custody and placed under arrest by officers of the Cincinnati Police Division. Subsequent to this arrest items of physical evidence were seized by officers pursuant to several searches. These searches and seizures occurred without valid search warrants, without appropriate consent and in violation of the Defendant's constitutional rights as guaranteed by both Federal and State Constitutions. Schneckloth vs. Bustamonte (1973) 412 U.S. 218, 93 S.Ct. 2041, 36 L.Ed. 2d 854.

Counsel reserves the right to cite further cases at the evidentiary hearing held in this matter.

_____          _____
Timothy J. Deardorff   1848              Daniel J. James   J-074   8067
Attorney for the Defendant               Attorney for the Defendant

NOTICE OF HEARING

Please take notice that a hearing on the foregoing Motion has been scheduled for the 5th day of May, 1994 at 10:00 A.M. before Judge Morrissey, Court Room ___360___ at the Hamilton County Courthouse, Court and Main Streets in downtown Cincinnati.

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion was hand delivered to the Office of the Hamilton County Prosecutor, 4th Fl. of the Hamilton County Courthouse, this ___21st___ day of April, 1994.

_____          _____
Timothy J. Deardorff   1848              Daniel J. James   J-074   8067
Attorney for the Defendant               Attorney for the Defendant

Form 708B   Case Number B9400661

**THE STATE OF OHIO,**
Hamilton County, } ss. **Court of Common Pleas**

SUBPOENA FOR WITNESS

To Lee Moore, Jr., _To Daniel James_

You are required to attend on the 2nd day of May A.D. 19 94 at 9:00 o'clock A. M., in the Court House in Cincinnati, in said County, before the Hon. Judge Cartolano Judge of said Court, in Room No. ____ to testify as witness on behalf of State of Ohio in the case of State of Ohio versus Jason T. Holmes and not depart the Court without leave. Fail not under penalty of the law.

NOTICE
REPORT AT PROSECUTING ATTORNEY'S OFFICE
ROOM XXX 411

WITNESS my hand and the seal of the said Court at Cincinnati, this 22nd day of April A.D. 19 94

JAMES C. CISSELL
Clerk of the Court of Common Pleas of Hamilton County, Ohio

By _Jack Cottrell_ Deputy

PRESS FIRMLY

Longano - P0018087/Butler - P0024483
Ass't Pros.

003347



Payne v Tenn
Some victim impact admissible evid -
5th A as Agg Circumstances - impact
upon victim family

[ opinion of victim family; Pol Officer - not
people - as Agg Factor

decision on evidence - reason - not emotion
passion

Argue - trial - test strength of evidence

4554 Lake Forest Drive   Blue Ash, Ohio 45242   513/733-8900

003348

# EMBASSY SUITES℠

B-7. effect of Mary + Alcohol
inability to reason.
Psych to testify

B-3

Mitigators

B-7 - Mental
? - Retardation

Oh Sup Ct - Mental defects & problems that might not / be considered under B-3 can be raised in B-7

State v. Green 66 O St 3d 140

File Motion - Prob Argument, instruction, only re Mitigating factors raised

Moore - B-7 effect of Marij on Mental Capacity but not a Mental Deficiency. B+3

Should not consider facts & emotion, horror of facts of offense as Agg Circums taken.

State v Steffen

4554 Lake Forest Drive   Blue Ash, Ohio  45242   513/733-8900

003349



**EMBASSY SUITES**

Randall Porter

RACE

Batson v Ky
106 S Ct. 1712 (1986)

Object - Prosecuting challenge, in racially
discriminatory manner
_____

Try cases to win

MITIGATION

Do not Request PSI
    "     "    " "Mental Evaluation" } Jury will see

Cross - State's Rebuttal of re-mitigation

4554 Lake Forest Drive   Blue Ash, Ohio  45242   513/733-8900

003350