Background Credentials — [?] Hawking duties
testify before
School — Degrees
Professional Association
organizations

ST [?] coordinate
Vol visited - [?] [?]
well-[?]
received

1st par —
How many hrs saw/interview
who helped

Review life —
his
Armstrong —
perspective
Growing up years —   what can tell

① X-[Removal?]

Somewhere (wheels fell off) —
At some pt — didn't get guidance.

② 
— Rehabilitation          adjusted well     Reviewed records at
— adjust well - in prison                    H & JC

                        institutionalized production
                        supervision

                        Olinger - Uncle
                        minister —
                        Remorseful

Mom over bearing — didn't develop - Christian — don't fight back
Divorce — Shattering impact
Pulled on 5th gd → Soph
Class clown — beat up - next day try 6 males/w/ [?]
Winton Terrace — wrong crew — drink & smoke
~~Hanging~~ young - kids -
[?]

003371

Central Baptist - private
failed 4th g - Divorce  Mother - if she would not send back if he was query to fail 6

School

Not Healthy                    T-nancy, low g-ader
                               pre-peer relations
moved into Woodward District   Pickers for 5th g - on, abused
                               on bus

Mother's      Mother - at 18 would not cut us - sent to live w/ father
Scott's       Disciplinarian - Spanking w/ hand - belt
Religious     Divorced - Age 6    Father - says - Mother would take Lee $
              Wanted Lee be his own man - not like other - Blamer
              Her + Lee Sr split up several times - Lee Sr not there as father - for Lee - Divorced 1971

              Father - at 17 Lee caught using drugs
Lee Sr        characterizes Marriage w/ Geo-years bad - arguments over - $, car, clothes, no
Son           drugs - alcohol by dad                    Divorced - e o wknd visitation
-2 day Mos    Const - 12 hrs/day. City - 8 hrs/day - worked long hrs + hard
              Married Betty - then Georgia - then Betty (1966)  1972
              Mother - felt Lee Sr - Alcoholic, Brother - liver problems, denial
              Substance Abuse
                                May - 15-16
              mother → alcohol - May 17-18 - gave in to peer pressure - wanted to be accept.
              Lee sneaks beer into Home - 40 oz - Betty yelled at - father would - w/ outside

              Fights/Assaults:
                  assault on bus - brass knuckles
                  at 17. Lee jumped - Behavior - deteriorated
                  at 19 - jumped. gun to his head. chain, shoes, sweatshirt

              Lee -    18 applied for LA Co-p - not accepted

003372

Rely on
Mother-Church as child
Sister married to Minister
Nephew Deacon

Mother - Children				Gen Motors - 1965 - 22yrs
Beverly - 1st H					Standard Textile - 7yrs
Jochen + Robin
Lee

