9

1. Withdrawal to work fulltime? G reports should be to work part time, not sure why it says fulltime
2. Who signed Lee out in '93 withdrawal? Lee Jr.
3. Did Lee have a support system? no

1. Absencenses and acting out is what led to Lee being sent to his father
2. When Lee skipped not know where he went - seemed he used to go to friends houses sometimes, - seems however that they ended up at G's house 90% of the time
3. After Lee had disappeared for three days, she asked him to leave, G reports that she could not handle not knowing what was happening to him
4. Lee did not want to go, he begged for another chance - however G reports that Lee showed no real emotion, he cried a little but that was it
5. G and sisters report that Lee is not a strong person and has never been - he always wanted to fit in - always seemed to be operating under his own agenda.
6. G not know if Lee sneaking beer in the house
7. At the time Lee left, Beverly had urged Lee shortly before that to leave the home because of how hard it was on G
   a. Lee was not following the house rules
8. Bev: Lee was not doing things right - he was not breaking the rule right - he seemed to break the rules to get caught - he seemed to think through what he wanted to do, but did not seem to realize the consequnces or what would happen if he got caught or try to do things not to get caught.  Lee never had an escape plan!
9. Bev: Lee would not heed warnings that he was going to be in trouble
   a. Lee would spend the night at times, however he would sneak out (15 or 16)
10. Bev: Lee seemed to be a normal teen in rebellion - he never went to the extremes in his rebellion
    a. Lee never seemed concerned about the repercussions
11. Bev: Lee never seemed to realise guilt
12. G: Lee always said he was sorry, however he would just go out and do the same thing again
13. Bev: Baysat Lee when he was around 9 yrs old for approx. 1 to 1.5
    a. Lee would stay fo the week, Sun - Thurs
    b. G would pick him up sometimes during the week, Lee went back with G for the weekends
    c. Justin, Lee's nephew looked up to Lee
    d. Lee always got along with the other members of the family (Bev's)
    e. G working nights at this time
    f. Bev worked days at this time
    e. Bev would pick up Lee after school and Lee would spend the night at her house, in the morning she would take him back to G's house so that he could catch the bus for school

10

14. Bev: Lee seemed like a normal child, compared to other children that she knew

15. G: Lee's difficulties seemed to occur after he was beat up

16. Bev: Lee had difficulties in later elementary and Jr. High, especially with the bully who lived in the nieghborhood who picked on Lee

    a. Lee ridiculed in Jr. High

    b. He was small and couldn't fight, noone ever showed how to defend himself or stick up for himself

    c. He always dressed nice and had all of the nicest things, everything that he ever wanted, this may have made some other kids jealous

17. All the while that he was being picked on, he was having things stolen from him, however he never told anyone that this was happening

    a. Wouldn't tell his mother because if and when he did, he was then called a tattletale, because his mother then would go to the other parents or the other children and fight Lee's battles for him.

        i. he was then picked on even more

18. G: sometimes Lee did get into fights

19. G: Late 15, 16, 17 he would listen to noone

20. Bev: Lee wanted friends and he wanted to fit in very badly

21. G: Lee wanted to get his life together when he was 18 through the job corps, however he was turned down because of his previous record (ANOTHER SEVERE REJECTION IF HE WANTED TO TURN AROUND.  SEEMS TO BE NEED FOR HELP FOR KIDS WHO TO HELP THEMSELVES, SYSTEM NEEDS TO RESPOND)

22. Bev: Group of kids that he hung around with, accepted him, however they drank, and the girls liked him (POPULARITY AND SENSE OF BELONGINGNESS)

    a. group may have been big influence for the start of the drugs and alcohol (MAY HAVE BEEN PREDISPOSITION FOR THIS IN HIM ALSO IF HIS FATHER AND THAT SIDE OF THE FAMILY WERE ALCOHOLICS, GENETICS? ALSO WOULD SEEM TO BE PREDISPOSITION TO USE TO SELF MEDICATE IF HE WAS DEPRESSED AND LOW SELF ESTEEM)

    b. never would have dreamed that he would involve himself in the current incident (FAMILY VERY EMOTIONAL AND CONFUSED)

23. Bev: Mother raised all the same way, difference between us and Lee was that we had each other for a support system, Lee seemed to have noone (LEE MAY NOT HAVE BEEN ABLE TO GO TO ANY ELSE IN THE FAMILY BECAUSE HE MAY FELT THAT THEY WOULD NOT UNDERSTAND THE SITUATION AS HE SAW IT - AGE AND GENERATION BOUNDRIES — NO EMPATHY FOR THE SITUATION)

24. G: Lee had everything that he ever wanted (MATERIAL LOVE - NO EMOTIONAL LOVE)

    a. Lee never seemed very interested in violent video games or movies - all seemed apprpriate (HOWEVER MOTHER ALLOWED LEE TO HAVE POSTERS AND PICTURES FROM MAGAZINES SUCH AS PLAYBOY HUNG ON HIS WALLS -

