### DANIEL J. JAMES
ATTORNEY AND COUNSELOR AT LAW
13TH FLOOR, AMERICAN BUILDING
30 EAST CENTRAL PARKWAY
CINCINNATI, OHIO 45202

———

(513) 721-1995

SUBURBAN OFFICE
4226 BRIDGETOWN ROAD
CINCINNATI, OHIO 45211
(513) 574-5400

August 11, 1994

Mr. Chuck Stidham
Attorney at Law
Sand, Stidham & Bernard
317 Benson Street
Reading, Ohio  45215

Re: State of Ohio vs. Lee Moore
Case No.: B9400481

Dear Chuck:

As I indicated to your office early yesterday, Mr. Moore's case has been rescheduled for trial on Monday, November 7, 1994 at 9:00 A.M.  The court has appointed Dr. Chiappone to assist us and I ask you to gather the mitigation information and evidence you have obtained and bring it to my office within the next few days.

After I review this information, I'll give you a call to discuss the status of this material.  Again, I ask you to try to get this information to me within the next several days so that we can get Dr. Chiappone started.  If you have any questions, give me a call.

Sincerely yours,

Daniel J. James

DJJ/kw

008939

LAW OFFICES

**CHUCK R. STIDHAM**
**CHRISTOPHER J. BERNARD**

# SAND, STIDHAM AND BERNARD
317 W. BENSON STREET
READING, OHIO 45215
(513) 761-4929
FAX (513) 761-3573

*ROBERT G. SAND
(1932-1990)
*HARRY A. SAND
(1922-1987)

July 22, 1994

Kroger Company
8120 Hamilton Avenue
Mt. Healthy, Ohio 45231

*NO RECORD OF EMPLOYMENT IN CINTI-DAYTON AREA*

RE: Lee Edward Moore
D.O.B. - 10-19-74

Gentlemen:

This office is handling the Mitigation Phase of the case pending in the Hamilton County Court of Common Pleas wherein Lee Edward Moore is facing a possible death sentence.

In an effort to present factors in mitigation to prevent the execution of Mr. Moore, I am attempting to compile as much of a personal history and background as possible. To this end, I have enclosed herein an Authorization and Release Form which permits you to release information concerning Mr. Moore's education to me. I would appreciate if you would have this information to me as quickly as possible.

I specifically need information as to his position held, rate of pay, attendance records and work performance.

I would appreciate if you would provide this information to me as quickly as possible as his Trial is scheduled to commence in the Hamilton County Court of Common Pleas in late August, 1994.

Very truly yours,

Chuck R. Stidham
Attorney at Law

CRS/tas

Encl.

008940

I, LEE EDWARD MOORE, 1101 Clearbrook Drive, Cincinnati, Ohio 45229, hereby authorize you to release information concerning my employment records to Chuck R. Stidham, Esq., Mitigation Specialists of Southwest Ohio, 317 W. Benson Street, Cincinnati, Ohio 45215.

_____
Lee Edward Moore

STATE OF OHIO            )
                         ) SS:
COUNTY OF HAMILTON       )

Sworn to before me and subscribed in my presence by Lee Edward Moore on this ___ day of _____, 1994.

_____
Notary Public

CHUCK R. STIDHAM, Attorney at Law
NOTARY PUBLIC - STATE OF OHIO
My Commission has no expiration
date. Section 147.03 O.R.C.

008941



008942

(26)

