## LAB REPORT

**001298**

| GRAM STAIN: | Few | Mod. | |
|---|---|---|---|
| Gram Positive Cocci in Clusters | | | |
| Gram Positive Cocci in Pairs and/or Chains | | | |
| Gram Positive Bacilli | | | |
| Gram Negative Diplococci | | | |
| Gram Negative Bacilli | | | |
| WBC's | | | |

NO ORGANISMS SEEN ☐   ANALYST:

CULTURE:

NO BETA-HEMOLYTIC STREPTOCOCCUS DETECTED

ANALYST: DV

Collected By: Jo DeSalvo     Time Collected: 1920

☐ Urine Culture { ○ Clean Catch  ○ Sensitivity
                  ○ Cath         ○ Suprapubic
☒ Beta Strep Screen   ☒ Throat   ○ NP
☐ Blood Culture & Sensitivity
☐ Stool (Salmonella, Shigella, Campylobacter, Yersinia)
☐ GC Screen  ○ Vag  ○ Cx  ○ Ureth  ○ Rect  ○ Throat

SEND SEPARATE SLIP FOR EACH SQUARE CHECKED

BACTERIAL CULTURES / MICROBIOLOGY

Children's Hospital Medical Center

CHART

SBF Form 0488 1/84

SBF - Form No. 0488 12-81

009053

# EMERGENCY DEPARTMENT NURSING NOTES

Room: 118

MCR 430260*0  S  118
MOORE LEE E
521521710  M  10 19 74
522 9203   8 6 84
DR KIGLER

NAME: Moore, Lee  
CHIEF COMPLAINT: swollen neck  
AGE: 9y  TIME: 1840  TRIAGE INITIALS: [illeg]  
AMB. ____ CARRIED ____ WHEELCHAIR ____ STRETCHER ____  SENT BY: Father  SOURCE OF CARE: Dr. Kigler  
ASSESSMENT: Boy c sore throat & R neck swelling under ear  
CHRONIC PROBLEMS: none  ALLERGIES: none  WEIGHT: 70  EXPOSURES: none  CURRENT MEDS: none  
ACCIDENT: ____  TIME: ____  PLACE: ____

| TIME | T | P | R | B/P | MENTAL STATUS | COLOR | INTRAVENOUS FLUIDS MEDICATIONS | TOTAL READING IN BOTTLES | ABSORBED | NURSING NOTES | SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1840 | 100 | 100 | 32 | | alert | pink | | | | c/o sore thrt & sw (R) ant/lat glands | M. Bafender |

COMPLETED PROCEDURES:

| TIME | 1910 | |
|---|---|---|
| CBC | | BLOOD CULTURE |
| ELECTROLYTES | ✓ | THROAT CULTURE |
| BUN | | STOOL CULTURE |
| CREATININE | | U/A |
| GLUCOSE | | URINE CULTURE |
| OTHER | | X-RAY OF: |
| | | OTHER: |

DISCHARGE INSTRUCTIONS: as per Dr Neal

SIGNATURE: M Bafender

ADMITTING: ____  
REPORT CALLED BY: ____  
REPORT GIVEN TO: ____  
TIME: ____  
TRANSPORT BY: ____  
RECEIVED BY: ____

009054

| | | | | |
|---|---|---|---|---|
| COMMENTS: | 118 SWOLLEN NECK 6:40P | | | |
| Patient Acct. No. | Registration Date | Time of Regis. | | Chg. Ind. |
| 52152170 | 08/06/1984 | 06:43PM | | |
| Patient Type | Hospital Service | | | Fin Cl |
| E | MED | | | S |
| Patient Name | | | | Birth Date |
| MOORE    LEE E | | | | 10/19/1974 |
| Sex/MS | Ethnic | AKA | | |
| M/S | B | | | |
| Patient Address | | City | | |
| 1280 MEREDITH DR | | CINTI | | |
| State | Zip Code | Home Phone | | |
| OH | 45231 | 513-522-9203 | | |
| Mar. Stat. of Parent | Guardian Name | | | Relation |
| D DIVORCED | | | | |
| Father's Name | | Mother's Name | | |
| | | MOORE GEORGIA L | | |
| Medicare No | F/T Date | | | Med. Rec. Number |
| | | 34061 | | 4302600 |
| Guarantor Name | | | Rel. Cd | Social Sec. No. |
| MOORE, GEORGIA | | | F | |
| Home Phone | Guarantor Address | | | |
| 513-522-9203 | 1280 MEREDITH DR | | | |
| City | | State | Zip Code | Business Phone |
| CINTI | | OH | 45231 | |
| Employer | | | Occupation | |
| GM | | | FACTORY | |
| Employer Address | | City | | State  Zip Code |
| SMITH RD | | CINTI | | OH |

