## INDIVIDUALIZED EDUCATION PROGRAM

PAGE 1

NAME _Lee K Moore_

PARENTS _Georgia Moore_

DISTRICT OF RESIDENCE _Mt. Healthy_

School Year _1982 - 83_

BIRTHDATE _10/17/74_   AGE _8_   DATE _Dec. 17, 1982_

ADDRESS _2280 Markus Circle @ 45231_   PHONE

COUNTY _Hamilton_   BUILDING _Central Baptist_

---

II. **PRESENT LEVELS OF PERFORMANCE** in the following areas where appropriate:
1) Intelligence, 2) Academic Performance, 3) Social/Emotional Status, 4) Adaptive Behavior, 5) Learning Modality, 6) Communicative Status, 7) Other.

**EVALUATIONS COMPLETED/INFORMATION GATHERED**

_[handwritten notes, partially legible:]_

_From Voice Evaluation for Children:_

_Hoarseness; no history of illness or allergies ... had an onset of voice ... breath control too short in word ... talking too much..._

_... talking too much ... soft during conversation; soft during conversation, ... loudness level, narrow pitch ... inflected pitch/melody; word range limited ... breathy/media, breathiness ... rate/pitch range._

_Others; audible and inspiratory ... short phrasing; child told ... time for inhalation if seconds ... principal mechanism - ... revealed in size and function ..._

_6) Communicative Status,_

_see attached my report._

_Mt. Evaluation  See attached report  Behaviors were indicated_

PUPIL'S NAME _____ Moore

II.

| ANNUAL GOALS | SHORT TERM INSTRUCTIONAL OBJECTIVES | EVALUATION PROCEDURES & CRITERIA |
|---|---|---|

009074

PAGE 3

PUPIL'S NAME: _(handwritten)_

| IV. Program Option | Check Needs | Date to be Initiated | Anticipated Duration | Special Program |
|---|---|---|---|---|
| Regular Education | X | | | |
| Supplemental Services | | | | |
| Individual/Small Group Instruction | | | | |
| Special Class/Learning Center | | | | |
| Home Instruction | | | | |
| Residential | | | | |
| Other | | | | |

V. Needs Which Necessitate Placement in a Separate Educational Facility: _none_

| Related and Supportive Services | Date Services to be initiated | Anticipated Duration |
|---|---|---|
| Speech & Language Therapy | _Jan 1993_ | _2 x wk / 1/2 hr each_ |
| Occupational Therapy | | |
| Physical Therapy | | |
| Attendant Service | | |
| Transportation | | |
| Orientation & Mobility | | |
| Counseling | | |
| Vocational Assessment | | |
| Work-Study | | |
| Adaptive Physical Ed. | | |
| Other | | |

Recommended District or Educational Agency of Attendance _Youngstown_
County _Mahoning_   Building _Central Baptist_

Extent of Participation in Regular or Vocational Educational Program: _full_

VI. CRITERIA AND SCHEDULES FOR PERIODIC/ANNUAL REVIEW

_Consult on report provided or teacher request_

VII. ADDITIONAL SERVICES NEEDED FOR IMPLEMENTATION OF PROGRAM THAT WILL BE PROVIDED BY PARENTS AND/OR OUTSIDE PROFESSIONAL AGENCIES

_none_

The above recommendations have been made by the committee and we feel they are appropriate.

Conference Participants:

NAME _(handwritten)_   TITLE: Chairperson

NAME _(handwritten)_   TITLE:

NAME _(handwritten)_   TITLE:

I have reviewed the above educational program and ACCEPT ✓ DO NOT ACCEPT the recommendation of the Committee. I also waive my right to certified mail.

_(signature)_   Parent   Date  1-5-93

009075

EVALUATION  OF  COMMUNICATION  PERFORMANCE

Student _Lee Moore_    Teacher _Miss Rudolph_  Gr. _3_  Room_____

As a result of a speech and hearing evaluation, the following speech & language disorders were observed:

_____ Language impairment:  A significant deviation in expressive or receptive oral language in the specific areas of morphology (sounds), syntax (grammar), and/or vocabulary.

_____ Articulation impairment:  The consistent misarticulation of one or more phonemes.  The results of a norm referenced (standardized) prognostic evaluation instrument must be considered for a child below eight years of age prior to determining eligibility for services.

_____ Fluency impairment:  Reduced intelligibility and rate because of a high disfluency ratio and/or struggle or avoidance and fear of speaking situations.

__X__ Voice impairment:  Exhibits difficulties in the areas of pitch, quality, and/or loudness not appropriate to the student's age or sex.

_____ Hearing impairment:  Has a measurable hearing loss, the type and/or degree of which is adversely affecting the child's communication skills as determined by an audiologist's evaluation.

