# Metropolitan Achievement Tests — Elementary Form KS
## Complete Survey Battery

Name: M____ ___    Grade: 5
Teacher: Mrs. _____    Date of Testing: ___
School: Central Baptist    City: Cincinnati    State: OH

### Score Summary Box

| Test | Number Possible | Number Right | Scaled Score | Grade Equivalent | Percentile Rank | Stanine | Instructional Reading Level |
|---|---|---|---|---|---|---|---|
| Reading | 60 | 51 | 694 | 4.6 | 72% | 6 | 5 |
| Mathematics | 50 | 24 | 534 | 3.2 | 36% | 4 | |
| Language | 60 | 43 | 629 | 4.7 | 66% | 6 | |
| Science | 45 | 25 | 556 | 4.0 | 58% | 5 | |
| Social Studies | 45 | 27 | 599 | 4.7 | 74% | 6 | |
| Basic Battery (R+M+L) | 170 | 118 | 620 | 4.2 | 60% | 6 | |
| Complete Battery (Basic+S+SS) | 260 | 170 | 599 | 4.2 | 6_% | 6 | |

Percentile Ranks and Stanines based on tables for: Fall ☐  Spring ☒



Cluster Analysis

**READING** — Performance by grade level of reading passages
- Grade 2: 12
- Grade 3: 15
- Grade 4: 16
- Grade 5: 11
- Grade 6: 6

Performance by objective
- 04 Vocabulary: 6
- 05 Literal Specific: 32
- 06 Literal Global: 7
- 07 Inferential Specific: 9
- 08 Inferential Global: 4
- 09 Evaluative: 2

**MATHEMATICS**
- Numeration: 10
- Geom. & Meas.: 13
- Problem Solving: 10
- Operations, Whole No.: 11
- Operations, Laws & Prop.: 6

**LANGUAGE**
- Listening Comp.: 5
- Punc. & Cap.: 19
- Usage: 9
- Grammar & Syntax: 9
- Spelling: 12
- Study Skills: 6

**SCIENCE** Behavior
- I Knowledge: 13
- II Comprehension: 8
- III Inquiry Skills: 17
- IV Critical Anal.: 7

Content Area
- Physical: 11
- Earth & Space: 14
- Life: 20

**SOCIAL STUDIES** Behavior
- I Knowledge: 7
- II Comprehension: 12
- III Inquiry Skills: 16
- IV Critical Anal.: 10

Content Area
- Geography: 9
- Sociology: 3
- Economics: 10
- Political Science: 7
- History: 8
- Anthropol.: 5
- Psychology: 3

009093

# Metropolitan Achievement Tests — Elementary 2 Form KS
Complete Survey Battery

Name: Lee Marc  
Teacher: Mrs. [illegible]  
School: [illegible]   City: Cincinnati   State: Ohio  
Grade: 4th  
Date of Testing: April 12, 1990 [?]

### Score Summary Box

| Test | Number Possible | Number Right | Scaled Score | Grade Equivalent | Percentile Rank | Stanine | Instructional Reading Level |
|---|---|---|---|---|---|---|---|
| Reading | 60 | 49 | 684 | 4.2 | 42 | 1 2 3 4 (5) 6 7 8 9 | 4 |
| Mathematics | 50 | 21 | 507 | 2.8 | 10 | 1 (2) 3 4 5 6 7 8 9 | |
| Language | 60 | 42 | 618 | 4.4 | 44 | 1 2 3 4 (5) 6 7 8 9 | |
| Science | 45 | 29 | 603 | 4.9 | 50 | 1 2 3 4 (5) 6 7 8 9 | |
| Social Studies | 45 | 38 | 609 | 4.9 | 50 | 1 2 3 4 (5) 6 7 8 9 | |
| Basic Battery (R+M+L) | 170 | 112 | 605 | 3.8 | 30 | 1 2 3 (4) 5 6 7 8 9 | |
| Complete Battery (Basic+S+SS) | 260 | 169 | 589 | 4.1 | 38 | 1 2 3 (4) 5 6 7 8 9 | |

Percentile Ranks and Stanines based on tables for: Fall ☐  Spring ☑



Cluster Analysis

**READING** — Performance by grade level of reading passages: Grade 2: 12, Grade 3: 15, Grade 4: 16, Grade 5: 11, Grade 6: 6  
Performance by objective: 04 Vocabulary: 6, 05 Literal Specific: 32, 06 Literal Global: 7, 07 Inferential Specific: 9, 08 Inferential Global: 4, 09 Evaluative: 2

