Super Saver Cinema
October 13, 1999
Page Two

In addition to our records request stated above please indicate the name of your agency's custodian of records, as it may be necessary to have the authenticity of the documents verified. <u>Please forward this information to Ohio Public Defender, Attn: Jessica H. Love on or before October 27, 1999.</u>

An authorization for release of all such records is enclosed for your files.

Sincerely,

Jessica H. Love
Mitigation Specialist

JL/cw

Enclosure

#99390v1

009133



# SUPER SAVER CINEMA 8
## FOREST FAIR MALL

601 Forest Fair Drive
Cincinnati, Ohio 45240

Office (513) 671-9706          Fax (513) 671-8516

---

10/16/99

Mr. Love,

Here is the material I found in the file of Lee Moore in the file storage room of the theatre. I do not, however, consider myself the 'Custodian of records' for the company.

Sincerely,

Daniel Stephenson
General Manager

009134

# 1992 Form W-4

**Department of the Treasury
Internal Revenue Service**

**Purpose.** Complete Form W-4 so that your employer can withhold the correct amount of Federal income tax from your pay.

**Exemption From Withholding.** Read line 7 of the certificate below to see if you can claim exempt status. If exempt, complete line 7; but do not complete lines 5 and 6. No Federal income tax will be withheld from your pay. Your exemption is good for one year only. It expires February 15, 1993.

**Basic Instructions.** Employees who are not exempt should complete the Personal Allowances Worksheet. Additional worksheets are provided on page 2 for employees to adjust their withholding allowances based on itemized deductions, adjustments to income, or two-earner/two-job

the number of withholding allowances you are entitled to claim. However, you may claim fewer allowances than this.

**Head of Household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals.

**Nonwage Income.** If you have a large amount of nonwage income, such as interest or dividends, you should consider making estimated tax payments using Form 1040-ES. Otherwise, you may find that you owe additional tax at the end of the year.

**Two-Earner/Two-Jobs.** If you have a working

W-4. This total should be divided among all jobs. Your withholding will usually be most accurate when all allowances are claimed on the W-4 filed for the highest paying job and zero allowances are claimed for the others.

**Advance Earned Income Credit.** If you are eligible for this credit, you can receive it added to your paycheck throughout the year. For details, get Form W-5 from your employer.

**Check Your Withholding.** After your W-4 takes effect, you can use Pub. 919, Is My Withholding Correct for 1992?, to see how the dollar amount you are having withheld compares to your estimated total annual tax. Call 1-800-829-3676 to order this

---

**STATE OF OHIO
DEPARTMENT OF TAXATION**

Form IT-4
(11-90)

**EMPLOYEE'S WITHHOLDING EXEMPTION CERTIFICATE**

Name: _Lee E. Moore_     Social Security No. ▓▓▓▓▓

Address: _1280 Meredith Dr._

Public School District of Residence: _Mt. Healthy_     School District No. _3111_

1. Personal exemption for yourself, enter "1" if claimed _0_
2. If married, personal exemption for your spouse if not separately claimed (enter "1" if claimed) _0_
3. Exemptions for dependents _0_
4. Add the exemptions which you have claimed above and enter total _0_
5. Additional withholding per pay period under agreement with employer _0_  $ _____

Under the penalties of perjury, I certify that the number of exemptions claimed on this certificate does not exceed the number to which I am entitled.

Signature _Lee E. Moore_     Date _8-13-92_

---

······· Cut here and give the certificate to your employer. Keep the top portion for your records. ·······

**Form W-4** — Department of the Treasury, Internal Revenue Service

**Employee's Withholding Allowance Certificate**

OMB No. 1545-0010

**1992**

► For Privacy Act and Paperwork Reduction Act Notice, see reverse.

