UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **LEE E. MOORE,** | CASE NO. C-1-00-023 |
| Petitioner, | JUDGE DLOTT |
| vs. | MAGISTRATE JUDGE MERZ |
| **BETTY MITCHELL, Warden** | *DEATH PENALTY CASE* |
| Respondent. | |

### NOTICE OF FILING DOCUMENTS TO EXPAND RECORD
### CHIAPPONE FILE

NOTICE is hereby given that the Petitioner hereby files the following Bates stamped documents to expand the record in this matter consistent with the agreement of the parties:

1. Dr. David Chiappone, Bates Nos. 0001-0365.

           Respectfully Submitted,

           /S/ MICHAEL O'HARA
           MICHAEL J. O'HARA – 0014966
           O'Hara, Ruberg, Taylor, Sloan & Sergent
           25 Crestview Hills Mall Rd, Ste 201
           P.O. Box 17411
           Covington, KY 41017
           Phone: (859) 331-2000
           Fax: (859) 578-3365
           **COUNSEL FOR PETITIONER**

           and

           LAURENCE E. KOMP - 0060142
           Trial Counsel

Attorney at Law
423 Madrina
Ballwin, MO 63021
Phone (636) 207 – 7330
Fax (636) 207 – 7351

## **CERTIFICATION**

I hereby certify that I have, this 8TH day of August, 2005, mailed a copy of the foregoing pleading to the following attorneys of record:

Charles L. Wille, Esq.
Henry Appel, Esq.
Assistant Attorneys General for State of Ohio
Capital Crimes Division
State Office Tower
30 East Broad Street
Columbus, OH 43215-3428
**COUNSEL FOR DEFENDANT**

 /S/ MICHAEL O'HARA
MICHAEL O'HARA
O'HARA, RUBERG, TAYLOR, SLOAN & SERGENT

E:\DOCS\Moore-L.hc\Pleadings\Notice.filing bates.docs.wpd