# HAMILTON COUNTY RESEARCH OPERATIONS AND PROGRAM EVALUATION SYSTEM

SERVICE TICKET

No. 35243

**AGENCY NAME:** COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

**DATE:** 11 / 2 / 94

**NAME:** Lee Moore

**CASE NUMBER:** 07183

- 2 ☐ HOURLY
- 3 ☐ DAY MEASURED
- 1 ☐ COMMUNITY/PREVENTION
- 4 ☑ COURT DIAGNOSTIC

**NO. OF CLIENTS FOR BILLING PURPOSES:** 1

### FOR USE WITH SERVICE CODE 50 ONLY (SEE BACK OF FORM)

| | LOCATION I. | CONTACT II. | ACTIVITY III. | CONTENT IV. | CLI AU (COMM. SERV.) | STAFF CODE | SERV. CODE | UNITS | RECIP. NO. |
|---|---|---|---|---|---|---|---|---|---|
| A | | | | | | 2005 | 20 | 1.5 | |
| B | | | | | | | | | |
| C | | | | | | | | | |
| D | | | | | | | | | |

### SERVICE DETAILS

| PREVIOUS BALANCE | CHARGES | PAYMENT | NEW BALANCE | PAYMENT DATE |
|---|---|---|---|---|
| | | | | |

**AGENCY** 41   **PROG. CENTER** 095

**PROGRESS NOTES:**

A Testimony - Judge Ruehlman

**STAFF SIGNATURE(S):** [signature] , PhD

CC 0061

# HAMILTON COUNTY RESEARCH OPERATIONS AND PROGRAM EVALUATION SYSTEM
## SERVICE TICKET

No. 35242

**AGENCY NAME:** COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

**DATE:** 11 / 19 / 94

**NAME:** Lee Moore

**CASE NUMBER:** 07 183

- 2 ☐ HOURLY
- 3 ☐ DAY MEASURED
- 1 ☐ COMMUNITY/PREVENTION
- 4 ☒ COURT DIAGNOSTIC

**NO. OF CLIENTS FOR BILLING PURPOSES:** 1

| | LOCATION I. | CONTACT II. | ACTIVITY III. | CONTENT IV. | CL. AC. (COMM. SERV.) | STAFF CODE | SERV. CODE | UNITS | RECIP. NO. |
|---|---|---|---|---|---|---|---|---|---|
| A | | | | | | 2005 | 23 | 3.0 | |
| B | | | | | | | | | |
| C | | | | | | | | | |
| D | | | | | | | | | |

| PREVIOUS BALANCE | CHARGES | PAYMENT | NEW BALANCE | PAYMENT DATE |
|---|---|---|---|---|
| | | | | |

**AGENCY:** 41   **PROG. CENTER:** 095

**PROGRESS NOTES:**

A FTTC Don Jones Attorney

**STAFF SIGNATURE(S):** [signature] PD

CC 0062

# HAMILTON COUNTY RESEARCH OPERATIONS AND PROGRAM EVALUATION SYSTEM

**SERVICE TICKET**  NO. 35240

**AGENCY NAME:** COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

**DATE:** 11 / 17 / 94

**NAME:** Lee Moore

**CASE NUMBER:** 0 7 8 3

- 2 ☐ HOURLY
- 3 ☐ DAY MEASURED
- 1 ☐ COMMUNITY/PREVENTION
- 4 ☑ COURT DIAGNOSTIC

**NO. OF CLIENTS FOR BILLING PURPOSES:** 1

### Service Details

| | STAFF CODE | SERV. CODE | UNITS | RECIP. NO. |
|---|---|---|---|---|
| A | 2005 | 23 | 1.5 | |
| B | 2005 | 23 | .1 | |
| C | | | | |
| D | | | | |

**AGENCY:** 41   **PROG. CENTER:** 055

**PROGRESS NOTES:**

A   FTFC M. Piepmeier – Pros Attorney

B   Phone call to judge Nurblum – gave permission that Pros can have copies of records

