## COMMUNITY DIAGNOSTIC & TREATMENT CENTER

Case Name __Lee Edw Moore__                                    Page __1__

| DATE | |
|---|---|
| 9-23-94 | PC to PAMELA KING Juv P.O |
| | |
| | @ 8⁴⁵AM busy |
| | @ 9³⁰ AM busy |
| | @ 10¹⁵ AM busy |
| | @ 12⁴² pm busy |
| | @ 3⁴⁵ pm No Answer |
| 9-26-94 | @ 10⁴⁰ AM No ANSWER |
| | left message on voice mail |
| | |
| 9-23-94 | Kevin Kirkpatrick a teacher |
| | @ Mt Healthy HS left a |
| | message that he could be |
| | reached between 7¹⁵ ₤ 8²⁰ AM |
| | @ 729-0130 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

_J. O'Donnell, BS_
**Signature**

CC 0081

# HAMILTON COUNTY RESEARCH OPERATIONS
# AND PROGRAM EVALUATION SYSTEM

**SERVICE TICKET**   No. 34816

AGENCY NAME: COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

DATE: 09 , 23 , 94
      m m   d d   y y

NAME: lee E Moore, jr

CASE NUMBER: 0 7 1 8 3

2 ☐ HOURLY        1 ☐ COMMUNITY/PREVENTION
3 ☐ DAY MEASURED  4 ☑ COURT DIAGNOSTIC

NO. OF CLIENTS FOR BILLING PURPOSES: 1

| | FOR USE WITH SERVICE CODE 50 ONLY SEE BACK OF FORM | | | | CLIENT AUD. (COMM. SERV.) | SERVICE DETAILS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | LOCATION I. | CONTACT II. | ACTIVITY III. | CONTENT IV. | | STAFF CODE | SERV. CODE | UNITS | RECIP. NO. |
| A | | | | | | 6838 | 23 | .25 | |
| B | | | | | | | | . | |
| C | | | | | | | | . | |
| D | | | | | | | | . | |

| | PREVIOUS BALANCE | CHARGES | PAYMENT | NEW BALANCE | PAYMENT DATE |
|---|---|---|---|---|---|
| | | | | | |

| AGENCY | 41 | PROG. CENTER | 095 |
|---|---|---|---|

PROGRESS NOTES:

On HCJC MHU Records
See White Sheet.   ①

CC 0082

STAFF SIGNATURE(S) (A) JFMcDonnell B8   (B)   (C)   (D)

## COMMUNITY DIAGNOSTIC & TREATMENT CENTER

Case Name _Lee Moore, Jr_                          Page _# 1_

| DATE | |
|---|---|
| 9-23-94 | HCJC MHU Records / Intake |
| | |
| | The only records in chart were medical records. |
| | Intake 1-12-94 |
| | 3 Sick Calls Slips  EAR ACHE, RINGWORM, DISCHARGE from PENIS |
| | He seemed to refuse tx for the ear aches  5-10-94 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

_J. O'Donnell, BS_
**Signature**

# HAMILTON COUNTY RESEARCH OPERATIONS AND PROGRAM EVALUATION SYSTEM

No. 34332

**AGENCY NAME** COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

DATE  0 9 , 2 2 , 94
mm      dd      yy

NAME  *Lee Moore*

CASE NUMBER  0 7 | 1 8 3 | | |

2 ☐ HOURLY          1 ☐ COMMUNITY/PREVENTION
3 ☐ DAY MEASURED     4 ☑ COURT DIAGNOSTIC

NO. OF CLIENTS FOR BILLING PURPOSES:  1

| FOR USE WITH SERVICE CODE 50 ONLY SEE BACK OF FORM | | | | CLIENT AUD. (COMM. SERV.) | SERVICE DETAILS | | | |
|---|---|---|---|---|---|---|---|---|
| | LOCATION I. | CONTACT II. | ACTIVITY III. | CONTENT IV. | | STAFF CODE | SERV. CODE | UNITS | RECIP. NO. |
| A | | | | | | 2005 | 21 | .75 | |
| B | | | | | | | | . | |
| C | | | | | | | | . | |
| D | | | | | | | | . | |

| PREVIOUS BALANCE | CHARGES | PAYMENT | NEW BALANCE | PAYMENT DATE |
|---|---|---|---|---|
| | | | | |

| AGENCY | 41 | PROG. CENTER | 055 |
|---|---|---|---|

## PROGRESS NOTES:

A  FTEC A at 14CSC

STAFF SIGNATURE(S)  *Theopinis* (A)    B:    C:    D:

