**HAMILTON COUNTY RESEARCH OPERATIONS AND PROGRAM EVALUATION SYSTEM** — SERVICE TICKET — No. 34724

**AGENCY NAME:** COMMUNITY DIAGNOSTIC AND TREATMENT CENTER
**DATE:** 09 / 19 / 94
**NAME:** Lee Moore, Jr.
**CASE NUMBER:** 0 7 1 8 3

- 2 ☐ HOURLY
- 3 ☐ DAY MEASURED
- 1 ☐ COMMUNITY/PREVENTION
- 4 ☒ COURT DIAGNOSTIC

**NO. OF CLIENTS FOR BILLING PURPOSES:** 1

**SERVICE DETAILS:** STAFF CODE 6838, SERV. CODE 23, UNITS 50

**AGENCY** 41   **PROG. CENTER** 075

**PROGRESS NOTES:**

Collateral w/ Shirley McDaniel
family neighbor

Said they met the family in 1982 when they moved to Moore's neighborhood.

She said he was a polite, well behaved child, who played well with her children. She remembered that when Lee was in 5th grade another boy also named Lee (Cobb) who was a real bully in the neighborhood. Cobb would pick on ∆. Pushed ∆ off ∆'s bike. ∆ did not lash back.

On another occasion Cobb & his cousin Frank started to approach the ∆ but when Ms. McDaniel came out of her house the 2 boys changed directions.

She said ▓▓▓ (∆) went to church with family frequently, was in the house often with her family, played with her children, and played basketball with her husband & son pretty much daily.

She said Lee belonged to the group of "good boys" in the neighborhood and tried to stay away from the bad influences in the neighborhood.

**STAFF SIGNATURE(S):** J. O'Donnell, BS

CC 0101

COMMUNITY DIAGNOSTIC & TREATMENT CENTER

Case Name: Lee Edw Moore, Jr         Page: 2

| DATE | |
|---|---|
| 9-19-94 | cont. collateral w/ Ms McDaniel |
| | Supervision: |
| | Visitation w/ Fa every other weekend, but said Fa wasn't much of a good influence. Mrs. Moore complained to her neighbor that Fa didn't encourage her son. |
| | Ms however took him on vacations, participated in his daily activities, took him to church and encouraged him to play football when Lee explored that. Ms McDaniel said Mrs Moore kept a schedule of meals & chores for him daily and would come & get ∆ if he didn't show up on time for dinner, etc. Ms McDaniel said she never heard Lee be disrespectful to her or to his mother. She said he always kept his promises to |

_[signature]_, BS
Signature

**COMMUNITY DIAGNOSTIC & TREATMENT CENTER**

Case Name: Lee Moore, Jr          Page: 3

| DATE | |
|---|---|
| 9-19-94 | the younger kids, and could be counted on to behave responsibly around her younger kids. |
| | Ms. McDaniel was working with Δ's mother to make sure that there was always a ride to and from work to make sure that he could stay away from the Cobb boys. |
| | She described an event in her son's life where he was jumped on by a group of boys who picked him. Her son also turned rebellious for a period of time as though to prove how tough he is. |
| | She feels that if she felt Δ was a troubled child she wouldn't have let the Δ hang out w/ her child. |

J O'Donnell, BS
Signature

CC 0103

## COMMUNITY DIAGNOSTIC & TREATMENT CENTER

Case Name: Lee Moore, Jr.                              Page 4

| DATE | |
|---|---|
| 9-19-94 | Her husband spent a lot of time trying to guide Lee. After Lee got into trouble w/ the first car theft charges Mr. McDaniel's spoke to Lee about what trouble he got into & offered to help Lee stay out of trouble in the future. |
| | Last time she saw him was Oct or Nov of last year. He looked a lot different because of facial hair & build. But even then he was polite and said he couldn't stay because he had to cut grass for his mother before he could return to his father's house |

