COMMUNITY DIAGNOSTIC & TREATMENT CENTER

Case Name _Lee Edw Moore_          Page _4_

| DATE | |
|------|--|
| 9-7-94 | Co-Defendants |
| | Jason Holmes |
| | went to trial, found guilty of all 3 charges. Sentenced already. |
| | Larry Kinley |
| | plead guilty |
| | * Has offered to talk in Moore's trial. |
| | No sentencing yet. |
| | |
| | *Piepmeier said it may not be necessary for Kinley to talk as a witness or part of a deal. |
| | |
| | Moore did Say @ one point in confession that victim turned toward Moore, and that was when Moore shot him. ~~Piepmeier~~ said Moore did not indicate any threat from victim. |

Jenny O'Donnell, BS
Signature

CC 0121

HAMILTON COUNTY RESEARCH OPERATIONS
AND PROGRAM EVALUATION SYSTEM

**SERVICE TICKET**

**No. 34138**

AGENCY NAME: COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

| | FOR USE WITH SERVICE CODE 50 ONLY SEE BACK OF FORM | | | | CLIENT AUD. (COMM. SERV.) | SERVICE DETAILS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | LOCATION I. | CONTACT II. | ACTIVITY III. | CONTENT IV. | | STAFF CODE | SERV. CODE | UNITS | RECIP. NO. |
| A | | | | | | 6838 | 23 | 1.00 | |
| B | | | | | | | | • | |
| C | | | | | | | | • | |
| D | | | | | | | | • | |

DATE: 09 / 06 / 94 (mm dd yy)

NAME: Lee E. Moore

CASE NUMBER: 0 7 1 8 3

2 ☐ HOURLY    1 ☐ COMMUNITY/PREVENTION
3 ☐ DAY MEASURED    4 ☑ COURT DIAGNOSTIC

NO. OF CLIENTS FOR BILLING PURPOSES: 1

| | PREVIOUS BALANCE | CHARGES | PAYMENT | NEW BALANCE | PAYMENT DATE |
|---|---|---|---|---|---|
| | | | | | |

| AGENCY | 41 | PROG. CENTER | 095 |
|---|---|---|---|

PROGRESS NOTES:

Collateral w/ G Moore, Mo.

Ms. Moore said that she & ∆'s husband separated & started divorce proceedings after many separations. She said that in 1980 her husband decided he wanted out. Ms. Moore said that ∆ never really saw any of the arguing. He didn't see any physical violence that she knows of.

She always thought that "Lee had a really good childhood," until Lee told her recently that she didn't know what kind of childhood he had. He wrote her a long letter about how he was treated poorly as a child going & coming from school. She said he told her that he was being abused physically by a boy named Lee Cobb from about 1986 on. Cobb was a year older than ∆. Cobb was always picking on lots of kids. Ms. Moore tried to talk to the parents of Cobb and Ms Cobb wouldn't discipline her child.

When ∆ worked @ Krogers, Lee Cobb attacked ∆, broke ∆'s hands and took ∆'s house keys. ∆ had been carrying brass knuckles to protect himself against Lee Cobb. That's when her son got into his first trouble.

Right after that he got into more

1/2

STAFF SIGNATURE(S): (A) O'Donnell (B) BS    (C)    (D)

CC 0122

## COMMUNITY DIAGNOSTIC & TREATMENT CENTER

Case Name _Lee Edward Moore_                                    Page __2__

| DATE | |
|------|---|
| 9-6-94 | trouble. Went with 2 other kids and tried to steal a car. Then while under house arrest 2 kids stole a van and came to Δ's house and picked him up to go joy riding. |
| | Soon after that she sent him to live with her ex-husband. She felt that he needed a man with a firm hand. That's not what he got at his father's house. |
| | She said she raised him in a good Christian home, she tried to intervene when he got into trouble and now he tells her that he was ridiculed because she intervened. |
| | She said that they had nice things because she worked @ GM |

