Olinger   -4-

COPY-NUMBER 2

4 1/4 inches, and posteriorly a distance of 1/2 inch. There is no singeing of the hair over the wound and no smoke or powder deposit is visible within the margins of the wound.

A bullet exit wound is located in the left parietal scalp with the center of the perforation located 4 inches directly above the left external auditory meatus. The wound is a slightly everted-edged wound, stellate, measuring 3/4 inch vertical by 1/2 inch in the coronal dimension. There is no smoke, flame, powder or stippling present about the skin margins. The inferior aspect of it has a slightly x-shaped abraded pattern measuring 1/4 inch in greatest dimension.

INTERNAL EVIDENCE OF INJURY:

The entry perforation is in the right temporal bone just at the superior temporal line. It is an inwardly beveled defect measuring 3/4 inch in diameter with fracture lines extending from it anteriorly, posteriorly and into the right middle fossa and the petrous portion of the right temporal bone. There are extensive fractures involving both orbits, the petrous portion of the temporal bone, and the cribriform plate of the ethmoid bone. The entrance is approximately 1 1/2 inches below and the exit perforation approximately 1/4 inch below the superior temporal line. The exit perforation is outwardly beveled. There is no smoke deposit within the right temporalis muscle. The brain is extensively torn with diffuse subarachnoid hemorrhage and evidence of contusions on the undersurface of both temporal lobes and a perforating track through both parietal lobes. Direction of the track is from right to left, upwards and slightly backwards.

BODY CAVITIES:

A thoracoabdominal incision is made through a panniculus measuring 5 centimeters. The peritoneal, pleural and pericardial surfaces except for the postmortem changes secondary to freezing

CC 0201

Olinger   -5-

COPY NUMBER 2

and thawing are smooth and glistening with no excess fluid or adhesions and no abnormalities. The thoracic and abdominal viscera are normally situated and the mediastinum is midline. No thymic tissue is present in the mediastinum. The heart is free in the pericardium. The heart contains dark fluid blood and postmortem clot as does the main pulmonary artery.

CARDIOVASCULAR SYSTEM:

The heart weighs 520 grams. The epicardium is smooth and glistening. The myocardium is flabby and brown. The endocardium is thin and transparent. The thickness of the right ventricle is 0.6 centimeter. The thickness of the left ventricle is 2.5 centimeters.

The valve ring circumferences are as follow: tricuspid, 13.0; pulmonic, 8.5; mitral, 12.0; and aortic, 7.5 centimeters. Except for lipid deposit in the posteromedial leaflet of the mitral valve and hemolytic staining of the tricuspid, pulmonic and mitral leaflets, the valves show no abnormalities. There are no vegetations, erosions or deformities and the cusps are smooth and pliable with no nodularity. The chordae tendineae are thin and delicate, showing no fibrosis. There are no interatrial or interventricular septal defects.

The coronary arteries arise from patent ostia. An occasional lipid plaque is present in the anterior descending branch of the left coronary artery. There is no thrombosis or hemorrhage and there is no reduction in the patency of the lumen beyond 10 percent. The right coronary artery is the dominant vessel and is patent and thin-walled throughout its entire extent. The left circumflex is a small caliber vessel. There are no thrombi in the atrial appendages. The great vessels enter and arise from the heart in the usual manner. There are lipid deposits present in the abdominal aorta but no calcification, aneurysm formation, thrombosis or hemorrhages are evident.

CC 0202


Olinger    -6-

COPY-NUMBER 2

RESPIRATORY SYSTEM:

The right lung weighs 510 grams and the left lung 530 grams. The pleural surfaces are all smooth and glistening. There is a slight amount of anthracotic pigment present. The bronchi bilaterally are patent and unobstructed, with a slight amount of bloody fluid present. There are no focal lesions on cut section of the congested purple parenchyma.

HEPATOPANCREATICOBILIARY SYSTEM:

The liver weighs 1715 grams. The capsule is thin and transparent. The parenchyma is brown with an intact lobular architecture and no focal lesions.

