SUPPLEMENTARY REPORT
FAIRFIELD POLICE DEPARTMENT

| Event No. | Correct Offense Type | Victim's Name |
|---|---|---|
| 94002765 | Missing Person | Olinger, Melvin |

| Date of Report | Time | Form Used For Additional Public Information | Form Used For Investigative Supplement |
|---|---|---|---|
| 1-24-94 | | ☐ | ☒ |

stated that he had seen Lee Moore in a blue car recently but Lee told him that he got the car from a dope fiend. He said he didn't believe Lee but didn't ask any other questions about the car. We asked when was the last time he had seen Lee in the car and he could not remember. He said not today or yesterday. We then showed Kinley a composite of himself and said that a clerk had described him as being at J.C. Pennys on Saturday. He then stated that he was there with Lee Moore while Moore bought some jewelry and clothing. He stated he believed that Moore was using his own credit card. We then asked Kinley to write Olinger's name several times on a piece of paper. After he did so we told him we didn't believe he had used the credit card but we wanted to know what Le Moore had told him about how he got the card. Kinley asked us if Lee Moore would find out what he was saying. Kinley then stated we should talk to Jason. We stated we would talk to Jason but we would like to know everything that he knew about the credit card, the blue car, and the disappearance of Melvin Ollinger. Sgt. Roberts then showed a picture of Melvin Ollinger to Larry Kinley. Kinley asked us if our conversation was going to be repeated to Lee Moore. He stated that he was afraid of Moore and would not want to face him in court. We advised him that we only wanted to get the truth and that we would interview Moore just as we had him. He then stated that he was with Moore when he had bought jewelry and clothing on Saturday. He stated that Lee was wearing some of the jewelry and clothing at this time. He stated that he didn't get anything for himself from the use of the credit card. He stated

| Code | Name/Clothing Description | Sex | Race | Age/D.O.B. | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|
| S - Suspect / W - Witness | Address | Social Security No. | | Home Phone | | Other Phone | | |

Case Status: ☐ Cleared ☐ Not Cleared ☐ Unfounded ☐ Cleared Except.

If Case Cleared, How Cleared: ☐ Arrest ☐ Directed To Prosecutor ☐ Refused To Prosecute ☐ Station Adjustment ☐ Other Excep.

| LEADS/NCIC Number | Sent Date | Time | Cancel Date | Time | Operator | Evidence ☐ | Continued ☐ |
|---|---|---|---|---|---|---|---|

| Officer's Signature | Unit No. | Supervisor Approving | Unit No. |
|---|---|---|---|
| [signature] | 47 | | |

CC 0241

SUPPLEMENTARY REPORT
IRFIELD POLICE DEPARTMENT

| Event Number | Correct Offense Type | Victim's Name |
|---|---|---|
| 94_2765 | Missing Person | Olinger, Melvin |

| Date of Report | Time | Form Used For Additional Public Information | Form Used For Investigative Supplement |
|---|---|---|---|
| 1-24-94 | | ☐ | ☒ |

that Lee had picked him up Saturday and had him go with him to Northgate and to Tri-County. Kinley was asked where the blue car was now. He stated that Moore had maybe taken it and dumped it into the river because he had not seen it and everybody knew Moore had stolen it. We then told Kinley that we were sure that Olinger was dead and that he should tell us where we could find the body. Kinley again asked if Moore was going to know that he had talked about any of this and we stated we would only interview Moore as we had him. Kinley then stated that Moore had shot Olinger and killed him. He again stated that we should talk to Jason and find out the rest. We stated that he should tell us everything that he knows about the shooting. He stated that he didn't want to get Jason into trouble, but he felt he needed to "save his own black ass." Kinley stated that he was at his aunts , were he had been staying, on the 14th Jason came into the apartment and said Lee was outside and wanted him to go with him. He stated he went outside and Moore had him get in a blue car. Moore told him he had a guy in the trunk and needed to find a "place". I asked him what Moore meant when he said he needed a palce and Kinley replied a palce to shoot him. I then asked him how did he know that was what Moore was intending to do. He replied he was holding the gun on his lap and we had talked about doing this before. I asked him what had they talked about and he stated they talked about killing a dude, "you know, getting juiced". I asked him if that was why Moore had picked him up so he could do the shooting. Kinley replied that he had said he would do it but Moore never asked him he just went ahead

| S-Suspect W-Witness | Code | Name/Clothing Description | Sex | Race | Age/D.O.B. | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | Address | Social Security No. | | Home Phone | | Other Phone | | |

Case Status: ☐ Cleared ☐ Not Cleared ☐ Unfounded ☐ Cleared Except.

If Case Cleared, How Cleared: ☐ Arrest ☐ Directed To Prosecutor ☐ Refused To Prosecute ☐ Station Adjustment ☐ Other Excep.

| LEADS/NCIC. Number | Sent Date | Time | Cancel Date | Time | Operator | Evidence ☐ | Continued ☐ |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Officer's Signature | Unit No. | Supervisor Approving | Unit No. |
|---|---|---|---|
| [signature] | 47 | | |

Event Number

CC 0242

PD-031

SUPPLEMENTARY REPORT
FAIRFIELD POLICE DEPARTMENT

| Event Number | Correct Offense Type | Victim's Name |
| --- | --- | --- |
| 940 2765 | Missing Person | Olinger, Melvin |

| Date of Report | Time | Form Used For Additional Public Information | Form Used For Investigative Supplement |
| --- | --- | --- | --- |
| 1-24-94 | | ☐ | ☒ |

and shot him himself. Kinley was asked where the shooting had taken place. He stated he wasn't really sure. He thought it was some place by some train tracks and a big painting on a wall. He then stated that we should talk to Jason. I asked Kinley if that was really all that happened or would I get a differant story from Lee Moore. I told him to tell it all now so we can clear it up. He then stated that Jason and Lee had gone to the Hamilton area to do a car jacking. The picked that area because it was out of the way. They did not find anything they wanted in Hamilton so they drove to Fairfield and parked Moores Fairmont at Patterson Blvd. and Pleasant Ave. This was at about 7:30 pm or 8:00 pm. They saw a blue Ford Tarus turn west on Patterson Blvd. The car had Michigan license plates on it. Jason and Lee thought this would be a good one to hit since the vehicle was from out of state. They followed the vehicle and watched the operater park and go into Ginas Lounge. They waited until about 9:00 pm when Melvin Olinger came out of the bar and approached his car. Lee Moore told Jason to drive back to the apartment. Moore approached Olinger with a chrome plated .357 cal. revolver and ordered him into his Tarus. Olinger offered him his money , wallet, and car. Olinger asked Moore not to hurt him since his mother was ill and needed him. They drove from the parking lot south on Rt. 127 . At some point between Fairfield and Compton Groves Apartments Moore placed Olinger in the trunk of the vehicle. He told Olinger he would kill him if he made any noise. Jason had arrived at the apartment before Moore and told Kinley that Moore

| S- Suspect W- Witness | Code | Name/Clothing Description | Sex | Race | Age/D.O.B. | Height | Weight | Hair | Eyes |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | | |

| Address | Social Security No. | Home Phone | Other Phone |
| --- | --- | --- | --- |
| | | | |

