# MT. HEALTHY HIGH SCHOOL

2046 Adams Road, Cincinnati, Ohio 45231
Guidance Office
(513) 729-0130

## WITHDRAWAL PERMIT

PUPIL Lee Moore (750291) GRADE 10 DATE 5/8/92

REASON work full-time (work permit on file)

AUTHORIZATION

| PERIOD | SUBJECT | GRADE TO DATE | BOOKS RETURNED YES | NO (BOOK NO.) | N/A | TEACHER SIGNATURE | AMOUNT OF FEE OWED | REFUND |
|---|---|---|---|---|---|---|---|---|
| 1 | World History | F | ✓ | | | KRK | — | |
| 2 | Study Hall | N/A | — | | | KRK | — | |
| 3 | ~~Ecol/Conserv~~ S. H. | | | | | Kugel | — | |
| 4 | P.E. II | F | ✓ | | | [signature] | — | |
| 5 | Study Hall | | ✓ | | | [signature] | | |
| 6 | English III | F | ✓ | | | Montgomery | | |

LIBRARY Fine (11.04) R Hennebach

ADMINISTRATIVE OFFICE Richard Shard

COUNSELOR R [signature]

ATTENDANCE OFFICE Sandra M[signature]

FEES OR OBLIGATIONS

I give my permission for Mt. Healthy High School to release the records of

Georgia L. Moore

Parent or Guardian Signature

# MT. HEALTHY HIGH SCHOOL

2046 Adams Road, Cincinnati, Ohio 45231

Guidance Office
(513) 729-013_

## WITHDRAWAL PERMIT

PUPIL: Lee Moore (750291)   GRADE: 10   DATE: 1/29/93
REASON: moving out of district – Forward H.S.
AUTHORIZATION: _____

MODERN EARTH SCIENCE

| PERIOD | SUBJECT | GRADE TO DATE | BOOKS RETURNED YES | NO (BOOK NO.) | N/A | TEACHER SIGNATURE | AMOUNT OF FEE OWED | REFUND |
|---|---|---|---|---|---|---|---|---|
| 1 | Meteorology | N/A | | ✓ 36-78 | | Fall | | pd |
| 2 | English III | N/A | | ~~1796 McDonald yellow~~ | | C.W. | | pd |
| 3 | Amer. History | N/A | ✓ | ✓ | | Walker | | pd |
| 4 | G. Alg. I Pt. 1 | N/A | ✓ | ✓ 228-87 | | | | pd 2/ |
| 5 | P.E. II | N/A | ✓ | | | | | |
| 6 | Careers | I | | ✓ | | | $4.50 | pd 2/ |

$10.00

LIBRARY: P. Baker 1/29/93
ADMINISTRATIVE OFFICE: _____
COUNSELOR: R _____
ATTENDANCE OFFICE (Mrs. Weil): Nancy Weil
FEES OR OBLIGATIONS (Mrs. Keller): X
DATA PROCESSING (Mrs. McCann): _____
ATHLETIC OFFICE (Mrs. Stragand): Stragand

Lee E. Moore
Parent or Guardian Signature
(TO RELEASE RECORDS)

31
21
18
26
14.50
_____
100.50

CC 0282

*[Page contains three student record cards and two CBE Writing Sample Results cards for MOORE, LEE EDWARD, rotated sideways.]*

**CBE WRITING SAMPLE RESULTS**

Name: Lee Moore   DOB: 10-19-74

| Date | '86-'87 | | | |
|---|---|---|---|---|
| Grade | 6 | | | |
| Score | 2 | | | |

Key: 4--Superior, 3--Highly Competent
2--Competent; 1--Not Competent

---

**CBE WRITING SAMPLE RESULT**

NAME: Moore, Lee   DOB:

| Date | 11/9/89 |
|---|---|
| Grade | 9 |
| Score | 2 |

Key: 6--Superior Writing; 5--Clearly Above Avera
4--Slightly Above Average; 3--Average;
2--Below Average; 1--Off Topic

---

**Student Record 1 (1986-87)**

LAST NAME: MOORE   FIRST NAME: LEE   INIT: E   SEX: M   GRADE: 06   ROOM: 00   ABSENT: 12.0   TARDY: 6   SCHOOL CODE: 50-5(?)   ASSIGNED TO: 07

