# Metropolitan Achievement Tests
## Survey Battery

Primer Form JS

Name: Lee Moore  Grade: K
Teacher: Mrs. Betty Hensley  Date of Testing: 4/21-22-80
School: Central Baptist Elem  City: Cinti  State: Ohio

### Score Summary Box

| Test | Number Possible | Number Right | Scaled Score | Grade Equivalent | Percentile Rank | Stanine | Instructional Reading Level |
|---|---|---|---|---|---|---|---|
| Reading | 37 | 26 | 476 | 1.5 | 90 | 1 2 3  4 5 6  7 (8) 9 | Primer |
| Mathematics | 35 | 33 | 492 | 2.7 | 96 | 1 2 3  4 5 6  7 8 (9) | |
| Language | 25 | 20 | 375 | 1.2 | 84 | 1 2 3  4 5 6  (7) 8 9 | |
| Basic Battery (R+M+L) | 97 | 79 | 410 | 1.5 | 94 | 1 2 3  4 5 6  7 (8) 9 | |

Percentile Ranks and Stanines based on tables for   Fall ☐   Spring ☒



### Cluster Analysis

**READING**
Performance by grade level of reading passages

- 10 Primer
- 5 Grade 1

Performance by objective

- 12 — 01 Word Reading
- 5 — 02 Rebus
- 5 — 03 Sentence Reading
- 10 — 05 Literal Specific
- 1 — 06 Literal Global
- 1 — 07 Inferential Specific
- 2 — 08 Inferential Global
- 1 — 09 Evaluative

**MATHEMATICS**

- 14 Numeration
- 9 Geom. & Meas.
- 6 Prob. Solving
- 6 Operations: Whole No.

**LANGUAGE**

- 9 Listening Comp.
- 8 Spelling
- 8 Study Skills

CC 0321

# Metropolitan Achievement Tests
## Basic Survey Battery

Primary 1    Form JS

Lee  Lee  Lee Lee

Name: Lee Moore Jr    Grade: 1
Teacher: Mrs. Moore    Date of Testing: 4/81
School: ____    City: ____    State: Cincinnati

### Score Summary Box

| Test | Number Possible | Number Right | Scaled Score | Grade Equivalent | Percentile Rank | Stanine | Instructional Reading Level |
|---|---|---|---|---|---|---|---|
| Reading | 55 | 40 | 577 | 2.2 | 77 | (7) | GR1 |
| Mathematics | 40 | 21 | 401 | 1.7 | 42 | (5) | |
| Language | 40 | 30 | 458 | 2.1 | 70 | (6) | |
| Basic Battery (R+M+L) | 135 | 91 | 472 | 2.0 | 68 | (6) | |

Percentile Ranks and Stanines based on tables for    Fall ☐    Spring ☒

### Cluster Analysis

#### READING
Performance by grade level of reading passages

- Primer: 10
- Grade 1: 15
- Grade 2: 10
- Grade 3: 10

Performance by objective

- 02 Rebus: 5
- 03 Sentence Reading: 5
- 04 Vocabulary: 1
- 05 Literal Specific: 24
- 06 Literal Global: 4
- 07 Inferential Specific: 10
- 08 Inferential Global: 4
- 09 Evaluative: 2

#### MATHEMATICS

- Numeration: 10
- Geom. & Meas.: 9
- Problem Solving: 9
- Operations: Whole No.: 12

#### LANGUAGE

- Listening Comp.: 9
- Punc. & Cap.: 6
- Usage: 5
- Grammar & Syntax: 7
- Spelling: 9
- Study Skills: 4

CC 0322

# Metropolitan Achievement Tests
Complete Survey Battery

Primary 2   Form JS

Name: Moore, Lee
Teacher: Mrs. Singleton
School: Central Baptist
City: ____   State: ____
Grade: 2nd
Date of Testing: 4/26/82

## Score Summary Box

| Test | Number Possible | Number Right | Scaled Score | Grade Equivalent | Percentile Rank | Stanine | Instructional Reading Level |
|---|---|---|---|---|---|---|---|
| Reading | 55 | 44 | 657 | 3.4 | 70 | 1 2 3 4 5 (6) 7 8 9 | Gr. 3 |
| Mathematics | 45 | 20 | 445 | 2.2 | 22 | 1 2 (3) 4 5 6 7 8 9 | |
| Language | 55 | 48 | 609 | 4.3 | 84 | 1 2 3 4 5 6 (7) 8 9 | |
| Science | 40 | 25 | 489 | 2.8 | 54 | 1 2 3 4 (5) 6 7 8 9 | |
| Social Studies | 40 | 23 | 460 | 2.2 | 40 | 1 2 3 4 (5) 6 7 8 9 | |
| Basic Battery (R+M+L) | 155 | 112 | 561 | 3.1 | 62 | 1 2 3 4 5 (6) 7 8 9 | |
| Complete Battery (Basic+S+SS) | 235 | 160 | 520 | 2.9 | 58 | 1 2 3 4 (5) 6 7 8 9 | |

Percentile Ranks and Stanines based on tables for   Fall [ ]   Spring [✓]



