# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **LEE E. MOORE,** | ) | **CASE NO.  C-1-00-023** |
| | ) | |
| **Petitioner,** | ) | **JUDGE DLOTT** |
| | ) | |
| **vs.** | ) | **MAGISTRATE JUDGE MERZ** |
| | ) | |
| **BETTY MITCHELL, Warden** | ) | |
| | ) | *DEATH PENALTY CASE* |
| **Respondent.** | ) | |

---

## NOTICE OF FILING DOCUMENTS TO EXPAND RECORD
## DEARDORFF FILE

---

NOTICE is hereby given that the Petitioner hereby files the following Bates stamped documents to expand the record in this matter consistent with the agreement of the parties:

    2.    Tim Deardorff File, Bates Nos. 8335-8904.

Respectfully Submitted,

/S/ MICHAEL O'HARA
MICHAEL J. O'HARA – 0014966
O'Hara, Ruberg, Taylor, Sloan & Sergent
25 Crestview Hills Mall Rd, Ste 201
P.O. Box 17411
Covington, KY 41017
Phone: (859) 331-2000
Fax: (859) 578-3365
**COUNSEL FOR PETITIONER**

and

LAURENCE E. KOMP - 0060142
Trial Counsel
Attorney at Law
423 Madrina
Ballwin, MO 63021
Phone (636) 207 – 7330
Fax (636) 207 – 7351

## CERTIFICATION

I hereby certify that I have, this 8TH day of August, 2005, mailed a copy of the foregoing pleading to the following attorneys of record:

Charles L. Wille, Esq.
Henry Appel, Esq.
Assistant Attorneys General for State of Ohio
Capital Crimes Division
State Office Tower
30 East Broad Street
Columbus, OH 43215-3428
**COUNSEL FOR DEFENDANT**

/S/ MICHAEL O'HARA
MICHAEL O'HARA
O'HARA, RUBERG, TAYLOR, SLOAN & SERGENT

E:\DOCS\Moore-L.hc\Pleadings\Notice.filing bates.docs.wpd