you drove the car?

A: (Can not hear an answer.)

Q: An' where did you drive the car to?

A: I drove it behind the buildin'.

Q: Okay. An' why'd you do that?

A: So he can get in the trunk so he couldn't see where he was goin'.

Q: Okay. Then how did how did how did that transpire? How'd you get 'im in the trunk?

A: I just told 'im to get in the trunk.

Q: So you got out...

A: Cause it... I got out an' open the trunk.

Q: --- in there.

A: An' La... An' he got out an' got in.

Q: Was he was he askin' ya to let 'im go or anything or what was he sayin'? He did all this voluntarily or what?

A: Yes.

Q: Huh?

A: Yes.

Q: He didn't ask ya to let 'im go or anything like that?

A: No. Cause I told 'im I was... I told 'im I was gonna let 'im go.

Q: So you kept tellin' 'im you were gonna let 'im go?

A: Yeah. That's... Cause I was. That was my intention. That was my intention.

Q: Okay. An' then an' then Jason drove your car...

A: Um...

Q: back to uh Clovernook an' you drove that car there?

A: (Can not hear an answer.)

Q: Umkay. Now goin' back to the scene where he was shot at. Yous drove down to Cumminsville an' you're sayin' Larry pointed out a a street to turn down to?

A: Yeah.

Q: An' you turned down to the street right?

A: (Can not hear an answer.)

Q: An' you say you saw a building or some kind of place that you wanted ta to get 'im out at?

A: Yeah.

Q: Okay an' you backed the car up where the the rear of the car is facin' the building?

A: Yeah. So I could leave out without 'im sayin' where we which way we were headed. So I could leave out real quick.

Q: So you could leave out real quick. An' what... You asked 'im for his wallet?

A: Yeah.

Q: An' he gave ya his wallet? An' where was he at? Can you explain to me where he was at when he gave you the wallet? Was he by the dumpster, on side...

A: He was...

Q: of the dumpster...

A: He was by the dumpster on the side of it.

Q: Now there's a building an' then there's a dumpster. An' there's a little little area where you can go back along

side the dumpster. Was he along in this area here?

A: Yes.

Q: About how far back was he?

A: To the back by the wall.

Q: He...

A: I old 'im to get behind.

Q: He was back by the wall?

A: Yeah.

Q: An' where were you at?

A: Um in front of 'im waitin' for 'im to gim'me his wallet.

Q: An' that's... An' then he handed ya the wallet?

A: He took the wallet out an' was handin' it to me but he dropped it. I was reachin' down to pick up the wallet an' I had it I had the gun pointed at 'im when I was doin'... when I was reachin' down to get it. An' then he ma... he step forward an' me I I paniced an' bein' in the condition that I was in, accidentally pulled the trigger. But it was an accident. I didn't mean... I had a large amount a large amount of drinks an' some we.. an' some marijuana. An' it truly truly was an accident.

Q: Okay. An' once you fired the gun did you see if he was shot?

A: No. When when I heard the shot I just kinda blanked out an' went in went in like shock or somethin'. An' then an' I ran to the car, I didn't see nothin'. I didn't even I ain't even know he was shot. -- but Larry I got in the car an' Larry was just Larry was sayin' like you

got 'im. You shot 'im. His brains was all over the wall. An' I was just sh... in shocked an' scared. Cause I didn't mean to do that. I... Uh I ain't never uh I just paniced, I was really drunk. I just didn't I didn't mean it. I'm...

Q: Okay.

Q: Um you said there was... Goin' back to the credit cards, there was a Shell gas station uh Shell Shell gas card?

A: (Can not hear an answer.)

Q: Did you ever use that?

A: Um...

Q: Did you ever buy gas with it?

A: If I used it twiced.

Q: You used his gas card twice?

A: Yeah.

Q: What to put gas in his car?

A: (Can not hear an answer.)

Q: Okay. You remember where what station you used it at?

A: Un un.

Q: Okay. Anything Mike? Anything else?

QQ: I can't think of anything else.

Q: Okay. 'kay. This is all I have here. This in.. this'll uh conclude the interview with uh Lee Moore.

