| | |
|---|---|
| A. | YES. |
| Q. | OKAY SO THEN, WHAT DID YOU DO, TEAR, TEAR THE CARD UP. |
| A. | YEAH AN' THEN I, AN' THEN I HAD WENT OUTSIDE AN' WAITED FOR MY MOM. MY MOM CAME UP, I TOLD HER... |
| Q. | NOW WAIT A MINUTE, BACK, LET'S GO BACK. DID LARRY TRY, WHAT DID LARRY TRY TO BUY. |
| A. | HE HAD STUFF IN HIS HANDS BUT I WANTED TO MAKE SURE, HE AIN'T NEVER GET TO TRY TO CHARGE IT. I TOLD HIM LIKE, LET, I WAS LIKE LET ME UH, LET ME SEE IF THIS GONNA WORK FIRST. |
| Q. | WHAT -- --. |
| A. | I WANTED 'EM HOODS, SWEATSHIRTS. |
| Q. | OKAY. SO HE WAS GONNA TRY TO BUY THAT BUT IT WOULDN'T, CAUSE THE CREDIT WOULDN'T WAS ALL... |
| A. | YEAH HE AIN'T EVEN GET TO TRY TO SEE IF THE CREDIT WAS GONNA GO ON THOSE. I HAD TRIED SOME -- -- CAUSE I PROBABLY.... I HAD, I HAD FIGURED IT PROBABLY WASN'T GONNA WORK CAUSE AN' LEE SPENT OVER A THOUSAND DOLLARS ON IT EARLIER THAT DAY. |
| Q. | OKAY. SO NOW YOU, YOU TEAR THE CARD UP. |
| A. | UH HUH. |
| Q. | YOU GO HOME. |
| A. | PUT THE CARD IN MY POCKET, THE TORE UP THE CARD IN MY POCKET. MY MOM TAKE ME HOME. I JUST TOLD HER LIKE, I, I PUT SOME CLOTHES IN LAYAWAY. I PLANNED ON DOIN' IT. I HAD SOME MONEY IN MY POCKET. BUT I DIDN'T WANT TO SPEND MY MONEY. |

008595

A.   CHAMBERS. HE WAS GONNA BUY IT.

Q.   DID YOU GIVE HIM ANYTHIN'.

A.   SHELLS.

Q.   YOU GAVE HIM THE SHELLS.

A.   I GAVE HIM THE FIVE SHELLS THAT WAS LEFT. ESPECIALLY WHEN WE KNEW THE POLICE WAS LOOKIN' FOR IT, FOR THE CAR AN' THE GUN AN' THEY FOUND DUDE, THEY FOUND A MAN. SO I WAS GONNA GET RID OF ALL OF THAT.

Q.   THEN WHAT HAPPENED TONIGHT.

A.   WHAT HAPPENED?

Q.   WHERE'S THE GUN AT NOW?

A.   THE GUN SITTIN', WAS SITTIN' AT... OH WHERE'S IT AT NOW?

Q.   YEAH.

A.   IN, IN THE NEXT YARD BEHIND MY COMPLEX.

Q.   EXPLAIN HOW IT GOT THERE, WHAT HAPPENED?

A.   I WALKED OUT THE HOUSE AN' JUST THREW IT...

Q.   I MEAN WHY DID YOU SEE SOMETHIN' OR WHAT?

A.   CAUSE I SEEN THE POLICE, THE POLICE WAS SITTIN' IN FRONT OF MY HOUSE AN' I AIN'T WANT TO BE THE ONE CAUGHT WITH THE GUN IN MY HOUSE CAUSE, MY MOM LIKE WHERE WE LIVE AT NOW. AN' SHE SAID WE CAN GET EVICTED. AN' SHE SAID WE STILL CAN GET EVICTED FOR THE POLICE UH, HAVIN' TO, HOW, WHAT DID THEY DO TO OUR HOUSE.

Q.   A SEARCH WARRANT.

A.   A SEARCH, FOR HAVIN' TO SEARCH OUR HOUSE.

Q.   DID YOUR MOM KNOW THAT GUN WAS IN THERE...

A. UN UN.

Q. SO YOU SAW THE POLICE TONIGHT, SITTIN' IN FRONT OF YOUR HOUSE. SO YOU KNEW THE GUN WAS UPSTAIRS SO YOU WENT UP THERE AN' ...

