Q. YOU KNOW HIS PHONE NUMBER?

A. HE DON'T HAVE A PHONE.

Q. OKAY. WHOSE UH, IN-LAWS, WHO IS THIS GARY BOX NOW, YOU'RE SAYIN' GARY BOX.

A. THAT'S, THAT'S JUST A FRIEND, A FRIEND OF THE FAMILY.

Q. OKAY. SO WHO GAVE HIM THE CAR.

A. WHO GAVE, CAMERON THE CAR.

Q. YEAH.

A. LEE.

Q. LEE DID. HE JUST TOLD HIM HE AIN'T FEEL LIKE DRIVIN' HIM HOME YESTERDAY SO, HE, I MEAN ON WEDNESDAY, SO HE SAID GO AHEAD, USE IT. TAKE THAT CAR BUT YOU KNOW IT GOT DIRT ON IT SO, BE CAREFUL

QQ. THAT WAS WEDNESDAY.

A. HUH?

QQ. THAT WAS WEDNESDAY.

A. YES.

Q. ANYTHIN' ELSE, ANYTHIN' ELSE YOU CAN UH, REMEMBER ABOUT THIS JASON?

A. YEAH. I AIN'T, ...

Q. WHAT, WHAT ELSE DO YOU REMEMBER.

A. ...TELL YOU EVERYTHIN'.

Q. WELL THAT'S WHAT YOU, WE WANT THE TRUTH.

A. UH LEE BOUGHT HIS GIRLFRIEND SOME STUFF. SHE GOT ALL THAT, HER NAME SHATAYNDA NEAL.

Q. ALRIGHT. LEE BOUGHT SOME UH, JEWELRY FOR HER.

A. YEAH. I DON'T KNOW EXACTLY WHAT IT IS. LARRY JUST, LARRY WAS A LITTLE BIT UPSET BECAUSE LEE, HE WENT WITH

|   |   |
|---|---|
|   | LEE AN' LEE DIDN'T GET HIM NOTHIN'. HE WAS LIKE MAN, HE BOUGHT THAT, THIS AN' THAT, ALL THIS STUFF. |
| Q. | WHAT'S HER NAME? |
| A. | SHATAYNDA NEAL. |
| Q. | SHATAYNDA, SPELL IT. |
| A. | SHATAYNDA, I DON'T KNOW HOW TO SPELL IT. I JUST KNOW HER NAME SHATAYNDA NEAL. |
| Q. | WHERE SHE LIVE AT? |
| A. | SEVEN HILLS, YA'LL, YA'LL WAS OVER HER HOUSE. |
| Q. | OKAY. YOU KNOW WHERE SHE LIVE AT, OKAY. ANYTHIN' ELSE MIKE. |
| QQ. | UH NO. |
| Q. | OKAY IS THAT IT JASON, ANYTHIN' ELSE YOU WANNA ADD? |
| A. | NO, I TOLD YOU THE WHOLE TRUTH, NOTHIN' BUT THE TRUTH. |
| Q. | ANYBODY ELSE KNOW ABOUT THIS GUY BEIN' KILLED BESIDES YOU, LARRY... |
| A. | NO, JUST HAPPEN ON THE HUSH, HUSH. |
| Q. | AN' LEE. YOU NEVER TOLD ANYBODY ELSE, JUST THAT THEY KNEW YOU HAD A STOLEN CAR. |
| A. | YEAH, YEAH, ONLY THING EVERYBODY KNEW WAS THAT WE HAD A STOLE CAR, A STOLE TAURAS. AN' THAT'S ABOUT IT. PEOPLE WAS ASKIN' FOR RIDES, THEY ACT LIKE THEY DIDN'T CARE. |
| Q. | KNOWIN' IT WAS STOLEN? |
| A. | YEAH. THEY SEEN IT WAS ALL PRETTY, PRETTY BLUE AN' ALL THAT. SO THEY JUST WAS LIKE DAG, GIVE ME A RIDE. EVERYBODY WANTED TO RIDE IN IT. PEOPLE KNEW, HE AIN'T |

|   |   |
|---|---|
|   | REALLY WANT NOBODY TO GET IN IT THOUGH. HE AIN'T LET TOO MANY PEOPLE IN IT. |
| Q. | WHO IS THAT, LEE. WHY DID HE LET UH, CAMERON HAVE IT. |
| A. | SHOOO, HE KNEW HE HAD TO GET RID OF THAT CAR, IT WAS TOO HOT. BUT HEY, I'M TELLIN' THE TRUTH SO I CAN GET AS FAR AWAY FROM THIS AS I CAN, YOU KNOW WHAT I'M SAYIN'. |
| Q. | OKAY. OKAY UH, THIS WILL CONCLUDE THE INTERVIEW WITH UH, JASON HOLMES, END. |

Transcribed by:
Natasha V. Ruff
February 8, 1994
Cincinnati Police Division

Form 708B    Case Number 89400661

THE STATE OF OHIO, } ss. **Court of Common Pleas**
Hamilton County,
SUBPOENA FOR WITNESS

To Lee Moore, Jr.,

%o DANIEL JAMES

You are required to attend on the 2nd day of May A.D. 19 94 at 9:00 o'clock A M., in the Court House in Cincinnati, in said County, before the Hon. Judge Cartolano Judge of said Court, in Room No. _____ to testify as witness on behalf of State of Ohio in the case of State of Ohio versus Jason T. Holmes and not depart the Court without leave. Fail not under penalty of the law.

