---

| | | | |
|---|---|---|---|
| (19) | 9- 1-94 | 9672 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED BY FOREIGN SHERIFF BUTLER COUNTY SERVED KRISTA MCKINNEY |
| | 9- 1-94 | 9670 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED BY FOREIGN SHERIFF BUTLER COUNTY SERVED DET. BOB DENNERT |
| | 9- 1-94 | 9668 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED BY FOREIGN SHERIFF BUTLER COUNTY SERVED P.O. DON GARRETT |
| (110) | 9- 9-94 | 9666 | DEPOSITION OF: DR. ELLIOT GROSS DATE 9-8-94 |
| (111) | 9- 9-94 | 9664 | NOTICE OF FILING OF DEPOSITION |
| (112) 8 | 9-23-94 | 9662 | ENTRY ORDERING DEPOSITION OF DR. ELLIOT GROSS PURSUANT TO CRIM. RULE 15 |
| (113) | 11- 1-94 | 9660 | MOTION TO REASIGN TRIAL JUDGE PURSUANT TO LOCAL RULE (7) OF THE HAMILTON COUNTY COMMOM PLEAS LOCAL RULES |
| (114) | 11- 2-94 | 9658 | MOTION TO SET ASIDE ENTRY APPOINTING COURT PSYCHIATRIC CENTER FOR EXAMINATION |
| (115) 338 | 10-31-94 | 9656 | ENTRY OF DISQUALIFICATION. |
| (116) 339 | 10-31-94 | 9654 | ENTRY OF RE-ASSIGNMENT TO JUDGE RUEHLMAN |
| (117) 16 | 11- 3-94 | 9652 | ENTRY GRANTING MOTION TO SET ASIDE ENTRY APPOINTING COURT PSYCH. CENTER FOR EXAM. |
| (118) | 11- 4-94 | 9650 | SUBPOENA FOR WITNESS ISSUED TO WILMA NEAL |
| (119) | 11- 4-94 | 9648 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED WILMA NEAL |
| (120) | 11- 8-94 | 9636 | SUBPOENA FOR WITNESS ISSUED TO DETECTIVE JAMES WILLIAMSON P O DAVID FELDHAUS CAROL BUDAI |
| (121) | 11-10-94 | 9634 | DEFENDANT'S RESPONSE TO STATE'S REQUEST FOR DISCOVERY. |
| (122) 84 | 11- 9-94 | 9632 | CAUSE PROGRESSED 1ST DAY, TESTIMONY ADDUCED IN PART & CONT' UNTIL 11/10/94 |
| (123) 85 | 11- 9-94 | 9630 | ENTRY REQUESTING OFFICIAL STENOGRAPHER |
| (124) 102 | 11- 9-94 | 9628 | ENTRY OVERRULING MOTION FOR NEW VERDICT |
| (125) 103 | 11- 9-94 | 9626 | ENTRY OVERRULING MOTION TO RECOGNIZE |
| (126) 32 | 11-10-94 | 9624 | CAUSE PROGRESSED 2ND DAY, TESTIMONY ADDUCED IN PART & CONT' UNTIL 11/14/94 |
| (127) 33 | 11-10-94 | 9622 | JURY IMPANELED AND SWORN 14 JURORS |
| (128) | 11- 9-94 | 9620 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED P.O. DAVID FELDHAUS |
| | 11- 9-94 | 9618 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED DETECTIVE JAMES WILLIAMSON |

008631

| IMAGE | RES# | DATE | NUM | DESCRIPTION |
|---|---|---|---|---|
| (129) | — | 11- 9-94 | 9616 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED CAROL BUDAI |
| (130) | 42 | 11-14-94 | 9592 | APPLIC. REQUESTING PERMISSION TO BROADCAST,TELEVISE,PHOTO., RECORD COURTROOM PROCEEDINGS. THE CINCINNATI POST |
| (131) | 56 | 11-14-94 | 9590 | APPLIC. REQUESTING PERMISSION TO BROADCAST,TELEVISE,PHOTO., RECORD COURTROOM PROCEEDINGS. WKRC-TV |
| (132) | 57 | 11-14-94 | 9588 | APPLIC. REQUESTING PERMISSION TO BROADCAST,TELEVISE,PHOTO., RECORD COURTROOM PROCEEDINGS. WCPO-TV |
| (133) | 58 | 11-14-94 | 9586 | APPLIC. REQUESTING PERMISSION TO BROADCAST,TELEVISE,PHOTO., RECORD COURTROOM PROCEEDINGS. WXIX-TV |
| (134) | 44 | 11-14-94 | 9582 | CAUSE PROGRESSED 3RD DAY, TESTIMONY ADDUCED IN PART & CONT' UNTIL 11/15/94 |
| (135) | 69 | 11-15-94 | 9580 | ENTRY TO APPOINT DEPUTIES TO PROVIDE SECURITY FOR THE JURY |
| (136) | 83 | 11-15-94 | 9578 | APPLIC. REQUESTING PERMISSION TO BROADCAST,TELEVISE,PHOTO., RECORD COURTROOM PROCEEDINGS. WXIN |
| (137) | 19 | 11-16-94 | 9576 | JURY VERDICT OF GUILTY AGG. MURDER IN CT 1 |
| (138) | 20 | 11-16-94 | 9574 | JURY VERDICT OF GUILTY OF COMMITTING AGG MURDER IN CT 1 FOR THE PUPOSE OF ESCAPING DETECTION OR APPREHENSION OR TRIAL OR PUNISHMENT OF ANOTHER CRIME COMMITTED BY HIM. TO WIT; KIDNAPPING AND/OR AGG ROBBERY AS CHARGED IN SPEC 1 TO CT 1 |
| | 21 | 11-16-94 | 9572 | JURY VERDICT OF GUILTY COMMITTING AGG MURDER CT 1, WHILE THE DEFT WAS COMMITTING, ATTPTING TO COMMIT OR WHILE THE DEFT WAS FLEEING IMMEDIATELY AFTER COMMITTING OR ATTPTING TO COMMIT THE OFFENSE OF KIDNAPPING, AND THE DEFT WAS THE PRINCIPAL OFFEND IN THE COMMISSION OF THE AGG MURDER WITH PRIOR CALCULATION AND DESIGN AS CHARGED I NSPEC 2 TO CT 1 |
| | | 11-16-94 | 9570 | |
| (141) | 22 | 11-16-94 | 9568 | JURY VERDICT OF GUILTY COMMITTING AGG MURDER IN CT 1, WHILE THE DEFT WAS COMMITTING, ATTPTING TO COMMIT OR SHILE THE DEFT WAS FLEEING IMMEDIATELY AFTER COMMITTING OR ATTPTING TO COMMIT THE OFFENSE OF AGG ROBBERY AND THE DEFT WAS THE PRINCIPAL OFFENDE IN THE COMMISSION OF THE AGG MURDER OR IF NOT THE PRINICPAL |
| | | 11-16-94 | 9566 | OFFENDER, COMMITTED TH AGG MURDER WIHT PRIOR CALCULATION AND DESIGN AS CHARGE IN SPEC 3 TO CT 1 |

