Page Two
Fact Sheet

- On a scale of 1 - 5 with 1 being "strongly disagree" and 5 "strongly agree" the mean response to the statement "If the parties must pay, referral to mediation should be voluntary rather than mandatory." was 4.19. Attorneys with more than 21 years of experience and attorneys who had used mediation more than 4 times were somewhat less likely to favor voluntary referrals.

- On a scale of 1 - 5 with 1 being "strongly disagree" and 4 "strongly agree" the mean response to the statement "The Common Pleas mediation service should be terminated." was 1.32. Attorneys who had used mediation more than 4 times were even stronger in their support for continuation of the service.

008751

# DEARDORFF

| | | |
|---|---|---|
| 2368 Victory Parkway, Suite 300<br>Cincinnati, Ohio 45206 | *&* ASSOCIATES L.P.A. | (513) 872-7900<br>FAX (513) 281-6760 |

October 28, 1996

Mr. Lee Edward Moore #305-700
Mansfield Correctional Institution
P.O. Box 788
Mansfield, Ohio 44901

    Re:    Appointment of counsel

Dear Lee:

    Enclosed is a copy of an order issued by the Supreme Court of Ohio on October 23, 1996. As you can see, the Court has granted our motion for your delayed appeal and your case is now officially proceeding before the Supreme Court of Ohio.

    Additionally, the Court has appointed the Ohio Public Defender to represent you during this phase of your appeal. The death penalty section of the Public Defenders Office is staffed with extremely competent and committed attorneys who will provide you with excellent representation during this phase of your appeal. You can contact Greg Meyers who is chief counsel of the death penalty division at 8 East Long Street, Columbus, Ohio 43266-0587.

    Finally, I will consider this letter the formal end of our relationship. As the Public Defenders Office has been appointed to represent you, there is nothing further for me to do and I will close your file. Good luck with your appeal and your continued attempts to obtain your freedom.

                                        Sincerely,

                                        DEARDORFF & ASSOCIATES

                                        TIMOTHY J. DEARDORFF

Enclosure

008752

# DEARDORFF

2368 Victory Parkway, Suite 300       *&* ASSOCIATES L.P.A.      (513) 872-7900
Cincinnati, Ohio 45206      FAX (513) 281-6760

October 29, 1996

Mr. Greg Meyers
Ohio Public Defenders Commission
8 East Long Street
Columbus, Ohio 43266-0587

     Re:    Moore, Lee Edward Jr.
            Case No. 96-2204

Dear Greg:

     This letter is to confirm the conversation which you had with my law clerk on the afternoon of October 29, 1996. As you are aware, the Supreme Court of Ohio has appointed your office to represent Mr. Moore in his appeal to that court. A copy of the court's entry is enclosed for your review.

     This letter shall serve to formalize the change of representation of Mr. Moore from myself to your office. As you will note from the entry, Mr. Moore's merits brief is due 40 days from October 23, 1996. Pursuant to the court's order, this brief is your responsibility and I will take no action on Mr. Moore's behalf.

     I have taken the liberty of sending Mr. Moore a letter formalizing the termination of my participation in his representation and giving him your name and address. Please let me know if there is any information in my files which you require in order to prepare Mr. Moore's appeal. Feel free to contact me with any request for information and good luck.

                                          Sincerely,

                                          DEARDORFF & ASSOCIATES

                                          TIMOTHY J. DEARDORFF

Enclosure

008753

# The Supreme Court of Ohio

30 EAST BROAD STREET, COLUMBUS, OHIO 43215-3414

THOMAS J. MOYER, CHIEF JUSTICE
ANDREW DOUGLAS
ALICE ROBIE RESNICK
FRANCIS E. SWEENEY
PAUL E. PFEIFER
DEBORAH L. COOK
EVELYN L. STRATTON

October 17, 1996

MARCIA J. MENGEL
CLERK

(614) 466-3931
(614) 466-5201

Timothy John Deardorff
Deardorff & Haas
2368 Victory Parkway
Suite 300
Cincinnati OH 45206

Re: 96-2204

State of Ohio
    v.
Lee Edward Moore, Jr.

