465

1    appreciate it or maybe the family doesn't

2    appreciate it, but I appreciate it because

3    I've seen a number of lawyers come up here.

4    You did your job to the credit of your

5    profession.

6            MR. LAWSON:  Thank you, Your Honor.

7            THE COURT:  Anything else you want to

8    say?  Do you want to tell me anything, Mr.

9    Holmes?

10            THE DEFENDANT:  I ain't got nothing to

11    say.

12            THE COURT:  Okay.  Count No. 3 is the

13    aggravated murder and Count No. 3 has two

14    specifications.  On Count No. 3, on the

15    specifications, the sentence of the Court is

16    life with no parole until the expiration of 30

17    full years.  On the firearm specification, the

18    sentence of the Court is three years.

19            On the aggravated robbery, which is

20    Count No. 4, the sentence of the Court is not

21    less than 10 nor more than 25 years in the

22    Ohio Penitentiary.

23            On Count No. 5, which is the

24    kidnapping, not less than 10 nor more than 25

25    years in the Ohio Penitentiary.  Counts 3, 4

008881

1    and 5 are to run consecutive with each other.

2    And the firearm specifications under the

3    aggravated murder is to be served before

4    Counts No. 3, 4 and 5.  Now it is my

5    understanding that's the most I can do.

6              MR. BUTLER:  Yes, Your Honor.

7              THE COURT:  There will be no sentences

8    on the other counts because they're redundant.

9              MR. LAWSON:  Thank you, Your Honor.

10             THE COURT:  Is that it?  Okay.

11             MR. LAWSON:  Excuse me, Judge.  Will

12   you advise him of his appeal rights?

13             THE COURT:  Yes.

14             Mr. Holmes, you have a right to appeal

15   the conviction and sentence.  If you can't

16   afford the costs of an appeal, you can do it

17   for nothing.  If you can't afford a lawyer,

18   we'll appoint one for you.  If you can't

19   afford the papers that are needed, we'll see

20   that you get them free of charge.  You have a

21   right to have your Notice of Appeal filed

22   within the proper time.

23             Now my question to you is this.  Do you

24   want me to appoint a lawyer to appeal your

25   case?

05-02-94  05:38   FROM                    TO  5193241015 4        P.  2



ASSIGNMENTS OF ERROR

I. Failure to suppress statement - coercion
~~H. Confess~~ State v. Brewer (1990)    miranda

II. Failure to suppress - Edwards    p. 715
                                      Murray p. 767

X  III. 4th Amendment - improper search
        of LMS's house → letting

X  IV. Improper search of Neal house
       ~~zenia v. wallace~~ 37 OS3d 216. → contra

X  V. Improper search of Anderson house

√  VI. Case improperly taken from Morrissey
       to Kuhlman, a former prosecutor.
       ~~Laskal~~ R. 7  "It was a π → p. 1262
                              p. 1270

√  VII. No fair/impartial jury. State v. Felton 570531
                                 p. 407

X  VIII. Motion for change of venue    press 356-7
         G. comments, p. 228-231    520  548
                                    1075 1076 *

√  IX Death qualification p. 232
       p. 237

√  X Pros. misconduct
       - arguing to jury during voir dire p. 241-
       - "how you feel" p. 797 "smokescreen" p. 937
       ~~ ~~  "influence" p. 956    p. 1196

X  XI Consider mercy  p. 349
        Improper?

XII Death as a recommendation  p. 362-3

008884

✓ XIII BATSON p. 407    pattern? 407-409

   not necessary
   - predisposed to consider facts? p. 410
   - uncle is atty, p. 411
   - arms folded p. 412
   Mawson p. 461

XIV. Irrelevant Testimony - victim's
social character (Richardson?)
   p. 629

✓ XV. Cumulative evidence ⇒ Transcript
   629-635
    p. 685

XVI. WEIGHT/SUFF. OF EVIDENCE    RULE 29, p. 881
   · specific intent  p. 713
   no intention to kill p. 713
3 lb trigger p. 842    no denial p. 717
9 lb trigger    · Holmes wouldn't know accident p. 723
   · Kirby didn't see shooting p. 724
   · No knowledge of killing p. 776
   · Testimony flawed p. 796

✓ XVII PHOTOGRAPHS
   - objection/discussion p. 803-804   #1 ⎫ p. 636
            #21 ⎬ p. 871
#23 - p. 617 ⎫      #20 ⎭
   - admitted p. 617 ⎭   Not to use? p. 872

XVIII ⇒ DEPO ⇒ was opinion of expert
re: traveling of victim supported?
     p. 857-860   let in p. 862

008885

XIX Judge impermissibly reduced state's burden re: misstatement of facts p.883

IX Reasonable doubt p.963 p.1237
Elements p.967

XXI Mercy p. 1060?

