22 Female ex H security guard - that weapon

23  49 White female  YES

24  44 White [M]  YES

25 - 54 Female White  YES

NO - 26 - 36 female White

27  JANE JACKSON  ?? - Doesn't say much

28  Female White 29  - NOT BAD

29 - Female White - 61
MAYBE  Liberal VG but - 2 young men - ed - prevailed

(30) - 45 - Bl female - Not Bad - YES

NO - [B](31) - 61 White female - daughter - fed sales - ?fm

(32)  35 female Bl → Victim - Molested - POSSIBLE

NO - 33 Female 20 White - N

NO - 34 Male 31 White  Crim Record

OK - 35  35 White Male - CITATION - STAR BANK

NO  32 - 29 White Male - MIAMI
S  HSch friend Pros  fnd nt

OK  37  67 Male White - Lawyer - machine  003001
Health problem  sm nugget

OK VG  38  44 White Male

No - 39  54 Female White   -NOT MUCH

OK  40  40 M White

No - 41  32 W Male  UC Economics

No - 42  59 W Female

43  62 $ White  -Not To Bad
Phillipino - Nurse

No  44  30 W Male  -No word financial Difficulty

45  59 W M  -Pharmacist  OK
Lent gft Replacement

OK  (46)  M TBL 55  Bible College

No  47  40 WF

No  48  40 MW

No  49  41 MW  Bank Mgr  MP

No - 50  62 $ W

003002

NOTES - Review of Questionnaire   #6 Remove   4 BR   VENUE
3 F - 1 - M

#1 - not [illegible]                                             Ons
#7 - [illegible] - [illegible]

No     1 - NO
       2 - YES - ?)?   M W40 Key church Chem Eng - 5 Children Adopted food, shelter, security love
       3. Yes   F 41 W  Art Teacher - 1 child - Presbyterian
Knows prosecutor 4 - M 39 W   Cath. Psych. 2 College [illegible] Probable for [illegible]
Excused  5 - M 28 W  Methodist  Bank Branch Mgr  6 - Probable  College Grad - CH U.
Batch side (6) - 23 - Black - Married Nursing [illegible] - [illegible] - raped - NO - But Black
         7 - OLV - Police Officer 37 MW  Brother-in-law  - GC - 3 Children  XV-75-82
         8 - WH female 33  freelance photographer - NURSE  3 Children custodial 1/wk
         9 - White female - SL  - NO  [illegible] Heuristic - Suspects People
         10 × White male - Medical Teacher - local - Justice ??? Dave Wo.
         11  39 white female  HSch - Treasurer of [illegible] - Possible
                           Psych facts - [illegible]
✓ ────── 12. Richard Meredien - BUMP - NO  schedule
  31 MW   Pros - let them [illegible]  S
✓ NO Mackie  13 - 45 White Male  BA Liberal Arts  NO  Robbed 3X [illegible]
         Stress, Deadline  JUDGE Remove  lik
         (14) - 41 female PL  LPN  OK  married - 3 children

NO - 15 - 34 - White Male - Pine Hill  GC - NURSING - NA Bad
         Probable - West Side Lockout.
NO - 16 - NO - Can BAT /Security [illegible] But
FINE (17) - 66 WM - Mech Eng - Retired  3 Children 31,39,41
NO - 18 - female 49 White - Teacher - will not listen to Psych

NO - #19 47 FW  PMJ Deputy Sheriff  Female While  Swls - is psychiatric
         Disability - 94                    exposed to [illegible]  Probable ???

