Ed Roberts   Feinfeld - Detective
   interviewed LK

B12 Polaroid Photo - Jason Holmes
A/D to Lee Moore - Polaroid

Went + found Body

D.4 - Photo of Scene
D32 - Close up
Photos
   30 - After Sweppe snow away
   7 - Body in Restony
   9 - Photo Snow sweeped away
   22 - Photo Body - Swept Snow Away
   8 - Photo Cover of Body - Snow Covered   - Present When Taken
   6 - aerial photo                              Dust
       west of Bldg

   CROSS by TD
      re interview LK - did interview LK
      Asked if unlikely Truthful
      His Story changed or story continued
      LK changed
      JH changed

   Jim MURRAY
   1/20/94 - 8-9:00 PM - Area photographed
   42           with aerial Photos
CROSS BY TD
   DISTANCE
      Photo D 89 - Wall + Dumpster
                Very Narrow - less than 36"
         Wall more than shoulder width

003021

Somerview - had to have Dumpster - removed
Did measurements for deg. on - Dumpster - had been moved
Never exact measurement

DAVE Feldhaus
   Called to crime scene

PLAY TAPE #1 FILE   Deep breaths
                     Pause -

GARY SUSL    J5  J5g
              NUGGET RING / Picture

RAY MORANO                              When 1/21/94
G6A    GUN Stiletto Knife L. Boy's fur    N 12:00 Noon
26B    Bracelet Necklace                  specialist dr.

Telling the Truth
found Bracelet    Julie's - Search Warrant GUN
                   357 Revolver -

LARRY KINLEY
16    3/7/78 - DOB
1/14/94, 15 y.o.  - Aiken H. Sch.  - des. Diseert - pulls
Model airplanes - Babysit cousin, neighbor kids
We went H together - Jason Holmes, Cameron Callery
I was 16   Friday Jan 14th babysitting cousins -
Aunt's pl - Mt. Healthy Drive in  Children d. 3
Sewing Camera through Drive Thru - N 6 - 7:30 - Marion Tai-man
Lee Moore - Jason up to Dr - He told ran b/as -
c Dr - grabbed jacket
       talked to Lee - his to store
       wanted to go to store           asked Whim as sandwich

003022

said was Uncles
Picture — Mom
Him + Joan — saw Mar. co —  Lee told
Lee robbed — pushed me to passeng. side — got out that
ID gun — on hip/top
not first time saw — brought out before — wh before

I never thought he killed any body

Ca — panell, fat wheels — rims
Go to showground — down two, d Beale

p6 — He suggested Winton Terrace

(why kill man) when Jim — ca — w him
He said fuck him —
Tim and nothing — We're not going to get caught for it
J didn't have anything to do with — don't win

Could not pee
Heard telling man —
Heard begging — Lee said Man said mmm stop
such — he could have everything

Slammed trunk — jumped back in car
Lee laughing — See his dome get shot off, see his
brains on wall

Did not know — drive to Cummmsville to shoot Man

Illinois — Pro lived they have been Michigan
suggested

SBI snatched — killed others lived w him

003023

Charged w/ Agg Robb., Agg. M. Kidnapping

Min Sentence - Life w/parole 20 yrs        NO NEGOTIATIONS
                                                    ???
                        + 3
                        + 10 - 25
                        + 10 - 25

If cooperated - would help you - JUDGE WINKLER +
his LAWYER - Kenneth Lawson

Baby sitting 1/14  Angel  3 Kids

- Didn't skip - Just didn't go

Ailaine Huddley - baby sitty - P saw Lee G.W./M in
Ct. Yard → Hawkins G.W. -  in Hend 9:45 - had been
gone 45 minutes            (Aliysaud Young - left
Back from shooting - 9:45     her at 9:30 pm)
- Man - really don't know what time - His clock 9:45
don't smoke dope - Smoking - no

d. Ca. 15 to 20 minutes

It gave keys   windows - not open
               engine was running, Trunk up
               Stereo come on - Lester & tops
         McRoyD - RAP MUSIC - not all that loud
undecided - drums - Musical instruments
I can hear what he said
     Arrested - Thursday - McDonalds
- Smoking - MARIJUANA
 you - got back

Crossby TBJ LK
wet/smoking M while babysitting
boy arrested – Not smoking at all
Another – school day – snowing, too cold

– Admits – Missed school

McDonalds – N Health – Sgt Roberts – Det Ed W Williamson
Gave MIRANDA warnings – wouldn't let make phone call
he asked to call his aunt
P.Off. talk about MOA – credit cards

Made up stuff to police scared
going straight to Pam interview
Lee told to call Angel he got caught w/ dope friend
Several times told got for credit cards

Told wasn't his own credit cards – scared – say anything

Jason – busin??? – knew he went to Fairfield
Saving for our Black ??? – fair boy
because he had to go in front of Judge Winkler for his own
sentencing

Back from Cummingsville. Lee bought 2 40's

Lee got out of ???? – day before arrested

They wanted D Lea – I was guilty –
asked to use phone
Aunt arrested – with Jason & Aunt
Statement – his mom – read over it

— Not all of statement is true

- I suggested Winton Terrell - said cause that is what police wanted to hear - on Stand - didn't say that
  Didn't know Mom in Trunk -

[ Didn't see gun go off

  Today telling truth
  Before - spoke w/ Pro
           spoke w/ Piepmeier

[ No idea Lee was going to shoot this MXN ]   NO PURPOSE

———
11/15/94  Bill Schrand     firearms examiner - May, 1971
9:20             in 77 - became senior examiner

         examined firearms

    Single Action - 3 Cts -      Double Action - 9 Cts

    Sack of potatoes  - low forage-         Transp- bar
    operable firearms

    Did not prepare photographs

    at least 6" - no more than 30"

    Size of Pattern 7½" in diameter

003026

VIDEO TAPE DEPOSITION OF DOCTOR

Position of bullet as to location gun + body
# of Variables, Position deceased, head of deceased,
position of gun

LIVIDITY - consistent w/ Position of Body

Cause of death - gunshot wound of head

— Photo #21, can't tell he took    Abrasion on Nose
                                    of face / backward
                                    Can not exclude suppose
                                    at time body fell
                                    if fell back ward - How do
                                    abrasions get on nose, leg

Position of Body prior to shooting
   Can't - difficult to give estimate
   Can not tell position he was in at time he was
                                        shot
CAN NOT SAY  —  It would be difficult to
                give an estimate

Caliber of projectile - No slant

upward path                     Come-
                                - upward path - could
                                  not be kneeling
                                - fell backward due to
                                  abrasions on nose
                                - What does make sense is
                                  if both bent over - indicate
                                  gun at ground level - Want it

