GORMAN    PETERS
2yr          10/12

10yr - Rape - GA    |Person not [illegible]

Brother-in-law    Kid

CATO
[illegible]

⑨ PROS Waive $5

⑩ Def $5 - Butterhen

⑪ Pros $6 - WAIVE

⑫ Def $6 - #1 Gravenkemp
         replaced w/ Sweger

003041

1 Woman    1 Shoot              2 alternates
5 Men      Cross-vstrus         1-percing, body challes

#25  SAVAGE
              married - No children

EXCUSED     $59 - feel good about the system    - follow the law
FOR         Still have ipo                      - circum-evidence
CAUSE
                                                Needs det every Sunday


#26  Mudershoch
     36        UC 78            Divorced - No Children  10yr-P.G.
                  85
     - Spiritual being                    Catholic - daily
     - Good Education
     - Positive role Models
       exceptions                         No Violent
       Attention Received                 Can Must -
                                          Brother-in-law o. edh


#27- Sadism    - eastpotic    $15
     married      17          8/y=lt
                  10/3


#28 - B___

     Nothing troubles -  And death penally

     1) opening
     2) VIDEO                              Adm og introd
     3) My statement - my talk Stand ???   Self-Serving
     4) Left of Procivry
     5) Mitigation - Cooper
                     Scolito / Schuppin
                                                    003042

CROSS of Dan Feldhaus

Why that day

PM
LK - 6:40 at M+H
Sgt. E Roberts + Williams
1:48 CIS DF  J Williams

JH - 3:40 AM DF
Mike Tiernan
11:40 1:20 - M+ Health

LM
4:45  6:35

interview 1/2/94
Remember COLD. Snow - storm
Remember - when 1st became involved, that night in
investigation of Homicide MO.
You were not at M+ Healthy,
you were at CIS - Criminal Investigation Section,
Broadway - Downtown
Snow - suspects being brought in to be questioned

Know Officer Williamson - Fairfield
"  Mike Tiernan
They were present at CIS
actually interviewed all 3 - JASON HOLMES
                             LARRY KINLEY
                             Les Murr

:40 - :45 min
into shift

Carpool
preferred

Aware that Holmes - & Kinley had been interviewed
previously at M+H - by Officers Roberts + Williams +
Tiernan.

So you had some knowledge of their statements
you interviewed LK 1st - 1:45
JH next at 3:40
scheduled to interview LM also
But he had not been interviewed by M+ Healthy.
No Body questioned him in M+H - You didn't
know what he was going to say - admit or deny
did not have benefit of talking to Fairfield officer
knew what others said - did not what Mr. M.
would say

*[Handwritten notes]*

Lee Moore
- Placed
- 1st one
  would speak

Were you present when he was brought in

Recall - had coat - No shirt - remember he
was in his socks - no shoes - he had to walk through
snow & slush in his socks

Do you know he was arrested p-w evening ± 5:20 or 5:30
aware held at Mt Healthy - Jail - was brought
to CSS - ± 10:20    Do you know if he had any supper —
What time arrived —
When placed.   Was he permitted to phone his family
        & Room by himself
Did not speak    He remained by himself until 4:45 AM —
        That's when you first talked to him

You initially [interviewed] — Try to establish
some type of rapport — Make person feel at ease - do
not want to make them feel uneasy by pulling legal
records - in front of - or immediately taping —
Try to stress importance of telling the truth      joint w/ officer Tieman
Shown         Reviewed his rights — you didn't sign —
#17         done in Mt Healthy —

                    was he
upset    Describe his demeanor —   Calm
crying        not anxious & nervy —    at times he was crying

MARK   You initially interviewed at 4:45 - 7:15   Present w/ Tieman
Def    Did you make notes —
Ex 9   Identify - they are your - notes
        I DIDN'T PLAN TO KILL ANYBODY - is that what you
        have written here - That is what he told you —
                  his intent
        (Ellyn) _____ was to steal a car —

003044

Bob he told you what he did to D-wife that night

You - also indicated 3+0 - Gin, Dime of weed
~~How much~~ C.N                                    Mari-j

After - he fired - went to car - indicated LK said
Hey man - you shot him - like he hit it

~~Assault~~ Aware - LK - charged w/ Agg M
                                                Same as LM
            also aware JH - charged w/ Agg M - just like
LM - but ~~neither~~ neither will receive death penalty

