Requested Arrest 4:45

Handcuffs

18 or 19

Sweatshirt
Jewelry

2 Holding Cell ; Shoes

Don't remember # of handcuffs on

Read Miranda - 12:10 AM Bare Chested
never [illegible] in car

early [illegible]

Next line 4:45

Followed, reviewed [illegible]
[illegible] by Federal [illegible]

Why Battle Creek

Why Ohio

into Battle Creek to steal car
Saw car driven by Ohio.

Joan Holmes
Larry Kinlen

No Why to Battle Creek
5 to steal a car

walked followed [illegible]
suddenly pulled [illegible]

Not [illegible]
Steal car Yes
only reason

Ran to car
into car - left

Bare Chested Coat Shoes

Not asked [illegible]
Not asked - Got [illegible] magazine

Drawing Sketch
asked Moore where pulled car

4,45 - till 6:25

- Charged w Agg Murder - [illegible]
Ditzemacher

| mention sounds familiar
Accident [illegible]

Cross By Gattermeyer
1/20/94 - Missing person since 1/14/94
Melvin Olberger - Co. Blue 94 Ford Taurus
Info - JCPenny's Tri Cty - MO card used 1/15/94 - [illegible]
BC
Observed getting into Blue Ford Taurus - license plate
[illegible] Lee Moore Jr
[illegible] JCPenney - [illegible] - Larry Henley
[illegible] Lee Moore - entered Apt Complex - [illegible]
observed - front license plate - Same as [illegible] Blue Taurus

Stop - facial characteristics

Observed Lee Moore - holding cell - 2.3
lying in Bed - appeared to be sleeping - read rights
Read

- Understood Rights

4:45 - B-coke
did not ask for food
Given water - numerous occasions
Clear-headed

Dave Feldhaus
8:30 PM to 4:20 AM

1st saw — Picture — Jacket — No Shirt — Yes

Shoes ???
- Somebody Shoes. -
Socks
— Offered eat
Coffee Pop
Asked for Water

Joint interview
DF - lead
Tiernan - advised of miranda rights
he was read
Showered.

Do not remember accident description

Initial

4:45 — finished 7:15

When admitted - him — wanted truth

Only driving — 15 to 20 minutes
established rapport

reasonable

crying - Sobbing

Jacob Holmes
just sitting - Watching TV
Smoked Marijuana

Another officer took shoes
don't know his names

[illegible] jacket

10 after - 12:20 - told wanted atty
- at Mt Healthy - Hungry - Thirsty

West Sides
No Shirt
Handcuffed behind back
1:15 - 4:45
no water
no bathroom

No towel - No dry socks
- He couldn't take socks off - Handcuffed - behind back
till 4:45

Room - table - Hands behind back Handcuffed

asked Feldhaus for water

Feldhaus - told wanted atty
told other boy's had made statement
would not look good if he did not

Murder - Accident - as opposed to stepping aside & trying to kill
if [illegible] [illegible]
[illegible]

Cross of LML by MP

Tiquan — Plate missing

Clothing bought it w/ Credit Card.

No Alcohol

OPEN DOOR

Smoked Marijuana

effect — makes me feel high - different

Makes me feel high - Can't explain

Probably wouldn't do anything different

Good! little

Can read - Read rights form

- ever read before - How many times

He knew rights - Yes / Yes

Accident

is that when you got idea of accident

When got idea - Not idea

Because it truly was accident

Signed Form — said he had right to attorney

asked for — indicated he knew his rights

only form

GARY SEAL

1101 Clearbrook Lee Moore St.

- Gold Nugget Ring - Price Tags Sunbody Car

Lee M. I's room — Ammunition

types

2 empty holsters

Lee Moore Sr. — Det 4
w Sgt Lochey — Unifor..

Lochey advised — bees re Murder
Phone Call — from Fairfield

Parents — Cooperation

P Off. Joe Hoffmann

Meredith Drive
Copy of Search Warrant
Served Meredith Drive

Distcenced
Moreno
Seal
Steenrie

2-357 Magnum bullets — basement bedroom
— Daniel Anderson
White boxter-panel
looking for bandgeaus — discussed w/ Darrell Anderson

time 1/21 1215 Gregory Anderson

Father + Seal + Grandfather's House

Ray Moreno
1/21/94 — Contact w Darrell Anderson
looking for 2 weapons
1738 Westbrook
11:15 hrs 357 Range —
to Vital u.H 32 Smith

10889 Springhill — jewelry
91-1 - Shotguns — purchased by stolen credit card
Verbal consent S. of Bed K—
Capt drawer — sister consented

003066

→ Gold necklace
— Gold bracelet

Trista Neal
17818

AJ – Close
MP – Close
TD – responds

Wouldn't get Shoes
" " Shirt
Why get Lawyer???

