Issue Subpoena for David Feldman Writer, and recorded notes the of

Wait until a question has been propounded which tends to incriminate him, rather than to decline to answer -

I decline to answer that question on the grounds that my answer may tend to incriminate me.

5th A privilege of self-incrimination - applicable through the 14th A

Consent - Voluntary
U.S. v Lewis 274 F.Supp 184 (S.D. NY 1967)
factors to be considered in weighing validity of consent

Trial Before Coniglio [illegible]

5/8/44 Cameron Culley - 16 - Aiken
knew Lee Moore [illegible] - for friends
[illegible]
Knew - Jason
Jason Holmes - [illegible] back
Recall seeing Lee Moore w dark blue Ford Taurus
Didn't see Jason - Saw [illegible] home
Gx 2, 3 + 4
saw Lee w Taurus
When [illegible] to [illegible] - not alone. Lee + Jason
As well as WLM + JH
After - [illegible]
Came to [illegible] - any talk about car. No
asked Lee where got car. Lee [illegible] I tell
Harley story - [illegible] - never talked about car
in House see Lee + ripping up credit cards
saw [illegible]
Later - left - Lee driving - all into car. Lee drove to Jason's House
Jason's House - saw Lee ripping up credit cards
Stay at JH - [illegible]
CC left & go home - asked for ride - Lee said
no [illegible] for Fairmount - Lee gave keys to Taurus
CC Parked in street - keys in House.

JH. Dec Jon - ever see carry gun - No

? by Pol Off - several officers -
Pol asked about Jason carrying gun. Lee bought 3;
Remember - asked if Jason carried gun. Yes - [illegible] - Yes

Cross - KL

led to believe Lamneck both LK & JH - some lines, stay over some lines - Lee take lingo.

Clarence Cesar

Photos - Sub. Tay. 1/22 Garage



Larry Kinley Jason Holmes

Interview w Dej 5/1/93 As to Fuch

Dej indicated he was drinking - smoking weed - [illegible] talking w Jason - looking car - [illegible] [illegible] [illegible] Forest Fair mall - Not [illegible] [illegible] [illegible] [illegible]

Hand gun & bullets - but gun not loaded

Forest Fair Mall -

Saw car - not from this area - saw man go into car - [illegible] [illegible] wait.

Out to Smoke & Drink

Man came out - Dej walked up w gun - made man get in car [illegible] behind wheel. Dej in passenger side - drove around [illegible] [illegible] back [illegible] - made Dej get in truck

Jason drove Dej's car - both cars return to Kinley's H - Mt Healthy

Kinley [illegible] at girlfriends, got Kinley - Jason does not go along - Dej & Kinley - drive around.

Commiusville - Selby - Dumpster

Kinley takes gun & loads - Kinley get out -

Who opens trunk ???

Dej watching Kinley through rear view mirror - Kinley forces man out of trunk at gun point - walks man to dumpster Takes Mans Wallet - KINLEY SHOOTS MAN

Kinley back into car - Both leave - Dej asking why shoot Kinley saying Fuck him.

Drive around - Kinley gives Dej $ from man's wallet - Dej buy beer - out to drink

Back to Kinley's H - Dej so upset - Out to Drink - [illegible] [illegible]

Next morning - Drive around Dej using man's credit card jewelry for girlfriend - T-shirt - Sweat Shirt - T-[illegible] N-[illegible] - Dej buys some jewelry - ring - bracelet for Kinley Kinley using card - [illegible] / reached limit JC Penney Outlet

Dej called Fricke - Fricke indicated Police wanted to talk to about this. Dej arrested at McDonalds Drive Thru - Mt Healthy Police

003104

2/18/94 Will Re-Write-

Name Cameron Callery (17)

1054 Loiska Ln
College Hill 45224

Met through other
friends of both others

Wed Lee's Niece
McKenzie Parker
729-1760 Cherry Cl.

Says Larry told Cameron that he (Larry) shot man

CONSENT Edward Moore
1101 Clearbrook Dr
Gold Nugget Ring .357 AMMUNITION
signed Lee E. Moore Jr

Lee E. Moore Sr
1101 Clearbrook Dr
Residence
signed Lee E. Moore Sr.
1/21/94 10:45 AM

Darlene Luckey
Gary Lesl

Dennis Oaks 574 1300 1200 Hrs
Trista Neal
My Residence 10889 Sprucehill Rd
Cent Ohio 742-8392 verbal consent by Shatarah Neal to Sgt Robert Dishkind
Trista Neal
10889 Sprucehill Rd

Spec Ray Morano

OTTO Anderson
My residence 1738 Newbrook Dr
Cent Oh 45231 522-3619
Otto Anderson
1738 Newbrook Dr Cent Oh 45231
Spec Ray J. Morano