003373

```
TID JFFA,ID#0: 92610
HAMILTON COUNTY JUVENILE RECORD OF COMPLAINTS AS OF  5/27/9.

                    P E R S O N A L   I N F O R M A T I O N

NAME: MOORE LUTE E                              DOB: ...
ICNO: XXX1610
FIRST CASE ENTERED: 04/10/91 1994 LAST CASE ENTERED: 6/11/92 LAST
EXPUNGEMENT REVIEW: 10/05/92
SOC.SEC.NO. 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
FATHER: MOORE LEE
MOTHER: MOORE/GEORGIA
CHILD'S ADDRESS: 1021 MEREDITH        DR     CINTI      OH/45001
FATHER'S ADDRESS: 2111 CLEARFIELD     /LAN/  CINTI           OH/45218
MOTHER'S ADDRESS: 1103 MEREDITH       /ER/   CINTI           OH/45231


            D E L I N Q U E N T - U N R U L Y   I N F O R M A T I O N

CASE NO:    92/011230 I   DATE OF FILING: 06/11/92
COMPLAINT: DRUG ABUSE
 AGENCY: DETS
DEGREE: M1  SECTION: 2925-11    /CRDV
CASE STATUS: 10/05/92 CASE DISPOSED

ACK/

DATE        DISPOSITION                                  JUDGE/REFEREE
----        -----------                                  -------------
06/11/92    BOND SET:                                    DUGAN
            TYPE: CASH               AMOUNT $ 200
08/14/92    CONTINUANCE DATE:    8/14/92 POSSIBLE BIND OVER   DUGAN
08/20/92    PROBATION:           PROB FOR INVESTIGATION       DEMOTT
08/20/92    FINDING:             ADJUDGED DELINQUENT          DEMOTT
08/20/92    CONTINUANCE DATE:    9/20/92 TRIAL                GROSSMANN
08/20/92    PLEA:                ADMIT                        DEMOTT
10/05/92    INVESTIGATION TERMINATED                          DEMOTT
10/05/92    PROBATION:           CONTINUED PROBATION          DEMOTT
10/05/92    FINE:                FINE: $ 50                   DEMOTT
10/05/92    COURT COSTS:         COSTS:$ 15  REMITTED:$ 15    DEMOTT
10/05/92    CONTINUANCE DATE:    10/05/92 DISPOSITION         DEMOTT
10/05/92    COUNSEL:             COUNSEL PRESENT              DEMOTT

BEGIN EXPUNGEMENT ELIGIBILITY: 10/05/92
ACK/
CASE NO:    /92/008067 I   DATE OF FILING: 06/01/92
COMPLAINT: THEFT                         M1F4
DEGREE: M1  SECTION: 2913-02   /CRIM
CASE STATUS: 06/11/92 CASE DISPOSED


06/11/92    ACCEPT TRANSFER                                   DEMOTT
06/11/92    COMMITMENT:          SUSP COMM DEPT OF YOUTH SERV DEMOTT
06/11/92    FINDING:             ADJ DEL - OUT-OF-COUN TRANS  DEMOTT
06/11/92    COURT COSTS:         COSTS:$ 15                   DEMOTT
06/11/92    COUNSEL:             COUNSEL PRESENT              DEMOTT
06/11/92    COSTS PAID                                        DEMOTT

                                                              003374

BEGIN EXPUNGEMENT ELIGIBILITY: 06/11/92
REMARKS: ADJ TRANSFER FROM BUTLER COUNTY
```

```
CASE NO:                    DATE OF FILING:
COMPLAINT:
DEGREE:      SECTION:
CASE STATUS: 06/11/92 CASE DISPOSED

06/11/92  ACCEPT TRANSFER                                        DEMOTT
06/11/92  COMMITMENT:        SUSP COMM DEPT OF YOUTH SER         DEMOTT
06/11/92  FINDING:           ADJ DEL - OUT-OF-COUN TRANS         DEMOTT
06/11/92  COURT COSTS:       COSTS:$ 15                          DEMOTT
06/11/92  COUNSEL:           COUNSEL PRESENT                     DEMOTT
06/11/92  COSTS PAID                                             DEMOTT

BEGIN EXPUNGEMENT ELIGIBILITY: 06/11/92
REMARKS: AJM TRANSFER FROM BUTLER COUNTY

----------------------------------------------------------------------

CASE NO:  92/005065 I   DATE OF FILING: 06/11/92
COMPLAINT: ATTEMPT GRAND THEFT    F4
DEGREE: F4 SECTION: 2913-02OT /ORCN
CASE STATUS: 06/11/92 CASE DISPOSED

06/11/92  ACCEPT TRANSFER                                        DEMOTT
06/11/92  COMMITMENT:        SUSP COMM DEPT OF YOUTH SER         DEMOTT
06/11/92  FINDING:           ADJ DEL - OUT-OF-COUN TRANS         DEMOTT
06/11/92  COURT COSTS:       COSTS:$ 15                          DEMOTT
06/11/92  COUNSEL:           COUNSEL PRESENT                     DEMOTT
ACK/
06/11/92  COSTS PAID                                             DEMOTT

BEGIN EXPUNGEMENT ELIGIBILITY: 06/11/92
REMARKS: AJM TRANSFER FROM BUTLER COUNTY

----------------------------------------------------------------------

CASE NO:  92/005066 I   DATE OF FILING: 06/11/92
COMPLAINT: ATTEMPT GRAND THEFT    F4
DEGREE: F4 SECTION: 2913-02OT /ORCN
CASE STATUS: 06/11/92 CASE DISPOSED

06/11/92  ACCEPT TRANSFER                                        DEMOTT
06/11/92  COMMITMENT:        SUSP COMM DEPT OF YOUTH SERV        DEMOTT
06/11/92  FINDING:           ADJ DEL - OUT-OF-COUN TRANS         DEMOTT
06/11/92  COURT COSTS:       COSTS:$ 15                          DEMOTT
06/11/92  COUNSEL:           COUNSEL PRESENT                     DEMOTT
06/11/92  COSTS PAID                                             DEMOTT

BEGIN EXPUNGEMENT ELIGIBILITY: 06/11/92
ACK/
----------------------------------------------------------------------

CASE NO:  92/005067 I   DATE OF FILING: 06/11/92
COMPLAINT: ATTEMPT GRAND THEFT    F4
DEGREE: F4 SECTION: 2913-02OT /ORCN
CASE STATUS: 06/11/92 CASE DISPOSED

06/11/92  ACCEPT TRANSFER                                        DEMOTT
06/11/92  COMMITMENT:        SUSP COMM DEPT OF YOUTH SERV        DEMOTT
06/11/92  FINDING:           ADJ DEL - OUT-OF-COUN TRANS         DEMOTT
06/11/92  COURT COSTS:       COSTS:$ 15                          DEMOTT
06/11/92  COUNSEL:           COUNSEL PRESENT                     DEMOTT
06/11/92  COSTS PAID                                             DEMOTT

BEGIN EXPUNGEMENT ELIGIBILITY: 06/11/92
```