11

SHE COMMENTED THAT SHE ALSO SAW NOTHING UNUSUAL ABOUT THISUNTIL ONE OF HER DAUGHTERS POINTED OUT THAT THIS WAS INNAPROPRIATE. g COMMENTED THAT SHE FELT THAT IF SHE DID NOT ALLOW THIS THAT LEE WOULD HAVE SEXUAL IDENTITY PROBLEMS)

    b. Video games were Lee's big interest

25. Bev and G: Lee would seem to "space" out during conversations sometimes

26. G: While Lee was with Lee Sr. she would;

    a. call him every week to tell him the rules - dangeous to be out late, go to school the same rules that she had at her house = she felt that she had to do this

    b. lee would call also of his own and he would also stop by to see her

27. G: at age 18 Lee was jumped and robbed at  Swifton commons by some young blackmen.  They held a gun to his head and threatened to kill him if he resisted. Lee kept asking them why they were doing this to him.  <u>They stole his shoes, a jacket and his gold chain that his mother had given him</u>.  That night Lee attempted to go back out after them, the family talked him out of it.  Lee reported that he was not afraid when they said that they were going to kill him. (FAMILY NOT SURE IF THE INCIDENT EVER REPORTED, DID SAY THAT THESE SAME BOYS WERE ARRESTED FOR KILLING ANOTHER PERSON IN A ROBBERY.  WAS WHAT LEE BOUGHT WITH THE CREDIT CARDS FROM THE ROBBERY THE EXACT SAME THINGS THAT WERE STOLEN FROM HIM????)

28. Jackie: Took Lee when he was about nine years old for approx 4 mos. - during the time that G was working nights

29. G: Robin was at home until Lee was about 7 or 8 yrs old.

30. G: Robin and Lee had the seemingly typical sibling relationship,  She was somewhat jealous initially, however they seemed to get along OK.  <u>Robin would do things with Lee that G could not do, or did not want to do,  for instance go to school functions</u>

31. G: <u>I found it very hard to let him go and go out on his own.  Always felt like me and him against the world.  Wherever I was, he was.</u>

    32. Bev: G was very consistent with rules and discipline

    33. Why this incident?  He just exploded

    34. Bev: He seemed not to handle his emotions correctly

        a. divorce was a big problem for Lee


**Nancy Townsend -babysitter**

    1. Watched Lee from the age of 1 to 1.5 years

    2. G was working at the time

    3. Lee Sr. was working many hours

    4. Would watch Lee from 8 to 5

        a. sometimes Robin would pick him up after schooll

        b. sometimes G would pick him up

        c. sometimes Lee Sr. would pick him up

12

5. Watched Lee at her home
6. She watched other kids
7. he was very young not much to tell of him
8. Lee did not need much attention
9. Lee interacted with her son seemingly appropriately
10. Mentioned again that Lee did not need much attention
11. He seemed to smile often
12. Lee Sr. would drop him off on the way to work because he left the latest, and G would pick him up
13. Lee seemed to be a pretty average youngster
14. Lee always came fully prepared for the day, the parents did not often leave anything behind that he needed
15. Family was always there to pick him on time and drop him off on time every morning
16. Lee sr. dropped of the most as he was the last to leave for work
17. After she stopped sitting for Lee she would see hi a Kroger occasionally,
    a. Always friendly if you spoke to him initially, he never seemed to initiate interactions
18. Always remember Lee being a very wuiet child
19. Know G a long time
    a. she hard working
    b. attempted to bring Lee up correctly
    c. she tried to protect her kids
    d. always there for Lee
    e. she was a good mother

**Arlene Goines - babysitter**
1. Watched Lee from approx. 8 mos to 4 yrs.
2. Lee always quiet and meek
3. Displayed no violence, even to the other kids
    a. no pushing or shoving or hitting as a young child
4. This is out of character for a child, to display no aggression whatsoever
5. Saw him off and on throughout the years, when he at work, he always quiet, humble and meek
6. G would drop him off, sometimes Robin dropped him off
    a. mostly G
7. Robin would mostly pick Lee up after school
    a. G was working at General Motors
    b. Robin was around 14 or 15
8. Most of the children were the same age
9. Lee appeared to be somewhat "slow" - learning
    a. the other kids seemed to pick things up faster that Lee did

003414

13

      b. didnt seem to learn as fast

10. G may have sent him to private school at first to maybe get him extra help

11. Lee seemed to be developmentally on task - he seemed to walk and talk on time

12. Lee was slow in things like reading

13. Lee did not participate in any activities with his peers
      a. no real peer relations
      b. he had one boy that he did play with somewhat
      c. Lee avoided the other childre

14. If other kids took something from him he would just let them have it
      a. Lee never took the things back
      b. he never fought back or stood up for himself

15. Lee would not initiate interactions and would avoid children who would

16. Lee did not seem to understand what the other children were playing or doing

17. Lee mostly played by himself

18. Lee had no favorite or special games or toys

19. Lee never had a security blanket or anything that resembled a security "blanket"

20. If hug Lee he would hug you back - but seemed like he did not want to
      a. he would not seek out affection

21. See when he was older, he would talk to you if you talked to him first

22. If he hurt or sad - he would cry - he seek support

23. Felt that he was far too close to his mother
      a. this was unusual compared to the relationship that other parents had to their children