| Student Name / Number | School | Age | Sex | Birthday | Class | Date | Load | Membership-Days Add | Total | Description | Absence Add |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 09 Jun | 1 | 75.000 | 178.000 | END REPORT | |
| MOORE, LEE E. 750291 | 999 | 16 | M | 10/19/74 | 10 | 27 Aug | 1 | 1.000 | 1.000 | ORIG ENTRY | |
| | | | | | | W 09 Oct | 1 | 30.000 | 31.000 | ABSENT | [illegible] |
| | | | | | | R 10 Oct | 1 | 1.000 | 32.000 | ABSENT | [illegible] |
| | | | | | | F 11 Oct | 1 | 1.000 | 33.000 | ABSENT | [illegible] |
| | | | | | | M 14 Oct | 1 | 1.000 | 34.000 | ABSENT | [illegible] |
| | | | | | | T 15 Oct | 1 | 1.000 | 35.000 | ABSENT | [illegible] |
| | | | | | | W 16 Oct | 1 | 1.000 | 36.000 | ABSENT | [illegible] |
| | | | | | | R 17 Oct | 1 | 1.000 | 37.000 | ABSENT | [illegible] |
| | | | | | | F 18 Oct | 1 | 1.000 | 38.000 | ABSENT | [illegible] |
| | | | | | | M 21 Oct | 1 | 1.000 | 39.000 | ABSENT | [illegible] |
| | | | | | | T 19 Nov | 1 | 19.000 | 58.000 | ABSENT | [illegible] |
| | | | | | | R 05 Dec | 1 | 9.000 | 67.000 | ABSENT | [illegible] |
| | | | | | | F 06 Dec | 1 | 1.000 | 68.000 | ABSENT | [illegible] |
| | | | | | | M 09 Dec | 1 | 1.000 | 69.000 | ABSENT | [illegible] |
| | | | | | | T 10 Dec | 1 | 1.000 | 70.000 | ABSENT | [illegible] |
| | | | | | | W 11 Dec | 1 | 1.000 | 71.000 | ABSENT | [illegible] |
| | | | | | | R 12 Dec | 1 | 1.000 | 72.000 | ABSENT | [illegible] |
| | | | | | | F 13 Dec | 1 | 1.000 | 73.000 | ABSENT | [illegible] |

Ref: ATT.530 INTERIM REPORT 077 MT HEALTHY CITY SCHOOLS * Age as of:
Date: 7 11/91 MT HEALTHY HIGH SCHOOL Attendance Per
Time: 10:43:21 10TH GRADE MALE 8 27 91 thru

| Student Name | Number | School | Age | Sex | Birthday | Class | Date | Load | Membership-Days Add | Total | Description | Absence Add |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | M 16 Dec | 1 | 1.000 | 74.000 | ABSENT | 1.000 |
| | | | | | | | W 18 Dec | 1 | 2.000 | 76.000 | ABSENT | 1.000 |
| | | | | | | | F 20 Dec | 1 | 2.000 | 78.000 | ABSENT | 1.000 |
| | | | | | | | M 27 Jan | 1 | 14.000 | 92.000 | ABSENT | 1.000 |
| | | | | | | | M 03 Feb | 1 | 5.000 | 97.000 | ABSENT | 1.000 |
| | | | | | | | W 12 Feb | 1 | 7.000 | 104.000 | ABSENT | 1.0 |
| | | | | | | | R 13 Feb | 1 | 1.000 | 105.000 | ABSENT | 1.0 |
| | | | | | | | F 14 Feb | 1 | 1.000 | 106.000 | ABSENT | 1.000 |
| | | | | | | | T 03 Mar | 1 | 11.000 | 117.000 | ABSENT | 1.000 |
| | | | | | | | R 05 Mar | 1 | 2.000 | 119.000 | ABSENT | 1.000 |
| | | | | | | | F 24 Apr | 1 | 28.000 | 147.000 | ABSENT | 1.000 |
| | | | | | | | W 29 Apr | 1 | 3.000 | 150.000 | ABSENT | 1.000 |
| | | | | | | | R 30 Apr | 1 | 1.000 | 151.000 | ABSENT | 1.000 |

008943

009444

| Date | | Code | | Status | Value | |
| --- | --- | --- | --- | --- | --- | --- |
| W | 19 Sep | 1 | SU | SUSPENDED | 1.000 | 1.000 |
| R | 20 Sep | 1 | SU | SUSPENDED | 2.000 | 1.000 |
| F | 21 Sep | 1 | SU | SUSPENDED | 3.000 | 1.000 |
| T | 02 Oct | 1 | AB | ABSENT | 4.000 | 1.000 |
| W | 14 Nov | 1 | HF | HALF DAY ABSENCE | .500 | .500 |
| F | 01 Feb | 1 | AB | ABSENT | 5.500 | 1.000 |
| W | 26 Mar | 1 | AB | ABSENT | 6.500 | 1.000 |
| R | 27 Mar | 1 | SU | SUSPENDED | 7.500 | 1.000 |
| R | 28 Mar | 1 | AB | ABSENT | 8.500 | 1.000 |
| M | 08 Apr | 1 | SU | SUSPENDED | 9.500 | 1.000 |
| W | 09 Apr | 1 | SU | SUSPENDED | 10.500 | 1.000 |
| R | 10 Apr | 1 | SU | SUSPENDED | 11.500 | 1.000 |
| F | 11 Apr | 1 | SU | SUSPENDED | 12.500 | 1.000 |
| M | 12 Apr | 1 | SU | SUSPENDED | 13.500 | 1.000 |
| T | 15 Apr | 1 | AB | ABSENT | 15.500 | 1.000 |
|  | 16 Apr | 1 |  | EXPELLED | 15.500 |  |
|  | 17 Apr | 1 | W | RE-ENTER | 15.500 |  |
|  | 05 Jun | 1 | E | ENROLLED | 15.500 |  |
|  | 05 Jun | 1 |  |  |  |  |