Blue Cross No | BC Plan Cd | Effective Date | Type
Subscriber | | Relationship |
Company Name | | Address |
City, State & Zip Code |

Policy No. | Commercial Ins. Name |
Group | Effective Date | Subscriber | Relation
Company Name | | Address |
City, State, Zip Code |

Medicaid No | ADC No | Case Name
Category | State | County | Void Date
BCCS No | Attn Ph'n | State
County | Effective Date | Expiration Date
Blue Shield Plan | Effective Date | Other BS Cover | Policy No
Interviewer | Ins. Int. Code | Ins. Code | Ins. Pol
JLG |

SBF Form No. JM 183

ASSIGNMENT OF BENEFITS: I authorize the release of all medical information related to the care and treatment of the above named patient requested by such agencies concerned with payment of charges of the authorized hospital service.
I hereby authorize payment to the hospital and physician rendering services described herein. I understand that I am responsible to the hospital and physician for charges not covered by this authorization.

Signature: *Consent form* | Relationship:

009055

0035 0793

# EMERGENCY DEPARTMENT REGISTRATION FORM
**Children's Hospital Medical Center**

| Field | Value |
|---|---|
| Complaint or Cause of Accident | SWOLLEN NECK |
| Patient Name | MOORE, LEE E |
| Arrival Time | 0640P |
| Primary Source of Care | DR KEGLER |
| Who Sent You | SELF |
| Triage Person | LN |
| Triage To | MER |
| Temp | 100.4 |
| Pulse | 100 |
| Resp | 32 |
| Weight | 28.4 |

MRN 43025040
MOORE LEE E
5215217/0  M 10 19 74
122 9203  8 6 84
DR KEGLER

**HISTORY/PHYSICAL**

9 y o BM c 1d hx of swollen ® neck & sore throat. No URI symptoms. Swelling ® side of neck - tender, grad. ↑ in size throughout the day. Sl. hoarse speech. Low grade fever. No V/D. No cough.

Neg PMHx → Dr Shaw recurrent "raspy" voice not necessarily ass c URI etc.

PE: alert BM in NAD   Skin clean
HEENT - sl red post pharynx ī petechiae or exudate
Tms clear. Eyes clear. Nose clean.
Neck - ® side 3x2 cm firm sl. tender post cerv. adenopathy
Non fluctuant ī redness.
Chest clear. CV RRR s ex ab/ benign, No HSM
No other adenopathy noted.

**LAB RESULTS AND TREATMENT**

☐ Lytes ☐ UA
☐ BUN ☐ UC
☐ BS ☐ BC
☐ Kidn. Grp ☒ TC/MD
☐ CBC ☐ SC
☐ ESR ☐ LP
☐ X-ray ☐ Other

Parents instructed to have his hoarseness ved once off meds.

**DISCHARGE INSTRUCTIONS / MEDICATIONS**
Cefaclor 250 mg tid x 10d

FOLLOWUP CARE DOCTOR: Dr Kegler if not better 2d

**DIAGNOSIS:** Lymphadenitis

PHYSICIAN SIGNATURE: Ray Heard

CONDITION UPON DISCHARGE: ☒ EXCELLENT

DISPOSITION: ☒ HOME

009056

COMMENTS: ENT SPEECH CL

| Patient Acct. No. | Registration Date | Time of Regist. | | Chg. Ind. |
|---|---|---|---|---|
| 51021459 | 12/10/1982 | 02:50PM | | |

| Patient Type | Hospital Service | | Fin Cl | |
|---|---|---|---|---|
| E | ENT | | X | |

| Patient Name | | Birth Date |
|---|---|---|
| MOORE   LEE E | | 10/19/1974 |

| Sex/MS | Ethnic | AKA |
|---|---|---|
| M/S | B | |

| Patient Address | City |
|---|---|
| 1280 MEREDITH DR | CINTI |

| State | Zip Code | Home Phone |
|---|---|---|
| OH | 45231 | 513-522-1092 |

| Mar. Stat. of Parent | Guardian Name | Relation |
|---|---|---|
| D DIVORCED | | |

| Father's Name | Mother's Name |
|---|---|
| | MOORE GEORGIA L |

| Medicare No. | Eff. Date | Med. Rec. Number |
|---|---|---|
| | 34061 | 4302600 |

| Guarantor Name | | Rel. Cd | Social Sec. No. |
|---|---|---|---|
| FINNEYTOWN SCHOOL DIST | | 0 | |