Instructions to the Teacher:  Your observation, which is part of a multi-factored assessment procedure, is in accordance with the guidelines for current program standards for special education units for speech, language,and hearing services in the state of Ohio (#3301-51-08 B. 4. C.).  Please complete the following with a "yes" or "no".

_no_  The child avoids speaking situations.

_no?_  Other children in the class seem to react negatively toward the child because of his/her speech.

_no_  The child's social maturity and interaction is inappropriate for age and grade level.

_no_  The child has difficulty participating in classroom discussions involving two or more persons.

_no_  The child has difficulty hearing and understanding directions, conversation, and material presented during class most of the time.

_no_  The child has difficulty understanding material presented via audio-visual equipment.

_no_  The child has difficulty listening and discriminating likenesses and differences in speech sounds

_no_  The child uses incomplete sentences and language inappropriate for grade level.

_no_  Vocabulary development and comprehension is inappropriate for grade level.

_no_  The child has difficulty understanding concepts such as space, quantity and time appropriate for age level.

_no_  The child's speech ability is reduced when the child is placed in a stressful situation.

_no_  The child communicates with gesture in lieu of speaking.

_no_  The child has difficulty demonstrating reasoning ability and knowledge of cause-effect relationships appropriate to age level.

_no_  The child's verbal intelligibility is reduced hampering his/her ability to communicate information.

_no_  The child has difficulty correctly producing sounds.

_no_  The child has difficulty blending sounds together to form words.

_yes_  The child's vocal quality detracts from the message he/she is trying to communicate.

The following professionals are in agreement that this child is adversely affected due to the presenting communication disorder when compared to his/her peers.

Signed: _Miss Rudolph_        Date _October 20, 1982_
                Teacher

_Diane C Hames_        Date _Nov 12, 1982_
        Speech-Language Pathologist

_Ronald N Mellish_        Date _Jan 5, 1983._
        School Representative

Please return to the speech-language pathologist as soon as possible.  Thank you for your cooperation.

009076

December 1, 1982

Name: Lee Moore                     D.O.E.: 10/15/82
Age:  8                             Clinician:  Diane Games
B.D.:  10/19/74

Reason for Referral: Miss Rudolph referred Lee
for an evaluation due to consistent hoarse vocal
quality noted in classroom activities.  She noted
that the voice became worse during the day and that
the hoarseness did not appear to be connected with
allergies or a cold.

Vocal Description: During an evaluation the following
observations:
        .severe, hoarse vocal quality which worsens
         at the end of the day or following prolonged
         phonation,
        .pitch range limited to 13 notes with habitual
         pitch at the bottom of range.  Pitch varies
         little during conversational tasks and pitch
         breaks were noted,
        .soft presentation of voice was noted with
         periods of audible, irregular breathing.
         Lee could sustain a sound for 8 seconds.

History: Lee's voice problem has been evident for
several years.  There is no history of allergies
or illness.

Recommendations:
        .Evaluation by an ear, nose and throat
         specialist to determine if a physical
         problem is causing the hoarse quality.
        .Vocal therapy to reduce the hoarse
         quality.

                        Diane Games  M.A.
                        Speech-Language Pathologist

009077

AUXILIARY SERVICES

E.N.T. SPEECH CLINIC

LARYNGEAL REFERRAL

PUBLIC SCHOOL DISTRICT
OF ATTENDANCE *Finneytown School District*
ADDRESS FOR BILLING *8179 Winton Rd*
*Cinti, Ohio 45231*

SCHOOL *Central Baptist*

NAME *Moore   Lee   L*
(Last   Middle   First)

PARENT/GUARDIAN *Georgia Moore*

ADDRESS *1280 Meredith*
*Cinti, O 45231*

PHONE *522-1092*    D.O.B. *10/19/74*

REFERRING THERAPIST/NURSE *Diane C Hamer*    DATE *Nov. 11, 1982*

KNOWN MEDICAL HISTORY *Hoarse vocal quality had been present*
*for several years.  No known history of illnesses or*
*allergies and is not on medication*

Evaluations Completed

|  | Circle One | Problems Noted |
|---|---|---|
| Articulation | (Passed) / Failed | |
| Language | (Passed) / Failed | |
| Voice | Passed / (Failed) | *hoarse vocal quality* |
| Dysfluency | Passed / Failed | |
| Hearing | Passed / Failed | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

EXAMINING LARYNGOLOGIST _____    DATE OF EXAM. *12-10-82*

NOSE:      Is there obstruction in the nasal passages? _____
           If so, please explain. _____
           Is there sinus infection or nasal allergy? _____

PHARYNX:   Is there any asymmetry of muscle contraction? _____
           Are there any growths or other abnormalities: _____

LARYNX:    Examination by indirect laryngoscopy _____
           *General size of Larynx:*          *Function of Cords (on phonation)*
             Normal _____                     Symmetrical _____
             Larger than normal _____         Bowing _____
             Smaller than normal _____        Deviation from midline _____