**MATHEMATICS** — Numeration: 10, Geom & Meas: 13, Problem Solving: 10, Operations Whole No.: 11, Operations Laws & Prop: 6

**LANGUAGE** — Listening Comp: 5, Punc & Cap: 19, Usage: 9, Grammar & Syntax: 9, Spelling: 12, Study Skills: 6

**SCIENCE** — Behavior: I. Knowledge: 13, II. Comprehension: 8, III. Inquiry Skills: 17, IV. Critical Anal.: 7 — Content Area: Physical: 11, Earth & Space: 14, Life: 20

**SOCIAL STUDIES** — Behavior: I. Knowledge: 7, II. Comprehension: 12, III. Inquiry Skills: 16, IV. Critical Anal.: 10 — Content Area: Geography: 9, Sociology: 3, Economics: 10, Political Science: 7, History: 8, Anthropol.: 5, Psychology: 3

009094

# COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

A Division of Central Psychiatric Clinic

909 Sycamore Street, Suite 300
Cincinnati, Ohio 45202
Phone: (513) 651-9300
Fax: (513) 352-1345

WALTER S. SMITSON, PH.D.
Executive Director

NANCY SCHMIDTGOESSLING, PH.D.
Director

WILLIAM WALTERS, PH.D.
Assistant Director

GAIL HELLMANN, M.D.
Medical Director

MARILYN GEEDING, L.I.S.W.
Treatment Coordinator

SHERRY SANDERS, L.P.C.C.
Forensic Liaison

CHARLOTTE E. HOLLAND
Office Manager

BOARD OF TRUSTEES:

HON. DAVID E. GROSSMANN
Chairman

MR. ROBERT F. RECKMAN
Vice Chairman

MR. CHARLES THOMAS
Secretary

DR. TIMOTHY E. JOHNSON
Treasurer

MS. CAROL A. BOYD
DR. M. PHOEBE BROWN
MRS. LOIS COHEN
MS. JANIS M. DAY
MS. DAPHNE DICKENS-KING
MR. JEFFREY S. GOODMAN
MR. WENDELL E. HAWKINS
HON. TIMOTHY S. HOGAN
DR. C. ROBERT KILBY
MR. EDWARD H. KIM
MR. ARUN LAI
MR. THOMAS B. SCHERPENBERG
MR. DANIEL J. VALERIO

UNIVERSITY LIAISON

DONALD C. HARRISON, M.D.
JAMES RANDOLPH HILLARD, M.D.

September 2, 1994

Central Baptist School
Attn: School Records
7645 Winton Road
Cincinnati, Ohio   45214

RE: Lee Edward Moore                     DOB: 10-19-74

TO WHOM IT MAY CONCERN:

Enclosed is a signed Authorization for Release of Information form regarding the above-named person.

Our agency is under a very strict time-frame to provide a comprehensive report to the Court, therefore, we would greatly appreciate information from you as soon as possible.

Thank you in advance for your prompt and courteous attention to this matter.

Sincerely,

Jenny O'Donnell/JP

Jenny O'Donnell, B.S.
Psychology Trainee

009095

CENTRAL PSYCHIATRIC CLINIC
COMMUNITY DIAGNOSTIC AND TREATMENT CENTER
909 Sycamore Street, Suites 300 and 400, Cincinnati, OH 45202
513-651-9300

I, the undersigned, hereby authorize the Community Diagnostic and Treatment Center to release/obtain information from records pertaining to the person named below to/from the agency/person indicated. This authorization includes release of information concerning evaluation/treatment of drug or alcohol abuse, drug-related conditions, alcoholism, psychiatric/psychological conditions, Acquired Immune Deficiency Syndrome (AIDS), AIDS-Related Complex (ARC), and/or tests for antibodies to the AIDS virus (HIV). All matters pertaining to client records are considered privileged and confidential and are treated as such by the employees of the program. Information regarding such matters cannot be given without the consent of the client. PROHIBITION ON REDISCLOSURE: Information disclosed or requested from records whose confidentiality is protected by Federal or State Law, may not be disclosed without the specific written consent of the person to whom it pertains.