1. Type or print your first name and middle initial: _Lee E._     Last name: _Moore_
2. Your social security number: ▓▓▓▓▓
   Home address (number and street or rural route): _1280 Meredith Dr._
3. ☐ Single  ☐ Married  ☐ Married, but withhold at higher Single rate.
   Note: If married, but legally separated, or spouse is a nonresident alien, check the Single box.
   City or town, state, and ZIP code: _Cinti OH 45231_
4. If your last name differs from that on your social security card, check here and call 1-800-772-1213 for more information ► ☐
5. Total number of allowances you are claiming (from line G above or from the Worksheets on back if they apply) — **5** _0_
6. Additional amount, if any, you want deducted from each paycheck — **6** $
7. I claim exemption from withholding and I certify that I meet ALL of the following conditions for exemption:
   - Last year I had a right to a refund of ALL Federal income tax withheld because I had NO tax liability; AND
   - This year I expect a refund of ALL Federal income tax withheld because I expect to have NO tax liability; AND
   - This year if my income exceeds $600 and includes nonwage income, another person cannot claim me as a dependent.
   If you meet all of the above conditions, enter the year effective and "EXEMPT" here ► **7** _19_
8. Are you a full-time student? (Note: Full-time students are not automatically exempt.) — **8** ☐ Yes ☐ No

Under penalties of perjury, I certify that I am entitled to the number of withholding allowances claimed on this certificate or entitled to claim exempt status.

Employee's signature ► _Lee E. Moore_     Date ► _8-13-92_, 19_92_

9. Employer's name and address (Employer: Complete 9 and 11 only if sending to the IRS): _Super Saver Cinti_
   _100 North [illegible] Ste 100_
10. Office code (optional)
11. Employer Identification number

009135



# SUPER SAVER CINEMA 8
## FOREST FAIR MALL
### REPORT OF DISCIPLINARY ACTION

DATE: 9-12-92

EMPLOYEE NAME: Lee Moore    SSN: ███████

Forest Fair    THEATRE  Forest Park  Oh.
               (CITY)              (STATE)

YOU ARE HEREBY REPRIMANDED FOR THE FOLLOWING REASON(S):

- ☐ Attitude (Explain Fully)
- ☐ Smoking in Unauthorized Area
- ☐ Leaving Work Station Unattended
- ☐ Unsatisfactory Work Performance (Explain Fully)
- ☐ Failure to Wear Proper Attire
- ☐ Misconduct (Explain Fully)
- ☐ Exceeding Break Time
- ☐ Eating or Drinking while in view of customers.
- ☐ Improper Use of Time Clock
- ☒ Unreported Absence
- ☐ Violation of Company Policy (Explain Fully)
- ☐ Refusal to Follow Instructions (Explain Fully)
- ☐ Refusal to Accept Schedule Change
- ☐ Unauthorized Use of Telephone
- ☐ Tardiness
- ☐ Other (Explain Fully)

DETAILED EXPLANATION: Lee failed to attend a scheduled employee meeting. Gave no notice of absence.

(IF MORE SPACE IS NECESSARY, CONTINUE ON THE BACK)

### EMPLOYEE STATEMENT

- ☐ I agree with the above statement.
- ☐ I disagree with the above statement (Explain) _____

EMPLOYEE'S SIGNATURE: Lee Moore    DATE: 9-12-92

Has there been any prior warning or disciplinary action? ☐ Yes  ☒ No

If yes, Explain: _____

Summary of Warning Statement given to employee or Disciplinary action taken: _____

Witness: [signature]    Manager's signature: [signature]

009136

SUPER SAVER CINEMA
SEPARATION NOTICE



_Nov 1_, 19_92_   WE CEASED TO EMPLOY
(LAST DAY WORKED)

EMPLOYEE'S NAME _Lee Moore_   2. SOCIAL SECURITY NO. ▓▓▓▓▓

State any other name(s) under which employee worked. _____

EMPLOYED SINCE _August 13, 1992_   AS _Concessionist_

REASON FOR SEPARATION (Check Reason and Provide Detailed Explanation if Required).

____ a. Lack of Work    ____ b. Voluntarily Quit    _✓_ c. Discharged
                         (Explain below)              (Explain below)

Other than lack of work, state fully and clearly the circumstances of and reasons for the separation:

Lee failed to show up at an employee meeting scheduled for 9-12-92, for which he was reprimanded in writing. On the afternoon of 11-6-92 Lee called in sick w/ only a 2 hour notice. He was supposed to be here at 5:15 P.M. and called at ____ P.M. The shift

(IF MORE SPACE IS NECESSARY, CONTINUE ON THE BACK)