**STAFF SIGNATURE(S):** [signatures] Cheppw, PO / Cheppw, PO

CC 0063

# HAMILTON COUNTY RESEARCH OPERATIONS AND PROGRAM EVALUATION SYSTEM

**SERVICE TICKET** NO. 36355

**AGENCY NAME:** COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

**DATE:** 11/07/94

**NAME:** Lee Edw Moore

**CASE NUMBER:** 07183

- 2 ☐ HOURLY
- 3 ☐ DAY MEASURED
- 1 ☐ COMMUNITY/PREVENTION
- 4 ☒ COURT DIAGNOSTIC

**NO. OF CLIENTS FOR BILLING PURPOSES:** 1

### SERVICE DETAILS

| | STAFF CODE | SERV. CODE | UNITS | RECIP. NO. |
|---|---|---|---|---|
| A | 2004 | 22 | 3.00 | |
| B | | | | |
| C | | | | |
| D | | | | |

AGENCY 41  PROG. CENTER 095

### PROGRESS NOTES:

A: Dictate Ct Report for Mitigation of Death Penalty

**STAFF SIGNATURE(S):** David Chusma, PhD

CC 0064

# HAMILTON COUNTY RESEARCH OPERATIONS AND PROGRAM EVALUATION SYSTEM

**No. 36356**

**AGENCY NAME:** COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

**DATE:** 11 / 2 / 94

**NAME:** Lee Edw Moore

**CASE NUMBER:** 07183

- 2 ☐ HOURLY
- 3 ☐ DAY MEASURED
- 1 ☐ COMMUNITY/PREVENTION
- 4 ☑ COURT DIAGNOSTIC

**NO. OF CLIENTS FOR BILLING PURPOSES:** 1

### FOR USE WITH SERVICE CODE 50 ONLY

| | LOCATION I. | CONTACT II. | ACTIVITY III. | CONTENT IV. | CE A (COMM. SERV.) |
|---|---|---|---|---|---|
| A | | | | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |

### SERVICE DETAILS

| STAFF CODE | SERV. CODE | UNITS | RECIP. NO. |
|---|---|---|---|
| 6838 | 24 | 1.00 | |
| | | | |
| | | | |
| | | | |

| PREVIOUS BALANCE | CHARGES | PAYMENT | NEW BALANCE | PAYMENT DATE |
|---|---|---|---|---|
| | | | | |

**AGENCY** 41  **PROG. CENTER** 095

### PROGRESS NOTES:

A: Review Ct Report
Extra time needed due to
extensiveness of case.
Extra time approval received
Complexity of case.
Kennelly PhD 11/2/94

**STAFF SIGNATURE(S):** [A] J. O'Donnell, BS

CC 0065

# HAMILTON COUNTY RESEARCH OPERATIONS AND PROGRAM EVALUATION SYSTEM — SERVICE TICKET No. 35235

**AGENCY NAME:** COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

**DATE:** 11 / 14 / 94

**NAME:** Lee Moore

**CASE NUMBER:** 07183

- 2 ☐ HOURLY
- 3 ☐ DAY MEASURED
- 1 ☐ COMMUNITY/PREVENTION
- 4 ☐ COURT DIAGNOSTIC

**NO. OF CLIENTS FOR BILLING PURPOSES:** 1

### SERVICE DETAILS

| | STAFF CODE | SERV. CODE | UNITS | RECIP. NO. |
|---|---|---|---|---|
| A | 2005 | 23 | .2 | |
| B | 2005 | 23 | .3 | |
| C | 2005 | 283 | 0.0 | |
| D | | | | |

**AGENCY:** 41   **PROG. CENTER:** 095

### PROGRESS NOTES:

A. Collateral contact c̄ Judge Ruehlman to clarify meeting c̄ Prosecutor — He explained it as procedurally correct + to meet c̄ prosecutors

B. Collateral contact c̄ Don James — to inform him of meeting c̄ prosecutors + to discuss meeting for mitigation preparation over weekend

C. Phone call to C. Stidham — LMTC

**STAFF SIGNATURE(S):** David Chapman, PhD

CC 0066

## COMMUNITY DIAGNOSTIC & TREATMENT CENTER

Name: Lee Edw Moore    Page: 1

| DATE | |
|---|---|
| 11-1-94 | Discussed w/ Dan James the fact that Judge Morrissey did in fact send us an order that requires a court report, and that the report will be released to the prosecutor according to the referral. |
| | James said he'd call us and I suggested he get us something in writing from the judge. |