CC 0084

AGENCY NAME: COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

DATE: ___ / ___ / ___  (mm / dd / yy)

NAME: _____

CASE NUMBER: 0 7 1 5 3

2 ☐ HOURLY    1 ☐ COMMUNITY/PREVENTION
3 ☐ DAY MEASURED    4 ☑ COURT DIAGNOSTIC

NO. OF CLIENTS FOR BILLING PURPOSES: 1

| | FOR USE WITH SERVICE CODE 50 ONLY SEE BACK OF FORM | | | | | SERVICE DETAILS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | LOCATION I. | CONTACT II. | ACTIVITY III. | CONTENT IV. | (COMM. SERV.) | STAFF CODE | SERV. CODE | UNITS | RECIP. NO. |
| A | | | | | | 6838 | 23 | 30 | |
| B | | | | | | | | | |
| C | | | | | | | | | |
| D | | | | | | | | | |

| PREVIOUS BALANCE | CHARGES | PAYMENT | NEW BALANCE | PAYMENT DATE |
|---|---|---|---|---|
| | | | | |

AGENCY 41    PROG. CENTER 095

PROGRESS NOTES:

Collateral w/ Dick Flagg, Guidance Counselor @ Mt Healthy High School.

Mr Flagg worked w/ Lee as 1 on 1 in his office for a couple of years as a Counselor. Academically Lee was functioning in the 30th to 50th range of achievement. Mostly got D's & F's.

Frequent conversations w/ mother who was always concerned, involved about Lee's grades, & discipline problems.

Lee was always polite, but his academic motivation was not there. On 2 occasions he was successful in Summer school. Expelled one yr & transferred to Withrow.

91-92 He was there for 3 qtrs. Got mostly F's in those qtrs, and was failing that yr.

90-91 Did get mostly F's and lots of descipline problems.

89-90 Did pass some classes, but mostly w/ D's, some F's.

Flagg could not remember + ever being able to explain his lack of motivation. He did say after much prodding from Flagg & mother that (on 2 occasions) that

STAFF SIGNATURE(S): J. O'Donnell, BS

## COMMUNITY DIAGNOSTIC & TREATMENT CENTER

Case Name _Lee Moore, Jr_                                    Page _2_

| DATE | Collateral w/ FLAGG |
|------|---------------------|
| 9-21-94 | He would like to start over. Kind of turn over a new leaf, but Flagg said that was usually very short-lived. |
|  | Flagg believes the few successes were because of mother's constant supervision & genuine interest in Δ's problems in school. |
|  | Flagg will have any teachers who knew Moore call me with references to personality & group interactions. |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

_Jerry O'Donnell, BS_
**Signature**

CC 0086

SERVICE TICKET

**AGENCY NAME** COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

**DATE** 09 / 30 / 94

**NAME** Ru Moore JL

**CASE NUMBER** 7183

2 ☐ HOURLY   1 ☐ COMMUNITY/PREVENTION
3 ☐ DAY MEASURED   4 ☑ COURT DIAGNOSTIC

**NO. OF CLIENTS FOR BILLING PURPOSES:** 1

| FOR USE WITH SERVICE CODE 50 ONLY SEE BACK OF FORM | | | | CLIENT AUD. (COMM. SERV.) | SERVICE DETAILS | | | |
|---|---|---|---|---|---|---|---|---|
| LOCATION I. | CONTACT II. | ACTIVITY III. | CONTENT IV. | | STAFF CODE | SERV. CODE | UNITS | RECIP. NO. |
| A | | | | | 6838 | 23 | .30 | |
| B | | | | | 6838 | 23 | .30 | |
| C | | | | | 6838 | 23 | .0 | |
| D | | | | | | | | |