Signature: Jenny O'Donnell, BS

# HAMILTON COUNTY RESEARCH OPERATIONS AND PROGRAM EVALUATION SYSTEM

**SERVICE TICKET**  No. 34324

AGENCY NAME: COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

DATE: 09/17/94

NAME: Lee Moore

CASE NUMBER: 0 7 1 8 3

2 ☐ HOURLY
3 ☐ DAY MEASURED
1 ☐ COMMUNITY/PREVENTION
4 ☒ COURT DIAGNOSTIC

NO. OF CLIENTS FOR BILLING PURPOSES: 1

### FOR USE WITH SERVICE CODE 50 ONLY

| | LOCATION I. | CONTACT II. | ACTIVITY III. | CONTENT IV. | CL. ADJ. (COMM. SERV.) | STAFF CODE | SERV. CODE | UNITS | RECIP. NO. |
|---|---|---|---|---|---|---|---|---|---|
| A | | | | | | 2005 | 21 | 2.0 | |
| B | | | | | | 2005 | 26 | .5 | |
| C | | | | | | | | | |
| D | | | | | | | | | |

| PREVIOUS BALANCE | CHARGES | PAYMENT | NEW BALANCE | PAYMENT DATE |
|---|---|---|---|---|
| | | | | |

AGENCY 41   PROG. CENTER 095

### PROGRESS NOTES:

A. FTO? Act HCJC
   WAIS-R
   WMS
   Bender

B. Scoring

STAFF SIGNATURE(S): [signature]

CC 0105

# HAMILTON COUNTY RESEARCH OPERATIONS AND PROGRAM EVALUATION SYSTEM

**SERVICE TICKET**

**No. 34320**

**AGENCY NAME** COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

**DATE** 09 / 15 / 94

**NAME** Lee Moore

**CASE NUMBER** 6 7 1 8 3

2 ☐ HOURLY
3 ☐ DAY MEASURED
1 ☐ COMMUNITY/PREVENTION
4 ☑ COURT DIAGNOSTIC

**NO. OF CLIENTS FOR BILLING PURPOSES:** 1

### FOR USE WITH SERVICE CODE 50 ONLY

| | LOCATION I. | CONTACT II. | ACTIVITY III. | CONTENT IV. | CLIENT AUD. (COMM. SERV.) | STAFF CODE | SERV. CODE | UNITS | RECIP. NO. |
|---|---|---|---|---|---|---|---|---|---|
| A | | | | | | 2005 | 21 | 1.0 | |
| B | | | | | | | | | |
| C | | | | | | | | | |
| D | | | | | | | | | |

| PREVIOUS BALANCE | CHARGES | PAYMENT | NEW BALANCE | PAYMENT DATE |
|---|---|---|---|---|
| | | | | |

**AGENCY** 41  **PROG. CENTER** 095

**PROGRESS NOTES:**

FTF c A at HCJC —
Genogram — + some Family jargon hx

**STAFF SIGNATURE(S)** [signature] Morgan PhD

CC 0106

**COMMUNITY DIAGNOSTIC & TREATMENT CENTER**

Case Name: Lee Edw Moore                                             Page (1)

| DATE | MMPI Questions that he asked for definitions |
|---|---|
| 9-14-94 | "I'm a good mixer"    able to blend into a group |
| | "Drop the handkerchief"    Duck, Duck Goose |
| | "I am easily downed in an argument"    defeated |
| | "I like dramatics." "Is that like movies, drama?" |
| | "I've never indulged in any unusual sex practices — Are they talking about gay or something?" |
| | "I'm a condemned person"    hopeless, unrepairable |
| | "I brood a great deal"    worry |
| | "There was never a time in my life when I liked to play with dolls."    any kind of dolls |
| | "What is deportment?"    behavior |
| | |
| | △'s test taking attitude was one of deliberate carefulness. He seemed to consider each response carefully before responding. He asked early on if he should answer as life was before incarceration. He said that he would respond that way and would be consistent. Often times he would lay the pencil down and stretch, ex~~haling in~~ taking in a heavy sigh. |

Jeany O'Donnell, BS
Signature

CC 0107

# HAMILTON COUNTY RESEARCH OPERATIONS AND PROGRAM EVALUATION SYSTEM

## SERVICE TICKET

No. 34769

**AGENCY NAME** COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

**DATE** 09 / 14 / 94

**NAME** Lee Edwin Moore

**CASE NUMBER** 0783

- 2 ☐ HOURLY
- 3 ☐ DAY MEASURED
- 1 ☐ COMMUNITY/PREVENTION
- 4 ☒ COURT DIAGNOSTIC

**NO. OF CLIENTS FOR BILLING PURPOSES:** 1

### FOR USE WITH SERVICE CODE 50 ONLY

| | LOCATION I. | CONTACT II. | ACTIVITY III. | CONTENT IV. |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C | | | | |
| D | | | | |