_Jenny O'Donnell, BS_
Signature

CC 0123

COMMUNITY DIAGNOSTIC & TREATMENT CENTER

Case Name _Lee E Moore_____          Page___3___

| DATE | |
|------|---|
| 9-6-94 | for 22 years. She never made him pay rent, she insisted that he get jobs and pay for his own extras. She said he used to show her a lot of respect and responsibility.  She said that the week before the crime was committed he asked her again to ~~~~ allow him to come back to her house. One time while living with Ya def got robbed, felt he wasn't getting support from father and wanted to go back to mother.  She said she doesn't know when the drinking and marijuana started. She only knew that the school started calling everyday and she would talk to him daily about what was going on with him. He would deny to her that there was any |

_J. O'Donnell, BS_
Signature

CC 0124

COMMUNITY DIAGNOSTIC & TREATMENT CENTER

Client Name _Lee Edward Moore_                                    Page _4_

| DATE | Collateral w/ Mother. |
|------|------------------------|
| 9-6-94 | problem. He denied having a drug or alcohol problem. She tried sending him to Dr. Schwartz, but said that that was no help. She felt that Schwartz would not work with her, and that only upset her more. |
| | Finally Δ had been out for 3 days & nights. She finally said thats the last straw; she sent him to his father's. |
| | She said for 2½ years she put up w/ his behavior by talking to him, begging him to tell her what was wrong, what she could do to change it, what he needed, etc. He would say "Momma you are right, I won't get in any more trouble." Then he would go right back out. |

_Jenny O'Donnell, BS_
Signature

CC 0125

COMMUNITY DIAGNOSTIC & TREATMENT CENTER

Case Name _Lee Edw Moore_                    Page _5_

| DATE | |
|------|--|
| 9-6-94 | She said that though he was an unplanned pregnancy she was thrilled to be pregnant. ~~Although~~ She was 39 years old and had a healthy baby @ 40 years old. He is her 1st son & 4th child. Her husband at the time was "weak." He wasn't there for the children he'd had before and wasn't there for this son. She did not speak as though she blamed her husband and even said she knows that it's not all his fault. She said she thinks that the 2 years her son lived with her husband he was completely unsupervised and had no guidance at all. She said she spoke to her son only one week before the shooting about getting a job, stopping the drinking and then she'd allow him to return to her house. |

Jenny O'Donnell, BS
Signature

## COMMUNITY DIAGNOSTIC & TREATMENT CENTER

Case Name _Lee E Moore_                                          Page_ 6 _

| DATE | |
|---|---|
| 9-6-94 | She said she'd had her dgtrs talk to him about it and he was always very respectful and told her that he really wanted to come back. She was not heartened by this however because this was his usual response to her talks and she didn't believe that this time would be any different. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Signature

**COMMUNITY DIAGNOSTIC & TREATMENT CENTER**

Case Name _Lee Edward Moore_                                    Page _(1)_

| DATE | |
|------|---|
| 9-6-94 | Call to Mark Piepmeir left message for return call. |
| | |
| 9-6-94 | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

_Mary O'Donnell, BS_
Signature

HAMILTON COUNTY RESEARCH OPERATIONS
AND PROGRAM EVALUATION SYSTEM

**SERVICE TICKET**

**No.** 34137

AGENCY
NAME  COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

| | FOR USE WITH SERVICE CODE 50 ONLY SEE BACK OF FORM | | | | CLI. AUD. (COMM. SERV.) | SERVICE DETAILS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | LOCATION I. | CONTACT II. | ACTIVITY III. | CONTENT IV. | | STAFF CODE | SERV. CODE | UNITS | RECIP. NO. |
| A | | | | | | 6538 | 73 | .20 | |
| B | | | | | | | | . | |
| C | | | | | | | | . | |
| D | | | | | | | | . | |