The gallbladder contains 5 to 10 milliliters of a yellowish green bile with no calculi.

The pancreas is normally situated and has a yellowish tan, intact lobular architecture with no focal lesions.

ENDOCRINE SYSTEM:

Both adrenal glands are encased in an abundant amount of adipose tissue. There are no nodules. The cortex is separated from the medulla. The cortex is a mixture of yellow and brown and the medulla is gray.

The pituitary gland is normally situated and of normal size but does show some hemorrhage surrounding it.

The thyroid gland is brown, translucent and meaty. There are no cysts or tumors.

DIGESTIVE SYSTEM:

The tongue shows no contusions or lacerations. The stomach contains 100 grams of partially digested food particles. The mucosa is autolyzed. The food particles include noodles and also

Olinger    -7-

COPY-NUMBER 2

orange-red fragments which cannot be identified. There are no lesions of the esophagus or stomach. The appendix is present. The small and large intestines show no abnormalities.

GENITOURINARY SYSTEM:

The kidneys weigh 140 grams each. The capsules strip with ease to reveal smooth-surfaced, pale brown organs with the cortices well demarcated from the medullae. There are no abnormalities of the pyramids, papillae or calyces and there is no dilatation of the pelvis. The organs show autolysis but no focal lesions.

The ureters enter the urinary bladder in the usual fashion. The urinary bladder contains approximately 100 milliliters of a light yellow urine. The mucosa is white. There is slight trabeculation. There is a very prominent midline protrusion of prostatic tissue upraising the mucosa just at the urethral orifice. Both lateral lobes of the prostate likewise show hyperplasia. The seminal vesicles are unremarkable. Both testes are in the scrotum and show no abnormalities.

HEMATOPOIETIC SYSTEM:

The spleen weighs 330 grams. At the anterior margin midway between the superior and inferior poles there is a cyst measuring 6 centimeters in maximum dimension, focally covered by hyalinized fibrous tissue. The spleen is retained for further examination.

The thymus is not present. No lymph nodes are identified.

The bone marrow is red and ample.

MUSCULOSKELETAL SYSTEM:

Except for the skull fracture secondary to the bullet there are no fractures of the skeletal system. The musculature is normally developed.

CC 0204

Olinger  -8-

NECK:                                                    COPY--NUMBER 2

The neck organs are removed. There are no hemorrhages. There are no fractures of the hyoid bone, cricoid or thyroid cartilages. The hyoid bone is ossified. There are no hemorrhages in the larynx.

HEAD AND CENTRAL NERVOUS SYSTEM:

The scalp is incised and reflected.

The brain weighs 1350 grams. On cut section of the brain, two, less than 1/4 inch in maximum dimension lead fragments are recovered. The bullet track is as described. There is associated hemorrhage. The brain otherwise shows no abnormalities.

MICROSCOPIC EXAMINATION:

Cardiovascular System

Sections of heart including left anterior descending coronary artery are examined. The vessels show approximately 50 percent reduction of the lumen due to an atheroma. There is no thrombosis or hemorrhage. The myocardium is free of fibrosis and hemorrhage.

Section of aorta shows no significant abnormalities.

Respiratory System

Two sections of lung show focal congestion of the septal capillaries. Occasional alveoli contain a pink protein precipitate. There is no significant inflammation and no thrombi are seen.

Endocrine System

One section of parathyroid gland shows no significant abnormalities.

One section of pituitary gland shows some extracapsular hemorrhage.

One section of adrenal gland shows no significant abnormalities.

One section of thyroid gland shows a normal follicular pattern and a few scattered lymphocytes in the interstitium.

CC 0205

Olinger   -9-

Microscopic examination, continued.

COPY--NUMBER 2

### Hepatopancreaticobiliary System

A section of liver shows postmortem change. A few vacuolated hepatocytes are present.

A section of pancreas shows autolysis. There is slight fatty infiltration.

### Genitourinary System

One section of testis shows diminished spermatogenesis. The basement membranes are not thickened. There is autolysis.