Case Status: ☐ Cleared ☐ Not Cleared ☐ Unfounded ☐ Cleared Except.

If Case Cleared, How Cleared: ☐ Arrest ☐ Directed To Prosecutor ☐ Refused To Prosecute ☐ Station Adjustment ☐ Other Excep.

| LEADS/NCIC Number | Sent Date | Time | Cancel Date | Time | Operator | Evidence | Continued |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | ☐ | ☐ |

| Officer's Signature | Unit No. | Supervisor Approving | Unit No. |
| --- | --- | --- | --- |
| [signature] | 47 | | |

Event Number

CC 0243

# SUPPLEMENTARY REPORT

## FAIRFIELD POLICE DEPARTMENT

| Event No. | Correct Offense Type | Victim's Name |
|---|---|---|
| 94002765 | Missing Person | Olinger, Melvin |
| Date of Report: 1-24-94 Time: | ☐ Form Used For Additional Public Information | ☒ Form Used For Investigative Supplement |

was on his way with a guy and he would have him in the trunk. Kinley was asked if this suprised him and he stated no. They had discussed finding someone to kill prior to this event. He stated he had boasted that he could kill someone if he had the chance and he figured this was going to be it. He stated that even though Moore didn't ask him if he wanted to do the shooting he doesn't know if he would or not. He stated it would be a way to gain some respect. He also stated that if he refused to shoot he would have been thought of as a "punk". When Moore arrived Kinley met him in the parking lot. Moore told him he had one in the trunk. He then told Kinley to take the Michigan license plates off of the Tarus and throw them in the dumpster. He then told Kinley to take his rear license plate off of his Fairmont and put it on the Tarus. Moore and Kinley then began driving and searching for a place to kill Olinger. Kinley stated he couldn"t think of any good places. Moore then drove them to 3366 Llewellyn in Cincinnati. Kinley stated that Moore turned the car around and backed the rear of it up near a dumpster and a building. He got out and unlocked the trunk. Kinley got out of the car and got the keys from Moore. Moore Held the trunk lid down while handing the keys to Kinley. Kinley got back into the car. Moore ordered Olinger out of the trunk and demanded all of his money and his wallet. He then told Olinger to walk between the dumpster and the building. Kinley heard Moore tell Olinger to turn around and he then heard a single gun shot. Kinley stated he could not see anything since the trunk lid was up. Moore returned to the car and closed the trunk. He got into

| S-Suspect W-Witness | Code | Name/Clothing Description | Sex | Race | Age/D.O.B. | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| | | Address | Social Security No. | | Home Phone | | Other Phone | | |

Case Status: ☐ Cleared ☐ Not Cleared ☐ Unfounded ☐ Cleared Except.

If Case Cleared, How Cleared: ☐ Arrest ☐ Directed To Prosecutor ☐ Refused To Prosecute ☐ Station Adjustment ☐ Other Excep.

| LEADS/NCIC. Number | Sent Date | Time | Cancel Date | Time | Operator | Evidence ☐ | Continued ☐ |
|---|---|---|---|---|---|---|---|

Officer's Signature: [signature] Unit No. 47 Supervisor Approving: Unit No.

CC 0244

Event Number

SUPPLEMENTARY REPORT
F··RFIELD POLICE DEPARTMENT

| ·ent Number | Correct Offense Type | Victim's Name |
| --- | --- | --- |
| 940(  65 | Missing Person | Olinger, Melvin |

| ·te of Report | Time | Form Used For Additional Public Information | Form Used For Investigative Supplement |
| --- | --- | --- | --- |
| 1-24-94 | | ☐ | ☒ |

the car laughing. He threw the wallet to Kinley. Moore stated "I popped him in the dome. His fucking brains are all over the wall." Kinley stated he replied to Moore "Lets go get some 40's". Kinley ,while looking thru Olingers wallet found a Jeannie card. Moore became upset when he relized he had killed Olinger before he had asked him for his Jeannie card number.

The interview was concluded at approximately 8:00 pm.

Sgt. Roberts, Det. Williamson, and Chief Al Schaffer of Mt. Healthy P.D. along with Larry Kinley went to 3366 Llewellyn and it was there we discovered the body of Melvin Olinger.

| S - Suspect W - Witness | Code | Name/Clothing Description | Sex | Race | Age/D.O.B. | Height | Weight | Hair | Eyes |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | A ·S | | Social Security No. | | Home Phone | | Other Phone | | |

·ase Status: ☐ Cleared ☐ Not Cleared ☐ Unfounded ☐ Cleared Except.