STUDENT: 75029   TEACHER NAME: SPARKS   SCHOOL YR: 86-87   PRESENT: 168.0

| SUBJECT NAME | CODE | GRADE |
|---|---|---|
| READING | 044041 | B |
| SOCIAL STUDIES | 060062 | C |
| PHYSICAL ED | 061062 | B |
| MUSIC | 062062 | B |
| ART | 063062 | B |
| MATHEMATICS | 065062 | F |
| LANGUAGE | 066062 | C |
| SPELLING | 067062 | B |
| SCIENCE | 068062 | D |
| HEALTH | 069062 | C |

---

**Student Record 2 (1987-88)**

MOORE, LEE EDWARD   SEX: M   HOME ROOM: 0216   GRADE: 07   YEAR: 87-88   PRESENT: 167.0   ABSENT: 12.0   TARDY:

S0-76   75029I MT. HEALTHY SOUTH JR

| SUBJECT NAME | SUBJECT CODE | TEACHER | 1st | 2nd | FIN | CREDIT |
|---|---|---|---|---|---|---|
| PHYSICAL EC | 078004 | VAN VLIET S | D | B | B | |
| LANGUAGE ARTS 7 | 712003 | BOTTS P | D | D | D | |
| MATHEMATICS 7 | 273001 | SAMS S | D | C | C | |
| SCIENCE 7 | 370001 | CAPELLA S | D | D | D | |
| HEALTH | 374004 | DUNHAM M | D | D | D | |
| GEOGRAPHY | 470005 | STEWART D | B | C | C | |
| READING 7 | 572002 | BREINING G | C | C | C | |
| ART 7 | 870006 | WARREN T | D | D | D | |
| CHORUS 7 | 971001 | BREINING D | F | F | D | |

---

**Student Record 3 (1988-89)**

MOORE, LEE EDWARD   SEX: M   HOME ROOM: C202   GRADE: 08   YEAR: 88-89   PRESENT: 170.5   ABSENT: 8.5   TARDY:

S0-76   75029I MT. HEALTHY SOUTH JR

| SUBJECT NAME | SUBJECT CODE | TEACHER | 1st | 2nd | FIN | CREDIT |
|---|---|---|---|---|---|---|
| PHYSICAL EC | 078005 | THOMPSON | C | B | B | |
| ENGLISH 8 | 182003 | ROBERTS | D | F | F | |
| MATHEMATICS 8 | 283002 | SCHREINER | D | F | F | |
| SCIENCE 8 | 380002 | CORDREY | F | C | D | |
| US HISTORY | 483007 | MURPHY | D | D | D | |
| OHIO STUDIES | 484001 | SCHREINER | | B | B | |
| READING 8 | 580005 | KINNAN | | F | F | |
| HOME ECONOMICS | 681005 | SNYDER | | F | D | |
| INDUSTRIAL ARTS | 682002 | ALLEGREE | D | | | |

CC 0283

LAW OFFICES

CHUCK R. STIDHAM
CHRISTOPHER J. BERNARD

# SAND, STIDHAM AND BERNARD
317 W. BENSON STREET
READING, OHIO 45215
(513) 761-4929
FAX (513) 761-3573

*ROBERT G. SAND
(1932-1990)
*HARRY A. SAND
(1922-1987)

July 22, 1994

Mt. Healthy High School
2046 Adams Road
Mt. Healthy, Ohio 45231

RE: Lee Edward Moore
D.O.B. - 10-19-74

Gentlemen:

This office is handling the Mitigation Phase of the case pending in the Hamilton County Court of Common Pleas wherein Lee Edward Moore is facing a possible death sentence.

In an effort to present factors in mitigation to prevent the execution of Mr. Moore, I am attempting to compile as much of a personal history and background as possible. To this end, I have enclosed herein an Authorization and Release Form which permits you to release information concerning Mr. Moore's education to me. I would appreciate if you would have this information to me as quickly as possible.

I specifically need the dates attended at school and copies of his attendance and scholastic records.

I would appreciate if you would provide this information to me as quickly as possible as his Trial is scheduled to commence in the Hamilton County Court of Common Pleas in late August, 1994.

Very truly yours,

Chuck R. Stidham
Attorney at Law

CRS/tas

Encl.