Cluster Analysis

READING — Performance by grade level of reading passages: Primer 5, Grade 1 10, Grade 2 15, Grade 3 10, Grade 4 10, Grade 5 5
Performance by objective: 04 Vocabulary 2, 05 Literal Specific 35, 06 Literal Global 5, 07 Inferential Specific 6, 08 Inferential Global 6, 09 Evaluative 1

MATHEMATICS: Numeration 10, Geom. & Meas. 10, Problem Solving 10, Operations: Whole No. 15

LANGUAGE: Listening Comp. 5, Punc. & Cap. 13, Usage 8, Grammar & Syntax 9, Spelling 13, Study Skills 7

SCIENCE Behavior: I. Knowledge 14, II. Comprehension 9, III. Inquiry Skills 9, IV. Critical Anal. 6
Content Area: Physical 10, Earth & Space 13, Life 17

SOCIAL STUDIES Behavior: I. Knowledge 13, II. Comprehension 9, III. Inquiry Skills 12, IV. Critical Anal. 6
Content Area: Geography 15, Sociology 2, Economics 9, Political Science 4, History 4, Anthropol. 5, Psychology 1

CC 0323

# Metropolitan Achievement Tests
## Complete Survey Battery — Elementary Form KS

Name: Moore, Lee  
Teacher: Miss Rudolph  
School: Central Baptist   City: Cincinnati   State: Ohio  
Grade: 3  
Date of Testing: 4/25/83

### Score Summary Box

| Test | Number Possible | Number Right | Scaled Score | Grade Equivalent | Percentile Rank | Stanine | Instructional Reading Level |
|---|---|---|---|---|---|---|---|
| Reading | 60 | 51 | 694 | 4.6 | 72% | 6 | 5 |
| Mathematics | 50 | 24 | 534 | 3.2 | 36% | 4 | |
| Language | 60 | 43 | 629 | 4.7 | 66% | 6 | |
| Science | 45 | 25 | 556 | 4.0 | 58% | 5 | |
| Social Studies | 45 | 27 | 599 | 4.7 | 74% | 6 | |
| Basic Battery (R+M+L) | 170 | 118 | 620 | 4.2 | 60% | 6 | |
| Complete Battery (Basic+S+SS) | 260 | 170 | 590 | 4.2 | 64% | 6 | |

Percentile Ranks and Stanines based on tables for: Fall ☐  Spring ☒



Copyright © 1978 by Harcourt Brace Jovanovich, Inc. All rights reserved. No part of this may be copied by any process. Printed in United States of America.

CC 0324

# Metropolitan Achievement Tests    Elementary    Form KS
## Complete Survey Battery

Name: Lee Moore  Grade: 4th
Teacher: Mrs. Lynd
School: Central Baptist   City: Cincinatti   State: Ohio   Date of Testing: April 24, 1984

### Score Summary Box

| Test | Number Possible | Number Right | Scaled Score | Grade Equivalent | Percentile Rank | Stanine | Instructional Reading Level |
|---|---|---|---|---|---|---|---|
| Reading | 60 | 49 | 684 | 4.2 | 42 | (5) | 4 |
| Mathematics | 50 | 21 | 507 | 2.8 | 10 | (2) | |
| Language | 60 | 42 | 618 | 4.4 | 44 | (5) | |
| Science | 45 | 29 | 603 | 4.9 | 50 | (5) | |
| Social Studies | 45 | 38 | 609 | 4.9 | 50 | (5) | |
| Basic Battery (R+M+L) | 170 | 112 | 605 | 3.8 | 30 | (4) | |
| Complete Battery (Basic+S+SS) | 260 | 169 | 589 | 4.1 | 38 | (4) | |

Percentile Ranks and Stanines based on tables for: Fall [ ]  Spring [✓]



Copyright © 1978 by Harcourt Brace Jovanovich, Inc. All rights reserved. No part of this may be copied by any process. Printed in United States of America.

CC 0325

Name: Moore Lee E.
Enter information in pencil
Birthdate: 10-19-74
Home Address: _____ Phone: _____
Father's Name: Lee  Business Phone: _____
Mother's Name: Gengie  Business Phone: _____
1) School: Central Baptist  2) School: _____  3) School: _____  4) School: _____

## IMMUNIZATIONS

| TYPE | Date | Date | Date | Date | Date |
|---|---|---|---|---|---|
| •DPT | 11/22/74 | 12/23/74 | 2/24/75 | 4/24/76 | 4/2/79 |
| Td | | | | | |
| •Polio Sabin (Tri) | 12/23/74 | 2/24/75 | 4/23/75 | 4/24/76 | 4/2/79 |
| •Measles | 10/31/75 | | | | |
| •Rubella | | | | | |
| Mumps | | | | | |
| Other | | | | | |

* Required by Compulsory Immunization Law, Section 3301.07 of Ohio Revised Code

Indicate any conditions and/or diseases of the student the teacher should know of _____

## HEARING
(Under Result indicate Pass or Fail)

| Date | Result Right | Left | Date | Result Right | Left |
|---|---|---|---|---|---|
| 3/91 | OK | OK | | | |
| 10/20/82 | OK | OK | | | |
| 4/2/83 | P | P | | | |

## SPEECH
☐ Normal  ☐ Articulation Problem  ☐ Rhythm
☐ Voice Disorder  ☐ Language Problem
☐ Other
Check appropriate box when applicable:
☐ Maximum Improvement  ☐ Corrected