            Transcribed By Terri Cipriani
            Criminal Investigations Section
            Cincinnati Police Division
            January 31, 1994

008538

HOMICIDE OF MELVIN OLINGER

STATEMENT OF LARRY KINLEY

Code to persons speaking in statement:

Q:   Specialist Dave Feldhaus
     Homicide Unit, C.I.S.
     Cincinnati Police Division

QQ:  Detective James Williamson
     Investigative Unit
     Fairfield Police Department

A:   Larry Kinley

(NOTE: Inaudible portions of statement are indicated by dashes.)

Q:   Okay today's date is January 21st, 1994, the time is 0148 hours. My name is uh Detective Dave Feldhaus, I'm with the uh Cincinnati Police Homicide Unit. Also with me is Detective James Williamson. He's in uh Investigative he's with Investigative Unit with the Fairfield Police Department in Butler County. Um today we're interviewing a Larry Kinley. Spelling of his last name is K-I-N-L-E-Y. Larry a male black with a date of birth of 3/7 of 78. He resides at 7853 Clovernook Avenue, Cincinnati, Ohio, 45231. Uh he's a student at Aiken High School, he's in the 9th grade. Mr. Kinley is being interviewed in reference to the death of a Melvin Olinger. The spelling of his name is O-L-I-N-G-E-R. Mr. Olinger was a male white, 53. Um the date of his death is uh or disappearance is uh January 14, 1994. Before I get going uh Larry I've got a piece of paper here um in front of ya. It's um your Miranda Rights.

Um this these Miranda Rights was read to you is that correct?

A: Yes sir.

Q: An' you indicated that you understood your Miranda Rights is that correct?

A: Yes sir.

Q: An' you signed your name here indicating you understood your Miranda Rights is that correct?

A: Yes sir.

Q: Okay. An' that is your signature?

A: Yes.

Q: Okay. Larry what we wanna do um is go into the incident in which Mr. Olinger was uh kidnapped an' killed on the 14th. Friday the of January 14th. We wanna know what you know about it an' everything you had to do with it okay. So we we will just start at the beginning of how you got involved in this an' just take it slow an' speak up okay.

A: Uh Jason an' Lee they went to uh...

Q: Alright I need you to name names. You're sayin' Jason an' Lee. Now Jason who?

A: Jason Holmes, my cousin...

Q: Okay.

A: an' Lee Moore, my friend, they went to uh Hamilton to go find a car. An' they couldn't find a car in Hamilton ss... They was goin' pass Fairfield...

Q: What were they doin' up to Ham... what what kind of car

Page 2

008540

Q: were they what were they goin' up to get a car? What do you mean get a car?

A: Just find any car to take.

Q: You mean steal a car?

A: Yeah.

Q: Okay. They went up to Hamilton to steal a car?

A: Yeah.

Q: Okay.

A: An' they was goin' past Fairfield an' they saw a man comin' out uh a bar or somethin'. An' Lee got out the car an' told Jason to drive home. Uh Lee went approach to the man, put his gun up to 'im an' told 'im to get in the car. The man was tellin' 'im that he's won't say nothin' an' he could take the car, take whatever he want. His mother is at the hospital. An' Lee just told 'im to shut up. An' Lee went around the corner an' uh took the keys out, took the person, the victim out the car an' put 'im in the trunk, drove back ta uh Compton's Grove on Clovernook to my house. Uh Jason Holmes, my cousin, came up to the door, knocked on the door an' told me that Lee wanted me an' that he got somebody in the trunk.

Q: So you're at home now right?

A: Yeah.

Q: How did you know all this transpired before they got to your house? Who how'd you fi... know all that?

A: Cause they told me when we got back.

008541

Q: Who was tellin' you both of 'em?

A: Un un Lee just told me. Lee told me everything.

Q: Okay. So Lee was tellin' ya what transpired before they got to your house?

A: Yeah.

Q: Okay. So Jason came up to your house?

A: Our house.

Q: Uh your house. Or their hou... your house.

A: Yeah. Well it really next door neighbor. I was baby-sittin' next door neighbor's kids.

Q: Okay. An' what he say to ya?

A: He told me that Lee want me an' he got somebody in the trunk.

Q: An' did you know what he meant by that?

A: I know he had somebody in trunk.

Q: Hum. Okay.

A: Yeah. An' Lee came to the door...

Q: An' what...

A: an' we see..

Q: kind of car were they in?