A. YEAH...

Q. THREW IT OUT THE BACK WINDOW SO THEY COULDN'T FIND IT.

A. YEAH. AN' ALSO THEY COULDN'T FIND IT, JUST TO GET IT AWAY FROM OUR HOUSE. CAUSE I HAD WIPED IT OFF TOO.

Q. WHY WAS IT AT YOUR HOUSE?

A. I, I DON'T EVEN KNOW. LEE JUST BRING IT OVER THERE.

Q. WHY WERE YOU GONNA SELL THE GUN TO UH, THIS RON CHAMBERS.

A. CAUSE RON GOT MONEY AN' I, IF I COULDN'T DO NOTHIN' ELSE WITH IT, I WAS GONNA AT LEAST PROFIT OFF OF IT. LEE WOULDN'T OF NEVER KNEW, HE AIN'T WON'T THE GUN NO MORE.

Q. SO YOU WANTED, YOU WANTED TO GET SOME PROFIT OFF THE GUN.

A. YEAH.

Q. HOW COME YOU DIDN'T, HOW COME YOU DIDN'T GO WITH UH, WHEN UH, AFTER YOU KIDNAPPED THE GUY AN' BROUGHT HIM BACK TO YOUR HOUSE IN THE TRUNK...

A. UH...

Q. HOW COME YOU DIDN'T GO WITH HIM.

A. I DIDN'T WANT IT TO HAUNT ME.

Q. HUH?

008597

| | |
|---|---|
| A. | I AIN'T WANT IT TO HAUNT ME. I AIN'T SEE HIM, I AIN'T SEE HIS FACE, I AIN'T SEE 'IM REAL CLEAR, I JUST KNOW HE HAD ON A BLACK JACKET. |
| Q. | WHAT, WHAT DIDN'T YOU WANT TO HAUNT YOU. |
| A. | HIM, CAUSE I KNOW HE WAS GONNA DIE. |
| Q. | YOU KNEW HE WAS GONNA DIE. |
| A. | YEAH. |
| Q. | DID YOU THINK LARRY WAS GONNA SHOOT HIM OR DID YOU THINK LEE WAS GONNA SHOOT HIM... |
| A. | UN UN. |
| Q. | DID LARRY EVER TALK ABOUT SHOOTIN' HIM. |
| A. | LARRY WAS GONNA, LARRY WAS TALKIN' ABOUT SHOOTIN' TO PROVE HE WAS DOWN. |
| Q. | WHEN DID HE TALK ABOUT THAT. |
| A. | UH PLENTY OF TIMES. |
| Q. | BEFORE ALL THIS OR AFTER THIS. |
| A. | BEFORE ALL THIS. HE WAS, HE WAS ALWAYS TALKIN' ABOUT HE WAS DOWN BUT, BUT DIDN'T NOBODY BELIEVE HIM CAUSE HE LOOK, CAUSE HE LOOK LIKE HE AIN'T GONNA DO NOTHIN' LIKE THAT. |
| Q. | UH HUH. |
| A. | AN' HE WANTED TO PROVE TO THEM THAT HE WAS DOWN. AN' IF HE WOULD OF ASKED, LEE PROBABLY WOULD OF LET HIM SHOOT HIM. |
| Q. | YOU THINK, DID LARRY SAY HE WANTED TO SHOOT HIM. |
| A. | UN UN. I AIN'T HEAR HIM SAY THAT. |
| Q. | OKAY. IF UH, IF YOU KNEW LEE'S INTENTION WAS TO SHOOT HIM, WHY DID YOU GO ALONG WITH KIDNAPPING HIM. |

Page 17

008598

A. CAUSE I FIGURE THAT'S ALL I, THAT'S THE ONLY PART I'LL HAVE IN IT. THAT'S ONLY, THAT'S THE ONLY TIME I EVER SEEN THAT MAN WAS WHEN HE GOT IN THE CAR WITH HIM. ALL, ALL LEE NEEDED, HE AIN'T REALLY, ALL HE NEEDED ME WAS FOR TO DROP HIS CAR BACK TO MY HOUSE. THAT'S ALL I THOUGHT I WAS GONNA HAVE TO DO WITH IT.