NOTICE
REPORT AT PROSECUTING
ATTORNEY'S OFFICE
ROOM XXX 411

WITNESS my hand and the seal of the said Court at Cincinnati, this 22nd day of April A.D. 19 94

JAMES C. CISSELL
Clerk of the Court of Common Pleas of Hamilton County, Ohio

Longano - P0018087/Butler - P0024483
Ass't Pros.

By _Jack Cottrell_ Deputy
PRESS FIRMLY

008614

THE STATE OF OHIO, HAMILTON COUNTY

COURT OF COMMON PLEAS

CRIMINAL DIVISION

| | | | |
|---|---|---|---|
| STATE OF OHIO | : | NO. B9400481 | |
| Plaintiff | : | (Judge Morrissey) | |
| vs. | : | STATE'S RESPONSE TO DEFENDANT'S DEMAND FOR DISCOVERY | |
| LEE MOORE | : | | |
| Defendant | : | | |

Now comes the State of Ohio, by and through its Assistant Prosecuting Attorney, Mark E. Piepmeier, and in response to Defendant's Demand for Discovery provides disclosure and inspection of the following information by the Defendant pursuant to Criminal Rule 16(B):

**WITNESSES:**

| | | |
|---|---|---|
| Shatanda Neal | 10889 Sprucehill | *Girlfriend* |
| Wilma Neal | 10889 Sprucehill | *Mother* |
| George Neal | 10889 Sprucehill | *Father* |
| John Keal | 5744 Lake Superior | *saw Lee Moore at bar* |
| Bob Schnur | Mt. Healthy H.S. | |
| Annette Davis | H.C. Coroner | |
| Bill Dean | H.C. Coroner | |
| Dr. Gross | H.C. Coroner | |
| Ron Camden | C.P.D. | |
| Jim Lawson | C.P.D. | |
| Jay Green | C.P.D. D-5 | |

23rd day of January, 1994, the Defendant herein, Lee Moore, was interviewed by members of the Cincinnati Police Division and the Fairfield Police Department. This interview and the statements obtained occurred in violation of the Defendant's rights as guaranteed by the Fifth and Sixth Amendments of the United States Constitution.

Further, the Defendant states that this interview and the statements obtained are inadmissible and in violation of the Defendant's privilege against self incrimination as guaranteed by <u>Miranda vs. Arizona</u> (1966) 384 U.S. 436, 86 S. Ct. 1602, 16 L.Ed. 2d 694, <u>Escobedo vs. Illinois</u> (1964) 378 U.S. 478, 84 S.Ct. 1758, 12 L.Ed. 2d 977, <u>State vs. Brewer</u> (1990) 53 Ohio St. 3d 50, 549 N.E.2d 491.

Counsel reserves the right to cite further cases at the evidentiary hearing in this matter.

_____  _____
Timothy J. Deardorff   1848        Daniel J. James  J-074   8067
Attorney for the Defendant         Attorney for the Defendant

### NOTICE OF HEARING

Please take notice that a hearing on the foregoing Motion has been scheduled for the 5th day of May, 1994 at 10:00 A.M. before Judge Morrissey, Court Room ___360___ at the Hamilton County Courthouse, Court and Main Streets in downtown Cincinnati.

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion was hand delivered to the Office of the Hamilton County Prosecutor, 4th Fl. of the Hamilton County Courthouse, this ___21st___ day of April, 1994.

_____  _____
Timothy J. Deardorff   1848        Daniel J. James  J-074   8067
Attorney for the Defendant         Attorney for the Defendant

DANIEL J. JAMES, ATTORNEY AT LAW, 30 E. CENTRAL PARKWAY, 13TH FLOOR
CINCINNATI, OHIO 45202  (513) 721-1997

## TEST RESULTS, EXAMINATIONS:

Coroner's Office Lab Reports 318-94-F-S-M (Enclosed)

Coroner's Office Death Record and Autopsy for Melvin Olinger

Page 14 of statement of Jason Holmes (left out of original discovery)

Diagram of Fair Plaza in Fairfield

Diagram of area of 3365 Beekman where body located

## ITEMS AVAILABLE FOR INSPECTION (Supplemental):

Receipts from JC Penny

_____
Mark E. Piepmeier, 006894P
Assistant Prosecuting Attorney
914 Main Street
Cincinnati, Ohio  45202
513/632-8534

### CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was served upon each party or attorney of record in the proceedings for each party by personal delivery on the ____ day of _____, 1994.

_____
Mark E. Piepmeier, 006894P
Assistant Prosecuting Attorney

Q. RIGHT.

A. SO SHE TOOK ME HOME, WE ATE. WE DID SOME LIL' STUFF WE GOT, WE GOT SOMETHIN' TO EAT. UH, SHE HAD LEFT, HER BOYFRIEND CALLED AN' TOLD HER TO PICK HIM UP FROM WORK. SO LATER ON THAT NIGHT, LEE CAME OVER AN' WE JUST CHILLED SOME MORE, WE JUST TALKED....

Q. TALKIN' ABOUT WHAT HAPPEN...

A. NO LEE WAS TALKIN' ABOUT WHAT HE WAS GONNA DO WITH THE CAR, THE PLAN.

Q. WHAT WAS THE PLANS TO DO WITH THE CAR?

A. GET IT PAINTED AN' PUT SOME RIMS ON IT. SOME TIRES, SOME NEW, SOME NEW RIMS.

Q. OKAY. AN' WHERE WAS THE GUN AT?

A. UH RIGHT THEN IT WAS UP UNDER MY UH, THE SEAT IN MY ROOM.

Q. IT WAS...

A. IT WAS THERE ALL THE TIME EVERY SINCE, EVERY SINCE UH DUDE, THE MAN GOT KILLED. THAT'S WHERE THE GUN WAS JUST SITTIN'.