*4 channels & Post* (handwritten annotation)

008632

| Image | # | Date | Ref# | Description |
|---|---|---|---|---|
| 142 | 23 | 11-16-94 | 9564 | JURY VERDICT OF GUILTY OF HAVING OR OR ABOUT HIS PERSON OR UNDER HIS CONTROL A FIREARM WHILE COMMITTING THE AGG MURDER ALLEGED IN CT 1 AS CHARGED IN SPEC 4 TO CT 1 |
| 143 | 24 | 11-16-94 | 9562 | JURY VERDICT OF GUILTY AGG MURDER IN CT 2 |
| 144 | 25 | 11-16-94 | 9560 | JURY VERDICT OF GUILTY COMMITTING AGG MURDER IN CT 2, FOR THE PURPOSE OF ESCAPING DETECTION OR APPREHENSION OR TRIAL OR PUNISHMENT FOR ANOTHER CRIME COMMITTED BY HIM, TO WIT; KIDNAPPING AS CHARGED IN SPEC 1 TO CT 2 |
| 145 | 26 | 11-16-94 | 9558 | JURY VERDICT OF GUILTY COMMITTING AGG MURDER IN CT 2, WHILE THE DEFT WAS COMMITTING, ATTPTING TO COMMIT OR WHILE THE DEFT WAS FLEEING IMMEDIATELY AFTER COMMITTING OR ATTPTING TO COMMIT THE OFFENSE OF KIDNAPPING, AND THE DEFT WAS THE PRINCIAPAL OFFENDER IN THE COMMISSION OF |
|  |  | 11-16-94 | 9556 | THE PRINCIPAL OFFENDER, COMMITTED THE AGG MURDER WITH PRIOR CALCULATION AND DESIGN AS CHARGED IN SPEC 2 TO CT 2 |
| 146 | 27 | 11-16-94 | 9554 | JURY VERDICT OF GUILTY COMMITTING AGG MURDER CT 2, WHILE THE DEFT WAS COMMITTING, ATTPTING TO COMMIT OR WHILE THE DEFT WAS FLEEING IMMEDIATELY AFTER COMMITTING OR ATTPTING TO COMMIT THE OFFENSE OF AGG ROBBERY, AND THE DEFT WAS THE PRINCIPAL OFFENDER IN THE COMMISSION OF |
|  |  | 11-16-94 | 9552 | PRINCIPAL OFFENDER, COMMITTED THE AGG MURDER WITH PRIOR CALCULATION AND DESIGN AS CHARGED IN SPEC 3 TO CT 2 |
| 147 | 28 | 11-16-94 | 9550 | JURY VERDICT OF GUILTY OF HAVING ON OR ABOUT HIS PERSON OR UNDER HIS CONTROL A FIREARM WHILE COMMITTING EITHER THE AGG MURDER ALLEGED I NCT 2 OR THE LESSER INCLUDED OFFENSE OF INVOL.MANSLAUGHTER WHILE COMMITTING A FELONY AS CHARGED IN SPEC 4 TO CT 2 |
| 148 | 29 | 11-16-94 | 9548 | JURY VERDICT OF GUILTY AGG MURDER IN CT 3 |
| 149 | 30 | 11-16-94 | 9546 | JURY VERDICT OF GUILTY COMMITTING AGG MURDER IN CT 3, FOR THE PURPOSE OF ESCAPING DETECTION OR APPREHENSION OR TRIAL OR PUNISHMENT FOR ANOTHER CRIME COMMITTED BY HIM, TO WIT; AGG ROBBERY AS CHARGED IN SPEC 1 TO CT 3 |