Dear Timothy John Deardorff:

   This is to notify you that the record in the above-styled case was filed with the Clerk's Office on October 16, 1996.

   If you have any questions about filing deadlines in the case, please feel free to call me at 614/644-9321.

                                        Sincerely,

                                        Rita A. Nash
                                        Deputy Clerk

/ran

008754

# DEARDORFF

2368 Victory Parkway, Suite 300      & ASSOCIATES L.P.A.     (513) 872-7900
Cincinnati, Ohio 45206                                                                                                     FAX (513) 281-6760

September 10, 1996

Mr. Lee Edward Moore #305-700
Mansfield Correctional Institution
P.O. Box 788
Mansfield, Ohio 44901

Dear Lee:

    We are currently involved in the process of having the Supreme Court of Ohio appoint an attorney to handle your appeal to that court. In order to file your notice of appeal without paying the $40.00 filing fee, I need you to sign <u>and have notarized</u> the enclosed affidavit. When this is done, I have enclosed a self addressed stamped envelope for your convenience. Please return the affidavit to me as soon as possible.

    As soon as this is completed, I will file all of the documents which will begin the process of your appeal to the Supreme Court of Ohio. Please let me know if you have any questions or comments.

                                                  Very truly yours,

                                                  DEARDORFF & ASSOCIATES

                                                  TIMOTHY J. DEARDORFF

Enclosure
TJD/pml

                                                                                      008755

# D E A R D O R F F

| | | |
|---|---|---|
| 2368 Victory Parkway, Suite 300<br>Cincinnati, Ohio 45206 | & ASSOCIATES L.P.A. | (513) 872-7900<br>FAX (513) 281-6760 |

August 27, 1996

Supreme Court of Ohio
30 East Broad Street
Columbus OH  43266-0419

      Re:    State of Ohio v. Lee Edward Moore
               Court of Appeals Case No. C-950009

Dear Clerk:

Enclosed please find the following documents for filing in the above styled action:
1) Motion for Delayed Appeal
2) Notice of Appeal
3) Motion for Appointment of Counsel

Please file these documents and return all extra copies to me in the enclosed self addressed stamped envelope. Also enclosed, pursuant to S. Ct. Prac. R. XV, § 3, is a copy of Appellant's affidavit of indigency in lieu of the $40.00 filing fee as set forth in S. Ct. Prac. R. XV, § 1. Thank you for your cooperation. If there is a problem or you have any questions, please feel free to contact my office.

                                          Sincerely yours,

                                          DEARDORFF & ASSOCIATES


                                          TIMOTHY J. DEARDORFF

Enclosures

008756

# DEARDORFF
## & ASSOCIATES L.P.A.

2368 Victory Parkway, Suite 300  
Cincinnati, Ohio 45206

(513) 872-7900  
FAX (513) 281-6760

October 3, 1996

Mr. Lee Edward Moore #305-700  
Mansfield Correctional Institution  
P.O. Box 788  
Mansfield, Ohio 44901

Dear Lee:

Enclosed are the following documents which were filed on your behalf with the Supreme Court of Ohio:

1) Notice of appeal;
2) Motion for delayed appeal (minus attached copy of the decision by the first district court of appeals);
3) Motion for appointment of counsel.

With your affidavit, the Supreme Court accepted your appeal without the required filing fee. Now that these documents are properly filed, the Supreme Court will begin the process of your appeal. Since yours is a capital case, I do not anticipate that the delay in filing the appeal will present any problems. Additionally, the Hamilton County Prosecutors Office filed a notice with the Supreme Court stating that they in favor of the delayed appeal. A copy of this document is enclosed for your review.

I will contact you again as soon as I hear anything about your appeal. The first step should be the appointment of an attorney with the proper death penalty certifications required to handle your appeal. As soon as he is appointed, I will forward your file to him and he will take over the next stage of your case.