XXII Mercy → residual doubt about death p.1060

XXIII Sufficiency of single mitigating factor pp 1062-3

XXIV Lack of unanimity instruction denied, p.1064.

XXV Recommendation 1236(2) 1244(4) 1245(7) Verdict: 1246(2) 1247(2) 1248(2) 1249(1) 1250(1)
p. 1075

XXVI Expert opinion → killing to avoid identification p.1116
Statements? p 1117 arg. p.1198

- Met with J. & tt prior to trial p.1119

XVI  Mitigating v. Sec.
      inched p. 1176
      better (argumented) 1136
      contradictive msg p. 1135
      environment 1176
      voided p. 1168

XVIII  consecutive Sentences   p. 1269

XIX   known dmt p. 1227-26

XX - emphz 3 mitigating factors?  p. 1243

31 - Suffering of victim
       State v. Combs 62 053d 278 (1991)

30  Non-statutory agg factor  p. 1254

32 → Unanimity required  p. 1255

008887

LEE EDWARDS WORK

5 QUESTIONS

1. Lie detector test - can't be put into
   evidence under Rule 403.

2. Dealing with the press - NO

3. Witnesses: 1) bring in specialists who
   saw Lee
   2) Larry said to a boy "I shot him)
   3) Cameron ——— is boy who talked
   to boy

4. Lee was robbed last year → we need proof

008888

Supp.

→ I nabbed @ McD's @ 5:30 pm, 5:23 pm
p.10   Jan. 20, 1994

→ handcuffed and put him
into the back of my cruiser p.13

→ Δ kept asking "What's this about"
p.13-14; I did not answer,
but Told him Field cops
would explain p.14.

When I arrested Δ, I did not
advise him of his Miranda
rights p.15-16.

Δ was taken to Mt. Healthy where
he was put into a holding
cell p.19

- Δ had ordered food, but was
confined before it was taken
p.19.

- No running water in cell.

Δ was never Told purpose
for arrest or mirandized
p.21.

Δ was in cell until 12:25 a.m.
on Jan. 21, 1994. Δ Never interviewed,
mirandized, or advised.

Officer Took Δ's hat, shirt,

008889

and sweatshirt, even though
it was dead of winter. p-26-

- Officer did not give any
  clothing to Moore at this time,
  but a coat was provided
  4 hours later, when ∆ was
  taken to HCJC. p. 29

- Pink blanket was provided p. 31.

- Officer didn't advise ∆ p. 32.

- ∆ was not fed @ Mt. Healthy p. 33

- didn't have a hint on p. 41 or more

- Rights were read to ∆ in
  holding cell. p. 45-4

- ∆ had to walk through the
  slush and snow in his stocking
  feet p. 46-49; p. 52; interviewed in lockup p. 110

→ when ∆ was initially arrested,
  he was not advised of why
  he was being arrested or
  of his rights p. 59.

* The first time rights were read
  was 12:10 a.m., over six hours
  after ∆ arrested.

008890

Actual interview did not
occur until 4:45 a.m. p. 83

Δ was not given opportunity
to contact family members
or use the telephone p. 81

Cop says Δ did not ask for
a lawyer p. 66

Taped statement did not begin
until 6:35 a.m. p. 66

Cop never asked Δ if he wanted
a lawyer p. 103

Cop says water, pop, food offered
during 4:45 interview p. 112

* Miranda rights given to Δ
@ 12:10 a.m., four and a half
hours before interview took
place.

* Moore finally advised of why
he was being held @ 4:45 a.m.

→ Δ was crying by the time
cops got him to confess,
sobbing loudly p. 125.

· Δ had not eaten since 9:00 a.m.
the morning of the arrest.