         #20  64 - White  → Possible - Eucharistic Minister

         21 white female  SL  - Religion - Psych - Chem Bible Study
                                                Possible

003003

*Objections to mitigators Closing by State & Jury Instructions*

Obj to MP argument — Leyman trial. Showing Key? Hope

③ Instruction — plegir 2 Cts
                              3 Specs

④ 2929.03, No Requirement — jury Unanimously find proof beyond a reasonable doubt

JOE — object to prior q Me,
Scale — Begging for his life

① Ask for mist— Disregard Reference a Argument as to How Victim killed. Two- Mental anguish that are not aggravating circumstances
STATE v COMBS 62 Oh St 3d 278 (1991)
② Obj to Pros comments re why didn't take stand ~~say not~~ under oath
Ask Jury be instructed by Rt to make unsworn Statement

When Moses comes off Mtn & sees the evil not full,
Gottlieb a non exception of innoculation

003004

Others
   LK - not sentenced yet.  Not Death

JH  53 yrs


Made it up
Didn't know what to do

Instruction

- Cooperation
- Remorse
- Alcohol Drugs
-
- Somewhere wheels fell off
- if we can't help 15y-old / 20y-old
  they why do we have problem

- Read Statute     { Jury must unanimously find, by proof beyond a
                     reasonable amt- that Agg Circum of offense - form
                     guilty of committing - outweigh mitigating factors.}

- Death - Not always appropriate
             eligibility
       Life - Parole after 20                    10 625
10/19/04                                          10 625
Age 20  Life - Parole eligibility after 30       + 3 gun Spec
                20        30         Death not always appropriate
               +10       +10          DAY FOR DAY
               +10       +10           20        30
                +3        +3           +3        +3
               ___       ___          +10       +10
                43        53          +10       +10
        Age 63       Age 73
                                                003005

Clinical Psych.   Dr. David Chiappone
NAME — How Ed — How long

IDed PhD
licensed 1973
NCRT

CREDENTIALS — Dr — what kind of degrees

Member — of professional organizations

Testified in Ohio before — # of times

Knew Lee Moore Jr.

See Dr — Oct 04

Please speak to him
Over the last several months — have occasion to
see Mr. Moore at HCJ, Lucas —
How many times
Conduct various interviews + evaluations
assisted by staff — medical history, character +
background of Lee Moore
Review test results

p 2 - top
very polite
calm, clear
responded clearly
thoughts interrelated — Appearance — How did he appear — Prepared
unusually prepared — Aware of circumstances / time incarceration
Cooperative — Voiced — fail to cooperate
Determine IQ — Range of intellectual ability

Emotionally — how did he appear
thoughtful
memory
no difficulty cleared thoughts
Able to communicate — express himself

Based on interview — determine where he was born + raised
# of brothers + sisters          C in TI

DOB
10/19/74
age 30 — Had Father    Had Mother
at time of birth — Both parents Working?
Throughout childhood — parents when
Later Mother + Father Divorced

003006

*[Handwritten notes]*

Day)

DIVORCE  Lee - 6
Lee appears to love mother & father

Visitation)  How did Divorce affect Lee - deto mined
            After divorce - who did Lee reside w/
                          - what kind of contact w/ father

Family System)  After Divorce - MOTHER CONTINUE TO Wk
Spoiled)
            Effect - Absence of father in household
                                        NO GUIDANCE     School
Protection in    What kind of household - strict discipline
part of family   Mother-raised            Religion/freedom  what kind of
mountains                                 Play sports -    if he was bad
Difficult to understand
very unpredictable
        How was Lee treated in Home
                - Allowed to play sports
                - Sheltered
                - Well cared for - protected


        Lee - School. How did he do
no rivalry w/   early years              pre-grades D's
other children  4th Grade
                Adolescent years -  bored, bullied - picked on

Speech          LEE'S SIZE - family indicate small
impediment      Picked on because small + well cared for
                    well dressed - religious  As he was older -
            Teased  explains why well cared for  hanging w/ young kids
                    why did they pick on                          why
            Eventually retaliated -


p3 - Grades in School
     Held back - 4th & 9th

School
grades dropped off – why
wrong crowd
MARIJUANA – Alcohol
DID NOT ATTEND – Dropped out

ANY EXTRACURRICULAR ACTIVITIES
SPORTS –

ET – tried – few months

During these 10-12 teen years – till dropped out of
School & lived
LIVING W/ WHO – [FATHER?]
what kind [of] environment w/ Father
– DISCIPLINE
– Father – insist upon [work?] & School
– Supervision

P4 — Substance Abuse – What substances Mary, Beer
Alcohol (6
Between school using
– Age - When started (15)