003027

```
1 - No Obj
2 - No Obj  Ford Taurus
3        "      "
4 - Aerial Blings
    St. cody admitted
5 - Diagram of scene - admitted
6  small photos  - Photo Id
by
7. Obj -  adm
8 - No Obj
9  Obj
10 - Polaroid of Def - Bow Chested  ID by Feldman
                Admitted
11  No Obj                        27 - Necklace
12  No Obj                         " 9  recpt
13  No Obj                         28
14                                 29 - GUN
15  Photo of Lungs                 30 - VIDEO TAPE
16   "    "                        31 - Stipulates
17 - Rene Obj
18  Signed Statemt - No
19 - Transcript - Not Admitted
20 - Photo - Dumpster Removed  } Not Ad
22 - Photo - Dumpster Not Removed }
21 - Head Shot
23 - Colo. Head Shot
24 - No Obj
25 - Ring  No Obj  ) in
25a - Photo        ) one
25b - receipt      )
26 - Necklace  Morris
     Bracelet
26a - Photo } Jewelry Box
    - Photo }
26c -
```

003028

STATE RESTS

SIDEBAR Rule 29
Defense Rests    Re-New 29

Closing - Mark P.

Elements Kidnapping
         facilitate commission of felony - Agg Robbery
Ct 5 - Kidnapping
    GUN SPEC

Agg Robb              Theft offense    Armed w/deadly weapon
  + Gun Spec

Ct 1 - Agg M - purpose · prior calculation & design

Ct 2 Agg M  Felony Murder
_____

2:45 - Phone Call

3:15 - Verdict Read

Motion

Open / Close

Guilty Ct 1 -            Ct 3
        - Spec 1        Spec 1
Kid     - Spec 2        Spec 2   principal offender / pre-calculation
Agg Rob - Spec 3        Spec 3              & design
firearm - Spec 4        Spec 4
         Ct 2            Ct 4
       Spec 1          Spec - firearm
       Spec 2          Ct 5 - did not release
       Spec 3          Spec - firearm
       Spec 4

003030

Mark E. Piepmeier, 0006894P
Assistant Prosecuting Attorney
914 Main Street
Cincinnati, Ohio   45202
513/632-8534

CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was served upon each party or attorney of record in the proceedings for each party by personal delivery on the _____ day of _____, 1994.