You testified at Trial of Jason Holmes
            remember - ? testimony re how Fairfield became
involved - you testified JSDN told you that both he +
LM - decided to go to Fairfield

Now - Taped Statement Lee made
            could have he had been drinking heavily, & smoking
Mari-j - consistent w early interview

also indicated in his taped statement that the shooting was
            an accident - that he didn't mean it + that it
was his intention to let the man go

also indicated he was trying to get cash - to impress people,
            that he wasn't ever trying to kill anybody

He never denied his involvement - in these events, incl
            the shooting - He told you the truth about taking the
car - told you about involvement of JH + LK
- admitted

003045

Jason Holm
50y - Life

Truthfulness
consistent   up to prev'g shooting - LK
                           Not consistent w/ what other.

JH not even

LK - truth of p[...]

15   14
     3
     12
     15
     3

[CLOSING flag drawing]

- Backshield - what [?]
- [?] - Considered w/ what
  Client says
  Work w/ others
     pre-calculation +
     design

Tell that happened after
     pre-calculation + design

Herb -, Slatley - working for victim

Reasonable doubt          Int.o - Closing - only opportunity -
                          Chance for me & reviewed evidence
(1) Read Indictment       testimony

                          Realize how important it was &
                          ask you to keep open mind - wait
                          until you heard all the evidence
                          + then received instructions on this &
                          Like to Thank you

                          Spend Minute Review Indictment

5 Ct Indictment  Deg Charge w/ Agg M  -  in 3 Counts
One Act/         4th Ct Agg Robb + 5th Ct Kidnapping
Event/
One shooting  Speculation + Speculation  +  Speculation as to Agg M
              each Agg M can't be 3 Speculation which  if you also
              return verdict of guilty - means we proceed to 2d phase
              where of death punishment
              At first glance it seems complicated - except four
              are agreed -

PROVE IT      Each count of Agg M require LM - with purpose
              one count includes purpose pre- Calculator + design - but all 3+
              each of Agg M requires that  you are convinced
              beyond a reasonable doubt - that it was w/ [?]
              Specific intent to kill N. Doris Alley -

                                                              003047

(2) The law requires + Ms honor Judge Ruehlman will not let you [convict?] you can find Mr. [Crutchley?] guilty of M. You must find that he specifically intended to cause death. J.N.O.

I ask you to look at the evidence + determine whether or not [there?] was prior calculation & design — & whether or not there was purpose.

In looking at this evidence I ask you to recall opening statement of the Prosecutor — He talked about — a hunting trip — Where M. Moore was stalking a victim to execute.

[And?] I ask you to look at this evidence & decide if that is what occurred on Jan 14.

When I first spoke to you in my opening (at [start?]) this case. I indicated — we weren't going to try to pull wool over anyone's eyes — we weren't going to try to hood wink [anyone].

I told you that we would not challenge Majority of State's evidence — I said the objective evidence was straight forward & indicated we would not dispute that on Jan 14, 1994, Mr. Oleg's car was taken, that ultimately the man was shot & acknowledged that his credit cards were taken & items purchased.

+ The majority of the evidence you heard [supports?] substantiate the taking of the car, the fact that M.O. was shot —

You heard from Mrs Oleg — the victim's [wife?] — You heard from his friend at the family tavern — You heard from P.O.'s [Garret?] of Fairfield [who was?] involved in the [accuracy?] prior on gunshot. The people from the various places talked about the purchase, the various police officers talked about the items they recovered. We didn't really challenge the evidence — we don't deny that these event occurred.

But again, how does this evidence prove purpose, pre-calculation & design?

003048

Coroner – Look at photo's – where was body – how far down  36"
                                    can't say position of body

③  y heard about officers who arrested Dy
      Ofcer Bennet talked about how he came into contact w
   the Dy at McDonald's. M was arrested, he didn't
                                   run or struggle

All      y heard from Pfifer who tracked down the car – officer that
coroner –    found the body – took photos – Ofcer Murray – talked about
Schroud                      all this evidence is pretty straightforward, nothing
– pulled trigger                what I call objective – evidence that is not in   was a big
quite easily                    dispute                                            deal
3cks, Ch. Said
rifles – saw him        – you will recall Dy said he accidentally pulled the trigger – not that
pulled trigger over and over   dropped it – not bumped – accidentally pulled – caused death of MO
                        But we then get to the evidence that is intended or designed
                        to address the issue of purpose, specific intent, prior
                        calculation & design