– SUBMITTED –
Roberts & Williams

003067

Arrested age 5:00 PM
1/20/94

Arrested Guns Drawn

Nothing to eat

- Age
- School no GED
did not graduate

No Sleep
6:00 PM to 4:45 AM

- Never interviewed before
- Never handcuffed for that period of time.

Handcuffed - in Cell
no Phone Call to family

At that time in school

Not told why held/arrested

Shirt/Sweatshirt taken -
Shoes taken

Transported to CIS - Downtown
Not told why, read rights, told to sign
No shoes - Walk through Snow

Arrive CIS - put in Room till 4:45 Handcuffed behind back - no water
nothing to eat, no phone calls

Interviewed at 4:45
asked for lawyer - denied

Told other people made statements - involving him
Best for him to make statement - would not look good for him not to make statement - told charged w. Agg Murder

Thereon confirmed

Discussion re. Accident - Drawing
inducement → try to show - incident was accident - somehow gets him to admit killing

In custody

asked for atty

Held - Handcuffed
w/o shirt - shoes

6 hrs in M+H -
no phone - not told why
when asked told - & not told why
told Fairfield wants to interview
[illegible]

Lungano/Butl

4/20/94 Check fiduts WINKLER Dumpster Larry Kinley (15) B94 0664 Kenneth Lawson

2/17/94

entry of cont 7/11/94

CARTOLANO Plaintiffs JASON HOLMES (4) B94-0661 James McLean, Kenneth Law

2/15/94 - motion to suppress Statements

3/7/94 - [illegible] motion suppress Statements

Subpoenas
Lee Moore Sr
Trista Neal
Vinette Gillean
[illegible] Riegel
Margaret Esnaham
John Jonnegan
Aaron Blusky
Joel Thomas
Charlotte James
Cameron Gallery
Darrell Anderson
Noah Olney
4/20/94 - Motion for Continuance

Holmes -
[illegible]
defective search warrant or
(illegal execution of warrant

3/23
4/1

003070

Statements

order suppressing any statement taken by arresting police officers for reason obtained in violation of Def's privilege against self-incrimination except to [illegible] [illegible] warnings in explanation of his rights under [illegible] circumstances [illegible] them [illegible]

In regards to credibility ask [illegible] believe [illegible] away [illegible]

① meeting [illegible] CS
② motions [illegible] statement
" search
Trailer - [illegible] integration

Preparation Listen to tapes
Any additional Lab - gunpowder - fingerprint - what
Photo's
Vehicle

Chris Brunner

1991 } question letter
1992 } Gross = hourly rate

Nancy Gabhard

FAX 852-4890

Alice Smith
948-3600

Bob Barnes
Corp
Hamilton Ctrl
Program Mgr

Bob Summerfield ties
647-1333
Caroline Barnes
Dave Davidson
261-5777

SJD

search of ~~Dft's residence~~ conducted w/o ~~consent of Dft~~ appropriate consent, in violation of Pl's 4th Amend

Schneckloth v. Bustamonte 412 US 218, 93 SCt 2041
36 L Ed 2d 854 (1973)

Statement 5th A-US Const
6th A US Const
Miranda v Arizona (1966) 384 US 436, 86 SCt 1602
16 L Ed 2d 694

Escobedo v Illinois (1964) 378 US 478, 84 SCt 1758
12 L Ed (2d) 977

State v Brewer 48 Oh St 2d 50, 549 NE 2d 491 (1990)
State v Barker 53 Oh St 2d 135, 372 NE 2d 1324 (1978)

003072

NOTES

4/28 2:52 6:35 hrs

STANDING

Shopping: 1-3 ft

Consent Cleo-Bird
Gold Nugget Ring
Dresser Bag Red R
Grab Car - JC Penney Price Tag - Clothing
Bag Wallet
Car Keys & Farm mind

Newark
Daniel Anderson
( opens from LM ,357
Grandparents house / stayin .32
Consent - Otis Anderson - grandparents

Spring Hill
Neal - consent for
necklace & bracelet
Penny Card

Dunwald
5:30 PM
20th

Ry arrested - wearing clothes bought w/ card

131
M+Health
talk to Beverly
offered to talk & testify
MHN - to
gle - 12:20 m.
4:35 ... talk
tape at 6:3

Claremont = GBE watch
GBU ring
4pr ea =

003073

> - additional Necklace

Meredith - Search
2 live .357 rounds

Arresting Dep
O, Cards - Marquee - Clock - JC Penny
Gold necklace - L

Jim Record

Mr. Hedley - Chimer
Tierney
Feldhaus

Consent Search by
Frate

Seal
Feldhaus
Jay McOmon

Mt Healthy [illegible]