Death Record
Time Reported 2:04 AM
Date Rpt 1-21-94

Found dead 3366 Llewellyn 1/20/94
at approx 8:50

Pronounced dead 1/21/94
@ - George Carpenter 2-04

Postmortem Dr Elliot M. Gross
1/22/94 1:10 PM

? - Lividity
- Hemolysis

Lee Moore
- Call to Tom Deardorff

Chuck Stidham [

Malingering Specialist → who is Steven / Vandervort

Malingering Put-together → Psychologist

- 30/hr -

Lee Moore
Vernina Simpson
2/24/94 242-3925

friend - Barber-Shop
Girl from Ashes - saying
any guys - bragging about
white guy killed

2/24/94 - Betty Moore ① Fairmont — Radio in Car - where?
242-1482 ② Don't know

② Any day else about car - I discussed statements Lee admitted. Always understood Lee shot man

③ Can Lee take polygraph
fake - wants peace of mind. Wants to know for himself if he won't shot the man

VISIT 2/1/94

98
10/19/74
19 yrs

SS# [redacted]

DATE of ARREST
Mt Healthy - McDonald
Mt H - Police

Father 1101 Clearbrook
Lee Moore 45229
Betty = Step Mother

Georgia Moore
1281 Meredith Dr
Mt H 45231
H 522-9203

Summer 1981
w Father 1yr
3-Sisters
- Beverly Parker
- Lohen Thrasher
- Jackie Johnson

½ Br
Vernine Simpson (38)
LaVerne
Mark McIntosh
Lee Gilliam

School
11th Gr - Mt Healthy

WOODWARD 3 yrs

Daily - Sunday Main

G-sch Rex Ralph Elementary - 5-6th
Central Baptist - K - 4th
SOUTH Jr H Sch - 7-8th

Juv. Drug Abuse
Job Corp would not accept

Work - Krogers - Mt Healthy
1 yr - Hellwood Plaza Hamilton Ave
Bagger 25-30 Per 4.25 / 4.35
overtime - Holidays time ½

Kroger - Mr. Kendall Kelle
Barbara Griffis
good relationship - never argued

Left Krogers Caught up in Dealing & Drugs

Left mother - [illegible] - drunk, throwing up - Mother [illegible] out
went with Father.

McDonald's - few Months
[illegible] · [illegible] Plaza
201 - Min Wage 4.25
[illegible] left - [illegible]

[illegible] Fair Mall - [illegible] Cinemas
[illegible] - Concession 4.35
35 hrs/wk

[illegible] - [illegible] Drinking - Money [illegible]
[illegible] 1992 - living w Mother
[illegible] 93 - Getting SS Checks -
- Retired [illegible]
- 364/mth -

JUV RECORD

DRAG ABUSE

Weed - Smoking Court Officer
17 - pd fine Court Probation

Probation PS [illegible] - Stolen car 1. [illegible] Possession / 16 Butler Cty [illegible] Cty
1yr - [illegible] Pamela King [illegible] - 3 wks
Theft - Cars / license Plate
Theft PS - 2 [illegible] license Plates
(1st time) In Ct
16 CCW - Brass Knuckles
School Rms
DC - fine

ADULT - Not Arrested
Driver License
Speeding
- 80' Ford Fairmont - bought for [illegible]
Still have - my Name
Ins - through Father
1 - speeding - 60-40 Galbraith
Springfield Township
Pd Fine

NO CRIMINAL ARREST AS ADUL

[illegible] + Father [illegible]
Age 5

Truancy - Hyperactive Kid Woodward

Elementary - OK
learned 15 - started drinking. Public - Drinking [illegible]
accepted - to fit
16 - Weed - Smoking -

Mother - kicked out - Father - told grown man - [illegible]
no more key go to school
16, 17, 18 - drinking - Smoking - [illegible] - Girlfriend - [illegible]
steal Beer - Store

Girlfriend Chantelle Neil (17)
No Children
Brown Oaks

Mother asked if need help

Not Healthy
not doing anything
fights w other students -
no arguing w teacher

Mother + Father - not [illegible]
Father Drank w friend - at Hs
[illegible]

= Psych at Bethesda Hosp
92 Oaks

Mother has [illegible]
[illegible] - 3 wks

at Heskeley Compton Evans — Larry Kinley - (16)

JASON HOLMES (15)

Shot MAN - [illegible]

[illegible] - [illegible]
[illegible]
[illegible] - [illegible]
[illegible] - he figured [illegible] didn't
make any difference - figured it
might help - So he [illegible] it -

GUN - took from [illegible], Glen [illegible]
357 Magnum - Shot - [illegible] - Shells -

Found Gun - at Larry's Ho- Bodi prints

[illegible] Mai's Car

Full Confession taped

357 Magnum - Side bed
Body Frozen

Search - Consent?
Grandmother's
.377 Wheeler

① VENUE

② MITIGATION EXPERT

③ Psychiatrist / Psychologist
Written Rpt - ???

History - Family
- School
- Juv Ct
- ET
- COUNSELLORS
Treatment - Psych?

TIME - for Trial - Not to be an issue
- Large - vetter

DO NOT WRITE Letters
DO NOT TALK TO INMATES

Sec 19
2 Jane letters
Record?