003375

```
CASE NO:  /92/007997 HV   DATE OF FILING: 05/29/92
COMPLAINT: RSP  FD
AGY:
DEGREE: FT SECTION: 2917-51   /CPCN
CASE STATUS: 06/11/92 CASE DISPOSED
PROBATION OFFICER: JONES/WEBB

05/30/92  BOND SET:                                          BRAZILE
          TYPE:  NO BOND: TO BE HELD
05/31/92  REMAND TO DETENTION: TO DETENTION                  BRAZILE
05/30/92  PROBATION:           PROB FOR INVESTIGATION        BRAZILE
05/30/92  FINDING:             ADJUDGED DELINQUENT           BRAZILE
05/30/92  PLEA:                ADMIT                         BRAZILE
06/11/92  REMAND RELEASE DATE                                DEMOTT
06/11/92  REMAND RELEASE DATE                                DEMOTT
06/11/92  INVESTIGATION TERMINATED                           DEMOTT
06/11/92  REFERRAL ENDS                                      DEMOTT
06/11/92  WORK DETAIL:         DAILY                         DEMOTT
06/11/92  WORK DETAIL:         DAILY                         DEMOTT
06/11/92  COMMITMENT:          SUSP COMM DEPT OF YOUTH SERV  DEMOTT
06/11/92  COMMITMENT:          SUSP COMM DEPT OF YOUTH SERV  DEMOTT
06/11/92  PROBATION:           PROBATION                     DEMOTT
06/11/92  PROBATION:           PROBATION                     DEMOTT
06/11/92  COURT COSTS:         COSTS: $ 15                   DEMOTT
AGY:
06/11/92  CONTINUANCE DATE:    6/11/92 DISPOSITION           BRAZILE
06/11/92  COUNSEL:             COUNSEL PRESENT               DEMOTT
06/11/92  COUNSEL:             COUNSEL PRESENT               DEMOTT
06/11/92  COSTS PAID                                         DEMOTT
06/30/92  WORK DETAIL COMPLETE                               DEMOTT
10/14/92  PROBATION RELEASE                                  JUDGE

BEGIN EXPUNGEMENT ELIGIBILITY: 10/14/92
REMARKS:


CASE NO:  /91/005014 I   DATE OF FILING: 04/03/91
COMPLAINT: CARRYING CONCEALED WEAPON M1F3F2
  AGENCY: BPTP
DEGREE: M1 SECTION: 2923-12   /CPCN
CASE STATUS: 06/07/91 CASE DISPOSED
PROBATION OFFICER: KING/PANEL

05/06/91  HOUSE ARREST:        DATE: 70                      HOLTMEIER
05/06/91  PROBATION:           PROB FOR INVESTIGATION        HOLTMEIER
AGY:
05/06/91  PLEA:                ADMIT                         HOLTMEIER
06/07/91  INVESTIGATION TERMINATED                           HOLTMEIER
06/07/91  FINE:                FINE: $ 50                    HOLTMEIER
06/07/91  COURT COSTS:         COSTS: $ 15                   HOLTMEIER
06/07/91  CONTINUANCE DATE:    6/07/91 DISPOSITION           HOLTMEIER
06/07/91  COUNSEL:             COUNSEL PRESENT               HOLTMEIER
07/12/91  RCT REF PAID                                       HOLTMEIER
07/12/91  FINE PAID                                          HOLTMEIER
07/12/91  COSTS PAID                                         HOLTMEIER

BEGIN EXPUNGEMENT ELIGIBILITY: 06/07/91
REMARKS:
```