24. When G dropped him off he never cried or looked like he missed her (RAD?)
      a. maybe because he was so young

25. Never really had ani interaction with Lee Sr.

26. Lee Jr. never displayed any type of anger or jealousy, that she could remember
      a. nothing that he was possesive about

27. Lee was far too giving for his own good
      a. always ready to give things away

28. Lee always a follower
      a. even kids that were ;younger than he could lead him around very easily

29. Lee got along better with the younger children
      a. may have been socially behind

30. Not sure waht became of Lee once she stopped sitting for him

31. Not sure how he did in school

32. Always seemed to be doing what he was supposed to be doing at Kroger
      a. Lee always laid back - slow

003415

14

      b. Lee looked like a kid who did not like what he was doing but he was doing it anyway

33. Lee was always cleaning or carting

      a. never saw Lee on the register or bagging - (saw him 2 or 3 times a month) he never seemed to work his way up to register or bagger - other kids would get to register or bagger before Lee - even if they started after him

34. Lee always dragging - like he was doing things because he had to - not because he wanted to this was not what he wanted to do

35. Lee never identified with a profession as did the other kids ie policemean, fireman doctor

      a. Lee was always quiet

36. Lee Sr. and Lee Jr. are identical in quietness

37. Lee always seemed to hold things inside

38. **Lee seemed to be a sad child**

39. **Lee had a flat affect**

40. When Lee was picked up in the afternoon he acted as if he were glad to see them - however he was **never** excited to see them

      41. Lee was always older than the children he hung around with

      a. Lee never a leader even as a child

      b. not sure what he was like when he got older

      c. **He was always a follower**

42. As a youngster if he were hurt or sad he would ask for his mother, never his father

43. Lee would always talk about his mother, never spoke about his father

44. When Lee wqatched things like Sesame Street he could sit and watch the entire show quietly - however he seemed never to fully understand or catch the things that were going on on the show

45. Sometimes Lee would "tune" you out if you talked to him

      a. if he did not understand something he would not ask to have it explained

      b. he would not voluntarily come to ask about anything, you always had to got to him

46. He did not seem sad or depressed - he just never as excited or active about things as the other kids were

47. If he had anything to be sad about it was probably his parents relationship

48. **Lee Sr. drank alot**

      a. more than average

      b. saw him drunk often

      c. drank while he was working for Arlene putting on a family room

      d. did most of his drinking out, not at home

      e. when drunk he would get "loopy" - not violent

      f. he did not seem to handle liquor well

003416

15

49. Never knew of Lee Jr. to be drinking or anything

**Robin - Sister**
    1. Lee was spoiled, he was the only son
        a. he was pampered
        b. VERY sheltered - no allowed to explore hi world
    2. Seemed to have fairly normal developement
    3. Robin spent much time with Lee doing the things his mother did want to or could not do
        a. Robin attended field trips with Lee's class
    4. Lee was not very social - very noticiable around the fifth or sixth grade
        a. stuck mainly to himself
    5. He seemed like he wanted to avoid people
        a. he did not want negative attention
    6. Robin was 11 yrs old when Lee was born
        a. jealous when Lee arrived
    7. Problems of Lee began when the neighborhood bully singled Lee out
        a. Lee did not want Robin to step in and help him, seemed he wanted to not look like a coward
    8. G sheltered Lee more than was normal
        a. Lee did not have chores until he was 14 or 15
    9. G babied Lee
        a. she did not seem to know how to raise a boy
        b. Lee was the youngest of the children and the only boy
        **c. G did not seem to want him to grow up**
    10. Lee was not happy about the divorce
        a. Lee wanted his parents to get back togethre very badly
        b. he semed to adjust
    11. Lee Sr. spoiled him also
        a. gave him everything
    12. Lee Sr. used material ggods to buy Lee's affection
    13. Lee was sad over the divorce but he never seemed to express it
    **14. Lee was never very affectionate - always had to approach him**
    **15. <u>Lee always seemed to prefer not to be touched or hugged or have any type of physical affectionate contact with anyone</u>**
    16. Lee seemd to have a flat affect and seemed to be withdrawn
        **a. Lee suppressed many of his feelings**
    17. G was very domineering
        a. noone ever really was allowed to express their opinion around her
    18. Around the age of 17 Lee began running with a "crazy" group
    19. Not really sure if Lee ever really greived over the divorce of his parents
        a. Lee always wanted to be "Mr. Macho"

16

      b. he never wanted to talk about the divorce

20. Lee never really expressed feelings to anyone - ever

21. LEE NEVER HAD ANY REAL QUALITY BONDING TIME WITH G OR ANYONE

      a. Lee was never really close to anyone

22. Lee grew close to Erik as the grew up

23. Not sure why Lee failed the 4th grade

      a. may have been a maturity thing

24. Lee was basically a good kid up until the 9th or 10th grade (about 16 yrs old)

25. He wanted to be with the in crowd for the girls and the attention

      a. wanted positive attention

26. Lee never really seemed to get used to the attention

27. Never any real relationship between Lee and Lee Sr.

      a. never any quality time with Lee Sr.