| | | Status | | | |
| --- | --- | --- | --- | --- | --- |
|  | ABSENT | 16.000 | 15.000 |
|  | ABSENT | 17.000 | 1.000 |
|  | ABSENT | 18.000 | 1.000 |
|  | ABSENT | 25.000 | 7.000 |
|  | ABSENT | 55.000 | 30.000 |
|  | ABSENT | 100.000 | 45.000 |
|  | ABSENT | 136.000 | 36.000 |
|  | ABSENT | 137.000 | 1.000 |
|  | ABSENT | 138.000 | 1.000 |
|  | ABSENT | 139.000 | 1.000 |
|  | ABSENT | 140.000 | 1.000 |
|  | ABSENT | 141.000 | 1.000 |
|  | ABSENT | 142.000 | 1.000 |
|  | ABSENT | 143.000 | 1.000 |
|  | ABSENT | 144.000 | 1.000 |
|  | ABSENT | 145.000 | 1.000 |
|  | WITHDRAWAL | 145.000 |  |
|  | ORIG ENTRY | 146.000 | 1.000 |
|  | END REPORT | 146.000 |  |



# MT. HEALTHY HIGH SCHOOL

2046 Adams Road, Cincinnati, Ohio 45231

Guidance Office
(513) 729-0130

WITHDRAWAL PERMIT

PUPIL  Lee Moore  (750291) _____ GRADE  9 ___ DATE  4/17/91 _____

REASON  EXPELLED

AUTHORIZATION _____

4th per.

| PERIOD | SUBJECT | GRADE TO DATE | BOOKS RETURNED | | | | TEACHER SIGNATURE | AMOUNT OF FEE | |
|---|---|---|---|---|---|---|---|---|---|
| | | | YES | NO (BOOK NO.) | N/A | | | OWED | REFUND |
| 1 | Meteorology | F | | | ✓ | | Fuller | 0 | C |
| 2 | P.E. II | F | ✓ | | | | Tanglery | | |
| 3 | G. Alg. I Pt. 1 | F | | # 189-87 | | | SAv | | |
| | Law/Justice | F | no | 5-90 | | | Spon. | | |
| 5 | English II | F | | #50 | | | M.T. | | |
| 6 | Study Hall | | | | | | O. Renner | | |

LIBRARY  Overdue Books: Black Cultures — Children of Allen, Rutherford

ADMINISTRATIVE OFFICE _____

COUNSELOR _____

ATTENDANCE OFFICE _____

FEES OR OBLIGATIONS _____

I give my permission for Mt. Healthy High School to release the records of _____

Parent or Guardian Signature

*1990-91*

ID 000750291          THIRD QUARTER GRADES

HEALTHY CITY SCHOOLS                          1/22/91 Thru  3/28/91
HEALTHY HIGH SCHOOL

```
          TO THE PARENTS OF:
              LEE E. MOORE
              1280 MEREDITH DR
              CINCINNATI, OH 45231
```

| Subject | Teacher | QT1 | QT2 | EX1 | SM1 | QT3 | CM1 | CM2 |
|---|---|---|---|---|---|---|---|---|
| BEGIN FOODS | MRS COOMER | F | D | C | D | | | |
| KEY/TYP I P1 | MRS HUSTON | C | C | C | C | | | |
| GEN ALG I-P1 | MR UNGERBUEHLER | F | F | F | F | F | 32 | |
| CAREER EXP | MR BOWLING | F | F | C | F | | | |
| ENGLISH II | MRS MONTGOMERY | C | D | D | D | F | | |
| WORLD HIST | MR MOONEY | F | | | F | | | |
| METEOROLOGY | MR FALLON | | | | | F | | |
| PHYS ED II | MR KIGER | | | | | C | | |

| COMMENT DESCRIPTION | PERIOD | ABSENT | TARDY |
|---|---|---|---|
| 32 PARENT SHOULD CONTACT TEACHER FOR CONFERENCE | 01 | 4 | 1 |