| Home Phone | Guarantor Address |
|---|---|
| | 8779 WINTON RD |

| City | State | Zip Code | Business Phone |
|---|---|---|---|
| CINCINNATI | OH | 45231 | |

| Employer | Occupation |
|---|---|
| | |

| Employer Address | City | State | Zip Code |
|---|---|---|---|
| | | | |

| Blue Cross No. | BC Plan Cd. | Effective Date | Type |
|---|---|---|---|
| | | | |

| Subscriber | Relationship |
|---|---|
| | |

| Company Name | Address |
|---|---|
| | |

City, State & Zip Code

| Policy No. | Commercial Ins. Name |
|---|---|
| | |

| Group | Effective Date | Subscriber | Relation |
|---|---|---|---|
| | | | |

| Company Name | Address |
|---|---|
| | |

City, State, Zip Code

| Medicaid No. | ADC No. | Case Name |
|---|---|---|
| | | |

| Category | State | County | Void Date |
|---|---|---|---|
| | | | |

| BCCS No. | ADC No. | State |
|---|---|---|
| | | |

| County | Effective Date | Expiration Date |
|---|---|---|
| | | |

| Blue Shield Plan | Eff. Date | Other MD Cover | Policy No. |
|---|---|---|---|
| | | | |

| Interviewer | Priv. Ins. Code | Ins. Code | Ins. No. |
|---|---|---|---|
| SD | X51 | X51 | |

Form No. 0534-8-82

ASSIGNMENT OF BENEFITS. I authorize the release of all medical information related to the care and treatment of the above named patient requested by such agencies concerned with payment of charges of the authorized hospital service.
I hereby authorize payment to the hospital and physician rendering services described herein. I understand that I am responsible to the hospital for charges not covered by this authorization.

| Signature | Relationship |
|---|---|
| | |

009057

# CHILDREN'S HOSPITAL MEDICAL CENTER
Elland & Bethesda — Cincinnati, Ohio 45229

## EMERGENCY DEPARTMENT REGISTRATION FORM

12 10 82    ENT

430260-0
MOORE LEE E
51021459 M 10/19/74
HISTORY PHYSICAL 12/10/82
XX51   ENT SPEECH

| Complaint or Cause of Accident | Place/Time/Date |
|---|---|
| ENT SPEECH | |

| Patient Name | | Arrival Time |
|---|---|---|
| MOORE    LEE E | | 0200P |

| Primary Source of Care | Who Sent You | Triage Person | Triage To |
|---|---|---|---|
| | FINNEYTOWN | DC | |

| Temp. | Pulse | Resp. | B.P. | Weight |
|---|---|---|---|---|

TIME IN ROOM

TIME DISCHARGED

### LAB RESULTS AND TREATMENT

- [ ] Lytes      [ ] UA
- [ ] BUN        [ ] UC
- [ ] BS         [ ] BC
- [ ] Kidney Grp. [ ] TC
- [ ] CBC        [ ] SC
- [ ] ESR        [ ] LP
- [ ] X-ray      [X] Other  Fibroscope

### DISCHARGE INSTRUCTIONS / MEDICATIONS

- [ ] Fever          [ ] Diet
- [ ] Antibiotics    [ ] Casts
- [ ] Head Injury    [ ] X-Rays
- [ ] Lacerations    [ ] Hand Washing
- [ ] Injuries

Condition Upon Discharge: [ ] Excellent [ ] Good [ ] Fair
Follow Up Care Doctor:
Diagnosis: VC Nodules    Code: 4785
Physician Signature:

I HAVE BEEN INFORMED AND UNDERSTAND THESE INSTRUCTIONS.    Parent Signature

| DISPOSITION | ADMITTING PHYSICIAN |
|---|---|
| [ ] Home | |
| [ ] Admit | SPECIALTY |
| [ ] Transfer | FLOOR |

CONSENT: I authorize the performance of any medical or surgical procedures deemed necessary for the diagnosis and/or treatment of the above named patient.