           *Approximation:*                   *Appearance of Vocal Folds:*
             Complete _____                   Thickened _____
             Partial _____                    Edematous _____
                                                Inflamed _____
           *Attack:*                            Infected _____
             Normal _____                     Malformed _____
             Hard _____                       Scars _____
             Incomplete _____                 Growths _____

009078

*Presence of Vocal Pathology:  Please indicate location on diagram.*

*Nodules_____ Polyps_____ Ulcer_____*
*Other_____ None_____*

*Epiglottis*
*Anterior 1/3*

*Medium 1/3*

*Posterior 1/3*

*Arytenoid Process*

*Size:* _____
*Appearance:*
*Hard* _____
*Soft* _____
*Other*_____

*Does this patient have allergies, hypothyroidism, anemia, or any other chronic*
*condition which might contribute to the abnormal voice quality*_____

_____
*Has this patient's misuse of voice contributed to abnormal structure or*
*function?* _____
*Do your findings explain the abnormal voice quality?* _____
*In your opinion, it is possible that a continuation of present voice use may*
*contribute toward future or increased disorders of the mechanism?*_____

*RECOMMENDATIONS:*
*Do you recommend any of the following:  Silence_____. Duration_____ Limited use of*
*voice_____ Duration_____ Training by a speech clinician*
*to help patient establish easy, efficient use of the vocal mechanism*_____
*Other recommendations* _____

_____
_____
_____
_____ Bilat Nodal conn Nodules ___ (L) + R _____
_____
_____ Thonette for speech Th _____
_____
_____
_____
_____

*Please return to:*

*Diane Harris*
*Central Baptist Schools*
*7645 Winton Road*
*Cincinnati, Ohio 45224*

*Cotton*
*Physician's Signature*
*Date* *Dec 10/81*

009079

Moore, ___ Lee ___ E ___
Last                First                Middle

## MAICO AUDIOGRAM 3rd

NAME _____

DATE _____ BY _____

INCLUDE IN THIS SECTION A SUMMARY OF ALL ABNORMAL FINDINGS, ACTIONS TAKEN,
SUGGESTED FOLLOW-UP AND RECOMMENDATIONS FOR ADJUSTMENT IN SCHOOL PROGRAM

### HEARING LEVEL IN DECIBELS

FREQUENCY IN HERTZ (Hz)

**AUDIOGRAM KEY**

| | Right | Left |
|---|---|---|
| AC Unmasked | ○ | × |
| AC Masked | △ | □ |
| BC Mastoid Unmasked | < | > |
| BC Mastoid Masked | [ | ] |
| BC Forehead Masked | | |
| BC Forehead Unmasked | | |
| Sound Field | Both | ← |

| | Left Ear | Right Ear |
|---|---|---|
| S.R.T. | | |
| M.C.L. | | |
| T.D. | | |

| DATE | NOTES (sign and date all notations) | | | | SIGNATURE |
|---|---|---|---|---|---|
| | | | | | |

# SCHOOL HEALTH RECORD

3613.13(Rev. 1974) Ohio Department of Health and
State Planning Committee for Health Education in Ohio

Birthdate _10-19-74_

Father's Name _Ira_

1) School _Central Baptist_    2) School _____    3) School _____    4) School _____

Home Address _____

Business Phone _____

Mother's Name _Georgia_

Business Phone _____

Phone _____

## IMMUNIZATIONS

| TYPE | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|
| • DPT | 11/21/74 | 12/23/74 | 2/24/75 | 4/24/76 | |
| Td | | | | | |
| • Polio Sabin(Tri) | 12/23/74 | 2/24/75 | 4/23/75 | 4/24/76 | 4/2/79 |
| • Measles | | | | | |
| • Rubella | 10/21/75 | | | | |
| Mumps | | | | | |
| Other | | | | | |

• Required by Compulsory Immunization Law, Section 3301.07 of
Ohio Revised Code

Indicate any conditions and/or diseases of the student the teacher
should know of

## Additional Screening

| Health Examinations | Date | Date | Date | Date | Date |
|---------------------|------|------|------|------|------|

| | Test | Result |
|--|------|--------|

## HEARING

Indicate Pass or Fail
(Under Result)

| Date | Result | | Date | Result |
|------|--------|--|------|--------|
| | Right | Left | | Right | Left |
| 3/81 | OK | OK | | | |
| 4/22/83 | P | P | | | |

## SPEECH

☐ Normal  ☐ Articulation Problem  ☐ Rhyth
☐ Voice Disorder  ☐ Language Problem
☐ Other
Check appropriate box when applicable:
☐ Maximum Improvement  ☐ Corrected

## VISION

| | Date | | | Date | |
|--|------|--|--|------|--|
| | | Right | Left | | Right | Left |
| Muscle Balance | 10/81 | | | | | |
| | 11/21/83 | OK | OK | | | |
| Farsightedness | 3/81 | OK | OK | | | |
| Color | | | | | | |
| Distance Acuity | | | | | | |