AGENCY/PERSON _Central Baptist School_    Attn: School Records
ADDRESS _7645 Winton Road; (14)_

PURPOSE/NEED FOR DISCLOSURE of information between Community Diagnostic and Treatment Center and the agency/person named above: Aid in court-ordered evaluation/treatment of the person named below. OR _____

The following information may be released or reviewed:

( ) Discharge Summary                          ( ) Reports of Tests or X-rays
( ) Face Sheet with Final Diagnosis            ( ) Emergency Treatment(s)
( ) Complications & Operative Procedures       ( ) Outpatient Clinic Notes
( ) History and Physical                           Specify Clinic: _____
( ) Consultative Report(s)                     (✓) Other _All Records_
( ) Inpatient         ( ) Outpatient           ( ) Emergency Department

This Authorization for Release of Information may be revoked by me at any time with written notice to the parties involved, except to the extent action has been taken prior to revocation. This Authorization for Release of Information will expire ninety (90) days after date below, or sooner by my choice, in which case this consent will expire on _____.

I hereby acknowledge that I have read and fully understand the above statements as they apply to me. I hereby consent to the disclosure of the records to the purpose and extent stated above.

FULL NAME OF CLIENT _Lee Moore Middle (Edward)_    _Gee E. Moore Jr._
                                                  (Signature of Client)
Date of Birth _10-19-74_

Social Security No. ███████              _9-1-94_
                                         (Date)

----

PLEASE FORWARD REQUESTED INFORMATION TO: _Jenny O'Donnell_
Community Diagnostic and Treatment Center, 909 Sycamore Street, Suites 300 and 400, Cincinnati, OH 45202.

----

This authorization was facilitated by _Jenny O'Donnell_
                                       (Staff member's signature)
Date _9-1-94_

c: To be retained in Client Record

PLEASE FILL OUT THE COMPLETE FORM

STUDENT APPLICATION

New Student ___
Old Student ✓

Name of school district in which you reside **Mt. Healthy**

Student's Name: **Moore, Lee E.** (Last, First, Middle)

Address: **1280 Meredith Dr., Cinti, Ohio 45231** (Street, City, State, Zip Code)

Home Phone: **522-1092** Age: **5** Date of Birth: **10/19/74** Sex: **M** Grade: **1st** Permission for Field Trips: **yes** Place of Birth: **Hamilton, Ohio** (County, State)

Father's Name: **Moore, Lee E.** (Last, First, Middle)

Place of Employment: **City of Cinti** Phone: ___

Mother's Name: **Moore, Georgia L.** (Last, First, Middle)

Have parents been separated? **no** Divorced? **no** Remarried? **no**

If Mother works List Company Address and Phone: **G.M.H.D. - 4726 Smith Rd, Norwood, Ohio 45212**

Dr's Name: **Vockell** Phone: **521-3042** Person to call if parents cannot be reached: **Evelyn Rolland** Phone: **522-6512** List name and address of school where records may be obtained ___ Zip code ___. Has the child ever failed ___ if so, explain ___

Been Suspended? ___ if so, explain ___
Been expelled? ___ If so, explain ___
Church affiliation **Tryed Stone Baptist** Member? **yes** attend regular **yes** often ___ Seldom ___ is child member of church **no**

We understand that the Central Baptist Schools operates on an extremely tight financial budget and that it is absolutely necessary that all tuition be paid promptly on the first of each month. If for any reason we do not pay our tuition we understand that there will be a penalty charge of 35% on the balance due and it will be collected by the school or an agency.

Our Payments will be paid the first of each month in 9 equal payments **✓**, in 12 equal payments ___, or full payment by Sept. 1, 1980 for a 5% discount ___. We also agree to uphold the Rules of Conduct stated in the School Handbook, and grant to School Authorities the right to discipline our child as stated. We will also see that our child abides by the dress code and will cooperate with the teacher.

SIGNATURE OF MOTHER OR FATHER **Georgia L. Moore**

009097

Pg for Oct 5/6-81
Ru # 131

Please Fill out  CENTRAL BAPTIST SCHOOLS  Date 7-5-81
The Comple Form  STUDENT APPLICATION  New Student ___
  Old Student ✓