WAS EMPLOYEE PREVIOUSLY WARNED OR COUNSELED?  _✓_ YES  ___ NO  ___ N/A

EMPLOYEE RECEIVED: __ WAGES IN LIEU OF NOTICE  __ SEPARATION PAY  __ VACATION PAY

IN THE AMOUNT OF $ _____  for period from _____ to _____

THEATRE NAME: _Super Saver Forest Fair_

ADDRESS: _601 Forest Fair Drive_   TELEPHONE (513) _671-9706_

CITY: _Forest Park_   STATE: _Ohio_   ZIP: _45240_

I CERTIFY THAT THE ABOVE WORKER HAS BEEN SEPARATED FROM WORK AND THE INFORMATION FURNISHED THEREON IS TRUE AND CORRECT. THIS REPORT HAS BEEN HANDED TO OR MAILED TO THE WORKER.

Completed and Released to Employee:   BY: _[signature]_
_11-6-92_                               SIGNATURE OF OFFICIAL OF SUPER SAVER CINEMAS WHO HAS
                                        FIRSTHAND KNOWLEDGE OF THE SEPARATION.

                                        TITLE OF PERSON SIGNING _Manager_

NOTICE TO EMPLOYEE

YOU MUST TAKE THIS NOTICE TO THE EMPLOYMENT SECURITY CLAIMS CENTER IF YOU FILE A CLAIM FOR UNEMPLOYMENT INSURANCE BENEFITS.

EMPLOYEE COPY IN THEATRE FILE   ORIGINAL TO HOME OFFICE

009137



# SUPER SAVER CINEMA
## SEPARATION NOTICE

ON __1-1__, 19__93__ WE CEASED TO EMPLOY
(LAST DAY WORKED)

1. EMPLOYEE'S NAME __Lee Moore__   2. SOCIAL SECURITY NO. ▇▇▇▇

   a. State any other name(s) under which employee worked. _____

3. EMPLOYED SINCE __8-13-92__   AS __Usher__

4. REASON FOR SEPARATION (Check Reason and Provide Detailed Explanation if Required)

   ____ a. Lack of Work     __X__ b. Voluntarily Quit     ____ c. Discharged
                                  (Explain below)                (Explain below)

   If other than lack of work, state fully and clearly the circumstances of and reasons for the separation

   __Rehire - Not Eligible__

   (IF MORE SPACE IS NECESSARY, CONTINUE ON THE BACK)

5. WAS EMPLOYEE PREVIOUSLY WARNED OR COUNSELED? __YES  __NO  _X_ N/A

6. EMPLOYEE RECEIVED: __ WAGES IN LIEU OF NOTICE  __ SEPARATION PAY  __ VACATION PAY

   IN THE AMOUNT OF $ _____ for period from _____ to _____

THEATRE NAME: __Forest Fair Super Saver__

ADDRESS: __601 Forest Fair Dr  PO Box 24__  TELEPHONE __(513) 671-9706__

CITY: __Forest Park__   STATE: __Ohio__   ZIP: __45240__

I CERTIFY THAT THE ABOVE WORKER HAS BEEN SEPARATED FROM WORK AND THE INFORMATION FURNISHED THEREON IS TRUE AND CORRECT. THIS REPORT HAS BEEN HANDED TO OR MAILED TO THE WORKER.

Date Completed and Released to Employee:   BY: _[signature]_
                                                 SIGNATURE OF OFFICIAL OR EMPLOYEE OF SUPER SAVER CINEMAS WHO HAS
__1-17-93__                                      FIRSTHAND KNOWLEDGE OF THE SEPARATION.

                                                 __Manager__
                                                 TITLE OF PERSON SIGNING

## NOTICE TO EMPLOYEE
YOU MUST TAKE THIS NOTICE TO THE EMPLOYMENT SECURITY CLAIMS CENTER IF YOU FILE A CLAIM FOR UNEMPLOYMENT INSURANCE BENEFITS.

COPY TO EMPLOYEE   COPY IN THEATRE FILE   ORIGINAL TO HOME OFFICE

009138



Office of the Ohio Public Defender
8 East Long Street
Columbus, Ohio 43215-2998
(614) 466-5394
FAX NUMBER: (614) 752-5167

DAVID H. BODIKER
State Public Defender

# FAX HEADER

## CAUTION - CONFIDENTIAL

THIS DOCUMENT IS BEING TELECOPIED TO YOU AND MAY CONTAIN INFORMATION PROTECTED BY ATTORNEY-CLIENT OR WORK PRODUCT PRIVILEGES.