Signature: Jerry O'Donnell, BS

**AGENCY NAME:** COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

**DATE:** 10 / 28 / 94

**NAME:** Lee E. Moore

**CASE NUMBER:** 07183

- [ ] 2 HOURLY
- [ ] 3 DAY MEASURED
- [ ] 1 COMMUNITY/PREVENTION
- [x] 4 COURT DIAGNOSTIC

**NO. OF CLIENTS FOR BILLING PURPOSES:** 1

**SERVICE DETAILS:**
| STAFF CODE | SERV. CODE | UNITS |
|---|---|---|
| 0538 | 23 | .50 |

AGENCY 41  PROG. CENTER 095

**PROGRESS NOTES:**

Call to Georgia Moore (returning her call)

Rev. Anderson Culbreath 631-9032 office # after Saturday 521-3222

Mike McDaniel 931-5621

Mother said the drug use probably started when he was living with her, but she did not recognize anything that told her drugs.

She said "he became very disobedient, wild, different, that's why I had him leave my home."

She said he would be gone for days at a time.

She said she remembers that on one occasion someone dropped him out in the driveway. She said he stood out there for a long time, and she went out to get him. She said he was in a daze, "I slapped him, I shouted at him and he didn't respond." She said she brought him in the house and put him to bed.

**STAFF SIGNATURE(S):** J. O'Donnell, BS

CC 0068

**COMMUNITY DIAGNOSTIC & TREATMENT CENTER**

Name: Lee Edw Moore, Jr            Page: 2

| DATE | |
|---|---|
| 10-28-94 | She said he slept it off until the next day at noon. After he had awakened he didn't remember any events of the night before and wouldn't tell his mother if he'd been drinking or doing drugs. She said it was after this that she sent him to Terry Schwartz, & tried to get drug & ETOH counseling for him thru Emerson. However since she couldn't afford Emerson she asked for a referral & they gave her Terry Schwartz's name. She sent Lee there, but was frustrated that Schwartz wouldn't interact w/ her so when Lee wanted to stop seeing Schwartz she allowed that. |

Signature: J. O'Donnell, BS

# HAMILTON COUNTY RESEARCH OPERATIONS AND PROGRAM EVALUATION SYSTEM

**SERVICE TICKET** No. 36337

**AGENCY NAME:** COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

**DATE:** 10 / 31 / 94

**NAME:** Lee Edw Moore

**CASE NUMBER:** 07183

- 2 ☐ HOURLY
- 3 ☐ DAY MEASURED
- 1 ☐ COMMUNITY/PREVENTION
- 4 ☑ COURT DIAGNOSTIC

**NO. OF CLIENTS FOR BILLING PURPOSES:** 1

### SERVICE DETAILS

| | STAFF CODE | SERV. CODE | UNITS | RECIP. NO. |
|---|---|---|---|---|
| A | 6838 | 23 | .75 | |
| B | | | | |
| C | | | | |
| D | | | | |

**AGENCY** 41   **PROG. CENTER** 095

**PROGRESS NOTES:**

PC from Pamela King of Juvenile Probation

See White Sheets.

**STAFF SIGNATURE(S):** J. O'Donnell, BS

CC 0070

**COMMUNITY DIAGNOSTIC & TREATMENT CENTER**

Name: Lee Edw Moore    Page: 1

| DATE | |
|---|---|
| 10-31-94 | Collateral w/ Pamela King, juv. probation officer |
| | |
| | Ms. King said that Lee was cooperative, reported weekly and would discuss his activities with her. She said his mother was very involved w/ his cooperation, and his uncle (the Reverend) would show up in court and plead for him. |
| | |
| | Record: 1st contact April 91 DC |
| | April 91 CCW Brass Knuckles |
| | Probation to her ← May 92 RSP |
| | ← June 92 Attempted Grand Theft x4 (maybe in Butler Cty) Theft |
| | Question of Binding Him Over but didn't ← August 92 Drug Abuse |
| | |
| | "He jumped in with both feet. (On probation) He did robotically what he was told, but that's all." |