| PREVIOUS BALANCE | CHARGES | PAYMENT | NEW BALANCE | PAYMENT DATE |
|---|---|---|---|---|
| | | | | |

**AGENCY** 41   **PROG. CENTER** 095

**PROGRESS NOTES:**

Call to Mt. Healthy High School
Guidance Office Secretary
Mrs Dorn - She said that she
has his file & can send info.
Said that Moore's Counselor was
Mr. Flagg, and 2 of his Teacher's
Emmick & Phallen have left
the School, but Mrs. Dorn said
that she'd leave Messages for
Flagg & the Others to call me
ASAP.

I told her that we wanted to speak
to anyone at the High School
who had Contact w/Mr. Moore.

b: Call to South Jr High School
Principal Mr. Westerfield said that
all of the Δ's information would go on
to his next school. ie High School.
Doesn't remember Δ, though Westerfield
was a Teacher @ Mt Healthy for a
long time before moving up.

Westerfield said he would leave
a message for any of the Teacher's
who May have Known Δ & have
them call me.

c: Call to Rex Ralph Elementary - Busy Signal

**STAFF SIGNATURE(S)** A) J. O'Donnell, 38   B)   C)

CC 0087

HAMILTON COUNTY RESEARCH OPERATIONS
AND PROGRAM EVALUATION SYSTEM

**SERVICE TICKET** No. 34734

AGENCY
NAME COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

FOR USE WITH SERVICE CODE 50 ONLY
SEE BACK OF FORM

| | LOCATION I. | CONTACT II. | ACTIVITY III. | CONTENT IV. | CLIENT AUD. (COMM. SERV.) | STAFF CODE | SERV. CODE | UNITS | RECIP. NO. |
|---|---|---|---|---|---|---|---|---|---|
| A | | | | | | 6835 | 23 | .75 | |
| B | | | | | | | | . | |
| C | | | | | | | | . | |
| D | | | | | | | | . | |

DATE __09__ / __20__ / __94__
      mm      dd      yy

NAME Lee Moore, Jr

CASE NUMBER 0 7 1 8 3

2 ☐ HOURLY          1 ☐ COMMUNITY/PREVENTION
3 ☐ DAY MEASURED    4 ☑ COURT DIAGNOSTIC

NO. OF CLIENTS FOR
BILLING PURPOSES: 1

| | PREVIOUS BALANCE | CHARGES | PAYMENT | NEW BALANCE | PAYMENT DATE |
|---|---|---|---|---|---|
| | | | | | |

AGENCY 41    PROG. CENTER 015

PROGRESS NOTES:

Collateral w/ Robin Thrasher, sister

Said that she saw her brother frequently until he got to 16 yrs years old. She said they were real close until he was getting into trouble at school. She counseled him to stay in school & to watch the company she kept. He would basically agree with her & tell her everything was fine.

She said she wanted a reason from him about what's driven him to that.

He said in response to that that he stopped caring about himself because he'd let everyone down when he first got into juvenile trouble. His other reason was that "a young boy needs his father." She said even as a 6 yr. he seemed to really take the divorce very hard. A couple of years later his mom called to surprise him with news that she'd been put back on first shift at GM. She said "Lee, guess what, I've got a big surprise for you." Lee's response was that "Are you & Daddy getting back together?"

She said that her parents divorced

STAFF SIGNATURE(S) A) J. O'Donnell, BS    B)    C)    D)

CC 0088

## COMMUNITY DIAGNOSTIC & TREATMENT CENTER

Case Name _Lee Moore, Jr._                                          Page _2_

| DATE | |
|---|---|
| 9-20-94 | but they kept the problems to themselves "to spare the child." |
| | She said she doesn't even know why they got divorced and she was 16 or 17 years old. |
| | She said Lee was called the "Golden Child" by her & her sisters because he "had the best of both worlds" because he had a loving, supporting family and was also only child who was doted on by mother, and was sheltered by the whole family. She said he was never a temperamental child because he didn't need to be. He got whatever he wanted, though he should have learned the value of it because he saw everyone working so hard around him. |
| | She said she thinks that he was ostracized in school |