### SERVICE DETAILS

| | STAFF CODE | SERV. CODE | UNITS | RECIP. NO. |
|---|---|---|---|---|
| A | 6838 | 25 | 2.50 | |
| B | | | | |
| C | | | | |
| D | | | | |

| PREVIOUS BALANCE | CHARGES | PAYMENT | NEW BALANCE | PAYMENT DATE |
|---|---|---|---|---|
| | | | | |

**AGENCY** 41   **PROG. CENTER** 095

### PROGRESS NOTES:

A: Administer MMPI to Lee Moore @ HCJC. Had him transported to MHU @ Back Room.

There were no interruptions. Testing continued from start of test to finish.

**STAFF SIGNATURE(S)** [A] J. O'Donnell, BS [B] [C] [D]

CC 0108

# HAMILTON COUNTY RESEARCH OPERATIONS AND PROGRAM EVALUATION SYSTEM

**SERVICE TICKET** No. 34703

**AGENCY NAME:** COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

**DATE:** 09 / 13 / 94

**NAME:** Lee E Moore

**CASE NUMBER:** 0 7 1 8 3

- 2 ☐ HOURLY
- 3 ☐ DAY MEASURED
- 1 ☐ COMMUNITY/PREVENTION
- 4 ☒ COURT DIAGNOSTIC

**NO. OF CLIENTS FOR BILLING PURPOSES:** 1

### SERVICE DETAILS

| | STAFF CODE | SERV. CODE | UNITS | RECIP. NO. |
|---|---|---|---|---|
| A | 6538 | 23 | .25 | |
| B | | | | |
| C | | | | |
| D | | | | |

AGENCY 41   PROG. CENTER 095

**PROGRESS NOTES:**

Call to Chuck Stidham
 @ 761-4929
 1-800-289-5635

Request Mitigation Records

Dave Stidham my phone # & name
CDTC address & arranged
for records
 (Hosp, school)

CC 0109

**STAFF SIGNATURE(S):** O'Donnell BS

**HAMILTON COUNTY RESEARCH OPERATIONS AND PROGRAM EVALUATION SYSTEM** — SERVICE TICKET — No. 34705

AGENCY NAME: COMMUNITY DIAGNOSTIC AND TREATMENT CENTER
DATE: 09 / 12 / 94
NAME: Lee E Moore
CASE NUMBER: 0 7 1 8 3

- 2 ☐ HOURLY
- 3 ☐ DAY MEASURED
- 1 ☐ COMMUNITY/PREVENTION
- 4 ☐ COURT DIAGNOSTIC

NO. OF CLIENTS FOR BILLING PURPOSES: 1

SERVICE DETAILS:
| STAFF CODE | SERV. CODE | UNITS | RECIP. NO. |
|---|---|---|---|
| 6838 | 23 | 1.00 | |

AGENCY 41  PROG. CENTER 095

**PROGRESS NOTES:**

Collat w/ ~~Betty~~ Beverly Parker, sister,
@ work 1pm      626-3525
Her call back to me @ 9:10 AM 9-14-94
She said in hindsight she thinks that he really struggled with his parents being divorced, but that's not enough for this. She said he wasn't a fighter or a playground bully when he was growing up. She did say she thought he got into some fights as a kid, but thought they were provoked by another kid.

As the oldest child Ms Parker felt that her brother was overprotected and when he got out into the world he fell into the wrong crowd. She said she suspected that he was "using a little weed and some alcohol" but she felt that it was a passing phase. She also was somewhat concerned about his juvenile contact but still felt that he was trying to exert his independence.