DATE  09 / 06 / 94
      m m   d d   y y

NAME  Lee Edwin Moore

CASE NUMBER  0 7 1 8 3

2 ☐ HOURLY            1 ☐ COMMUNITY/PREVENTION
3 ☐ DAY MEASURED      4 ☑ COURT DIAGNOSTIC

NO. OF CLIENTS FOR
BILLING PURPOSES:  1

| PREVIOUS BALANCE | CHARGES | PAYMENT | NEW BALANCE | PAYMENT DATE |
|---|---|---|---|---|
| | | | | |

| AGENCY | 41 | PROG. CENTER | 095 |
|---|---|---|---|

PROGRESS NOTES:

Collateral w/Mo. Georgia Moore

   She was able to give me the names of
the hospitals that Lee had been to
as a child, but asked that she
be allowed to call me back after
the furnace service men left her
home.

CC 0129

STAFF
SIGNATURE(S)  A) McDonald, BS   B)   C)   D)

**HAMILTON COUNTY RESEARCH OPERATIONS AND PROGRAM EVALUATION SYSTEM**

SERVICE TICKET

No. 34135

AGENCY NAME: COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

DATE: 09 / 06 / 94

NAME: Lee E. Moore

CASE NUMBER: 0 7 5 3

2 ☐ HOURLY  1 ☐ COMMUNITY/PREVENTION
3 ☐ DAY MEASURED  4 ☑ COURT DIAGNOSTIC

NO. OF CLIENTS FOR BILLING PURPOSES: 1

FOR USE WITH SERVICE CODE 50 ONLY

| | LOCATION I. | CONTACT II. | ACTIVITY III. | CONTENT IV. | STAFF CODE | SERV. CODE | UNITS | RECIP. NO. |
|---|---|---|---|---|---|---|---|---|
| A | | | | | 6838 | 23 | .40 | |
| B | | | | | | | | |
| C | | | | | | | | |
| D | | | | | | | | |

| | PREVIOUS BALANCE | CHARGES | PAYMENT | NEW BALANCE | PAYMENT DATE |
|---|---|---|---|---|---|
| AGENCY 41 | | | | | |
| PROG. CENTER 05 | | | | | |

PROGRESS NOTES:

Collateral w/ Dan James

One area of mitigation is that △ was living w/ mo alone until 16 or 17.

Mo took a tight line, mo couldn't handle him and sent boy to live w/ fa.

Atty said when △ went to live w/ fa fa wasn't as tight reined as mo.

"wants to be the big man", no $, no car.

△ atty said the other 2 kids are "hard" Maybe a little more street wise than Lee was. Lee made an extensive confession that says "the gun went off, the man came at him and he doesn't know but the gun went off."

Initially △ told atty that the other kids were egging him on. The other 2 kids were much more cold-blooded, and "maybe convinced △ to do it."
There is certainly evidence that he was drinking and smoking MJ @ the time.

CC 0130

Dan James will get back to us w/ further documentation.
He did say family has been actively

STAFF SIGNATURE(S): J. O'Donnell, BS

HAMILTON COUNTY RESEARCH OPERATIONS
AND PROGRAM EVALUATION SYSTEM

**SERVICE TICKET**

**No.** 34136

AGENCY
NAME  COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

DATE  09 , 06 , 94
          m      d d      y y

NAME  Lee E Moore

CASE NUMBER  0 7 1 8 3

2 ☐ HOURLY            1 ☐ COMMUNITY/PREVENTION
3 ☐ DAY MEASURED      4 ☑ COURT DIAGNOSTIC

NO. OF CLIENTS FOR
BILLING PURPOSES:  1

| FOR USE WITH SERVICE CODE 50 ONLY SEE BACK OF FORM | | | | CLIL. AUD. (COMM. SERV.) | SERVICE DETAILS | | | |
|---|---|---|---|---|---|---|---|---|
| LOCATION I. | CONTACT II. | ACTIVITY III. | CONTENT IV. | | STAFF CODE | SERV. CODE | UNITS | RECIP. NO. |
| A | | | | | | | | |
| B | | | | | | | | |
| C | | | | | | | | |
| D | | | | | | | | |

| | PREVIOUS BALANCE | CHARGES | PAYMENT | NEW BALANCE | PAYMENT DATE |
|---|---|---|---|---|---|
| | | | | | |

| AGENCY | 41 | PROG. CENTER | |
|---|---|---|---|

PROGRESS NOTES:

involved in case from the start.
The family recognizes that ∆ did
commit the crimes but does not
want to see ∆ get the electric
chair.
∆ is cooperative w/ atty. He has
expressed remorse to police, family
and others.