One section of prostate shows a few areas in which there is accumulation of lymphocytes and plasma cells and a fibromuscular nodule.

One section of kidney shows autolysis of the tubules. No focal lesions are seen.

### Hematopoietic System

One section of spleen shows congested sinusoids. The splenic architecture is normal. There is some focal hyalinization of the splenic capsule.

One section of bone marrow shows normal dispersal of hematopoietic elements and fat, and spicules of normal thickness.

Sections of two lymph nodes and fat show normal aggregates of lymphocytes with no germinal centers.

### Central Nervous System

Representative sections of brain show focal hemorrhage.


### LABORATORY EXAMINATIONS

The following analyses were ordered by me and were performed in the usual course of business according to established methods in the laboratory.


Toxicology:

A sample of blood and a sample of urine are submitted for toxicology:

  Gas Chromatography (GC) Results:

      Blood:    Ethyl alcohol    0.02 grams/100 ml.

  ADX Drug Screen Results:

      Urine:    Negative for:    Acetaminophen
                                    Amphetamines
                                    Barbiturates
                                    Benzodiazepines
                                    Cannabinoids
                                    Cocaine metabolites
                                    Opiates
                                    Propoxyphene
                                    Salicylates
                                    Tricyclic antidepressants

CC 0206

Olinger   -10-

<u>Serology</u>:

    ELISA Procedure
        Blood:    HIV antibodies        Negative

    Hepatitis
        Serum:    B surface
                   antigen            Negative

    Blood Type:                           "O"

COPY--NUMBER 2

2/10/94  gjc

CC 0207

HOMICIDE OF MELVIN OLINGER

STATEMENT OF LARRY KINLEY

Code to persons speaking in statement:

Q: Specialist Dave Feldhaus
Homicide Unit, C.I.S.
Cincinnati Police Division

QQ: Detective James Williamson
Investigative Unit
Fairfield Police Department

A: Larry Kinley

(NOTE: Inaudible portions of statement are indicated by dashes.)

Q: Okay today's date is January 21st, 1994, the time is 0148 hours. My name is uh Detective Dave Feldhaus, I'm with the uh Cincinnati Police Homicide Unit. Also with me is Detective James Williamson. He's in uh Investigative he's with Investigative Unit with the Fairfield Police Department in Butler County. Um today we're interviewing a Larry Kinley. Spelling of his last name is K-I-N-L-E-Y. Larry a male black with a date of birth of 3/7 of 78. He resides at 7853 Clovernook Avenue, Cincinnati, Ohio, 45231. Uh he's a student at Aiken High School, he's in the 9th grade. Mr. Kinley is being interviewed in reference to the death of a Melvin Olinger. The spelling of his name is O-L-I-N-G-E-R. Mr. Olinger was a male white, 53. Um the date of his death is uh or disappearance is uh January 14, 1994. Before I get going uh Larry I've got a piece of paper here um in front of ya. It's um your Miranda Rights.

Q: Um this these Miranda Rights was read to you is that correct?

A: Yes sir.

Q: An' you indicated that you understood your Miranda Rights is that correct?

A: Yes sir.

Q: An' you signed your name here indicating you understood your Miranda Rights is that correct?

A: Yes sir.

Q: Okay. An' that is your signature?

A: Yes.

Q: Okay. Larry what we wanna do um is go into the incident in which Mr. Olinger was uh kidnapped an' killed on the 14th. Friday the of January 14th. We wanna know what you know about it an' everything you had to do with it okay. So we we will just start at the beginning of how you got involved in this an' just take it slow an' speak up okay.

A: Uh Jason an' Lee they went to uh...

Q: Alright I need you to name names. You're sayin' Jason an' Lee. Now Jason who?

A: Jason Holmes, my cousin...

Q: Okay.

A: an' Lee Moore, my friend, they went to uh Hamilton to go find a car. An' they couldn't find a car in Hamilton ss... They was goin' pass Fairfield...