If Case Cleared, How Cleared: ☐ Arrest ☐ Directed To Prosecutor ☐ Refused To Prosecute ☐ Station Adjustment ☐ Other Excep.

| ·EADS/NCIC. Number | Sent Date | Time | Cancel Date | Time | Operator | Evidence | Continued |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | ☐ | ☐ |

| ·fficer's Signature | Unit No. | Supervisor Approving | Unit No. |
| --- | --- | --- | --- |
| [signature] | 47 | | |

·)-031

CC 0245

Event Number

RECORDS COPY

Enter information in pencil

Birthdate 10/19/74 Home Address ______ Phone ______

Father's Name ______ Business Phone ______ Mother's Name ______ Business Phone ______

1) School [illegible] 2) School ______ 3) School ______ 4) School ______

## IMMUNIZATIONS

| TYPE | Date | Date | Date | Date | Date |
|---|---|---|---|---|---|
| • DPT | 1/28/74 3/22/74 | 2/27/75 3/26/76 | BOOSTER 6/2/79 | | |
| • Td | | | | | |
| • Polio Sabin (Tri) | 12/3/74 2/24/75 | 6/23/75 | 4/26/76 6/2/79 | | |
| • Measles | 10/31/75 | | | | |
| • Rubella | 10/31/75 | | | | |
| Mumps | 12/4/82 | [illegible] | | 12/4/75 | |
| Other | | | | | |

• Required by Compulsory Immunization Law, Section 3301.07 of Ohio Revised Code

Indicate any conditions and/or diseases of the student the teacher should know of ______

| | Date | Test | Result |
|---|---|---|---|
| Gr 9 Additional Screening | 2/26/90 | Dental | OK |

| Healthy Child Health Examinations | Date | Date | Date | Date | Date |
|---|---|---|---|---|---|
| | 9/20/84 Dr. [illegible] | 8/31/87 Dr. [illegible] | | | |

# SCHOOL HEALTH RECORD

3613.13(Rev. 1974) Ohio Department of Health

CC 0246

## HEARING

(Under Result indicate Pass or Fail)

| | Date | Result Right | Result Left | Date | Result Right | Result Left |
|---|---|---|---|---|---|---|
| | 1-22-83 | P | P | | | |
| Per M.D. | 10/20/84 | Normal | | | | |
| Gr 9 | 2/26/90 | OK (Tod) | OK | | | |

## SPEECH

☐ Normal ☐ Articulation Problem ☐ Rhythm

☐ Voice Disorder ☐ Language Problem

Other ______

Check appropriate box when applicable:

☐ Maximum Improvement ☐ Corrected

## VISION

| | Date | Result Right | Result Left | Date | Result Right | Result Left |
|---|---|---|---|---|---|---|
| Muscle Balance | | | | | | |
| Farsightedness | | | | | | |
| Color | 1/17/85 | Passed | | | | |
| Distance Acuity | 2/84 | telebinocular | | 9th reg. 3/1/90 | 20/25-1 | 20/30 |
| Per M.D. | 10/20/84 | 20/25 | 20/25 | | | |
| c̄ glasses Gr. 4 | 1/17/85 | Keystone Comp. Passed | | | | |
| | 2-26-87 Chld St. | Keystone Comp Passed | | | | |
| Gr 8 | 3/14/89 | 20/20 | 20/20 | | | |

| TUBERCULIN | Date | Type | Result | Date | Type | Result |
|---|---|---|---|---|---|---|
| | 6-2-79 | tine | neg. | 8/31/87 | | [illegible] |

# MT. HEALTHY HIGH SCHOOL

2046 Adams Road, Cincinnati, Ohio 45231

Guidance Office
(513) 729-0130

## WITHDRAWAL PERMIT

PUPIL Lee Moore (750291) GRADE 10 DATE 1/29/93

REASON moving out of district - Woodward H.S.

AUTHORIZATION

MODERN EARTH SCIENCE

| PERIOD | SUBJECT | GRADE TO DATE | BOOKS RETURNED YES | NO (BOOK NO.) | N/A | TEACHER SIGNATURE | AMOUNT OF FEE OWED | REFUND |
|---|---|---|---|---|---|---|---|---|
| 1 | Meteorology | N/A | | ✓ 36-78 | | [signature] | [crossed out] | pd 2/1 |
| 2 | English III | ~~N/A~~ | | ~~178-78~~ McDougal Littell (yellow) | | CM | [crossed out] | pd 2/1 |
| 3 | Amer. History | N/A | ✓ | ✓ ~~American~~ | | Walker | [crossed out] | pd 2/1 |
| 4 | G. Alg. I Pt. 1 | N/A | ✓ | ✓ ~~228-87~~ | | [signature] | ~~26.00~~ | pd 2/9 |
| 5 | P.E. II | N/A | ✓ | | | [signature] | | |
| 6 | Careers | I | | ✓ | | | [crossed out] | pd 2/9 |

RECEIPT Date 2-9 1993 No. 9792

Received From Lee Moore

Address Meteo text 36-78 21.00

Eng. McDougal 178-78 21.00 Dollars $100.50

For Amer History 18.00 Alg I 228-87 - 26.00

Careers - 14.50

| ACCOUNT | | HOW PAID | |
|---|---|---|---|
| AMT OF ACCOUNT | | CASH | |
| AMT PAID | | CHECK | |
| BALANCE | | MONEY ORDER | |

By B Keller

REDIFORM 8L 816 carbonless

Lee E. Moore

Parent or Guardian Signature

(TO RELEASE RECORDS)

Left Law of Justice. D. Manley

31
21
18
26
14.50
100.50

CC 0247

NAME Moore

# COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

A Division of Central Psychiatric Clinic

DAVE

909 Sycamore Street, Suite
Cincinnati, Ohio 45
Phone: (513) 651-9
Fax: (513) 352-1

WALTER S. SMITSON, PH.D.
Executive Director

NANCY SCHMIDTGOESSLING, PH.D.
Director

WILLIAM WALTERS, PH.D.
Assistant Director

GAIL HELLMANN, M.D.
Medical Director

MARILYN GEEDING, L.I.S.W.
Treatment Coordinator

SHERRY SANDERS, L.P.C.C.
Forensic Liaison

CHARLOTTE E. HOLLAND
Office Manager

BOARD OF TRUSTEES:

HON. DAVID E. GROSSMANN
Chairman

MR. ROBERT F. RECKMAN
Vice Chairman

MR. CHARLES THOMAS
Secretary

DR. TIMOTHY E. JOHNSON
Treasurer

MS. CAROL A. BOYD
DR. M. PHOEBE BROWN
MRS. LOIS COHEN
MS. JANIS M. DAY
MS. DAPHNE DICKENS-KING
MR. JEFFREY S. GOODMAN
MR. WENDELL E. HAWKINS
HON. TIMOTHY S. HOGAN
DR. C. ROBERT KILBY
MR. EDWARD H. KIM
MR. ARUN LAI
MR. THOMAS B. SCHERPENBERG
MR. DANIEL J. VALERIO

UNIVERSITY LIAISON

DONALD C. HARRISON, M.D.
JAMES RANDOLPH HILLARD, M.D.