CC 0284

~~The Prudential~~

The Prudential Insurance Company of America
P.O. Box 2850, Cincinnati, OH 45201-2850
513-621-2884

*Confidential*

From: Terry R Schwartz Psy.D.

Date: 02/24/92
Patient's Name: Lee Moore
ID#: 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

## MENTAL HEALTH EVALUATION REPORT

Following the initial 2 evaluation visits, please submit the following information:

1. Multiaxial Diagnosis: 312.80 Conduct Disorder, low grades, caught with brass knuckles, lies, stays out late, sexually active, stubborn, skipping school.

2. Target symptoms/signs/problems: antisocial behaviors, won't follow any rules at home or at school
   * No background or history available or given.

3. Specific goals for each target problem: Try to set limits and create some responsiveness to rules

4. Method of treating each problem: Behavioral, Cognitive behavioral, unsuccessful.

5. Time frame for achieving each goal: 3 months; Termination due to failure to reach him. Lee would not open up and discuss anything ("Pulling Teeth")

6. Who is Provider treating each problem: [signature]

7. Frequency of visits with each Provider: *Total sessions* 02/24, 03/02, 03/11, 03/15, 03/25/92

8. Criteria for discharge from treatment: Client (Lee) was unresponsive, he would not so much as utter a word, answered questions with "Yeah" or no, would not elaborate, Terminated due to failure to reach him in any constructive ways.

Mail To: ~~PruCare of Cincinnati~~
~~P.O. Box 2850~~
Cincinnati, Ohio 45201

— OVER —



FOREST FAIR MALL

## FAX TRANSMISSION SHEET

TO: _Chuck Stidham_

ADDRESS: _Sand, Stidham & Bernard_

FAX NUMBER: _761-3573_

DATE: _07/28/94_

TIME: _14:03_

FROM: _Nancy Arnold_

NUMBER OF PAGES BEING TRANSMITTED (including cover sheet): _3_

IF TRANSMISSION IS FAULTY, PLEASE CALL: _671-2929_

*****************************************************************

PLEASE USE THIS SPACE FOR SHORT MESSAGES.

_In reference to the attached request, our records do not indicate anyone by this name having worked for the management company of Forest Fair Mall._

■ 1047 Forest Fair Drive
■ Cincinnati, Ohio 45240
■ 513-671-2929-Management
■ 513-671-3993-Marketing
■ 513-671-7502-FAX

CC 0286

I, LEE EDWARD MOORE, 1101 Clearbrook Drive, Cincinnati, Ohio 45229, hereby authorize you to release information concerning my employment records to Chuck R. Stidham, Esq., Mitigation Specialists of Southwest Ohio, 317 W. Benson Street, Cincinnati, Ohio 45215.

*X Lee E. Moore Jr.*
Lee Edward Moore

STATE OF OHIO       )
                    ) SS:
COUNTY OF HAMILTON  )

Sworn to before me and subscribed in my presence by Lee Edward Moore on this ___ day of _____, 1994.

Notary Public

CHUCK R. STIDHAM, Attorney at Law
NOTARY PUBLIC - STATE OF OHIO
My Commission has no expiration
date. Section 147.03 O.R.C.

CC 0287

**LAW OFFICES**

CHUCK R. STIDHAM
CHRISTOPHER J. BERNARD

# SAND, STIDHAM AND BERNARD
317 W. BENSON STREET
READING, OHIO 45215
(513) 761-4929
FAX (513) 761-3573

*ROBERT G. SAND
(1932-1990)
*HARRY A. SAND
(1922-1987)

July 22, 1994

RECEIVED JUL 26 1994

Forest Fair Mall
1047 Forest Fair Drive
Fairfield, Ohio 45240

RE: Lee Edward Moore
    D.O.B. - 10-19-74

Gentlemen:

This office is handling the Mitigation Phase of the case pending in the Hamilton County Court of Common Pleas wherein Lee Edward Moore is facing a possible death sentence.

In an effort to present factors in mitigation to prevent the execution of Mr. Moore, I am attempting to compile as much of a personal history and background as possible. To this end, I have enclosed herein an Authorization and Release Form which permits you to release information concerning Mr. Moore's education to me. I would appreciate if you would have this information to me as quickly as possible.