## VISION

| | Date | Type | Result Right | Left |
|---|---|---|---|---|
| Muscle Balance | 10/81 | tuberculosis | | |
| Farsightedness | 1/2/83 | tuberculosis | | |
| Color | 2/89 | tuberculosis | | |
| Distance Acuity | | | | |

## Additional Screening

| Test | Date | Result | Date | Date | Date |
|---|---|---|---|---|---|

## Health Examinations

| Date | Date | Date | Date |
|---|---|---|---|

## TUBERCULIN

| Date | Type | Result | Date | Type | Result |
|---|---|---|---|---|---|
| 4/2/79 | Tine | neg | | | |

# SCHOOL HEALTH RECORD

3613.13 (Rev. 1974) Ohio Department of Health and
State Planning Committee for Health Education in Ohio

CC 0326

PAGE 1

## INDIVIDUALIZED EDUCATION PROGRAM

School Year 1982-83

NAME _Lee L. Moore_  BIRTHDATE _10/19/74_  AGE _8_  DATE _Dec 17, 1982_

PARENTS _Georgia Moore_  ADDRESS _1380 Meredith Circle © 45231_  PHONE ____

DISTRICT OF RESIDENCE _Mt. Healthy_  COUNTY _Hamilton_  BUILDING _Central Baptist_

### I. EVALUATIONS COMPLETED / INFORMATION GATHERED

_From Voice Evaluation for Children:_

**History**: no history of illnesses or allergies; has had for several years. Lee indicated that the problem is caused by "talking too much."

**Vocal Quality**: Low pitch during conversation; sept hoarseness level, severe hoarse vocal quality; vocal range limited; pitch breaks noted, breathiness is not pitch range.

**Breathing**: audible and irregular with short phrasing; Lee took a tone for maximum of 8 seconds.

**Oral peripheral Mechanism** - normal in size and function.

_ENT Evaluation_: See attached report. Behaviour events medico

### II. PRESENT LEVELS OF PERFORMANCE in the following areas where appropriate:
1) Intelligence, 2) Academic Performance, 3) Social/Emotional Status, 4) Adaptive Behavior, 5) Learning Modality, 6) Communicative Status, 7) Other.

6) _Communicative Status_,

see attached key report.

CC 0327

NAME _Lee Moore_

| ANNUAL GOALS | SHORT TERM INSTRUCTIONAL OBJECTIVES | EVALUATION PROCEDURES & CRITERIA |
|---|---|---|
| clarify vocal quality by decreasing harshness in [illegible] | 1. To produce a relaxed, unstrained [illegible] without strain quality, generally affecting the production of single phonemes with 90% accuracy.<br><br>2. To relax muscles used in vocal production.<br><br>3. To use patch [illegible] with hard breathing [illegible] conversational speech.<br><br>4. To increase the related vocal quality [illegible]<br><br>5. [illegible] the related vocal quality. | Informal [illegible] made evaluation will include tape [illegible] samples. |
| To monitor changes in vocal quality | 1. To identify the presence of harshness in speech samples with [illegible] accuracy.<br><br>2. To alter speech patterns where harshness is identified [illegible]<br><br>3. To identify utilization of correct [illegible] patterns when shown in the [illegible]<br><br>4. To alter speech patterns when out of balance. | |

PAGE 3

NAME _Lee Moore_

| Program Option | Check Needs | Date to be Initiated | Anticipated Duration | Special Program | Related and Supportive Services | Check Needs | Date Services to be initiated | Anticipated Duration |
|---|---|---|---|---|---|---|---|---|
| Regular Education | X | | | | Speech & Language Therapy | | Jan, 1983 | 3x wk/6 wks problem |
| Supplemental Services | | | | | Occupational Therapy | | | |
| Individual/Small Group Instruction | | | | | Physical Therapy | | | |
| Special Class/ Learning Center | | | | | Attendant Service | | | |
| Home Instruction | | | | | Transportation | | | |
| Residential | | | | | Orientation & Mobility | | | |
| Other | | | | | Counseling | | | |
| | | | | | Vocational Assessment | | | |
| | | | | | Work-Study | | | |
| | | | | | Adaptive Physical Ed. | | | |
| | | | | | Other | | | |

V. Needs Which Necessitate Placement in a Separate Educational Facility: _None_

Recommended District or Educational Agency of Attendance _Kingstown_
County _Hamilton_  Building _Central Baptist_
Extent of Participation in Regular or Vocational Educational Program: _full_

VI. CRITERIA AND SCHEDULES FOR PERIODIC/ANNUAL REVIEW
_Annual or upon parent or teacher request_

VII. ADDITIONAL SERVICES NEEDED FOR IMPLEMENTATION OF PROGRAM THAT WILL BE PROVIDED BY PARENTS AND/OR OUTSIDE PROFESSIONAL AGENCIES
_None_

The above recommendations have been made by the committee and we feel they are appropriate.
Conference Participants:

NAME _____ Chairperson
NAME _____ TITLE: _____
NAME _Ronald T. Mellitt_ TITLE: _Chairperson_

I have reviewed the above educational program and
  ACCEPT ✓
  DO NOT ACCEPT
the recommendation of the Committee. I also waive my right to certified mail.