A: Uh Jason was in uh a Ford uh Fairmount, maroon. Lee was in the Taurus Ford uh blue blue som... blue green whatever.

Q: Alright now who's car was Jason drivin', that Ford?

A: Lee's.

Q: That was Lee's car?

A: That's Lee's car.

Q: An' then Lee, who's car was he drivin'?

A: Uh the victim's.

Q: Okay. You found out later right?

A: Yeah.

Q: You didn't know it at the time?

A: I knew I fi... I knew he stole it.

Q: Okay.

A: An' I got in the car with Lee. First I ask Jason ta uh baby-sit for me till I get back. I got in the car with Lee, he was uh tellin' me he got somebody in the trunk. He need some where to put 'im. I I suggested Winton Terrace. I knows there's a lot of people around there. I ain't really didn't wanna go.

Q: Now what what did he mean he needed some where to put 'im? He needed some where...

A: He needed some one to take take 'im uh get rid of 'im.

Q: To shoot 'im, to kill 'im?

A: Yeah.

Q: Huh?

A: Yeah.

Q: So basically he says he wanted he he needed some place to go. He was thinkin' some place to go kill where he could...

A: Yeah.

Q: kill 'im?

QQ: An' this was after you were in the car already?

A: Yeah.

QQ: How did you... How do you think that he was gonna be killed?

A: Uh I knew he was gonna get shot cause his gun was with 'im.

*[handwritten margin note: — how long had to head that gun]*

QQ: How do you know his gun was with 'im, had you seen it?

A: It was sittin' on the his lap.

QQ: Okay.

Q: So he had his gun out on his lap?

A: Yeah.

*[handwritten margin note: — did he state he was gay to shoot her]*

Q: Okay. So once he said this you suggested you <u>said you suggested Winton Terrace</u>?

A: Winton Terrace.

Q: Okay. An' w....

A: An' um he said naw too many people up there. So he said he know a place. We went down to Cumminsville. An' he familiar around there cause he be around there a lot.

Q: An' what were you's talkin' about when you were goin' down to Comminsville?

A: Uh night that he got a he got a fat ride an' he gonna get it painted an' he gonna get some rims on it an' everything.

QQ: The --- --- car that you were ridin' in?

A: Yeah.

QQ: He was talkin' about gettin' this car painted that he had...

A: Yeah.

QQ: just acquired an' he was gonna put some new wheels an'

things on it?

A: Yeah. He's talkin' about he's got the hardest car uh he ever had an' everything. He's just talking to me about his car. An' um we went pass...

QQ: --- --- this car that he just got you know a half hour earlier with a guy still in the trunk, he was already assumed it was his?

A: Yeah.

QQ: Okay.

A: An' he was just tellin' me about his fat ride. We went down Cumminsville. We ss... went past this uh like you know you know what I'm talkin' about. That driveway that um street box. Right past there. An' but we went the other came in the other way where the railroad tracks was at.

QQ: Okay.

A: An' uh he went all the way down to the back. An' he saw a perfect place he um...

QQ: A perfect place...

A: put...

QQ: wha.. uh describe it.

A: To put to put uh to put the man. Put the victim in right by the dumpster cause --- --- an' nobody will be over there. An' he went up there... He turned around real quick. The uh trunk was facin' the dumpster an' the car was comin' down somethin'. An' he took the keys out the ignition an' open the trunk. He had it down

gently. Why I really I couldn't see nothin'. Cause I ain't ne.. I ain't get to see the dude. An' uh he told me to co... He called my name told me ta he ca... he told me come an' get the keys an' start the car up.

Q: Okay. So you got out an' went an' got the keys?

A: Yeah.

Q: Okay. An' where...

A: An'...

Q: was the guy, the victim at when you got out...

A: He was...

Q: out ---?

A: still in the trunk.

Q: He's still in the trunk?

A: Yeah.

Q: Was he layin' there?

A: I don't know was he la... He had to been layin' there. An'...

Q: I mean was he sittin' up sittin' up in the trunk, he was still layin' down?

A: He was layin' down cause his trunk wan't even uh it wan't all the way up yet. He just had it hold down.

Q: Okay. So you got out, you got the keys?