Q. WHY WERE YOU GONNA DO THAT.

A. SHHHH, CAUSE I THOUGHT IT WAS GONNA BENEFIT ME CAUSE...

Q. WHY WOULD IT BENEFIT YOU...

A. IF LEE HAD A NEW CAR, RIGHT. IF LEE HAD A NEW CAR. I THOUGHT HE WAS GONNA LET ME ROLL HIS FAIRMOUNT. AN' I CAN JUST RODE AROUND YOU KNOW WHAT I'M SAYIN' SEE, SEE OTHER PEOPLE, GO TO DIFFERENT NEIGHBORHOODS WITHOUT CATCHIN' A BUS.

Q. OKAY SO WHAT YOU'RE SAYIN' IS YOU WENT ALONG WITH IT KNOWING THAT LEE WAS GONNA KIDNAP AN' KILL HIM BUT YOU WEREN'T GONNA DO THE SHOOTIN'....

A. AN' I ---

Q. THINKIN' THAT HE WOULD HAVE HIS CAR AN' THEN LEE WOULD GIVE YOU HIS OLD CAR RIGHT.

A. YEAH CAUSE THAT'S THE WHOLE, THAT, THAT'S WAS THE PLAN FOR HIM TO LET ME UH DRIVE HIS FAIRMOUNT. AN' HE AIN'T EVEN FOLLOW THROUGH WITH IT REALLY. HE SAID I'M UH, GET THE FAIRMOUNT FIXED THEN YOU CAN ROLL AN' I AIN'T KNOW HOW LONG IT WAS GONNA TAKE FOR 'EM TO GET THAT CAR FIX.

008599

Page 18

| | |
|---|---|
| Q. | DON'T YOU THINK THAT'S A LIL' DRASTIC HAVIN' TO KILL SOMEBODY TO GET THEIR CAR SO YOU CAN HAVE A SET OF WHEELS. |
| A. | I, IT WASN'T MY PLAN. |
| Q. | YEAH BUT YOU KNEW WHAT WAS GONNA HAPPEN. |
| A. | SHHH, I, THAT WAS, YEAH I DID.  I DID, I KNEW WHAT... |
| Q. | YEAH. |
| A. | WAS GONNA HAPPEN. |
| Q. | DON'T YOU THINK THAT'S A LITTLE DRASTIC TO GO, DON'T YOU THINK THAT'S A LIL' FAR TO GO TO GET A CAR. |
| A. | YEAH. |
| Q. | HUH. |
| A. | YEAH.  BUT HE, HE -- --- |
| Q. | WHY DID YOU DO THAT THEN? |
| A. | HUH? |
| Q. | WHY WOULD YOU DO THAT. |
| A. | SHHHH, I AIN'T HIP, I AIN'T HIP.  I DON'T REALLY KNOW WHY.  I DON'T HAVE NO REASON.  LONG AS I, I FIGURE LIKE THIS, LONG AS I WASN'T THE ONE THAT SHOT HIM, AN' I DIDN'T TOUCH HIM OR NOTHIN' LIKE THAT.  ALL I DID WAS ROLL THE OTHER CAR, THEN I WOULDN'T HAVE NOTHIN' TO DO WITH IT.  AN' I ROLLED IN HIS CAR A COUPLE OF TIMES.  THAT'S ALL I DID. |
| Q. | YEAH BUT YOU DROVE HIS CAR BACK, YOU KNEW WHAT HE WAS GONNA DO. |
| A. | SHHHH, YOU SEE, I GOT OUT OF THE CAR, TURNED IT OFF GAVE HIM HIS KEYS... |

008600

Q.   YEAH.

A.   THEN I WENT IN THE HOUSE.

Q.   BUT YOU KNEW WHAT HE WAS GONNA DO THOUGH RIGHT.

A.   YEAH.

Q.   HOW COME... ONCE YOU KNEW HE WAS GONNA KILL HIM, YOU JUST SAY HEY LET ME OUT OF IT.

A.   I WAS OUT OF IT AFTER THAT POINT. AFTER I, AFTER HE DROP ME OFF.

Q.   OKAY, ANYTHIN' ELSE UH MIKE.

QQ.  YOU SAID UH, LEE TOLD THE GUY THAT IF HE COOPERATED HE WOULDN'T BE HURT.