Q. YOU WERE HIDIN' GUN IN, IN, UNDER A SEAT IN YOUR ROOM.

A. UNDER THE PILLOW.

Q. OKAY AN' THEN UH, WERE THE BULLETS ALL IN THE GUN...

A. UH HUH. ALL FIVE SHELLS.

Q. AN' UH, YOU SAID YOU WERE, YOU TOLD ME BEFORE YOU WERE GONNA TRY AN' SELL THE GUN.

A. TO RON.

Q. RON WHO?

*MARK MISSING PAGE FROM JASON HOLMES STATEMENT.*

Page 14

008618



**FRANK P. CLEVELAND, M.D.**
**HAMILTON COUNTY CORONER**

ELLIOT M. GROSS, M.D.
Chief Deputy Coroner/Director of Forensic Pathology

CAROLYN MANATEA
Administrator

WILLIAM L. DEAN, M.S.
Chief of Forensic Sciences

HAROLD E. SCHUELER, Ph.D.
Chief of Toxicology

**INSTITUTE OF FORENSIC MEDICINE**
**TOXICOLOGY AND CRIMINALISTICS**
3159 EDEN AVENUE · CINCINNATI, OHIO 45219

TELEPHONE AREA 513

OFFICE 221-4524
LABORATORY 221-4520
MORGUE 221-4529
FAX: 513-221-0307

## OFFICIAL CRIME LABORATORY REPORT

TO: Sergeant John Jay
    CPD, Homicide Squad

C.L. FILE # 318-94-T-S-M
DATE January 21, 1994
SUBJECT Olinger, Melvin

EXAMINATION REQUESTED BY:
    Same

TYPE OF EXAMINATION REQUESTED:
    ABO Blood Group Comparison

The following is a report of the Crime Laboratory giving the results of examinations conducted on specimens received from your office. This examination has been made with the understanding that the specimen is connected with an official investigation of a criminal matter and the laboratory report will be used for official purposes only, related to the investigation or a subsequent criminal prosecution. Authorization cannot be granted for the use of this report in connection with a civil proceeding.

**SPECIMENS:**

Q-8 --- few pieces of apparent tissue in a plastic bag

K-2 --- blood specimen from the autopsy of Melvin Olinger H-28-94

**FINDINGS:** The findings below are based upon standard serologic procedures for the identification and typing of body fluids and body fluid stains.

Q-8  -  Tissue                -- Group O human blood identified.

K-2  -  Blood from
        Melvin Olinger        -- Group O in the ABO system.

_Annette E. Davis_
Annette E. Davis, Serologist

AED:scb

**OPINION:**

Two slides show autolyzed tissue suggestive of skeletal muscle.

_Elliot M. Gross_
Elliot M. Gross, M.D.

EMG:scb
April 8, 1994

008619

**FRANK P. CLEVELAND, M.D.**
**HAMILTON COUNTY CORONER**

ELLIOT M. GROSS, M.D.
Chief Deputy Coroner/Director of Forensic Pathology

CAROLYN MARATEA
Administrator

WILLIAM L. DEAN, M.S.
Chief of Forensic Sciences

HAROLD E. SCHUELER, Ph.D.
Chief of Toxicology

**INSTITUTE OF FORENSIC MEDICINE**
**TOXICOLOGY AND CRIMINALISTICS**
3159 EDEN AVENUE · CINCINNATI, OHIO 45219
TELEPHONE AREA 513
OFFICE 221·4524
LABORATORY 221·4528
MORGUE 221·4529
FAX: 513·221·0307

## OFFICIAL CRIME LABORATORY REPORT

TO: Police Specialist Hoffmann
    CPD, Homicide Squad

C.L. FILE # 318-94-F-M
DATE: January 21, 1994
SUBJECT: Olinger, Melvin
TYPE OF EXAMINATION REQUESTED:
  Crime Gun Examination/Unfired Ammunition
  Hair Examination

EXAMINATION REQUESTED BY:
  Same

The following is a report of the Crime Laboratory giving the results of examinations conducted on specimens received from your office. This examination has been made with the understanding that the specimen is connected with an official investigation of a criminal matter and the laboratory report will be used for official purposes only, related to the investigation or a subsequent criminal prosecution. Authorization cannot be granted for the use of this report in connection with a civil proceeding.

**SPECIMENS:**

Q-1 --- revolver, 6 shot, .357 Magnum chambered Sturm, Ruger & Co., Security Six model, serial number 152-80943 from a CPD gun envelope numbered 5774

Q-2 --- two small lead fragments recovered from Melvin Olinger at autopsy H-28-94

Q-3 --- two unfired Remington brand .357 Magnum cartridges having scalloped jacketed hollow point bullets from a white leather pouch submitted in a CPD property envelope numbered 5690

Q-4 --- cut, black parka with a label "Outdoor Exchange L-42-44" removed from Melvin Olinger at autopsy

Q-5 --- a pair of black slacks labeled "Palm Beach"

Q-6 --- three tape lifts used to collect hairs from the trunk of a blue FORD "TAURUS" with Ohio license: NMN - 685

Q-7 --- four tape lifts used to collect hairs from the passenger compartment of a blue FORD "TAURUS" with Ohio license: NMN - 685

K-1 --- a known head hair sample from Melvin Olinger

**FINDINGS:** (The findings below are based upon standard firearms identification and examination procedures.)

a) No malfunctions were encountered in the examination and test firing of the Q-1 revolver.

b) Prior to test firing, the Q-1 revolver was examined for blood, hairs or fibers with negative results. One chamber, fired more recently than the rest, was noted and marked on the cylinder of Q-1.