| IMAGE | # | DATE | REF# | DESCRIPTION |
|---|---|---|---|---|
| 150 | 31 | 11-16-94 | 9544 | JURY VERDICT OF GUILTY COMMITTING AGG MURDER CT 3, WHILE THE DEFT WAS COMMITTING, ATTPTING TO COMMIT OR WHILE THE DEFT WAS FLEEING IMMEDIATELY AFTER COMMITTING OR ATTPTING TO COMMIT THE OFFENSE OF AGG ROBBERY, AND THE DEFT WAS THE PRINCIPAL OFFENDER I NTHE COMMISSION OF |
| | | 11-16-94 | 9542 | PRINCIPAL OFFENDER, COMMITTED THE AGG MURDER WITH PRIOR CALCULATION AND DESIGN AS CHARGED IN SPEC 2 TO CT 3 |
| 151 | 32 | 11-16-94 | 9540 | JURY VERDICT OF GUILTY COMMITTING AGG MURDER IN CT 3, WHILE THE DEFT WAS COMMITTING, ATTPTING TO COMMIT OR WHILE THE DEFT WAS FLEEING IMMEDIATELY AFTER COMMITTING OR ATTPTING TO COMMIT THE OFFENSE OF KIDNAPPING, AND THE DEFT WAS THE PRINCIPAL OFFENDER IN THE COMMISSION OF THE AGG MURDER OR IF NOT THE |
| | | 11-16-94 | 9538 | PRINCIPAL OFFENDER, COMMITTED THE AGG MURDER WITH PRIOR CALCULATION AND DESIGN AS CHARGED IN SPEC 3 TO CT 3 |
| 152 | 33 | 11-16-94 | 9536 | JURY VERDICT OF GUILTY OF HAVING ON OR ABOUT HIS PERSON OR UNDER HIS CONTROL A FIREARM WHILE COMMITTING EITHER THE AGG MURDER ALLEGED IN CT 3 OR THE LESSER INCLUDED OFFENSE OF INVOL.MANSLAUGHTER WHILE COMMITTING A FELONY AS CHARGED IN SPEC 4 TO CT 3 |
| 153 | 34 | 11-16-94 | 9534 | JURY VERDICT OF GUILTY AGG ROBBERY AS CHARGED CT 4 |
| 154 | 35 | 11-16-94 | 9532 | JURY VERDICT OF GUILTY OF HAVING ON OR ABOUT HIS PERSON OR UNDER HIS CONTROL A FIREARM WHILE COMMITTING THE AGG ROBBERY IN CT 4 AS CHARGED IN SPEC TO CT 4 |
| 155 | 36 | 11-16-94 | 9530 | JURY VERDICT OF GUILTY KIDNAPPING IN CT 5. WE DO FURTHER FIND THAT THE DEFT DID NOT RELEASE THE VICTIM IN A SAFE PLACE UNHARMED |
| 156 | 37 | 11-16-94 | 9528 | JURY VERDICT OF UGILTY OF HAVING ON OR ABOUT HIS PERSON OR UNDER HIS CONTROL A FIREARM WHILE COMMITTING THE AGG ROBBERY ALLEGED IN CT 5 AS CHARGED IN THE SPEC TO CT 5 |
| 157 | 159 | 11-17-94 | 9526 | CAUSE CONCLUDED SENTENCE DEFERRED MITIGATION HEARING SET FOR 11/21/94. REMANDED WITHOUT BOND. |

008031

3- 6-95   A P P E A R A N C E   D O C K E T   BA 94-0481

| IMAGE | DATE | REF# | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 158 | 11-18-94 | 9524 | SUPPLEMENTAL DEFENDANT'S RESPONSE TO STATE'S REQUEST FOR DISCOVERY. | |
| 159 | 11-18-94 | 9522 | MOTION TO INCLUDE ALCOHOL AND/OR DRUG IMPAIRMENT AT THE TIME OF THE OFFENSE AMONG LIST OF MITIGATING FACTORS IN PENALTY PHASE JURY INSTRUCTIONS. | |
| 160 | 11-18-94 | 9520 | MOTION TO INSTRUCT THE JURY ON SUFFICIENCY OF SINGLE MITIGATING FACTOR | |
| 161 | 11-18-94 | 9518 | MOTION TO INSTRUCT THE JURY ON THE LACK OF REQUIREMENT FOR UNANIMOUS AGREEMENT ON MITIGATING FACTORS. | |
| 162 | 11-18-94 | 9516 | MOTION TO INCLUDE RESIDUAL DOUBT ABOUT GUILT, AMONG LIST OF MITIGATING FACTORS IN PENALTY PHASE JURY INSTRUCTIONS. | |
| 163 | 11-18-94 | 9514 | MOTION TO INSTRUCT JURY AS TO MERGER OF COUNTS OF AGGRAVATED MURDER, MERGER OF SPECIFICATIONS AND FOR DELETION AS AN AGGRAVATING CIRCUMSTANCE OF PRIOR CALCULATION AND DESIGN. | |
| 164  35 | 11-21-94 | 9512 | WE THE JURY UNANIMOUSLY FIND, BY PROOF BEYOND A REASONABLE DOUBT, THAT THE AFFRAVATING CIRCUMSTANCE THE DEFT WAS FOUND GUILTY OF COMMITTING IN CT 1 OUTWEIGHS THE MITIGATING FACTORS AND THEREFORE WE DO HEREBY RECOMMEND TO THE COURT THAT THE SENTENCE OF DEATH BE IMPOSED ON THE DEFENDANT | |
| 165  36 | 11-21-94 | 9510 | WE THE JURY UNANIMOUSLY FIND, BY PROOF BEYOND A REASONABLE DOUBT, THAT THE AFFRAVATING CIRCUMSTANCES THE DEFT WAS FOUND GUILTY OF COMMITTING IN CT 2 OUTWEIGH THE MITIGATING FACTORS AND THEREFORE WE DO HEREBY RECOMMEND TO THE COURT THAT THE SENTENCE OF DEATH BE IMPOSED ON THE DEFENDANT | |
| 166  64 | 11-21-94 | 9508 | APPLIC. REQUESTING PERMISSION TO BROADCAST,TELEVISE,PHOTO. RECORD COURTROOM PROCEEDINGS. WKRC-TV | |
| 167  13 | 12-14-94 | 9504 | JUDGMENT ENTRY: SENTENCE: INCARCERATION: SENTENCED DOC DEATH IN CT 1 & 1 MERGED SPEC OF AGGRAVATING CIRCUMST. & DEATH CT 2 (MERGED CT 3) & THE TWO MERGED SPECS OF AGG CIRCUMSTANCES. THE DEFT IS TO BE EXCUTED ON 5/16/95. FURTHER MORE THE DEFT IS SENT TO DOC O FOR 10YRS (ACTUAL) TO 25YRS CT 4; 10YRS (ACTUAL) TO 25YRS ON CT 5; ALL CTS 1 THRU 5 CONSEC. | |