I will write to you as soon as I hear anything. In the meantime, please feel free to write if you have any questions

Sincerely,

DEARDORFF & ASSOCIATES

TIMOTHY J. DEARDORFF

Enclosures

008757

# DEARDORFF

2368 Victory Parkway, Suite 300      *& ASSOCIATES L.P.A.*     (513) 872-7900
Cincinnati, Ohio 45206                                                                    FAX (513) 281-6760

September 24, 1996

Ms. L. Susan Laker
Hamilton County Prosecutors Office
Appellate Division
914 Main Street, Suite 500
Cincinnati, Ohio 45202

         Re:     State v. Moore
                    Case No. C-950009

Dear Ms. Laker:

       Enclosed please find service copies of the following documents which have been mail to the Supreme Court of Ohio on this date:

1)     Motion for Delayed Appeal of Appellant Lee Edward Moore, Jr.
2)     Notice of Appeal of Appellant Lee Edward Moore, Jr.
3)     Appellant's Motion for Appointment of Counsel.

       Please feel free to contact my office if you have any questions regarding these filings. Thank you for your attention to this matter.

                                           Sincerely,

                                           DEARDORFF & ASSOCIATES

                                           TIMOTHY J. DEARDORFF

Enclosures

tjd/PML

                                                                                                            008758

# The Supreme Court of Ohio

30 EAST BROAD STREET, COLUMBUS, OHIO 43215-3414

THOMAS J. MOYER, CHIEF JUSTICE
ANDREW DOUGLAS
ALICE ROBIE RESNICK
FRANCIS E. SWEENEY
PAUL E. PFEIFER
DEBORAH L. COOK
EVELYN L. STRATTON

MARCIA J. MENGEL
CLERK

(614) 466-3931
(614) 466-5201

September 6, 1996

Timothy J. Deardorff
Attorney at Law
2368 Victory Parkway, Suite 300
Cincinnati, Ohio 45206

Re: State of Ohio v. Lee Edward Moore; C/A Case No. C950009

Dear Mr. Deardorff:

The enclosed documents were not filed and are being returned because they do not meet the filing requirements set forth in the Ohio Supreme Court Rules of Practice. These documents were received by the Clerk's Office on August 30, 1996, but were unable to be filed because the affidavit of indigency that was submitted in lieu of the filing fee is more than one year old. S.Ct. Prac. R. XV, Sec. 3 requires that an affidavit of indigency that is being submitted to the Ohio Supreme Court in lieu of the docket fees or security deposits, not be executed more than one year prior to filing in the Ohio Supreme Court. On August 30, 1996, I spoke with you by phone explaining the deficiency pertaining to your documents. You advised me that you would be submitting an entry of appointment of counsel in lieu of the filing fee. As of this date, our office has not received the entry of appointment of counsel or a current affidavit of indigency and we must therefore return your documents.

Sincerely,

*Rita A. Nash*

Rita A. Nash
Deputy Clerk

/ran
Enclosures

008759

# DEARDORFF

2368 Victory Parkway, Suite 300       & ASSOCIATES L.P.A.      (513) 872-7900
Cincinnati, Ohio 45206      FAX (513) 281-6760

September 23, 1996

Rita Nash
Deputy Clerk
Supreme Court of Ohio
30 East Broad Street
Columbus, Ohio 43215-3414

     RE:     State of Ohio v. Lee Edward Moore
                 Court of Appeals Case No. C-950009

Dear Ms. Nash:

Enclosed please find the following documents for filing in the above captioned matter which were previously returned to our office with your correspondence of September 6, 1996:

     1)     Motion for Delayed Appeal
     2)     Notice of Appeal
     3)     Motion for Appointment of Counsel

Please file these documents and return all extra copies to me in the enclosed self-addressed, stamped envelope. Also enclosed pursuant to our telephone conversation is a newly executed affidavit of indency pursuant to S. Ct. Prac. R. XV, § 3 in lieu of the $40.00 filing fee as set forth in S. Ct. Prac. R. XV, § 1.

Thank you for your cooperation. If there is a problem or you have any questions, please feel free to contact my office.

                               Sincerely yours,

                               DEARDORFF & ASSOCIATES

                               TIMOTHY J. DEARDORFF

TJD/pml

Enclosures

008760