008891

P consolidation:

MCD's arrest   p. 129
- taken to VM. Healthy:  p. 130
- put into cell   p. 130
  cot, Toilet, blanket - p. 131

- cops Took shirt  p. 131-132
- another came and Took shoes  p. 132

- no one Talked To me  p. 133
- rights form @ 12:15  p. 133

* D asked for lawyer @ 12:10   p. 140-7   p. 133   @ 4:45   p. 142
  cop ignored me  p. 134   S ignored me  p. 42

mom & brother  p. 135
no food  p. 135, p. 139
was hungry  p. 135
no Towel or new clothes  p. 138

Hands were cuffed behind back
until 4:45.

No exposure to criminal system  p. 145-6
but knew rights  p. 152-3.

Search:  Improper search of Neal
house, p. 172-174  S implied
authority.

State v. Brewer

**IMPROPER ASSIGNMENT**
Local Rule 7(B) & (B) → Presiding
judge may assign cases
if assigned judge is engaged
in trial.
D motion denied p. 210.

**IMPROPER VENIRE** → New system p. 368
- 5 blacks only p. 211 in venire
- ~~one excused~~ p. 2t (no D)
only one black male p. 212. No. 46.

\* jury selection process unfair p. 213.

\* State v. Fuller S 2053d 120 . p. 215

Facts:
- venire selected from juror registration p. 22
- motion overruled p. 227

**JURORS**
- Mundke p. 256                    - Cravens excused
  - knows J & Seal
  - death qual. p. 257
  - Excused p. 257
⨉ Freeman - 258                    ⨉ #3 p. 405
  - death qual 257-8              BATSON . 407
  - personal feelings p. 260
  - "not a sin" p. 261
⨉ Pettycrew - 262                  excused ⨉ #1 p. 368
  - qual. p. 262
  - scale p. 263
  - religion p. 264
PROBLEM Warren p. 264              \* could consider it p. 272
  - death qual 265   excused p. 273

008893

women objection p.274                                    MOORE

X Peter 274
   - qual p.276 "We need it"  **       Δ #2 p.397

X Brettenhorn 278
      knows ↑            Δ # 5 p.449
   - qual. p.280
      ranks 7
5 Wellington p.281
   qual p.282 (6-7)

6 mason p.283
   - qual. 285 (6)

X gorman p.286
   - knows Joe Δ        in-law cop p.307
   - qual p.287         resp. for actions? p.354
X Walker p.288          Δ #4 p.441
   - knows Piepmeyer     related to Nurse p.351
   - qual p.290(5)      Δ #3 p.426

X Rau p.291
   - distrusts shrinks p.291    * oldie officer p.316
   - qual 291 "necessary deterrent"  *Δ #1 p.380

10 miller 292
   - qual 293-4 (7) 295

11 England p.295 → Emily's friend
   - qual p.296 " for it"
   - No LO 296
   - "how you feel about it" p.297

008894

2 Mendron 297                    sister-in-law raped 305
  - knows James
  - qual. 298 "for it"

2 Weller p.366                    falling asleep p.527
  - knows cops p.369
  - security guard 20 yrs p.371
  - qual p.372 (5-6)

8 Ashton p.381                    Λ #2 p.389
  - qual. p.382 (extreme cases)
  - smokes p.385

X Baldauf 390                    π #4 p.432
  - qual. p.392 (5)

3 Borgerding p.398
  - sheriff's office
  - qual p.400
  - cost sig. p.401

X Greivenkamp p.405              Δ #6 p.457
  - cousin in killer p.419
  - qual. 422 (9+)
  - board sig 422

8 Games p.426
  - previous case w/ Roethman
  - qual. p.429 (5-6)
  - cost sig p.428

9 Phillips p.433
  - knows death row person p.434
  - knows cop 437
  - qual p.438 (6-7)

008895

7 Couto p.441
   - qual p.444(8)
   - last arg p.446

4 Hopkins p.449
   - qual p.452(7)

X Savage p.457
   - qual p.463
   - last arg p.464 → "No"
   - cause p.471

6 Maderslach p.471
   - qual p.473

X1 Jackson p.481
   - qual p.482(6)
   last arg p.483

X Barron p.465      Δ #1-1, p.476
   - qual p.461(5)

X Irvine p.490     cause 501
   - opposed p.498-99

X-2 Williams p.501
   - qual 504
   - last arg p.505

008896

VIII. NOTES

## INFORMATION SHEET

TODAY'S DATE _1-37-94_    TYPE OF CASE: _Criminal_

ATTORNEY TO SEE: _Tim Deardorff_    CASE NO: _____

CLIENT(S): _Lee Edward Moore. Jr._ (PARENTS: _Lee Edward Moore_ (father) _Georgia Moore_ (mother)