– [Lubricate?] – Why
What effect – personality change
financial difficulties
Blackouts
[long-term?]
Determine to be Drug or Alcohol dependent
effect: May [ie] alcohol – individual
How affect one's thinking
effect upon one's concentration
Memory
affect one's inhibitions
ability to control inhibitions

003008

5'10"
140

Substance Ab___

??? — weapons
→ Incident w/ brass knuckles - Any understand or explanat.
as to why use weapon

Should) IQ, SD of AVERAGE
Intellect — intellectual capability
the role — structured environment

overall
GUIDANCE GROWING UP
ANY SENSE OF DIRECTION
GOALS
CHILD — Teased - Bullied, overprotected
-ADOLESCENT - Wrong Crowd
SUBSTANCE ABUSE

HAS HE UTILIZED POTENTIAL
Re

REVIEW 7 Jail Records
Hm adjusted
Problems
Handled messes all well
Create by productive

Reviewed 26 boxes
Him le came to write
Appear to have remained
A protein
Anonymously

Locked up since
Jan 1954

potential
unrealized
life gradually
worse

When you last reviewed him more
appears to believe any system
explain

009

11/21/94
10:35 - 3:20 PM

Review inst-actions - Profile
Photos - VG

11/21/94  10:35  Opening
Ire Dele..s - LCEs AggM

9:w Discuss Instructions
10:30 Instructions

Weighing process — Read Statute

Must Find UNANIMOUSLY - ProfLrgn Reason'l Doubt

If you have reasonable doubt that Agg. C- outweighs Mit factors.
if not convinced - Small Pent
Then Shubert

[ TIM DEARDORFF
   Opening

[ 3 vols never - Evidence - Admitted - Rees

[ DTJ  Direct of DC            [ Expert of Defense
  EVER Been involved            Prepare - Assist
  where Psychological
                                Thorough Approach by Ct - Vacuum w
                                doses,        Pros & Ct
                                proceedgs - Request

— MEMORY - AVERAGE
   - Effect of Mary & Alcohol
   - Unusual - prison would remember        000010

Nothing as to Given                         DC - indicated Lee made up story
                                            about dropping Wallet - Shutman be
                                            cause he didn't want him to ID
Effect - high good
                                            asked Lee - he said made up story re dropping wallet - he
                                            not deny je told DC he made up story - asked him what was fired
                                            he - denied he admitted when Welby ... "/43"

MOTION EXHIBITS / EXHIBITS?? Trial Exhibits

D, Cr - indicated it was the party dropping the wallet that was made up

Direct by TD

MICHAEL McDANIELS - Springfield Township
familiar w/ LM
Shane border - around corner
Met Mike - 1968 - Gen Motors
26 yrs    Day shift - Night Shift
1982   8 yrs old
Mother - DIVORCED
         McD - older son - younger son
Coach.
Smallest - introverted

D's #1 } Photos
  -2 }
School - Central Baptist
less contact w/ children - neighborhood

JD shift   Could observe - kids beating    never put up a fight

Co-picked on - regular basis - pull kids off - Lee not fight back
fighting - got worse - escalated - 7th gr
Picked on on bus - nice clothes
Stopped several fights
LM - easy mark
Why - asked about - doors

17 - Lee given properly
Lee liked - Krogers           took like Alle-walk routes

Robbed - Surfton Commons - Krogers (16)

003011

24/3/45        Sm:                                    Found him guilty
                                                      do not believe was accurate

   Why any target
      older sisters
   Georgia — Lee wanted to play, not allowed
              over-protected Lee was the baby
   Brass knuckles
      several told going to get Lee in morning

   bothered him he could take so much & not look back
   not violent — eel people beat him up

   Lee — big brother to McD's younger son

   Lee — stopped fight — Lee had been a victim —

Def Ex 4     3 - 9 - oppressible 5
       3     4 - 12 - church
       4     5 = 13 - proud of jacket — Collection of Hats
       5
           Child in fear

         ⎧ Remorseful — very much so
         ⎨   unhappy + uneasy,
         ⎩   ashamed of himself
         Never should have been in position he was in
         ─────────────
         TD — Robin Thrasher — Golf-Mann.
              Baby brother — She is 031
              7 n 8

         No tuning — Mother — why    Problem w/ Alcohol — father-in-law

              Sorry & Remorseful

003012

Shaw letters
to key

Mother —
Georgia Moore

Depo Exp'd

About 5th G.