Mark E. Piepmeier, 0006894P
Assistant Prosecuting Attorney

003031

JAN 1994
GREATER CINCINNATI AP
NAT'L WEA SER OFC
GREATER CINCINNATI AIRPORT

INQUIRIES/COMMENTS CALL
(704) 271-4800

BOONE COUNTY, KENTUCKY

# LOCAL CLIMATOLOGICAL DATA
## Monthly Summary

ISSN 0198-392X



LATITUDE 39° 03' N   LONGITUDE 84° 40' W   ELEVATION (GROUND) 869 FEET   TIME ZONE EASTERN   93814

JAN 1994 GREATER CINCINNATI AP

| DATE | TEMPERATURE °F |||||  DEGREE DAYS BASE 65°F ||  WEATHER TYPES 1 FOG 2 HEAVY FOG 3 THUNDERSTORM 4 ICE PELLETS 5 HAIL 6 GLAZE 7 DUSTSTORM 8 SMOKE, HAZE 9 BLOWING SNOW | SNOW ICE PELLETS OR ICE ON GROUND AT 0700 INCHES | PRECIPITATION || AVERAGE STATION PRESSURE IN INCHES ELEV. 877 FEET ABOVE M.S.L. | WIND (M.P.H.) |||| PEAK GUST || FASTEST 1-MIN || SUNSHINE || SKY COVER (TENTHS) ||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MAXIMUM | MINIMUM | AVERAGE | DEPARTURE FROM NORMAL | AVERAGE DEW POINT | HEATING (SEASON BEGINS WITH JUL) | COOLING (SEASON BEGINS WITH JAN) | | | WATER EQUIVALENT (INCHES) | SNOW, ICE PELLETS (INCHES) | | RESULTANT DIR. | RESULTANT SPEED | AVERAGE SPEED | SPEED | DIRECTION | SPEED | DIRECTION | MINUTES | PERCENT OF TOTAL POSSIBLE | SUNRISE TO SUNSET | MIDNIGHT TO MIDNIGHT |
| 1 | 2 | 3 | 4 | 5 | 6 | 7A | 7B | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 01 | 37 | 27 | 32 | 3 | 28 | 33 | 0 | 1 4 | 1 | 0.03 | 0.1 | 29.070 | 20 | 13.1 | 13.9 | 33 | SW | 20 | 21 | 0 | 0 | 10 | 8 |
| 02 | 36 | 33 | 35 | 6 | 32 | 30 | 0 | 1 | T | T | 0.0 | 29.105 | 02 | 4.9 | 6.7 | 16 | NE | 12 | 05 | 0 | 0 | 10 | 10 |
| 03 | 34 | 30 | 32 | 3 | 30 | 33 | 0 | 1 | 0 | 0.11 | 1.2 | 28.900 | 03 | 11.3 | 11.7 | 24 | N | 16 | 01 | 0 | 0 | 10 | 10 |
| 04 | 30 | 18 | 24 | -5 | 20 | 41 | 0 | 1  9 | 3 | 0.24 | 3.1 | 28.860 | 32 | 10.8 | 12.6 | 28 | N | 17 | 33 | | | 10 | 9 |
| 05 | 29 | 23 | 26 | -3 | 22 | 39 | 0 | 1 | 4 | T | T | 29.160 | 21 | 4.8 | 9.6 | 20 | W | 15 | 26 | 0 | 0 | 10 | 10 |
| 06 | 39 | 27 | 33 | 5 | 32 | 32 | 0 | 1 | 3 | 0.22 | 0.0 | 28.895 | 17 | 8.0 | 8.9 | 16 | S | 13 | 18 | 0 | 0 | 10 | 10 |
| 07 | 38 | 14 | 26 | -2 | 27 | 39 | 0 | 2 | T | 0.03 | T | 28.990 | 31 | 9.3 | 10.3 | 23 | W | 15 | 28 | 0 | 0 | 10 | 10 |
| 08 | 18 | 5 | 12 | -16 | 4 | 53 | 0 | | | T | T | 29.290 | 25 | 11.9 | 12.1 | 28 | W | 18 | 26 | 147 | 26 | 5 | 4 |
| 09 | 28 | 7 | 18 | -10 | 10 | 47 | 0 | | | 0.00 | 0.0 | 29.560 | 20 | 2.6 | 5.4 | 12 | SE | 9 | 09 | 328 | 57 | 3 | 3 |
| 10 | 35 | 17 | 26 | -2 | 16 | 39 | 0 | | | 0.00 | 0.0 | 29.530 | 14 | 8.4 | 9.4 | 21 | SE | 14 | 15 | 4 | 1 | 9 | 9 |
| 11 | 45 | 33 | 39 | 11 | 28 | 26 | 0 | 1  6 | | 0.20 | 0.0 | 29.400 | 19 | 5.0 | 8.5 | 22 | S | 13 | 19 | 111 | 19 | 9 | 10 |
| 12 | 38 | 34 | 36 | 8 | 35 | 29 | 0 | 2 | 0 | 0.11 | 0.0 | 29.150 | 28 | 2.2 | 7.2 | 15 | NE | 12 | 22 | 0 | 0 | 10 | 10 |
| 13 | 37 | 27 | 32 | 4 | 31 | 33 | 0 | 1 | 0 | 0.03 | 0.4 | 28.950 | 29 | 6.4 | 7.0 | 18 | NW | 12 | 34 | 0 | 0 | 10 | 10 |
| 14 | 28 | 2 | 15 | -13 | 5 | 50 | 0 | | 1 | 0.04 | 1.0 | 29.000 | 30 | 11.7 | 12.2 | 25 | W | 16 | 29 | 181 | 31 | 8 | 6 |
| 15 | 2 | -7 | -3 | -31 | -13 | 68 | 0 | | 1 | T | T | 29.380 | 28 | 10.2 | 10.6 | 22 | NW | 16 | 30 | 166 | 28 | 9 | 6 |
| 16 | 21 | -9 | 6 | -22 | -2 | 59 | 0 | 2 4  6 | 1 | 0.24 | 1.2 | 29.430 | 14 | 6.9 | 9.2 | 25 | SE | 16 | 12 | 144 | 25 | 10 | 7 |
| 17 | 32 | 0 | 16 | -12 | 14 | 49 | 0 | 1  6 | 5 | 0.38 | 5.3 | 29.100 | 26 | 8.2 | 11.5 | 24 | SW | 17 | 21 | 60 | 10 | 9 | 8 |
| 18 | 0 | -20 | -10 | -38 | -18 | 75 | 0 | 1  6 | 7 | T | T | 29.450 | 28 | 9.6 | 10.0 | 26 | W | 17 | 26 | 319 | 54 | 8 | 6 |
| 19 | 0 | -24* | -12* | -39 | -17 | 77 | 0 | 1  6 | 7 | 0.00 | 0.0 | 29.640 | 18 | 4.5 | 6.6 | 13 | SW | 10 | 13 | 224 | 38 | 7 | 6 |
| 20 | 15 | 1 | 8 | -19 | 0 | 57 | 0 | 1  6 | 6 | 0.03 | 0.6 | 29.650 | 04 | 3.0 | 5.8 | 10 | NE | 9 | 09 | 340 | 57 | 8 | 9 |
| 21 | 18 | -9 | 5 | -23 | 3 | 60 | 0 | 2  6 8 | 6 | T | T | 29.620 | 21 | 6.9 | 7.3 | 18 | SW | 15 | 19 | 520 | 88 | 1 | 1 |
| 22 | 33 | 9 | 21 | -7 | 17 | 44 | 0 | 1  6 8 | 6 | T | T | 29.410 | 21 | 8.9 | 9.4 | 18 | SW | 15 | 21 | 595 | 100 | 1 | 4 |
| 23 | 39 | 32 | 36 | 8 | 33 | 29 | 0 | 2 | 5 | 0.0 | 0.0 | 29.200 | 22 | 13.9 | 14.1 | 24 | SW | 17 | 23 | 0 | 0 | 10 | 10 |
| 24 | 39 | 37 | 38 | 10 | 37 | 27 | 0 | 2 | 2 | 0.0 | 0.0 | 29.250 | 21 | 5.7 | 5.9 | 16 | SW | 13 | 22 | 0 | 0 | 10 | 10 |
| 25 | 43 | 36 | 40 | 12 | 39 | 25 | 0 | 2 | T | 0.27 | 0.0 | 29.150 | 19 | 4.6 | 5.8 | 16 | SW | 12 | 21 | 0 | 0 | 10 | 10 |
| 26 | 39 | 25 | 32 | 4 | 26 | 33 | 0 | 2  6 | T | 0.01 | 0.0 | 29.270 | 04 | 11.9 | 12.8 | 24 | NE | 17 | 04 | 0 | 0 | 10 | 10 |
| 27 | 52* | 29 | 41* | 13 | 41 | 24 | 0 | 1  6 | 0 | 0.62 | 0.0 | 29.040 | 15 | 11.1 | 13.2 | 30 | S | 21 | 16 | 0 | 0 | 10 | 10 |
| 28 | 50 | 29 | 40 | 12 | 36 | 25 | 0 | 1 | 0 | 0.64 | T | 28.820 | 23 | 11.7 | 14.0 | 31 | W | 21 | 22 | 10 | 2 | 10 | 10 |
| 29 | 30 | 26 | 28 | 0 | 23 | 37 | 0 | | T | 0.01 | 0.2 | 29.160 | 25 | 7.1 | 7.7 | 21 | W | 12 | 25 | 0 | 0 | 10 | 10 |
| 30 | 36 | 24 | 30 | 2 | 21 | 35 | 0 | | T | T | T | 29.280 | 24 | 7.9 | 8.3 | 15 | NE | 10 | 03 | 328 | 54 | 7 | 8 |
| 31 | 29 | 15 | 22 | -6 | 18 | 43 | 0 | | 0 | 0.01 | 0.2 | 29.290 | 26 | 4.2 | 7.6 | 22 | W | 15 | 28 | 2 | | 10 | 10 |
| SUM | 951 | 490 | | | | 1291 | 0 | NUMBER OF DAYS | | 3.22 | 13.3 | 29.225 | 24 | 3.1 | 9.5 | 33 | SW | 21 | 22 | 3479 | | 264 | 254 |
| AVG. | 30.7 | 15.8 | 23.3 DEP -4.8 | AVG 18.4 | DEP 147 | DEP 0 | | PRECIPITATION ≥ .01 INCH  18 | | DEP 0.63 | | | | | | DATE: 1 | | DATE: 28+ | | 18227 POSSIBLE | 19 | 8.5 | 8.2 |

| NUMBER OF DAYS |||| SEASON TO DATE || SNOW, ICE PELLETS ≥ 1.0 INCH  5 || GREATEST IN 24 HOURS AND DATES ||| GREATEST DEPTH ON GROUND OF SNOW, ICE PELLETS OR ICE AND DATE ||
|---|---|---|---|---|---|---|---|---|---|---|---|
| MAXIMUM TEMP. || MINIMUM TEMP. || TOTAL 3394 | TOTAL 0 | THUNDERSTORMS  0 || PRECIPITATION | SNOW, ICE PELLETS || | |
| ≥ 90° | ≤ 32° | ≤ 32° | ≤ 0° | DEP | DEP | HEAVY FOG  8 || 1.23  27-28 | 6.5 | 16-17 | 7 | 19 |
| 0 | 14 | 26 | 6 | 274 | 0 | CLEAR  3   PARTLY CLOUDY  3   CLOUDY 25 |||||||