What Testimony of Ofcer Dave Feldhaus – & the evidence as to the
        statements of LM. Ofcer Feldhaus told you
        he interviewed LM twice – 1st time at about 4:45
        2d time a later, around 6:35
        Both statements were consistent.
   M. Moore – Never denied his involvement – Lee never
   made up a story claiming he was not at the mall or that he
   didn't purchase items w/ the credit card
          M Moore acknowledged his involvement. – You heard his
          responses – he indicated he had been drinking –
     4 Days – Gin – Smoking MJ
          He talked about how he was trying to get a car – to impress
          people – "I wasn't ever trying to kill anybody"

          You heard Lee Moore say how he didn't plan to kill
          anybody. It was an accident   he didn't mean to.
          It was my intention to let him go –
          But when death happened

003049

(4) He had the gun pointed at Thomas - he was hyp't - he punched - he p[ushed]/secured. He accidentally pulled the trigger

Now ladies & gentlemen
We believe LM was telling Truth - & he was involved in shooting - he had gun - but he didn't take that man w/ the purpose, plan or scheme of shooting him.

The shot was fired but it was an accident, deputy
~~no butter gun down~~ an accident

(A) Purpose
Prior calculation
Design

And so now you have evidence which raises a question, as to the elements of purpose, prior-calculation & design.

After hearing the LM Moses statement you now have to decide if it was his specific intent to cause death of MO - If you can not specifically find this - the law requires you to find LM not guilty of AM. - Did [he] after he kill MO from him he kept [going?] & drove to Fairfield

But that is not all the evidence you have heard. The state has to shore up - rebuild its claim as to purpose & the last attempts to do this w/ Larry Kinley.
So if you think long & hard about the testimony of LK you could observe him - you can decide what interest he has in testifying.

You heard him talk about the car - the fact that he & the one from Cincinnati at 9:45 - what Miss Jones talks about MO shape - leaving Fairfield at 9:30
You heard him talk about skippy school
He told you he knew all of what happened in Fairfield - but you also knew he wasn't there - He acknowledged he lied to the police about where the car come from - previous
As to prior event - lied about his being w/ Lee Moses when codes were used.

003050

Although one thing I think LK didn't lie about - & that was that he had no idea LM was going to shoot Thomas - I think that occurred because there - no words by deceased or planned that nights events
No evidence they planned to shoot MO -

(5)   wrote letters to the police

You know he's pretty much interested in saving his own rear end — He knows what happened to that daycare — even though he couldn't because he [told?] the truth but — He knows what was said even though it was belle. [could?] + he says it's running, the [wording?] [illeg] + a [deposing?] [group?] much being played

you know he hasn't been sentenced yet — You know he has something to gain if he cooperates w/ the Pros — the Judge told him so, — his lawyer told him so —

✓ that makes sense — I mean if you wanted to [induce?] he said the right thing — you had to hold something over his head — give him some incentive —

o again you know he's willing to say the right things — he said what the police wanted when they interviewed him, he had his transcript of his statement read at him, he even acknowledged talking to the prosecutor + rehearsing his testimony —

But his testimony is not consistent — [it] is self-serving + it is in conflict w/ the objective, straightforward evidence presented.
  & M's statement is just
o yet Officer Feldhaus told you that it is — [if?] [illeg] the
L Moore story [illeg]
  consistent w/ that of LK

I must say, I would agree — Officer Feldhaus acknowledge that LM told the truth about
  he told the truth about the
  told the truth about what he did
  —this statement to police
  bracelets, necklaces, etc.

o yet Officer Feldhaus felt
  [photos?] — not telling truth —
  not materially [illeg] story of L

Purpose 2901.22
law defines purpose. requires you to —
a person acts purposely w/[illeg] when it is his intention to cause a certain result
Prior calculation + design
plan, scheme — well-reasoned +
[illeg] of agg Murder — requires
studied analysis w/ [illeg]
being to cause death of another —
State v Jenkins (1976) 48 Oh App 2d 99, [illeg] 2d 73

I attempt to review the testimony of LK in comparison w/ the statement of LM

003051

⑥ Because once you review this testimony - you will have to find beyond a reasonable doubt the LM[?] specifically intended to cause death of MW

To do this you will have to disregard statement of LM + believe testimony of LK

Ct will define Reasonable Doubt - Read ORC 2901.05
Reasonable doubt is present when the jurors ... after they have

---

I review testimony of LK
applying the standard of reasonable doubt
the law requires you to compare all the evidence using reason & common sense
but the law also requires you to consider the evidence ... that it is of such character - that you would be willing to rely & act upon it in the most important of your own affairs.