Statement 1/21/94
6:35 AM

[illegible] Arrest Thursday 1/20/94 5:30
[illegible] Ford Fairmont [illegible] Plates
on plate in front No plate back
[illegible] [illegible] [illegible] on Passenger side

[illegible]
Police came - guns out [illegible] [illegible] all get out
[illegible] [illegible]
[illegible] Frisked - cuffs - put in Police Car
took to Mt Healthy - Holding Cell - by himself
shoes shirt pants socks
4 to 5 hrs

No toilet - No faucett
till 11:00 PM
took downtown

Nothing to eat
Nothing to drink
No Bathroom
[illegible]

No Shoes - walked [illegible]
feet wet, No shirt - [illegible] Coat - [illegible] State Coat

asked what holding for
they well let know eventually, not yet
Police Never asked [illegible] wanted to make phone call

[illegible] Mt Healthy Police Office - for Phone call - wanted to call father -

2020 - [illegible] House / RSP - [illegible] passenger in VAN
- Weed - / Bulk of [illegible] [illegible]

Before left [illegible]
signed Waiver of Rts.
They read rights form —
read
he understood
McHealthy - didn't say anything

before left McHealthy told him [illegible] investigation

① Downtown

Nobody beat - did not ask
Had locked in Room - investigate
Hand cuffed in Room
w/ 4 [illegible]
By himself - long time
Nobody talking to
tell what being held for:

did not ask for eat
bathroom
asked for water - they gave to him

Move into another room
Hand cuffed.
Read rights again
asked to make statement - Def said he didn't want to make any statement - he wants lawyer -
Det - said other d. said - [illegible] - if you make statem. work good
By not making statement - he hanging himself -
Det [illegible] - Common thing - murder - he said gun could have gone off accidently - looking at you don't look at kind of person who would shoot someone

DEF WROTE STATEMENT

Wrote - Afternoon came back w/ tape - they went to record - Def said he didn't want to [illegible] - he wanted lawyer
[illegible] said something - Def should just go ahead - already made written - go ahead w/ tape - they were looking out for Def - it would look bad [illegible] already

003076

D of intercating - after he made statement
P. Officer + would be charged w Agg M,
Agg Robb, kidnapping

Never said anything about chair

Never said anything about sentence
not charging
Nothing about Jason + Larry

NF - If didn't would look bad
Nice guy - but not the cute - Not bad guy / nice guy

Consent to search
He signed -
Threat - No
Wrist arm - No

Evid Rule 504

Stotanuela (17)
Trista (14) - 7th gr

5th - 1 pursuing self documents
Declined to answer in the general that the
any answer may tend to incriminate me for
serious charges of me i still pending

ENTER
OCT 31 1994
FRED J. CARTOLANO, JUDGE

COURT OF COMMON PLEAS

HAMILTON COUNTY, OHIO

| | | |
|---|---|---|
| In Re: DISQUALIFICATION | : | CASE NO. B-940481 |
| STATE OF OHIO | : | |
| -vs- | : | ENTRY |
| LEE MOORE | : | |
| Defendant | : | |

Pursuant to provisions of Rule 7E, Local Rules of Practice, the undersigned hereby disqualifies himself from the above-captioned case for the following reasons: Heavily involved in other cases.

Wm J. Morrissey

Judge William J. Morrissey, Judge

ENTER
OCT 3 1 1994
FRED J. CARTOLANO, JUDGE

COURT OF COMMON PLEAS

HAMILTON COUNTY, OHIO

In Re: DISQUALIFICATION : CASE NO. B-940481

STATE OF OHIO :

-vs- : ENTRY

LEE MOORE :

Defendant :

Pursuant to provisions of Rule 7E, Local Rules of Practice, the undersigned hereby disqualifies himself from the above-captioned case for the following reasons: Heavily involved in other cases.

Wm J. Morrissey

Judge William J. Morrissey, Judge

COURT OF COMMON PLEAS
GENERAL DIVISION
HAMILTON COUNTY, OHIO

ENTER
OCT 31 1994
FRED J. CARTOLANO JUDGE

Administrative Judge

State of Ohio

vs

Lee Moore

Case Number B-940481

Entry of Re-Assignment

It appearing that due to the assigned judge morning being heavily engaged in other cases, and a trial date set case B-940481 is hereby reassigned to Room 9, Judge Ruehlman.