DISCOVERY
Tape Statement
AUTOPSY -
GUN

Interview
Dave Feldhaus
Joe Hoffman

- I said Can not get Chair

Checking Carol Bledsoe
who is in Chapel

VISIT 2/9/94

CAMERON ________ 16, 17

Wetmore
McKenzie Parker

Bethesda - Psych. P

Crim R 24 6-Peremptory

Motion Suppress - Statements
- Search Consent
Search Warrant

Appt Psych to Assist
No Report

Mental State
Diminished Capacity
Mental Disease in Defied

Psychoses - Any Mental Disorder

Oh Pub Def
1-614-466-5394

DANIEL J. JAMES
ATTORNEY AND COUNSELOR AT LAW
13TH FLOOR, AMERICAN BUILDING
30 EAST CENTRAL PARKWAY
CINCINNATI, OHIO 45202

(513) 721-1995

SUBURBAN OFFICE
4226 BRIDGETOWN ROAD
CINCINNATI, OHIO 45211
(513) 574-5400

November 3, 1994

Dr. David Chiappone
Community Diagnostic and Treatment Center
909 Sycamore
Cincinnati, Ohio 45202

Attn: Jenny O'Donnell

Re: Lee Moore
Case No.: B9400481

Dear Dave and Jenny:

Please find enclosed a copy of the Entry Judge Ruehlman has signed setting aside the previous order of Judge Morrissey. This should clarify any questions as to your concerns as to writing any report. If you have any questions, give me a call.

Sincerely yours,

Daniel J. James

DJJ/kw
Encl.

DANIEL J. JAMES
ATTORNEY AND COUNSELOR AT LAW
13TH FLOOR, AMERICAN BUILDING
30 EAST CENTRAL PARKWAY
CINCINNATI, OHIO 45202

(513) 721-1995

SUBURBAN OFFICE
4226 BRIDGETOWN ROAD
CINCINNATI, OHIO 45211
(513) 574-5400

TO:

NAME: Jenny O'Donnell

COMPANY:

FAX # 352-1345 TODAY'S DATE 11-3-94

FROM:

NAME: Daniel James NUMBER OF PAGES: 3

(Including Cover Sheet)

COMMENTS:

This notice is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this notice is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return these papers to us at the address shown above via first class mail.

FAX
352-1345

DANIEL J. JAMES
ATTORNEY AND COUNSELOR AT LAW
13TH FLOOR, AMERICAN BUILDING
30 EAST CENTRAL PARKWAY
CINCINNATI, OHIO 45202

(513) 721-1995

SUBURBAN OFFICE
4226 BRIDGETOWN ROAD
CINCINNATI, OHIO 45211
(513) 574-5400

November 2, 1994

Dr. David Chiappone
Community Diagnostic and Treatment Center
909 Sycamore
Cincinnati, Ohio 45202

Attn: Jenny O'Donnell

Re: Lee Moore
Case No.: B9400481

Dear Dave and Jenny:

Please find enclosed a copy of a Motion that was filed with the Court earlier today. This Motion will be heard by the judge on Wednesday, November 9th.

Since this Motion is pending, I am asking you not to prepare any written reports until we have a ruling from Judge Ruehlman. It is my position that Dave is a defense witness and, as such, is not required to prepare any reports for submission to the Court.

I will keep you advised as to the status of this Motion and will advise you as soon as I receive a decision from the Court.

Sincerely yours,

Daniel J. James

DJJ/kw
Encl.

DANIEL J. JAMES
ATTORNEY AND COUNSELOR AT LAW
13TH FLOOR, AMERICAN BUILDING
30 EAST CENTRAL PARKWAY
CINCINNATI, OHIO 45202

(513) 721-1995

SUBURBAN OFFICE
4226 BRIDGETOWN ROAD
CINCINNATI, OHIO 4521
(513) 574-5400

TO:

NAME: Jenny O'Donnell

COMPANY:

FAX # 3521345 TODAY'S DATE 11-2-94

FROM:

NAME: Daniel J. James NUMBER OF PAGES: 7
(Including Cover Sheet)

COMMENTS:

This notice is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this notice is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return these papers to us at the address shown above via first class mail.

DANIEL J. JAMES
ATTORNEY AND COUNSELOR AT LAW
13TH FLOOR, AMERICAN BUILDING
30 EAST CENTRAL PARKWAY
CINCINNATI, OHIO 45202

(513) 721-1995

SUBURBAN OFFICE
4226 BRIDGETOWN ROAD
CINCINNATI, OHIO 45211
(513) 574-5400

November 2, 1994

Mr. Chuck Stidham
Attorney at Law
317 W. Benson St.
Reading, Ohio 45215

Re: State of Ohio vs. Lee Moore
Case No.: B9400481

Dear Chuck:

As I indicated today, this case is scheduled to commence with Voir Dire on Wednesday, November 9th before Judge Ruehlman.

I believe you have already sent some of your materials to Dr. Chiappone of the Court Clinic. I ask you to provide me with everything you have by Monday, November 7th so that I can review our trial strategy. This is my third request for this material.

Sincerely yours,

Daniel J. James

DJJ/kw