003376

```
COMPLAINT: DISORDERLY CONDUCT                    MMA
  AGENCY: PPTS
DEGREE: M4 SECTION: 2917-11    /CRCN
CASE STATUS: 05/06/91 CASE DISPOSED

ACK/
05/06/91  COURT COSTS:         COSTS:$ 15              HOLTMEIER
05/06/91  COUNSEL:             COUNSEL PRESENT         HOLTMEIER
05/06/91  PLEA:                ADMIT                   HOLTMEIER
05/06/91  CT REP PAID                                  HOLTMEIER
05/06/91  COSTS PAID                                   HOLTMEIER

BEGIN EXPUNGEMENT ELIGIBILITY: 05/06/91
REMARKS: FF


                  T R A F F I C   I N F O R M A T I O N

NO TRAFFIC INFO FOR IDNO:   00092632

                  D E P E N D E N C Y   I N F O R M A T I O N

NO DEPENDENCY INFO FOR IDNO:  00092632
```

003377

DC
Purpose - Specific Intent

9/2/7/95

Emmett Cooper -

240 in  Gin   DIME BAG → several joints

Propmeier - called
~~Materials~~

Don't think Material —— 1900+
Not Good Guy

- Cor. Make -
List 3 to prepare          When grow up
                          & Parents, nephews
MITIGATING FACTORS        school
- YOUTH   Any other                     Granny W
- INFLUENCE MARIJ + ALCOHOL             Academics
- adapting to Imprisonment              vocational
- REMORSE                               Relationships
- Unstable Home life - Divorced         Health
        Lack of Male figure - Mother working    Drug
        Strict Disciplinarians          Bray/Hicks facts - rampede
        - Picked on                      on prison effect
- Several of the 2 References - NH Death   Summary in terms of Mitigating
- Unsworn Statement                        Factors
- Admission as to Shooting/Cooperation     Plus Today
Statev G-
 Mary + Alcohol - Thinking & behavior
 control - impaired concentration +    just don't shoot someone
 memory - inability to control lack    something just fell apart
 of inhibitions

003378

Need not be unanimous

9:20
Tomorrow
Pha Phone 11/17   Noto Marry ???
                   357-8977

Jerry Rose

Lack of Nurturing — State v. Powell (1990) 49 Oh. St. 3d 255

Offender's childhood experiences
  unhappy upbringing — emotional disturbance
                    Eddings v Oklahoma (1982) 455 US 104

Need Psychological testimony linking offender's involvement in
the offense w attitudes he acquired as result of an abusive
childhood

  adverse childhood where offender's early life shaped a
  personality w serious character defects
                State v Smith (1991) 61 Oh St 3d 247,
                                               296

History, character, background & other factors

Youth — real weight

Expression of deep sorrow + remorse is entitled to
some weight - State v Brewer (1990) 48 Oh St 3d 50, 14

Offender's Potential for Rehabilitation — Hitchcock v Dugger
                                (1987) 481 U.S. 393, 397
Good prison record - between arrest & trial was relevant
                Skipper v South Carolina (1986) 476 US 1

evidence of Co-Def's life sentence properly considered as
     mitigation - Bassett v State (Fla 1984) 449 So 2d 80

alcoholism + drug addiction - State v Green (1993)
                              66 Oh St. 3d 141