      b. many times Lee Sr. was not even home when Lee came to visit, Lee would spend the time with his step-mother

      c. sometimes Lee Sr. would take him boating - but this was rare

28. Lee Sr. did not know how to relate to kids

      a. Lee Sr. never lived with any of the kids that he fathered

      b. Lee Sr. was like a child himself

29. Lee Sr. did not visit Lee very often

30. Lee Sr. seemed to drink often

      a. weekends

      b. beers throughout the week

      c. never seemed to cause any real problems

      d. seemed to be a "social" alcoholic

      e. he drank with friends - whneever he and his friends got together they would drink

      f. alcoholism runs in Lee Sr.s family (his brother died of psirosis

      g. classify him as a borderline alcoholic

31. Not sure if Lee and Betty got along

      a. she did not seem to care for Lee in the beginning

      b. she seemed to belittle him

      c. she never had any children, and yet she seemed to think that she had all the answers when it came to childrearing

32. Lee and Betty seemed to get along better after Lee moved in with his father

      a. Lee would tell Robin, "She does not want me ther, but I just have to learn to accept this"

33. Lee Sr. would ship Lee of to other people, or just nmot be there toward the end of Lee's stay there. Ther was definitely no quality time spent together.

34. Lee never had any real close friends

      a. noone was ever good enough for Lee, according to G

003418

17

      b. G was not your Kool-Aid mother

      c. Lee did have one person who was the closest thing to a friend when he was little

    35. Lee always did seem to get along better with the younger people

    36. When Lee began acting out in school, when he was not attending, Robin pretty much broke off her relationship with Lee

    37. Lee's favorite things to do were Nintendo and Atari, anything that he could be alone and do

      a. even in groups Lee would like to be left alone, not talk to anyone

    38. Lee never seemd to have any confidence in himself

      a. he a low self esteem

    39. Lee very introverted

    40. Lee was sheltered all of his life at G's, at Lee Sr.'s he had all of the freedom in the world

    41. WORDS TO DESCRIBE LEE: SHY - INTROVERTED - FLAT - SPOILED

**McDaniels - neighbors**

    1. Mr : known G since 1968

      a. Lee about 8 yrs old when they moved next to each other

      b. Lee at Central Baptist when they moved into the neighborhood

      c. Lee left Centrla baptist to go to Rex Ralph

      d. Gand Lee Sr. were divorced by the time that she moved into the neighborhood

    2. Mr : When Lee came home from school he would stay in the house all of the time

      a. G was at work in the evenings

    3. Mrs: Lee had a few friends when he was younger

      a. Lee mostly played at the McDaniels'

    4. Mr : Another child in the neighborhood was Lee's age - Mike

      a. Ramon was another child

    5. Mr : Things Lee liked to do: Basketball, video, Monopoly, Race Cars, Volley Ball

      a. Lee was an average tyope of child in terms of competition

    6. Much interaction with the McDaniels - (psuedo-family)

    7. Mr and Mrs: What was Lee like - quiet, very polite, obedient

      a. went to church

    8. Mr : Lee was an adopted nephew, a "godson"

    9. Mrs: Lee got along with all other kids

      a. Lee got along with all people very easily

    10. Mr : took Lee under his wing

      a. Lee and Jr would spend the night together

003419

18

b. Jr about 6 to 7 years younger that Lee - however they were very close
11. Mrs: Lee would stick up for Jr
12. Mrs: Dante was the neighborhood bully - Lee had problems with this boy
13. Mr and Mrs: groups in the neighborhood would pick on Lee
    a. Lee got jumped many times
    b. guys would pick fight with Lee
    c. Lee never really seemd to start things
        1. always wanted to back off
        2. Lee always seemed very frightened of these individuals
    d. Lee C. was another neighborhood bully
        1. kid Lee had the problems with beginning in the fifth grade
            ii. Lee C. mother would never admit that her child started
any problems
14. Mr : Lee would avoid fights unless he was pushed into a corner and he had
no choice
    a. would have to at the extreme before Lee would fight back
15. Mrs: Lee was the target because the bullies knew that he had no brothers or
father that would back him up and Lee was much smaller than the other kids
    a. Lee teased that he was a mommas boy
    b. things were building up in Lee
16. Mr and Mrs: Kids who lived in the neighborhood woulod have relatives would
come in to the neighborhood and would pick a fight with Lee
    a.EVERYONE KNEW LEE WAS A PUSHOVER
17. Mr : the boys picking on Lee were his age or a little older
    a. these kids were street-wise, mean kids
18. Mr: some of the kids who picked on Lee had gang type of features
19. Mrs: would have been bad for Lee to stand up for himself because of the
gang activity
20. Mr: Lee was competitive, however he never got angry or flew off of the
handle during competitive games
21. Mrs: G not want Lee to fight
22. Mrs: Lee Sr - not really a father
    a. never had time for Lee
    b. no real male role models for Lee
23. Mr : I was almost a father to Lee
    a. Lee would open up to me
24. Mr: Kids form Winton Terrace would hang out in the neighborhood
25. Mr and Mrs: Lee did not know how to stand up for himself
26. Mr : Lee Sr never seemed very concerned about Lee
    a. Lee Sr seemed to be more concerned with himself
    b. Lee Sr would come to get Lee for a visit, however he would spend little
or no time with him