*WD 4/17/91*

008946



# MT. HEALTHY HIGH SCHOOL

2046 Adams Road, Cincinnati, Ohio 45231

Guidance Office
(513) 729-0130

## WITHDRAWAL PERMIT

PUPIL   Lee Moore  (750291)                    GRADE   10       DATE   5/8/92

REASON   work full-time (work permit on file)

AUTHORIZATION

| PERIOD | SUBJECT | GRADE TO DATE | BOOKS RETURNED | | | TEACHER SIGNATURE | AMOUNT OF FEE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | YES | NO (BOOK NO.) | N/A | | OWED | REFUND |
| 1 | World History | F | ✓ | | | KRK | | |
| 2 | Study Hall | N/A | | | | KRK | | |
| 3 | S. H. Ecol/Conserv | | | | | Kugel | | |
| 4 | P.E. II | F | ✓ | | | Flye | | |
| 5 | Study Hall | | | | | | | |
| 6 | English III | F | ✓ | | | McTagma | | |

LIBRARY  Lisa (11.04)  R. Heuerbach

ADMINISTRATIVE OFFICE  Richard Heard

COUNSELOR  R. Hill

ATTENDANCE OFFICE  Sandra M Tan

FEES OR OBLIGATIONS

: give my permission for Mt. Healthy High School to release the records of

Georgia L. Moore
**Parent or Guardian Signature**

008947

*1991-92*

```
) 000750291          THIRD QUARTER GRADES

: HEALTHY CITY SCHOOLS                    1/27/92 Thru  3/27/92
:   LTHY HIGH SCHOOL


        TO THE PARENTS OF:
            LEE E. MOORE
            1280 MEREDITH DR
            CINCINNATI, OH 45231


-------------------------------------------------------------------------
ibject      Teacher        QT1 QT2 EX1 SM1 QT3                  CM1 CM2
-------------------------------------------------------------------------
ORLD HIST   MR KIRKPATRICK  F   F   C   F   F                    43
EN ALG I-P1 MR EMIG         F   F   F   F   F
:OL/CONSERV MR HAUSMAN      F   F   D   F
JTRO PHOTO  MR JUETT       FEE FEE FEE FEE
3STRONOMY   MR FALLON       F   F   F   F
NGLISH III  MRS MONTGOMERY  F   F   F   F   I
HYS ED II   MR KIGER                        F                 25  43

OMMENT DESCRIPTION                     PERIOD ABSENT TARDY
5 DOES NOT DRESS FOR GYM CLASS            01     7     8
3 STUDENT IS IN DANGER OF FAILING THE COURSE
```

*WD 5/8/92*

**008948**



# MT. HEALTHY HIGH SCHOOL

2046 Adams Road, Cincinnati, Ohio 45231

Guidance Office
(513) 729-0130

## WITHDRAWAL PERMIT

PUPIL ___Lee Moore  (750291)___  GRADE __10__  DATE __1/29/93__

REASON ___moving out of district - *Hardware H.S.*___

AUTHORIZATION _____

*MODERN EARTH SCIENCE*

| PERIOD | SUBJECT | GRADE TO DATE | BOOKS RETURNED YES | NO (BOOK NO.) | N/A | TEACHER SIGNATURE | AMOUNT OF FEE OWED | REFUND |
|--------|---------|---------------|-----|----|-----|-------------------|-------|--------|
| 1 | Meteorology | N/A | ✓ | 36-78 | | *Faller* | $21 | pd 21 |
| 2 | English III | N/A | ✓ | 1700 McDonald yellow | | C.W. | $21 | pd 21 |
| 3 | Amer. History | N/A | ✓ | | | *Walker* | | pd 21 |
| 4 | G. Alg. I Pt. 1 | N/A | ✓ | 228-87 | | *W.E.* | $6 | pd 2/9 |
| 5 | P.E. II | N/A | ✓ | | | *Terry* | | |
| 6 | Careers | I | | ✓ | | *R.B.* | $7.50 | pd 2/9 |

$100.50

LIBRARY ___P. Baker___  1/29/93

ADMINISTRATIVE OFFICE ___Deborah Stearns___

COUNSELOR ___R. S___

ATTENDANCE OFFICE (Mrs. Weil) ___Nancy Weil___

FEES OR OBLIGATIONS  (Mrs. Keller) ___X___

DATA PROCESSING (Mrs. McCann) ___Sandra McCann___

ATHLETIC OFFICE (Mrs. Stragand) ___Stragand___

___Geo. E. Moore___

Parent or Guardian Signature

(TO RELEASE RECORDS)