Signature _____  Relationship _____

FOLLOW-UP
- [ ] Patient contacted
- [ ] Physician contacted

Date _____    [ ] Positive ____ culture   [ ] Positive ____ X-ray
Comment:
Signature _____

009058

**CHILDREN'S HOSPITAL MEDICAL CENTER**
Cincinnati, Ohio 45229

CLINIC PROGRESS SHEET  51021459

12.10.82
ENT
430260-Q          5
MCCRL LEE L
M  10/19/74
522 1092
KCC1

| NAME | |
|---|---|
| 12.10.82 EN | |
| | — Monxnas |
| | — oxympic → |
| | △ |
| | (R)  (L) |
| | Otitis ✓ |
| | RMs ✓   Wax on (R) |
| | RG |

009059
SHC FORM NO. 0066 - 12/75

0035 0784

# AMBULATORY REGISTRATION — CHILDREN'S HOSPITAL MEDICAL CENTER

| Patient Account No. | Registration Date | Time of Registration | Pat. Type | Hosp. Serv. | Misc. File | Fin. Cl. | Pymt Sour. | # Ins. |
|---|---|---|---|---|---|---|---|---|
| 80594534 | 12/10/1982 | 01:03PM | O | ENT | | C | | |

## PATIENT INFORMATION

| Patient Name | Also Known As | Date of Birth | Sex/MS | Ethnic |
|---|---|---|---|---|
| MOORE, LEE E | | 10/19/1974 | M/S | B |

| Patient Address | City | State | Zip Code | Dr# |
|---|---|---|---|---|
| 1280 MEREDITH DR | CINTI | OH | 45231 | DR#1000638 COTTON, ROBIN MD |

| Mar. Stat. of Parents | Father's Name | Mother's Name |
|---|---|---|
| D DIVORCED | | MOORE, GEORGIA L |

| Patient Phone | Guardian Name | Relationship | Previous CHMC Service |
|---|---|---|---|
| 513-522-1092 | | | |

| Medicare No. | Effective Date | County Code | Medical Records No. |
|---|---|---|---|
| | | 34061 HAMILTON, OH | 4302600 |

## GUARANTOR INFORMATION

| Name | Relationship | Social Security No. | Home Phone |
|---|---|---|---|
| MOORE, GEORGIA L | MOTHER | | 513-522-1092 |

| Address | City | State | Zip Code |
|---|---|---|---|
| 1280 MEREDITH DR | CINTI | OH | 45231 |

| Employer | Occupation | No. of Years | Business Phone |
|---|---|---|---|
| GENERAL MOTORS NORWOOD | RECAP CLERK | 17Y | 513-841-5093 |

| Address | City | State | Zip Code |
|---|---|---|---|
| 4726 SMITH ROAD | NORWOOD | OH | 45212 |

## INSURANCE INFORMATION

| Blue Cross No. | Relationship | Subscriber | Blue Cross Plan | |
|---|---|---|---|---|
| | M MOTHER | MOORE, GEORGIA L | B11 *BLUE CROSS SWO | 332 |

| Effective Date | Type | Company Name |
|---|---|---|
| 05/01/82 | 0370R | GENERAL MOTORS NORWOOD |

| Address | City, St., Zip |
|---|---|
| 4726 SMITH ROAD | CINTI OH |

| Policy No. | Commercial Insurance Co. Name | Subscriber | Relationship |
|---|---|---|---|
| | METROPOLITAN | MOORE, GEORGIA L | M MOTHER |

| Group | Effective Date | Company Name |
|---|---|---|
| | | GENERAL MOTORS NORWOOD |

| Physician Coverage | Address To Mail Insurance Forms To: | City, St., Zip |
|---|---|---|
| | 4726 SMITH ROAD | CINTI OH |

| Medicaid No. | ADC No. | Category | Case Name | State | County | Void Date |
|---|---|---|---|---|---|---|

| BCCS No. | ADC No. | State | County | Effective Date | Expiration Date |
|---|---|---|---|---|---|

| Blue Shield Plan | Effective Date | Other Physician Coverage | Policy No. |
|---|---|---|---|

| Interviewer | Physician Ins. Code | Insurance Code | Insurance No. |
|---|---|---|---|
| D IW | C02 | B11 | |

| Complaint or Cause of Accident | Place | Date/Time |
|---|---|---|

Remarks: NEW TO ENT

| Diagnosis | Diagnosis Code | Surgical Code | CPT Code | Surgical Cutting |
|---|---|---|---|---|
| | | | | Yes ☐ No ☐ |

Treatment & Lab Results:

| Follow Up Care Order | Date | |
|---|---|---|
| | | M.D. |

"I hereby register my child for the _____ Clinic program at Children's Hospital Medical Center and authorize the performance of any medical treatment, diagnostic or routine procedures (which may require the use of sedatives or local anesthesia), and which may be reasonably expected to be a part of the normal clinic program."

I understand that during the diagnostic or treatment activities of the Clinic, it may be in the best interests of my child to refer him/her to other Clinics within Children's Hospital Medical Center, to continue diagnosis, treatment or care of my child. I authorize such transfer to and treatment therein.