## TUBERCULIN

| Date | Type | Result | Date | Type | Re |
|------|------|--------|------|------|----|
| 4/6/79 | Tine | neg | | | |

009081

# KEYSTONE

## School Vision Screening

FOR USE WITH THE KEYSTONE TELEBINOCULAR
SCHOOL SURVEY CUMULATIVE RECORD FORM NO. 5 B
(CATALOG ORDER NO. 5522-B)

Name _Lee Morris_   Sex _M_

School _Central Baptist_   City _____

Grade _4_   Room ____   Teacher _____

Date of birth _____   Date of test _11-22-83_

Wearing glasses? _Yes_ For distance only ____ : both R. ____ No. ____
for reading only ____
Snellen Standard (if desired)
With glasses:   RE ____   LE ____
Without glasses:   RE ____   LE ____

### RAPID VISION SCREENING TESTS

#### DISTANT VISION TESTS

| | Pass | Fail |
|---|---|---|
| Dog should be seen jumping over pig | X | |
| The 4 blocks should be seen merged into 3 | X | |
| Balloon No. 2 is farthest away } | X | |
| Balloon No. 5 is closest | X | |
| Balloon 2 is red; balloon 5 is green | X | |
| Letters in Block A: D C Z P T | X | |
| Letters in Block B: Z P D T C | X | (Training only) |
| Letters in Block C: L D T C Z | X | |

#### NEAR VISION TESTS (16 INCHES)

| | Pass | Fail |
|---|---|---|
| Yellow line should pass through white square | | X |
| The 4 balls should be seen merged into 3 | | X |
| Letters in Block A: L O Z P C | X | (Training only) |
| Letters in Block B: T Z O D L | X | |
| Letters in Block C: O P T D C | | X |

Passing score: at least 4 letters

Failure on any test above indicates need for full test at right.

### COMPREHENSIVE TEST BATTERY: QUESTIONS

**What do you see?**

Does the yellow line go through, above, or below the red ball?

To what number, or between what numbers, does the arrow point?

**How many balls do you see?**

In each signboard there are five diamonds (point) in one diamond is a dot. (point to first signboard.) Show dot in the left diamond.) Ask: Where is the dot in Nos. 2, 3, 4, 5, etc.?

*Tests 5 and 6 are the same as No. 4.* Ask: Where is the dot? (Point to the top line of symbols and name each one. Show by pointing that the cross stands out in 3-D.) Ask: Which symbol stands out in each of the next lines?

What number is in the upper circle? The lower left? The lower right? *(Test 9 is the same as Test 8.)*

To what number, or between what numbers, does the arrow point?

**How many balls do you see?**

In the three circles in the center (point) you see black crossed lines, black dots, and solid gray lines. Starting with No. 1 of the outer circles, you see black dots. No. 2 has black lines. What do you see in No. 3? Go as far as you can. *Tests 13 and 14 are the same as 12.* Name what you see in each of the circles.

---

| Retinoscopy limits | | | TEST | LEFT EYE ONLY | RIGHT EYE ONLY | UNSATISFACTORY and/or low usable vision | | | RE-TEST AREA | EXPECTED RESPONSE | | | RE-TEST AREA | UNSATISFACTORY Overconvergence | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | (DB-10A) Simultaneous Vision | only | only | 15 | 14 | | | 10 | 9 | 8 | | | |
| | | | (DB-9C) Vertical Posture | | | | | | | | | | | | |
| | | | (DB-9) Arrow Posture | Arrow only | Arrow only | | | | | | | | | | |
| | | | (DB-8X) Fusion | | | | | | | | | | | | |

009082

# KEYSTONE
## School Vision Screening

FOR USE WITH THE KEYSTONE TELEBINOCULAR
SCHOOL SURVEY CUMULATIVE RECORD FORM NO. 5-B
(CATALOG ORDER NO. 5522-B)

Name _Lee Morris_   Sex _M_

School _Central Baptist_   City _____

Grade _4_   Room _____   Teacher _____

Date of birth _____   Date of test _2-21-84_

Wearing glasses? (Yes) No   For reading only,
for distance only _____   both _____   No. _____

Snellen Standard (if desired)
With glasses:   RE _____   LE _____
Without glasses:   RE _____   LE _____

## RAPID VISION SCREENING TESTS

**DISTANT VISION TESTS**   Pass   Fail

Dog should be seen jumping over pig

The 4 blocks should be seen merged into 2

Balloon No. 2 is farthest away
Balloon No. 5 is closest

Balloon No. 2 is red; balloon No. 5 is green

Letters in Block A: D C Z P T
Letters in Block B: Z P D T C (Training only)
Letters in Block C: L D T C Z

**NEAR VISION TESTS (16 INCHES)**

Yellow line should pass through white square
The 4 balls should be seen merged into 3
Letters in Block A: L O Z P C (Training only)
Letters in Block B: T Z O D L
Letters in Block C: O P T D C

Passing score: at least 4 letters

Failure on any test above indicates need for full test at right.