Name of school district in which you reside _____
Student's Name _____
  Last    First    Middle
Home Address _____
  Street    City    State    Zip Code
Home Phone _____ Age 6 Date of Birth _____ Sex _____
Grade 2 Permission for Field Trips ___ Place of Birth _____
  County
_____ State.
Father's Name _____
  Last    First    Middle
Place of Employment _____ Phone _____
Mother's Name _____
  Last    First    Middle
Have parents been separated? ___ Divorced? yes Remarried? ___
If Mother works list Company, Address and Phone _____
_____
Dr's Name _____ Phone _____ Person to call if parents
cannot be reached _____ Phone _____ List name and address
of school where records may be obtained _____
_____ ZipCode _____. Has the child ever failed ___
if so, explain _____
Been suspended? ___ if so, explain _____
Been expelled? ___ if so, explain _____
Church affiliation _____ Member? yes Attend regular yes
often ___ Seldom ___ Is child member of church no

We understand that the Central Baptist Schools operates on an extremely tight financial budget and that it is absolutely necessary that all tuition be paid promptly on the first of each month. If for any reason we do not pay our tuition we understand that there will be a penalty charge of 35% on the balance due and it will be collected by the school or an agency. Our Payments will be paid the first of each month in 9 equal payments ___ in 12 equal payments ___, or full payment by Aug. 31, 1981 for a 5% discount ___. We also agree to uphold the Rules of Conduct stated in the School Handbook, and grant to School Authorities the right to discipline our child as stated. We will also seethat our child abides by the dress code and will cooperate with the teacher.

SIGNATURE OF MOTHER OR FATHER _____

009098

CENTRAL BAPTIST SCHOOLS
7645 Winton Road
Cincinnati, Ohio 45224

Complete All Blanks on Application-
Please Print or Type

Date Received 5/17/82
New Student _____
Old Student ✓
Reg. Fee Rec'd #1392
Date Accepted _____
Date Rejected _____
Date Notified _____

Applying for grade 3
Student's Name  Moore,  Lee  L.
                Last    First   Middle
Present Address 1280 Meredith  Cinti, Ohio  45231
                Street         City   State  Zip
Phone 522-1092  Age 7  Sex M  Birth Date 10/19/74  Birthplace Cinti
Last school attended before C.B.S. _____ Grade _____
Has applicant ever failed a grade, been dismissed, or suspended? no
If so, Please explain _____
Has applicant been in any special programs such as remedial reading, remedial math, special education, etc. (please be specific) no

PERSONS OTHER THAN PARENTS WHO COULD BE CONTACTED IN CASE OF EMERGENCY:
Name Lillie Ellis  Relation Grandmother  Phone 221-8346
Name _____  Relation _____  Phone _____
Doctor's Name Dr Vockell  Phone 761-1533
Name of Father/Legal Guardian _____  Job Title _____
Employer of Father/Legal Guardian _____  Phone _____ Ext. _____
Name of Mother/Legal Guardian Georgia Moore  Job Title Sr Clerk
Employer of Mother/Legal Guardian GM Assembly Plt  Phone 841-5339 Ext. _____
Does applicant live with Father and Mother? ___ Father only? ___ Mother only? ✓
Guardian only? ___ Has either parent been divorced? ___ Is Father of applicant a Christian? ___ Mother yes  Guardian? ___ Does applicant know Jesus Chr as Personal Savior? _____ (to be answered only by those students in grades 7-
If so, please give brief testimony (to be answered by student only)

Name of church attended by family Rugel Ave Missionary Bapt Ch
School District in which you reside Mt. Healthy
Please list District and not local school since we are required to file repor with each district.

009099

"The Central Baptist School admits students of any race, color, or ethnic origin to all the rights, privileges, programs and activities."

Central Baptist Schools
7645 Winton Road
Cincinnati, Ohio 45223

Date Received __5/6/83__
New Student _____
Old Student __✓__
Reg. Fee Rec'd __#2617__
Date Accepted _____
Date Rejected _____
Date Notified _____

Complete All Blanks on Application-
Please Print or Type

Applying for grade __4__
Student's Name __Moore__, __Lee__ __E.__
             Last         First        Middle
Present Address __1280 Meredith__, __Cinti__, __Ohio__ __45231__
             Street       City      State    Zip
Phone __522-9203__ Age __8 yrs__ Sex __M__ Birth Date __10/19/74__ Birthplace __Cinti Oh__
Last school attended before C.B.S. __—__ Grade __—__
Has applicant ever failed a grade, been dismissed, or suspended? __no__
If so, Please explain __—__
Has applicant been in any special programs such as remedial reading, remedial math, special education, etc. (please be specific) __no__