This document which follows is only intended for the person to whom it is addressed. If you are not the intended recipient or authorized agent, then this is notice to you that dissemination, distribution or copying of this document is prohibited. If this document is received in error, please call the sender at once and destroy the document.

DATE: Nov 24, 1999

TO: Dr. David Chiappone    (Fax: 513-352-1345)

FROM: Jessica H. Love

TOTAL NUMBER OF PAGES BEING FAXED (INCLUDING HEADER): 4

CONFIRM FAX RECEIVED TO: _____

RE: _____

OPD/#10021<7qd01!>/11-95

009139

**Office of the Ohio Public Defender**
8 East Long Street
Columbus, Ohio 43215-2998
(614) 466-5394
FAX NUMBER: (614) 644-9972

DAVID H. BODIKER
State Public Defender

November 24, 1999

Central Psychiatric
Community Diagnostic & Treatment
909 Sycamore
3rd & 4th Floors
Cincinnati, Ohio 45202

Attention: <u>David Chiappone, Ph.D.</u>

Re: <u>State of Ohio v. **Lee E. Moore**</u>

Dear Sir:

    Please be advised that the Ohio Public Defender is representing **Lee E. Moore** in the above referenced matter. The information requested herein is necessary for a detailed social history to be completed on his behalf.

    In our efforts to properly represent **Mr. Moore** we are requesting that you provide us with any and <u>all</u> *psychiatric records* regarding **Mr. Moore**. These records should include, but are not limited to:

<u>Psychiatric</u>

- date(s) of evaluation;
- tests administered;
- interview reports;
- case notes;
- collateral information used, i.e., medical reports, school records, interviews with friends and/or family, etc.;
  diagnosis;
- prognosis;
  recommendation for treatment and/or placement.

009140

Central Psychiatric Community Diagnostic & Treatment
November 24, 1999
Page Two

    To assist you in locating these records, **Mr. Moore's** birthdate is 10/19/74 and his social security number is ▓▓▓▓▓▓. His parents are **Lee and Georgia Moore**.

    In addition to our records request stated above please indicate the name of your agency's custodian of records, as it may be necessary to have the authenticity of the documents verified.  <u>Please forward this information to Ohio Public Defender, Attn: Jessica H. Love on or before December 3, 1999</u>.

    An authorization for release of all such records is enclosed for your files.

Sincerely,

*Jessica H. Love*

Jessica H. Love
Mitigation Specialist

JL/cw

Enclosure

#102094v1

009141

Office of the Ohio Public Defender
8 East Long Street
Columbus, Ohio 43215-2998
(614) 466-5394
FAX NUMBER: (614) 728-3670

## AUTHORIZATION TO RELEASE INFORMATION

TO: Central Psychiatric    RE: State of Ohio v. Lee E. Moore

Community Diagnostic & Treatment

909 Sycamore              DATE: 11/24/99

3rd & 4th Floors
Cincinnati, OH 45202

You are hereby authorized to release to the Office of the Ohio Public Defender all records or other documents currently in your possession. Their representative may examine and make copies of all of my medical, psychological, hospital, police, and employment records, or any other records he/she may deem necessary in his/her work on my behalf. You are authorized to discuss these records and any other matters concerning me with said representative and are asked to assist him/her on the current investigation.

This authorization includes release of information concerning background, testing, and treatment of drug and alcohol abuse, drug-related conditions, alcoholism, psychiatric/psychological conditions, Acquired Immune Deficiency Syndrome (AIDS), AIDS-Related Complex (ARC), and/or tests for antibodies to the AIDS virus (HIV).

_____
Client's Signature

WITNESS:
_____

009142



**Office of the Ohio Public Defender**
8 East Long Street
Columbus, Ohio 43215-2998
(614) 466-5394
FAX NUMBER: (614) 644-9972

DAVID H. BODIKER
State Public Defender

Date Rec'd _____

1st Follow-up _____

2nd Follow-up _____

November 17, 1999

Tryed Stone Baptist Church
5550 Reading Road – Bond Hill
Cincinnati, Ohio 45237

Re: <u>State of Ohio v. Lee E. Moore</u>

Dear Sir/Madam:

Please be advised that the Ohio Public Defender is representing **Lee E. Moore** in the above referenced matter. The information requested herein is necessary for a detailed social history to be completed on his behalf.