Signature: Jerry O'Donnell, BS

**COMMUNITY DIAGNOSTIC & TREATMENT CENTER**

Name: Lee Edw Moore                                   Page 2

| DATE | |
|---|---|
| | coll w/ Pamela King Juv Prob |
| 10-31-94 | Drug Trafficking reduced to Drug Abuse. Attempting to sell MJ. Observed by a police officer When police approached Δ dropped 3 packs of mj. |
| | Grand Theft & Theft Charges He & 2 other kids attempted to steal 4 vehicles from Jeff Wyler Oldsmobile. (2 other kids were Keelan Martin & Jeff Anderson) The theft was from stealing a license plate prior to going to steal other cars. She doesn't know how they planned to steal the cars but one of the boys took a crowbar to the lockbox w/ the car keys in it. |
| | She didn't have any other convictions after 92, but she did have an allegation made by another |

Signature: J. O'Donnell, BS

COMMUNITY DIAGNOSTIC & TREATMENT CENTER

Name: Pamela King / Lee Edw Moore

Page: 3

| DATE | |
|---|---|
| 10-31-94 | Colla w/ Pamela King, Juv Prob Officer probationer. She said that one of her other probationers who was known to have pulled thefts with Lee Moore reported to her that Moore had been involved in an armed robbery. The probationer said that Lee held a gun on a man (after having told the △ to get on the floor) while the other juvenile robbed the place. King said there was an investigation but nothing came of it. |

Signature: J. O'Donnell, BS

CC 0073

AGENCY NAME: COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

DATE: 10/25/94

NAME: [illegible]

CASE NUMBER: 07183

- 2 ☐ HOURLY
- 3 ☐ DAY MEASURED
- 1 ☐ COMMUNITY/PREVENTION
- 4 ☑ COURT DIAGNOSTIC

NO. OF CLIENTS FOR BILLING PURPOSES: 1

| | STAFF CODE | SERV. CODE | UNITS |
|---|---|---|---|
| A | 6838 | 23 | 1.50 |

AGENCY 41    PROG. CENTER 095

PROGRESS NOTES:

A: Conference w/ D att'ys Tim Deardorf, Dan James & Dave Chiappone

- Find out about Cobb
- Swifton robbery
- Angel who? Aunt of MJ

STAFF SIGNATURE(S): [A] O'Donnell, BS

CC 0074

# HAMILTON COUNTY RESEARCH OPERATIONS AND PROGRAM EVALUATION SYSTEM

**SERVICE TICKET No. 35202**

**AGENCY NAME:** COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

**DATE:** 10 / 25 / 94

**NAME:** Lee Moore

**CASE NUMBER:** 0 7 1 8 3

- 2 ☐ HOURLY
- 3 ☐ DAY MEASURED
- 1 ☐ COMMUNITY/PREVENTION
- 4 ☒ COURT DIAGNOSTIC

**NO. OF CLIENTS FOR BILLING PURPOSES:** 1

### SERVICE DETAILS

| | STAFF CODE | SERV. CODE | UNITS | RECIP. NO. |
|---|---|---|---|---|
| A | 8005 | 23 | 1.5 | |
| B | | | | |
| C | | | | |
| D | | | | |

**AGENCY:** 41  **PROG. CENTER:** 095

### PROGRESS NOTES:

A FIFE & O'Kon's
Dan James
Tim Deardorff
v
Jenny O'Donnell

**STAFF SIGNATURE(S):** [signature] Chapman, PhD

CC 0075

# HAMILTON COUNTY RESEARCH OPERATIONS AND PROGRAM EVALUATION SYSTEM

**SERVICE TICKET**  No. 35195

**AGENCY NAME:** COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

**DATE:** 10 / 20 / 94

**NAME:** Lee Moore

**CASE NUMBER:** 07183

- 2 ☐ HOURLY
- 3 ☐ DAY MEASURED
- 1 ☐ COMMUNITY/PREVENTION
- 4 ☒ COURT DIAGNOSTIC

**NO. OF CLIENTS FOR BILLING PURPOSES:** 1

### SERVICE DETAILS

| | Staff Code | Serv. Code | Units | Recip. No. |
|---|---|---|---|---|
| A | 2005 | 21 | .75 | |
| B | | | . | |
| C | | | . | |
| D | | | . | |

| Previous Balance | Charges | Payment | New Balance | Payment Date |
|---|---|---|---|---|