Signature _Jeany O'Donnell, BS_

**COMMUNITY DIAGNOSTIC & TREATMENT CENTER**

Ca  Name  _Lee Moore Jr_                                    Page  _3_

| DATE | Robin Thrasher |
|------|----------------|
| 9-30-94 | because he had so much and the other kids didn't. She said when he was young he was often hassled, yet was taught not to fight. So it wasn't until Lee was 16 yrs old that he started to fight back. She said then he got into trouble with the courts and couldn't understand the unfairness of being punished when he was fighting back. |
| | She said she knew that he wanted a new car & in fact her husband had arranged an interview so that Lee could get a job. She said this was just another example of the family helping him out. |
| | Sister can see no reason for Lee to behave this way. As a family they have tried to get thru to him & feel that he is learning now while in |

_J O'Donnell, BS_
**Signature**

## COMMUNITY DIAGNOSTIC & TREATMENT CENTER

Case Name _Lee Moore, Jr_                                    Page _4_

| DATE | Robin Thrasher |
|---|---|
| 9-30-94 | jail but it's too late now. She said they are all relying on their religious beliefs to help him now, as well as to help the victim's family. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

_J. O'Donnell, BS_
**Signature**

CC 0091

## COMMUNITY DIAGNOSTIC & TREATMENT CENTER

Case Name _Lee Moore, Jr_                                    Page _1_

| DATE | |
|------|------|
| 9-19-94 | Call to Robin Thrasher Left message @ 351-9331 for return call. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

_Jerry O'Donnell, BS_
Signature

**SERVICE TICKET**

**No.** 34730

AGENCY
NAME COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

DATE 09 / 17 / 94
m m d d y y

NAME Lee Moore, Jr

CASE NUMBER 0 7 1 8 3

2 ☐ HOURLY
3 ☐ DAY MEASURED
1 ☐ COMMUNITY/PREVENTION
4 ☑ COURT DIAGNOSTIC

NO. OF CLIENTS FOR
BILLING PURPOSES: 1

| | FOR USE WITH SERVICE CODE 50 ONLY SEE BACK OF FORM | | | | CLIENT AUD. (COMM. SERV.) | SERVICE DETAILS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | LOCATION I. | CONTACT II. | ACTIVITY III. | CONTENT IV. | | STAFF CODE | SERV. CODE | UNITS | RECIP. NO. |
| A | | | | | | 6538 | 23 | 20 | |
| B | | | | | | | | • | |
| C | | | | | | | | • | |
| D | | | | | | | | • | |

| PREVIOUS BALANCE | CHARGES | PAYMENT | NEW BALANCE | PAYMENT DATE |
|---|---|---|---|---|
| | | | | |

| AGENCY | 41 | PROG. CENTER | 075 |
|---|---|---|---|

PROGRESS NOTES:

Collateral w/ Shatunda Neal
She said that she's known Lee for about
3 years, they dated for 2½ years. She
was hesitant to talk to me, but did
say that Lee Moore, jr definitely
had a problem with drugs & alcohol.

She said she didn't want to say
anymore until she'd spoken with
her mother for advice.

I told her that I wanted to speak
to Mr. Neal, also, and she said she'd
call back later with more info.

STAFF
SIGNATURE(S) Frances O'Donnell RS

CC 0093

AGENCY NAME COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

| | FOR USE WITH SERVICE CODE 50 ONLY SEE BACK OF FORM | | | | CLIENT AUD. (COMM. SERV.) | SERVICE DETAILS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | LOCATION I. | CONTACT II. | ACTIVITY III. | CONTENT IV. | | STAFF CODE | SERV. CODE | UNITS | RECIP. NO. |
| A | | | | | | 6838 | 23 | 80 | |
| B | | | | | | | | | |
| C | | | | | | | | | |
| D | | | | | | | | | |

DATE 01 / 17 / 94

NAME Lee Moore, Sr.