She said she was very surprised about this turn of events because he's not ever been loud, never aggressive

STAFF SIGNATURE(S): (A) H. O'Donnell, BS

CC 0110

## COMMUNITY DIAGNOSTIC & TREATMENT CENTER

Case Name: Lee E Moore          Page: 2

| DATE | |
|---|---|
| 9-19-94 | and never violent. She said it's not like him. He's the "more meek" type of person. |
| | She said she thinks he was suffering from depression from not being able to get into a work program, mother was putting pressure on him to get somewhere in his life. |
| | She said even though she thought he was using drugs (MJ or EtOH) he didn't ever exhibit any personality changes. There never was a point where she could say this is where it happened. |
| | The only change ~~group~~ she saw was after he'd gotten beaten up a couple of times at school. She said that he didn't change |

Signature: Jenny O'Donnell, BS

CC 0111

**COMMUNITY DIAGNOSTIC & TREATMENT CENTER**

Case Name: Lee E. Moore                                Page 3

| DATE | |
|---|---|
| 9-14-94 | outwardly. He later (recently) has told his family that he felt it necessary to belong to a crowd to protect himself. He got into the wrong crowd according to sister. |
| | Once he got into this crowd he started getting into trouble. He was held back in school & sister attributes it to his drug/Etoh use and skipping school. Then he was too old and was still in school. When he turned 18 he said he wouldn't go back to school. Mother said if you are dropping out of school you will live w/ your father. That's when mother gave up trying to marshal him. Father's reaction was to let Lee make his own decisions, and didn't control Lee. |

Jenny O'Donnell, BS
Signature

**COMMUNITY DIAGNOSTIC & TREATMENT CENTER**

Case Name: Lee E Moore                                               Page 9

| DATE | |
|---|---|
| 9-14-94 | Ms. Parker said she knows that Lee is a private person but she said she can't understand why he didn't go to any one of his many sisters for support. She said that he had open relationships w/ sisters on both her mother's side and his father's side. However she did make the point that there was no man for Lee to turn to, other than his father. And Ms Parker described Lee's father as "a lot like Lee." He is someone who keeps it all inside of him. |
| | Ms Parker could not find any reason that her brother should get to this point. She said "we aren't the Cosby's or the Waltons, but he never needed |

Signature: Jenny O'Donnell, BS

CC 0113

**COMMUNITY DIAGNOSTIC & TREATMENT CENTER**

Case Name: Lee E Moore       Page 5

| DATE | |
|---|---|
| 9-14-94 | or wanted for anything." She said though sometimes his mother was not at home when he came home from school it was because she was working, "not sitting on some barstool, he never had to go drag her home." |
| | She reported that when Lee was 14 he spent the night at Ms Parker's house. That night he snuck out after the family went to bed & Ms Parker realized it. So she locked her doors to make him awaken her when he ret'd. Instead he slept in her car that night. She confronted him in the AM & told him that if he was going to spend the night, & she was going to be responsible, she didn't want him leaving the house. If he couldn't |

Signature: J O'Donnell, BS

COMMUNITY DIAGNOSTIC & TREATMENT CENTER

Case Name: Lee E Moore                                   Page: 6

| DATE | |
|---|---|
| 9-14-94 | adhere to that rule he couldn't spend the night. He never talked back or became angry he just said OK in an apologetic manner, and never spent the night again. This is similar in pattern to what mother described his behaviors as when she repeatedly tried to contain him & eventually told him he couldn't stay in her home. |

J O'Donnell, BS
Signature

CC 0115

# HAMILTON COUNTY RESEARCH OPERATIONS AND PROGRAM EVALUATION SYSTEM

**SERVICE TICKET** No. 34313

**AGENCY NAME** COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

DATE 09/13/94

NAME Lee Moore

CASE NUMBER 07183

- 2 ☐ HOURLY
- 3 ☐ DAY MEASURED
- 1 ☐ COMMUNITY/PREVENTION
- 4 ☒ COURT DIAGNOSTIC

NO. OF CLIENTS FOR BILLING PURPOSES: 1

### SERVICE DETAILS

| | STAFF CODE | SERV. CODE | UNITS | RECIP. NO. |
|---|---|---|---|---|
| A | 205 | 21 | 1.5 | |
| B | | | | |
| C | | | | |
| D | | | | |