                    Collateral from ∆ atty.
                    Dan James

Page 2

STAFF
SIGNATURE(S)  J O'Donnell, BS

CC 0131

Case 1:00-cv-00508-SJD Document 45-7 Filed 08/08/2005 Page 12 of 20

HAMILTON COUNTY RESEARCH OPERATIONS
AND PROGRAM EVALUATION SYST

**SERVICE TICKET**

**No.** 34129

AGENCY
NAME COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

DATE 9 / 1 / 94
          m m   d d   y y

NAME Lee E. Moore

CASE NUMBER U 7 1 8 3

2 ☐ HOURLY
3 ☐ DAY MEASURED
1 ☐ COMMUNITY/PREVENTION
4 ☑ COURT DIAGNOSTIC

NO. OF CLIENTS FOR
BILLING PURPOSES: 1

| | FOR USE WITH SERVICE CODE 50 ONLY SEE BACK OF FORM | | | | CLIENT AUD (COMM. SERV.) | SERVICE DETAILS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | LOCATION I. | CONTACT II. | ACTIVITY III. | CONTENT IV. | | STAFF CODE | SERV. CODE | UNITS | RECIP. NO. |
| A | | | | | | 6838 | 21 | 1.40 | |
| B | | | | | | | | | |
| C | | | | | | | | | |
| D | | | | | | | | | |

| PREVIOUS BALANCE | CHARGES | PAYMENT | NEW BALANCE | PAYMENT DATE |
|---|---|---|---|---|
| | | | | |

| AGENCY | 41 | PROG. CENTER | 095 |
|---|---|---|---|

PROGRESS NOTES:

A: FACE TO FACE #1 @ HCJC

CC 0132

STAFF
SIGNATURE(S) A Nancy O'Donnell, BS   B   C   D

1

Moore, Lee                                    POSSIBLE areas of concern: self esteem, depression

Psychological report by Terry Schwartz, Psy.D – Conduct D/O – saw him approx. every
week stated that Lee would not open up to him therefore he terminated.?????

School records Mt. Healthy -- C's and D's and F's
                withdrew in January 1993 - moving into the Woodward school district
                withdrawal dated for my 1992 so Lee could work full time
                expulsion in April 1991 9th grade

                        Initial Meeting with friends and family
POSITIVE
High amount of Family support
Feels close to his mother
Reported regular contact with father
Had positive peer influences

                                    20 clothing/well dressed

NEGATIVE
Family reports child "abused" by peers on the bus
          picked on from the 5th grade on
Prior to moving in with Lee Moore Sr. - poblems in school with truancy, low grades,
          poor peer relations, oppositional to his mother
Mother reported that she could not control Lee and sent him to live with his father at the
          age of 18,  mother was the promary caretaker up to the point of moving in wiht
          his father (REJECTION BY MOTHER - NO INDIVIDUATION)   ?
Substance Abuse - both alcohol and marijuana - possibly beginning around the age of
          15 or 16
Peer group engaged in sexual acting out

CRIMINAL Hx
1) assault on the bus with a set of brass knuckles - resulted from being attacked himself
          on the bus (?)
2) Stolen auto - probation    92  Butler
3) Trafficking or possesion of marijuana approx. age 17 –

**Lee Moore, Sr., Betty, Verdena (sister) Erik, (cousin)**
          (dad could not state child's birth date, had to ask wife.  could not clearly recall
          the developmental milestones, did not give detailed history of Lee as a child
          while he was with the family)  ( Erik andLee used to be close)
          1. Dad received letter from Lee, (have copy)
          2. Stated that Lee began school at age of 4 or