Q: What were they doin' up to Ham... what what kind of car

CC 0209

|   |   |
|---|---|
|   | were they what were they goin' up to get a car? What do you mean get a car? |
| A: | Just find any car to take. |
| Q: | You mean steal a car? |
| A: | Yeah. |
| Q: | Okay. They went up to Hamilton to steal a car? |
| A: | Yeah. |
| Q: | Okay. |
| A: | An' they was goin' past Fairfield an' they saw a man comin' out uh a bar or somethin'. An' Lee got out the car an' told Jason to drive home. Uh Lee went approach to the man, put his gun up to 'im an' told 'im to get in the car. The man was tellin' 'im that he's won't say nothin' an' he could take the car, take whatever he want. His mother is at the hospital. An' Lee just told 'im to shut up. An' Lee went around the corner an' uh took the keys out, took the person, the victim out the car an' put 'im in the trunk, drove back ta uh Compton's Grove on Clovernook to my house. Uh Jason Holmes, my cousin, came up to the door, knocked on the door an' told me that Lee wanted me an' that he got somebody in the trunk. |
| Q: | So you're at home now right? |
| A: | Yeah. |
| Q: | How did you know all this transpired before they got to your house? Who how'd you fi... know all that? |
| A: | Cause they told me when we got back. |

CC 0210

Q: Who was tellin' you both of 'em?

A: Un un Lee just told me. Lee told me everything.

Q: Okay. So Lee was tellin' ya what transpired before they got to your house?

A: Yeah.

Q: Okay. So Jason came up to your house?

A: Our house.

Q: Uh your house. Or their hou... your house.

A: Yeah. Well it really next door neighbor. I was baby-sittin' next door neighbor's kids.

Q: Okay. An' what he say to ya?

A: He told me that Lee want me an' he got somebody in the trunk.

Q: An' did you know what he meant by that?

A: I know he had somebody in trunk.

Q: Hum. Okay.

A: Yeah. An' Lee came to the door...

Q: An' what...

A: an' we see..

Q: kind of car were they in?

A: Uh Jason was in uh a Ford uh Fairmount, maroon. Lee was in the Taurus Ford uh blue blue som... blue green whatever.

Q: Alright now who's car was Jason drivin', that Ford?

A: Lee's.

Q: That was Lee's car?

A: That's Lee's car.

CC 0211

Q: An' then Lee, who's car was he drivin'?

A: Uh the victim's.

Q: Okay. You found out later right?

A: Yeah.

Q: You didn't know it at the time?

A: I knew I fi... I knew he stole it.

Q: Okay.

A: An' I got in the car with Lee. First I ask Jason ta uh baby-sit for me till I get back. I got in the car with Lee, he was uh tellin' me he got somebody in the trunk. He need some where to put 'im. I I suggested Winton Terrace. I knows there's a lot of people around there. I ain't really didn't wanna go.

Q: Now what what did he mean he needed some where to put 'im? He needed some where...

A: He needed some one to take take 'im uh get rid of 'im.

Q: To shoot 'im, to kill 'im?

A: Yeah.

Q: Huh?

A: Yeah.

Q: So basically he says he wanted he he needed some place to go. He was thinkin' some place to go kill where he could...

A: Yeah.

Q: kill 'im?

QQ: An' this was after you were in the car already?

A: Yeah.

CC 0212

Page 5

QQ: How did you... How do you think that he was gonna be killed?

A: Uh I knew he was gonna get shot cause his gun was with 'im.

QQ: How do you know his gun was with 'im, had you seen it?

A: It was sittin' on the his lap.

QQ: Okay.

Q: So he had his gun out on his lap?

A: Yeah.

Q: Okay. So once he said this you suggested you said you suggested Winton Terrace?

A: Winton Terrace.

Q: Okay. An' w....

A: An' um he said naw too many people up there. So he said he know a place. We went down to Cumminsville. An' he familiar around there cause he be around there a lot.

Q: An' what were you's talkin' about when you were goin' down to Comminsville?

A: Uh night that he got a he got a fat ride an' he gonna get it painted an' he gonna get some rims on it an' everything.