September 2, 1994

Woodward High School
Attn: Records
7001 Reading Road
Cincinnati, Ohio 45237

RE: Lee Moore DOB: 10-19-74

TO WHOM IT MAY CONCERN:

Enclosed is a signed Authorization for Release o[f] Information form regarding the above-named person.

Our agency is under a very strict time-frame t[o] provide a comprehensive report to the Court, therefore we would greatly appreciate information from you as soo[n] as possible.

Thank you in advance for your prompt and courteou[s] attention to this matter.

Sincerely,

Jenny O'Donnell / JP

Jenny O'Donnell, B.S.
Psychology Trainee

Enter information in pencil

CC 0248

CINCINNATI PUBLIC SCHOOLS
**STUDENT DATA FORM**

SCHOOL NAME WOODWARD

DATE PRINTED 08/13/93

PRIVACY FLAG 0

| SCHOOL CODE | STUDENT NUMBER | GRADE | SPEC ED | HOME ROOM | LAST NAME | FIRST NAME, MI | SEX | RACE | DATE OF BIRTH | PROOF OF AGE |
|---|---|---|---|---|---|---|---|---|---|---|
| 480 | 6220312-0 | 10 | | 0000 | MOORE | LEE EDWARD JR | M | B | 10/19/74 | 1 |
| 100 | 105 | 110 | 115 | 120 | 125 | 130 | 135 | 140 | 145 | 150 |

| | | HOUSE NUMBER | STREET NAME | APARTMENT | ZIP CODE | TELEPHONE NUMBER | ATTEND REASON | DISTRICT SCHOOL | OPEN ENRL | ALTER PROG | FED. EMP. | LUNCH CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 01101 | CLEARBROOK DR | | 45229 | 2421482 | DS | 480 | | | | |
| 200 | 201 | 205 | 210 | 215 | 220 | 225 | 230 | 240 | 245 | 250 | 255 | 260 |

| DATE SENT TO CENSUS | PREVIOUS SCHOOL | RECEIVING SCHOOL | STATUS | MULTIPLE BIRTH (TWINS, ETC) | | OUT OF DISTRICT STREET NAME | CITY | STATE |
|---|---|---|---|---|---|---|---|---|
| 1/5/94 | 000 | | 0 | | | | | |
| 300 | 310 | 315 | 320 | 355 | 360 | 365 | 370 | 375 |

| FATHER'S FIRST NAME | FATHER'S LAST NAME | DECEASE CODE | | MOTHER'S FIRST NAME | MOTHER'S LAST NAME | DECEASE CODE | |
|---|---|---|---|---|---|---|---|
| LEE SR | MOORE | N | | GEORGIA | MOORE | N | |
| 400 | 405 | 410 | 415 | 420 | 425 | 430 | 435 |

| GUARDIAN/OTHER ADULT FIRST NAME | GUARDIAN/OTHER ADULT LAST NAME | | RELATIONSHIP CODE |
|---|---|---|---|
| | | | |
| 500 | 505 | 510 | 515 |

OBLIGATIONS: 520
YES ____ NO ____
AMOUNT

Legal Guardian Codes: G Legal Guardian (Proper Documentation needed - See flip chart, "Instructions for pupil record changes"). I Institutional Placement

Other Adult Codes: H Husband, O Other, P Sister/Brother, Q Grandparents, R Stepfather, S Stepmother

Proof of Age Codes: 1 Birth Certificate, 2 Religious Record, 3 Passport, 4 Hospital/Physician's Record, 5 Others

Race Codes: A Asian or Pacific Islander, B Black, H Hispanic, I American Indian/Alaskan Native, W White, M Multiracial

For Census Office Use Only:

Pupils Programming and Remarks 525

Total Number of Carnegie Units:

Subject-Marks Subject-Marks

Check Desired Action 530

Transaction In / Transaction out

☐ New Enrollment-Date ____ From ____
☐ Re-entry-Date ____ From ____
☐ Transfer In-Date ____ From ____
Submitted By ____

☐ Transfer Out-Date ____ To ____
☒ Withdrawn-Date 11-4-93 To Over Age
Submitted By S. Sims

____ Change on Student's File ____
Submitted By ____

TO CENSUS OFFICE
FORM #7846 Revised 6/93

STUDENT COPY

CC 0249

**PERMANENT SECONDARY STUDENT RECORD #7891**

| LAST NAME | FIRST | MIDDLE | STUDENT NUMBER | SEX | MO. / DAY / YR. |
|---|---|---|---|---|---|
| Moore, Jr. | Lee | Edward | 62203120 | M | 10 / 19 / 74 |

| FATHER | MOTHER | GUARDIAN | BIRTHPLACE | STATE |
|---|---|---|---|---|
| Lee Moore | Georgia Moore | | | |

| HOME ADDRESS | ZIP | TELEPHONE | DATE | LAST MIDDLE/JUNIOR | LOCATION | ENTERED | WITHDREW |
|---|---|---|---|---|---|---|---|
| 1101 Clearbrook Dr | 45229 | 242-1482 | 1-29-93 | | | | |

**SECONDARY SCHOOLS ATTENDED**

| SCHOOL | LOCATION | ENTERED | WITHDREW |
|---|---|---|---|
| Mt. Healthy High | Cinti | – | 1/29/93 |
| WOODWARD HIGH SCHOOL | | 1-29-93 | 11-4-93 P/VT. overage |

| DATE | TRANSCRIPTS RELEASED |
|---|---|
| | |

PHOTO

PHOTO

**TEST DATA**

Name: MOORE, LEE EDWARD JR FALL-93
Id: 62203120 Test Level: 09
School: WOODWARD IRN: 042168
Cincinnati Public Schools - State Proficiency

| Writing | Reading | Mathematics | Citizenship |
|---|---|---|---|
| NOT TESTED | NOT TESTED | NOT TESTED | NOT TESTED |

CC 0250

10

Revised MARCH, 1986

FORM 7891

MOORE, LEE Edward

## CINCINNATI PUBLIC SCHOOLS

HOME ROOM ____

Student ____

Student ID ____

GRADE ____ SCHOOL YEAR ____

| TEACHER | COURSE NUMBER | COURSE | GRADES - CREDITS: 1st MARK PERIOD | 2nd MARK PERIOD | 3rd MARK PERIOD | 4th MARK PERIOD | FINAL GRADE | CREDIT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