I specifically need information as to his position held, rate of pay, attendance records and work performance.

I would appreciate if you would provide this information to me as quickly as possible as his Trial is scheduled to commence in the Hamilton County Court of Common Pleas in late August, 1994.

Very truly yours,

Chuck R. Stidham
Attorney at Law

CRS/tas

Encl.

CC 0288

**DANIEL J. JAMES**
ATTORNEY AND COUNSELOR AT LAW
13TH FLOOR, AMERICAN BUILDING
30 EAST CENTRAL PARKWAY
CINCINNATI, OHIO 45202

(513) 721-1995

**SUBURBAN OFFICE**
4226 BRIDGETOWN ROAD
CINCINNATI, OHIO 45211
(513) 574-5400

September 23, 1994

Ms. Jenny O'Donnell
Community Diagnostic & Treatment Center
909 Sycamore
Cincinnati, Ohio 45202

Re: Lee Moore
Case No.: B9400481

Dear Jenny:

Pursuant to our conversation on Friday afternoon, I am enclosing a copy of the transcript of Mr. Moore's statement. I have also written to Mr. Stidham and asked him to provide us with the mitigation information he has been able to obtain. Hopefully, I'll have something for you next week.

Sincerely yours,

Daniel J. James

DJJ/kw

CC 0289

## HOMICIDE OF MELVIN OLINGER

### STATEMENT OF LEE MOORE

Code to persons speaking in statement:

Q:  Specialist Dave Feldhaus
    Homicide Unit, C.I.S.
    Cincinnati Police Division

QQ: Detective Mike Tiernan
    Fairfield Police Department

A:  Lee Moore

(NOTE: Inaudible portions of statement are indicated by dashes.)

Q:  Okay today's date is uh January 21st, 1994, the time now is um 0635 hours. My name is Specialist Dave Feldhaus with the Cincinnati Police Homicide Unit. With me is Detective Tiernan, T-I-E-R-N-A-N. He's with the uh Fairfield Police Department. We're interviewing uh a Lee Moore. Lee Edward Moore. He's a male black, 19 with a date of birth of uh 10/19 of 74. Mr. Moore gives an address of 1101 Clearbrook Avenue. Is that correct Lee? Is it Avenue or Street?

A:  Drive.

Q:  --- Drive. Okay. Has a phone number of 242-1482. Uh Mr. Moore is being interviewed in reference to the death of Melvin Olinger which occurred on uh January 14, um 1994 in uh Cumminsville. I know it was 3366 Llewellyn Place. Um before we get started Lee I'm showin' ya a piece of paper here in which you have your signature. It's your Miranda Rights. These rights were read to you

CC 0290

Page 1

is that correct?

A: Yes.

Q: You gotta speak up okay so the tape can hear ya. Is that correct?

A: Yes.

Q: Okay an' you indicated that you understood it an' you signed your signature here at the bottom is that correct?

A: Yes.

Q: An' that's your signature?

A: Yes.

Q: Okay. Lee what we wanna do like I said we're we're investigatin' the death of um Mr. Olinger. He's uh a male white, 53. Uh an' again I said he was found over in Cumminsville. Um what I want you to do is just start at the beginning of what you know about his death an' how it came about an' what happen that night. Just take it slow an' um...

A: Okay.

Q: an' be truthful.

A: Me an' Jason we drove up to um...

Q: Now Jason is I I need you to name the whole names that you know.

A: Me an' Jason Holmes rode up drove up to um Hamilton with intentions to steel steel a car. He knew an' I knew those were uh were my intentions, to steal the car an' he was part of it. I got the car, I seen... (silence)

Q: Where you at up in Hamilton you say?

CC 0291

Page 2

A: (silence)

Q: Huh?

A: Yeah.

Q: Okay. What did you see up there? Did ya see um this Melvin Olinger up there or how did it how'd you come about seein' him?

A: I saw 'im um gettin' out of his car. He went into a bar or somethin'. I waited there. I was gonna steal his car when he came out an' drive 'im back down ta um um Cincinnati an' leave 'im. I got 'im in the car an' drove down ta um back down to um Larry Jason's house an' told Larry that he was in the car an' he said he wanted to go with me.

Q: Now this is Larry uh...

A: Um Larry Kinley.

Q: Okay.