_1-5-83_  _Virginia L. Moore_
Date      Parent

CC 0329

EVALUATION OF COMMUNICATION PERFORMANCE

Stud _Lee Moore_____ Teacher _Miss Rudolph_ Gr. _3_ Room_____

As a result of a speech and hearing evaluation, the following speech & language disorders were observed:

___ **Language impairment:** A significant deviation in expressive or receptive oral language in the specific areas of morphology (sounds), syntax (grammar), and/or vocabulary.

___ **Articulation impairment:** The consistent misarticulation of one or more phonemes. The results of a norm referenced (standardized) prognostic evaluation instrument must be considered for a child below eight years of age prior to determining eligibility for services.

___ **Fluency impairment:** Reduced intelligibility and rate because of a high disfluency ratio and/or struggle or avoidance and fear of speaking situations.

_X_ **Voice impairment:** Exhibits difficulties in the areas of pitch, quality, and/or loudness not appropriate to the student's age or sex.

___ **Hearing impairment:** Has a measurable hearing loss, the type and/or degree of which is adversely affecting the child's communication skills as determined by an audiologist's evaluation.

Instructions to the Teacher: Your observation, which is part of a multi-factored assessment procedure, is in accordance with the guidelines for current program standards for special education units for speech, language, and hearing services in the state of Ohio (#3301-51-08 B. 4. C.). Please complete the following with a "yes" or "no".

_no_ The child avoids speaking situations.
_yes (some)_ Other children in the class seem to react negatively toward the child because of his/her speech.
_no_ The child's social maturity and interaction is inappropriate for age and grade level.
_no_ The child has difficulty participating in classroom discussions involving two or more persons.
_no_ The child has difficulty hearing and understanding directions, conversation, and material presented during class most of the time.
_no_ The child has difficulty understanding material presented via audio-visual equipment.
_no_ The child has difficulty listening and discriminating likenesses and differences in speech sounds.
_no_ The child uses incomplete sentences and language inappropriate for grade level.
_no_ Vocabulary development and comprehension is inappropriate for grade level.
_no_ The child has difficulty understanding concepts such as space, quantity and time appropriate for age level.
_no_ The child's speech ability is reduced when the child is placed in a stressful situation.
_no_ The child communicates with gesture in lieu of speaking.
_no_ The child has difficulty demonstrating reasoning ability and knowledge of cause-effect relationships appropriate to age level.
_no_ The child's verbal intelligibility is reduced hampering his/her ability to communicate information.
_no_ The child has difficulty correctly producing sounds.
_no_ The child has difficulty blending sounds together to form words.
_yes_ The child's vocal quality detracts from the message he/she is trying to communicate.

The following professionals are in agreement that this child is adversely affected due to the presenting communication disorder when compared to his/her peers.

Signed: _Miss Rudolph_          Date _October 20, 1982_
             Teacher

         _Diane C. Hamed_         Date _Nov 12, 1982_
         Speech-Language Pathologist

         _Ronald M Mellish_       Date _Jan 5, 1983_
         School Representative

Please return to the speech-language pathologist as soon as possible. Thank you for your cooperation.

PAGE 1

CC 0330

December 1, 1982

Name: Lee Moore           D.O.E.:  10/15/82
Age:  8                   Clinician:  Diane Games
B.D.: 10/19/74

Reason for Referral: Miss Rudolph referred Lee for an evaluation due to consistent hoarse vocal quality noted in classroom activities. She noted that the voice became worse during the day and that the hoarseness did not appear to be connected with allergies or a cold.

Vocal Description: During an evaluation the following observations:

- severe, hoarse vocal quality which worsens at the end of the day or following prolonged phonation,
- pitch range limited to 13 notes with habitual pitch at the bottom of range. Pitch varies little during conversational tasks and pitch breaks were noted,
- soft presentation of voice was noted with periods of audible, irregular breathing. Lee could sustain a sound for 8 seconds.

History: Lee's voice problem has been evident for several years. There is no history of allergies or illness.

Recommendations:
- Evaluation by an ear, nose and throat specialist to determine if a physical problem is causing the hoarse quality.
- Vocal therapy to reduce the hoarse quality.

                    Diane Games  M.A.
                    Speech-Language Pathologist

PAGE 1

CC 0331

AUXILIARY SERVICES
E.N.T. SPEECH CLINIC
LARYNGEAL REFERRAL

SCHOOL: *Central Baptist*
PUBLIC SCHOOL DISTRICT OF ATTENDANCE ADDRESS FOR BILLING: *Finneytown School District, 8779 Winton Rd., Cinti, Ohio 45231*

NAME: *Moore, Lee L.*
(Last   Middle   First)
PARENT/GUARDIAN: *Georgia Moore*

ADDRESS: *1280 Meredith, Cinti, O 45231*
PHONE: *522-1092*
D.O.B.: *10/19/74*

REFERRING THERAPIST/NURSE: *Diane C. Hames*
DATE: *Nov. 11, 1982*

KNOWN MEDICAL HISTORY: *Hoarse vocal quality has been present for several years. No known history of illnesses or allergies and is not on medication.*