A: Yeah I start... I started the car up. I scooted over the passenger side, I heard 'im tell the the dude empty out your pockets. There ain't gonna be no trouble or nothin'. He told 'im go go down. He just told 'im go over there an' turn around an' Lee shot 'im. I ain't

get to see noth... I ain't get...

QQ: When when he told 'im to go over there, where did he go over? Where did where was he...

A: Went...

QQ: tellin' 'im to go?

A: towards between a wall an' a dumpster.

QQ: Okay.

A: An' I ain't get to see 'im get killed or nothin'.

Q: So he's walkin' up to the dumpster?

A: Yeah.

Q: An' then what happen?

A: Uh he turned around.

Q: He told 'im to turn around?

A: Yeah. Lee shot 'im in his head. Uh then he shut the trunk real quick, jumped in the car is laughin'.

Q: Now Lee's laughin' when he gets in the car?

A: An' I was like damn. --- ss... I was... I was speechless at first. An' I said I need to go get somethin' to drink. I need a 40. We went down on Hamilton Avenue to a little um Convenient Store. He uh bought two 40's. We went back to my house.

Q: Now wait a minute. Lets go back to the thing. Now he lets go back to where he gets 'im out, walks 'im up an' tells 'im to turn around.

A: Yeah. After he empties out his pockets an' everything.

Q: After he empties out his pockets. An' then you said you heard a shot?

A: Yeah I heard the shot. I... I look back when after he shot. I ain't see nothin' after that.

Q: You said he shot 'im in the head. How'd you know he shot 'im in the head?

A: Cause he told me he shot 'im in the head.

Q: After he got back in the car?

A: Yeah.

Q: Okay so now he comes runnin' back, he shuts the trunk?

A: Um huh.

Q: He gets in the car?

A: Yeah an' he laughin' an' I was...

Q: He's laughin'.

A: I...

Q: what's he sayin'?

A: Huh? Naw this just sayin' he just laughin' like uh ss... he gone he said. He ain't he really didn't care for 'im. He didn't care.

Q: How'd you know... When did he tell you he shot 'im in the head?

A: He told me that... Uh he say he's gonna shoot 'im in the head anyway.

Q: Before he got there?

A: Ye... Naw he's been sayin' he gonna shoot somebody in the head when ever he rob 'im. So I knew he was gonna shoot 'im in his head anyway.

Q: What did he say anythin' about shootin' 'im in the head before you got there?

A: Naw he ain't say nothin' like that.

QQ: Did he say anythin' about shootin' 'im in the head when he got back in the car?

A: Uh naw. He told he told us me an' Jason together 'bout he shot 'im in his head an' his brain went all over the wall. He ask me did I see it. I said naw I ain't see it cause the trunk was open.

Q: Okay so he's he's laughin' an' laughin' about it an' you say ---...

A: I I was speechless an' I said I need a 40.

Q: Okay so yous went where?

A: We went down on Hamilton to a little uh Convenient Store by it's on by Goodies an' Landford.

Q: Okay an' what you buy there?

A: He bought uh two 40's. An' we went back to my house.

Q: Now on the way there he how much money did he get from the guy?

A: 'bout six or eight dollars.

Q: Did he get his wallet?

A: Yeah he got his wallet.

Q: An' did he... Before we went on tape here you were sayin' he handed you the wallet?

A: Yeah he told... He gave me the wallet, he told me to empty it. An' I took all the stuff out an' I hand everything to Lee. I handed...

Q: What did you take out of his wallet?

A: Um I took out the uh pa... a lot of little cards an' uh

Page 11

008549

|   |   |
|---|---|
| | credit cards an' it wan't no money in the uh wallet. |
| Q: | Okay. |
| A: | An' I hand 'im the wallet an' everything. He an' he le... he left every... he put everything right here where the uh --- thing got. He put the uh... |
| Q: | --- console? |
| A: | Yeah. Whatever that is. |
| Q: | Okay. |
| A: | Put everything right there. An' um he pulled about about six or eight dollars out his pocket. He said an' this all he had. An' he saw that je... that --- had he had a Jeanie card too. |
| Q: | Yeah. |
| A: | An' he saw that JC Penny's card. An' he was like... Ooh yeah he did say somethin'. Like damn I get... I I forgot to tell ya I forgot to ask 'im what's the Jeanie number. |
| Q: | Okay. So he was mad at cause he didn't get the Jeanie number... |
| A: | Yeah. |
| Q: | from' im ---... |
| A: | --- cause he didn't get the Jeanie number. |
| Q: | Okay. So now you drive you got your two quarts of beer or two beers? |
| A: | Yeah. |
| Q: | Your two 40's? |
| A: | Yeah. |

Q: An' where you go then?