A.   THAT'S WHAT LEE TOLD ME HE SAID. HE TOLD ME HE SAID THAT ...

QQ.  YOU DIDN'T HEAR LEE TELL THE GUY THAT?

A.   UN UN. THAT'S THE ONLY CONVERSATION WE HAD FOR ABOUT WHAT HE SAID TO THAT DUDE. AN' THE OTHER ONLY THING WE TALKED ABOUT WAS HOW HE UH, KILLED HIM.

Q.   LET ME GO BACK, YOU MENTIONED BEFORE -- -- IS THAT LATER ON THEY FOUND SOME MORE CREDIT CARDS UNDER A TIRE IN THE TRUNK.

A.   YEAH, WE WENT TO THE STORE, WE WENT TO THE STORE...

Q.   WHO IS WE?

A.   ME AN' LEE.

Q.   YEAH IN THE TAURAS.

A.   UH HUH.

Q.   OKAY. WHAT DAY WAS THIS?

A.   I THINK ON TUESDAY.

008601

Q. ALRIGHT.

A. WENT TO THE STORE. AN' LEE HAD UH, I DON'T KNOW WHAT HE WAS DOIN', HE SEEN A MICHIGAN THING ON THE BACK OF IT, I THINK IT SAID LAKE WATER, MICHIGAN.

Q. ON THE BACK OF WHAT?

A. THE CAR.

Q. ON THE BUMPER OR SOMETHIN'.

A. UN UN. RIGHT THERE NEAR THE SYMBOL.

Q. NEAR THE WHAT?

A. NEAR THE SYMBOL, THE FORD SYMBOL.

Q. I DON'T KNOW WHAT YOU'RE SAYIN'?

QQ. ON THE, ON THE TRUNK.

A. NO, NOT UH, YEAH PROBABLY ON, THE PART OF THE TRUNK. IT, IT JUST SAID LAKE FORD, MICHIGAN...

QQ. OKAY.

A. OR LAKE WATER, MICHIGAN. BUT HE MOVED THAT TIRE AN' IT WAS, IT WAS A UH.....

Q. CREDIT CARDS.

A. HE HAD TWO MORE CREDIT CARDS...

Q. WHAT KIND WERE THEY?

A. THE EXPENSIVE KIND.

Q. WHAT KIND WERE THEY?

A. AN AMERICAN EXPRESS AN' I DON'T KNOW THE OTHER ONE.

Q. ALRIGHT, WHAT HAPPENED TO THEM.

A. NOTHIN'.

Q. WHERE ARE THEY AT?

A. HUH?

Q. WHERE ARE THEY AT?

A. WHAT THE CREDIT CARD.

Q. YEAH.

A. THREW THEM AWAY TOO CAUSE WE KNEW WE COULDN'T USE 'EM. IT WAS WAY TOO LATE THEN. HE WAS ROLLIN' THAT CAR, CAR HOT.

Q. WHERE, WHERE WERE THEY THROWN AT....

A. A DUMPSTER.

Q. HUH?

A. A DUMPSTER.

Q. BY YOUR HOUSE. WHO THREW THEM AWAY?

A. UH, LEE.

Q. DID YOU THROW ANY OF THEM AWAY.

A. I THREW THE UH, I THREW THE JC PENNY, THE JEANNIE AN' THAT UH, MARATHON ONE.

QQ. THESE CARDS WERE UNDER THE SPARE TIRE IS THAT WHAT YOU'RE SAYIN'...

A. YEAH THOSE LAST TWO.

QQ. IN THE TRUNK.

A. UH HUH.

QQ. UNDER THE SPARE TIRE.

A. SOMEWHERE BACK THERE, I DON'T REALLY KNOW EXACTLY WHERE IT WAS AT. I KNOW THEY WAS HID GOOD, BECAUSE...

QQ. IT WAS INSIDE THE TRUNK.