Page 1 of 2

008620

TOXICOLOGY AND CRIMINALISTICS

SUBJECT  Olinger, Melvin                                              Page 2 of 2

FILE NO.  318-94-F-M

c) The Q-2 lead fragments have a total weight of 0.6 grains and are devoid of usable rifling impressions.

d) One of the two cartridges of Q-3 was disassembled and found to contain 15.6 grains of flattened ball propellant and a flat base 158 gr., scalloped, jacketed hollow point bullet.

e) No holes, soot or propellant were seen in the right side of the Q-4 coat. An attached, black nylon hood was still within its zippered collar compartment.

f) Bullets test fired from the Q-1 revolver did not correspond to any in this laboratory's unsolved shooting file.

g) Laboratory ammunition of the same brand and type as Q-3 was test fired in the revolver at 4, 6, 12, 18, 24, 30 and 36 inches from a twill or carbon paper faced target for comparison to the density of the stippling pattern depicted in color photographs (transparencies) of the right side of M. Olinger head.

OPINION:

The Q-1 revolver is a functional firearm.

The Q-2 lead fragments cannot be further categorized.

No gunshot residue pattern was detected on the Q-4 parka.

The stippling density depicted in photographs of the right side of Mr. Olinger's head is consistent with a distance greater than 6 inches but less than 30 inches for a shot from the Q-1 revolver with ammunition of the same type as the Q-3 cartridges.

_____
William A. Schrand, Firearms Examiner

WAS:scb

RESULTS:

A search for foreign hairs on the victim's clothing, Q-4 and Q-5, was negative.

A microscopic examination of the tape lifts, Q-6, revealed several causasian head hairs. These hairs corresponded in color, configuration, and microscopic characteristics to hairs from Melvin Olinger, K-1.

A microscopic examination of the tape lifts, Q-7, revealed numerous, short, head hair fragments. These fragments displayed negroid characteristics, but were too short for further examination.

OPINION:

The above results are consistent with head hairs of Melvin Olinger being present in the trunk of the blue FORD "TAURUS".

_____
William L. Dean, Trace Evidence Examiner

WLD:scb
March 16, 1994

008621



```
  3- 6-95
Attorney - Plaintiff         A P P E A R A N C E  D O C K E T      BA 94-0481
Attorney - Defendant                                                Z-9999
Cur Judge -             ROBERT RUEHLMAN                             Z-0009
                                                                    141
```

STATE OF OHIO vs. LEE MOORE

Direct hearing
MC# 94CRA1926
     94CRA1927A&B
BOND: $1,000,000

Total Deposits      $.00
Total Costs    $2,949.00

STATE OF OHIO
       vs.
LEE MOORE
1101 CLEARBROOK DR
CINCINNATI         OH 45229

Race: B  Age: 19  Sex: M

Filed: 1-27-94  0005 - WARRANT ON INDICTMENT

| IMAGE | DATE | REF# | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| ① | 1-27-94 | 9998 | INDICTMENT REPORTED AND FILED. INDICTMENT FOR AGGRAVATED MURDER 2903.01 R.C. W/SPEC; AGGRAVATED ROBBERY 2911.01 R.C. W/SPEC; KIDNAPPING 2905.01 R.C. W/SPEC | |
| | 1-27-94 | 9992 | PRECIPE FOR WARRANT FILED AND WARRANT ISSUED. | |
| 13 | 1-31-94 | 9980 | PLEA OF NOT GUILTY ENTERED AT ARRAIGNMENT. $1,000,000 | |
| 13 | 1-31-94 | 9978 | COUNSEL ASSIGNED TIM DEARDORFF DAN JAMES | |
| ② | 1-31-94 | 9976 | SIMON L. LEIS JR., SHERIFF: I HAVE IN CUSTODY AND HAVE SERVED COPY OF INDICTMENT ON SAID DEFENDANT BY GERALD BRANDITZ DEPUTY | |
| ③ 101 | 1-31-94 | 9974 | APPLIC. REQUESTING PERMISSION TO BROADCAST,TELEVISE,PHOTO., RECORD COURTROOM PROCEEDINGS. | |
| ④ 102 | 1-31-94 | 9972 | APPLIC. REQUESTING PERMISSION TO BROADCAST,TELEVISE,PHOTO., RECORD COURTROOM PROCEEDINGS. | |
| ⑤ 103 | 1-31-94 | 9970 | APPLIC. REQUESTING PERMISSION TO BROADCAST,TELEVISE,PHOTO., RECORD COURTROOM PROCEEDINGS. CINTI POST | |
| ⑥ 105 | 1-31-94 | 9968 | ENTRY APPOINTING COUNSEL DAN JAMES AND TIM DEARDORFF | |
| ⑦ 117 | 1-31-94 | 9966 | ENTRY OF CONTINUANCE 2/9/94 | |
| ⑧ 85 | 2- 9-94 | 9964 | ENTRY OF CONTINUANCE 2/18/94 | |
| ⑨ | 2-17-94 | 9962 | REQUEST FOR DISCOVERY | |
| ⑩ | 2-17-94 | 9960 | MOTION FOR BILL OF PARTICULARS | |
| ⑪ | 2-18-94 | 9958 | REQUEST FOR NOTICE OF INTENTION TO USE EVIDENCE O.R.CR.P. 12 (D) (2) | |
| ⑫ | 2-18-94 | 9956 | REQUEST FOR BILL OF PARTICULARS | |
| ⑬ | 2-18-94 | 9954 | DEFENDANT'S DEMAND FOR DISCOVERY. | |

*= TV/media.