008635

| IMAGE | DATE | REF# | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| | 12-14-94 | 9502 | IN ADDITIONA, AS TO FIREARM SPEC. 4 I NCTS 1 & MERGED CTS 2 & 3 & THE FIREARM SPEC IN CTS 4 & 5, THE COURT PURSUANT TO R.C. 2929.71B IMPOSES ONE ADDITIONAL TERM OF 3YRS (ACTUAL) IN DOC TO RUNC CONSEC TO CTS 1 THRU 5. PAY COURT COSTS. | |
| 168) 15 | 12-14-94 | 9500 | SEPARATE OPINION OF THE COURT | |
| 169) 97 | 12-14-94 | 9498 | APPLIC. REQUESTING PERMISSION TO BROADCAST,TELEVISE,PHOTO., RECORD COURTROOM PROCEEDINGS. THE CINCINNATI POST | |
| 170) 100 | 12-14-94 | 9496 | APPLIC. REQUESTING PERMISSION TO BROADCAST,TELEVISE,PHOTO., RECORD COURTROOM PROCEEDINGS. CINCINNATI ENQUIRER | |
| 171) | 11-28-94 | 9494 | CLERK'S TRANSCRIPT FEE FOR AN INDIGENT DEFENDANT - FILED | |
| 172) 13 | 12-19-94 | 9488 | ENTRY APPOINTING APPELLATE COUNSEL. HERBER FREEMAN | |
| 173) | 12-28-94 | 9486 | LETTER FROM MARCIA WALTERS, RECORDS SUPERVISOR SOUTHERN OHIO CORRECTIONAL FACILITY | |
| 174) 115 | 12-30-94 | 9484 | ENTRY APPROVING EXTRAORDINARY FEES | |
| 175) 116 | 12-30-94 | 9482 | ENTRY APPROVING COUNSEL FEES | |
| 176) 181 | 1- 4-95 | 9480 | ENTRY ENTITLING ATTY FEES | |
| 177) 182 | 1- 4-95 | 9478 | ENTRY GRANTING MOTION FOR COMPREHENSIVE VIOR DIRE | |
| | 1- 5-95 | 9476 | DOCKET STATEMENT FILED. C950009 | |
| 233 | 1- 4-95 | 9474 | ENTRY GRANTING MOTION TO SUBMIT QUESTIONAIRE TO PROSPECTIVE JURORS *** NUNC PRO TUNC 11/7/94 *** | |
| 179) 234 | 1- 4-95 | 9472 | ENTRY GRANTING MOTION FOR DISCLOSURE OF IMPEACHING INFORMATION *** NUNC PRO TUNC TO 11/7/94 *** | |
| 180) 235 | 1- 4-95 | 9470 | ENTRY GRANTING MOTION FOR DISCLOSURE OF REBUTTAL WITNESSESS *** NUNC PRO TUNC TO 11/7/94 *** | |
| 181) 236 | 1- 4-95 | 9468 | ENTRY GRANTING MOTION TO COMPEL DISCLOSURE OF INFORMATION RELATING TO MITIGATING FACTORS *** NUNC PRO TUNC 11/7/94 *** | |
| 182) | 1- 5-95 | 9466 | NOTICE OF APPEAL FILED NO. C-950009 COPY SENT TO HAMILTON COUNTY PROSECUTOR | |
| 183) 346 | 1- 4-95 | 9464 | ENTRY APPROVING COUNSEL FEES | |

```
HAMILTON COUNTY JUVENILE RECORD OF COMPLAINTS AS OF 6/27/99

                    P E R S O N A L   I N F O R M A T I O N

NAME: MOORE/LEE E                              DOB:
ICNO: 000A0632
FIRST CASE ENTERED: 04/02/91/0634 LAST CASE ENTERED: 18/11/92/4047
EXPUNGEMENT REVIEW: 12/14/99
SOC.SEC.NO: 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
FATHER: MOORE/LEE
MOTHER: MOORE/GEORGIA
CHILD'S ADDRESS:   01230/MEREDITH       /DR/ /CINTI       /OH/45231
FATHER'S ADDRESS:  01101/CLEARBROOK     /DR/ /CINTI       /OH/45238
MOTHER'S ADDRESS:  01230/MEREDITH       /DR/ /CINTI       /OH/45231

           D E L I N Q U E N T / U N R U L Y   I N F O R M A T I O N

CASE NO: /92/011233 Z   DATE OF FILING: 08/11/92
COMPLAINT: DRUG ABUSE
 AGENCY: DATS
DEGREE: M1 SECTION: 2925-11  /ORCN
CASE STATUS: 10/05/92 CASE DISPOSED

ACK/

DATE        DISPOSITION                                      JUDGE/REFEREE
----        -----------                                      -------------
08/11/92    BOND SET:                                        DUGAN
            TYPE: CASH              AMOUNT $   200
08/14/92    CONTINUANCE DATE:   8/14/92 POSSIBLE BIND OVER   DUGAN
08/20/92    PROBATION:          PROB FOR INVESTIGATION       DEMOTT
08/20/92    FINDING:            ADJUDGED DELINQUENT          DEMOTT
08/20/92    CONTINUANCE DATE:   8/20/92 TRIAL                GROSSMANN
08/20/92    PLEA:               ADMIT                        DEMOTT
10/05/92    INVESTIGATION TERMINATED                         DEMOTT
10/05/92    PROBATION:          CONTINUED PROBATION          DEMOTT
10/05/92    FINE:               FINE: $ 50                   DEMOTT
10/05/92    COURT COSTS:        COSTS:$ 15  REMITTED:$ 15    DEMOTT
10/05/92    CONTINUANCE DATE:   10/05/92 DISPOSITION         DEMOTT
10/05/92    COUNSEL:            COUNSEL PRESENT              DEMOTT

BEGIN EXPUNGEMENT ELIGIBILITY: 10/05/92
ACK/
CASE NO: /92/008067 Z   DATE OF FILING: 06/01/92
COMPLAINT: THEFT                         M1F4
DEGREE: M1 SECTION: 2913-02  /ORCN
CASE STATUS: 06/11/92 CASE DISPOSED

06/11/92    ACCEPT TRANSFER                                  DEMOTT
06/11/92    COMMITMENT:         SUSP COMM DEPT OF YOUTH SERV DEMOTT
06/11/92    FINDING:            ADJ DEL - OUT-OF-COUN TRANS  DEMOTT
06/11/92    COURT COSTS:        COSTS:$ 15                   DEMOTT
06/11/92    COUNSEL:            COUNSEL PRESENT              DEMOTT
06/11/92    COSTS PAID

BEGIN EXPUNGEMENT ELIGIBILITY: 06/11/92
REMARKS: AJM TRANSFER FROM BUTLER COUNTY
```