HOME ADDRESS: _1101 Clearbrook_    ZIP _45229_

EMPLOYER & BUSINESS ADDRESS: _____ _522-0990 (unlisted) mother_

_____    HOME NO: _242-1482 (father)_ WORK NO: _626-3525 (Ben Parker)_ (Sister)

ADDITIONAL PHONE NUMBERS: _____

SOCIAL SECURITY NO. _Lee Edward Moore Jr._ _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_ DATE OF BIRTH: _10-19-74_

OPPOSING PARTY: _____

ADDRESS: _____    ZIP _____

PHONE NO: _____    SOCIAL SECURITY NO: _____

DATE OF BIRTH: _____    OPPOSING COUNSEL: _____

ADDRESS: _____    PHONE NO: _____

DATE OF LOSS/ACCIDENT: _____    COURT DATES: _____

_____

WHO REFERRED YOU TO THIS OFFICE: _____

NOTES: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

008898



IX. JURY QUESTIONAIRES -
LEE MOORE



CONTRACTS

008900

# DEPARTMENT OF PRETRIAL SERVICES

## INTERVIEW

**CENTRAL INTAKE ONLY**

Name: MOORE, Lee Edward
Aka: _____ B.P. I.D.: 1910

Interviewer: RR  Date: 1/21/94  Time: 12:15 a.m./p.m.
Social Security No.: _____  D.O.B.: 10-19-74
Age: 19  Race: B/W/O  Sex: M/F  Cash On Person: $5.00

Intake I.D. No.: 1848484
Outstanding warrants, holders, standard bonds:

Remarks:

|  | VERIFICATION |  |
|---|---|---|
|  | YES | NO |

## RESIDENCE & FAMILY TIES

| | | | VER |
|---|---|---|---|
| Current Address: 1101 Clark Dr. Dr. (29) | Alt. Address: | | ✓ |
| Length: 14R  Telephone: 242-1482 | If none contact: | | ✓ |
| Resides with: Lee Moore | +Stepmom | Relationship: Father | ✓ |
| Lived in County last five years? Yes/No  If no, explain: | | | ✓ |
| Prior Address: 1380 Meredith Dr. (31) | | Length: 18yrs | ✓ |
| D.W.M. Contact with: above | | Relationship: | ✓ |
| Marital Status: S/M D Sep W CL  No. of Children: none | Supported by: | | ✓ |

## EMPLOYMENT & EDUCATION

| | | | |
|---|---|---|---|
| Current Employer: Unemployed | | Position: | ✓ |
| Length:     FT   PT   Seasonal | If unemployed, means of support: Father | | |
| Spouse's Employer: | | If unemployed, last employment date: 1992 | |
| Prior Employer: Forest Fair Mall Stow | Length: 14R | (10th) | ✓ |
| Last Grade Completed: 11th | If currently enrolled in school, give details: | | |

## HEALTH STATUS

| | | | |
|---|---|---|---|
| Currently treated by Physician?  Yes No  If yes, where? | | Frequency: 1 + ck 7/1 X | |
| Condition: | If chronic, explain: | Mont 1X | |

## DISCLOSURE OF CRIMINAL HISTORY

| | | |
|---|---|---|
| Prior Convictions: none | | Probation? Parole? |
| Prior State or Federal Commitments? | | P.O.: |

## REFERENCES AND BOND INFORMATION

| Reference Name | Relationship | Telephone | Work Number | Ver. By | DUI Ride |
|---|---|---|---|---|---|
| Lee Moore | Father | 242-1482 | 461-9256 | RK | |
| Tonya Moore | mom | 522-9203 | | DR | |

| Bond Sponsor: | | Verified Bond or Alternate Bond Amount $ | Cash Property % |
|---|---|---|---|