L.M. statement
Move Exhibits — All Admitted
MP Closing
Tryin - Jury
P-os
Defense Counsel
Family

when They put behind Wall

remember

MP Closing
— Victim - On
laying in ?

① I know why they went to Fairfield
TD
talk about being stunned
② - Shooting to head - bones shattered

③ KNEES - Close                        - took his back there
                                        - didn't know what else
                                          to do w him
④ AHy ? t-get                          - But nothing about
JURY INST                                 afraid he will ID.
① Obj comments Pros not speculation
② Obj - " - " re answers statement
③ Obj ask Meyer - Ct jud + Specs
④ Obj act lack y unconvinc

003013

# OPENING

**TESTIMONY** — Statement is not evidence
will not comment in brief / what M.D. says — judge says no evidence in trial

*(feel of case, trial phase)* Opening — Above — reviewed evidence — will hear

— end of this trial — look for to listen to the evidence

*Jan 14, 1994*
State required to present evidence — prove all of the elements of Agg M — 3 cts of Agg R — Agg Robbery, kidnapping

*5 ct indictment*
Charged seriously in incident — Gun Spec (pros shooting)
(pros of several jury verdicts Gen'l)

In presenting this case — we will not challenge the majority of the State's evidence. This is not a case of Mistaken Identity — try to pull the wool over your eyes — play some kind of "game" & "pony" — They've got the wrong man — Lee Moore wasn't there — We have an alibi

*Lee Moore never denied that he was involved in OD*
*See Faulkhaw Jr at —*
*p. 130*

And Ultimately you will find that many of the evidence, this objective evidence is pretty straight forward. We will not dispute that on Jan 14, 1994 Meiver Oleary's car was taken & ultimately the man was shot — his credit card was used to purchase items — We don't challenge their experts

But we ask you to listen to the case & judge ti in accordance

Evidence will show — 3 people involved — of the three 2 will not receive death penalty for their involvement.
Charged w/ Same Offense, Convicted of Same crime, Agg M, but will not receive death penalty

Evidence will show — on the terrible night Lee was CK & F — at — Two places . They had been drinking beer — Gin — at Smokey Margaritas

They decided to steal a car.
From that point on, this nightmare, for both, the man who was killed & his family, as well as for LM + his family

003014

~~But~~
Leo v Joan -D- we up to Hamilton Fairfield Area
Saw M. O.
I don't dispute that -        LM - had gun - don't dispute that

But I ask - you to listen to the evidence
That evidence will show that Lee has a gun
but it will also show that He held gun - He did not mean to
shoot anyone,     the gun accidentally went off
That he had been drinking, something, he punched & the
gun went off

- because he punched     because he claimed this shooting
was an accident    - He told the police it was an accident. He told
There is a real question as to whether this shooting was purposely
no - result of pre- calculation & design

Evidence will show it was an accident
            not pre calculated & design   not purposely
No Specific Intent

√ This is necessary for Agg M

LM may be guilty of something - but may not be Agg M

But as you - I ask you to wait & listen to all of the evidence
Keep v open mind, do not let emotion/passion control you
do not make up your mind until you've heard all
of the evidence

003015

JURY
EMOTION
DUTIFUL SOW

- IRRELEVANT
- Inflammatory - OBJ -
  - knock-out matter - Does events
  - Sickly look sad - What happened
  - dry

Opening by Joy

JTT Foreman

HUNTING - JRP

execute planned shooting victim in need
bragged about this

OPENING BY DJ

DIRECT NOAH DUNGER

Shores only one

EX $1
Photo 2
San
age 53

$31)  Stipulation ① - Go to Weather Rpt
       ② Photo $1 - woemi mas ob $21,002)

1
21 } Stipulate
22
23

Charlotte James      Payroll Accounting
Knew 5yrs           - good friends
Butler Co 30yrs     Prix to Illinois
Sew                 family to - Mall