* EXTREME FOR THE MONTH - LAST OCCURRENCE IF MORE THAN ONE.
T TRACE AMOUNT.
+ ALSO ON EARLIER DATE(S).
HEAVY FOG: VISIBILITY 1/4 MILE OR LESS.
BLANK ENTRIES DENOTE MISSING OR UNREPORTED DATA.

DATA IN COLS 6 AND 12-15 ARE BASED ON 21 OR MORE OBSERVATIONS AT HOURLY INTERVALS. RESULTANT WIND IS THE VECTOR SUM OF WIND SPEEDS AND DIRECTIONS DIVIDED BY THE NUMBER OF OBSERVATIONS. COLS 16 & 17: PEAK GUST - HIGHEST INSTANTANEOUS WIND SPEED. ONE OF TWO WIND SPEEDS IS GIVEN UNDER COLS 18 & 19: FASTEST MILE - HIGHEST RECORDED SPEED FOR WHICH A MILE OF WIND PASSES STATION (DIRECTION IN COMPASS POINTS). FASTEST OBSERVED ONE MINUTE WIND - HIGHEST ONE MINUTE SPEED (DIRECTION IN TENS OF DEGREES). ERRORS WILL BE CORRECTED IN SUBSEQUENT PUBLICATIONS.

I CERTIFY THAT THIS IS AN OFFICIAL PUBLICATION OF THE NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, AND IS COMPILED FROM RECORDS ON FILE AT THE NATIONAL CLIMATIC DATA CENTER

noaa   NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION   NATIONAL ENVIRONMENTAL SATELLITE, DATA AND INFORMATION SERVICE   NATIONAL CLIMATIC DATA CENTER ASHEVILLE NORTH CAROLINA   DIRECTOR NATIONAL CLIMATIC DATA CENTER

003032

## OBSERVATIONS AT 3-HOUR INTERVALS

JAN 1994  93814
GREATER CINCINNATI AP

Table columns (repeated three times across page): HOUR L.S.T. | SKY COVER (TENTHS) | CEILING IN HUNDREDS OF FEET | VISIBILITY WHOLE MILES | VISIBILITY 16THS MILE | WEATHER | TEMPERATURE AIR °F | TEMPERATURE WET BULB °F | TEMPERATURE DEW POINT °F | REL HUMIDITY % | WIND DIRECTION | WIND SPEED (KNOTS)

### JAN 1st
| Hour | Sky | Ceil | Mi | 16ths | Wx | Air | WB | DP | RH | Dir | Spd |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 3 | UNL | 15 | | | 29 | 27 | 22 | 75 | 19 | 10 |
| 04 | 1 | UNL | 15 | | | 29 | 26 | 20 | 69 | 18 | 11 |
| 07 | 10 | 85 | 15 | | | 33 | 29 | 20 | 59 | 22 | 13 |
| 10 | 10 | 40 | 10 | | RSPW | 35 | 31 | 24 | 64 | 18 | 16 |
| 13 | 10 | 31 | 10 | | | 36 | 34 | 32 | 65 | 20 | 15 |
| 16 | 10 | 11 | 7 | | | 35 | 34 | 33 | 92 | 19 | 14 |
| 19 | 10 | 7 | 4 | | LF | 36 | 35 | 34 | 93 | 21 | 12 |
| 22 | 10 | 7 | 4 | | LF | 36 | 36 | 35 | 96 | 22 | 10 |

### JAN 2nd
| 01 | 10 | 13 | 2 | | LF | 36 | 36 | 35 | 96 | 28 | 6 |
| 04 | 10 | 12 | 2 | 8 | F | 34 | 33 | 32 | 92 | 30 | 4 |
| 07 | 10 | 16 | 4 | | F | 34 | 33 | 31 | 89 | 36 | 4 |
| 10 | 10 | 17 | 3 | | F | 34 | 33 | 32 | 92 | 31 | 4 |
| 13 | 10 | 5 | 3 | | F | 34 | 33 | 32 | 92 | 04 | 6 |
| 16 | 10 | 9 | 4 | | F | 35 | 34 | 32 | 89 | 04 | 7 |
| 19 | 10 | 17 | 6 | | F | 34 | 33 | 31 | 89 | 05 | 7 |
| 22 | 10 | 27 | 7 | | | 34 | 33 | 31 | 89 | 07 | 9 |

### JAN 3rd
| 01 | 10 | 9 | 7 | | | 33 | 32 | 31 | 92 | 05 | 8 |
| 04 | 10 | 9 | 7 | | | 33 | 32 | 31 | 92 | 06 | 9 |
| 07 | 10 | 9 | 7 | | | 32 | 31 | 30 | 92 | 01 | 10 |
| 10 | 10 | 9 | 5 | | F | 33 | 32 | 29 | 85 | 01 | 11 |
| 13 | 10 | 12 | 6 | | F | 33 | 31 | 28 | 82 | 04 | 8 |
| 16 | 10 | 9 | 2 | | SF | 33 | 32 | 30 | 89 | 02 | 8 |
| 19 | 10 | 7 | 1 | | SF | 31 | 31 | 30 | 96 | 02 | 12 |
| 22 | 10 | 6 | 1 | | SF | 30 | 30 | 29 | 96 | 02 | 12 |

### JAN 4th, 5th, 6th; JAN 7th, 8th, 9th; JAN 10th, 11th, 12th; JAN 13th, 14th, 15th; JAN 16th, 17th, 18th

[Subsequent sub-tables of the same form follow on the page for dates January 4 through January 18, each recording 8 three-hourly observations of Sky Cover, Ceiling, Visibility (whole miles / 16ths), Weather, Air Temp, Wet Bulb, Dew Point, Relative Humidity, Wind Direction, and Wind Speed. Dense numerical data not reproduced in full.]