Ladies & gentlemen - look you is the testimony of LK is of such character & strength that you would be willing to rely & act upon it - "I think I would be reluctant to - & if you all then that is reasonable doubt"

+ if you have reasonable doubt -
If after reviewing all the evidence - you are not firmly convinced - if you have some question or are unsure as to purpose & prior calculation & design then you must find LM NOT GUILTY of Agg M

Now - when I first talked to you about evidence - I inferred LM was involved. There was no question as to whether guilty of Agg M or something else -
Dale is dead - to defend snatching credit
Not be flowers Saturday [Wood?]

003052

⑦ When you review that testimony, I will tell you there is only one person who can tell you what happened behind that dumpster + that one person is LM - he told you the shooting was an accident he told the truth about everything else, he is telling you the truth about the shooting.

Because he has told you this shooting was an accident + because of the evidence in general - Everything is not charged w/ Inv M - underscore not ... is approp not to convict

The Judge will instruct on the law as to Agg M -
- stated in the law ask - Involuntary Manslaughter -
- Involves conduct causing death - but not guilty of Agg M -
- but may be guilty of something else

Ct will instruct you as to offense involving Manslaughter - that involves prior causing death of another - as a proximate result of committing or attempting to commit a felony.

LM has never denied his involvement - you heard his statement that he never intended to kill anybody. his intent was to steal a car - but the shooting was an accident.
The Codes + gentlemen is Involuntary Manslaughter.
LM - took car - Agg Robbery - Felony, Forced MO into trunk -
Kidnapping, felony + he caused death of MO
Ladies + gentlemen LM is guilty of Inv Manslaughter.

[margin: Decide this case not on ... sympathy/ feelings not on sympathy as well as LM as well as more deliberate But ... in the evidence ct + ct in the evidence testimony ++ exhibits]

Consider the testimony, review the evidence
Discuss the facts among yourselves
decide if you are firmly convinced, by the testimony of LK is so strong that you would be willing to act + rely on what he says
+ I think if you do this - you will find LM not guilty of Agg M - but guilty of Inv Mansl, guilty of Agg Robbery + Kidnapping

we ask you to deliberate, discuss the case, consider the evidence + the law - decide - reasonable doubt abide by your oath + if you do - we believe there is one just, strong basis for finding of VG as to DM ... appropriate - guilty of ... Inv V Mansl, Agg Rob, Kidnapping + ...

003053

M. Believed Tapes-Can listen
several Times Records.

Any det. not in
beyond bodys

Accident —
Sirs
Why you did print guns of people

p.1 Why Capability of Deadly Weapon

p 2 — While

19

00 For Many!

||||  ||||  |||  ||  ||  Kidnapping
Released

Gun Spec & Inventory

p.4 — spec #3 & #3

(changed) 1980 m. junction — #14

p37   #16 -
       5/8
       #25
       #26
       27
       29

003054

CLOSING

- RIGHT WAY TO DO THINGS
  - Objections at H'ing
  - Stipulations — Try to avoid undue pain, g-if
  - M turned w/ Novano - tell where jewelry was - Shantala

? Duty to testify?? Problems OF- Act

instructions
- Involuntary Manslaughter
- Neg Homicide

003055

Notes as follows

There is only one person who can tell us what happened behind that Dumpster.