Psychological weakness - State v ???
Def's cooperation - State v Smith (1991)

003379

State v. Combs (1991) 62 Oh.St.3d 278

Suffering - mental anguish of Victim Not an Agg. circumstances

Mitigates - D. Fisher - drug abuse

Pros — Can be cont.ed & plan his behavior — No mental disease or defect
capable of purposeful action, forming weight
know consequences of his actions

Use DC Remorse

↳ M. Chaplain failes → alcohol & drug dependency
psychological weakness
Remorse
difference of drugs v alcohol at time of offense

State v. Smith (1991) 61 Oh.St.3d 284

Sp 51 State v Penix (1987) 32 Oh.St.3d 369, 513 N.E.2d 744

Dear Dad                                From
                                        Stidham
                                        9-26-94

Whats up dad? im doing pretty good, I hope you are too, I really dont have to much to talk about but I do want you to know that im very sorry that I was not a better son, I wish I would have been, I just had a lot of problems in my life and I felt like I couldnt talk to anyone about it, like sometimes I would be sitting downstairs with you and I would want to talk to you about it but I just wouldnt, the truth is I have a problem communicating with people I dont know very well and I guess I didnt know you like I should have known you, I hope you understand what im saying.

I was NOT smoking crack, but I would drink & smoke weed constantly and I only did that because that was the only way I could get my mind off the problems in my life, its like I was running from them, but since I've been locked up I have had time to think about why I turned out this way, I guess I was like a pressure cooker I had all of those feelings and problems bottled up inside of me eventually I just busted.

Sometimes I would even think

003381

About how all of these problems would go Away if I Just killed myself, I know I didnt want to do that, but that is something I shouldnt have even been thinking About, but I have a stable mind now That I have god in My life + Im Ready To go with the punches because I know ~~Everything is~~ ~~Allright~~

Please Tell Mrs. betty That im Sorry for Not Treating her better Than ~~I did,~~ I do Appreciate her because she Allowed Me To Stay, Sleep And Definetly eat in her home And I know That she Did Not have To do Any of That for Me. I wish it wouldnt have Took all of Thi for Me To Come To My Senses, but it did and Now I have To live with it.

One More Thing before I End This ~~letter,~~ ~~I had quite a few pictures~~ on My Mirror + in My Drawers Do you Think you Can Mail Them To Me? Well until Next Time bye!

                Love
                Lee Edward Moore

Dear MAMA:                          From
                                    Sudham
                                    9-26-94

    I Really don't know what to say so im just going to get to the point. I know I have been a big disappointment to you & Daddy but I want you to know that the way I turned out is not your falt at all, you were the best Mother a son could have I just couldn't Realize you were trying to make a good person out of me. I Really think my Downfall was Acceptance from other kids & also Drinking & Drugs, im not blaming Anyone for my mistakes because I should have been a stonger person, because I knew that Drinking & smoking was wrong but All I was Concerned with was being <u>Accepted by kids at my school.</u>
    MAMA, Kids Actually made my young life miserable. I got beat up, I got chased home from school all the time & this made me have a very low self esteem, in Jr. high school I was Actually scared to Ride my school bus home because People would take my hats And pick fights with Me. I didn't have any friends at all when

003383

I was in Jr. high school Except for younger Kids like Micheal Across the Street and Kareem Around The Corner. That is why I stayed in Trouble in School, being The Class Clown To Make People laugh So I Could be Accepted like other Kids, but Really all I was Doing was Playing Myself!

By The Time I got in high School Things were getting A little better, I Could Fight Now because of getting my Ass Kicked So Much when I was younger Excuse My french ☺.

Anyway I Started Maturing in The body but NOT in the Mind & People were Accepting ME Especially girls & I just lost My Mind Cause I Never Experienced Popularity before.

Time goes on & Me & My Clique Are like The Loudest And This Makes Me feel very good Cause we got The girls The Money & The "Clout."