19

        c. G would talk to Betty about Lee, she knew more about what was going on with Lee than did Lee Sr

      27. Mr: spoke with one of Lee Sr. drinking buddies, they used to spend much time on the boat drinking.

        a. Lee Sr and his friends would drink in front of Lee

           i. never were any other children there, only Lee

        b. Lee Sr used to be with differnt women, besides those he was married to

      28. Mr: Lee would open up to me

      29. Mr: on one occassion Lee fought back against the kids

        a. would walk to school along different routes because kids would want to fight with him

        b. kids used to terrorize G's house

      30. Mrs: Lee 16 years old a bunch of boys jumped Lee and beat him up on his way home from work

        a. G amy have had to take Lee to the hospital (?)

        b. Lee would not talk about the fight

        c. Lee had the trouble on the bus with the brass knuckles the next day

           i. some boys on the bus gave Lee the brass knuckles to go after the boys who beat him up.

           ii. THIS WAS THE FIRST TIME THAT LEE STOOS UP FOR HIMSELF

        d. Lee's friends would encourage Lee tofight back and stand up for himself

        e. the kids knew that Lee had no backup or would not fight

      31. Mrs: Mike Jr and Donovan were Lee's friends

      32. Mr: was Lee's father figure

      33. Mrs: Lee wanted to be friends with other kids, they did not want to however

      34. Mr: Lee was known as a Momma's Boy

        a. G would handle fights for Lee

        b. Lee did not know how to fight back appropriately

      35. Mr: Lee could win a fight iof he wnated to, however he did not know how to

      36. Mr: when Lee had the meeting at school with the principal and the superintendant, G asked Mr to go with them

        a. this was after the brass knuckle incident

        b. G and Mr found about the skipping of school at this point

      37. Mr: saw Lee mostly on the weekends

      38. Mrs: saw Lee as doing OK

      39. WORDS TO DESCRIBE LEE: humble, meek, polite, non-argumentative, fun to be with, very low self esteem, tolerant

      40. Mr: UNUSUAL THING ABOUT LEE, A BOY OF HIS AGE HAVING FRIENDS THAT WERE MUCH YOUNGER THAN HE, AND HE WANTING THEM TO HANG AROUND

20

41. Mrs: Lee would always give the children sound advice about not fighting

42. Mr: Lee was always the peacemaker

    a. Lee was not very manly because he would not fight

43. Mr: DESCRIBE LEE: flat affect, no real mood swings, always seemed sad

44. Mr: G would always talk to him about the fact that Lee Sr was not involved and that he needed to be more involved

45. Mr: Saw little of Lee the last two years prior to the incident

46. Mr: always could find Lee at either home or school

    a. no real friends his own age

47. Mrs: Lee's true friends were Mike Jr. and another kid named Mike who lived down the street

48. Mr and Mrs: INCIDENT: could not have been Lee, even people in the neighborhood say they cant believe that he would have done that

49. Mrs: G and his sister were/are good people

50. Mr: about one year ago G and Lee attempted to work out the problems

    a. G was stern about the rules

51. Mrs: Lee was smart

    a. he is intelligent

    b. Lee found friends that would accept him - may not have been real "friends"

    c. Lee could not get along with kids his own age

52. Mr: Lee was not a street kid

53. Mr: don't know what could have gone wrong

    a. McDaniels still feel close to Lee

    b. Lee always saw Mike Jr. was a little brother

54. Mr: Lee did not like living with his father

    a. he was there because he could not follow his mothers rules

55. Mr: Lee was letting kids into the house, and stuff was ending up missing from his mothers house

56. Mrs: Lee would never talk back to his mother

    a. Lee would always drop his head and say "Yes, m'am/sir", "No, m'a/sir"

57. Mrs: always felt that Lee would turn out OK

    a. G and his sister were always there for him

58. Mr: Lee did not like his father's neighborhood

59. Mr: LEE NEVER TALKED ABOUT A GOAL OR GROWING UP TO BE SOMETHING

    a. LEE NEVER HAD ANYTHING WITH WHICH HE IDENTIFIED

60. Mr: Lee was an excellent basketball player

61. Mr: never knew if Lee had talents

    a. he was very good in creative writing

    b. he was good in math

62. Mr: (IF YOU TALKED TO OR LECTURED LEE DID HE TUNE YOU OUT?)

21

Never really tuned you out, when you talked to him

    63. Mr: Lee always looked like he was simply trying to make it through the day

        a. he had three houses in the neighborhood that he considered safe houses

    64. Mr: when kids jumped Lee he never said that he was going to get them

        a. he never said that he was mad or that he wished they would die or that he hated them for beating him up