31
21
18
26.50
14.50
100.50

008949

```
                    Print Key Output                              Page    1
  ?38SS1 VZR1M1 920306               MHS400           02/17/93  10:47:13

Display Device  . . . . . :  DSPOS
User  . . . . . . . . . :  SANDY

2/17/93  FY 93  MT. HEALTHY CITY SCHOOL DISTRICT      10:47:10 DSPOS
GS              Student Grades                          Ref: GRD.411 .11
   Student No.:    750291 LEE E. MOORE                MALE     Age: 18
 WITHDRAWALS         Class: 10  Year: 93              Phone: 522-9203

ourse Title          QT1 QT2 EX1 SM1 QT3 QT4 EX2 SM2 FIN    C   C24 C   C
321   English          D   F   F   F                        15      15  15
  1
330   Amer. History    D   F   D   D                        15      15  15
  2
120   Gen.Alg.I, Pt.1  B   F   D   D                        13  16  13  13
  5
120   Law & Justice    A   F   F   C
  3
260
  2
110
  7
240   Geology          D   F   F   F
  1
210

                                                     Cancel? N
```

MT. HEALTHY HIGH SCHOOL
2046 Adams Road
Cincinnati, Ohio 45231
Guidance Office
729-0130, Ext. 28
OFFICIAL TRANSCRIPT

DATE _7/27/94_

_E Stragand_
~~Counselor~~

_Registrar_

_WD, 129/93_

008950

# CBE WRITING SAMPLE RESULTS

**Name:** LEE MOORE    **DOB:** 11-19-74

| | | | | |
|---|---|---|---|---|
| Date | 86-87 | | | |
| Grade | 6 | | | |
| Score | 2 | | | |

Key: 4--Superior; 3--Highly Competent
2--Competent; 1--Not Competent

---

**MOORE, LEE EDWARD**

**SO-76    750291    MT. HEALTHY SOUTH JR**    **SEX** M    **HOME ROOM** 0216    **GRADE** 07    **YEAR** 88-89

| SUBJECT NAME | SUBJECT CODE | TEACHER | 1st | 2nd | FIN | CREDIT |
|---|---|---|---|---|---|---|
| PHYSICAL ED | 078004 | VAN VLIET S | D | D | D | |
| LANGUAGE ARTS | 112003 | BOTTS P | C | C | C | |
| MATHEMATICS 7 | 273301 | SAMS S | B | B | B | |
| SCIENCE 7 | 370301 | CAPELA S | C | C | C | |
| HEALTH | 374004 | DUNHAM M | D | D | D | |
| GEOGRAPHY | 472505 | STEWART D | B | B | B | |
| READING 7 | 572002 | BREINING G | C | C | C | |
| ART 7 | 870006 | WARREN T | C | C | C | |
| CHORUS 7 | 971001 | BREINING D | D | D | D | |

PRESENT 12.0    ABSENT 8.0    TARDY

---

**MOORE, LEE EDWARD**

**SO-76    750291    MT. HEALTHY SOUTH JR**    **HOME ROOM** 0202    **GRADE** C    **YEAR** 88-89

| SUBJECT NAME | SUBJECT CODE | TEACHER | 1st | 2nd | FIN | CREDIT |
|---|---|---|---|---|---|---|
| THOMPSON | 078005 | PHYSICAL ED | | C | B | |
| ROBERTSON | 182003 | ENGLISH 8 | D | F | D | |
| SCHREINER | 285001 | MATHEMATICS 8 | D | F | D | |
| CORDREY | 380002 | SCIENCE 8 | C | C | C | |
| MURPHY | 480007 | US HISTORY | C | D | D | |
| SCHREINER | 484001 | OHIO STUDIES | | | | |
| KINNAN | 581005 | READING 8 | B | B | B | |
| SNYDER | 681005 | HOME ECONOMICS | D | F | D | |
| ALLEGREE | 682002 | INDUSTRIAL ARTS | D | | | |

PRESENT 170.5    ABSENT 8.5    TARDY

---

**MOORE**    **STUDENT LAST NAME**    **LEE**    **FIRST NAME**    **INIT** E    **SEX** M    **GRADE** 06    **ROOM**    **SCHOOL CO**    SO-