SIGNED _Georgia L Mine_   RELATIONSHIP TO PATIENT _Mother_   009060

**CHILDREN'S HOSPITAL MEDICAL CENTER**
Cincinnati, Ohio 45229

APPOINTMENT and ATTENDANCE RECORD

51021459    63C26C-C    S
            MCCRL LEE E    10/19/76
            522 1092
            CC01

NAME _____ DATE OF BIRTH _____

REFERRED BY _____

APPOINTMENT DATE

12·10·82 ENT

009061
0035 0787

# WOODWARD HIGH SCHOOL
7001 READING ROAD
CINCINNATI, OHIO 45237

Office Phone 1-513-755-1200  Fax 1-513-755-127[?]

## FAX TRANSMISSION COVER PAGE

DELIVER TO: Jessica H Love

FAX#: 614-644-0702  PHONE#: _____

FROM: Dee Harrigin, Registrar

DATE: 12/2/99  TIME: ____

TOTAL NUMBER OF PAGES INCLUDING COVER PAGE: 7

(PLEASE CALL AT ONCE IF YOU ARE MISSING ANY PAGES)

COMMENTS: Lee E. Moore

This is all the information I have on student.

Dee

The information contained in this facsimile message is Woodward High School's privileged and confidential information intended only for the use of the individual or entity named above. If the reader [of] this message is not the intended recipient, you are hereby notified that any dissemination, distribution o[r] copy of this communication is strictly prohibited. If you have received this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.

009062

# CINCINNATI PUBLIC SCHOOLS

WOODWARD
7001 READING RD
CINCINNATI, OH 45237

PRINCIPAL: MICHAEL G HICKS

STUDENT: MOORE, LEE EDWARD JR
STUDENT ID: 62203120
GRADE: 10
HOMEROOM: 212
MARKING PERIOD: 4
SCHOOL YEAR: 1992-93
DATE: 06/25/93

## GRADES - CREDITS

### FIRST SEMESTER / SECOND SEMESTER

| TEACHER | COURSE/SEC NUMBER | COURSE NAME | 1ST MK PERIOD | 2ND MK PERIOD | SEM EXAM | SEM GRADE | 3RD MK PERIOD | 4TH MK PERIOD | SEM EXAM | SEM GRADE | FINAL STATUS | HONOR ROLL | TOTAL CREDITS | TOTAL ABSENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BUSH | 051130 08 | ENGLISH 11 | -N/A- | -N/A- | I | I | X | X | F | F | 0.00 | 00 | 00 | 00 |
| FAIRA | 083310 54 | PHYS ED 9-12 | -N/S- | -N/S- | I | I | X | X | F | F | 0.00 | 00 | 00 | 00 |
| LINGE | 113930 02 | ALGEBRA 1 | -R/A- | -R/A- | I | I | X | X | F | F | 0.00 | 00 | 00 | 00 |
| GROHS | 132030 03 | CHEMISTRY | -N/A- | -N/A- | I | I | X | X | F | F | 0.00 | 00 | 00 | 00 |
| JONES | 155030 01 | US HISTORY | -N/A- | -N/A- | I | F | X | X | F | F | 0.00 | 00 | 00 | 00 |

## SUMMER SCHOOL GRADES

| TEACHER | | | | | | | | | | | | | HONOR ROLL | TOTAL CREDITS | TOTAL ABSENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MOORE, LEE EDWARD JR | | | | | | | | | | | | | 17 | 0.00 | |
| 62203120 SUMMER 1993 | | | | | | | | | | | | | NONE | 0008 00 | 0.00 |
| WOODWARD GRD CR AB | | | | | | | | | | | | | NONE | | 0.00 |
| ENGLISH 11 W 0.00 00 | | | | | | | | | | | | | | | 2.00 |

Modern and one-half Carnegie units are required for graduation, effective with the graduation class of 1981. Specific course requirements for all general and vocational education pupils except those enrolled in 4½ or 5 hour day vocational programs and special education programs are as follows:

English 9, 10, 11, 12 - 4 Carnegie units
Mathematics - 2 Carnegie units
Science - 2 Carnegie units
  (life Science - 1 year,
  Physical Science - 1 year)
Social Studies - 2 Carnegie units
  (1 year must be American History and Government)
Fine Arts - ½ Carnegie unit
Health - ½ Carnegie unit
Physical Education - ½ Carnegie unit

LEVELS OF INSTRUCTION

THE FIFTH DIGIT OF THE COURSE NUMBER IDENTIFIES THE LEVEL OF DIFFICULTY OF INSTRUCTION ACCORDING TO THE TABLE BELOW
EXAMPLE: 051930 - ENGLISH 9A
(THE 3 IDENTIFIES ACADEMIC LEVEL OF INSTRUCTION)