## COMPREHENSIVE TEST BATTERY: QUESTIONS

What do you see?

Does the yellow line go through, above, or below the red ball?

To what number, or between which numbers, does the arrow point?

How many balls do you see?

In each signboard there are five diamonds (point) in one diamond is a dot (point to first signboard, show dot in the left diamond). Ask: Where is the dot in No. 1?, 2, 3, 4, 5, etc.?

Tests 5 and 6 are the same as No. 4. Ask: Where is the dot?

(Point to the top line of symbols and name each one. Show two diamonds) Ask: Which symbol stands out in each of the next lines?

What number is in the upper circle? The lower left? The lower right? (Test 9 is the same as Test 8.)

To what number, or between what numbers, does the arrow point?

How many balls do you see?

In the three circles in the center (point) you see black crossed lines, black dots, and solid gray. Starting with No. 1 of the outer circles, you see black dots No. 2 has black lines. What do you see in No. 3? Go as far as you can. Tests 13 and 14 are the same as 12. Name what you see in each of the circles.

Case 1:00-cv-00825-SJ-VRM    Document 120-85    Filed 08/08/2005    Page 12 of 20

# RAPID VISION SCREENING TESTS

Our regular procedure is to begin with the Rapid Screening Tests below. If the student passes all the Rapid Tests, he or she has normal (or better) visual skills and no further tests are given. If the student fails any Rapid Tests, however, the full battery of Skills Tests (at the right) is given to determine if a possible vision handicap exists.

## DISTANT VISION TESTS

|  | Pass | Fail |
|---|---|---|
| B. Simultaneous vision: Both eyes work together | | |
| A. Fusion: Eyes are coordinated, see one image | X | |
| C. Depth perception: Able to tell nearby objects from far-away objects | X | |
| D. Color vision: Can tell red from green | X | |
| E. Usable vision: | | |
| Right eye — 100% acuity (sharpness of sight) | X | |
| Left eye — 100% acuity (sharpness of sight) | | X |

## NEAR VISION (READING DISTANCE) TESTS

| | Pass | Fail |
|---|---|---|
| F. Fusion: Eyes show correct up-down balance | | X |
| G. Posture: Eyes are coordinated, see one image | X | |
| H. Usable vision: | | |
| Right eye — 100% acuity (sharpness of sight) | X | |
| Left eye — 100% acuity (sharpness of sight) | | X |

## COMPREHENSIVE VISUAL SKILLS TESTS

This group of tests is given only if the student fails any of the tests above. The Comprehensive Tests are more detailed and are similar to tests used by many eye specialists and are similar to tests used by many eye specialists. Scores of these tests are recorded at the right.

Scores checked in the "Passing" column indicate satisfactory performance. Scores checked in other columns show that your child may have a vision handicap . . . and that he or she may benefit from a thorough examination by a professional eye specialist. If you decide to consult an eye specialist, we recommend that you show this report to him.

**Please note:** Low scores on the tests for Color Vision indicate that your child has some degree of color blindness. No eye specialists, however, do not know of any remedy for this condition. But it is important that your child knows of this deficiency for his own safety.

**Please note:** If your child is under 9 years of age, a low score on the Depth Perception test may not mean that an eye specialist can help him. Depth perception is a learned skill that is often not fully acquired before age 9.

Explanation of tests are on the back of this report form.

Copyright 1922 by Keystone View . . .

Name _____ Lee Morris _____  Sex __M__

School __Central Baptist__  City _____

Grade __4__  Room _____  Teacher _____

Date of birth _____  Date of test __11-22-83__

Wearing glasses?  Yes: ○ or reading only ___ ;
for distance only ___ ; both ___ ; No ___

Snellen Standard (if desired)
With glasses:  RE ___  LE ___
Without glasses:  RE ___  LE ___

| TEST | | POSSIBLE VISION HANDICAP | | PASSING NORMAL RANGE | | | | DOUBT-FUL | POSSIBLE VISION HANDICAP |
|---|---|---|---|---|---|---|---|---|---|
| | | DOUBT-FUL | | | | | | | |

### DISTANCE VISION TESTS

| SIMUL-TANEOUS VISION | | | THE TWO EYES WORK TOGETHER | | | | | |
| FUSION | | EYES WORK IN BALANCE | | | | | |
| EYE POSTURE | | EYES ARE COORDINATED SEE A SINGLE IMAGE | | | | | |
| USABLE VISION Both Eyes | | 95% | 100% | 101% | 102% | 103% | 105% |
| USABLE VISION Right Eye In-Out Imbalance | | 95% | 100% | 101% | 102% | 103% | 105% |
| USABLE VISION Left Eye Up-Down Imbalance | | 95% | 100% | 101% | 102% | 103% | 105% |
| DEPTH PERCEPTION | | NORMAL | | | | | |
| COLOR VISION Red Vs. Green | | CAN TELL RED FROM GREEN | | | | | |
| COLOR VISION Blue Vs. Violet | | CAN TELL BLUE FROM VIOLET | | | | | |