PERSONS OTHER THAN PARENTS WHO COULD BE CONTACTED IN CASE OF EMERGENCY:
Name __Jackie Johnson__ Relation __Sister__ Phone __961-7040__
Name __Beverly Parker__ Relation __Sister__ Phone __530-3603__
Doctor's Name __Dr. James Kegler__ Phone __961-4420__
Name of Father/Legal Guardian __Lee E. Moore, Sr.__ Job Title __Cement-Finish__
Employer of Father/Legal Guardian __City of Cinti__ Phone __—__ Ext. __—__
Name of Mother/Legal Guardian __Georgia L. Moore__ Job Title __Sr Clerk__
Employer of Mother/Legal Guardian __O. Massy Div.__ Phone __—__ Ext. __—__
Does applicant live with Father and Mother? __—__ Father only? __—__ Mother only? __X__
Guardian only? __—__ Has either parent been divorced? __yes__ Is Father of applicant a Christian? __no__ Mother __yes__ Guardian? __—__ Does applicant know Jesus Christ as Personal Savior? _____ (to be answered only by those students in grades 7-12 If so, please give brief testimony (to be answered by student only)

Name of church attended by family __Tryed Stone Missionary Baptist Church__
School District in which you reside __Mt. Healthy - Colerain Towns__
Please list District and not local school since we are required to file reports with each district.

009100

MT. HEALTHY CITY SCHOOLS

DEPARTMENT OF PUPIL PERSONNEL

REX RALPH ELEMENTARY SCHOOL
1310 ADAMS ROAD
CINCINNATI, OHIO 45231

## Parent Consent for Record Release

As Parent and/or Guardian of:

Name of Student   *Lee E. Moore, Jr.* +

Date of Birth   10/19/74

Grade in School   4

Reason for Request:

*Changing Schools*              sent 9/18/84

Specific Records/Data to be Released:

*All Health*

*All academic available*

RELEASED TO: _____

I have been informed that I have a right to receive a copy of records being sent and will be charged a fee for their reproduction.

Date   8-20-84            *Georgia L. Moore* +
                                  Signature

STAFF MEMBER:

*Gen Welker*              *mother*
       Name                  Relationship

*Secty*                   _____
       Title                   Address

REX RALPH ELEMENTARY SCHOOL
1310 ADAMS ROAD
CINCINNATI, OHIO 45231

#P-11a   Rev. 9/81

009101

# KINDERGARTEN PROGRESS REPORT

NAME: Moore, Lee

**EXPLANATION OF SYMBOLS**

Y—Yes  M—Most of the Time  S—Some of the Time  N—Not Yet

These evaluations are the teacher's appraisal of your child's own progress in relation to that which is normally expected of kindergarten children.

## PHYSICAL DEVELOPMENT

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Shows large muscle control in activities such as skipping, running, and hopping | Y | Y | Y | Y |
| Demonstrates small muscle control when handling crayon, pencil, and scissors | Y | M | M | Y |

## SOCIAL AND EMOTIONAL DEVELOPMENT

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Has made friends in school | M | M | M | M |
| Shows self-confidence | Y | M | M | M |
| Respects rights and properties of others | M | M | M | M |
| Gets along with other children | M | M | Y | Y |
| Shares materials and helps willingly | M | Y | M | M |
| Is courteous | M | M | M | M |
| Shares teacher's attention | M | M | M | M |
| Responds favorably to correction | M | M | M | M |



## HEALTH AND SAFETY HABITS

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Practices good health habits | S | Y | M | M |
| Follows safety habits and rules of school | M | M | M | M |

## WORK HABITS

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Listens attentively | M | M | M | Y |
| Follows directions | M | M | M | Y |
| Works independently | M | M | M | Y |
| Finishes assigned work | M | M | M | Y |
| Shows reasonable attention span | | Y | M | Y |
| Does his share of cleaning up | | | | Y |



## LANGUAGE DEVELOPMENT

### Basic Knowledge

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Knows full name | Y | Y | Y | Y |
| Knows complete address | Y | Y | Y | Y |
| Knows telephone number of home | Y | Y | Y | Y |
| Knows days of week | Y | Y | Y | Y |
| Knows basic colors | Y | Y | Y | Y |
| Knows left from right | Y | Y | Y | Y |
| Knows basic shapes | Y | Y | Y | Y |

### Skills and Habits

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Speaks clearly and is easily understood | Y | Y | Y | Y |
| Uses adequate vocabulary to express ideas | Y | Y | Y | Y |
| Shows interest in books, stories, poetry, and pictures | Y | Y | Y | Y |
| Writes letters and numerals with reasonable skill | Y | Y | Y | Y |
| Prints his name | Y | Y | Y | Y |