In our efforts to properly represent **Mr. Moore** we are requesting that you provide us with any and <u>all</u> *church records* regarding **Mr. Moore**. These records should include, but are not limited to:

Church

- church membership dates;
- baptismal records;
- congregational/stake records;
- tithing records;
- offices held;
- organizations he was involved in;
- other special circumstances regarding our client.

To assist you in locating these records, **Mr. Moore's** birthdate is 10/19/74 and his social security number is ■■■■■■■■. His parents are **Lee and Georgia Moore**.

009143

Tryed Stone Baptist Church
November 17, 1999
Page Two

    In addition to our records request stated above please indicate the name of your agency's custodian of records, as it may be necessary to have the authenticity of the documents verified. <u>Please forward this information to Ohio Public Defender. Attn: Jessica H. Love on or before November 27, 1999</u>.

    An authorization for release of all such records is enclosed for your files.

                                             Sincerely,

                                             Jessica H. Love
                                             Mitigation Specialist

JL/cw

Enclosure

#101630v1

009144



Office of the Ohio Public Defender
8 East Long Street
Columbus, Ohio 43215-2998
(614) 466-5394
FAX NUMBER: (614) 728-3670

## AUTHORIZATION TO RELEASE INFORMATION

TO: Tryed Stone Baptist Church    RE: State of Ohio v. Lee E. Moore

5550 Reading Road - Bond Hill

Cincinnati, OH 45237              DATE: 11/17/99

You are hereby authorized to release to the Office of the Ohio Public Defender all records or other documents currently in your possession. Their representative may examine and make copies of all of my medical, psychological, hospital, police, and employment records, or any other records he/she may deem necessary in his/her work on my behalf. You are authorized to discuss these records and any other matters concerning me with said representative and are asked to assist him/her on the current investigation.

This authorization includes release of information concerning background, testing, and treatment of drug and alcohol abuse, drug-related conditions, alcoholism, psychiatric/psychological conditions, Acquired Immune Deficiency Syndrome (AIDS), AIDS-Related Complex (ARC), and/or tests for antibodies to the AIDS virus (HIV).

_[signature]_
Client's Signature

WITNESS:
_[signature]_

009145



# Tryed Stone Missionary Baptist Church

5550 Reading Road   ***   Cincinnati, Ohio  45237
Anderson Culbreath, Sr. Pastor, DD

Church Office (513) 631-9164        Pastor Office (513) 631-9032

December 17, 1999

Dear Jessica H. Love,

Lee Moore, Jr. comes from a religious family who have been members of this church for many years.

Lee Moore, Jr. was baptized March 6, 1983, he attended our Bible Study Classes with regularity, and song in our youth choir. He was a model member highly regarded by his peers.

Apart from his church membership I have personally known him all of his life. He was always well mannered, and well groomed. He was and individual of promise and purpose, an exceptionally fine young man.

Sincerely,

Anderson Culbreath,
Pastor

AC:wj

009146



**Office of the Ohio Public Defender**
8 East Long Street
Columbus, Ohio 43215-2998
(614) 466-5394
FAX NUMBER: (614) 644-9972

DAVID H. BODIKER
State Public Defender

November 24, 1999

Orthopedic Diagnostic & Treatment Center
10475 Reading Rd Evndl
Cincinnati, Ohio 45241

Attention: <u>Records</u>

Re: <u>State of Ohio v. **Lee E. Moore**</u>

Dear Sir/Madam:

    Please be advised that the Ohio Public Defender is representing **Lee E. Moore** in the above referenced matter. The information requested herein is necessary for a detailed social history to be completed on his behalf.

    In our efforts to properly represent **Mr. Moore** we are requesting that you provide us with any and <u>all</u> *medical records* regarding **Mr. Moore**. These records should include, but are not limited to:

<u>MEDICAL</u>
- admission and release dates;
- presenting problems, diagnoses, treatment plans
- and attending physicians' names'
- referrals, if applicable;
- prescriptions;
- testing and test outcomes including: X-rays,
- psychological evaluations, urine
- tests, blood tests, CAT scans, etc.