**AGENCY:** 41   **PROG. CENTER:** 095

**PROGRESS NOTES:**

A F-F = A at HCJC

**STAFF SIGNATURE(S):** (A) Chapman PhD

CC 0076

HAMILTON COUNTY RESEARCH OPERATIONS
AND PROGRAM EVALUATION SYSTEM

**SERVICE TICKET**  No: 35277

**AGENCY NAME** COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

DATE: 10 / 15 / 94
NAME: Lee Moore
CASE NUMBER: 0 7 1 8 3

- 2 ☐ HOURLY
- 3 ☐ DAY MEASURED
- 1 ☐ COMMUNITY/PREVENTION
- 4 ☑ COURT DIAGNOSTIC

NO. OF CLIENTS FOR BILLING PURPOSES: 1

**SERVICE DETAILS**

| | STAFF CODE | SERV. CODE | UNITS | RECIP. NO. |
|---|---|---|---|---|
| A | 2005 | 23 | 1.0 | |
| B | | | | |
| C | | | | |
| D | | | | |

AGENCY 41   PROG. CENTER 095

**PROGRESS NOTES:**
A- Review Records documentation in preparation for mitigation of death penalty.

STAFF SIGNATURE(S): [signature]

CC 0077

**HAMILTON COUNTY RESEARCH OPERATIONS AND PROGRAM EVALUATION SYSTEM**  SERVICE TICKET  No. 34819

AGENCY NAME: COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

DATE: 04/25/94

NAME: La[illegible]

CASE NUMBER: 07183

☐ 2 HOURLY  ☐ 3 DAY MEASURED  ☐ 1 COMMUNITY/PREVENTION  ☑ 4 COURT DIAGNOSTIC

NO. OF CLIENTS FOR BILLING PURPOSES: 1

SERVICE DETAILS — STAFF CODE: 6538  SERV. CODE: 23  UNITS: .40

AGENCY 41  PROG. CENTER 095

**PROGRESS NOTES:**

Call to Sgt Ed Roberts of Fairfield Police

Roberts said he could not possibly discuss this case w/ me until he'd rec'd some directive to do so.

Call to M Piepmeir - asking him to call Roberts Piepmeir said OK

Call from Roberts:

Sgt Ed Roberts said that he didn't obtain the stmt from Moore but was there at the initial arrest. He described the D's mood as calm, cooperative and even "as likeable young men."

Roberts said he was surprised by the pre-planned nature of the offense. He said typically "planned crimes" involve a specific victim and the actions are fairly random from there. However in this case the pre-planning involved everything except the specific victim. Roberts did mention that the D's told the officers the D's specifically looked for an out of towner.

Roberts said the D's coldness surprised him. The 3 D's did not show any remorse. "The 15 year old said

STAFF SIGNATURE(S): [signature] O'Donnell, BS

CC 0078

## COMMUNITY DIAGNOSTIC & TREATMENT CENTER

Name: Lee Edw Moore, Jr.     Page 2

| DATE | |
|---|---|
| 9-23-94 | that "Moore" was laughing when he pulled the trigger." Roberts said it "was like an everyday thing" to the Δ'S. |
| | Roberts said it was as if they just wanted to see if they could kill someone, "to watch someone die." |

J O'Donnell, BS
Signature

CC 0079

COMMUNITY DIAGNOSTIC & TREATMENT CENTER

Case Name: Lee Edw Moore                                    Page (1)

| DATE | |
|---|---|
| 9-23-94 | Dave Feldhaus w/ Cinti Homicide Div left message for Feldhaus to call back. |
| 9-23-94 | Call to Chuck Stiddham Left message telling him that we had not rec'd anything yet |
| 9-23-94 | Call to Dan James Asking him to get on Stiddham Dan said he'd give us a copy of the boy's statement. |
| 9-26-94 | Rec'd Stmt from Dan James' Office & documents from Stidham's office. |

J. O'Donnell, BS
Signature