CASE NUMBER 0 1 1 8 3

2 ☐ HOURLY        1 ☐ COMMUNITY/PREVENTION
3 ☐ DAY MEASURED  4 ☑ COURT DIAGNOSTIC

NO. OF CLIENTS FOR BILLING PURPOSES: 1

| PREVIOUS BALANCE | CHARGES | PAYMENT | NEW BALANCE | PAYMENT DATE |
|---|---|---|---|---|
| | | | | |

| AGENCY | 41 | PROG. CENTER | 075 |
|---|---|---|---|

PROGRESS NOTES:

Collateral w/ Fa Lee Moore, Sr.
Said that parents divorced when
Lee was 6 yrs. old. Fa said before
divorce he'd take his son to the
park after work, tried to teach him
to swim, and sometimes take him
on jobs with him.
    After divorce Mr Moore said
that he got his son every other weekend
and sometimes 4-6 weeks during the
summer. Fa said on those occasions
he'd take son to Cleveland, Detroit,
Alabama. Said son was interested in
basketball, but no other professions.
    Mr Moore said his son came to live
w/ him a year before "he got into that
trouble." He said when Lee, jr came
back to fa's house, fa tried to get
Lee to go back to school. When Lee
would not return home for curfew
Fa said he'd talk to his son and
son would listen and tell fa he'd
obey, but son wouldn't behave.
    Fa said he "thought everything was
going along pretty good w/ Lee, except
for his little troubles back home."
Fa said Lee has since told him
that he felt unable to talk to fa.

    Fa said that he bought Lee the car

STAFF SIGNATURE(S) A O'Connell, BS   B   C   D

CC 0094

## COMMUNITY DIAGNOSTIC & TREATMENT CENTER

Case Name _Lee Moore, Jr_                                      Page  _2_

| DATE | Collateral w/Lee Moore, Jr |
|---|---|
| 9-19-94 | and when Lee complained about the transmission Fa told him to get a job to pay for it. Fa said he took Lee to see about getting some jobs. |
| | He treated his stepmother & stepmother-in-law with utmost respect, and was always courteous |
| | Fa said that his son had come home drunk and came home high sometimes. Fa said he had told Lee about Fa's older brother who died of alcoholism @ age 60. Fa thought Lee might have been leading up to alcoholism. Fa said he talked to his son regularly about not drinking, but Fa admits that Lee would take 40oz bottles to his room & would sometimes steal Fa's gin. |

_J.O'Donnell, BS_
**Signature**

CC 0095

## COMMUNITY DIAGNOSTIC & TREATMENT CENTER

Ca. Name _Lee Moore, Jr_                                   Page _3_

| DATE | Collateral w/ fa Lee Moore, Sr |
|------|--------------------------------|
| 9-19-94 | Fa said that Lee had taken the gun from Fa's cabinet by going thru the back of the gun cabinet. Fa said that he thinks Lee might have taken it when Fa was out of town for a few days after Lee had been jumped. Fa said Lee was very shaken after having been robbed at gunpoint at Swifton. Fa said I told Fa he might know who did it, and Fa counseled his son to just forget about it and go on. Lee told Fa he would let it go, but later father found out (after murder) that Lee, Jr took two handguns out of gun cabinet, along with ammunition. |

_Judy O'Donnell, BS_
**Signature**

CC 0096

AGENCY
NAME COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

| | FOR USE WITH SERVICE CODE 50 ONLY SEE BACK OF FORM | | | | SERVICE DETAILS | | | |
|---|---|---|---|---|---|---|---|---|
| | LOCATION I. | CONTACT II. | ACTIVITY III. | CONTENT IV. | CODE AUX (COMM. SERV.) | STAFF CODE | SERV. CODE | UNITS | RECIP. NO. |
| A | | | | | | 6838 | 93 | .30 | |
| B | | | | | | | | . | |
| C | | | | | | | | . | |
| D | | | | | | | | . | |

ATE 09 , 19 , 94
  m m   d d   y y

NAME

CASE NUMBER 0 7 1 8 3

2 ☐ HOURLY       1 ☐ COMMUNITY/PREVENTION
3 ☐ DAY MEASURED  4 ☑ COURT DIAGNOSTIC

NO. OF CLIENTS FOR
BILLING PURPOSES:  1

| | PREVIOUS BALANCE | CHARGES | PAYMENT | NEW BALANCE | PAYMENT DATE |
|---|---|---|---|---|---|

| AGENCY | 41 | PROG. CENTER | 695 |

PROGRESS NOTES:

James Ray, friend of father,

Has known Lee, jr since Lee was 6 years old. The boy grew up w/ James Ray's grandson.