AGENCY 41  PROG. CENTER 095

**PROGRESS NOTES:**

Did ct interview for mitigation

STAFF SIGNATURE: [signature] PD

CC 0116

# HAMILTON COUNTY RESEARCH OPERATIONS AND PROGRAM EVALUATION SYSTEM

**SERVICE TICKET** No. 34158

**AGENCY NAME:** COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

**DATE:** 09 / 12 / 94

**NAME:** Lee Moore

**CASE NUMBER:** 0 7 1 8 3

- 2 ☐ HOURLY
- 3 ☐ DAY MEASURED
- 1 ☐ COMMUNITY/PREVENTION
- 4 ☒ COURT DIAGNOSTIC

**NO. OF CLIENTS FOR BILLING PURPOSES:** 1

### SERVICE DETAILS

| | STAFF CODE | SERV. CODE | UNITS | RECIP. NO. |
|---|---|---|---|---|
| A | 6838 | 21 | 1.25 | |
| B | 6838 | 23 | .60 | |
| C | | | | |
| D | | | | |

**AGENCY** 41  **PROG. CENTER** 095

**PROGRESS NOTES:**

a: face to face @ HCJC #2

b: Write 2nd ½ of IDAF

**STAFF SIGNATURE(S):** (A) O'Donnell, BS  (B) O'Donnell, BS

CC 0117

**HAMILTON COUNTY RESEARCH OPERATIONS AND PROGRAM EVALUATION SYSTEM** — SERVICE TICKET No. 34142

AGENCY NAME: COMMUNITY DIAGNOSTIC AND TREATMENT CENTER
DATE: 09/07/94
NAME: Lee Edw Moore
CASE NUMBER: 07183

- 2 ☐ HOURLY
- 3 ☐ DAY MEASURED
- 1 ☐ COMMUNITY/PREVENTION
- 4 ☑ COURT DIAGNOSTIC

NO. OF CLIENTS FOR BILLING PURPOSES: 1

SERVICE DETAILS:
- STAFF CODE: 6838
- SERV. CODE: 23
- UNITS: .75

AGENCY: 41  PROG. CENTER: 095

**PROGRESS NOTES:**

Call from Pros. MARK PIEPMEIR

Crime itself was Jan 14 '93 MELVIN OLINGER - victim
Kidnapping — Man in Cinti
Agg'd Robbery — for a funeral
Agg Murder — visiting from Illinois
gun specs

Lee Moore & Holmes confronted Olinger @ bar @ gun pt told Olinger to get into car then went behind bldg told victim to get into trunk. Drove to home of Larry Kinley where they bragged about kidnapping to Kinley.

Holmes & Moore showed off victim to 3rd boy Kinley. Holmes got out & stayed @ Kinley's house.

Kinley & Moore described talking to each other and about where to put victim's body.

Go down to Beekman St and told V to get out of trunk. Moore admits to shooting V. Then Moore searched body & found wallet. Taken wallet, Moore said "He's got a Jeanie Card & I forgot to get his pin #."

Early next AM go to JC Penney using credit cards buy $1400 worth of jewelry @ 2 different JC Penneys.

Even went to credit office to get credit limit exceeded

CC 0118

STAFF SIGNATURE(S): [signature]

**COMMUNITY DIAGNOSTIC & TREATMENT CENTER**

Case Name: Lee Edw Moore                                Page 2

| DATE | |
|---|---|
| 9-7-94 | extended. |
| | Security Gaurd followed them out of JC Penney, saw boys get into car w/ OH LP and wrote down license plates. The license plates were registered to Lee Moore, but put onto Melvin Ohlinger's Ford Taurus. |
| | Lee Moore admitted he was the triggerman and that he'd bought the jewelry (signed the vouchers, etc.) in his confession to police. |
| Investigating Police | Dave Feldhaus w/ Cinti Homicide Sgt Ed Roberts of Fairfield Police |
| | The jewelry was recovered. One of the chains was given to girlfriend. He was wearing the clothing & some gold chains. |

Signature: [signed] _____, BS

**COMMUNITY DIAGNOSTIC & TREATMENT CENTER**

Case Name: Lee Edw Moore                                    Page 3

| DATE | |
|---|---|
| 9-7-94 | Moore admitted to detectives that they went to Fairfield because they thought the police were not as good as in Cinti. They were also looking for a guy from out of state because they thought it would take longer to report this guy missing. |
| | They took the Illinois plates off of victim's car & put Moore's plates on it because they thought police would be looking for a Taurus w/ Illinois plates, not w/ OH plates. |
| | Piepmeier feels this is a very strong case. He laid out the sequence of events and felt they'd been somewhat thought out by the defendants in order to elude police and still get a new car. |

Signature: Jenny O'Donnell, BS

CC 0120