CC 0133

2

    a. went to a private school because Mom wanted him too

    b. both parents worked through school years, had babysitters watch Lee while they at work

    c. Lee failed either 3 or 4 grade ( dad could not remember)

    d. school was Central Baptist

    e. Lee began at Mt. Healthy around the 3 or 4 grade because he had failed that greade and mom did not want to waste the money if he were not going to pass his classes.  (dad seemed to isplay indifference to this, seemed to want to subtley blame mom for the school change) Central was expensive because it was private

    f. seemed to recall that during the 5 and 6 grade Lee seemed to do ok.

3. Mom did most of the discipline - spanking with hand and sometimes with a belt

4. reported that Lee did drugs and alcohol around tha age of 17 or 18, felt that Lee was doing some selling also (Erik) Lee sucomed to peer pressure in this area because he wanted to be accepted - LEE DID NOT KNOW HOW TO ADEQUATELY MAKE FRIENDS NOR HOW TO DEAL WITH THE ACCEPTANCE OF THE FRIENDS HE DID MAKE - SOCIALLY AWKWARD (?)

5. (Erik) Lee knew that the lifestyle that he was leading was wrong, but he did it anyway

6. (Erik and Dad) Lee did not seem to see things realistically, nor did he stop to fully consider the consequences of his actions

7. (dad) at 18 applied to Job Corps but was not accepted because of his past criminal history

8. (dad) 17 caught using drugs, unclear of the exact charge initially, could have been trafficking, however, the final charge was either possesion or use

9. (Erik and dad) Lee mood was silly when he was high

10. (dad) when Lee angry he usually slammed doors and went off in a huff

11. (Erik) Lee's behavior seemed right in line with the rest of the group he seemed to be no different nor display any other type of negative behavior

12. (group) Lee was talkative, smart, seemed to have normal cildhood

13. AROUND THE AGE OF 17 BEHAVIOR DETERIORATED -- Around this point in time Lee was jumped and this seemed to have an adverse effect on him

14. (Erik) Lee wanted money - always wanted the easy way - Lee probably never intended to use the gun - may have wanted to use the gun to scare - he probably scared and did not what to do  - Lee always very panicky (nervous, jumpy) when he was scared  (WHY WAS THE GUN LOADED THEN?)

15. (Erik) Lee always saw the worst or negative side of things, never saw that there was positive ways out or that there was help available

16. Lee has been robbed - jumped X2 - one time a gun wa held to his head and they threatened to kill him (was the last incident - Lee 19) took his gold chain, shoes and hooded sweatshirt - THE SAME THINGS THAT LEE PURCHASED WITH THE

CC 0134

3

CREDIT CARDS!!

   17. (Erik) Mt. healthy friends were the type who always wanted to be better or seem better thatn other people, however they were not into violence or negative things

   18. (Erik) Lee always a big risk taker, never though that he would get caught - always had things figuered out so that he would not get into trouble

   19. (Erik) the robbery part of the crime was probably pre-meditated - Lee liked nice cars, wanted one - Olinger had a nice car.

   20. (Erik) prior to the robbery and murder, Lee and his friends had gone out for some time looking for possible robbery victims, unclear whether this was the planning stages or whether they were just having fun, they would talk and plan how to commit the robbery, however they never actually robbed anyone before mr. Olinger

      a. (Erik) BECAUSE LEE WAS ROBBED AT GUNPOINT AND IT HAD HIM SCARED AND WORKED ON HIM HE MAY HAVE THOUGHT THAT THIS WAS THE BEST AND QUICKEST WAY TO COMMIT THE ACT OF ROBBERY AND LEAVE SOMEONE VERY SCARED AND UNABLE TO DEFEND THEMSELVES