QQ: The --- --- car that you were ridin' in?

A: Yeah.

QQ: He was talkin' about gettin' this car painted that he had...

A: Yeah.

QQ: just acquired an' he was gonna put some new wheels an'

CC 0213

things on it?

A: Yeah. He's talkin' about he's got the hardest car uh he ever had an' everything. He's just talking to me about his car. An' um we went pass...

QQ: --- --- this car that he just got you know a half hour earlier with a guy still in the trunk, he was already assumed it was his?

A: Yeah.

QQ: Okay.

A: An' he was just tellin' me about his fat ride. We went down Cumminsville. We ss... went past this uh like you know you know what I'm talkin' about. That driveway that um street box. Right past there. An' but we went the other came in the other way where the railroad tracks was at.

QQ: Okay.

A: An' uh he went all the way down to the back. An' he saw a perfect place he um...

QQ: A perfect place...

A: put...

QQ: wha.. uh describe it.

A: To put to put uh to put the man. Put the victim in right by the dumpster cause --- --- an' nobody will be over there. An' he went up there... He turned around real quick. The uh trunk was facin' the dumpster an' the car was comin' down somethin'. An' he took the keys out the ignition an' open the trunk. He had it down

CC 0214

gently. Why I really I couldn't see nothin'. Cause I ain't ne.. I ain't get to see the dude. An' uh he told me to co... He called my name told me ta he ca... he told me come an' get the keys an' start the car up.

Q: Okay. So you got out an' went an' got the keys?

A: Yeah.

Q: Okay. An' where...

A: An'...

Q: was the guy, the victim at when you got out...

A: He was...

Q: out ---?

A: still in the trunk.

Q: He's still in the trunk?

A: Yeah.

Q: Was he layin' there?

A: I don't know was he la... He had to been layin' there. An'...

Q: I mean was he sittin' up sittin' up in the trunk, he was still layin' down?

A: He was layin' down cause his trunk wan't even uh it wan't all the way up yet. He just had it hold down.

Q: Okay. So you got out, you got the keys?

A: Yeah I start... I started the car up. I scooted over the passenger side, I heard 'im tell the the dude empty out your pockets. There ain't gonna be no trouble or nothin'. He told 'im go go down. He just told 'im go over there an' turn around an' Lee shot 'im. I ain't

CC 0215

|     |                                                                 |
| --- | --------------------------------------------------------------- |
|     | get to see noth... I ain't get...                               |
| QQ: | When when he told 'im to go over there, where did he go over? Where did where was he... |
| A:  | Went...                                                         |
| QQ: | tellin' 'im to go?                                              |
| A:  | towards between a wall an' a dumpster.                          |
| QQ: | Okay.                                                           |
| A:  | An' I ain't get to see 'im get killed or nothin'.               |
| Q:  | So he's walkin' up to the dumpster?                             |
| A:  | Yeah.                                                           |
| Q:  | An' then what happen?                                           |
| A:  | Uh he turned around.                                            |
| Q:  | He told 'im to turn around?                                     |
| A:  | Yeah. Lee shot 'im in his head. Uh then he shut the trunk real quick, jumped in the car is laughin'. |
| Q:  | Now Lee's laughin' when he gets in the car?                     |
| A:  | An' I was like damn. --- ss... I was... I was speechless at first. An' I said I need to go get somethin' to drink. I need a 40. We went down on Hamilton Avenue to a little um Convenient Store. He uh bought two 40's. We went back to my house. |
| Q:  | Now wait a minute. Lets go back to the thing. Now he lets go back to where he gets 'im out, walks 'im up an' tells 'im to turn around. |
| A:  | Yeah. After he empties out his pockets an' everything.          |
| Q:  | After he empties out his pockets. An' then you said you heard a shot? |

CC 0216

A: Yeah I heard the shot. I... I look back when after he shot. I ain't see nothin' after that.

Q: You said he shot 'im in the head. How'd you know he shot 'im in the head?

A: Cause he told me he shot 'im in the head.