ABSENT

TARDY

CREDITS EARNED THIS YEAR

Nineteen and one-half Carnegie units are required for graduation, effective with the graduation class of 1984. Specific course requirements for all general and vocational education pupils except those enrolled in 4½ or 5 hour day vocational programs and special education programs are as follows:

- English (9, 10, 11, 12) - 4 Carnegie units
- Mathematics - 2 Carnegie units
- Science - 2 Carnegie units (Life Science - 1 year; Physical Science - 1 year)
- Social Studies - 2 Carnegie units (1 year must be American History and Government)
- Fine Arts - ½ Carnegie unit
- Health - ½ Carnegie unit
- Physical Education - ¾ Carnegie unit

LEVELS OF INSTRUCTION

THE FIFTH DIGIT OF THE COURSE NUMBER IDENTIFIES THE LEVEL OF DIFFICULTY OF INSTRUCTION ACCORDING TO THE TABLE BELOW.

EXAMPLE: 051930 = ENGLISH 9A (THE 3 IDENTIFIES ACADEMIC LEVEL OF INSTRUCTION)

1 — UNCLASSIFIED (ART, MUSIC, PHYSICAL EDUCATION, ETC.)
- COMPREHENSIVE (AVERAGE)
- ACADEMIC (ABOVE AVERAGE)
- AA GRADES 10 AND 11, ADVANCED ACADEMIC PREPARATORY FOR ADVANCED PLACEMENT
- ADVANCED PLACEMENT
- VOCATIONAL EDUCATION
- HANDICAPPED

SUMMER SCHOOL GRADES

## CINCINNATI PUBLIC SCHOOLS

DATE 06/23/93

WOODWARD
7001 READING RD
CINCINNATI, OH 45237

STUDENT MOORE, LEE EDWARD JR
STUDENT ID 62203120 HOMEROOM 212
GRADE 10 MARKING PERIOD 4 SCHOOL YEAR 1992-93

PRINCIPAL MICHAEL G HICKS

GRADES - CREDITS

| TEACHER | COURSE/SEC NUMBER | | COURSE NAME | FIRST SEMESTER: 1ST MK PERIOD | 2ND MK PERIOD | SEM. EXAM | SEM. GRADE | SECOND SEMESTER: 3RD MK PERIOD | 4TH MK PERIOD | SEM. EXAM | SEM. GRADE | FINAL STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BUSH, | 051130 | 08 | ENGLISH 11 | -N/A- | -N/A- | | I | X | X | F | F | 0.00 |
| FAIRA | 085310 | 54 | PHYS ED 9-12 | -N/S- | -N/S- | | | X | X | F | F | 0.00 |
| LINGE | 113930 | 02 | ALGEBRA 1 | -N/A- | -N/A- | | I | X | X | F | F | 0.00 |
| GROHS | 132030 | 03 | CHEMISTRY | -N/A- | -N/A- | | I | X | X | F | F | 0.00 |
| JONES | 155030 | 01 | US HISTORY | -N/A- | -N/A- | | I | F | X | F | F | 0.00 |

MOORE, LEE EDWARD JR 10
62203120 SUMMER 1993
WOODWARD GRD CR AB
ENGLISH 11 W 0.00 00

HONOR ROLL | HONOR ROLL NONE NONE | TOTAL CREDITS 0.00

HOMEROOM ABS/TDY 00 | 00 00 | 00 | HOMEROOM ABS/TDY 17 | 00 08 | 00 | TOTAL ABS/TDY 25 00

CC 0251

MT. HEALTHY HIGH SCHOOL 2046 Adams Road, Cincinnati, Ohio 45231 Pho 729-0130

MOORE LEE E.
STU # 000750291 ID 000750291
1280 MEREDITH DR
BORN 10/19/74 MALE

ADDRESS ____ Cincinnati, Ohio 452 ____
PARENT OR GUARDIAN: ____

A = 90-100 (Excellent)
B = 80- 89 (Above Avg.)
C = 70- 79 (Average)
D = 60- 69 (Below Avg.)
F = 0- 59 (Failing)

Was or will be graduated
~~WD 4-19-91~~
~~WD 5-~~ 92
WD 1/29/9

RANK: (Based on Major subjects only) COLLEGE RECOMMENDATION: Grades A through C

6 Semesters: ____ In a class of ____ Cum. Ave. ____ 8 Semesters: ____ in a class of ____ Cum. Ave. ____

000750291 1989-90 MOORE, LEE E.
CUM- 1.04761
PREVIOUS CREDITS- .000

| Course | | | | Credits |
|---|---|---|---|---|
| PHYS ED I | C | | C | .250 |
| HEALTH | | D | D | .500 |
| ENGLISH I | C | D | D | 1.000 |
| GENERAL MATH | D | D | D | 1.000 |
| C/P FRENCH I | C | F | F | |
| ART I | F | D | D | 1.000 |
| ANIM KINGDOM | F | | F | |

TOTAL CREDITS- 3.750

Eng II Mt.H. S.S. 91 D C C 1.000

Foods I - 1/2
Type I - 1/2

credits earned as of 8-92
89-90 - 3 3/4
90-91 - 2 Foods } 1 + S.S. 1
Type
91-92 - 1 summer school
6 3/4

Eng I, II - (III)
Math - (gen. math)

mail sent to Mom's employer + sp. w. all teachers

MT. HEALTHY HIGH SCHOOL
2046 Adams Road
Cincinnati, Ohio 45231
Guidance Office
(513) 729-0181
OFFICIAL TRANSCRIPT

DATE 2-15-93
Susan Dorn
~~Counselor~~ Registrar



MT. HEALTHY HIGH SCHOOL

2046 Adams Road, Cincinnati, Ohio 45231

Guidance Office
(513) 729-0130

## WITHDRAWAL PERMIT

PUPIL Lee Moore (750291) GRADE 10 DATE 1/29/93

REASON moving out of district

AUTHORIZATION

MODERN EARTH SCIENCE

| PERIOD | SUBJECT | GRADE TO DATE | BOOKS RETURNED YES | NO (BOOK NO.) | N/A | TEACHER SIGNATURE | AMOUNT OF FEE OWED | REFUND |
|---|---|---|---|---|---|---|---|---|
| 1 | Meteorology | N/A | | ✓ 36-78 | | [signature] | $21.00 | -0- |
| 2 | English III | N/A | | ✓ 178-78 McDougall Littell (yellow) | | [signature] | $21.00 | |
| 3 | Amer. History | N/A | | ✓ [illegible] | | [signature] | $18.00 | |
| 4 | G. Alg. I Pt. 1 | N/A | | ✓ 228-87 | | [signature] | $26.00 | |
| 5 | P.E. II | N/A | ✓ | | | [signature] | | |
| 6 | Careers | I | | ✓ | | [signature] | $14.50 | |