A: An' he told me he wanted to ride with me to where I where ever I dropped 'im off at. So we rode we were ride an' we was in Cumminsville an' Larry showed a street he told me to turn down. An' so I turned down the street. An' um I had been drinkin' heavily an' smokin' marijuana. I really wasn't in in my really in in my right state of mind. An' um we went back... We we turned down a street an' um he got out the trunk an' I told 'im to walk over by um by this dumpster so I could um so he can go behind it an' I could leave an' he wouldn't know which way we were headed when we left. An'

CC 0292

Page 3

    I I asked for his wallet on the way back. He pulled his wallet out an' he handed it to me but but he dropped it. An' I um I had the I had the gun pointed at 'im an' I reached down to pick it up an' he ss.. he ke.. he started walkin' towards me or somethin'. An' an' an' like I said I was drinkin' a lot, I wan't in my right state of mind. I smokin' week. I was I was high on things an' I panic, I got scared an' I accidentally pulled the trigger. But it definitely was a accident. I didn't mean it... It definitely was a accident. An' after I heard the shot I guess I went blacked out or went into ss... shock or somethin'. An' then I didn't even see 'im see 'im fall or nothin'. I just got back in the car an' rode away thinkin' about I didn't m... I I was hoping that I didn't that I didn't shoot 'im, that I missed or somethin'. But when I got in the car Larry was he was talkin' like uh yeah you got 'im. You shot 'im in the head. His brains went every where. And...

Q: Like he's happy or what?

A: Yeah he was he was laughin'. He said fuck 'im. After he said that he was like you shot 'im, his brains went ev... every where. They was every where. Fuck 'im. An' I was just in shock cause I never I never meant for nothin' like this to happen. I just... I just was tryin' ta get a car to impress people. I wasn't wan't never tryin' to kill anybody. An' I I stayed up all that night thinkin' about that an' I... That wan't my intention an' I am

CC 0293

Page 4

sorry that I did it.

Q: Okay. Now when when you left when you drove away from there were you in his car, the Taurus?

A: Yeah.

Q: Who was drivin'?

A: I was.

Q: Okay. Now where did you go when you left there?

A: Back to Larry house.

Q: Back to Larry's house?

A: Yeah.

Q: Now do you remember what ya took from uh the uh man? What was taken from him?

A: Um I just got his wallet an' Larry looked through it an' took all the cards an' stuff.

Q: Okay. Was there any currency in the wallet or in his pockets?

A: He had five dollars in his pocket.

Q: An' who had that?

A: I had that.

Q: Okay. So did yas keep the wallet or did ya throw the wallet out any where or what?

A: Um I don't know what Larry did with it, he had it.

Q: Okay. Um so Larry took the credit cards out?

A: Yes.

Q: Then you went back... Where did ya leave... When you left there, where did yas go to?

A: When w... when I left where?

CC 0294

Q: When you left where this where the sh... where this guy was shot at? Where did yas le... When you left, where'd you go to?

A: Larry house.

Q: You went to Larry's house. Is that where you spent the night?

A: (Can not hear an answer.)

Q: Did you go out any where else?

A: Un un.

Q: Alright. What you do with the gun, did you keep the gun an' put it some where?

A: I left it at um at Larry house.

Q: You left it in Larry's house?

A: Yeah.

Q: Where did you originally get the gun at?

A: It it's my father's gun.

Q: It's your father's gun. Okay. So you went back to Larry's house an' um you spent the night?

A: (Can not hear an answer.)

Q: An' what happen the next morning, you got up, did ya go any where or?

A: We got up an' Larry an' Jason had they had talked me into um goin' out an' um using these credit cards an' buy stuff with 'em. I wan't goin'... I really wan't goin'... I wan't gonna do that cause I was already scared.

Q: Um hum. What credit cards did ya have?

CC 0295

A: Uh a JC Penny card an' a uh a Jeanie card. They threw that away. They threw that one away.

Q: Okay. Did ya have any gas cards?

A: Yeah. An' a Shell card.

Q: Shell card. Okay. So yous went out... Who went with ya to go out shopping an' use usin' the cards?

A: Larry.

Q: You an' Larry went out?

A: Yeah.

Q: Were you in his car now?

A: Yes.

Q: Now did yas take the plates off his car or anything or how did yas did yas try ta...