Evaluations Completed | Circle One | Problems Noted
--- | --- | ---
Articulation | (Passed) / Failed |
Language | (Passed) / Failed |
Voice | Passed / (Failed) | *hoarse vocal quality*
Dysfluency | Passed / Failed |
Hearing | Passed / Failed |

****************************************************************************

EXAMINING LARYNGOLOGIST: *R.T. Catton*
DATE OF EXAM: *12-10-82*

NOSE:   Is there obstruction in the nasal passages? _____
        If so, please explain. _____
        Is there sinus infection or nasal allergy? _____

PHARYNX: Is there any asymmetry of muscle contraction? _____
         Are there any growths or other abnormalities: _____

LARYNX:  Examination by indirect laryngoscopy _____

*General size of Larynx:
  Normal _____
  Larger than normal _____
  Smaller than normal _____

*Function of Cords (on phonation)
  Symmetrical _____
  Bowing _____
  Deviation from midline _____

*Approximation:
  Complete _____
  Partial _____

*Appearance of Vocal Folds:
  Thickened _____
  Edematous _____
  Inflamed _____
  Infected _____
  Malformed _____
  Scars _____
  Growths _____
  Others _____

*Attack:
  Normal _____
  Hard _____
  Incomplete _____

CC 0332

Presence of Vocal Pathology: Please indicate location on diagram.
Nodules_____    Polyps_____    Ulcer_____
Other_____    None_____

Epiglottis          Size: _____
Anterior 1/3        Appearance:
                        Hard _____
Medium 1/3              Soft _____
                        Other _____
Posterior 1/3

Arytenoid Process

Does this patient have allergies, hypothyroidism, anemia, or any other chronic condition which might contribute to the abnormal voice quality_____

Has this patient's misuse of voice contributed to abnormal structure or function? _____
Do your findings explain the abnormal voice quality? _____
In your opinion, it is possible that a continuation of present voice use may contribute toward future or increased disorders of the mechanism? _____

RECOMMENDATIONS:
Do you recommend any of the following: Silence_____ Duration_____ Limited use of voice_____ Duration_____ Training by a speech clinician to help patient establish easy, efficient use of the vocal mechanism_____
Other recommendations _____

Bilat. Vocal Cord Nodules  (L) > R

Candidate for speech tx

Please return to:

Diane James
Central Baptist Schools
7645 Winton Road
Cincinnati, Ohio 45224

Cotton
Physician's Signature
Date Dec 10/81

CC 0333

# COMMUNITY DIAGNOSTIC AND TREATMENT CENTER
## A Division of Central Psychiatric Clinic

909 Sycamore Street, Suite 300
Cincinnati, Ohio 45202
Phone: (513) 651-9300
Fax: (513) 352-1345

**WALTER S. SMITSON, PH.D.**
Executive Director

**NANCY SCHMIDTGOESSLING, PH.D.**
Director

**WILLIAM WALTERS, PH.D.**
Assistant Director

**GAIL HELLMANN, M.D.**
Medical Director

**MARILYN GEEDING, L.I.S.W.**
Treatment Coordinator

**SHERRY SANDERS, L.P.C.C.**
Forensic Liaison

**CHARLOTTE E. HOLLAND**
Office Manager


**BOARD OF TRUSTEES:**

HON. DAVID E. GROSSMANN
   Chairman

MR. ROBERT F. RECKMAN
   Vice Chairman

MR. CHARLES THOMAS
   Secretary

DR. TIMOTHY E. JOHNSON
   Treasurer

MS. CAROL A. BOYD
DR. M. PHOEBE BROWN
MRS. LOIS COHEN
MS. JANIS M. DAY
MS. DAPHNE DICKENS-KING
MR. JEFFREY S. GOODMAN
MR. WENDELL E. HAWKINS
HON. TIMOTHY S. HOGAN
DR. C. ROBERT KILBY
MR. EDWARD H. KIM
MR. ARUN LAI
MR. THOMAS B. SCHERPENBERG
MR. DANIEL J. VALERIO

**UNIVERSITY LIAISON**

DONALD C. HARRISON, M.D.
JAMES RANDOLPH HILLARD, M.D.

September 2, 1994

Juvenile Detention Center
   of Butler County
Attn: Records
280 North Fair Avenue
Hamilton, Ohio  45011


RE: Lee Moore   DOB: 10-19-74

TO WHOM IT MAY CONCERN:

Enclosed is a signed Authorization for Release of Information form regarding the above-named person.

Our agency is under a very strict time-frame to provide a comprehensive report to the Court, therefore, we would greatly appreciate information from you as soon as possible.

Thank you in advance for your prompt and courteous attention to this matter.

Sincerely,

*Jenny O'Donnell/OP*

Jenny O'Donnell, B.S.
Psychology Trainee

CC 0334

*Serving the Mental Health and Criminal Justice Needs of the Community*

CENTRAL PSYCHIATRIC CLINIC
COMMUNITY DIAGNOSTIC AND TREATMENT CENTER
909 Sycamore Street, Suites 300 and 400, Cincinnati, OH 45202
513-651-9300

I, the undersigned, hereby authorize the Community Diagnostic and Treatment Center to release/obtain information from records pertaining to the person named below to/from the agency/person indicated. This authorization includes release of information concerning evaluation/treatment of drug or alcohol abuse, drug-related conditions, alcoholism, psychiatric/psychological conditions, Acquired Immune Deficiency Syndrome (AIDS), AIDS-Related Complex (ARC), and/or tests for antibodies to the AIDS virus (HIV). All matters pertaining to client records are considered privileged and confidential and are treated as such by the employees of the program. Information regarding such matters cannot be given without the consent of the client. PROHIBITION ON REDISCLOSURE: Information disclosed or requested from records whose confidentiality is protected by Federal or State Law, may not be disclosed without the specific written consent of the person to whom it pertains.