A: Back to my house. An' then...

Q: That's where Jason was?

A: Yeah. That... Lee asked me ta uh change the license plates for 'im cause cause he said he was cold.

Q: Okay. So now when you got back you changed the license plates on the car?

A: Yeah.

Q: Now whose license... Did you take the license plates off the victim's car, the guy that got shot?

A: Yeah.

Q: An' what you do with them plates?

A: He told me to put in dumpster.

Q: So you threw them plates in the dumpster?

A: Uh huh.

Q: What kind of plates where them do you remember?

A: Uh Michigan.

Q: Michigan plates?

A: Yeah he said he said he ain't never be found cause he from Michigan. So nobody ain't gonna rel... They gonna be lookin' for 'im out there instead out here.

Q: So that's what Lee's sayin' right?

A: Yeah.

Q: Okay so you take the Michigan plates an' throw 'em in the dumpster?

A: Yeah.

Q: An' then what plates did you put back on the car?

008551

A: Uh he put told me put his ca... uh plates on the car.

Q: So you put Lee's plates on the car?

A: Yeah.

Q: Okay. An' then what what was Lee doin' while you were doin' this?

A: He was takin' uh some bags from out the car into the house.

Q: Okay.

A: Into my house. He pu... he put 'em all in my room an' everything.

Q: What was in the bags?

A: Clothes, shoes, uh he has a lot of check books in there.

Q: Okay what you do with some of the stuff?

A: Threw all of 'em in the dumpster.

Q: You just go through the bags see what's...

A: He went through the bags.

Q: Huh?

A: He went through the bags.

Q: You're sayin' he did. You go through the bags too?

A: I ain't go through the bags. I went back next door to go baby-sit.

Q: Okay so you're sayin' he went through the bags an' then went threw the stuff in the dumpster?

A: Yeah.

Q: Is any of the stuff still at your house from...

A: No.

Q: the bags?

A: But it's it's still one thing in the dumpster though. His his suit still in the dumpster.

Q: His suit still in the dumpster?

A: Yeah cause the garbage man haven't came yet.

Q: Huh?

A: Th.. th.. He he kept the suit cause he just gonna wear the suit. He's gonna keep the suit.

Q: Lee was?

A: Yeah.

Q: Okay.

A: An' he he is gonna keep this little kit. Emergency kit too. An' he kept all that. An' lets see what else he keep. Think think think. Uh the window thing. Uh scrape the snow off.

Q: Where's that at?

A: It's that's still in the car.

Q: That's in the car okay. What's in the dumpster now?

A: Uh his suit.

Q: His suit.

A: Yeah.

Q: An' where's the dumpster at in comparison to your...

A: Right 'bout...

Q: house?

A: to my... Right next to my house.

Q: It's right next to your house?

A: Yeah.

Q: Is it just one dumpster?

A: Uh it's dumpster right here, dumpster right there. I I live in a court courtyard or somethin'. It's it's different dumpsters. --- three or four different dumpsters.

Q: Well which ones the one?

A: Uh the one by my house.

Q: The closest to your house?

A: Yeah.

Q: Okay. So then what happen then?

A: Then after that I went back over Angela house. Angela asked 'im for a ride uh to go ta um go whatever she wanted she wanted to they wanted to go to the store. An' then she said she ain't gettin' in that car cause she uh says she know it's stolen. Cause you know Lee can't get no car like that. An' said they ain't get in it but they got in it anyway an' they went to the store. It was...

Q: Now who's this that did this?

A: Uh...

Q: Angela?

A: Uh An... Angela an' Keisha an' uh ss... what's her name? --- , they all got in the car uh with Lee an' went to the store with 'im. They asked to take 'em to the store. An' he would just say how how he got this car. He told he told everybody he told me an' Jason tell everybody he got it from a dope feen.

Q: Okay. So he didn't tell anybody he shot anybody?

008554