A. YEAH. AN' LEE DIDN'T GET THAT MAN'S WALLET UNTIL HE GOT HIM OUT BEFORE HE WAS FINNA KILL HIM.

Q. OKAY SO NOW WHAT, WHAT WAS THE CARDS IN THE TRUNK THAT YOU... AMERICAN EXPRESS CARD AN' WHAT ELSE?

Page 22

008603

| | |
|---|---|
| A. | I DON'T KNOW THE OTHER ONE. I JUST KNOW IT MUST OF HAD A LOT OF MONEY ON IT BECAUSE HE HID IT, THINKIN' HE WAS GONNA LIVE. |
| Q. | OKAY AN' THEN YOU, YOU SAID YOU THREW AWAY THE JC, THE JEANNIE AN' WHAT ELSE? |
| A. | THE UH, MARATHON GAS STATION CARD. |
| Q. | WHERE DID YOU THROW THEM AWAY AT? |
| A. | THE DUMPSTER. |
| Q. | THE DUMPSTER. |
| A. | YEAH. |
| Q. | WHO FOUND THESE CARDS IN THE TRUNK, YOU OR LEE? |
| A. | LEE, I WENT TO THE STORE. I CAME OUT, HE WAS LIKE MAN, MAN HE SWINDLED US AN' ALL THAT. I'M LIKE FOR REAL. AN' HE WAS LIKE LOOK AT THIS, HE SHOWED ME 'EM TWO SHINY CARDS. AN' I WAS LIKE OH DAG. |
| Q. | DID YOU EVER DRIVE THAT TAURAS, HE EVER LET YOU DRIVE IT. |
| A. | NO. |
| Q. | HUH? |
| A. | NO, NOT AT ALL. |
| Q. | DID HE GIVE YOU ANYTHIN' OUT OF ALL OF THIS. |
| A. | NOPE, I DIDN'T GAIN NOTHIN'. AFTER I GOTTA ROLL HIS CAR FROM FAIRFIELD TO MY HOUSE. |
| Q. | YOU GOTTA DRIVE LEE'S CAR RIGHT? |
| A. | FROM FAIRFIELD TO MY HOUSE, THAT'S ALL I GOT OUT OF IT. |
| Q. | OKAY. |
| A. | OH AN' HE HAD SIX DOLLARS IN HIS WALLET. |

Page 23

008604

Q. WHERE'S HIS WALLET AT.

A. I AIN'T HIP, LEE AN' LARRY HAD IT.

Q. OKAY HE HAD SIX DOLLARS IN HIS WALLET?

A. YEAH THEY TOLD ME HE HAD SOME CHUMP CHANGE.

Q. WHAT WAS LEE SAYIN' TO YOU WAS HE, WAS HE, HOW WAS HE ACTIN' ABOUT WHEN HE WAS TELLIN' YOU HE SHOT HIM, WHAT WAS HE SAYIN'?

A. HE SAID, HE DIDN'T SOUND LIKE NOTHIN', HE JUST SOUNDED JUST REGULAR, JUST TALKIN'. HE, HE WASN'T HAPPY, HE WASN'T SAD, HE DIDN'T CARE, HE JUST DIDN'T CARE.

Q. JUST DIDN'T CARE.

A. NO.

Q. AN' WHY DID HE SHOOT HIM?

A. I AIN'T HIP, HE AIN'T HAVE TO. IF, IF, CAUSE WE THOUGHT HE WAS FROM MICHIGAN. HE DIDN'T HAVE TO SHOOT HIM, ESPECIALLY IF WE THOUGHT HE WAS FROM MICHIGAN, THAT'S WAY FAR UP THERE.

QQ. SO UH, YOU SAID THAT UH, YOU FOUND THIS STUFF TUESDAY SO YOU GUYS ROLLED IN IT ALL THE WAY UP TO TWO DAYS AGO, OR TWO DAYS BEFORE WE CAME OVER AN' SAW YOU?

A. YES.

QQ. DID, WHAT DAY DID HE GET RID OF THE CAR?