008623

| IMAGE | DATE | REF# | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 14 | 2-18-94 | 9952 | DEFENDANT'S DEMAND FOR DISCLOSURE OF FAVORABLE EVIDENCE. | |
| 81 | 2-18-94 | 9950 | ENTRY OF CONTINUANCE 7/26/94 | |
| 16 | 2-23-94 | 9948 | STATE'S MOTION FOR DISCOVERY. | |
| 17 | 2-23-94 | 9946 | BILL OF PARTICULARS | |
| 18 | 2-23-94 | 9944 | STATE'S RESPONSE TO DEFENDANT'S DEMAND FOR DISCOVERY. | |
| 19 | 2-23-94 | 9942 | NOTICE TO SUPREME COURT OF OHIO FILING OF INDICTMENT CHARGING AGGRAVATED MURDER WITH SPECIFICATON(S) OF AGGRAVATING CIRCUMSTANCES R.C. 2929.021(A) | |
| 20 | 3-14-94 | 9940 | REQUEST FOR NOTICE OF INTENTION TO USE EVIDENCE O.R. CR.P. 12 (D) (2) | |
| 21 | 3-23-94 | 9938 | NOTICE OF SUPREME COURT OF OHIO RETURNED. SUPREME COURT NO. CC94-43 | |
| 22 | 4-21-94 | 9934 | MOTION TO SUPPRESS | |
| | 4-21-94 | 9932 | MOTION TO SUPPRESS STATEMENT | |
| 23 | 4-29-94 | 9930 | STATE'S RESPONSE TO DEFENDANT'S DEMAND FOR DISCOVERY. | |
| 24 | 4-29-94 | 9928 | SUBPOENA FOR WITNESS ISSUED TO PREPAID WITNESS MIKE TIERNAN | |
| 25 | | | | |
| 26 | 5-6-94 | 9912 | MEMORANDUM IN OPPOSITION TO AND MOTION TO STRIKE DEFENDANT'S MOTION TO SUPPRESS STATEMENT AND EVIDENCE | |
| 7 94 | 5-9-94 | 9910 | ENTRY OVERRULING MOTION TO SUPPRESS. STATEMENT | |
| 95 | 5-9-94 | 9908 | ENTRY OVERRULING MOTION TO SUPPRESS. EVIDENCE MOTION | |
| 29 | 5-10-94 | 9906 | MOTION FOR APPOINTMENT OF MITIGATION SPECIALIST AT PUBLIC EXPENSE | |
| 30 | 5-16-94 | 9904 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED BY FOREIGN SHERIFF BUTLER COUNTY SERVED P.O. MIKE TIERNAN, FAIRFIELD POLICE DEPARTMENT | |
| 31 | 5-25-94 | 9902 | MOTION FOR ORDER TO FURNISH COPY OF TRANSCRIPT OF MOTION TO SUPPRESS | |
| 32 14 | 5-26-94 | 9900 | ENTRY GRANTING: MOTION FOR ORDER TO FURNISH COPY OF TRANSCRIPT OF MOTION TO SUPPRESS | |
| 33 | 5-27-94 | 9898 | MOTION TO DISMISS INDICTMENT | |
| 34 | 5-27-94 | 9896 | MOTION FOR INDIVIDUAL SEQUESTERED VOIR DIRE | |
| 35 | 5-27-94 | 9894 | MOTION TO COMPEL DISCLOSURE OF INFORMATION RELATING TO MITIGATING FACTORS | |