008637

CASE STATUS: 06/11/92 CASE DISPOSED

| Date | Action | Detail | Officer |
|---|---|---|---|
| 06/11/92 | ACCEPT TRANSFER | | DEMOTT |
| 06/11/92 | COMMITMENT: | SUSP COMM DEPT OF YOUTH SERV | DEMOTT |
| 06/11/92 | FINDING: | ADJ DEL - OUT-OF-COUN TRANS | DEMOTT |
| 06/11/92 | COURT COSTS: | COSTS:$ 15 | DEMOTT |
| 06/11/92 | COUNSEL: | COUNSEL PRESENT | DEMOTT |
| 06/11/92 | COSTS PAID | | DEMOTT |

BEGIN EXPUNGEMENT ELIGIBILITY: 06/11/92
REMARKS: AJM TRANSFER FROM BUTLER COUNTY

---

CASE NO: /92/008065 Z   DATE OF FILING: 06/01/92
COMPLAINT: ATTEMPT GRAND THEFT    F4
DEGREE: F4 SECTION:  2913-02OT /ORCN
CASE STATUS: 06/11/92 CASE DISPOSED

| 06/11/92 | ACCEPT TRANSFER | | DEMOTT |
|---|---|---|---|
| 06/11/92 | COMMITMENT: | SUSP COMM DEPT OF YOUTH SERV | DEMOTT |
| 06/11/92 | FINDING: | ADJ DEL - OUT-OF-COUN TRANS | DEMOTT |
| 06/11/92 | COURT COSTS: | COSTS:$ 15 | DEMOTT |
| 06/11/92 | COUNSEL: | COUNSEL PRESENT | DEMOTT |
| ACK/ | | | |
| 06/11/92 | COSTS PAID | | DEMOTT |