## POINT SCHEDULE

| | INT. | VER. | | REMARKS: |
|---|---|---|---|---|
| RESIDENCE | 3 | 3 | OVER ONE YEAR AT PRESENT RESIDENCE | |
| | 2 | 2 | OVER 6 MONTHS AT PRESENT RESIDENCE / OVER ONE YEAR AT PRESENT AND PRIOR RESIDENCE | |
| | 1 | 1 | BETWEEN 6-12 MONTHS AT PRESENT AND PRIOR RESIDENCE / 4-6 MONTHS AT PRESENT RESIDENCE | |
| | 1 | 1 | LIVED IN COUNTY LAST FIVE YEARS | |
| | | | LESS THAN 4 MONTHS AT PRESENT RESIDENCE OR 6 MONTHS AT PRESENT & PRIOR RESIDENCE | |
| FAMILY TIES | 3 | 3 | LIVES WITH SPOUSE AND CHILDREN | |
| | 2 | 2 | LIVES WITH SPOUSE OR CHILDREN OR PARENT/GUARDIAN | |
| | 1 | 1 | LIVES WITH OTHER RELATIVE / HAS WEEKLY CONTACT WITH FAMILY MEMBER | |
| | 0 | 0 | LIVES ALONE OR WITH NON-RELATIVE OR NO FAMILY CONTACT | |
| MEANS OF SUPPORT | 3 | 3 | PRESENT JOB ONE YEAR OR MORE | |
| | 3 | 2 | PRESENT JOB 6-12 MONTHS / HOMEMAKER WITH CHILDREN OR FULL TIME STUDENT | |
| | 2 | 2 | PRESENT JOB 3-6 MONTHS / CURRENT AND PRIOR JOB OVER 6 MONTHS | |
| | 1 | 1 | UNEMPLOYMENT COMPENSATION, WELFARE, DISABILITY, FAMILY SUPPORT | |
| | 0 | | NOT EMPLOYED OR OTHERWISE SUPPORTED OR UNDER 3 MONTHS AT CURRENT JOB | |
| HEALTH | 1 | 1 | POOR HEALTH — AT LEAST MONTHLY CONTACT WITH M.D. or CLINIC / PREGNANCY OR OLD AGE (65+) | |
| PRIOR CRIMINAL HISTORY | 2 | 2 | NO PREVIOUS CONVICTIONS | |
| | 0 | 0 | ONE MISDEMEANOR CONVICTION | |
| | -1 | -1 | TWO OR THREE MISDEMEANOR CONVICTIONS | |
| | -1 | -1 | ONE FELONY CONVICTION | |
| | -2 | -2 | FOUR OR FIVE MISDEMEANOR CONVICTIONS | |
| | -2 | -2 | TWO OR THREE FELONY CONVICTIONS | |
| | -3 | -3 | SIX OR MORE MISDEMEANOR CONVICTIONS | |
| | -3 | -3 | FOUR OR MORE FELONY CONVICTIONS | |

| | TOTAL MISD. CONV. | (VIOL. MISD.) | TOTAL FEL. CONV. | (VIOL. FEL.) | MINOR MISD. | PENDING CHARGE |
|---|---|---|---|---|---|---|
| 9  9 | | | | | | |

**TOTAL POINTS AND ELIGIBILITY**

☐ ELIGIBLE OWN RECOGNIZANCE  ☑ NOT ELIGIBLE: NOC  ☐ ELIGIBLE REPORTING RELEASE  ☐ SCREENED ELECTRONIC MONITORING

## BOND INFORMATION

| | | | Telephone | Room A | Room B / BR |
|---|---|---|---|---|---|
| Charge 1: agg murder | Case # | Bond Amt./Type NB | | | |
| Charge 2: kidnapping | Case # | Bond Amt./Type | | | |
| Charge 3: agg robbery | Case # | Bond Amt./Type | | | |
| Charge 4: | Case # | Bond Amt./Type | | | |
| Charge 5: | Case # | Bond Amt./Type | | | |

| | | | Room A | | Room B / BR |
|---|---|---|---|---|---|
| | TB | | | | |
| DATE | 1-21 | | 122 | | |
| TIME | | | | | |
| JUDGE | NB | | DAVIS | | |
| POLICE PREFERENCE | High | | | CHIP ☐ | |

DISPOSITION / REMARKS:

008901

## OFFICE OF THE HAMILTON COUNTY PUBLIC DEFENDER

CLIENT _Moore Lee E_                    Attorney _TIM Deardorff_

Phone _____

AKA _____

| | | | | Length/Susp/Credit | Fine/Susp. | Costs/ CR | Prob. | |
|---|---|---|---|---|---|---|---|---|
| 94 cr A 1926 | CHARGE | Agg Murder | | / / | / | | | yrs |
| 94 cr A 1927 A | CHARGE | Agg Robbery | | / / | / | | | yrs |
| cr B | CHARGE | Kidnapping | | / / | / | | | yrs |
| cr | CHARGE | | | / / | / | | | yrs |