$15 - just entered GINO'S        only ln 15 minutes
$16 - Buck entered               TIME OF DEATH  JD
                                 9-15  9-30  9-45
                                 arrived 9-10 - 9:30

003016

$15 Gands  DON GARRETT
$16 blounge   Fairfield - Missing Person Rpt, Showed people photos
              Saw MO

$2L  Gold Necklace  → NORANO
     Gold Bracelet

$24  Photo line up

           — GAIL Thomas at JCPenny - Fine Jewelry      — Testify before
             N. Gate   Jan 1 '94 - Jan 15th              — other told
             See credit card of MO                        — other people
             gentlemen — Came in to purchase Necklace & Bracelet
             Step-lad - by
             w/ others — 1 other — Describe
             Through Dept - upstairs back down

           $26 - Necklace & Bracelet   $137 + tax

  Sales Recpt
  26-C    $26-C. sales receipt        Saw Dy write - Present when wrote
                                      She asked if it was his card, he indicated it was his father's — & then wrote J

         $04  other person present
              young black male

         DAN RINGLE — part time - jewelry - sales
                     Worked on Jan 15th
  $25  Gold Nugget Ring $260  Dy purchase Ring — Tri-City
  25 prelim          Saw group / photos — Michelle Bottom
              — alone - w/ young Bl 15 Nugget Ring
              came in together - left together

Krista McKinney — JC Penny Tri-City
wh - Lazarus — Miami Univ - Hamilton
Jan 1994 -- fine jewelry - JC Penny

JD - Neg

Necklace $27 / teller or enabler - not in
27a - receipt
843.99    799.00 w/o tax

ID from photo line-up
w/ someone else -- older - real quiet - younger

John Jennison - loss prevention officer - JC Penny Tri-City
1/15 - Sat

$2 - Rea Blue Taurus  Went int to jewelry - Brief description
NMN 685            Observed 2 people

2 male black            Hoods, Snow caps
in teens - in late teens  Starter jackets - Pick of jewelry on nose

followed int D's - behind Blue Ford Taurus - open trunk
Both together   put purchases in
CONVERSE
BOTH IN CAR   E...ved int credit card

L2
JASON - HOLMES - AggM
JASON   Testified t/...
Hol...

RIGHT WAY & NO THINKS

Robert Bennett
    Fairfield twp - Missing Persons Rpt

                                                                Fairfield Fred
                Went & talked to father                          JASON HOLMES
        18th searched 7 Hill area                                Agg Murder
        19th running known associates

                                            Took into custody at McDonald
        Followed Co        , Lee Moore Jr
        Drove Z Co.

    [extremely cold, lot of snow & ice]
        LR-passenger side unlocked
        Nothing unusual - Demeanor - Seemed calm
        Very calm - did not resist in any way

Clarify statement     Present at statement being recorded
where this            at adult room
        Not aware - un-cooperative
                                            B will be
        Present when clothes taken - T-Shirt - Warm-up
                Shoes taken - Had socks on
        Socks - pants + coat

    — Transported downtown — not given shoes

003019

*[Handwritten notes, partially legible:]*

Review Transcript — Arrested & [illegible]
[illegible] — Same ting — [illegible]
Arrested 1/20/94

Trial 1:30 — Saw in Holding — Clothes — sweatshirt, pants, gym shoes
     5:30
Arr on 1/20/94 — Saw Holding Cell — TIME
arrived 6:10 pm — at time arrested

Officer Dennis — involved in some investigation
see him at Mt. Healthy

#13 Photo [illegible] Burgundy — Present when [illegible]
Ft [illegible] — ~ 12:00

ARMONTROUT
#t gold necklace — sweat shirt — T-shirt
                                      Lys — Bar-Chester
Blanket — Jail Cell    Cole — pt    Gym Shoes

                                                      — Coope. atm
#27                                                   — Bar. Chester Upper 10-50
necklace    308 Clothing                              — Lys 12:00
McDevitt    Lee Moore
            Hat, Black T-shirt
            Sweat Shirt

#3 Photo
#94 — Bl [illegible]