## MAXIMUM SHORT DURATION PRECIPITATION

| TIME PERIOD (MINUTES) | 5 | 10 | 15 | 20 | 30 | 45 | 60 | 80 | 100 | 120 | 150 | 180 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRECIPITATION (INCHES) | 0.05 | 0.08 | 0.11 | 0.14 | 0.20 | 0.25 | 0.30 | 0.33 | 0.38 | 0.41 | 0.44 | 0.49 |
| ENDED: DATE | 27 | 28 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 28 | 28 |
| ENDED: TIME | 0649 | 0339 | 0657 | 0657 | 0700 | 0715 | 0727 | 0745 | 0759 | 0759 | 0422 | 0359 |

THE PRECIPITATION AMOUNTS FOR THE INDICATED TIME INTERVALS MAY OCCUR AT ANY TIME DURING THE MONTH. THE TIME INDICATED IS THE ENDING TIME OF THE INTERVAL. DATE AND TIME ARE NOT ENTERED FOR TRACE AMOUNTS.

PAGE 2

# OBSERVATIONS AT 3-HOUR INTERVALS

JAN 1994  93814
GREATER CINCINNATI AP

| HOUR L.S.T. | SKY COVER (TENTHS) | CEILING IN HUNDREDS OF FEET | VISIBILITY WHOLE MILES | VISIBILITY 16THS MILE | WEATHER | TEMP AIR °F | TEMP WET BULB °F | TEMP DEW POINT °F | REL HUMIDITY % | WIND DIRECTION | WIND SPEED (KNOTS) | SKY COVER | CEILING | VIS WHOLE | VIS 16THS | WEATHER | AIR °F | WET BULB °F | DEW POINT °F | REL HUM % | DIR | SPD | SKY | CEIL | VIS W | VIS 16 | WEATHER | AIR °F | WET °F | DEW °F | REL % | DIR | SPD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | JAN 19th | | | | | | | | | | | JAN 20th | | | | | | | | | | | JAN 21st | | | | | | |
| 01 | 0 | UNL | 12 | | | 19 | 19 | 25 | 73 | 26 | 4 | 10 | 50 | 9 | | | 1 | 0 | -7 | 69 | 03 | 5 | 2 | UNL | 7 | | | 2 | 2 | -1 | 87 | 00 | 0 |
| 04 | 0 | UNL | 12 | | | 22 | 22 | 27 | 77 | 24 | 4 | 10 | 12 | 2 | | S | 2 | 1 | -3 | 79 | 12 | 5 | 3 | UNL | 7 | | | -3 | -3 | -6 | 87 | 00 | 0 |
| 07 | 0 | UNL | 7 | | | 21 | 21 | 27 | 73 | 22 | 5 | 10 | 12 | 2 | | S | 3 | 2 | -2 | 79 | 08 | 5 | 6 | UNL | 6 | | F | -5 | -6 | -9 | 83 | 00 | 0 |
| 10 | 0 | UNL | 15 | | | -13 | -13 | -17 | 82 | 22 | 5 | 9 | 85 | 5 | | SF | 5 | 4 | 0 | 80 | 09 | 5 | 1 | UNL | 6 | | ICF | 0 | -1 | -4 | 83 | 21 | 6 |
| 13 | 10 | 100 | 20 | | | -5 | -6 | -18 | 53 | 18 | 9 | 8 | 65 | 7 | | | 8 | 6 | 1 | 70 | 04 | 6 | 0 | UNL | 15 | | | 13 | 11 | 6 | 73 | 19 | 7 |
| 16 | 10 | 50 | 15 | | | -1 | -2 | -15 | 51 | 14 | 5 | 8 | 65 | 7 | | | 15 | 13 | 5 | 64 | 22 | 4 | 0 | UNL | 15 | | | 17 | 15 | 8 | 68 | 18 | 11 |
| 19 | 10 | 90 | 10 | | | -1 | -2 | -11 | 62 | 14 | 7 | 10 | 65 | 9 | | S | 12 | 10 | 4 | 70 | 34 | 6 | 0 | UNL | 10 | | | 13 | 11 | 6 | 73 | 19 | 11 |
| 22 | 10 | 55 | 10 | | | -1 | -2 | -10 | 65 | 11 | 6 | 7 | 100 | 10 | | | 7 | 6 | 1 | 76 | 36 | 5 | 0 | UNL | 7 | | | 13 | 12 | 9 | 84 | 22 | 11 |
| | | | | | JAN 22nd | | | | | | | | | | | JAN 23rd | | | | | | | | | | | JAN 24th | | | | | | |
| 01 | 0 | UNL | 7 | | | 11 | 10 | 8 | 88 | 22 | 8 | 10 | 49 | 7 | | | 33 | 31 | 28 | 82 | 20 | 10 | 10 | 2 | 0 | 8 | LF | 37 | 37 | 37 | 100 | 22 | 8 |
| 04 | 3 | UNL | 7 | | | 10 | 9 | 7 | 88 | 22 | 8 | 10 | 16 | 7 | | | 35 | 32 | 26 | 76 | 21 | 11 | 10 | 2 | 0 | 2 | LF | 37 | 37 | 37 | 100 | 22 | 8 |
| 07 | 2 | UNL | 7 | | IC | 10 | 9 | 7 | 88 | 22 | 8 | 10 | 17 | 7 | | | 36 | 33 | 29 | 76 | 21 | 15 | 10 | 1 | 0 | 2 | LF | 37 | 37 | 37 | 100 | 21 | 7 |
| 10 | 2 | UNL | 6 | | F | 16 | 16 | 14 | 92 | 21 | 9 | 10 | 13 | 7 | | | 36 | 34 | 32 | 85 | 22 | 14 | 10 | 1 | 0 | 4 | LF | 37 | 37 | 37 | 100 | 21 | 6 |
| 13 | 2 | UNL | 6 | | H | 27 | 24 | 18 | 69 | 23 | 6 | 10 | 10 | 7 | | | 38 | 37 | 35 | 89 | 22 | 13 | 10 | 1 | 0 | 4 | LF | 38 | 38 | 38 | 100 | 22 | 6 |
| 16 | 0 | UNL | 6 | | H | 30 | 27 | 22 | 72 | 16 | 9 | 10 | 3 | 0 | 8 | LF | 38 | 38 | 37 | 96 | 24 | 12 | 10 | 1 | 0 | 2 | LF | 39 | 39 | 38 | 96 | 19 | 3 |
| 19 | 6 | 39 | 7 | | | 31 | 29 | 25 | 79 | 20 | 7 | 10 | 1 | 0 | 4 | LF | 38 | 38 | 38 | 100 | 23 | 12 | 10 | 1 | 23 | 8 | LF | 37 | 37 | 37 | 100 | 18 | 4 |