May be guilty of something - not of M
Somethings

LK

He didn't know - LM going to shoot that Man
LM didn't know that Man was going to be shot

Not telling you LM - wasn't involved
- didn't take $ -
credit cards
did + have gun
But the only evidence you've heard
LM -

Purpose
Specific Intent

stated analysis
of and key discussed
events
Pure Calculation
Design plan
scheme - Well reasoned
sufficient time - opportunity of
planning

NO PRIOR CALCULATION
OR DESIGN
NO PURPOSE

Reasonable doubt,
will return verdict of LK

LK - he didn't know -

He caused death - guilty of Involuntary Manslaughter

[ Ag M -  specifically
law requires - you must find intent - to cause death

Ct 1 - Purposely or w/ p. to- calculation + design

Ct 2 - Purposely

Ct 3 - Purposely

Ct 4 -

NT statement of LM not consistent w/ statement of others
+ was not - LK - out to save himself - say whatever he was
to say

Say - told where find guns, $,
jewelry -

003056

Cook, Cooley

Read State v Jenkins - (1984) 15 Oh St 3d 164

Shair Penix (1987) 32 Oh St. 3d 365
prior calculation & design not

McKean - Last Jury Mays
[illegible] Agg [illegible]
one Homicide —
 43
 57 — kidnapping / Agg Roll
 deleted prior calculation & design

State v McLean (1991) 59 Oh St. 3d 91, 93
 convicted of Agg Circumstances — Murder escape
 detection & felony murder —
Should
[crossed out] Duplicative Agg circumstances
 Should be merged
Same Agg Burg — Same acts

State v Burm
 one Homicide — can only be convicted of one AggM
 one set of Agg circumstances

Merged M's - Burm Benner
 Benner Burkell
Merge - Specs Brown v. Mays finding of Guilty as Merge Agg circumstances
 rules  63 Agg M
 Guilty Agg M - [illegible]
 Merge Specs on spec #7 - delete prior
Penix —  calc design
 Jenkins

003057

10:20
5/5/94    MOTION TO SUPPRESS                     Heavy Suppers
                                                  10:30 - 1:30 Int

        Lee Moore
        5:23 PM — Knife —
MIKE    Advised — unmarked Det Unit
DONATHON        N. Broad
        McDonalds                  Hamilton Ave

        Pulled in


        Lee Moore out of Vehicle          / Bennit
            on side of Bldg
                                        Larry - K
        Pulling him Down              Passenger side of
        P/O Handcuff                         Vehicle
        Spoken — what's this about
                                  several
        Advised Fairfield - explain what going on

        Him dressed    — Don't remember —  cold
            20s                  Jacket — Sweatshirt


Cuffs   Mt Healthy
         Placed    — Booked —   Trubeck — Mt Healthy
        — Neagely - NCH  — Kinley

        — Removed — Not sure — Possible
            Mt Healthy — N 5:50

        Kinley — up Room
            Fairfield - Sgt Ed Roberts — Officer   Clothing
                                            out Arrested
                                        Chinevere transporting


        Holding Cell
            OPUS

003058

PM  J/B
  Arrentina
    Brought - Back to Police Dept — No Snow
    Holding Cell - @ 6:20 — Below freezing

  1st saw - pants, hat
    sweatshirt — No Coat / Jacket

    19th - Sch - of funds 18
      Address Meredith D.
        Springfield Township

  Clothing — JA took
    @ 5:00 PM
    - Hat, Shirt, Sweat Shirt, Shoes
                              jewelry
  Coat —
    Blanket - pants - off pink

  Search  - Sgt Donathan  }
    off - Bennett          } to Judge Allen H
         - Brown

Nothing  Returned @ 11:30
came
in house

    Cross Bed                    Allegra — jewelry
    Ash cat to durable           Fairfield had pictures
                                 - Sink
                                 - Toilet
                                 - Bed
                                 - Blanket

003059

- Ohmer
  - 10:30 PM
  - was not cuffed - did not have cuffs
  - Blue Jean
  - ain't believe - shirt - Bare Chested
  - Shoes - Stocking feet

NO SHOES

30 ft

Slush ground
ground frozen

- At transporting
  - 10:25
  - Headed where - Lock P
  - cuffs - behind back - Cooperative

Snow - YES

Offer - Fair                          Mike Tiernan

Read rights          Statements

? Interview at Mt Healthy

Nothing to eat
    - complained

_____

MIKE TIERNAN / Det Bob Bennett
    McDonald's
    followed to location - Clermont/Mt Healthy
    → 1980 Ford Fairmont -
    5 min - Pulled out
    across st - adjacent complex
    followed a 2 or 3 min
    Pulled into McDonald
    approached - had  Gun Drawn
    ID as P.O. - put Hands on steering
    cuff -
    left - informed - Investigate - link

003060