But one day I'm hangin with "The boy" And Some guys Come over with some beer & Say lets get drunk And Everybody says Kool I Really didnt want To but I was weak & I didnt want To lose My Acceptance with The Clique So I Drunk with them. This went on

for a while and eventually it was a normal thing to drink a 40oz with the boys it became a habit & I started really messing up in school but I didn't care cause I had "Clout" & girls and I wasn't thinking about the future, I didn't have a care in the world.

Then I started getting in trouble with the law. I would hide my drinki from you but occasionally I would come home very drunk & sick you know what im talking about & eventually you just got fed up because I was not doing nothing in school I was getting in trouble with the law & I would come home drunk so you through me out and I can understand that

but Mama, That's the worst thing you could have done, I started living with daddy and it was like I was on my own, he gave me freedo to do what I wanted to do, I had never had that and I wasn't even ready for it, but I liked it I fel like I was a grown man. but in reality I was a young boy with all this freedom I didn't need and

could not control it, I spent all of my time drinking & smokin weed with the boys & no time for God & school. When I enrolled into Woodward it was like withdrawing from school completely, it was so easy to skip school & not even to go I just didnt attend, I had all this freedom I just wanted to hav fun I wasnt thinking about school.

    I started getting in trouble with the truant officer & they were threatening to kick me out I did better for a minute then started slipping again & eventual dropped out, I spent all my time <u>drinking, screwing,</u> smokin weed & hangin with the <u>boyz "N" the hood</u> I hardly ever spent any time at dads house cause I was always in the streets, I did try to enroll into the Job Corps Trade School but they wouldnt except me because of that drug charge I picked up when I was younger, then I started feeling useless & depressed.

    I knew how you must have been feeling & I felt so ashamed of myse I didnt want to be around you,

I felt like there was nothing I could do I had no skills & I couldn't even learn one, I felt trapped and I didn't want to work at Mcdonalds because I was 19yrs old and I guess I had to much pride, but look were it got me. Its a shame that all of this had to happen for me to come to my senses & realize I had a problem, I wish I could have been a better son and I am so sorry for disappointing everybody but now I know that when all of this is over I will be a better person because I have turned my life over to God & I have faith in him.

I understand everything that you ever tried to teach me and now I understand that you were trying to make me have a good life, I just wish I could have seen it when I was younger. I am so sorry any of this happened, if I could start from the beginning I would live my life a totally different way.

And as far as Shatunda is concerned I don't need her or her mamas support because I have my mama and my family's support

And most important of all I have The Support of Jesus Christ And Thats all I Need.

Love
Your Son
Lee E. Moore Jr.

P.S.
I Love you

*Washington v. State*, 362 So.2d 658 (Fla. 1978)(dicta)
[defendant's remorse considered as mitigating];

*McCampbell v. State*, 421 So.2d 1072 (Fla. 1982)(dicta); *Simons v. State*, 419 So.2d 316 (Fla. 1982)(dicta)
[potential for rehabilitation];

*Agan v. State*, 445 So.2d 326 (Fla. 1983)
[age mitigating factor might apply to those suffering from infirmities of old age but not in the case of a 54 year old]; *See also State v. Ramseur*, 524 A.2d 188 (N.J. 1987).

*Bassett v. State*, 449 So.2d 803 (Fla. 1984)
[evidence of co-defendant's life sentence properly considered as mitigation];

*State v. Bartholomew*, 683 P.2d 1089 (Wash. 1984)
[polygraph results admissible in mitigation at penalty phase];

*State v. Davis*, 477 A.2d 308 (N.J. 1984)
["evidence...of statistical data based upon empirial studies" even of a general nature admissible if relevant to an individual defendant's potential for rehabilitation];

*Huddleston v. State*, 475 So.2d 204 (Fla. 1985)
[override improper. Defendant was a drug abuser who lost job, girlfriend got pregnant, parents splitting up, etc.]