            i. THIS WAS VERY UNUSUAL FOR KIDS (Mr said this)

        b.WHEN KIDS WOULD BEAT HIM UP HE WOULD STILL, IF HE SAW THEM OUT, SMILE AND WAVE AT THEM

            i. he always said it was over

        c. Lee never would strike back or say bad things about them

    65. Mr and Mrs: would take and pick him up form work at times

    66. Mrs: I'm not his natural mother, but I was a mother figure for him

        a. we were like Lee's real family

    67. Mr: Lee never played sports

        a. G was very protective

        b. Lee had atheletic ability, but he would never play

            i. G would discourage this


**Erik Moore - nephew - Vernena  - sister -(she there part of the time with Erik)**

    1. age 9 Lee used to come over to Vernena's house and there Erik and Lee would hang around together

    2. age 11 Lee pretty much stopped coming over

        a. kept in contact over the phone

        b. began doing music (rap) together, would do it over the phone

        c. music was about the social ills, was not popular type of rap or gangsta rap

        d. would hook up occasionally

    3. age 14 or 15 Erik becam involved in the church

        a. attempted to influence Lee

        b. Lee objected

        c. Lee not know about the church

        d. Erik wanted to do Christian rap, Lee did not

    4. age 16 or 17 contact becam very sporadic, Lee was with his friends

    5. age 17 Lee and Erik went to Woodward together

        a. Lee would not go to school much

        b. Lee was hanging out with his friends

        c. sometimes Lee would drink and smoke when he was skipping

    6. age 16 or 17 he stole a car

    7. Lee would talk to Erik that he was giong to "hit a liq" (hit a liquor store)

    8. Lee would talk about committing crimes, he was more talk than action though

22

9. Lee was very scared of getting caught

10. Lee would not be the one to initiate conversation

11. ABOUT THE GROUP FROM MT. HEALTHY:

    a. the group was made of kids who wanted to fit in

    b. "wanna be" mentality

    c. Mt Healthy was the "out" crowd

    d. wanted to be like the kids at Woodward

    e. Erik not part of this crowd

12. age 17 - alcohol and drugs

    a. Erik stopped doing music with Lee

13. Lee would buckle under peer pressure

14. Lee would fallow the crowd, however he always wanted to look like he was the one in charge, wanted to be the trend setter

15. MONEY: Lee got a check every month from Socl. Sec.

16. As a child:

    a. Lee was competitive

    b. Erik was Lee's main friend, and Lee was Erik's

    c. friends in the neighborhood, 1 or 2

    d. Lee never said much about fights in his neighborhood

17. WHAT LEE WANTED TO BE WHEN HE GREW UP:

    a. age 15 he talked about wanting to be a musician

    b. as a kid he talked about construction like his father

18 WHAT HE DID AS A KID:

    a. videos, movies, drawing, music

        i. draw pictures of cars

        ii. cahracters - musicians, superheros

19. age 9, G was working

    a. over to Vernena's during the summer - vernena's during the day and back to Lee Sr's in the evening

    b. Erik and Lee would hang out during the summer

20. LEE AND G:

    a. Lee would say that G was getting on his nerves

        i. she would want him to do stuff

        ii. she was ALWAYS calling his name, if you were there or is on the phone you could hear her calling his name

    b. Lee was spoiled

        i. he always got what he wanted

        ii. nothing that he wanted that he did not get

        iii. both Lee Sr and G would do this

21. LEE AND LEE SR:

    a. Lee was crazy about his father

    b. would go out on boat rides and rides in the car

23

22. Lee had an average relationship with his parents
23. not sure aobut Lee and a support system
24. Lee would not want people "dipping" into his business
25. Lee may ahve seen asking for help as a weakness
26. Lee would listen to Erika nd then Erik would listen to Lee
27. ADOLESCENCE:
    a. rebellious - would talk back, he was embarrased about being wrong
    b. no real conversation about drugs or alcohol with Lee
28. ALCOHOLISM RUNS IN THE FAMILY ON LEE SR SIDE
    a. PROBLEMS WITH DRUG ABUSE BY THE YOUNGER MEMBERS OF
THE FAMILY
    b. marijuana and beer - Lee
    c. Lee would take the bottle from the family
        i. when he got caught, nothing happened to him
29. Lee Sr, may have been too lenient on Lee
30. G was ironhanded with the rules
    a. punishment - grounding or send him to his room
    b. she would yell alot
    c. she would tell him things like, "you're no good", etc.
    d. when he was 17, she would use the guilt trip on him
31. Lee did care about what his parents thought about him
32. Lee would never think about the negative side of things he was doing, i.e.
getting caught
    a. always thought that  he could get away with anything
33. Lee seemed not to respect others things, i.e. his father's car
    a. Lee would "steal" or "borrow" the car
34. Lee was bored with school
    a. Lee was smart
    b. school was not interesting to Lee
35. Lee never thought about a job
36. Lee wanted material things
    a. jewlery, clothes, cars - expensive things
37. LEE WANTED THE REWARD WITHOUT DOING THE WORK
38. music was Lee's goal
39. LEE AFTER A TIME, LOOKED LIKE HE DIDNT HAVE A VISION OR GOAL -
HE SEEMED LIKE HE DID NOT FIT IN
40. LEE WAS A LONER
    a. LEE WAS ON THE OUTSIDE OF THE WORLD LOOKING IN
41. LEE THOUGHT THAT HE WAS THE CENTER OF THE WORLD, WNATED
TO BE, EVERYTHING DID NOT MATTER.
42. LEE WANTED A ROCK STAR OR MOVIE STAR IMAGE
    a. he wanted to be the one getting all of the attention and wanted people