**75029**    **TEACHER NAME**    **SCHOOL YR.** 86-87    **PRESENT** 168.0    **ABSENT** 12.0    **TARDY** 6    **ASSIGNED TO** 07

**SPARKS**

| SUBJECT NAME | CODE | GRADE | CODE |
|---|---|---|---|
| READING | 0404 | B | |
| SOCIAL STUDIES | 06106 | B | |
| PHYSICAL ED | 06206 | B | |
| MUSIC | 06306 | B | |
| ART | 06406 | B | |
| MATHEMATICS | 06606 | C | |
| LANGUAGE | 06606 | C | |
| SPELLING | 06706 | B | |
| SCIENCE | 06806 | C | |
| HEALTH | 06906 | C | |

---

**MOORE, LEE**

| TEACHER | SUBJECT CODE | SUBJECT NAME | 1st | 2nd | FIN |
|---|---|---|---|---|---|
| MATH | | SS 89 | | | |
| ENGLISH | | SS 89 | | | |

**SEX**    **HOME ROOM**    **GRADE**    **PRESENT**    **ABSENT**

008951

---

# CBE WRITING SAMPLE RESULT

**NAME:** Moore, Lee    **DOB:**

| | | |
|---|---|---|
| Date | 11/9/89 | |
| Grade | 9 | |
| Score | 2 | |

Key: 6--Superior Writing; 5--Clearly Above Av
4--Slightly Above Average; 3--Average;
2--Below Average; 1--    Topic

LAW OFFICES

CHUCK R. STIDHAM
CHRISTOPHER J. BERNARD

## SAND, STIDHAM AND BERNARD
317 W. BENSON STREET
READING, OHIO 45215
(513) 761-4929
FAX (513) 761-3573

*ROBERT G. SAND
(1932-1990)
*HARRY A. SAND
(1922-1987)

July 22, 1994

Mt. Healthy High School
2046 Adams Road
Mt. Healthy, Ohio 45231

RE:  Lee Edward Moore
     D.O.B. - 10-19-74

Gentlemen:

This office is handling the Mitigation Phase of the case pending in the Hamilton County Court of Common Pleas wherein Lee Edward Moore is facing a possible death sentence.

In an effort to present factors in mitigation to prevent the execution of Mr. Moore, I am attempting to compile as much of a personal history and background as possible. To this end, I have enclosed herein an Authorization and Release Form which permits you to release information concerning Mr. Moore's education to me. I would appreciate if you would have this information to me as quickly as possible.

I specifically need the dates attended at school and copies of his attendance and scholastic records.

I would appreciate if you would provide this information to me as quickly as possible as his Trial is scheduled to commence in the Hamilton County Court of Common Pleas in late August, 1994.

Very truly yours,

Chuck R. Stidham
Attorney at Law

CRS/tas

Encl.

008952

**The Prudential**
The Prudential Insurance Company of America
P.O. Box 2850, Cincinnati, OH 45201-2850
513-621-2884

*Confidential*

From: _Terry R Schwartz Psy.D._

Date: _02/24/92_
Patient's Name: _Lee Moore_
ID#: ▩▩▩

## MENTAL HEALTH EVALUATION REPORT

Following the initial 2 evaluation visits, please submit the following information:

1. Multiaxial Diagnosis: _312.80 Conduct Disorder, low grades, lazy with brass knuckles, lies, stays out late, sexually active, stubborn, skipping school_

2. Target symptoms/signs/problems: _antisocial behaviors, wont follow any rules at home or at school ✗ No background or history available or given._

3. Specific goals for each target problem: _Try to set limits and create some responsiveness to rules_

4. Method of treating each problem: _Behavioral, Cognitive behavioral, unsuccessful._

5. Time frame for achieving each goal: _3 months, Termination due to failure to reach him. Lee would not open up and discuss anything "Pulling Teeth"_

6. Who is Provider treating each problem: _[signature]_

7. Frequency of visits with each Provider: _Total sessions 02/24, 03/02, 03/11, 03/15, 03/25/92_

8. Criteria for discharge from treatment: _Client (Lee) was unresponsive, he would not say much, utter a word, answered questions with "Yeah" or no, would not elaborate. Terminated due to failure to reach him in any constructive ways._

008953

Mail To: ~~PruCare of Cincinnati~~
~~P.O. Box 2850~~
~~Cincinnati, Ohio 45201~~

— OVER —

Dear Mr Chuck Sridhars

I'm sorry I do not have anything more to offer. I have no other notes or records other than one sentence documentations on Lee's unwillingness to talk or open up. I cannot make any more statements on background or history because I have none.