1 — UNCLASSIFIED (ART, MUSIC, PHYSICAL EDUCATION, ETC.)
2 — COMPREHENSIVE (AVERAGE)
3 — ACADEMIC (ABOVE AVERAGE)
4 — AA GRADES 10 AND 11, ADVANCED ACADEMIC PREPARATORY FOR ADVANCED PLACEMENT
5 — ADVANCED PLACEMENT
6 — VOCATIONAL EDUCATION
7 — HANDICAPPED

009063

# PERMANENT SECONDARY STUDENT RECORD #7891

TRANSCRIPTS RELEASED

| DATE |
|------|

009064

| LAST NAME | FIRST | MIDDLE |
|---|---|---|
| Moore, Jr. | Lee | |

STUDENT NUMBER | SEX | BIRTHPLACE | DATE
| | M | | 10/14/YR |

| FATHER | MOTHER |
|---|---|
| Lee Moore | Georgia Moore |

| HOME ADDRESS | ZIP | TELEPHONE | GUARDIAN | DATE |
|---|---|---|---|---|
| 1101 Clearbrook Dr | 45239 | 242-1482 | | 1-29-93 |

## SECONDARY SCHOOLS ATTENDED

| SCHOOL | LOCATION | ENTERED | WITHDREW |
|---|---|---|---|
| Mt. Healthy High | Cinti | — | 1/29/93 |
| WOODWARD HIGH SCHOOL | | 1-29-93 | 1-4-93 P Vit. overage? |

## TEST DATA

Name: MOORE, LEE EDWARD JR   FALL-83
  Id: 82203120           Test Level: 09
School: WOODWARD           IRN: 042188
  Cincinnati Public Schools - State Proficiency
  Writing       Reading       Mathematics   Citizenship
  NOT TESTED   NOT TESTED   NOT TESTED    NOT TESTED

PHOTO

| LAST NAME | FIRST NAME | MIDDLE NAME | STUDENT NUMBER | DATE OF BIRTH |
|---|---|---|---|---|

Revised MARCH, 1986           FORM 7891

009065

MT. HEALTHY HIGH SCHOOL
2046 Adams Road
Cincinnati, Ohio 45231
Guidance Office
(513) 729-0181
OFFICIAL TRANSCRIPT

DATE 2-15-93

A = 90-100 (Excellent)
B = 80- 89 (Above Avg.)
C = 70- 79 (Average)
D = 60- 69 (Below Avg.)
F = 0- 59 (Failing)

Was or will be graduated

ADDRESS _____ Cincinnati, Ohio 452___
PARENT OR GUARDIAN: _____
RANK: (Based on Major subjects only) _____ COLLEGE RECOMMENDATION: Grades A through C
6 Semesters _____ In a class of _____ Cum. Ave. _____
8 Semesters: _____ in a class of _____ Cum. Ave. _____

MOORE, LEE E.
STU # 000750291   ID 000750291
1280 MEREDITH DR
BORN 10/19/74    MALE

```
000750291 1989-90  MOORE, LEE E.
          CUM-    1.04761
     PREVIOUS CREDITS-      .000
PHYS ED  I        C   D         .250
HEALTH I          D   D         .500
ENGLISH I         C   D   1.000
GENERAL MATH      D   E   1.000
C/P FRENCH I      C   F
ART I             F   D         1.000
ANIM KINGDOM          F
          TOTAL CREDITS-     3.750
```

Eng II  Mth, S.S. 91  P  C       1.000
Foods I - ½
Typ I - ½

Credits Carried Past 8-92
91-90 - 3¼
90-91 - 2 ⅔+1+S.S.I
91-92 - 1 semester

Eng I, II - III (F, v...Cl)
Math.
Mail sent to Momsorphan
s/w all teachers



# MT. HEALTHY HIGH SCHOOL

2046 Adams Road, Cincinnati, Ohio 45231

Guidance Office
(513) 729-0130

## WITHDRAWAL PERMIT

PUPIL  Lee Moore (750291)   GRADE  10   DATE  1/29/93

REASON  moving out of district

AUTHORIZATION  _____

| PERIOD | SUBJECT | GRADE TO DATE | BOOKS RETURNED YES | NO (BOOK NO.) | N/A | TEACHER SIGNATURE | AMOUNT OF FEE OWED | REFUND |
|---|---|---|---|---|---|---|---|---|
| 1 | Meteorology | N/A | | ✓ 86-78 | | Fall | -0- | -0- |
| 2 | English III | | | | | | | |
| 3 | Amer. History | N/A | | ✓ No actu | | Walker | | |
| 4 | G. Alg. I pt. 1 | | | | | | | |
| 5 | P.E. II | N/A | ✓ | | | | | |
| 6 | Careers | I | ✓ | | | | | |