### TESTS AT READING DISTANCE

| FUSION | | EYES WORK IN BALANCE | | | | | |
| POSTURE | | EYES ARE COORDINATED SEE A SINGLE IMAGE | | | | | |
| USABLE VISION Both Eyes | | 95% | 100% | 101% | 102% | 103% | 105% |
| USABLE VISION Right Eye | | 95% | 100% | 101% | 102% | 103% | 105% |
| USABLE VISION Left Eye | | 95% | 100% | 101% | 102% | 103% | 105% |

\* Left eye either sightless or vision appears to be suppressed

B. Onorato, R.N.

009084

NAME _____

PURE TONE RESULTS:



Frequency in Hz

|  | 0.5k | 1.0k | 2.0k | 4.0k | 6.0k |
|---|---|---|---|---|---|

(vertical scale: 0, 10, 20, 30, 40, 50, 60, 70, 80, 90, 100)

MAKE: MACROMATIC

MODEL: MD-1

*STAPEDIAL REFLEX conducted at 1.0 kHz at 105 dB



IMPEDANCE RESULTS:

RESULTS FOR RIGHT EAR    RESULTS FOR LEFT EAR

PRESSURE    PRESSURE

H L [ ]    H L [ ]

COMPLIANCE    COMPLIANCE

H L [ ]    H L [ ]

*STAPEDIAL REFLEX    *STAPEDIAL REFLEX

P    A    P    A

PHYSICAL VOLUME    PHYSICAL VOLUME

[ ]    [ ]

NOTES: _____

KEY:   H = high
       L = low
       N = normal
       A = absent
       P = present

## V. RECORD OF CURRENT AND/OR LAST PREVIOUS:

*(Information from Preschool or School Health Records)*

### IMMUNIZATIONS

| TYPE | | CURRENT | | | | LAST PREVIOUS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | BASIC DATE COMPLETED | DATE COMPLETED | BOOSTER | DATE RECEIVED | BASIC DATE COMPLETED | DATE COMPLETED | BOOSTER | DATE RECEIVED |
| DIPTHERIA | | | | | | | | | |
| PERTUSSIS | | | | | | | | | |
| TETANUS | | | | | | | | | |
| POLIO | SALK | | | | | | | | |
| | SABIN I | | | | | | | | |
| | SABIN II | | | | | | | | |
| | SABIN III | | | | | | | | |
| MEASLES | | | | | | | | | |
| SMALLPOX | | | | | | | | | |
| OTHER | | | | | | | | | |

### SCREENING TESTS

| TYPE | CURRENT | | | LAST PREVIOUS | | |
|---|---|---|---|---|---|---|
| | DATE | NORMAL OR NEGATIVE | DEVIATION FROM NORMAL (MM. INDUR.) | DATE | NORMAL OR NEGATIVE | DEVIATION FROM NORMAL (MM. INDUR.) |
| TUBERCULIN (RECORD HEAF TINE OR MANTOUX FOR TEST TYPE) | | | | | | |
| CHEST X-RAY | | | | | | |
| VISION ACUITY (RECORD WITH GLASSES IF USED INDICATE USED BY AN ASTERISK) (RIGHT) | | | | | | |
| (LEFT) | | | | | | |
| HEARING | | | | | | |

## VI. PHYSICIAN'S REPORT OF HEALTH FINDINGS:

*Check one:*

☒ ENTIRELY WITHIN NORMAL LIMITS

☐ ABNORMALITIES AS FOLLOWS:

RECOMMENDATIONS FOR ADJUSTMENT IN SCHOOL PROGRAM INCLUDING PARTICIPATION IN PHYSICAL EDUCATION AND SPORTS ACTIVITIES:

_____ _____
DATE                    SIGNATURE OF EXAMINING PHYSICIAN

009086

# KEYSTONE

FOR USE WITH THE KEYSTONE TELEBINOCULAR
SCHOOL SURVEY CUMULATIVE RECORD FORM NO. 5 B
(CATALOG ORDER NO. 5522-B)

## RAPID VISION SCREENING TESTS

Name: _____  Sex: _____

School: _____

Grade: _____  Room: _____  City: _____

Date of birth: _____  Date of test: _____

Teacher: _____

Wearing glasses? Yes: For reading only ____ No ____
for distance only ____; both ____
Snellen Standard (if desired)
With glasses: RE ____ LE ____
Without glasses: RE ____ LE ____