### Letters and Sounds

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Recognizes sounds of letters taught | S | S | S | Y |
| Knows names of letters taught | S | S | S | Y |
| Can blend sounds into words | | | | S |

## THINKING SKILLS

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Expresses his own ideas before group | Y | Y | Y | Y |
| Uses thought to give sensible answers | Y | Y | Y | Y |

## COUNTING AND MEASURING

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Recognizes numerals | Y | Y | Y | Y |
| Understands counting order | Y | Y | Y | Y |
| Understands quantity of numerals | Y | Y | Y | Y |
| Estimates with reasonable accuracy | Y | Y | Y | Y |
| Understands number facts and skills taught | Y | Y | Y | Y |

## ART

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Demonstrates ability to work with a variety of art media | Y | Y | Y | Y |

## MUSIC

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Takes part in rhythmic activities | Y | Y | Y | Y |
| Participates in singing | Y | Y | Y | Y |

## BIBLE WORK

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Listens and discusses | N | S | S | S |
| Fulfills memory work | N | M | Y | Y |



009102

# PUPILS' CUMULATIVE RECORD

**CENTRAL BAPTIST SCHOOL**
7645 Winton Road
Cincinnati, Ohio 45224

NAME: Moore, [First] [Middle]
Date of birth: (Month) (Day) (Year)
Place of birth: 
Sex: (M / F)
Date Entered School: (Month) (Day) (Year)
Authority for Birth Date:

## SEMESTER RATING ELEMENTARY GRADES (1-8)

| Name of School | Grade | Final Semester | School Year | Name of Teacher | Study Habits | Conduct | Days Present | Days Absent | Times Tardy | Reading | Writing | Spelling | Arithmetic | Language or Gram. | Geography | History or Civics | Physiology | Health and Phys. Ed. | Music | Art | Bible | Social St | Phys. Ed. | Science |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CB | 1 | | 81/82 | Mrs. Weeks | C | 180 | 0 | | B | D+ | | | | B | C | | | | B | B | B | D | | | |
| CB | 2 | | 82/83 | Mrs. Sigleron | C | 179 | 2 | | C | B | B | C | B | | | | | | C | B | C | | | |
| CB | 3 | | 83/84 | Miss Redolph | C | 174 | 6 | | C | C | B | C | B | | | | | B | B | A | B | C | C | |
| CBS | 4 | | 83/84 | Mrs. Byrd | C | 168 | 12 | 0 | C | C | C | F | F | | | | 1 | B | B | D | B | C | B | retained |

## The Grading System Is as Follows:

A (Exceptional) 100-93   B (Above Average) 92-85   C (Average) 84-75   D (Below Average) 74-70   F (Failing)

## EDUCATIONAL TEST DATA

| School | Grade | Date | Name of Test | Form | Score | Stanine | % | G.E. |
|---|---|---|---|---|---|---|---|---|
| CB | 1 | 5/81 | Alpha-ton | | | sick filder | | |
| CB | 2 | 4/82 | " | | | sick filder | | |
| CB | 3 | 4/83 | " | | | see folder | | |
| CBS | 4 | 4/84 | " | | | KS see folder | | |

009103

Teacher: M_____

Student: Moore, ___   Year: ___

| Subjects | First | Second | Third | Fourth | Final |
|---|---|---|---|---|---|
| Bible | D+ | B | B | A | B- |
| Health | C+ | B- | A- | B | B |
| Language Arts |  |  | C+ | C- | C |
| Mathematics | A | C | A- | B | 88.75 B |
| Reading | B | A | B | B | 91 B |
| Science | B | A- | C+ | C- | B- |
| Social Studies | C+ | B | B | B- | B- |
| Spelling |  |  |  |  |  |
| Music | B | B | B | B | B |
| Art | B | C | B | C+ | B- |
| Physical Ed. | B | B | A | A | B+ |
| Conduct | C | C- | C- | C+ | C |
| Penmanship | D+ | C- | D+ | D | D+ |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

| | | | | | |
|---|---|---|---|---|---|
| No. Days Absent | 0 | 0 | 0 | 0 | 0 |
| No. Days Present | 43 | 42 | 48 | 47 | 180 |
| No. Tardies | 1 | 0 | 3 | 0 | 4 |
| | First | Second | Third | Fourth | Final |