    To assist you in locating these records, **Mr. Moore's** birthdate is **10/19/74** and his social security number is ███████████. His parents are **Lee and Georgia Moore**.

009147

Lee Moore
SS#:
Place of Service: Oak
Follow-up:

Office Visit: 2/26/98

DIAGNOSIS: Left shoulder impingement.

The patient returns and is doing much better. The Naprosyn gave him a rash, so he stopped taking it. The Daypro does not bother him though. The rash is not itching and it is clearing up.

Examination shows minimal impingement with a mildly positive drop arm, but he says he can tolerate this level of discomfort.

I left him on the Daypro, 600 mg. tablets, 2 q.d. p.c., dispense 60 with two refills. I will see him p.r.n.

*Clyde Henderson*

Clyde E. Henderson, M.D.
Fellow American Academy of Orthopaedic Surgeons

CEH/md

(Dictated but not read to prevent delay)

009148



*Orthopaedic Diagnostic and Treatment Center*
*Clifton Sports Medicine*

Errol J. Stern, M.D.
Clyde E. Henderson, M.D.
Thomas E. Shockley Jr., M.D.
Jeffery L. Stambough, M.D.
BOARD CERTIFIED

January 22, 1998

Kent Robinson, M.D.
1621 Dexter Ave.
Cincinnati, OH 45206

RE   Lee Moore

Dear Dr. Robinson:

Today I had the opportunity to evaluate Mr. Lee Moore. My assessment of this visit is as follows.

The patient has a diagnosis of left shoulder impingement syndrome and degenerative joint disease of the left AC joint. My recommendations are subacromial injection, Depo Medrol and Carbocaine and Naprosyn, 500 mg. tablets one twice a day after meals, dispense 60, one refill. I will see him again in five weeks. Impingement exercises were also provided.

The patient presents with a three months history of pain in both shoulders, left is the one of major concern. It bothers him at night. He has trouble sleeping at night because of the achiness in his left shoulder. He complains that he has some numbness and tingling of both hands. He had some previous carpal tunnel surgery but never got rid of the numbness that he was experiencing. The left shoulder examination shows positive drop arm and negative Yergason. There is tenderness over the anterior aspect of the left shoulder with some mild soft tissue swelling and minimal prominence of the AC joint on the left. There is diminished range of motion as abduction was to 120° versus 135° forward flexion. Internal external rotation is symmetrically normal. Drop arm test is mildly positive as the patient demonstrates a lot of quivering as we were trying to get him to resist on a drop arm test. Impingement test was markedly positive and x-rays of the left shoulder showed normal acromial humeral distance but the AC joint is narrowed and spurred inferiorly. He has a c-shaped acromion type C. There are no soft tissue calcifications noted.

Thank you for the opportunity to provide orthopaedic care to your patient. If you have any further questions, please do not hesitate to contact my office.

Sincerely,

Clyde E. Henderson, M.D.
Fellow American Academy of Orthopaedic Surgeons

CEH:cw
(Dictated but not read to prevent delay.)

009149

629 Oak St./Suite 208/Cincinnati, OH 45206/(513) 221-4848/FAX (513) 872-7826

## PATIENT OFFICE NOTES

MOORE, LEE SR.   49493

02/22/96   SEEN BY HENDERSON AT OAK: HIPS ARE DOING REASONABLY WELL WITH THE RELAFEN. HE IS HAVING NO SIDE EFFECTS OF THE RELAFEN. HE BASICALLY WANTS TO TAKE IT ON PRN BASIS AND I CONCUR WITH THIS. THERE IS PAIN ON ABDUCTION IN BOTH GROINS. HE HAS 0 INTERNAL ROTATION ON THE RIGHT AND 10 DEG ON THE LEFT. HE SEEMS TO BE TOLERATING HIS MEDICATION REASONABLY WELL WITHOUT SIDE EFFECTS. RCMNDED CONT RELAFEN 750MG TABS #60 2 QD PC WITH 3 REFILLS. I WILL SEE HIM IN 4-5 MOS. HE CAN TAKE THE RELAFEN ON PRN BASIS. IF HE IS TAKING IT CONTINUOUSLY WILL NEED TO WORK HIM UP FOR SIDE EFFECTS ON RTN VISIT. TM

7-11-96   O/C

009150