Mr. Ray said that as a boy the D was very bright and played well with the other kids.

He said the 2 Moore men & Mr Ray & his grandson would go boating, go to the park or play ball somewhere. He said Lee was no momma's boy, but he was really very polite, and always well behaved.

Mr. Ray said there was a change in D after he got robbed out at Swifton. The robbers took his jewelry, shoes & beeper. After that the D had to call his father to come & get him and was a little more quiet than usual. Mr. Ray said D never talked about doing anything about the boys who had jumped him.

Mr. Ray said he can't believe Lee did this, there must be more to it than we know.

STAFF
SIGNATURE(S)   J. O'Donnell, BS

CC 0097

HAMILTON COUNTY RESEARCH OPERATIONS
AND PROGRAM EVALUATION SYSTEM

**SERVICE TICKET**

**No.** 34727

AGENCY
NAME COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

| FOR USE WITH SERVICE CODE 50 ONLY SEE BACK OF FORM | | | | | SERVICE DETAILS | | | |
|---|---|---|---|---|---|---|---|---|
| | LOCATION I. | CONTACT II. | ACTIVITY III. | CONTENT IV. | CL. AUD. (COMM. SERV.) | STAFF CODE | SERV. CODE | UNITS | RECIP. NO. |

DATE 01 / 19 / 94
     m m   d d   y y

NAME Lee Edw Moore

| | LOCATION I. | CONTACT II. | ACTIVITY III. | CONTENT IV. | CL. AUD. (COMM. SERV.) | STAFF CODE | SERV. CODE | UNITS | RECIP. NO. |
|---|---|---|---|---|---|---|---|---|---|
| A | | | | | | 6838 | 23 | 0 | |
| B | | | | | | | | | |
| C | | | | | | | | | |
| D | | | | | | | | | |

CASE NUMBER 0 7 1 8 3

2 ☐ HOURLY        1 ☐ COMMUNITY/PREVENTION
3 ☐ DAY MEASURED  4 ☑ COURT DIAGNOSTIC

| PREVIOUS BALANCE | CHARGES | PAYMENT | NEW BALANCE | PAYMENT DATE |
|---|---|---|---|---|
| | | | | |

NO. OF CLIENTS FOR
BILLING PURPOSES: 1

| AGENCY | 41 | PROG. CENTER | 095 |
|---|---|---|---|

PROGRESS NOTES:

Collateral w/ juvenile probation officer
Pamela King @ 852-8747
    @ 236pm No Answer / No Machine

Left message @ Main desk for King
    632-8198 Voice mail.

CC 0098

STAFF
SIGNATURE(S) (A) McDonnell, PS    (B)    (C)    (D)

## COMMUNITY DIAGNOSTIC & TREATMENT CENTER

Case Name _Lee E Moore, Jr_                                        Page _(1)_

| DATE | |
|------|---|
| 9-19-94 | Left message for Chuck Stiddam to let him know that we had not rec'd records from him yet. @ 2pm |
| 9-19-94 | Tried to contact Wayne Neal @ 742-8392. According to Δ Mr. Neal was a mentor & friend. @ 2:15pm  NA |
| | Tried to contact Robt Hayden a childhood friend of Δ @ 151-3309. @ 2:16pm  NA |

_J. O'Donnell, BS_
Signature

CC 0099

## COMMUNITY DIAGNOSTIC & TREATMENT CENTER

Case Name  *Lee Moore*                                    Page  (1)

| DATE | |
|------|---|
| 9-19-94 @ 1pm | Collateral to Lee Moore, Sr. (Father) Robin Moore (Sr's grand daughter) answered the phone & said that Sr. would not be home for about 1hr. She took my name & # and said that she'd give it to Sr. |
| | |
| | Called again @ 3¹⁵pm |

Signature  *Jana O'Donnell BS*

CC 0100