MARRIAGE OF LEE MOORE SR AND GEORGIA MOORE (ACCORDING TO LEE SR)
   1. characterized as bad marriage - many arguments over money, cars, clothes
   2. Georgia stong willed
   3. no drugs in the marriage, osme alcohol use dad claims recrational, no real alcohol abuse
   4. Lee used to sneak the beer into the home however when he was finished he woul leave the bottle out in the open to be discovered - used to sneak beer in frequently (drank 40 ozs. ?) Betty would yell at Lee when he brought the beer in the home, dad told him to drink it outside the home
   5. divorced when Lee was 6
   6. both parents worked - Georgia - 8 hrs/day
                                    Lee sr. - building and remodeling about 12 hrs/day
                                            - last year of marriage worked for city 8 hrs/day
   7. babysitters took care of Lee

LIFE HX OF LEE SR.

   1. Born in Birmingham Ala.
   2. Moved to Cincinnati when a baby
   3. Mother died when he 7
   4. Siblings were left in Ala. with the grandparents
   5. Mother may have had a slow death of cancer
   6. Father sent Lee Sr. to live with his grandmother when he was 8 (1936)
   7. Age 17 moved back to Cinci with his father - started working then
   8. Siblings movedto Cinci about 2 years later
   9. Age 18 enlisted in the army

CC 0135

4

10. [described the south at the time as very bad - wouldn't say much more, did not give much detail]

11. married Betty, then met Georgia, left Betty to marry Georgia, then left Georgia to remarry Betty.

12. Divorced when Lee Jr. was 6

13. visitation was e.o. weekend and one month or so in the summer

14. Lee Sr. filed for divorce - reports that they had lost respect for each other

15. Betty and Lee: we gave Lee everything that he wanted when he was little

16. Betty: I used to help him with his homework and was a mother to him when he was here

17. Betty and Lee: Georgia may have felt threatened by Betty as a mother as they report that sometime after the divorce, Georgia called and told them that Lee did not need another mother

18. Betty: I THEN DID NOT DO ANYTHING FOR HIM WHEN HE CAME OVER OTHER THAN THE BASICS, FED HIM DID HIS LAUNDRY. I SHOWED HIM VERY LITTLE IF ANY AFFECTION OR SUPPORT AFTER THAT. THERE MAY OR MAY NOT HAVE BEEN ANY EMOTIONAL ATTACHMENT FORM LEE OR MYSELF AFTER THAT.

19. Betty and Lee: Lee was active a child, always on the move

20. Never remember Lee ever really talking about having any type of goal - like children usually do, ie doctor, fireman, police, etc.

21. Lee: ther were some father son times together [he could not recall these nor how often or intense they were]

22. Betty and Lee: Georgia as a mom;
    a. she wanted Lee all to herself
    b. she verly protective
    c. sheltered him alot
    d. when Lee was a child he was not aloud to leave the yard
    e. she was alwyas very close and watching him
    f. she spanked him or whipped him "upside his head" - even when he was older
    g. Georgia would take Lee's paycheck when he was working and use the money as she saw fit for him ie to buy clothes etc. - instead of allowing him to make his own desicion about his money
    h. Lee: {on why Lee had trouble holding a job} Lee may have felt why work, I'm not going to have a say in my money anyway

23. When Kee came to live with dad and Betty they allowed him t decizde what to do with his money - asid from charging him room and board {about $100}

24. Georgia sent Lee to live with them because he was getting out of hand

**Georgia Moore**

[Black men are weak and they are not very masculine, Georgia wanted Lee Jr. to be his

CC 0136

5

own man and not be like other blck men or his father, she also did not want him blaming other people for the plight of the black community, she wanted him to be independent and successful!!!!! - according to Georgia]