Q: After he got back in the car?

A: Yeah.

Q: Okay so now he comes runnin' back, he shuts the trunk?

A: Um huh.

Q: He gets in the car?

A: Yeah an' he laughin' an' I was...

Q: He's laughin'.

A: I...

Q: what's he sayin'?

A: Huh? Naw this just sayin' he just laughin' like uh ss... he gone he said. He ain't he really didn't care for 'im. He didn't care.

Q: How'd you know... When did he tell you he shot 'im in the head?

A: He told me that... Uh he say he's gonna shoot 'im in the head anyway.

Q: Before he got there?

A: Ye... Naw he's been sayin' he gonna shoot somebody in the head when ever he rob 'im. So I knew he was gonna shoot 'im in his head anyway.

Q: What did he say anythin' about shootin' 'im in the head before you got there?

CC 0217

A: Naw he ain't say nothin' like that.

QQ: Did he say anythin' about shootin' 'im in the head when he got back in the car?

A: Uh naw. He told he told us me an' Jason together 'bout he shot 'im in his head an' his brain went all over the wall. He ask me did I see it. I said naw I ain't see it cause the trunk was open.

Q: Okay so he's he's laughin' an' laughin' about it an' you say ---...

A: I I was speechless an' I said I need a 40.

Q: Okay so yous went where?

A: We went down on Hamilton to a little uh Convenient Store by it's on by Goodies an' Landford.

Q: Okay an' what you buy there?

A: He bought uh two 40's. An' we went back to my house.

Q: Now on the way there he how much money did he get from the guy?

A: 'bout six or eight dollars.

Q: Did he get his wallet?

A: Yeah he got his wallet.

Q: An' did he... Before we went on tape here you were sayin' he handed you the wallet?

A: Yeah he told... He gave me the wallet, he told me to empty it. An' I took all the stuff out an' I hand everything to Lee. I handed...

Q: What did you take out of his wallet?

A: Um I took out the uh pa... a lot of little cards an' uh

CC 0218

Page 11

Q:   credit cards an' it wan't no money in the uh wallet.

Q: Okay.

A: An' I hand 'im the wallet an' everything. He an' he le... he left every... he put everything right here where the uh --- thing got. He put the uh...

Q: --- console?

A: Yeah. Whatever that is.

Q: Okay.

A: Put everything right there. An' um he pulled about about six or eight dollars out his pocket. He said an' this all he had. An' he saw that je... that --- had he had a Jeanie card too.

Q: Yeah.

A: An' he saw that JC Penny's card. An' he was like... Ooh yeah he did say somethin'. Like damn I get... I I forgot to tell ya I forgot to ask 'im what's the Jeanie number.

Q: Okay. So he was mad at cause he didn't get the Jeanie number...

A: Yeah.

Q: from' im ---...

A: --- cause he didn't get the Jeanie number.

Q: Okay. So now you drive you got your two quarts of beer or two beers?

A: Yeah.

Q: Your two 40's?

A: Yeah.

CC 0219

Q: An' where you go then?

A: Back to my house. An' then...

Q: That's where Jason was?

A: Yeah. That... Lee asked me ta uh change the license plates for 'im cause cause he said he was cold.

Q: Okay. So now when you got back you changed the license plates on the car?

A: Yeah.

Q: Now whose license... Did you take the license plates off the victim's car, the guy that got shot?

A: Yeah.

Q: An' what you do with them plates?

A: He told me to put in dumpster.

Q: So you threw them plates in the dumpster?

A: Uh huh.

Q: What kind of plates where them do you remember?

A: Uh Michigan.

Q: Michigan plates?

A: Yeah he said he said he ain't never be found cause he from Michigan. So nobody ain't gonna rel... They gonna be lookin' for 'im out there instead out here.

Q: So that's what Lee's sayin' right?

A: Yeah.

Q: Okay so you take the Michigan plates an' throw 'em in the dumpster?

A: Yeah.

Q: An' then what plates did you put back on the car?

CC 0220

Page 13