~~$100.50~~ Pd

LIBRARY [signature] 1/29/93

ADMINISTRATIVE OFFICE [signature]

COUNSELOR [signature]

ATTENDANCE OFFICE (Mrs. Weil) Nancy Weil

FEES OR OBLIGATIONS (Mrs. Keller) X

DATA PROCESSING (Mrs. McCann) Sandra McCann

ATHLETIC OFFICE (Mrs. Stragand) J Stragand

Lee E. Moore

Parent or Guardian Signature

(TO RELEASE RECORDS)

31
21
18
26
14.50
100.50

CC 0253

NAME Mo[illegible]e, Lee E
Last First Middle

*Enter information in pencil*

## IMMUNIZATION

| TYPE | DATE MO/DAY/YR | | | | |
|---|---|---|---|---|---|
| DPT | 11/22/74 | 12/23/74 | 2/24/75 | 4/26/76 | / / |
| TD | / / | / / | / / | / / | / / |
| POLIO | 12/23/74 | 2/24/75 | 6/23/75 | 4/26/76 | 6/21/79 |
| MEASLES | 10/3/75 | / / | 10-31-75 H-R UACC | | |
| RUBELLA | 10/3/75 | / / | | | |
| MUM | 2/14/82 | / / | | | |
| OTHER | / / | / / | / / | / / | / / |

Required by compulsory immunization law; 4 DPT; 3 Polio; 1 Live Measles Vaccine on or after child's first birthday; and 1 Rubella.

## TUBERCULIN

| DATE MO/DA/YR | TYPE | RESULT | DATE MO/DA/YR | TYPE | RESULT |
|---|---|---|---|---|---|
| / / | Tine | Pos | / / | | |

## POSTURAL SCREENING (SCOLIOSIS)

| DATE MO/DA/YR | RESULTS (Positive or Negative) | DATE REFERRED | ACTION TAKEN |
|---|---|---|---|
| / / | | / / | |
| / / | | / / | |
| / / | | / / | |
| / | | / / | |

## DENTAL

TYPE OF PREVENTION PROGRAM

| FLUORIDE (Check) WATER | SUPPLEMENT | MOUTH RINSE | NO. OF YEARS | INSTRUCTION (Type of Program) | NO. OF YEARS |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| DENTAL REPORT (Date Examined) | | DENTAL DISORDER (Date Reported) (See enclosed Dental Record) | |
|---|---|---|---|
| / / | / / | / / | / / |
| / / | / / | / / | / / |

CC 0254

## ADDITIONAL SCREENING

| DATE MO/DA/YR | TEST | RESULT | DATE MO/DA/YR | TEST | RESULT |
|---|---|---|---|---|---|
| / / | | | / / | | |

## HEARING

| DATE MO/DA/YR | AUDIOMETRY RESULTS (Pass/Fail) R | L | OTHER TESTS (Specify) R | L | DATE REFERRED | ACTION TAKEN DATE | (Aid, Seating, Lip Reader, T/A, Tubes, etc) |
|---|---|---|---|---|---|---|---|
| / / | | | | | / / | / / | |
| / / | | | | | / / | / / | |
| / / | | | | | / / | / / | |
| / / | | | | | / / | / / | |
| / / | | | | | / / | / / | |

## SPEECH and LANGUAGE

| DATE MO/DA/YR | NORMAL | DISORDERS (Check) Artic. | Rhythm | Voice | Lang. | DATE REFERRED | ACTION TAKEN (Check) Speech Ther. | Med. Eval. | Other (Describe) |
|---|---|---|---|---|---|---|---|---|---|
| / / | | | | | | / / | | | |
| / / | | | | | | / / | | | |
| / / | | | | | | / / | | | |
| / / | | | | | | / / | | | |
| / / | | | | | | / / | | | |

## VISION

| DATE MO/DA/YR | DISTANCE ACUITY R | L | WEARS GLASSES | DATE REFERRED | ACTION TAKEN |
|---|---|---|---|---|---|
| / / | | | | / / | |
| / / | | | | / / | |
| / / | | | | / / | |
| / / | | | | / / | |
| / / | | | | / / | |
| / / | | | | / / | |

| | MUSCLE BALANCE (Pass or Fail) Distance | Near | FARSIGHTEDNESS (Pass or Fail) | COLOR (BOYS ONLY) (Pass or Fail) |
|---|---|---|---|---|
| / / | | | | |

## SPECIAL NEEDS

| DATE MO/DA/YR | SPECIAL NEEDS OR CONDITIONS (See enclosed explanation) | TEACHER ALERTED DATE | |
|---|---|---|---|
| / / | | / / | |

**COMMUNIT DIAGNOSTIC AND TREA ΛENT CENTER**

**A Division of Central Psychiatric Clinic**

909 Sycamore Street, Suite 300
Cincinnati, Ohio 45202
Phone: (513) 651-9300
Fax: (513) 352-1345

WALTER S. SMITSON, PH.D.
Executive Director

NANCY SCHMIDTGOESSLING, PH.D.
Director

WILLIAM WALTERS, PH.D.
Assistant Director

GAIL HELLMANN, M.D.
Medical Director

MARILYN GEEDING, L.I.S.W.
Treatment Coordinator

SHERRY SANDERS, L.P.C.C.
Forensic Liaison

CHARLOTTE E. HOLLAND
Office Manager

BOARD OF TRUSTEES:

HON. DAVID E. GROSSMANN
Chairman

MR. ROBERT F. RECKMAN
Vice Chairman

MR. CHARLES THOMAS
Secretary

DR. TIMOTHY E. JOHNSON
Treasurer

MS. CAROL A. BOYD
DR. M. PHOEBE BROWN
MRS. LOIS COHEN
MS. JANIS M. DAY
MS. DAPHNE DICKENS-KING
MR. JEFFREY S. GOODMAN
MR. WENDELL E. HAWKINS
HON. TIMOTHY S. HOGAN
DR. C. ROBERT KILBY
MR. EDWARD H. KIM
MR. ARUN LAI
MR. THOMAS B. SCHERPENBERG
MR. DANIEL J. VALERIO

UNIVERSITY LIAISON

DONALD C. HARRISON, M.D.
JAMES RANDOLPH HILLARD, M.D.