A: Larry took um... He took the his plate off an' put one of mine on.

Q: Okay. So now you got your plate on this guy's Taurus right? That was done by Larry?

A: Um hum.

Q: Okay. An' then you an' Larry went out to uh where Northgate?

A: Yeah.

Q: An' what where did yas where did you go out there?

A: Um ta to JC Penny.

Q: Okay. What did ya what did ya go... What did ya buy anything out there or what did you do at JC Penny?

A: Yeah I charged a necklace an' a bracelet an' a sweat shirt an' a t-shirt an' some sweat pants.

CC 0296

Q: Okay. An' wha...

A: An' a hat.

Q: An' a hat. An' you used the uh the guy's card, the JC Penny card?

A: Yeah.

Q: Did you sign the receipt or anything or?

A: (silence)

Q: Huh?

A: Yes.

Q: Did you signed his name or did you say you were somebody else or what?

A: I sign his name.

Q: Okay. What you uh... Jewelry you bought out there at JC Penny did did you buy that for you or did you buy that for somebody else?

A: I bought it for somebody else.

Q: An' who was that you bought that for?

A: Um my girlfriend.

Q: An' what's her name?

A: Shatanda Neal. (Not sure of the spelling on name.)

Q: Shatanda Neal. Okay. Did she know where this jewelry came from?

A: No.

Q: Okay so she didn't know anything about it? She didn't ask ya or anything like that?

A: (Can not hear an answer.)

Q: So basically you went over there an' gave 'er the

CC 0297

Page 8

jewelry? Does she have it now?

A: Yes.

Q: Okay. An' the clothes that you bought, where's that at?

A: They got...

Q: The police you mean?

A: Yeah.

Q: Okay.

A: The police got it.

Q: Alright. Now did you uh did you go any where else then after Northgate?

A: Um up to Tricounty.

Q: --- you went to Tricounty Mall? An' what store did you go there then?

A: JC Penny.

Q: Okay another JC Penny there. An' what you did you buy anything there?

A: Yeah.

Q: What did you buy there?

A: A necklace an' a ring.

Q: A necklace an' a ring. Can you describe the necklace an' ri... an' ring.

A: It was a Herringbone necklace an'...

Q: Can...

A: a nugget ring.

Q: A nugget ring. An' where's the uh Herringbone necklace at now?

A: The police have it.

CC 0298

Page 9

Q: Police have that. An' where's the uh nugget ring?

A: At my father's house.

Q: That's at your father's house. Okay. An' your father lives at 1101 Clearbrook?

A: Yes.

Q: Okay. So then you uh came home an' uh this is all this happen the next day right? Saturday the 15th?

A: Yes.

Q: Okay. Did you keep the card or did you give the cards to somebody else?

A: I gave it away.

Q: You gave the cards away. You remember who you gave 'em to?

A: Ooh the car?

Q: The cards, the credit cards?

A: Ooh I didn't have 'em. Ja... Larry an' Jason had 'em.

Q: Okay but you had 'em to buy this stuff though right?

A: Um hum.

Q: An' then you came home an' you gave it to Larry an' Jason?

A: Um hum.

Q: An' what they do?

A: They went to a JC Penny.

Q: So they left again. They left right after you got home an' they tried to use it?

A: (Can not hear an answer.)

Q: 'kay. An' where did you go?

CC 0299

Page 10

A: S I went to my house.

Q: You went to your house?

A: Yeah.

Q: Still drivin' the Taurus, this the guy's car?

A: Yes.

Q: Okay. How long did you did you keep his car?S

A: I kept his car...

Q: Huh?

A: S two days.

Q: You kept his car two days. Now this happen Friday. You sayin' you kept it till Sunday or...

A: Hum?

Q: You say you kept it till Sunday or was it later then that?

A: Till Sunday.

Q: An' then what you do with it Sunday?

A: I gave it away.

Q: An' who'd you give it to?

A: S Cameron. I don't know his last name.

Q: A guy name Cameron?

A: Yeah.

Q: An' can you describe this Cameron to me?

A: He tall um brown skin. It has a high a high hair cut but low on the side.

Q: Okay what did you tell Cameron about this car?

A: When?

Q: What di... what did you tell 'im about it when you gave

CC 0300