AGENCY/PERSON   JDC in Butle Butler County in 91

ADDRESS   280 N. Fair Ave.;   45011   887-3800

PURPOSE/NEED FOR DISCLOSURE of information between Community Diagnostic and Treatment Center and the agency/person named above: Aid in court-ordered evaluation/treatment of the person named below. OR _____

The following information may be released or reviewed:

( ✓ ) Discharge Summary           ( ✓ ) Reports of Tests or X-rays
( ✓ ) Face Sheet with Final Diagnosis  ( ) Emergency Treatment(s)
( ) Complications & Operative Procedures  ( ) Outpatient Clinic Notes
( ✓ ) History and Physical          Specify Clinic: _____
( ) Consultative Report(s)          ( ✓ ) Other  All Records
( ✓ ) Inpatient      ( ) Outpatient           ( ) Emergency Department

This Authorization for Release of Information may be revoked by me at any time with written notice to the parties involved, except to the extent action has been taken prior to revocation. This Authorization for Release of Information will expire ninety (90) days after date below, or sooner by my choice, in which case this consent will expire on _____.

I hereby acknowledge that I have read and fully understand the above statements as they apply to me. I hereby consent to the disclosure of the records to the purpose and extent stated above.

FULL NAME OF CLIENT  Lee Moore            _Gee E. Moore Jr._
                                          (Signature of Client)
Date of Birth  10-19-74

Social Security No.  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            9-1-94
                                            (Date)

PLEASE FORWARD REQUESTED INFORMATION TO:  Jenny O'Donnell
Community Diagnostic and Treatment Center, 909 Sycamore Street, Suites 300 and 400, Cincinnati, OH 45202.

This authorization was facilitated by  _Jenny O'Donnell_
                                        (Staff member's signature)
Date  9-1-94
c: To be retained in Client Record

CC 0335

CENTRAL PSYCHIATRIC CLINIC
COMMUNITY DIAGNOSTIC AND TREATMENT CENTER
909 Sycamore Street, Suites 300 and 400, Cincinnati, OH  45202
513-651-9300

I, the undersigned, hereby authorize the Community Diagnostic and Treatment Center to release/obtain information from records pertaining to the person named below to/from the agency/person indicated.  This authorization includes release of information concerning evaluation/treatment of drug or alcohol abuse, drug-related conditions, alcoholism, psychiatric/psychological conditions, Acquired Immune Deficiency Syndrome (AIDS), AIDS-Related Complex (ARC), and/or tests for antibodies to the AIDS virus (HIV). All matters pertaining to client records are considered privileged and confidential and are treated as such by the employees of the program.  Information regarding such matters cannot be given without the consent of the client.  PROHIBITION ON REDISCLOSURE:  Information disclosed or requested from records whose confidentiality is protected by Federal or State Law, may not be disclosed without the specific written consent of the person to whom it pertains.

AGENCY/PERSON ___Pamela King, Probation Officer (Juvenile)___

ADDRESS ___852 8747___

PURPOSE/NEED FOR DISCLOSURE of information between Community Diagnostic and Treatment Center and the agency/person named above:  Aid in court-ordered evaluation/treatment of the person named below. OR _____

The following information may be released or reviewed:

( ) Discharge Summary                          ( ) Reports of Tests or X-rays
( ) Face Sheet with Final Diagnosis            ( ) Emergency Treatment(s)
( ) Complications & Operative Procedures       ( ) Outpatient Clinic Notes
( ) History and Physical                       Specify Clinic:_____
( ) Consultative Report(s)                     (✓) Other  Please Call
( ) Inpatient          ( ) Outpatient                    ( ) Emergency Department

This Authorization for Release of Information may be revoked by me at any time with written notice to the parties involved, except to the extent action has been taken prior to revocation.  This Authorization for Release of Information will expire ninety (90) days after date below, or sooner by my choice, in which case this consent will expire on _____.

I hereby acknowledge that I have read and fully understand the above statements as they apply to me.  I hereby consent to the disclosure of the records to the purpose and extent stated above.

FULL NAME OF CLIENT ___Lee Moore___          X_Lee E. Moore Jr_
                                              (Signature of Client)
Date of Birth ___10-19-74___
                                              ___9-1-94___
Social Security No. ___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___              (Date)

PLEASE FORWARD REQUESTED INFORMATION TO: ___Jenny O'Donnell___
Community Diagnostic and Treatment Center, 909 Sycamore Street, Suites 300 and 400, Cincinnati, OH  45202.