A. WHAT DAY. THE TWO -- MISSED US -- BOTH OF YA'LL, THE CAR AT SOMEBODY HOUSE.

Q. HUH?

A. THE CAR IS OVER SOMEBODY HOUSE.

Q. THE CAR IS AT SOMEBODY'S HOUSE. WHOSE HOUSE IS THE CAR AT?

Page 24

008605

A.  IT'S OVER CAMERON'S.

Q.  WHO?

A.  CAMERON, CAMERON CALLERY.

Q.  WHO'S THAT?

A.  A FRIEND, THAT WENT TO THE MALL WITH US YESTERDAY. THE CAR DIDN'T GET GONE TILL YESTERDAY. WELL FIRST ON TUESDAY, ALRIGHT HE PARKED IT IN ANOTHER COURT TUESDAY NIGHT, HE PARKED IT IN ANOTHER COURT IN COMPTON GROVE. AN' ON WEDNESDAY WE WENT TO THE MALL. AN' THEN ON, ON WEDNESDAY WE WENT, I GOT MY HAIR CUT, LARRY GOT HIS HAIR CUT, AN' WE PICKED UP CAMERON AN' GARY. GARY IS THE ONE THAT CUT HAIR, BUT THEY LIVE TOGETHER. UH, GARY UH, WE WENT TO THE MALL IN THE FAIRMOUNT, CAME BACK TO MY HOUSE. AN' LEE DIDN'T FEEL LIKE DROPPIN' CAMERON OFF, SO WE TOLD HIM LIKE YOU CAN TAKE THE TAURAS BUT YOU KNOW IT GOT SOME DIRT ON IT. AN' CAMERON SAID YEAH, AN' THEN HE LEFT, TOOK THE CAR OVER HIS HOUSE.

QQ. WHAT'S CAMERON'S LAST NAME?

A.  CALLERY, C-A-L-L-E-R-Y.

Q.  HOW OLD IS HE?

A.  SIXTEEN.

Q.  AN' YOU SAID HIS FIRST NAME IS WHAT?

A.  C-A-M-E-R....

Q.  C-A-M-E-R....

A.  O-N.

Q.  HUH?

Page 25

008606

| | |
|---|---|
| Q. | CAMERON. |
| A. | CAMERON. |
| QQ. | CAMERON. |
| A. | CAMERON, LIKE CAMERON. |
| Q. | OKAY, C-A-R, C-A-M-E-R-O-N. AN' WHERE'S UH, CAMERON LIVE AT? |
| A. | COLLEGE HILL. |
| Q. | WHAT STREET? |
| A. | I DON'T KNOW THE STREET, IT'S OFF OF UH, IT'S OFF OF ARGUS ... |
| Q. | A STREET OFF ARGUS. |
| A. | YES, I CAN SHOW YOU BETTER THAN I CAN TELL YOU CAUSE HIS STREET GOT A FUNNY NAME. |
| Q. | WHERE DOES HE GO TO SCHOOL AT? |
| A. | AIKEN. |
| Q. | DOES HE KNOW ANYTHIN' ABOUT THIS GUY GETTIN' KILLED OR JUST WHAT. |
| A. | NO HE AIN'T KNOW, HE DON'T KNOW, HE STILL DON'T KNOW RIGHT NOW. HE JUST, ALL HE KNOW IS THE CAR STOLEN. |
| Q. | IS IT PARKED AT HIS HOUSE, OR WHERE'S HE PARKIN', HE WOULDN'T PARK IN FRONT OF HIS HOUSE WOULD HE. WHERE DO YOU THINK HE PARKED IT AT. |
| A. | IN A GARAGE. |
| Q. | HUH? |
| A. | IN A GARAGE. |
| Q. | HIS GARAGE? |

A. IT, IT'S LIKE, IT'S NOT LIKE A GARAGE WHERE THE DOORS COME DOWN, IT'S A FOUR PERSON GARAGE. AN' AIN'T NO DOOR, IS JUST, YOU CAN JUST DRIVE INTO IT.