008621

| # | Date | No. | Description |
|---|---|---|---|
| 36 | 5-27-94 | 9892 | MOTION FOR DISCLOSURE OF WITNESSES' STATEMENTS PRIOR TO TRIAL |
| 37 | 5-27-94 | 9890 | MOTION TO SUBMIT QUESTIONNAIRE TO PROSPECTIVE JURORS |
| 38 | 5-27-94 | 9888 | MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS |
| 39 | 5-31-94 | 9886 | MOTION TO PROHIBIT REFERENCES TO THE JURY THAT A VERDICT AS TO DEATH IS ONLY A RECOMMENDATION |
| 40 | 5-31-94 | 9884 | MOTION TO PROHIBIT PROSECUTOR FROM ARGUING AND THE COURT FROM GIVING INSTRUCTIONS MITIGATING FACTORS NOT RAISED BY THE DEFENSE |
| 41 | 5-31-94 | 9882 | MOTION TO ALLOW THE DEFENSE TO ARGUE FIRST AND LAST AT THE MITIGATION PHASE |
| 42 | 5-31-94 | 9880 | MOTION TO INCREASE THE NUMBER OF PEREMPTORY CHALLENGES WHICH DEFENDANT MAY EXERCISE |
| 43 | 5-31-94 | 9878 | MOTION FOR COMPREHENSIVE VOIR DIRE — Jury |
| 44 | 5-31-94 | 9876 | MOTION FOR DISCLOSURE OF REBUTTAL WITNESSES — Jury |
| 45 | 5-31-94 | 9874 | MOTION TO PROHIBIT DEATH QUALIFICATION OF JURY — Jury |
| 46 | 5-31-94 | 9872 | MOTION IN LIMINE TO LIMIT PROSECUTOR'S ARGUMENT TO THE AGGRAVATING CIRCUMSTANCE PROVEN AT THE GUILT PHASE |
| 47 | 5-31-94 | 9870 | MOTION TO PROHIBIT PROSECUTOR FROM COMMENTING ON ACCUSED'S UNSWORN STATEMENT — Unsworn Stmt. |
| 48 | 5-31-94 | 9868 | MOTION FOR DISCLOSURE OF IMPEACHING INFORMATION |
| 49 | 5-31-94 | 9866 | MOTION TO PERMIT DEFENSE TO ADMIT ALL RELEVANT EVIDENCE OF SENTENCING PHASE |
| 50 | 8   6-2-94 | 9864 | ENTRY ON WAIVER OF TRIAL BY JURY. |
| 51 | 11   6-2-94 | 9862 | CERTIFICATION BY TRIAL ATTYS- DEATH PENALTY CASE JURY WAIVER |
| 52 | 234   6-6-94 | 9860 | ENTRY OF CONTINUANCE 8/29/94 |
| 53 | 6-15-94 | 9858 | STATE'S RESPONSE TO DEFENDANT'S MOTION TO PROHIBIT PROSECUTOR FROM COMMENTING ON ACCUSED'S UNSWORN STATEMENT |
| 54 | 6-15-94 | 9856 | STATE'S RESPONSE TO DEFENDANT'S MOTION FOR DISCLOSURE OF REBUTTAL WITNESSES |

008625

| | | | |
|---|---|---|---|
| (55) | 6-15-94 | 9854 | STATE'S RESPONSE TO DEFENSE MOTION TO ALLOW THE DEFENSE AN OPENING AND LAST AT THE MITIGATION PHASE |
| (56) | 6-15-94 | 9852 | RESPONSE TO DEFENDANT'S MOTION REGARDING SCOPE OF MITIGATION HEARING |
| (57) | 6-15-94 | 9850 | STATE'S REPLY IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS |
| (58) | 6-15-94 | 9848 | STATE'S RESPONSE TO DEFENDANT'S MOTION FOR INDIVIDUAL SEQUESTERED VOIR DIRE |
| (59) | 6-15-94 | 9846 | STATE'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL DISCLOSURE OF AGGRAVATING FACTORS AND INFORMATION RELATING TO MITIGATING FACTORS |
| (60) | 6-15-94 | 9844 | STATE'S REPLY IN OPPOSITION TO THE DEFENDANT'S MOTION FOR DISCLOSING WITNESS STATEMENTS PRIOR TO TRIAL |
| (61) | 6-15-94 | 9842 | STATE'S RESPONSE TO DEFENDANT'S MOTION TO SUBMIT QUESTIONNAIRE TO PROSPECTIVE JURORS |
| (62) | 6-15-94 | 9840 | STATE'S RESPONSE TO DEFENDANT'S MOTION FOR DISCLOSURE OF IMPEACHING INFORMATION |
| (63) | 6-15-94 | 9838 | STATE'S RESPONSE TO DEFENDANT'S MOTION TO LIMIT PROSECUTOR'S ARGUMENT TO THE AGGRAVATING CIRCUMSTANCES PROVEN AT THE FIRST PHASE |
| (64) | 6-15-94 | 9836 | STATE'S REPLY TO DEFENDANT'S MOTION TO PROHIBIT DEATH QUALIFICATION OF JURY |
| (65) | 6-15-94 | 9834 | STATE'S RESPONSE TO DEFENDANT'S MOTION FOR COMPREHENSIVE VOIR DIRE |
| (66) | 6-15-94 | 9832 | STATE'S RESPONSE TO MOTION RULING ON NUMBER OF PEREMPTORY CHALLENGES |
| (67) | 6-15-94 | 9830 | STATE'S RESPONSE TO DEFENDANT'S MOTION TO PROHIBIT THE PROSECUTOR FROM ARGUING AND THE COURT FROM GIVING INSTRUCTIONS REGARDING STATUTORY MITIGATING FACTORS NOT RAISED BY THE DEFENSE |
| (68) | 6-15-94 | 9828 | STATE'S RESPONSE TO DEFENDANT'S MOTION TO PROHIBIT REFERENCES TO THE JURY THAT A VERDICT AS TO DEATH IS ONLY A RECOMMENDATION |
| (69) | 6-17-94 | 9826 | MOTION TO WITHDRAW ENTRY ON WAIVER OF TRIAL BY JURY |
| (70) 86 | 6-20-94 | 9824 | ENTRY GRANTING: MOTION FOR FUNDS TO RETAIN MITIGATION SPECIALIST |
| (71) 114 | 6-21-94 | 9822 | ENTRY GRANTING MOTION TO WITHDRAW ENTRY ON WAIVER OF TRIAL BY JURY |
| (72) | 6-20-94 | 9820 | CLERK'S TRANSCRIPT FEE FOR AN INDIGENT DEFENDANT - FILED |