BEGIN EXPUNGEMENT ELIGIBILITY: 06/11/92
REMARKS: AJM TRANSFER FROM BUTLER COUNTY

---

CASE NO: /92/008064 Z   DATE OF FILING: 06/01/92
COMPLAINT: ATTEMPT GRAND THEFT    F4
DEGREE: F4 SECTION:  2913-02OT /ORCN
CASE STATUS: 06/11/92 CASE DISPOSED

| 06/11/92 | ACCEPT TRANSFER | | DEMOTT |
|---|---|---|---|
| 06/11/92 | COMMITMENT: | SUSP COMM DEPT OF YOUTH SERV | DEMOTT |
| 06/11/92 | FINDING: | ADJ DEL - OUT-OF-COUN TRANS | DEMOTT |
| 06/11/92 | COURT COSTS: | COSTS:$ 15 | DEMOTT |
| 06/11/92 | COUNSEL: | COUNSEL PRESENT | DEMOTT |
| 06/11/92 | COSTS PAID | | DEMOTT |

BEGIN EXPUNGEMENT ELIGIBILITY: 06/11/92
ACK/

---

CASE NO: /92/008063 Z   DATE OF FILING: 06/01/92
COMPLAINT: ATTEMPT GRAND THEFT    F4
DEGREE: F4 SECTION:  2913-02OT /ORCN
CASE STATUS: 06/11/92 CASE DISPOSED

| 06/11/92 | ACCEPT TRANSFER | | DEMOTT |
|---|---|---|---|
| 06/11/92 | COMMITMENT: | SUSP COMM DEPT OF YOUTH SERV | DEMOTT |
| 06/11/92 | FINDING: | ADJ DEL - OUT-OF-COUN TRANS | DEMOTT |
| 06/11/92 | COURT COSTS: | COSTS:$ 15 | DEMOTT |
| 06/11/92 | COUNSEL: | COUNSEL PRESENT | DEMOTT |
| 06/11/92 | COSTS PAID | | DEMOTT |

BEGIN EXPUNGEMENT ELIGIBILITY: 06/11/92

008639

```
CASE NO:  /92/007997 :V   DATE OF FILING: 05/29/92
COMPLAINT: RSP  F3
  AGENCY:
DEGREE: F3 SECTION:  2917-510 ./CRCN
CASE STATUS: 06/11/92 CASE DISPOSED
PROBATION OFFICER:  LIND/SANDRA

05/30/92  BOND SET:                                        BRAZILE
          TYPE:   NO BOND- TO BE HELD
05/30/92  REMAND TO DETENTION: TO DETENTION                BRAZILE
05/30/92  PROBATION:          PROB FOR INVESTIGATION       BRAZILE
05/30/92  FINDING:            ADJUDGED DELINQUENT          BRAZILE
05/30/92  PLEA:               ADMIT                        BRAZILE
06/11/92  REMAND RELEASE DATE                              DEMOTT
06/11/92  REMAND RELEASE DATE                              DEMOTT
06/11/92  INVESTIGATION TERMINATED                         DEMOTT
06/11/92  REFERRAL ENDS                                    DEMOTT
06/11/92  WORK DETAIL:        DAILY                        DEMOTT
06/11/92  WORK DETAIL:        DAILY                        DEMOTT
06/11/92  COMMITMENT:         SUSP COMM DEPT OF YOUTH SERV DEMOTT
06/11/92  COMMITMENT:         SUSP COMM DEPT OF YOUTH SERV DEMOTT
06/11/92  PROBATION:          PROBATION                    DEMOTT
06/11/92  PROBATION:          PROBATION                    DEMOTT
06/11/92  COURT COSTS:        COSTS:$ 15                   DEMOTT
ACK/
06/11/92  CONTINUANCE DATE:   6/11/92 DISPOSITION          BRAZILE
06/11/92  COUNSEL:            COUNSEL PRESENT              DEMOTT
06/11/92  COUNSEL:            COUNSEL PRESENT              DEMOTT
06/11/92  COSTS PAID                                       DEMOTT
06/30/92  WORK DETAIL COMPLETE                             DEMOTT
12/14/92  PROBATION RELEASE                                JUDGE

BEGIN EXPUNGEMENT ELIGIBILITY: 12/14/92
REMARKS: CZ

------------------------------------------------------------

CASE NO:  /91/005010 I    DATE OF FILING: 04/02/91
COMPLAINT: CARRING CONCEALED WEAPONM1F3F2
  AGENCY: SPTP
DEGREE: M1 SECTION:  2923-12   /CRCN
CASE STATUS: 06/07/91 CASE DISPOSED
PROBATION OFFICER:  KING/PAMELA

05/06/91  HOUSE ARREST:       DAYS: 30                     HOLTMEIER
05/06/91  PROBATION:          PROB FOR INVESTIGATION       HOLTMEIER
ACK/
05/06/91  PLEA:               ADMIT                        HOLTMEIER
06/07/91  INVESTIGATION TERMINATED                         HOLTMEIER
06/07/91  FINE:               FINE: $ 50                   HOLTMEIER
06/07/91  COURT COSTS:        COSTS:$ 15                   HOLTMEIER
06/07/91  CONTINUANCE DATE:   6/07/91 DISPOSITION          HOLTMEIER
06/07/91  COUNSEL:            COUNSEL PRESENT              HOLTMEIER
07/12/91  ROT REP PAID                                     HOLTMEIER
07/12/91  FINE PAID                                        HOLTMEIER
07/12/91  COSTS PAID                                       HOLTMEIER

BEGIN EXPUNGEMENT ELIGIBILITY: 06/07/91
REMARKS: RF
```