NOTES/TO DO _____

Arraignment _1_ _22_ _94_  Judge _____ Rm A **B** Time 9:00 10:30 1:00  Bond _No Bond_
(X) Prelim Hear _1_ _28_ _94_ Judge _____ Rm **B** Time _9AM_   _500,000.00 ea_
( ) Pre-Trial _____ Judge _____ Rm ____ Time _____   _No 1._
( ) Trial _____ Judge _____ Rm ____ Time _____
( ) Sent. _/ /_ Judge _____ Rm ____ Time _____

AGE _19_ DOB _10, 19, 74_ s _M_ R _B_  SS No. ▓▓▓▓▓▓▓▓

Single _x_ Married ___ Sep. ___ Div. ___ Widow ___  No. of children at home ____

ADDRESS _1101 Clearbrook Dr_____ Apt. ____ Zip _29_

LIVES WITH _Father_               Phone _242 1482_

COUNTY RESIDENT _____ years ___ _X_ all life  EDUCATION: _11_

TRAFFIC/CRIMINAL RECORD Y (N)

Pending Charges _____ Judge _____ Attorney _____

Parole/prob charges _____ Judge _____ Prob. Off. _____

Co-defendants _2 Juv_            Date of Arrest ___ / / ___ Statement Y N

STATE OF OHIO      : SS              **AFFIDAVIT OF INDIGENCY**
COUNTY OF HAMILTON :

After being duly cautioned and sworn, I, the undersigned, say the following information is true to the best of my knowledge and belief. I understand I am subject to criminal charges for providing false information.

I.  INCOME
   1. Employer _____ O _____ yrs. __ mos.        NET WEEKLY PAY
      Position _____            _NONE_
      Spouse's Employer _____ yrs. __ mos.
   2. Alimony/Child Support _____ Other Income _____
      (received · paid/deducted)          TOTAL: _____

II. ASSETS              _5 00_                      AMOUNT/EQUITY
   1. Cash on hand _____ In bank _____ At home _____
   2. Own car/truck (Y) N  Year _80_ Make _Ford_
   3. Own house Y (N)  How Long _____ Value _____
      Other Property _____              PAYMENTS

III. MAJOR DEBTS _____

I further state I am indigent at this time, and am unable to provide for the payment of an attorney and all necessary expenses of representation. I understand I may be required to reimburse the Hamilton County Public Defender for legal services rendered on my behalf. Maximum reimbursement will be that expended in accordance with the fee schedule, an amount not to exceed _____. The terms of such reimbursement will be determined by the Hamilton County Public Defender at a date no later than one month after case disposition, or by the Court.

                    X _Lee E. Moore_
                              (Defendant)

Sworn to before me and
subscribed in my presence this _12_ day of _Jan_ 19_99_

Signature of Officer _Howard E. Sagser_

Name (printed) _____

        Notary Public, State of Ohio
FO-1     My Commission Expires _6-3_ 19_97_

008902

008903

Client: Office File No.

Date Interviewed ( / / )

Facts

CASE ACTION:

| DATE | TIME | | DESCRIPTION |
|---|---|---|---|
| | in court | out of court | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Total Time | In | Out | |
| No. of Court Appearances | | | |

#13 - Jane Jackson, Hyde Park
#14 - Carlene E. Williams, Forest Park

No. ( B-9400481 )

BEFORE JUDGE Robert P. Ruehlman

DATE

VS.

TRIAL

**BACK ROW**

| REPORTER | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Robin A. Mudersbach<br>Mt. Washington | David M. Weiter<br>Groesbeck<br>*Jayne Jackson* | Diane L. Borgerding<br>Anderson Twp. | Guy R. Hopkins<br>Finneytown | Jeffrey C. Wellington/ Donna M. Mason<br>Loveland                    Silverton | Richard J. Menchen<br>Mack |

**FRONT ROW**

| 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|
| Katherine M. Caito<br>Anderson Twp. | Patricia A. Games<br>Mt. Washington | Linda J. Phillips<br>PriceHill | William L. Miller<br>Anderson Twp. | Donna F. England<br>Anderson Twp. | |

008904