| 22 | 10 | 40 | 7 | | | 31 | 30 | 27 | 85 | 22 | 10 | 10 | 3 | 0 | 12 | LF | 38 | 38 | 37 | 96 | 23 | 12 | 10 | 31 | 4 | | F | 38 | 38 | 38 | 100 | 18 | 3 |
| | | | | | JAN 25th | | | | | | | | | | | JAN 26th | | | | | | | | | | | JAN 27th | | | | | | |
| 01 | 10 | 30 | 4 | | F | 37 | 37 | 36 | 96 | 22 | 4 | 10 | 1 | 0 | 4 | LF | 37 | 37 | 37 | 100 | 01 | 7 | 10 | 4 | 3 | | ZLF | 29 | 29 | 28 | 96 | 07 | 10 |
| 04 | 10 | 19 | 4 | | F | 37 | 36 | 35 | 93 | 00 | 0 | 10 | 1 | 0 | 4 | F | 32 | 32 | 32 | 100 | 36 | 10 | 10 | 4 | 3 | | F | 31 | 31 | 30 | 96 | 09 | 9 |
| 07 | 10 | 13 | 2 | | F | 37 | 37 | 36 | 96 | 00 | 0 | 10 | 6 | 2 | | F | 27 | 27 | 26 | 96 | 03 | 14 | 10 | 3 | 2 | | RWF | 33 | 33 | 32 | 96 | 11 | 10 |
| 10 | 10 | 9 | 2 | 8 | RF | 39 | 39 | 38 | 96 | 15 | 6 | 10 | 4 | 0 | | F | 25 | 24 | 22 | 88 | 03 | 13 | 10 | 3 | 2 | | RF | 41 | 41 | 40 | 96 | 15 | 9 |
| 13 | 10 | 3 | 0 | 12 | RF | 41 | 41 | 40 | 96 | 16 | 8 | 10 | 13 | 9 | | | 28 | 26 | 23 | 82 | 05 | 12 | 10 | 16 | 2 | 8 | RF | 47 | 47 | 46 | 96 | 15 | 12 |
| 16 | 10 | 3 | 0 | 8 | LF | 43 | 43 | 43 | 100 | 21 | 9 | 10 | 14 | 10 | | | 29 | 27 | 23 | 78 | 04 | 15 | 10 | 65 | 4 | | RF | 51 | 51 | 50 | 96 | 16 | 18 |
| 19 | 10 | 2 | 0 | 2 | LF | 42 | 42 | 42 | 100 | 22 | 6 | 10 | 14 | 8 | | | 29 | 27 | 24 | 82 | 08 | 11 | 10 | 11 | 6 | | RF | 48 | 48 | 47 | 96 | 18 | 14 |
| 22 | 10 | 3 | 0 | 2 | LF | 41 | 41 | 41 | 100 | 23 | 5 | 10 | 13 | 8 | | | 29 | 28 | 25 | 85 | 07 | 11 | 10 | 17 | 5 | | F | 48 | 47 | 46 | 93 | 15 | 11 |
| | | | | | JAN 28th | | | | | | | | | | | JAN 29th | | | | | | | | | | | JAN 30th | | | | | | |
| 01 | 10 | 7 | 5 | | RF | 47 | 47 | 47 | 100 | 16 | 11 | 10 | 27 | 7 | | | 28 | 25 | 20 | 72 | 26 | 9 | 10 | 33 | 8 | | | 27 | 26 | 24 | 89 | 01 | 6 |
| 04 | 10 | 5 | 3 | | RF | 48 | 48 | 47 | 96 | 21 | 6 | 10 | 25 | 7 | | | 27 | 24 | 19 | 72 | 25 | 10 | 10 | 36 | 8 | | | 27 | 25 | 21 | 78 | 03 | 7 |
| 07 | 10 | 5 | 3 | | LF | 49 | 49 | 48 | 96 | 21 | 15 | 10 | 20 | 7 | | | 27 | 24 | 20 | 75 | 27 | 7 | 10 | 110 | 8 | | | 25 | 24 | 21 | 85 | 03 | 7 |
| 10 | 10 | 32 | 9 | | R | 44 | 43 | 42 | 93 | 24 | 7 | 10 | 20 | 7 | | S | 27 | 26 | 24 | 89 | 24 | 8 | 10 | 250 | 12 | | | 28 | 25 | 20 | 72 | 07 | 9 |
| 13 | 10 | 5 | 6 | | F | 36 | 35 | 34 | 93 | 26 | 12 | 10 | 14 | 8 | | S | 29 | 27 | 23 | 78 | 24 | 9 | 3 | UNL | 15 | | | 32 | 28 | 20 | 61 | 05 | 6 |
| 16 | 10 | 17 | 8 | | | 35 | 33 | 30 | 82 | 25 | 11 | 10 | 32 | 9 | | S | 30 | 28 | 24 | 78 | 24 | 7 | 8 | 35 | 15 | | | 34 | 29 | 21 | 59 | 02 | 5 |
| 19 | 10 | 20 | 7 | | | 32 | 30 | 26 | 79 | 24 | 10 | 10 | 23 | 7 | 8 | SW | 28 | 27 | 23 | 80 | 32 | 7 | 10 | 40 | 10 | | | 31 | 28 | 21 | 67 | 03 | 9 |
| 22 | 10 | 20 | 7 | | | 30 | 27 | 22 | 72 | 25 | 14 | 10 | 34 | 6 | | S | 28 | 27 | 24 | 85 | 32 | 3 | 5 | UNL | 9 | | | 26 | 24 | 20 | 78 | 03 | 6 |
| | | | | | JAN 31st | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 01 | 8 | UNL | 10 | | | 22 | 21 | 19 | 88 | 35 | 3 | | | | | | | | | | | | | | | | | | | | | | | |
| 04 | 10 | 65 | 10 | | | 25 | 24 | 22 | 88 | 06 | 3 | | | | | | | | | | | | | | | | | | | | | | | |
| 07 | 10 | 33 | 10 | | | 25 | 24 | 22 | 88 | 13 | 5 | | | | | | | | | | | | | | | | | | | | | | | |
| 10 | 10 | 29 | 4 | | S | 27 | 26 | 24 | 89 | 21 | 8 | | | | | | | | | | | | | | | | | | | | | | | |
| 13 | 10 | 11 | 4 | | SW | 26 | 23 | 17 | 65 | 28 | 11 | | | | | | | | | | | | | | | | | | | | | | | |
| 16 | 10 | 23 | 4 | | SW | 23 | 20 | 14 | 68 | 28 | 11 | | | | | | | | | | | | | | | | | | | | | | | |
| 19 | 6 | 45 | 12 | | | 19 | 17 | 11 | 71 | 29 | 7 | | | | | | | | | | | | | | | | | | | | | | | |
| 22 | 10 | 43 | 8 | | SW | 17 | 15 | 10 | 74 | 27 | 4 | | | | | | | | | | | | | | | | | | | | | | | |