*State v. Norris*, 328 S.E.2d 339 (S.C. 1985)
[defendant can both testify and give closing argument in penalty phase];

*Cooper v. Wainwright*, 807 F.2d 881 (11th Cir. 1986)
[remand for hearing on opportunity to present non-statutory mitigation];

*Floyd v. State*, 497 So.2d 1211 (Fla. 1986)
[murder victim's daughter against death penalty - relevant mitigation]; *See also Jackson v. State*, 498 So.2d 406 (Fla. 1986) [judge consider survivors view of death penalty but no jury testimony permitted];

*Jeffers v. Ricketts*, 627 F.Supp. 1334 (D.Ariz. 1986)
[withdrawn plea offer admissible in mitigation];

*Lucas v. State*, 490 So.2d 943 (Fla. 1986)
[resentencing jury with right to present non-statutory mitigating];

*Skipper v. South Carolina*, 106 S.Ct. 1669 (1986)
[good jail conduct admissible under *Lockett*]; *See Truesdale v. Aiken*, 107 S.Ct. 1394 (1987) [*Skipper* retroactive]; *State v. Stewart*, 320 S.E.2d 447 (S.C. 1984) [testimony of jail guards regarding defendant's past jail conduct should have been admitted; "inartful proffer" ok]; *Pickens v. State*, 730 S.W.2d 230 (Ark. 1987) [*Skipper* error: death row good behavior before 2nd trial]; *Davis v. State*, 512 So.2d 1291 (Miss. 1987) [prior prison term can be mitigation]; *Fead v. State*, 512 So.2d 176 (Fla. 1987) [model prisoner and parolee]; *Jordon v. State*, 518 So.2d 1186 (Miss. 1988) [invention of alternative energy source];

*State v. Cooper*, 353 S.E.2d 441 (S.C. 1986)
[background of dispute between defendant and victim is mitigating];

7

003389

*Merritt v. State*, 523 So.2d 573 (Fla. 1988)
[admission of escape while being transported on another charge three months before indictment in instant case was inadmissible];

*People v. Morris*, Cal., 756 P.2d 795 (1988)
[evidence of prior homicide by defendant to explain informant's bias improper];

*State v. Lafferty*, 749 P.2d 1239 (Utah 1988)
[evidence of other crimes offered in aggravation must be proven beyond a reasonable doubt. Claim based on federal constitution, not state law];

*State v. Roce*, N.J., 548 A.2d 1058 (1988)
[(non-capital) uncharged misconduct admissible only to rebut mitigating character evidence];

*Tamme v. Commonwealth*, 759 S.W.2d 51 (Ky. 1988)
[conviction and death sentence reversed, in part due to admission of irrelevant and prejudicial unadjudicated homicides introduced at guilt phase];

*Foster v. Commonwealth*, 827 S.W.2d 670, 679 (1992)
[unadjudicated prior bad acts inadmissible in aggravation, even in cross-examining a defense psychiatrist or on behalf of a co-defendant claiming duress because "admission of bad acts in a capital murder trial is highly prejudicial and ordinarily outweighs any probative value ..."].

### 3. Victims/Survivors/Pictures

*People v. Ramirez*, 457 N.E.2d 31 (Ill. 1983)
[error to call victim's widow at penalty phase when no relevant testimony to offer];

*Romine v. State*, 305 S.E.2d 93 (Ga. 1983)
[testimony of victim's father that he did not want defendant to receive death sentence admissible in mitigation; denial of continuance to secure that testimony reversible error]; See also *Floyd v. State*, 497 So.2d 1211 (Fla. 1986).

*Adan v. State*, 453 So.2d 1195 (Fla. 1984)
[non-capital; deceased's family member can't testify unless truly necessary];

*Ice v. Commonwealth*, Ky., 667 S.W.2d 671, 675-76 (1984)
["manner in which photographs of deceased child were introduced through the mother of victim interspersed with questions regarding her great love for the child and the terrible loss she had sustained"];

*People v. Levitt*, 156 Cal.App.3d 500 (1984)
[bereavement of victim's family not proper aggravating factor for sentence (non-capital case)];

*Brandley v. State*, 691 S.W.2d 699 (Tex.Cr.App. 1985)
[prosecutor's argument: "Put yourself in shoes of victim's parents..." was error];

*Fuselier v. State*, 468 So.2d 45 (Miss. 1985)
[victim's family can't sit at prosecution table];

*People v. Coleman*, 695 P.2d 189 (Cal. 1985)
[victim's hearsay regarding prior threats/fear of defendant error];

5

003390