24

to wait on him

43. he was always on the outside

44. Erik did not know the kids that Lee was with that night, never heard of them

45. Lee and Erik ahd a falling out approximately one befor the incident

46. kids in the Mt. Healthy group were all about the same age

47. The other two boys Lee was with that night were street smart, Lee was not street smart at all.

    a. Lee had no street sense

48. Lee would fantasize about committing a crime - a gun would enter into the fantasy - Lee said it would make the crime easier

    a. Lee said that a gun would make people give it up

    b. Lee said he would use a gun to scare people

    c. Lee would say that he did not want to shoot anyone

        i. Erik did not think that Lee would be capable of shooting anyone

        ii. LEE HAD THE POTENTIAL TO BE CAUGHT UP IN A SITUATION

    d. Lee had a toy gun that he would "play" with

    e. the gun used that night was his father's

    f. Erik knew that his grandfather had the guns - never knew about the gun though

49. Lee could be suckered in or get conned into things

50. Lee was smart, well mannered, verbally adept, intelligent person

51. everytime that Lee and Erik were together Lee seemed to be happy and joyful

    a. always seemed to look at the bright side of things

    b. problems would be joke to Lee, would not get him down

52. DESCRIBE LEE: unpredictable, surprising, defensive, fun loving, adventurous, humble

    a. unpredictable or surprising: he would want to keep people on their toes, wanted to shock people i.e. being romantic with a girl

    b. defensive: Lee would take things personally, would want to make sure that you were not putting him down, he did not like to be put down

    c. humble: never quick to brag on himself

        i. he wouldn't build himself up

        ii. he would accept compliments and then go on

        iii. he never wanted people to think that they were going to his head

53. Lee seemed to have a high average self-esteem

    a. Lee felt that he had potential, hoped he would be better,

    b. was some self-deserving attitude

    c. if he had to work for something he would scheme and look for the easiest way out or scheme his was easiest to the "golden ring"

003426

25

54. Lee knew that he was smart enough to make it if he worked
55. Lee not disciplined enough to succeed
    a. he was not focused, he was only focused on the fun things
56. LEE'S RAP:
    a. street rap
    b. about youth issues - girls, guys starting stuff
    c. focused on us and what we thought - logical things
    d. music closest to Public Enemy or Ice Cube
    e. attempted to have a positive effect with a rough style
        i. fast with a rough beat
57. LEE'S MIND STATE NOW: he feels like he has messed - "I feel that he felt that he would do it differently if he could".
58. Vernena: had difficulty with drugs and alcohol
    a. her brother did too.
    b. Lee Sr - did/does
    c. runs in the family


**Reverend Culbreath**

1. Has known Lee all of his life
2. Did not see Lee as a problem child
3. Lee was raised as a Xtian and he attended church
4. Lee was well mannered
5. LEE AS A CHILD: always reserved, very quiet
    a. would talk but nothing of substance, merely pleasantries of the day
    b. did not seem to be a child with much on his mind
6. When did talk to Lee it was attempting to direct him in the way of acheivement
    a. Lee never did express any real rpfessional leanings
7. LEE AND FRIENDS: he had friends in the church, however these were not friends that carried over into the week, they were the children that were seen each week at church
8. LEE AND HIS PARENTS:
    a. appeared to be a well balanced family, until the divorce
    b. the fracture of the family may have an impact on him
    c. Lee did not seem to be bothered by the divorce, he never seemed to show any emotion, at least on the surface
    d. Lee seemed to take the change in stride and never seemed to be bothered
9. LEE AND G:
    a. they seemed to get along well
    b. he never came to the reverend with any real problems
    c. G had brought some problems to him, concerning Lee's difficulties in

003427

26

school and work - THIS WAS AFTER THE INCIDENT
       i. Lee's difficulty with kids at school
   10. Lee attended church when his mother attended church - weekly
   11. LEE AND CHURCH:
       a. Lee there because his mother was there
       b. Lee seemed to want to be invested in the church (?)
       c. Lee difficulty with coming to church more often was that he didn't have a car - in the reverends opinion
       d. there were other groups that Lee could have been involved in the church
          i. the reverend approached Lee about joining the groups - neither G nor Lee approached the reverend
       e. Lee also could not participate because he was working on a couple of occassions
          i. work was Lee's difficulty with his involvement in the church
   12. DESCRIBE LEE: average
   13. Did not have much 1:1 contact with Lee
   14. Totally baffled why Lee did what he did
   15. Have spoken with Lee since the incident and Lee say he was not himself
       a. drugs involved