Respectfully,

008954



FOREST FAIR MALL

## FAX TRANSMISSION SHEET

TO: _____ *Chuck Sticham* _____

ADDRESS: _____ *Sano, Sticham & Bernard* _____

FAX NUMBER: _____ *761-3573* _____

DATE: _____ *07/28/94* _____

TIME: _____ *14:03* _____

FROM: _____ *Nancy Arnold* _____

NUMBER OF PAGES BEING TRANSMITTED (including cover sheet): _*3*_

IF TRANSMISSION IS FAULTY, PLEASE CALL: _*671-2929*_

*****************************************************************

PLEASE USE THIS SPACE FOR SHORT MESSAGES.

*In Reference to the Attached Request, our records do not indicate anyone by this name having worked for the Management company of Forest Fair Mall.*

- 1047 Forest Fair Drive
- Cincinnati, Ohio 45240
- 513-671-2929-Management
- 513-671-3991-Marketing
- 513-671-7502-FAX

008955

I, LEE EDWARD MOORE, 1001 Ponderock Drive, Cincinnati, Ohio 45229, hereby authorize you to release information concerning my employment records to Chuck W. Stidham, Esq., Mitigation Specialists of Southwest Ohio, 317 W. Benson Street, Cincinnati, Ohio 45215.

X _Lee E. Moore_ Jr.
Lee Edward Moore

STATE OF OHIO        )
                     ) SS:
COUNTY OF HAMILTON )

Sworn to before me and subscribed in my presence by Lee Edward Moore on this ____ day of _____, 1994.

Notary Public

CHUCK R. STIDHAM, Attorney at Law
NOTARY PUBLIC - STATE OF OHIO
My Commission has no expiration
date. Section 147.03 O.R.C.

008956

LAW OFFICES

CHUCK R. STIDHAM
CHRISTOPHER J. BERNARD

# SAND, STIDHAM AND BERNARD
31 W. BENSON STREET
READING, OHIO 45215
(513) 761-4929
FAX (513) 761-1573

*ROBERT G. SAND
(1932-1950)
*HARRY A. SAND
(1922-1987)

July 22, 1994

Forest Fair Mall
1047 Forest Fair Drive
Fairfield, Ohio 45240

RE:  Lee Edward Moore
     D.O.B. - 10-19-74

Gentlemen:

This office is handling the Mitigation Phase of the case
pending in the Hamilton County Court of Common Pleas wherein Lee
Edward Moore is facing a possible death sentence.

In an effort to present factors in mitigation to prevent the
execution of Mr. Moore, I am attempting to compile as much of a
personal history and background as possible.  To this end, I have
enclosed herein an Authorization and Release Form which permits you
to release information concerning Mr. Moore's education to me.  I
would appreciate if you would have this information to me as
quickly as possible.

I specifically need information as to his position held, rate
of pay, attendance records and work performance.

I would appreciate if you would provide this information to me
as quickly as possible as his Trial is scheduled to commence in the
Hamilton County Court of Common Pleas in late August, 1994.

Very truly yours,

Chuck R. Stidham
Attorney at Law

CRS/tas

Encl.

008957

### DANIEL J. JAMES
**ATTORNEY AND COUNSELOR AT LAW**
13TH FLOOR, AMERICAN BUILDING
30 EAST CENTRAL PARKWAY
CINCINNATI, OHIO 45202

_____

(513) 721-1995

SUBURBAN OFFICE
4226 BRIDGETOWN ROAD
CINCINNATI, OHIO 45211
(513) 574-5400

September 23, 1994

Mr. Chuck Stidham
Attorney at Law
317 West Benson Street
Reading, Ohio   45215

    Re: State of Ohio vs. Lee Moore
    Case No.: B9400481

Dear Chuck:

    Even though Mr. Moore's case has been reset and is scheduled to start on November 7, 1994, we need to review the mitigation information that you have obtained. Accordingly, I ask you to deliver all of this material to my office sometime next week.

    I have also been contacted by Dr. Chiappone's office and he is anxious to review this material as well. Again, please provide me with what you have gathered. I look forward to hearing from you next week.