LIBRARY  P. Baker  1/29/93

ADMINISTRATIVE OFFICE  _____

COUNSELOR  R. _____

ATTENDANCE OFFICE (Mrs. Wall)  _____

FEES OR OBLIGATIONS (Mrs. Kaller)  _____

DATA PROCESSING (Mrs. McCann)  _____

ATHLETIC OFFICE (Mrs. Stragand)  _____

_____
Lee E. Moore
Parent or Guardian Signature
(TO RELEASE RECORDS)

009066



# MT. HEALTHY HIGH SCHOOL

2048 Adams Road, Cincinnati, Ohio 45231

Guidance Office
(513) 729-0130

## WITHDRAWAL PERMIT

PUPIL: Lee Moore (750291)  GRADE: 10  DATE: 1/29/93

REASON: moving out of district

AUTHORIZATION: _____

MODERN EARTH SCIENCE

| PERIOD | SUBJECT | GRADE TO DATE | BOOKS RETURNED YES | NO (BOOK NO.) | N/A | TEACHER SIGNATURE | AMOUNT OF FEE OWED | REFUND |
|---|---|---|---|---|---|---|---|---|
| 1 | Meteorology | N/A | | ✓ 36-78 | | Fall | $21 | -0- |
| 2 | English III | N/A | | ✓ 178-78 McDougal Littell | | CW | $2.00 | |
| 3 | Amer. History | N/A | | ✓ Nowlin | | Walker | $18.00 | |
| 4 | G. Alg. I Pt. 1 | N/A | | ✓ 228-87 | | WE | $6.00 | |
| 5 | P.E. II | N/A | ✓ | | | Tufty | | |
| 6 | Careers | N/A | | ✓ | | RR | $4.50 | |

LIBRARY: P. Baker  1/29/93

ADMINISTRATIVE OFFICE: _Jalend Steans_

COUNSELOR: R [illegible]

ATTENDANCE OFFICE (Mrs. Weil): Nancy Weil

FEES OR OBLIGATIONS (Mrs. Keller): ✗

DATA PROCESSING (Mrs. McCann): Sandra McCann

ATHLETIC OFFICE (Mrs. Stragand): T. Stragand

_Lee E. Moore_
Parent or Guardian Signature
(TO RELEASE RECORDS)

21
21
18
26
14.50
-----
100.50

009067

*[Page rotated 90°. Student health record form for (name) Lee, with the following sections:]*

## IMMUNIZATION

| TYPE | DATE MO/DAY/YR | | | | |
|---|---|---|---|---|---|
| DPT | 11/28/74 | 12/18/74 | 2/24/75 | 4/26/76 | |
| POLIO | 12/28/74 | 2/24/75 | 6/23/75 | 4/26/76 | 6/2/79 |
| MEASLES | 10/31/75 | | | | 10-31-75 H-L VACC |
| RUBELLA | 10/3/75 | | | | |
| MUMPS | 2/14/82 | | | | |
| OTHER | | | | | |

*Required by compulsory Immunization law: 4 DPT; 3 Polio; 1 Live Measles Vaccine on or after child's first birthday; and 1 Rubella.*

## TUBERCULIN

| DATE MO/DA/YR | TYPE | RESULT |
|---|---|---|
| | Tine | Pos |

## POSTURAL SCREENING (SCOLIOSIS)

| DATE MO/DA/YR | RESULTS (Positive or Negative) | DATE REFERRED | TYPE | ACTION TAKEN |
|---|---|---|---|---|

## DENTAL

TYPE OF PREVENTION PROGRAM

| FLUORIDE (Check) | | | | | | |
|---|---|---|---|---|---|---|
| WATER | SUPPLEMENT | MOUTH RINSE | NO. OF YEARS | DATE MO/DA/YR | INSTRUCTION (Type of Program) | NO. OF YEARS |

DENTAL REPORT (Date Examined) | DENTAL DISORDER (Date Reported) (See enclosed Dental Record)

## ADDITIONAL SCREENING

| DATE MO/DA/YR | TEST | RESULT | DATE MO/DA/YR | TEST | RESULT |
|---|---|---|---|---|---|

## HEARING

| DATE MO/DA/YR | AUDIOMETRY RESULTS (Pass/Fail) R / L | OTHER TESTS (Specify) R / L | DATE REFERRED | ACTION TAKEN — Md, Seating, Lip Reader, T/A, Tubes | DATE |
|---|---|---|---|---|---|