### RAPID VISION TESTS

|  | Pass | Fail |
|---|---|---|
| Dog should be seen jumping over pig | | |
| The 4 blocks should be seen merged into 3 | | |
| Balloon No. 2 is farthest away | | |
| Balloon No. 5 is closest | | |
| Balloon 2 is red, balloon 5 is green | | |

*[Trainingonly]*

| Letters in Block A  D C Z P T | |
| Letters in Block B  Z P D F C | |
| Letters in Block C  L D T C Z | |

### NEAR VISION TESTS (16 INCHES)

Yellow line should pass through white square
The 4 balls should be seen merged into 3

*[Trainingonly]*

| Letters in Block A  L O Z P C | |
| Letters in Block B  T Z O D L | |
| Letters in Block C  O P T D C | |

*Passing score: at least 4 letters*

Failure on any test above indicates need for full test at right.

## COMPREHENSIVE TEST BATTERY: QUESTIONS

What do you see?

Does the yellow line go through, above, or below the red ball?

How many balls do you see?

To what number, or between what numbers, does the arrow point?

In each signboard there are five diamonds (points) in one diamond is a dot. (point to first signboard) Show dot in the left diamond.) Ask: Where is the dot in Nos. 2, 3, 4, 5, etc? Tests 5 and 6 are the same as No. 4½; Ask: Where is the dot? (Point to the top line of symbols and name each one Show by pointing that the cross 'hands out' in 3 O.) Ask: Which symbol stands out in each of the next lines?

What number is in the upper circle? The lower left? The lower right? (Test 9 is the same as Test 8.)

To what number, or between what numbers, does the arrow point?

How many balls do you see?

In the three circles in the center (point) you see black crossed lines, black dots, and solid gray. Starting with No. 1 of the outer circles, you see black dots No. 2 has black dots 7/8 at do you see in No. 3? Go as far as you can. Tests 13 and 14 are the same as 12. Name what you see in each of the circles.

Copyright 1937 by Keystone View

009087

<u>COLUMBIA MENTAL MATURITY SCALE</u>

Individual Record Form

LEVEL A: Ages 3-6 through 3-11  ∘  LEVEL B: Ages 4-0 through 4-5

Name **Moore, Lee E.**
      Last       First      Middle       Level:  A  B  (Circle one)

Raw Score **39**

Date of Test **1979    8    17**
                     Year    Month   Day

Age Deviation Score **109**
Percentile Rank **71**
Stanine **6**
Maturity Index **50**

Date of Birth **74    10    19**
                     Year    Month   Day

Chronological Age **4    9    17**
                     Years   Months  Days



OBSERVATIONS OF TEST BEHAVIOR

Examiner

# Metropolitan Achievement Tests
Survey Battery

| | |
|---|---|
| Name | Lee Moore |
| Grade | K |
| Teacher | Mrs. Betty Hensley |
| Date of Testing | 4/21-22-80 |
| School | Central Baptist Elem |
| City | Cinti |
| State | Ohio |

## Score Summary Box

| Test | Number Possible | Number Right | Scaled Score | Grade Equivalent | Percentile Rank | Stanine | Instructional Reading Level |
|---|---|---|---|---|---|---|---|
| Reading | 37 | 26 | 476 | 1.5 | 90 | 1 2 3 4 5 6 7 ⑧ 9 | Primer |
| Mathematics | 35 | 33 | 492 | 2.7 | 96 | 1 2 3 4 5 6 7 8 ⑨ | |
| Language | 25 | 20 | 375 | 1.2 | 84 | 1 2 3 4 5 6 ⑦ 8 9 | |
| Basic Battery (R+M+L) | 97 | 79 | 410 | 1.5 | 94 | 1 2 3 4 5 6 7 ⑧ 9 | |

Percentile Ranks and Stanines based on tables for  Fall ☐  Spring ☒

## Cluster Analysis



### READING
Performance by grade level of reading passages

| 10 | 5 |
|---|---|
| Primer | Grade 1 |

Performance by objective

| 12 | 5 | 5 | 10 | 5 | 5 | 1 | 2 | 1 |
|---|---|---|---|---|---|---|---|---|
| 01 Word Reading | 02 Rebus | 03 Sentence Reading | 05 Literal Specific | 06 Literal Global | 07 Inferential Specific | 08 Inferential Global | 09 Evaluative | |

### MATHEMATICS

| 14 | 9 | 6 | 6 |
|---|---|---|---|
| Numeration | Geom. & Meas. | Prob. Solving | Operations: Whole No. |

### LANGUAGE

| 9 | 8 | 8 |
|---|---|---|
| Listening Comp. | Spelling | Study Skills |

009090

# Metropolitan Achievement Tests
Basic Survey Battery

**Primary 1  Form JS**

| | |
|---|---|
| Name | Lee Moore Jr | Grade 1 |
| Teacher | Mrs. Moore | Date of Testing 4/11 |
| School | City | State Cincinnati |