009104

Teacher: Singleton
Grade: 2

Student: Moore, Lee          Year: 1981-82

| Subjects | First | Second | Third | Fourth | Final |
|---|---|---|---|---|---|
| Art | B | C | B | C | C |
| Bible | 90 B | 85 B | 81 C | C | C |
| Conduct | C | C | C | C | C |
| Health | — | — | 75 C | 79 C | C |
| Language | 90 B | 88 B | 85 B | C | B |
| Mathematics | 83 C | 70 D | 74 D | 79 C | C |
| Music | B | C | C | C | C |
| Penmanship | A | B | C | C | B |
| Physical Ed | C | C | C | B | C |
| Reading | C | C | B | C | C |
| Science | B | C | B | C | C |
| Social St | B | C | C | C | C |
| Spelling | B | B | B | C | B |
| | | | | | |
| No. Days Present | 43 | 44 | 46 | 46 | 179 |
| No. Days Absent | 0 | 0 | 1 | 0 | 1 |
| No. Tardies | 0 | 0 | 0 | 0 | 0 |
| | First | Second | Third | Fourth | Final |

009105

Teacher Miss Rudolph

Grade 3

Student Moore, Lee    Year 1982-1983

| Subjects | First | Second | Third | Fourth | Final |
|---|---|---|---|---|---|
| Art | B | B | C | B | B |
| Bible | 94-A | 96-A | 87-B | 97-A | 94-A |
| Conduct | C | C | C | C | C |
| Health | 91-B | 81-C | 83-C | 89-B | 86-B |
| Language | 86-B | 92-B | 84-C | 90-B | 88-B |
| Mathematics | 79-C | 83-C | 80-C | 84-C | 82-C |
| Music | A | 90/B | C | B | B |
| Penmanship | 84-C | 84-C | 85-B | 84 C | 84 C |
| Physical Ed | C | C | C | C | C |
| Reading | 85-B | 83-C | 83-C | 80-C | 83-C |
| Science | 83-C | 95-A | 89-B | 89 B | 89 B |
| Social St | 79-C | 89-B | 92-B | 83 C | 86 B |
| Spelling | 91-B | 92-B | 85-B | 80-C | 87-B |
| No. Days Present | 46 | 44 | 44 | 42 | 176 |
| No. Days Absent | 1 | 1 | 2 | 0 | 4 |
| No. Tardies | 1 | 0 | 0 | 0 | 0 |

Comments.
Lee is in the speech program. His grades do not reflect his potential.

[X] Passed
[ ] Probation
[ ] Conditional
[ ] Retained

009106

Central Baptist Schools

Teacher Mrs. Byrd

Grade 4

Student Lee Moore       Year 1983 – 1984

| Subjects | First | Second | Third | Fourth | Final |
|---|---|---|---|---|---|
| Art | P | P | P | P | P |
| Bible | 91 / B | 74 / D | 69 / F | 48 / F | 70 / D |
| Conduct | D | C | C | C | C |
| Health/Science | 88 / B | 75 / C | 75 / C | 68 / F | 76 / C |
| Language | 82 / C | 71 / D | 61 / F | 62 / F | 69 / F |
| Mathematics | 77 / C | 74 / D | 72 / D | 50 / F | 68 / F |
| Music | P | P | P | P | P |
| Penmanship | 91 / B | 73 / D | 72 / D | 70 / D | 76 / C |
| Physical Ed. | P | P | P | P | P |
| Reading | 85 / B | 80 / C | 72 / D | 70 / D | 76 / C |
| Social St. | 85 / B | 83 / C | 78 / C | 50 / F | 74 / D |
| Spelling | 90 / B | 74 / D | 76 / C | 71 / D | 78 / C |

| | | | | | |
|---|---|---|---|---|---|
| No. Days Present | 41½ | 41 | 44 | 42 | 168½ |
| No. Days Absent | ½ | 5 | 2 | 4 | 11½ |
| No. Tardies | 1 | 0 | 0 | 0 | 0 |

Comments

Lee needs help with basic math facts. He has difficulty in finishing a task. He has poor concentration. Very immature. Has trouble relating to others, never thinks he is wrong.

☐ Passed
☐ Probation
☐ Condition
☒ Retained

009107

## IMPORTANT HABITS AND ATTITUDES

Listed below are some of the habits and attitudes considered important in Christian schools.