MARRIAGE OF LEE SR. AND GEORGIA

1. Married in 1966
2. Met in 1963 in a bar
3. lee Sr. was married when they met, because of this she would not get involved, didn't see each other for about 2 years
3. {Georgia has been involved with a married man before
4. Georgia had been married once before
5. Lee Sr.:
    a. he is a womanizer and he likes hanging out with the "boys"
    b. she feels that he may be an alcoholic as she stated that he drank pretty much and pretty often - he drank every day - Scotch, 2 or 3 in the evening and that he seemed to hold his alcohol well - she reports that he used to stop at a bar every night on his way home from work
    c. she reports that his family drank aften also
    d. claims that Lee Sr. brother died at the age of 48 of psirohsis of the liver
    e. she feels that Lee Sr. in denial of the problem
    f. she reports taht for some period of time that Lee Sr. brother lived with the family [however this did not seem to be very important]
    g. he always worked and he worked long hours
6. Reports that she and Lee Sr. had split up many times before thaty were actually divorced - there was one other occasion when there had been a filing for divorce - never went through as she reports that they wanted to make the marriage work
7. She described herself as talkative nad omesticated, she described Lee Sr. as quiet
8. [She reports that Lee Sr. was abusive in his behavior]
9. Lee Sr. not there as father for Lee
10. [referred to Betty several time as "that woman"]
11. Several "complaints" - they never took Lee for haircuats or such if she asked them to, Lee Sr. would not carry Lee on his insurance when she was unemployed
12. G wanted Lee to go to a private school -Central Bartist- Lee attended here unto the 4 grade when he was failed, she stated that she told Lee that she was not sending him back to Central because she could not afford to send him there if he was going to fail -WHY DID HE FAIL THE FOURTH GRADE=DIVORCE?
13. Lee Sr. paid child support and several extra things if Georgia asked him in such that she almost made him feel guilty, however the money always came through the court.
14. She reports that there were off and on breakups with Lee Sr. and when they did break up that Lee Sr. would take things out of the house, ie furniture which she

CC 0137

6

would have to replace

    15. 1971 Lee Sr. filed for divorce - G "swears" that she not know to this day why he filed for divorce, she reports that she wanted the marriage to work

    16. She reports that Lee had several affairs.  She also reported that they both saw other people during the times when they were seperated

        a. Lee Sr. has other children: Lee Jr.; a son from a an affair; and two daughters from a thrid marriage

## HX OF GEORGIA MOORE

    1.Mother was born in Mississippi, and Father born in Arkansas

        a. father was adopted - his parents weren't very "good" - they kept him out of school, however he wanted to get ahead and make something of himself so he went to night school.

    2. G born in Memphis in 1934 moved to Cinci when she around the age of 5

    3. FAther was a contractor he then opened a delicatessan, her mother ran the stroe and the children worke din the store, they were given a salary for working in the store

    4. Ghas two sisters

    5. As a child they went to church, Sunday school, evening youth groups

    6. AS CHILD SHE HAD TO STAY IN THE YARD, THEY WERE NOT ALLWOED OUT OF THE YARD

    7. Reports that her father was successful

    8. She went ot Hughes HS, one sister went to a catholic school and her other sister went a third school, they wer allowed to go to whatever school they wanted as she reports that her father wanted them to get a good education should they ever be on their own

    9. Reports taht she has sister married to a minister and one of her nephews is a deacon

    10. Does not remeber ever being punished much, says they were not very "bad" girls

    11. Describes upbringing as good

    12. Reports that she transferred to Woodward HS around the 10 or 11 grade and that is where she met her first husband, she also did not finish HS

        a. reports that she did not graduate, however she did finish with a vocational school

    13. Children: Beverly is from first husband;  Jackie and Robin were form the same father, a man she lived with prior to Lee Sr., he relocated, however she wanted to stay in Cinci, she reports taht this relationship was good.  Her first husband went into the military and they did not seem to be ready to be married, she reports it was an amicable breakup.