September 13, 1994

Orthopedic Diagnostic and Treatment Center
Attn: Dr. Stearn or Dr. Henderson
3333 Vine Street
Suite 700
Cincinnati, Ohio 45220

RE: Lee Edward Moore DOB: 10-19-74

TO WHOM IT MAY CONCERN:

Enclosed is a signed Authorization for Release of Information form regarding the above-named person.

Our agency is under a very strict time-frame to provide a comprehensive report to the Court, therefore, we would greatly appreciate information from you as soon as possible.

Thank you in advance for your prompt and courteous attention to this matter.

Sincerely,

Jenny O'Donnell/SP

Jenny O'Donnell, B.S.
Psychology Trainee

CC 0255

# PATIENT OFFICE NOTES

PATIENT'S NAME Moore, Lee #8363 DOB

ADDRESS EMPLOYER

MOORE, LEE #8363
09/08/87 – SEEN BY DR. HENDERSON; RT HANDED 12 YR OLD MALE; REFERRED BY DR JAMES KEGLER; LTR DICTATED; INJ RT HAND 8-27-87; MULT PROXIMAL PHALANGEAL FXS, SALTER 2; SEEN AT CHILDRENS HOSP; XRAYS TAKEN THERE; FOLLOW UP HERE; EXAM: SPLINT OFF; TENDER AT 4TH & 5TH PROXIMAL PHALANGES; 3RD NOT TENDER; XRAYS REVIEWED; LITTLE VALGUS DEFORMITY; NO SIGNIFICANT PROB; PUT IN ULNAR GUTTER PLASTER SPLINT; SEE IN 9 DAYS; SPLINT OFF, XRAY HAND 3 VIEWS OUT OF PLASTER ON RETURN; SPLINT INSTRUCTIONS;

MOORE, LEE #8363
09/17/87 – SEEN BY DR. HENDERSON; SPLINT OFF; NO DEFORMITY; NO TENDERNESS; XRAYS FINE; NO CALLOUS YET; RECOMMEND: ROM EXERCISE; SEE 3-4 WKS; REPEAT HAND XRAYS ON RETURN;

MOORE, LEE #8363
04/02/90 – SEEN BY DR. STERN; ED; TWISTED HIS ANKLE PLAYING FOOTBALL; HE HAS FX'D LATERAL MALLEOLUS; TREATMENT, NON-DISPLACED SHORT LEG FG WALKING CAST; RECHECK IN 2 WKS; AT THAT TIME WILL TAKE THE CAST OFF, REPEAT HIS XRAY; MAY SWITCH HIM TO AIR CAST IF EVERYTHING LOOKS BETTER; HE IS 15YO; MW

MOORE, LEE #8363
04/16/90 – SEEN BY DR. STERN; ED; HIS ANKLE IS DOING PRETTY GOOD; SEE IN 2 WKS FOR RECHECK IF HE'S HAVING ANY TROUBLE, IF HE'S NOT HAVING TROUBLE, HIS MOTHER WILL CANCEL HIS APPOINTMENT BUT HE WILL BE CHECKED IN 6 MOS FOR A GROWTH CHECK; HE HAD A FX OF THE LT DISTAL FIBULA; MM

4/30 PC

MOORE, LEE #8363
03/26/91 SEEN BY DR. HENDERSON AT VINE; PRESENTS ALTERCATION. SUSTAINED INJURY TO HIS NON-DOMINANT LT HAND. SWELLING ABOUT BASE OF 1ST METACARPAL, MIN ANGULATED FX BASE OF 1ST METACARPAL, NON-INTRAARTICULAR. THUMB SPICA CAST APPLIED. RTN 7-10 DAYS FOR RPT XRAYS OF THUMB IN CAST. TOTAL CASTING 4-6 WKS. CR.

MOORE, LEE #8363
04/05/91 SEEN BY DR. HENDERSON AT ED; NEUROVASCULAR INTACT. CAST IN GOOD REPAIR. XRAYS SHOW FX IN GOOD POSITION. RTN 3 WKS, CAST OFF, XRAY THUMB. CR.

MOORE, LEE #8363
04/19/91 SEEN BY DR. HENDERSON AT ED; 3 1/2 WEEKS POST BASILAR THUMB METACARPAL FX. NO SIGNIFICANT TENDERNESS. X-RAY SHOWS ADEQUATE POSITION. MINIMAL HEALING. PUT HIM BACK IN THUMB SPICA CAST. RTN 2 WEEKS. CAST OFF. X-RAY HAND. CF

# PATIENT OFFICE NOTES

PATIENT'S NAME DOB

MOORE, LEE #8363

05/03/91 SEEN BY DR. HENDERSON AT ED; CAST OFF. NO TENDERNESS AT HIS FRACTURE SIGHT. MINIMAL BONY PROMINENCE. I EXPLAINED TO PTNT'S MOTHER THAT THIS WILL FLATEN SOME ALTHOUGH IT STILL WILL BE PRESENT, BUT WILL NOT AFFECT HIM FUNCTIONALLY. X-RAYS SHOW FRACTURE TO BE NICELY HEALED. RECOMMENDED: ACTIVITIES AS TOLERATED. RTN PRN. CF

MT. HEALTHY HIGH SCHOOL 2046 Adams Road, Cincinnati, Ohio 45231 Phone: 729-0130

MOORE, L. E.
STU # 000750291 ID 000750291
1280 MEREDITH DR
BORN 10/19/74 MALE

ADDRESS ____
Cincinnati, Ohio 452 ____
PARENT OR GUARDIAN: ____

A = 90-100 (Excellent)
B = 80- 89 (Above Avg.)
C = 70- 79 (Average)
D = 60- 69 (Below Avg.)
F = 0- 59 (Failing)