This authorization was facilitated by ___Jenny O'Donnell___
                                           (Staff member's signature)
Date___9-1-94___
                                           352-1342
c: To be retained in Client Record
                                                                  CC 0336

# COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

## A Division of Central Psychiatric Clinic

909 Sycamore Street, Suite 300
Cincinnati, Ohio 45202
Phone: (513) 651-9300
Fax: (513) 352-1345

**WALTER S. SMITSON, PH.D.**
Executive Director

**NANCY SCHMIDTGOESSLING, PH.D.**
Director

**WILLIAM WALTERS, PH.D.**
Assistant Director

**GAIL HELLMANN, M.D.**
Medical Director

**MARILYN GEEDING, L.I.S.W.**
Treatment Coordinator

**SHERRY SANDERS, L.P.C.C.**
Forensic Liaison

**CHARLOTTE E. HOLLAND**
Office Manager

**BOARD OF TRUSTEES:**

HON. DAVID E. GROSSMANN
Chairman

MR. ROBERT F. RECKMAN
Vice Chairman

MR. CHARLES THOMAS
Secretary

DR. TIMOTHY E. JOHNSON
Treasurer

MS. CAROL A. BOYD
DR. M. PHOEBE BROWN
MRS. LOIS COHEN
MS. JANIS M. DAY
MS. DAPHNE DICKENS-KING
MR. JEFFREY S. GOODMAN
MR. WENDELL E. HAWKINS
HON. TIMOTHY S. HOGAN
DR. C. ROBERT KILBY
MR. EDWARD H. KIM
MR. ARUN LAI
MR. THOMAS B. SCHERPENBERG
MR. DANIEL J. VALERIO

**UNIVERSITY LIAISON**

DONALD C. HARRISON, M.D.
JAMES RANDOLPH HILLARD, M.D.

September 1, 1994

Hamilton County Justice center
Attn:   Records
1000 Sycamore Street
Cincinnati, Ohio   45202

RE:   Lee Moore                                    DOB: 10-19-74

TO WHOM IT MAY CONCERN:

Enclosed is a signed Authorization for Release of Information form regarding the above-named person.

Our agency is under a very strict time-frame to provide a comprehensive report to the Court, therefore, we would greatly appreciate information from you as soon as possible.

Thank you in advance for your prompt and courteous attention to this matter.

Sincerely,

*Jenny O'Donnell*

Jenny O'Donnell, B.S.
Psychology Trainee

CC 0337

Serving the Mental Health and Criminal Justice Needs of the Community

## CENTRAL PSYCHIATRIC CLINIC
### COMMUNITY DIAGNOSTIC AND TREATMENT CENTER
909 Sycamore Street, Suites 300 and 400, Cincinnati, OH  45202
513-651-9300

I, the undersigned, hereby authorize the Community Diagnostic and Treatment Center to release/obtain information from records pertaining to the person named below to/from the agency/person indicated.  This authorization includes release of information concerning evaluation/treatment of drug or alcohol abuse, drug-related conditions, alcoholism, psychiatric/psychological conditions, Acquired Immune Deficiency Syndrome (AIDS), AIDS-Related Complex (ARC), and/or tests for antibodies to the AIDS virus (HIV). All matters pertaining to client records are considered privileged and confidential and are treated as such by the employees of the program.  Information regarding such matters cannot be given without the consent of the client.  PROHIBITION ON REDISCLOSURE:  Information disclosed or requested from records whose confidentiality is protected by Federal or State Law, may not be disclosed without the specific written consent of the person to whom it pertains.

AGENCY/PERSON ___HCJC Intake Records___

ADDRESS ___1000 Sycamore; 45202___

PURPOSE/NEED FOR DISCLOSURE of information between Community Diagnostic and Treatment Center and the agency/person named above:  Aid in court-ordered evaluation/treatment of the person named below. OR _____

The following information may be released or reviewed:

( ) Discharge Summary              ( ) Reports of Tests or X-rays
( ) Face Sheet with Final Diagnosis ( ) Emergency Treatment(s)
( ) Complications & Operative Procedures ( ) Outpatient Clinic Notes
( ) History and Physical                  Specify Clinic: __MHU & Intake__
( ) Consultative Report(s)         (✓) Other __All Records__
( ) Inpatient         ( ) Outpatient                ( ) Emergency Department

This Authorization for Release of Information may be revoked by me at any time with written notice to the parties involved, except to the extent action has been taken prior to revocation.  This Authorization for Release of Information will expire ninety (90) days after date below, or sooner by my choice, in which case this consent will expire on _____.

I hereby acknowledge that I have read and fully understand the above statements as they apply to me.  I hereby consent to the disclosure of the records to the purpose and extent stated above.

FULL NAME OF CLIENT __Lee Moore__        X __Gee E. Moore Jr.__
                                             (Signature of Client)
Date of Birth __10-19-74__

Social Security No. __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__        __9-1-94__
                                              (Date)

PLEASE FORWARD REQUESTED INFORMATION TO: __Jenny O'Donnell / DAVE CHIAPPONE__
Community Diagnostic and Treatment Center, 909 Sycamore Street, Suites 300 and 400, Cincinnati, OH  45202.