Q. SO HIS PARENTS WOULDN'T KNOW ANYTHIN' ABOUT IT.

A. UH, NO.

Q. WHERE'S THE GARAGE AT?

A. IN THE BACK OF HIS HOUSE.

Q. AN' THE STREET IS OFF ARGUS.

A. UH HUH.

Q. HUH?

A. YES.

Q. IF YOU HEARD THE STREET WOULD YOU KNOW IT?

A. UN UN. I COULDN'T. I, I KNOW IT'S THE FIRST STREET OFF OF ARGUS COMIN' FROM NORTH BEND.

Q. SO YOU GO THEN, YOU GO OUT NORTH BEND TO WHERE?

A. TO ARGUS.

Q. AN' THEN TURN RIGHT OR LEFT.

A. COMIN', COMIN' DOWN NORTH BEND, COMIN' DOWN NORTH BEND YOU TURN UH, RIGHT GOIN' UP NORTH BEND YOU TURN LEFT.

Q. COMIN' FROM UH, YOU KNOW WHERE THRIFTWAY IS ON NORTH BEND.

A. UN UN.

Q. OKAY. YOU KNOW WHERE KROGER'S IS?

A. YEAH, KROGER'S.

Q. GOIN' TOWARD UH, GOIN' UH, AWAY FROM THE CITY.

A. HUH?

Q. GOIN' TOWARD UH, THE WHITE CASTLE.

Page 27

008608

A. YEAH, GOIN' TOWARDS WINTON TERRACE...

Q. RIGHT.

A. GOIN' TOWARD WINTON...

Q. YOU TURN RIGHT OR LEFT ON ARGUS.

A. TURN, YOU TURN RIGHT.

Q. AN' THEN IT'S A STREET OFF ARGUS.

A. UH HUH, THE FIRST STREET OFF ARGUS.

Q. AN' WHAT'S HE LIVE ON THE LEFT OR RIGHT SIDE.

A. HE LIVE ON THE LEFT SIDE, THE DEAD END.

Q. HOW FAR DOWN.

A. UH AT THE END.

Q. ALL THE WAY TO THE END OF THE STREET. SO ARGUS THE FIRST STREET ON THE LEFT AN' ALL THE WAY TO THE DEAD END.

A. YEAH.

Q. OKAY. WHAT COLOR IS HIS HOUSE?

A. BRICK, IT'S, IT'S LIKE A, IT'S A HOUSE, BUILT LIKE AN APARTMENT BUILDING.

Q. OKAY. AN' THERE'S FOUR APARTMENTS IN THERE.

A. UH HUH.

Q. WHAT'S HE LIVE ON, THE FIRST OR SECOND FLOOR.

A. FIRST FLOOR. YOU GOTTA KNOCK TO GET IN.

Q. OKAY.

A. YOU GOTTA HAVE A KEY.

Q. OKAY.

A. HE, ALL CAMERON KNOW ABOUT THE CAR IS THAT, IS IT'S HOT.

| | |
|---|---|
| Q. | OKAY. |
| QQ. | WHAT'S GARY'S NAME? |
| A. | GARY BOX.  BOX. |
| QQ. | B-O-X. |
| A. | UH HUH. |
| Q. | OKAY I'M GONNA STOP THE UH, TAPE HERE WE'RE GONNA SWITCH SIDES, IT'S ABOUT RUNNIN' RIGHT OFF OF THE FIRST SIDE.  OKAY UH, THIS IS THE INTERVIEW WITH UH, JASON HOLMES.  THIS WILL BE UH, SIDE TWO. |
| QQ. | YOU SAID GARY LIVES WITH CAMERON? |
| A. | YEAH. |
| QQ. | IN THE SAME APARTMENT OR THE SAME BUILDIN'. |
| A. | THE SAME APARTMENT. |
| QQ. | HOW ARE THEY RELATED. |
| A. | UH, THEY NOT REALLY RELATED, THEY JUST REAL CLOSE FRIENDS, KNOWIN' EACH OTHER SINCE THEY WAS LITTLE.  GARY TURNED EIGHTEEN EARLIER IN JANUARY.  CAMERON IS THREE DAYS, HOLD ON, CAMERON IS FIVE DAYS YOUNGER THAN ME, BORN DECEMBER 8TH, 1977. |
| QQ. | UH, WELL WHOSE APARTMENT IS IT? |
| A. | HIS MOTHER'S, PAT CALLERY. |
| Q. | WHAT'S HIS MOTHER'S NAME? |
| A. | PAT CALLERY. |
| Q. | PAT. |
| A. | UH HUH.  SHE DON'T KNOW NOTHIN' ABOUT IT.  SHE PROBABLY DON'T EVEN KNOW THE CAR BACK THERE BECAUSE HER CAR BROKE DOWN. |

Page 29

008010