008626

| IMAGE | DATE | REF# | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| (73) 86 | 6-27-94 | 9816 | ENTRY OVERRULING DEFT'S MOTION TO PROHIBIT REFERENCES TO THE JURY THAT A VERDICT AS TO DEATH IS ONLY A RECOMMENDATION | |
| (74) 87 | 6-27-94 | 9814 | ENTRY OVERRULING DEFT'S MOTION TO INCREASE THE NUMBER OF PEREMPTORY CHALLENGE WHICH DEFT MAY EXERCISE — jury | |
| (75) 88 | 6-27-94 | 9812 | ENTRY OVERRULING DEFT'S MOTION TO ALLOW THE DEFENSE TO ARGUE FIRST & LAST AT THE MITIGATION PHASE | |
| (76) 89 | 6-27-94 | 9810 | ENTRY OVERRULING DEFT'S MOTION TO DISMISS | |
| (77) 90 | 6-27-94 | 9808 | ENTRY OVERRULING DEFT'S MOTION FOR INDIVIDUAL SEQUESTERED VOIR DIRE — jury | |
| (78) 91 | 6-27-94 | 9806 | ENTRY OVERRULING DEFT'S MOTION FOR DISCLOSURE OF WITNESS STATEMENTS PRIOR TO TRIAL | |
| (79) 92 | 6-27-94 | 9804 | ENTRY OVERRULING DEFT'S MOTION TO PROHIBIT DEATH QUALIFICATION OF JURY | |
| (80) | 8-1-94 | 9802 | CLERK'S TRANSCRIPT FEE FOR AN INDIGENT DEFENDANT - FILED | |
| (81) | 8-1-94 | 9798 | CLERK'S TRANSCRIPT FEE FOR AN INDIGENT DEFENDANT - FILED | |
| (82) | 8-4-94 | 9794 | REQUEST FOR CONTINUANCE | |
| (83) | 8-4-94 | 9792 | MOTION FOR APPOINTMENT OF PSYCHOLOGIST TO ASSIST IN PREPARATION OF DEFENSE | |
| (84) | 8-5-94 | 9790 | SUBPOENA FOR WITNESS ISSUED TO SHATUNDA NEAL JOHN JANNIGAN DAN RINGEL GAIL THOMAS DARRELL ANDERSON CAMERON CALLERY | |
| (85) | 8-5-94 | 9788 | SUBPOENA FOR WITNESS ISSUED TO V GILLIAM PREPAID WITNESS | |
| (86) | 8-5-94 | 9786 | SUBPOENA FOR WITNESS ISSUED TO PREPAID WITNESS DON GARRETT | |
| (87) | 8-5-94 | 9784 | SUBPOENA FOR WITNESS ISSUED TO PREPAID WITNESS ED ROBERTS | |
| (88) | 8-5-94 | 9782 | SUBPOENA FOR WITNESS ISSUED TO PREPAID WITNESS BOBO DENNERT | |
| (89) | 8-5-94 | 9780 | SUBPOENA FOR WITNESS ISSUED TO PREPAID WITNESS CHARLOTTE JAMES | |
| (90) | 8-5-94 | 9778 | SUBPOENA FOR WITNESS ISSUED TO PREPAID WITNESS NOAH OLINGER | |
| (91) | 8-5-94 | 9776 | SUBPOENA FOR WITNESS ISSUED TO PREPAID WITNESS KRISTA MCKINNEY | |
| (92) | 8-5-94 | 9774 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED BY FOREIGN SHERIFF BUTLER COUNTY SERVED VENETTA GILLIAM | |

| | | | |
|---|---|---|---|
| | 8-5-94 | 9772 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED BY FOREIGN SHERIFF BUTLER COUNTY SERVED P.O. DON GARRETT |
| | 8-5-94 | 9770 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED BY FOREIGN SHERIFF BUTLER COUNTY SERVED SGT. ED ROBERTS |
| | 8-5-94 | 9768 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED BY FOREIGN SHERIFF BUTLER COUNTY SERVED CHARLOTT JAMES |
| | 8-5-94 | 9766 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED BY FOREIGN SHERIFF BUTLER COUNTY SERVED NOAH OLINGER |
| | 8-5-94 | 9764 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED BY FOREIGN SHERIFF BUTLER COUNTY SERVED KRISTA MCKINNEY |
| | 8-5-94 | 9762 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED BY FOREIGN SHERIFF BUTLER COUNTY SERVED DET. BOB DENNERT |
| | 8-5-94 | 9760 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED JOHN JANMIGAN |
| | 8-5-94 | 9758 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED SHATUNDA NEAL |
| | 8-5-94 | 9756 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED DAN RINGEL |
| | 8-5-94 | 9754 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED GAIL THOMAS |
| | 8-5-94 | 9752 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED DARRELL ANDERSON |
| | 8-5-94 | 9750 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED CAMERON CALLERY |
| 113 | 8-12-94 | 9748 | ENTRY GRANTING MOTION FOR APPOINTMENT OF PSYCHOLOGI. TO ASSIST IN PREPARATION OF DEFENSE |
| 114 | 8-12-94 | 9746 | ENTRY OF CONTINUANCE 11/7/94 |
| | 8-19-94 | 9744 | SUBPOENA FOR WITNESS ISSUED TO PREPAID WITNESS NOAH OLINGER |
| | 8-19-94 | 9742 | SUBPOENA FOR WITNESS ISSUED TO PREPAID WITNESS CHARLOTTE JAMES |
| | 8-19-94 | 9740 | SUBPOENA FOR WITNESS ISSUED TO PREPAID WITNESS KRISTA MCKINNEY |
| | 8-19-94 | 9738 | SUBPOENA FOR WITNESS ISSUED TO PREPAID WITNESS VENETTA GILLIAM |