008639

```
DEGREE: M4 SECTION: 2917-11  /CPCN
```

```
ACK/
05/06/91  COURT COSTS: .         COSTS: $ 15           HOLTMEIER
05/06/91  COUNSEL:               COUNSEL PRESENT       HOLTMEIER
05/06/91  PLEA:                  ADMIT                 HOLTMEIER
06/06/91  RIT REP PAID                                 HOLTMEIER
06/06/91  COSTS PAID                                   HOLTMEIER

BEGIN EXPUNGEMENT ELIGIBILITY: 05/06/91
REMARKS: FF
```

TRAFFIC INFORMATION

NO TRAFFIC INFO FOR IDNO:  00092632

DEPENDENCY INFORMATION

NO DEPENDENCY INFO FOR IDNO: 00092632

008610

MOORE, LEE EDWARD
1101 Clearbrook Dr. (29)

SSN: ███████
Age: 19 years
Father: Lee Edward Moore
Mother: Georgia Lee Moore

Parents divorced 14 years ago when he was 5 years old.

He has a sister Beverly Parker who is married to Leonard Parker. The Parkers live in Springfield Township. Bevery has a son age 11 and a daughter age 14.

He has a sister Robin Thrasher who is married to Charles Thrasher. She has 2 sons age 3 and 5.

He has a sister Jackie Johnson. She is not married and has no children.

Went to Mount Healthy High Shool for 3 years, Woodward for approximately 1 year. He never graduated. He dropped out. He has completed 3 years of high school. He has about a year to go to get his degree. He lives with his father at the above address for the last year. Prior to that he lived with his mother.

His father is retired from city highway maintenance department. He is 68 years old.

He has two co-defendants, Larry Kinley and Jason Holmes. He has known them since November, 1993.

008611

He gave a confession that was taped. What he said in the confession is not what really happened. He was trying to cooperate with the officers thinking he was going to get a lesser penalty based on their statements to him. He signed the waiver. He told them he still wanted to have an attorney even though he signed the waiver. The cops drew a picture with the name in the street with a man driving a car down the road, he runs over him accidentally. Then he drew a picture of a man in the same situation being run over intentionally. The cops told him they have enough evidence to prove that he killed the man so if you do not tell them what happened the punishment will be alot stiffer. He replied that he did not want to be a snitch. There were 2 cops and the other one asked me if I was involved in any robberies in Losantiville.

He was arrested on January 20, 1994 at 5:30 p.m. at the McDonalds on Hamilton Avenue. He was in his car, Ford Fairmount 1980. He was arrested by Mount Healthy Police Department. Cops I gave the confession to were both Cincinnati Police and Fairfield Police. I did sign credit card slips with his name using his credit card at a JC Penneys in Tri-County, Northgate and Eastgate Mall. When I was arrested they took my hat, my sweatshirt, tee shirt, my gym shoes. The gym shoes were Nike Air Max.

Juvenile Record - He has a grand theft auto at the age of 16.

There was no snow or anything to make tracks in when the killing occurred. There was no snow at the dumpster where they dumped the body. It was not muddy. They picked him up somewhere at a bar in Fairfield.

LEE MOORE, JR
19 YOA
242-1482

0445
1-21-94

DAVE FAUSHAM

**STATE'S EXHIBIT**

in to supp
9  9400481

"I DIDN'T PLAN TO KILL ANYBODY"

SHATUNDA NEAL 17

PICKED FAIRFIELD. PICKED CAR HE LIKED WITH MICH. PLATES. STOPPED TO USE BATHROOM

LEE ASKED LARRY OUT TO SEE CAR

3 .40'S, GIN, DRUK WEED

GOT OUT OF TRUNK ON OWN, ASKED HIM WHERE HE WAS AT

FIRED ONCE. RAN TO CAR. LARRY SAID, HEY MAN, YOU SHOT HIM. LIKE HE LIKED IT

008643



Police Specialist Joseph Hoffmann, Cincinnati Police Division Homicide Unit being first duly cautioned and sworn, deposes and says that within the jurisdiction of the Hamilton County Municipal Court at 1293 Meredith Drive a single family brick ranch residence occupied by Darrell Anderson and his parents Gregory and Charlene Anderson, said residence is located in Springfield Township, Hamilton County, Ohio. Search includes, basement, attic, residence and garage.

he believes and has good cause to believe that at said place there __is__ concealed (is/are)

Firearms, ammunition for weapons, any items belonging to homicide victim Melvin Olinger. Any trace evidence that would link the suspects to the homicide victim. Any records that would indicate control of recovered evidence. Records that indicate occupants of 1293 Meredith Drive.

and that said items are concealed in violation of law, to wit: Aggravated Murder 2903.01, Murder 2903.02, Aggravated Robbery 2911.01

Such belief is supported by the following facts:
The affiant a Cincinnati Police Officer with other 25 years of experience is investigating the Aggravated Robbery and Aggravated Murder of Melvin Olinger. Melvin Olinger was Kidnapped from Fairfield, Ohio on 1/14/94, transported to 3366 Llewellyn Avenue in Cincinnati, Ohio where the victim was shot to death and robbed of his credit cards, money and his vehicle, 1994 Ford Taurus. On 1/21/94, Jason Holmes, Male black 16 was interviewed by Sergeant John Jay, Cincinnati Police Division and stated that the weapon used in the homicide of Melvin Olinger was given to Darrell Anderson, Male black 16, of 1293 Meredith Drive. The weapon was given to Darrell Anderson on 1/20/94 at approximately 2000 hours by Jason Holmes in a school yard in Mt. Healthy, Ohio. Jason Holmes described the murder weapon as a 357 caliber silver revolver with brown wood grips. Jason Holmes stated he also gave Darrell Anderson a 32 caliber revolver at the same time he gave him the 357 caliber revolver in the school yard. (OVER)