## WEATHER CODES

| | | | | | |
|---|---|---|---|---|---|
| * | TORNADO | SW | SNOW SHOWERS | GF | GROUND FOG |
| T | THUNDERSTORM | SG | SNOW GRAINS | BD | BLOWING DUST |
| Q | SQUALL | SP | SNOW PELLETS | BN | BLOWING SAND |
| R | RAIN | IC | ICE CRYSTALS | BS | BLOWING SNOW |
| RW | RAIN SHOWERS | IP | ICE PELLETS | BY | BLOWING SPRAY |
| ZR | FREEZING RAIN | IPW | ICE PELLET SHOWERS | K | SMOKE |
| L | DRIZZLE | A | HAIL | H | HAZE |
| ZL | FREEZING DRIZZLE | F | FOG | D | DUST |
| S | SNOW | IF | ICE FOG | | |

CEILING: UNL INDICATES UNLIMITED
WIND DIRECTION: DIRECTIONS ARE THOSE FROM WHICH THE WIND BLOWS, INDICATED IN TENS OF DEGREES FROM TRUE NORTH: I.E., 09 FOR EAST, 18 FOR SOUTH 27 FOR WEST. AN ENTRY OF 00 INDICATES CALM.
SPEED: THE OBSERVED AVERAGE ONE-MINUTE VALUE, EXPRESSED IN KNOTS (MPH=KNOTS X 1.15).

## SUMMARY BY HOURS

| HOUR L.S.T. | SKY COVER (TENTHS) | STATION PRESSURE (INCHES) | AIR TEMP °F | WET BULB °F | DEW POINT °F | REL HUMIDITY % | WIND SPEED (MPH) | RESULTANT WIND DIRECTION | RESULTANT WIND SPEED (MPH) |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 8 | 29.220 | 23 | 22 | 19 | 85 | 8.7 | 24 | 2.2 |
| 04 | 8 | 29.215 | 22 | 21 | 18 | 84 | 9.3 | 25 | 3.1 |
| 07 | 8 | 29.220 | 21 | 20 | 17 | 84 | 9.4 | 25 | 3.1 |
| 10 | 8 | 29.250 | 23 | 22 | 18 | 82 | 10.0 | 23 | 4.3 |
| 13 | 9 | 29.230 | 26 | 24 | 19 | 77 | 10.0 | 24 | 3.7 |
| 16 | 9 | 29.205 | 27 | 25 | 20 | 74 | 10.6 | 23 | 3.9 |
| 19 | 8 | 29.230 | 25 | 23 | 19 | 79 | 9.2 | 23 | 3.0 |
| 22 | 8 | 29.235 | 23 | 22 | 18 | 82 | 8.9 | 23 | 2.3 |

003034

NATIONAL CLIMATIC DATA CENTER
FEDERAL BUILDING
37 BATTERY PARK AVE
ASHEVILLE, NORTH CAROLINA  28801-2733

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

```
FIRST CLASS
POSTAGE AND FEES PAID
NOAA
PERMIT G-19
```

JAN 1994    93814
GREATER CINCINNATI AP
USCOMM - NOAA - ASHEVILLE, NC  550

HOURLY PRECIPITATION  (WATER EQUIVALENT IN INCHES)

| DATE | A.M. HOUR ENDING AT | | | | | | | | | | | | P.M. HOUR ENDING AT | | | | | | | | | | | | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | |
| 01 | | | | | | | | | T | 0.01 | 0.01 | 0.01 | | T | T | | | T | T | | T | T | T | T | 01 |
| 02 | T | T | T | | | | | T | T | | | | | T | T | T | T | 0.01 | 0.01 | T | 0.02 | 0.02 | 0.02 | 0.03 | 02 |
| 03 | | | | | | | | | | | | | | | | | | | | | | | | | 03 |
| 04 | 0.02 | 0.01 | 0.03 | 0.02 | 0.04 | 0.03 | 0.02 | 0.03 | 0.02 | 0.02 | T | T | T | T | T | T | T | | | | | | | | 04 |
| 05 | | | | | | | T | T | T | T | T | | T | T | T | T | T | | | | | | | | 05 |
| 06 | | | | | | | | | | | | T | T | 0.01 | 0.02 | 0.03 | 0.03 | 0.01 | 0.02 | 0.03 | 0.03 | 0.01 | 0.03 | T | 06 |
| 07 | 0.01 | | 0.01 | T | 0.01 | | | | T | T | | | | | | | | | | | | T | T | | 07 |
| 08 | T | T | T | T | T | T | T | | | | | | | | | | | | | | | | | | 08 |
| 09 | | | | | | | | | | | | | | | | | | | | | | | | | 09 |
| 10 | | | | | | | | | | | | | | | | | | | | | | | | | 10 |
| 11 | | T | T | T | | | | | | | | | | | | | | | T | T | 0.03 | 0.02 | 0.06 | 0.09 | 11 |
| 12 | 0.05 | 0.03 | 0.02 | T | 0.01 | T | | | | | | | T | T | T | T | T | T | T | T | T | T | T | T | 12 |
| 13 | T | T | T | | | | T | T | T | T | T | T | T | T | T | T | T | T | T | T | T | 0.01 | 0.02 | T | 13 |
| 14 | T | T | T | 0.01 | T | T | T | T | T | | 0.01 | 0.01 | 0.01 | T | T | | | | | | | | T | | 14 |
| 15 | T | T | T | | T | | | | | | | | | | | | | | | | | | | | 15 |
| 16 | | | | | | | | | | | | | | | | | | | | T | T | 0.05 | 0.03 | 0.06 | 0.10 | 16 |
| 17 | 0.07 | 0.03 | 0.02 | 0.03 | 0.05 | 0.04 | 0.07 | 0.03 | 0.02 | 0.01 | 0.01 | | | T | T | T | T | T | T | | | | | | 17 |
| 18 | T | | | | | | | T | | T | | | T | T | | | | | | | | | | | 18 |
| 19 | | | | | | | | | | | | | | | | | | | | | | | | | 19 |
| 20 | | T | T | T | 0.01 | 0.01 | T | T | 0.01 | T | T | | | | | | | T | T | T | | | | | 20 |
| 21 | | | | | | | | | T | T | T | | | | | | | | | | | | | | 21 |
| 22 | | | | | | | | T | T | | | | | | | | | | | | | | | | 22 |
| 23 | | | | T | T | T | T | | | | | | | T | T | T | T | T | T | T | T | T | T | T | 23 |
| 24 | T | T | T | T | | | | | | | | | T | T | T | T | T | T | T | T | T | T | T | T | 24 |
| 25 | | | | | T | 0.02 | 0.01 | 0.05 | 0.06 | 0.04 | 0.02 | 0.01 | 0.02 | 0.02 | T | 0.01 | T | T | T | T | T | 0.01 | T | T | 25 |
| 26 | 0.01 | T | T | | | | | | T | T | | | | | | | | | | | | | | | 26 |
| 27 | T | T | T | | 0.01 | 0.01 | 0.26 | 0.15 | 0.05 | 0.04 | 0.02 | T | 0.01 | T | T | 0.02 | 0.02 | 0.01 | T | T | | T | 0.02 | T | 27 |
| 28 | 0.06 | 0.10 | 0.20 | 0.19 | 0.07 | 0.01 | T | T | 0.01 | T | T | T | T | T | T | T | T | T | T | T | T | T | T | | 28 |
| 29 | | | | | T | T | T | T | T | 0.01 | T | T | T | T | T | T | T | T | T | T | T | T | T | T | 29 |
| 30 | | | T | | | | | | T | T | T | T | | | | | | | | | | | | | 30 |
| 31 | | | | | | | | | | T | T | 0.01 | T | T | T | T | T | T | T | T | T | T | T | T | 31 |