**Mrs. McDaniels**

   1. When G was gone in the evening she would have a babysitter
       a. Robin or Jackie would watch Lee also
   2. Things building up in Lee:
       a. all the kids that were picking on him and teasing him (tatttle-tale, momma's boy)
       b. pent up aggression, feeling bad about himself
       c. he couldn't fight or defend himself
   3. Everyone thought that he would be the one who would grow up and be alright
   4. Lee had no real friends his own age
   5. No kids Lee's age would associate with him
       a. only one boy his own age would associate with him
       b. this boys family moved because the neighborhood was changing
       c. this boy could not understand why other children would pick on Lee
   6. Many of the boys in the neighborhood did not like Lee
       a. kids liked to pick on him
   7. One of the neighbor boys who is now grown up said Lee was a good kid
   8. Lee drifted away from Mike Jr. was he was in the 10th grade
       a. 7th thru 9th Lee would come over all of the time
   9. Lee always followed the rules

003428

27

10. Lee did not seem like he fit in with the rest of the kids

11. G was the only parent for Lee

12. G would attempt to get Lee involved with educational types of activities

13. G attempted to get Big Bros involved - however Lee was not eligible b/c he saw his father every other weekend

14. G attempted to get him involved in Upward Bound - at U.C. however Lee did not qualify

15. G was scared of getting Lee involved in sports because they were dangerous, also her work made it difficult for her to get him to the practices and the games

    a. she wanted him closely supervised

16. Lee's father would not do anything with him

    a. when Lee would return from weekends with his father they used to ask him what they did and Lee would respond very sadly and dejectedly "Nothin'"

17. Subjects that Lee would talk to Mr. McDaniel about:

    a. some problems at school

    b. girls

    c. kids picking on him

18. Mr. McD would talk with Lee one to one, Mrs. McD would speak to Lee one to one also

    a. would tlak like to him parent to child

19. Mrs. would wathc to see that Lee would have kids in the house

    a. when Mrs would cathc him he never disrespectful to her - would always admith that he made a mistake

20. Lee took G's car one day when she was at work

    a. he admitted that he took it

    b. G did not know that Lee could drive

        i. he was 16 at the time

21. Lee would do illegal things - his father would let him drive without his temps or his license

22. Lee did not get his license until he was with his father (?)

23. Oct. 93 Mrs saw Lee with the other boys who were with Lee the night of the incident

    a. Markita had seen Lee with the boys on several occassions at Forest Fair Mall - hanging out

    b. Mrs saw Lee on another occassion with these boys - he was out of character silly - like he was high from drugs or alcohol

24. Lee and his advice to McD's kids:

    a. Lee would say that fighting did not solve problems

    b. he would tell them that talking was the way to solve things and then you can work it out

    c. Lee would be a peacemaker in things, a mediator of disputes

28

25. There was alcohol and wine missing form G's house
    a. kids that Lee would have into the house would drink the alcohol
26. Lee may not have know about what the other kids were doing in the house - ie. taking things - he may have blacked out or passed out
    a. Lee either did not know that they were taking things from his house or he may have been too scared of them to try to get it back
    b. don't think that Lee would steal or condone stealing from his mother
27. There was at least one time that Lee did have a girl in the house
    a. Lee was "feeling his oats".
28. Never knew Lee to have alot of money at any one time
    a. only time he had money was when he had a job
29. Lee was very athletic
30. Lee was well liked by the kids in the church group
    a. he went to church with the McD's at times
31. Lee was very <u>comforting</u> and <u>nurturing</u> to Mike Jr. and Markita
    a. he was like a big brother
32. Very nurturing young man
33. Lee was a peacemaker and mediator
    a. did not see a point in fighting
34. <u>NEVER SAW LEE EXPRESS ANY ANGER AT ANY POINT NO MATTER WHAT WAS GOING ON</u>
    a. never heard him talk about getting back at people for wronging him
35. LEE WAS VERY INTELLIGENT
36. <u>NEVER SAW LEE CRY ABOUT ANYTHING</u>
37. Even when Lee was punished he would never get angry or never get upset
38. Lee and his father never knew each other
39. Father's house was very permissive
40. When Lee was 18 - his father would say that Lee was a grown man and he could make his own decisions  (MUCH LIKE LEE SR'S PAST)
    a. Lee Sr. was always drinking and womanizing
41. <u>LEE HAD NO GOALS</u>
42. The manager at Kroger when he worked there:
    a. Lee would be gone for periods of time - when he was supposed to be getting carts - he would be gone longer at this than anyone else she would send out to do this
    b. took him longer to do some things - he may have been goofing off
    c. Lee was an OK worker
43. Lee worked at Kroger until Lee Cobb started there - this is the boy that Lee had all of the trouble with all of his life, the bully of the neighborhood
    a. Lee quit (or fired?) when Lee Cobb started there
44. Lee always wnated to look nice
45. Lee never took anything form the McD's house

003430