                  Sincerely yours,

                  Daniel J. James

DJJ/kw

008958

Dear MaMa:

I Really dont Know what To say — So im Just going To get To the point. I Know I have been a big disappointment To you & Daddy but I WANT you To Know That The way I Turned out is NOT your Falt at all, you were The best Mother a Son Could have I JUST Couldnt Realize you were Trying To MaKe A good PERSON out of Me. I Really Think My Downfall was AccepTance From other Kids & Also DrinKing & Drugs, im NOT blaming Anyone for My MisTakes because I Should have been a STonger person, because I Knew That DrinKing & SmoKing was Wrong but All I was Concerned with was being Accepted by Kids AT My School.

MaMa, Kids ActUally Made My young life Miserable. I goT beaT up, I goT Chased home from School All The Time & This Made Me have a very low Self Esteem, iN Jr. high School I was ActUally Scared To Ride My School bus home because People would TaKe My haTs And picK FighTs with Me. I Didnt have ANy Friends at all  when

008959

I was in Jr. high School Except for
younger Kids like Micheal Across The
Street and Kareem Around The Corner,
   That is why I Stayed in Trouble
in School, being The Class Clown To
Make People laugh So I Could be
Accepted like other Kids, but Really
All I was Doing was Playing Myself!
   by The Time I got in high School
Things were getting A little better, I
Could Fight Now because of getting
My Ass Kicked So Much when I was
younger Excuse My French ☺
   Any way I Started Maturing in
The Body but NOT in The Mind &
People were Accepting ME Especially
girls & I JuST lost My Mind Cause
   I Never Experienced Popularity before,
   Time goes on & Me & My Clique
Are like The Loudest And This Makes
Me feel Very good Cause we got
The girls The Money & The "Clout"
  but One day I'm hangin with "The boys"
And Some guys Come over with Some
beer & Say lets get drunk And
Everybody Says Kool I Really didnt want
To but I was weak & I didnt want
To lose My Acceptance with The Clique
So I Drunk with Them. This went on

008960

for a while And Eventually it was a
Normal Thing To drink A 40oz with
The boys it became a habit & I
Started Really Messing up in School
but I didnt Care Cause I had
"Clout" & girls And I wasnt
Thinking About The future, I didnt
have a Care in The world.

Then I Started getting in Trouble
with The law, I would hide My Drinking
from you but occasionally I would
Come home very drunk & Sick you
Know what im Talking About &
Eventually you JUST got Fed up
because I was NOT doing Nothing
in School I was getting in Trouble
with The law & I would Come
home Drunk. So you Through
Me out and I Can understand That.

but Mama, That's The Worst Thing
you Could have done, I Started
living with daddy And It was like I
was on My own, he gave Me freedom
To do what I wanted To do, I had
Never had That AND I WASNT EVEN
Ready for it, but I liked it I Felt
like I was a grown MAN but in
Reality I was a young boy with
all This Freedom I didNT Need AND

008961

Could not control it, I spent all of my time drinking & smokin weed with the boys & no time for God & school. When I enrolled into Woodward it was like withdrawing from school completely, it was so easy to skip school & not even to go I just didnt attend, I had all this Freedom I just wanted to have fun I wasnt thinking about school.

I started getting in Trouble with the Truant officer & they were threatening to kick me out I did better for a minute then started slipping again & eventually dropped out, I spent all my time drinking, screwing, smokin weed & hangin with the boyz "N" the hood I hardly ever spent any time at dads house cause I was always in the streets. I did try to enroll into the Job Corps Trade School but they wouldnt except me because of that drug charge I picked up when I was younger, then I started feeling useless & depressed.

I knew how you must have be 008962 feeling & I felt so ashamed of myself I didnt want to be around you.

I felt like There was Nothing I Could
Do I had No Skills + I Couldnt
Even learn one, I felt Trapped
and I didnt want To work at Mcdonalds
because I was 19yrs old and I guess
I had To Much pride, but look were it
goT Me. ITs A shame That all of
This had To happen for Me To Come
To My senses + Realize I had a
problem, I wish I Could have been
a better son and I Am so sorry for
disappointing Everybody but Now I
Know That when all of This is over
I will be A better person because
I have Turned My life over To
God + I have faith in him.
       I understand EveryThing That you
Ever Tried To Teach ME AND Now
I understand That you were Trying
To Make Me. have a good life, I Just
wish I Could have seen iT when
I was younger. I Am so sorry
Any of This happened, if I Could
start from The beginning I would
live My life A ToTally Different way.
       And as Far as ShaTunda is
Concerned I DonT Need her or 008963
her MaMa's support because I have
My MaMa AND My Family's support