## SPEECH and LANGUAGE

| DATE MO/DA/YR | DISORDERS (Check) NORMAL / Artic / Rhythm / Voice / Lang | DATE REFERRED | ACTION TAKEN (Check) Speech Ther. / Med. Eval. / Other (Describe) |
|---|---|---|---|

## VISION

| DATE MO/DA/YR | DISTANCE ACUITY R / L | WEARS GLASSES | FARSIGHTEDNESS (Pass or Fail) | MUSCLE BALANCE (Pass or Fail) Distance / Near | DATE REFERRED | ACTION TAKEN | COLOR (BOYS ONLY) (Pass or Fail) |
|---|---|---|---|---|---|---|---|

## SPECIAL NEEDS

| DATE MO/DA/YR | SPECIAL NEEDS OR CONDITIONS (See enclosed explanation) | TEACHER ALERTED DATE |
|---|---|---|

DEC-02,99(THU) 14:10   WOODWARD HIGH   TEL:513 768 1719   P.001   890608



Office of the Ohio Public Defender
8 East Long Street
Columbus, Ohio 43215-2998
(614) 466-5394
FAX NUMBER: (614) 644-9972

DAVID H. BODIKER
State Public Defender

Rec'd _____

1st Follow-up _____

2nd Follow-up _____

November 24, 1999

Central Baptist School
7645 Winton Rd.
Cincinnati, Ohio 45224

Attention: <u>Records</u>

Re: <u>State of Ohio v. Lee E. Moore</u>

Dear Sir/Madam:

    Please be advised that the Ohio Public Defender is representing **Lee E. Moore** in the above referenced matter. The information requested herein is necessary for a detailed social history to be completed on his behalf.

    In our efforts to properly represent **Mr. Moore** we are requesting that you provide us with any and <u>all</u> *education records* regarding **Mr. Moore**. These records should include, but are not limited to:

## Education

- academic performance (grades), including teachers' names;
- attendance records;
- psychological and IQ testing dates and outcomes;
- disciplinary problems and/or other achievements/recognitions;
- attendance records;
- parent-teacher conferences;
- grade retentions and reasons;
- any organizational activities he may have been involved in;
- any other information pertinent to him, his siblings and his parents in relation to his academic performance.

009069

Central Baptist School
November 24, 1999
Page Two

    To assist you in locating these records, Mr. Moore's birthdate is 10/19/74 and his social security number is ███████. His parents are Lee and Georgia Moore.

    In addition to our records request stated above please indicate the name of your agency's custodian of records, as it may be necessary to have the authenticity of the documents verified. <u>Please forward this information to Ohio Public Defender, Attn: Jessica H. Love on or before December 3, 1999</u>.

    An authorization for release of all such records is enclosed for your files.

                            Sincerely,

                            Jessica H. Love
                            Mitigation Specialist

JL/cw

Enclosure

#102093v1



Office of the Ohio Public Defender
8 East Long Street
Columbus, Ohio 43215-2998
(614) 466-5394
FAX NUMBER: (614) 728-3670

## AUTHORIZATION TO RELEASE INFORMATION

TO: Central Baptist School          RE: State of Ohio v. Lee E. Moore

7645 Winton Rd.

Cincinnati, OH 45224              DATE: 11/24/99

You are hereby authorized to release to the Office of the Ohio Public Defender all records or other documents currently in your possession. Their representative may examine and make copies of all of my medical, psychological, hospital, police, and employment records, or any other records he/she may deem necessary in his/her work on my behalf. You are authorized to discuss these records and any other matters concerning me with said representative and are asked to assist him/her on the current investigation.

This authorization includes release of information concerning background, testing, and treatment of drug and alcohol abuse, drug-related conditions, alcoholism, psychiatric/psychological conditions, Acquired Immune Deficiency Syndrome (AIDS), AIDS-Related Complex (ARC), and/or tests for antibodies to the AIDS virus (HIV).

_____
Client's Signature

WITNESS
_____

009071

# Central Baptist Schools

Richard Voiles - Administrator                    Michael Jones - Elementary Principal

7645 Winton Road • Cincinnati, Ohio 45224-1396 • Phone (513) 521-5481

November 30, 1999

Jessica H. Love
Ohio Public Defender
8 East Long Street
Columbus, Ohio 43215-2998

Dear Ms. Love,

    Please find enclosed the information which you have requested. Our current Custodian of Records is Mrs. Sharon Jackson.
    We are pleased that we could be of assistance.

Sincerely,

*Richard Voiles*

Richard Voiles
Administrator

009072