*Lee Lee Lee Lee* (handwritten)

## Score Summary Box

| Test | Number Possible | Number Right | Scaled Score | Grade Equivalent | Percentile Rank | Stanine | Instructional Reading Level |
|---|---|---|---|---|---|---|---|
| Reading | 55 | 40 | 577 | 2.2 | 77 | 1 2 3  4 5 6  ⑦ 8 9 | GR1 |
| Mathematics | 40 | 21 | 461 | 1.7 | 42 | 1 2 3  4 ⑤ 6  7 8 9 | |
| Language | 40 | 30 | 458 | 2.1 | 70 | 1 2 3  4 5 ⑥  7 8 9 | |
| Basic Battery (R+M+L) | 135 | 91 | 473 | 2.0 | 68 | 1 2 3  4 5 ⑥  7 8 9 | |

Percentile Ranks and Stanines based on tables for    Fall ☐    Spring ☒



**Cluster Analysis**

### READING
Performance by grade level of reading passages

| 10 | 15 | 10 | 10 |
|---|---|---|---|
| Primer | Grade 1 | Grade 2 | Grade 3 |

Performance by objective

| 5 | 5 | 1 | 24 | 4 | 10 | 4 | 2 |
|---|---|---|---|---|---|---|---|
| 02 Rebus | 03 Sentence Reading | 04 Vocabulary | 05 Literal Specific | 06 Literal Global | 07 Inferential Specific | 08 Inferential Global | 09 Evaluative |

### MATHEMATICS

| 10 | 9 | 9 | 12 |
|---|---|---|---|
| Numeration | Geom. & Meas. | Problem Solving | Operations: Whole No. |

### LANGUAGE

| 9 | 6 | 5 | 7 | 9 | 4 |
|---|---|---|---|---|---|
| Listening Comp. | Punc. & Cap. | Usage | Grammar & Syntax | Spelling | Study Skills |

# Metropolitan Achievement Tests
## Complete Survey Battery

Primary 2 Form JS

Name _C.... B.... P......_          Grade _2nd_

Teacher _Mrs. Sinleton_             Date of Testing _4/26/82_

School _Central B. P._    City _____    State _____

### Score Summary Box

| Test | Number Possible | Number Right | Scaled Score | Grade Equivalent | Percentile Rank | Stanine | Instructional Reading Level |
|---|---|---|---|---|---|---|---|
| Reading | 55 | 44 | 657 | 3.4 | 70 | 1 2 3  4 5 (6) 7 8 9 | Yr. 3 |
| Mathematics | 45 | 20 | 445 | 2.2 | 22 | 1 2 (3) 4 5 6 7 8 9 | |
| Language | 55 | 48 | 609 | 4.3 | 84 | 1 2 3 4 5 6 (7) 8 9 | |
| Science | 40 | 25 | 489 | 2.8 | 54 | 1 2 3 4 (5) 6 7 8 9 | |
| Social Studies | 40 | 23 | 460 | 2.2 | 40 | 1 2 3 4 (5) 6 7 8 9 | |
| Basic Battery (R+M+L) | 155 | 112 | 561 | 3.1 | 62 | 1 2 3 4 5 (6) 7 8 9 | |
| Complete Battery (Basic+S+SS) | 235 | 160 | 520 | 2.9 | 58 | 1 2 3 4 (5) 6 7 8 9 | |

Percentile Ranks and Stanines based on tables for    Fall ☐    Spring ☑

### Cluster Analysis



**READING** — Performance by grade level of reading passages / Performance by objective

- Primer 5
- 04 Vocabulary 2
- 05 Literal Specific 35
- 06 Literal Global 5
- 07 Inferential Specific 6
- 08 Inferential Global 6
- 09 Evaluative 1
- Grade 1 10
- Grade 2 15
- Grade 3 10
- Grade 4 10
- Grade 5 5

**MATHEMATICS**

- Numeration 10
- Geom. & Meas. 10
- Problem Solving 10
- Operations: Whole No. 15

**LANGUAGE**

- Listening Comp. 5
- Punc. & Cap. 13
- Usage 8
- Grammar & Syntax 9
- Spelling 13
- Study Skills 7

**SCIENCE**

Content Area
- I. Knowledge 14
- II. Comprehension 11
- III. Inquiry Skills / IV. Critical Anal. 9
- 6

Content Area (Physical / Earth & Space / Life)
- Physical 17
- Earth & Space 9
- Life 13

**SOCIAL STUDIES**

Behavior
- I. Knowledge 13
- II. Comprehension 9
- III. Inquiry Skills 12
- IV. Critical Anal. 6

Content Area
- Geography 15
- Sociology 2
- Economics 9
- Political Science 4
- History 4
- Anthropol. 5
- Psychology 1

009092