Student Lee

| Christian Conduct | 1 | 2 | 3 | 4 | Final |
|---|---|---|---|---|---|
| Manifests a responsive attitude toward spiritual matters, such as the Word of God, devotions, etc. | | | | | |
| Is humble and shows Christian love and forbearance toward others during work and play. | | | | | |
| Is respectful, giving prompt and cheerful obedience. | | | | | |
| Is courteous, helpful, and cooperative toward others. | D | | | | |
| Respects rights and property of others. | D | | | | |
| Works independently without disturbing others. | | | | | |
| Uses time to good advantage. | D | | | | |
| Perseveres in face of difficulty. | | | | | |
| Listens attentively, showing interest in work at hand. | | | | | |
| Is conscientious and prompt in completing assignments. | | | | | |
| | | | | | |
| Conduct | D | C | C | C | C |

TEACHER'S EVALUATION OF STUDENT'S PASSING STATUS

Year 1983-1984

009108



**Office of the Ohio Public Defender**
8 East Long Street
Columbus, Ohio 43215-2998
(614) 466-5394
FAX NUMBER: (614) 644-9972

DAVID H. BODIKER
State Public Defender

Date Rec'd _____

1st Follow-up _____

2nd Follow-up _____

October 13, 1999

University Hospital
234 Goodman
Cincinnati, Ohio

Attention: <u>Medical Records</u>

Re: <u>State of Ohio v. Lee E. Moore</u>

Dear Sir/Madam:

    Please be advised that the Ohio Public Defender is representing **Lee E. Moore** in the above referenced matter. The information requested herein is necessary for a detailed social history to be completed on his behalf.

    In our efforts to properly represent **Mr. Moore** we are requesting that you provide us with any and all medical records regarding Mr. Moore. These records should include, but are not limited to:

<u>MEDICAL</u>

- admission and release dates;
- presenting problems, diagnoses, treatment plans
- and attending physicians' names'
- referrals, if applicable;
- prescriptions;
- testing and test outcomes including: X-rays,
- psychological evaluations, urine
- tests, blood tests, CAT scans, etc.

009109

University Hospital
October 13, 1999
Page Two


    To assist you in locating these records, Mr. Moore's birthdate is 10/19/74 and his social security number is █████████. His parents are Lee & Georgia Moore.

    In addition to our records request stated above please indicate the name of your agency's custodian of records, as it may be necessary to have the authenticity of the documents verified. <u>Please forward this information to Ohio Public Defender, Attn: Jessica H. Love on or before October 27, 1999.</u>

    An authorization for release of all such records is enclosed for your files.

                                   Sincerely,


                                   Jessica H. Love
                                   Mitigation Specialist

JL/cw

Enclosure

#99388v1

009110

Office of the Ohio Public Defender
8 East Long Street
Columbus, Ohio 43215-2998
(614) 466-5394
FAX NUMBER: (614) 728-3670

## AUTHORIZATION TO RELEASE INFORMATION

TO: University Hospital                    RE: State of Ohio v. Lee E. Moore

234 Goodman

Cincinnati, OH                             DATE: 10/13/99

You are hereby authorized to release to the Office of the Ohio Public Defender all records or other documents currently in your possession. Their representative may examine and make copies of all of my medical, psychological, hospital, police, and employment records, or any other records he/she may deem necessary in his/her work on my behalf. You are authorized to discuss these records and any other matters concerning me with said representative and are asked to assist him/her on the current investigation.

This authorization includes release of information concerning background, testing, and treatment of drug and alcohol abuse, drug-related conditions, alcoholism, psychiatric/psychological conditions, Acquired Immune Deficiency Syndrome (AIDS), AIDS-Related Complex (ARC), and/or tests for antibodies to the AIDS virus (HIV).

Client's Signature

WITNESS:

009111

10/26/99

PUBLIC DEFENDERS OFFICE
8 EAST LONG STREET

COLUMBUS, OH 43215

LEE MOORE
24174

DEAR REQUESTOR:

We are returning your request for medical information on the above named patient. We cannot honor this request for the following reasons:
   **CHART UNAVAILABLE**
   ***CHART UNAVAILABLE***

If you still need the information, please re-request it within 30 days. Be sure to include your original letter.

If you have any questions, please contact us and we will be happy to further assist you.

Please refer to transaction number 24174 in all future correspondence regarding this request.

                Thank you
                MEDICAL RECORDS
                (513)584-6188

                The University Hospital
                234 Goodman Street
                Cincinnati, Ohio 45219

009112