    14. Reports she began work at General Motors in 1965, she worked there for 22

CC 0138

7

years as a secretary, took early retirement.  She then went to Standard Textile for the last seven years as a receptionist

~~15. Wehn Lee was born~~ she took 8 months off work, she felt that she had to get back to work because she had three daughters to support  and she wanted nice things for her children(reports that she did not feel that Lee Sr. should be required to help with the girls because they weren't his)

16. G was 40 when she had Lee

17. She ahd thought about breaking up with Lee Sr. before she found out that she was pregnant - after she found about the pregnancy she wnated to try to work the marriage out

18. G reported that she had wanted to change Lee Sr.
 a. described him as a weak man - G says she has no respect for Lee Sr. - Betty lets him run around and do his own thing, provides no limits or structure

19. Reports that Lee Sr. gave Lee everything that he wanted, she feels he did this out of guilt

LEE JR AS A CHILD

1. Lee was a chatterbox

2. Lee always had the hope that his parents would get back together again

3. Lee Sr. was not a father to Lee, he did none of the disciplining, according to G he wanted to be friends more than anything else

4. After the divorce Lee Sr. would assist with $ for Xmas, school, Easter, B-day - she reports that whatever Lee Sr. did for Lee monetarily she either matched

5. Reports that Lee may have been spoiled, as she alsways wanted a boy and may have overly paid attnetion to him

6. G reports that she raised Lee as she herself was raised, the same way
 a. kept all of the children close to her
 b. alsways kept an eye on Lee

7. Discipline was a spanking on the behind with a comb or belt sometimes

8. Started school around the age of 4 - Central Baptist

RELIGION IS VERY IMPORTANT TO G

9. Reports taht Lee went to a speech therapist, however she reports that she at this time is unsure of the reason

10. Reports taht she feels that Lee could do wll if he wanted, he never wanted to study
 a. says that he did have some problems with math

11. Reports that Lee failed the 4 grade, she feels that this was due mostly to the divorce

12. G could not afford Central, she let Lee know that since he was not putting forth the effort and the cost was os hight that she was trnsferring him to another school
 a. G repoprts that Lee Sr. did not assist with tuition to Central

13. Lee attended Rex Ralph(?) - Mt  Healthy - 4 thru 6

14. Lee attended South Jr. High - Mt Healthy - 7 and 8

CC 0139

8

15. G reports that around the fifth grade a boy moved into the neighborhood who used to regularly abuse Lee - at school, on the bus and at home - the boy lived behind and two doors down from G

    a. G reports that this went on all the way into and through high school

16. Problems began around the age of 16.

17. Around age of 18 Lee would disappear for days at a time

    a. drinking, screwing, drugs

18. Lee attempted to steal a car at the age of 17 in Fairfield

19. Lee met Shotandra at the age of 17 - G reports that she felt that she was very good for Lee

20. G reports that black families are very matriarchal - Thererfore Lee never did have a very good male role model of masculine strength

    a. G wanted Lee to be a very strong male - unlike her x-husband

    b. G wanted Lee to be like her father

    (SEEMS THAT G MAY HAVE BEEN LOOKING FOR THAT FATHER FIGURE OR THAT MALE TO TAKE CARE OF HER)

21. Lee got a job at Kroger at age 16 - G got him this job

22. Lee seemed to gravitate toward anything that would upset G - this was as he grew up

23. G reports that Lee Sr. would not support her int the care of Lee - she stated taht Lee Sr. was of the same ilk as she felt that he was concerned with the women and being accepted in the streets by his friends

24. G reports that Lee was high at times on 40 oz.'s (COLT 45)

25. Mt. Healthy (approx. 16):

    a. skipping school, attending for only a half day

    b. G did not know his friends

    c. Lee never talked back or yelled at her when she was disciplinig him

26. Lee always would acknowledge that he had done something wrong - however he would state that he just could not help himself

27. G reported that while she was at work, Lee would have friends over and she felt that they were stealing things from her as there would be things missing when she returned

    a. Lee always stuck up for his friends

    b. Lee had money - even when he not working - she never knew where he wasw getting it. She reported that she did not think that it was Lee who was taking things from the house sometimes or selling them.

28. G called Emerson North hospital when Lee was about 17 for help - he not seen because her insurance would not cover it. That is how she got hooked up with Schwartz.

**Georgia, Beverly, Jackie**
QUESTIONS FROM PREVIOUS VISITS:

CC 0140