W or will be graduated
~~WD 4-19-91~~
~~WD 5-8-91~~
WD 1/29/

RANK: (Based on Major subjects only) COLLEGE RECOMMENDATION: Grades A through C

6 Semesters: ____ In a class of ____ Cum. Ave. ____ 8 Semesters: ____ in a class of ____ Cum. Ave. ____

```
000750291 1989-90   MOORE, LEE E.
           CUM-       1.04761
     PREVIOUS CREDITS-         .000
PHYS ED I           C     C        .250
HEALTH                 D  D        .500
ENGLISH I           C  D  D       1.000
GENERAL MATH        D  D  D       1.000
C/P FRENCH I        C  F  F
ART I               F  D  D       1.000
ANIM KINGDOM        F     F
         TOTAL CREDITS-      3.750

000750291 1990-91  MOORE, LEE E.
         CUM-      .81081
    PREVIOUS CREDITS-      3.750
ENGLISH II/SS       D  C  C    1.000
ENGLISH II          D  W
GEN ALG I-P1        F  W
WORLD HIST          F  W
KEY/TYP I P1        C  W
CAREER EXP          F  W
BEGIN FOODS         D  W
      TOTAL CREDITS-      4.750
        Not Ranked

000750291 1991-92  MOORE, LEE E.
         CUM-      .81081
    PREVIOUS CREDITS-      4.750
WORLD HISTORY/SS C  C  C    1.000
GEN ALG I-P1        F  W
WORLD HIST          F  W
ENGLISH III         F  W
ASTRONOMY           F  W
ECOL/CONSERV        F  W
INTRO PHOTO         F  W
      TOTAL CREDITS-      5.750
        Not Ranked
```

MT. HEALTHY HIGH SCHOOL
2046 Adams Road
Cincinnati, Ohio 45231
Guidance Office
729-0130, Ext. 28
OFFICIAL TRANSCRIPT

DATE 10-24-94

Susan Doerr
~~Counselor~~
Registrar

CC 0258

MT. HEALTHY CITY SCHOOLS

Last Name First Middle Date of Birth

Date Enrolled Date Withdrawn

## ACHIEVEMENT TESTS

STANFORD Achievement Test Series, Eighth Edition

© 1989 HBJ

TEST DATE 4/24/90
1988 NORMS NATIONAL
GR 09 SPRING

MOORE LEE E
GR 09 AGE 15-06 SEX M
LEVEL ADVAN 2 FORM J

| SCORE TYPE | Total Rdg | Rdg Vocab | Rdg Comp | Total Math | Conc ofNo. | Math Comp |
|---|---|---|---|---|---|---|
| SS | 702 | 735 | 684 | 654 | 645 | 663 |
| N/PR-S | 70-6 | 86-7 | 56-5 | 15-3 | 11-3 | 23-4 |
| N/NCE | 61.0 | 72.8 | 53.2 | 28.2 | 24.2 | 34.4 |
| AAC | HIGH | HIGH | HIGH | LOW | LOW | MID |

| SCORE TYPE | Math Appl | Total Lang | Lang Mech | Lang Exp | Spell | Study Skls | Sci-ence | Soc Sci | List-ening | Using Info | Thnkg Skls | Basic Batt | Compl Batt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SS | 649 | 677 | 661 | 696 | DNA | DNA | DNA | DNA | DNA | DNA | DNA | DNA | DNA |
| N/PR-S | 13-3 | 53-5 | 32-4 | 74-6 | | | | | | | | | |
| N/NCE | 26.3 | 51.6 | 40.1 | 63.5 | | | | | | | | | |
| AAC | LOW | MID | MID | HIGH | | | | | | | | | |

Otis-Lennon School Ability Test

MOORE LEE E
GR 09 AGE 15-06 SEX M
LEVEL G FORM 1

1988 NORMS NATIONAL
GR 09 SPRING

| | TOTAL | VERBAL | NON-VERBAL |
|---|---|---|---|
| RS | 28 | 15 | 13 |
| SAI | 95 | 96 | 95 |
| A/PR-S | 38-4 | 40-5 | 38-4 |
| G/PR-S | 38-4 | 39-4 | 36-4 |

STANFORD Achievement Test Series, Eighth Edition

© 1989 HBJ

TEST DATE 4/06/92
1988 NORMS NATIONAL
GR 10 SPRING

MOORE LEE E
GR 10 AGE 17-06 SEX M
LEVEL TASK 2 FORM J
STUDENT NO. 000750291

| SCORE TYPE | Total Rdg | Rdg Vocab | Rdg Comp | Math | Math Appl | Eng-lish |
|---|---|---|---|---|---|---|
| SS | 695 | 710 | 684 | 654 | 661 | 668 |
| N/PR-S | 59-5 | 65-6 | 52-5 | 10-2 | 15-3 | 38-4 |
| N/NCE | 54.8 | 58.1 | 51.1 | 23.0 | 28.2 | 43.6 |
| AAC | HIGH | HIGH | MID | LOW | LOW | MID |

Otis-Lennon School Ability Test

MOORE LEE E
GR 10 AGE 17-06 SEX M
LEVEL G FORM 1
STUDENT NO. 000750291

1988 NORMS NATIONAL
GR 10 SPRING

| | TOTAL | VERBAL | NON-VERBAL |
|---|---|---|---|
| RS | 28 | 16 | 12 |
| SAI | 91 | 94 | 89 |
| A/PR-S | 29-4 | 35-4 | 25-4 |
| G/PR-S | 29-4 | 36-4 | 24-4 |

Normative Data © 1989 by HBJ

LEE MOORE 000750291

| | ATTEMPT | SCORE | DATE | GRADE |
|---|---|---|---|---|
| MATH | 2 | FAIL | 92/11 | 10 |
| READING | 2 | PASS | 92/11 | 10 |
| CTZSHP | 2 | PASS | 92/11 | 10 |
| WRITING | 1 | FAIL | 91/04 | 09 |

STATE DEVELOPED TEST FOR FALL 9TH GRAD

3/24/93 WITHDRAWN STUDENTS - HIGH SC

CC 0259

Jenny

DEPARTMENT OF PUPIL PERSONNEL

Use of Student Data

The enclosed student data has been produced for your use only. According to the "Family Education and Privacy Act of 1974", you are forbidden to share this data with outside agencies or concerns without first obtaining written permission from the parent, or in some cases, informing the person that the data will be released.

ØP-11c