This authorization was facilitated by __Jenny O'Donnell__
                                       (Staff member's signature)
Date __9-1-94__
c: To be retained in Client Record

CC 0338

# COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

## A Division of Central Psychiatric Clinic

909 Sycamore Street, Suite 300
Cincinnati, Ohio 45202
Phone: (513) 651-9300
Fax: (513) 352-1345

**WALTER S. SMITSON, PH.D.**
Executive Director

**NANCY SCHMIDTGOESSLING, PH.D.**
Director

**WILLIAM WALTERS, PH.D.**
Assistant Director

**GAIL HELLMANN, M.D.**
Medical Director

**MARILYN GEEDING, L.I.S.W.**
Treatment Coordinator

**SHERRY SANDERS, L.P.C.C.**
Forensic Liaison

**CHARLOTTE E. HOLLAND**
Office Manager

**BOARD OF TRUSTEES:**

HON. DAVID E. GROSSMANN
  Chairman

MR. ROBERT F. RECKMAN
  Vice Chairman

MR. CHARLES THOMAS
  Secretary

DR. TIMOTHY E. JOHNSON
  Treasurer

MS. CAROL A. BOYD
DR. M. PHOEBE BROWN
MRS. LOIS COHEN
MS. JANIS M. DAY
MS. DAPHNE DICKENS-KING
MR. JEFFREY S. GOODMAN
MR. WENDELL E. HAWKINS
HON. TIMOTHY S. HOGAN
DR. C. ROBERT KILBY
MR. EDWARD H. KIM
MR. ARUN LAI
MR. THOMAS B. SCHERPENBERG
MR. DANIEL J. VALERIO

**UNIVERSITY LIAISON**

DONALD C. HARRISON, M.D.
JAMES RANDOLPH HILLARD, M.D.

September 1, 1994

Juvenile Detention Center
Attn: Records
2020 Auburn Avenue
Cincinnati, Ohio  45219

RE: _____Lee Moore_____    DOB: _10-19-74_

TO WHOM IT MAY CONCERN:

   Enclosed is a signed Authorization for Release of Information form regarding the above-named person.

   Our agency is under a very strict time-frame to provide a comprehensive report to the Court, therefore, we would greatly appreciate information from you as soon as possible.

   Thank you in advance for your prompt and courteous attention to this matter.

Sincerely,

*Jenny O'Donnell /JP*

Jenny O'Donnell, B.S.
Psychology Trainee

CC 0339

Serving the Mental Health and Criminal Justice Needs of the Community

CENTRAL PSYCHIATRIC CLINIC
COMMUNITY DIAGNOSTIC AND TREATMENT CENTER
909 Sycamore Street, Suites 300 and 400, Cincinnati, OH  45202
513-651-9300

I, the undersigned, hereby authorize the Community Diagnostic and Treatment Center to release/obtain information from records pertaining to the person named below to/from the agency/person indicated.  This authorization includes release of information concerning evaluation/treatment of drug or alcohol abuse, drug-related conditions, alcoholism, psychiatric/psychological conditions, Acquired Immune Deficiency Syndrome (AIDS), AIDS-Related Complex (ARC), and/or tests for antibodies to the AIDS virus (HIV).  All matters pertaining to client records are considered privileged and confidential and are treated as such by the employees of the program.  Information regarding such matters cannot be given without the consent of the client.  PROHIBITION ON REDISCLOSURE:  Information disclosed or requested from records whose confidentiality is protected by Federal or State Law, may not be disclosed without the specific written consent of the person to whom it pertains.

AGENCY/PERSON ___20/20 — Juvenile Detention Ctr. Attn: Records___

ADDRESS ___2020 Auburn Ave., 45219___

PURPOSE/NEED FOR DISCLOSURE of information between Community Diagnostic and Treatment Center and the agency/person named above:  Aid in court-ordered evaluation/treatment of the person named below. OR _____

The following information may be released or reviewed:

( ✓ ) Discharge Summary                    ( ) Reports of Tests or X-rays
( ✓ ) Face Sheet with Final Diagnosis      ( ) Emergency Treatment(s)
( ✓ ) Complications & Operative Procedures ( ) Outpatient Clinic Notes
( ✓ ) History and Physical                      Specify Clinic _____
( ) Consultative Report(s)                 ( ✓ ) Other _All Records_
( ✓ ) Inpatient        ( ) Outpatient        ( ) Emergency Department

This Authorization for Release of Information may be revoked by me at any time with written notice to the parties involved, except to the extent action has been taken prior to revocation.  This Authorization for Release of Information will expire ninety (90) days after date below, or sooner by my choice, in which case this consent will expire on _____.

I hereby acknowledge that I have read and fully understand the above statements as they apply to me.  I hereby consent to the disclosure of the records to the purpose and extent stated above.

FULL NAME OF CLIENT _Lee Moore_           _Lee E. Moore Jr._
                                          (Signature of Client)
Date of Birth _10-19-74_

Social Security No. _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_         _9-1-94_
                                          (Date)

----
PLEASE FORWARD REQUESTED INFORMATION TO: _Jenny O'Donnell_
Community Diagnostic and Treatment Center, 909 Sycamore Street, Suites 300 and 400, Cincinnati, OH  45202.
----
This authorization was facilitated by  _Jenny O'Donnell_
                                       (Staff member's signature)
Date_ 9-1-94 _
c:  To be retained in Client Record

CC 0340