| | DATE | REF# | DESCRIPTION |
|---|---|---|---|
| (98) | 8-19-94 | 9736 | SUBPOENA FOR WITNESS ISSUED TO PREPAID WITNESS ED ROBERTS |
| | 8-19-94 | 9734 | SUBPOENA FOR WITNESS ISSUED TO PREPAID WITNESS DON GARRETT |
| | 8-19-94 | 9732 | SUBPOENA FOR WITNESS ISSUED TO PREPAID WITNESS BOB DENNERT |
| (99) | 8-19-94 | 9730 | SUBPOENA FOR WITNESS ISSUED TO SHATUNDA NEAL JOHN JANNING DAN RINGEL GAIL THOMAS CAMERON CALLERY DARRELL ANDESON |
| | 8-19-94 | 9728 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED BY FOREIGN SHERIFF BUTLER COUNTY SERVED NOAH OLINGER |
| | 8-19-94 | 9726 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED BY FOREIGN SHERIFF BUTLER COUNTY SERVED CHARLOTTE JAMES |
| (100) | 8-19-94 | 9724 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED BY FOREIGN SHERIFF BUTLER COUNTY SERVED KRISTA MCKINNEY |
| | 8-19-94 | 9722 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED BY FOREIGN SHERIFF BUTLER COUNTY SERVED VENETTA GILLIAM |
| | 8-19-94 | 9720 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED BY FOREIGN SHERIFF BUTLER COUNTY SERVED SGT. ED ROBERTS |
| | 8-19-94 | 9718 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED BY FOREIGN SHERIFF BUTLER COUNTY SERVED P.O. DON GARRETT |
| | 8-19-94 | 9716 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED BY FOREIGN SHERIFF BUTLER COUNTY SERVED DET. BOB DENNERT |
| | 8-22-94 | 9714 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED BY FOREIGN SHERIFF BUTLER COUNTY SERVED NOAH OLINGER |
| (101) | 8-22-94 | 9712 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED BY FOREIGN SHERIFF BUTLER COUNTY SERVED SGT. ED ROBERTS |
| | 8-22-94 | 9710 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED BY FOREIGN SHERIFF BUTLER COUNTY SERVED P.O. DON GARRETT |

```
IMAGE    DATE      REF#    DESCRIPTION                           AMOUNT
-------------------------------------------------------------------------
         8-18-94   9708    SUBPOENA FOR WITNESS
                           RETURNED AND ENDORSED
                           BY FOREIGN SHERIFF
                           BUTLER      COUNTY
  (102)                    SERVED CHARLOTTE JAMES
         8-18-94   9706    SUBPOENA FOR WITNESS
                           RETURNED AND ENDORSED
                           BY FOREIGN SHERIFF
                           BUTLER      COUNTY
                           SERVED KRISTA MCKINNEY
         8-18-94   9704    SUBPOENA FOR WITNESS
                           RETURNED AND ENDORSED
                           BY FOREIGN SHERIFF
                           BUTLER      COUNTY
                           SERVED VENETTA GILLIAM
         8-18-94   9702    SUBPOENA FOR WITNESS
                           RETURNED AND ENDORSED
                           BY FOREIGN SHERIFF
                           BUTLER      COUNTY
                           SERVED DET. BOB DENNERT
 (103) 49 8-22-94  9700    ENTRY APPOINTING COURT
                           PSYCHIATRIC CENTER FOR
                           EXAMINATION.
         8-23-94   9698    SUBPOENA FOR WITNESS
                           RETURNED AND ENDORSED
                           SHATUNDA NEAL
         8-23-94   9696    SUBPOENA FOR WITNESS
                           RETURNED AND ENDORSED
  (104)                    DARRELL ANDERSON
         8-23-94   9694    SUBPOENA FOR WITNESS
                           RETURNED AND ENDORSED
                           CAMERON CALLERY
         8-23-94   9692    SUBPOENA FOR WITNESS
                           RETURNED AND ENDORSED
                           JOHN JANNING
 (104A)  8-22-94   9690    SUBPOENA FOR WITNESS
                           RETURNED AND ENDORSED
                           DAN RINGEL
  (105)  8-23-94   9688    SUBPOENA FOR WITNESS
                           RETURNED AND ENDORSED
                           GAIL THOMAS
  (106)  8-29-94   9686    MOTION
                           TO TAKE DEPOSITION OF DR.
                           ELLIOT GROSS UNDER CRIMINAL
                           RULE 15
  (107)  9- 2-94   9684    CLERK'S TRANSCRIPT FEE FOR AN
                           INDIGENT DEFENDANT - FILED
         9- 1-94   9680    SUBPOENA FOR WITNESS
                           RETURNED AND ENDORSED
                           BY FOREIGN SHERIFF
                           BUTLER      COUNTY
                           SERVED SGT. ED ROBERTS
         9- 1-94   9678    SUBPOENA FOR WITNESS
                           RETURNED AND ENDORSED
                           BY FOREIGN SHERIFF
  (108)                    BUTLER      COUNTY
                           SERVED CHARLOTTE JAMES
         9- 1-94   9676    SUBPOENA FOR WITNESS
                           RETURNED AND ENDORSED
                           BY FOREIGN SHERIFF
                           BUTLER      COUNTY
                           SERVED NOAH OLINGER
         9- 1-94   9674    SUBPOENA FOR WITNESS
                           RETURNED AND ENDORSED
                           BY FOREIGN SHERIFF
                           BUTLER      COUNTY
                           SERVED VENETTA GILLIAM
```

008630