Affiant further says that there __is not__ urgent necessity that the search be conducted in the nighttime. (is/is not)

Sworn to, subscribed before me, and filed in this Court this _____

By: _____
Judge, Hamilton County Municipal Court          Affiant

STATE'S EXHIBIT

008645

Sworn to, subscribed before me, and filed in this court 21st Jan. 1994 9:20 Am

By _____(signature)_____    x_____(signature)_____
Judge, Hamilton County Municipal Court            Affiant

To the **Police Chief of Springfield Twp.**, Greetings: Whereas, there has been filed with me an affidavit, a copy of which is attached hereto and incorporated herein, these are, therefore, to command you in the name of the State of Ohio, with the necessary and proper assistance, to enter, in the **day** time, into the

**1293 Meredith Drive a single family brick ranch residence occupied by Darrell Anderson and his parents Gregory and Charlene Anderson, said residence is located in the City of Mount Healthy, Hamilton County, Ohio. Search includes, basement, attic, residence and garage.**

in the county aforesaid, and there diligently search for the goods, chattels, or articles, to wit:

**firearms, ammunition for weapons, any items belonging to homicide victim Melvin Olinger. Any trace evidence that would link the suspects to the homicide victim. Any records that would indicate control of recovered evidence. Records that indicate occupants of 1293 Meredith Drive.**

and that you bring the same, or any part thereof, found on such search,

**The body(s) of person(s) found to be in possession or control of contrab**

forthwith before me, or some other judge or magistrate of the county having cognizance thereof, to be disposed of and dealt with according to law.

Given under my hand this  21st  day of  Jan , 19 94 , at  9:26 AM  o'clock.

_____
Judge, Hamilton County Municipal Court

---

## RETURN ON SEARCH WARRANT

On the  21  day of  JAN , 19 94 , at  11:15  o'clock  A M., I executed the search warrant attached hereto, and removed from said premises in the presence of  Gregory & Darrell Anderson , property of which the following is an inventory:

SEE ATTACHED INVENTORY SHEET.

I hereby certify that copies of the search warrant and inventory were (delivered to)/left a  Darrell Anderson 

Sworn to, subscribed before me, and filed in this Court this _____

By _____
Judge, Hamilton County Municipal Court

Joseph A. Hoffman

Search Warrant at 1293 MEREDITH, on _____, by officer HOFFMANN

| ITEM # | LOCATION | EVIDENCE | FOUND BY OFFICER |
|---|---|---|---|
| 1 | BASEMENT BEDROOM | 2-357 MAGNUM BULLETS in WHITE leather pouch | HOFFMANN |
| | | That is ALL | |

008648

Lee Edward Moore M/B/19
1101 Clearbrook #
242-1482                                10/19/74

Shatunda Neal F/B/17
10889 Spruce Hill #
Told her cousin let him used it
0445 Given glass of water (requested)

- L.M. stated his car was giving him problems 1980 Ford (transmission)
- Went needed to steal a car, wanted to go out of the county to steal, thought he could keep it several more days
- L.M. drove up to Hamilton with Jason Holmes in L.M. auto
- Saw victim getting out of his blue Taurus, noticed it had Michigan plates on it, decided to hit him
- L.M. stated they were in parking lot originally because they stopped to use bathroom
- Sat and waited for victim to come out
- Lee walked up to victim, pointed gun at him, made him get into auto
- Lee then drove Taurus around building and put victim into trunk of car so he didn't see where they were driving to

008649

- DROVE TO COMMINSVILLES JASON HOUSE AND LEE WENT UP TO HOUSE TOLD LARRY HE HAD SOMEONE IN CAR AND HE WAS GOING TO DROP HIM OFF AND LEAVE LARRY TOLD LEE HE WANTED TO GO WITH HIM.
- LEE SAID HE WAS DRUNK & HIGH 3-40 OZ SOME GIN & SOME WEED DIME BAG
- LEE AND LARRY DROVE AWAY - JASON STAYED BEHIND
- LEE STATED HE WAS JUST DRIVING AND ENDED UP IN CUMMINKSVILLE - WAS DRIVING A STREET & LARRY TOLD HIM TO TURN AND LEAVE HIM THERE
- DROVE BEHIND A BUILDING THOUGHT THERE WAS RR TRACKS NEARBY - BACK CAR UP BY BUILDING LEE & LARRY BOTH GOT OUT OF CAR AND LEE OPEN TRUNK GAVE CAR KEYS TO LARRY AND TOLD HIM TO START CAR
- VICTIM GOT OUT OF TRUNK ON HIS OWN HE WAS ASKING WERE HE WAS AT - LEE TOLD HIM HE WASN'T GOING TO TELL HIM BECAUSE HE DIDN'T WANT HIM TO KNOW
- LEE TOLD VICTIM TO GIVE UP HIS WALLET VICTIM WAS WALKING TOWARD DUMPSTER HE STOPPED TO GIVE LEE WALLET AND IT FELL ON GROUND

008650