003035

# EXHIBIT LIST
## STATE - VS - LEE MOORE
### B9400481

1. PHOTO MELVIN OLINGER
2. PHOTO REAR VIEW OLINGER FORD TAURUS W/ LICENSE MNM 685
3. PHOTO OLINGER FORD TAURUS
4. PHOTO AERIAL BLOWUP OF SCENE
5. DIAGRAM OF SCENE
6. PHOTO AERIAL OF SCENE
7. PHOTO VIEW OF BODY NEXT TO DUMPSTER
8. PHOTO CLOSEUP OF BODY NEXT TO DUMPSTER
9. PHOTO BODY NEXT TO DUMPSTER WITH SNOW BRUSHED OFF
10. PHOTO POLAROID OF LEE MOORE
11. PHOTO POLAROID OF LARRY KINLEY
12. PHOTO POLAROID OF JASON HOLMES
13. PHOTO LEE MOORE FORD FAIRLANE W/ FRONT LICENSE MNM 685
14. PHOTO LEE MOORE FORD FAIRLANE W/ NO REAR TAG
15. PHOTO GINAS LOUNGE
16. PHOTO GINAS LOUNGE
17. RIGHTS FORM LEE MOORE
18. TAPED STATEMENT OF LEE MOORE
19. TRANSCRIPT OF TAPED STATEMENT OF LEE MOORE
20. PHOTO OF BODY WITH LEGS BENT BACK  [Gross]
21. PHOTO CORONERS VIEW OF HEAD
22. PHOTO OF BODY IN RECLINED POSITION  [Schiro?]
23. PHOTO CORONERS VIEW SHOWING STIPPLING
24. PHOTO SPREAD SHOWN TO J.C. PENNEYS EMPLOYEES
25. GOLD NUGGET RING FROM EVID. BAG 5689
25a PHOTO SHOWING WHERE RING FOUND IN SEARCH
25b RECEIPT FOR RING PURCHASE
26. NECKLACE AND BRACELET FROM EVID. BAG 5694
26a PHOTO SHOWING WHERE JEWELRY BOX FOUND
26b PHOTO SHOWING CONTENTS OF JEWELRY BOX
26c RECEIPT FOR NECKLACE AND BRACELET PURCHASE
27. NECKLACE RECOVERED FROM LEE MOORE AT ARREST
27a RECEIPT FOR PURCHASE OF NECKLACE
28. CLOTHING OF LEE MOORE AT ARREST FROM EVID. BAG 5699
29. STURM RUGER .357 REVOLVER
30. VIDEOTAPE DEPOSITION OF DR. ELLIOTT GROSS 9/8/94
31. = Local Record of Climatical Data
32. - Photos of scene

JURY SELECTION  p. roll

11/9/94 @ 11:30 - Jury Selectn
      ± 35 - explained
    ± 20-5 - explained

Bo Hanlon
Ellen Gilker
Rich Meusher

b) John Gruenkamp - Nephew [illegible]
   Patricia Gomes - [illegible] Judge [illegible]

   - Libations -     1/4th 94, 3 individual - arrested
        3 Cts - /murder

        Put Case out of Mind

        Witnesses

        Recognizing

        #1 - Can not follow law

PARENTS would not be able to follow law

NACKE - Seal         Fealed - Stress Anxiety
        3 wks in row
FREEMAN
  - Given - certain things to follow
        Can follow - law

        fact that Pros is Catholic

Pettigrew
— open minded, can be appropriate / Neutral
11 △ 1

Daughter trouble in school
    reservations
    could not say

(13) PETERS
CAPITAL PUNISHMENT — I believe in it — we need
                     it — why

#4 BOTI/ORN
    sequestered — problem

    willing to
    1-10 — 6.7 in favor
    o7 in favor

MASON — for Child
         For Death penalty

Goreman
    Child goes to Kindergarten w/ Joe Deters G-d

GILKER  Know brothers there
         #5 could be fair

GORMAN

- RAU
  Necessary Statement

(10) MILLER COACH
   Judge Sentence - 18 yrs eligible his out after 4 mths

SISTER IN CIA

(11) Donna England
   #10 - Very Strongly
   Definitely opp by law

MITIGATING FACTORS
LOVE  PRAISE  HONESTY  OPEN RELATIONSHIP
FOR CAP PUNISHMENT

Juror 3,7 8
8,2    What kind of facts   New- Unput alt

      #3, #9  #7    #4   #2
                         #8
(1)  1st Peremptory
P-01 -#2   WELLER Pettigrew

    #2 Weller
    30 yrs law enforcement - public + private
    testify - belief of Pros - like with
    7 Employers

Ashton - Father
Children - age of victim

① Def 1st Preempt - #9 - bail

Balbary - dress p-u- jury contact — Princeton Jr High
③ Pros #2
   #9 - ASHTON  Asslt, Robbery

#7, #8
#4   — Death penalty —

④ Ay+2d   Peters

⑤ Pros #3
   Pros #1 - Freeman   obj

Cousin convicted of Murder — Harold
                              drowned baby
St James
— Eucharistic Minister

⑥ Def #3 Gilles

⑦ Pros #4 Balbary
   Phillips  friend of Danny Lee Bedford - Death Row

⑧ Def #4 - Gov——

003040