DANIEL J. JAMES
ATTORNEY AND COUNSELOR AT LAW
13TH FLOOR, AMERICAN BUILDING
30 EAST CENTRAL PARKWAY
CINCINNATI, OHIO 45202

(513) 721-1995

SUBURBAN OFFICE
4226 BRIDGETOWN ROAD
CINCINNATI, OHIO 45211
(513) 574-5400

January 31, 1994

Mr. & Mrs. Lee Moore
1101 Clearbrook
Cincinnati, Ohio 45229

Re: State of Ohio vs. Lee Moore
Case No.: B9400481

Dear Mr. & Mrs. Moore:

I wanted to write to you and provide you with my address and phone number. As I indicated to you today outside of Judge Morrissey's Court Room, I have adjusted my schedule and hope to meet with your son tomorrow morning. After I've had a chance to talk with him, I'll get back in touch with you to discuss how these matters will proceed.

If you have any questions, feel free to give me a call. I spend a good deal of time in it so do not be discouraged if I do not return your call immediately. I will keep you apprised of the progress of this case and will be happy to talk to you as time permits.

Sincerely yours,

Daniel J. James

DJJ/kw

FRITZ MEYER #7 1st Time Jurors

Chief Deputy Jury Commr

Duties - responsible - Obtaining Jury

How Jury Pool selected Registered Voters

Jurors initially check -

Shuffle Cards

Voter Registration

Systematically exclude - Afro American

78 - 1st #7 juror 708 same Block

2 or 3 excuses

Personal or Business

— Reg Cont - Denied

— Motion - Denied

BEFORE JUDGE Kuehlman DATE 11/9/94

No. ( B-9400481 ) State of Ohio VS. Lee Moore TRIAL

REPORTER

003186

# BACK ROW

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Eugene R. Cravens Kenwood | ~~Jeffrey D. Petticrew~~ ~~Montgomery~~ David Weller | Connie D. Warren Finneytown | John F. Bottenhorn Hyde Park | Jeffrey C. Wellington Loveland | Donna M. Mason Silverton |

# FRONT ROW

| 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|
| Michael W. Gorman Cinti. | ~~Ellen M. Gilker~~ Cheviot | Jeanene C. Rau Westwood | William L. Miller Anderson Twp. | Donna F. England Anderson Twp. | Richard J. Menchen Mack |

13. Michael R. Macke, Western Hills
14. Sandra J. Freeman, Woodlawn
15. David A. Peter, Western Hills
16. David M. Weller, Groesbeck
17. Daniel Ashton, Groesbeck
18. CaroleA. Baldauf, Springdale
19. Diane L. Borgerding, Anderson Twp.
20. John E. Greivenkamp, White Oak
21. Patricia A. Games, Mt. Washington
22. Linda J. Phillips, Price Hill
23. Katherine M. Caito, Anderson Twp.
24. Guy R. Hopkins, Finneytown
25. Carolyn Savage, Greenhills
26. Robin A. Mudersbach, Mt. Washington
27. Jane Jackson, Hyde Park
28. Elizabeth P. Baron, Evanston
29. Karla S. Irvine, N. Avondale
30. Carlene E. Williams, Forest Park
31. Carol J. Budd, Green Twp.
32. Belinda S. Kirkland, West End
33. Rebecca S. Baker, Pleasant Ridge
34. Mark R. Meyers, harrison
35. Gregory R. Jaeger, Miami Twp.
36. Michael P. Whan, Terrace Park
37. William T. Wingo, Cinti.
38. Bruce E. Privett, Anderson Twp.
39. Anita L. Taylor, Green Twp.
40. John W. Hopkins, Springfield Twp.
41. Craig J. McDowell, Anderson Twp.
42. Maureen A. Gonzalez, Montgomery
43. Virginia A. Liwag, Mt. Airy
44. Joseph J. Modaffero, Norwood
45. Richard A. Scherz, College Hill
46. Louis W.WAtkins, Avondale
47. Sandra D. Cox, Price Hill
48. Scott R. Nazzarine, Anderson Twp.
49. Timothy M. Nienaber, Price Hill
50. Wanda F. Terry, Mt. Healthy

- [illegible]
- [illegible]
- [illegible] & Drugs
- Childhood [illegible]
- [illegible] issue
- disproportional sentence 1/14/94

- in 10/19/94 30 [illegible] 1st time

3/7/98 Larry Kinley-15

Jason Holmes 12/3/77 (L/C)

2. Opening before mitigation phase

Opening

(1) Not going to argue w Majority of State evidence
- Do not dispute [illegible] shot
- Car taken
- Credit cards were used - purchases made

Evidence will show - 3 people involved
2 will not get death penalty

Mitigation factors - [illegible], disproportional sentence, family today, & upbringing - influence of alcohol & [illegible] - [illegible] has [illegible]

(2) State must prove each & every element beyond reasonable doubt

Admit there was shooting. Car stolen - Hm forced into Trunk

But listen to Evidence - Not condoning, no what

(3) Alleg - but Evidence
- Evidence will show - there is a question, as to whether killing occurred purposely, & as a result of prior calculation & design
specific intent (4) hear evidence - influence of alcohol & [illegible] - didn't mean gun to go off - accident

[illegible] police [illegible] [illegible]

C1 / Agg M - purposely, prior calculation & design
C2 Agg M
C3 Agg M
C4 - Agg Rob
C5 - Kidnapping

[illegible] requires specific intent must specifically find that [illegible] intended to cause death of [illegible] Olney

003288

Consent Search

Schneckloth v Bustamonte

totality of circumstances

knowledge of right to refuse - police need not advise of rt to refuse

? is whether consent was act of free will, voluntarily given & not result of duress or coercion

Pros - must establish consent voluntarily given

Feldhaus

stress notes - drop him [illegible]

Adams - [illegible], [illegible] - 340 [illegible] + G[illegible] -

in notes - not in taped statement

Notes - he [illegible]

Blacked out

ran to car - did not know if victim shot - hoping he wasn't

Resolve times

DF's notes - start 0445 and 715 } 2 1/2 hrs

Tiernan

behind dumpster - [illegible] could [illegible]

Turned around down town
where they placed - still no shoes, not given shirt
· permitted to make phone call
parents, family
knowing friends or family involved, contacted by
police - told under arrest
Placed in Room down town - alone, still handcuffed

Feldhaus

Nothing to eat

- Time 4:45 6:30
6:35 - 7:15

- Accident - drawing

- Dennis · Other people made statement -

12-13 hrs

Nothing to eat, No sleep
Bare Chested No shoes.
Cold - Wet Handcuffed
19. Written statement
never interview before -
not told why held. arrest
not given opportunity to call family
asked for lawyer - Vesting
Told - other people making statement
Charged w/ Agg Murder.
Wouldn't look good if he didn't make statement
[illegible] Accident

003191

he was in custody, under arrest, not free to go

[illegible]
in Custody
not free to leave

Time of Arrest - Mt Healthy
Where he was held
- alone - any phone calls
Handcuffed in Jail
Why [illegible] shoes shirt
Clothing - Shirt - Shoes
Describe Cell
Any initial interview - age, where he lived - how far in school - [illegible]
influence of drugs or alcohol - Bloodshot eyed
slurred speech - crying - sniffling, running nose

Mt Healthy - given anything to eat
arrested at - fast food restaurant - food taken away
Anything to drink - was there sink - in cell
toilet - Urinal or commode
Taken to back room

@ 1820 - Read rights - 1st time - met at 5:30
w/ [illegible] did you interview - why not
tell him what arrested for - why holding him
[illegible] Where taking him
Why done then - Recall.

Review w/ Ary
matter of conscience
inner compulsion

[illegible] 1/20/94 - middle of winter
Jan - Had his shoes
made him walk to car - [illegible]
no shoes, no shirt,
just jacket

003192

State v Beaver
48 Oh App 3d 50

Ohio Sup Ct - Greene Cty
Capital case

Interview began 6.43 PM -
Break 10.47 PM
to hospital - Hosp - return 2.20 AM
W aprtn OH
2.15 - interview resumed admission

Issue for review - confession product of deceitful & coercive interrogation

lack of prior experience w police techniques
length & intensity of interrogation
monitoring of conversation

7½ hrs

Ct found: Def - sophisticated, college educated adult - through out the interview acted assertively - not taking drugs or alcohol, no physical problems - appellant; age, mentality & lack of prior criminal experience were not factors in his decision to confess
[illegible] confess - he did so because of conscience

Ct - Must look at totality of circumstances
age, mentality prior criminal experience of accused length, intensity & frequency of interrogation existence of physical deprivation or mistreatment, existence of threat or inducement

alcohol
drugs



#13 - Jane Jackson, Hyde Park
#14 - Carlene E. Williams, Forest Park

**BEFORE JUDGE** Robert P. Ruehlman **DATE** ______

**No.** ( B-9400481 ) ______ **VS.** ______ **TRIAL** ______

**REPORTER** ______

# BACK ROW

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Robin A. Mudersbach, Mt. Washington | ~~David M. Weller Groesbeck~~ JANE JACKSON | Diane L. Borgerding, Anderson Twp. | Guy R. Hopkins, Finneytown | Jeffrey C. Wellington, Loveland | / Donna M. Mason, Silverton |

| 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|
| Katherine M. Caito, Anderson Twp. | Patricia A. Games, Mt. Washington | Linda J. Phillips, PriceHill | William L. Miller, Anderson Twp. | Donna F. England, Anderson Twp. | Richard J. Menchen, Mack |

# FRONT ROW

CARLENE WILLIAM

003194



## VISITOR'S REQUEST

DATE: 6/1/94 TIME: 10:40

RESIDENT'S NAME: Lee Moore

VISITOR'S NAME: Dan James, Atty

LOCATION: NSF31

BUILDING: ______ FLOOR: ______ POD: ______

*(Please give pass to Control Room Officer)*

VISITS WILL BE LIMITED TO 15 MINUTES.

© EHS Revised 12/93

003195

THE CINCINNATI ENQUIRE

## lerage
## l law
## ter

lcohol limit to 0.02%

MMINS
ROTH
Enquirer

ge Voinovich signed rsday legislation that y provide a zero tolinking by drivers un-

May 3, the legal defiken driving for 16- to will be 0.02% bloodnt. The definition for 0.10%.

o two means virtually ion prior to getting nobile," Lt. Gov. Mi- said.

ig came two days af- House subcommittee approved legislation t 16- to 21-year-olds record for a year on a "probationary license" before they could get a driver's license. That measure must still pass the House and Senate.

Under

el

und
rank 1
rd
out a
beer in
ould

ol

## Teens to be tried as adults

003196

*Local researchers dosed — mostly poor and mos*

# Radiati records reveale

BY TIM BONFIELD
The Cincinnati Enquirer

In the heat of the Cold War 30 years ago, 89 people with terminal cancer — mostly African-American, mostly poor — suffered the nausea and pain of radiation-induced injury in Cincinnati. Some died painful, premature deaths.

As families hunt today for answers, and Congress debates whether to compensate the unwitting human guinea pigs of Cold War experiments, documents from the University of Cincinnati to the Department of Defense obtained by *The Enquirer* begin to reveal what happened in the basement of General Hospital from 1960 to 1971.

Beginning in 1960, Dr. Eu-

## Surv
## 173.

BY STEV
The Cincin

Most
who parti
Hospital's
ments we
American
of patient
after they

Patien
by *The E*
searchers
radiation
only 54 o

The av
time of th
173.9 day
tion.

# Underage DUI law stricter

## Blood-alcohol limit lowered to 0.02%

BY DICK KIMMINS and DANIEL ROTH
The Cincinnati Enquirer

Gov. George Voinovich signed into law Thursday legislation that will effectively provide a zero tolerance for drinking by drivers under 21.

Beginning May 3, the legal definition of drunken driving for 16- to 20-year-olds will be 0.02% blood-alcohol content. The definition for adult DUI is 0.10%.

"Point zero two means virtually no consumption prior to getting into an automobile," Lt. Gov. Michael DeWine said.

The signing came two days after an Ohio House subcommittee unanimously approved legislation requiring that 16- to 21-year-olds have a clean record for a year on a "probationary license" before they could get a driver's license. That measure must still pass the House and Senate.

Under the legislation signed Thursday, penalties for an underage DUI

**Liquor level for 0.02%**

A 160-pound male who drank 1 ounce of hard liquor or about a half-can of beer in one hour would have a blood-alcohol content that would fit the legal definition of drunken driving for 16- to 20-year-olds

# Teens to be tried as adults

The Cincinnati Enquirer/Michael E. Keating

Teens Larry Kinley, left, and Jason Holmes leave juvenile court Thursday after a judge ruled they should be tried as adults in the slaying of Chicago businessman Melvin Olinger.

003197

*Local researchers ... — mostly poor and*

# Radia... reco... revea...

BY TIM BONFIELD
The Cincinnati Enquirer

In the heat of the Cold War 30 years ago, 89 people with terminal cancer — mostly African-American, mostly poor — suffered the nausea and pain of radiation-induced injury in Cincinnati. Some died painful, premature deaths.

As families hunt today for answers, and Congress debates whether to compensate the unwitting human guinea pigs of Cold War experiments, documents from the University of Cincinnati to the Department of Defense obtained by *The Enquirer* begin to reveal what happened in the basement of General Hospital from 1960 to 1971.

Beginning in 1960, Dr. Eugene Saenger, the father of UC's department of nuclear medicine and a world-leading expert on the health effects of radiation, led a team of scientists whose work for

# Pair face murder charges

## Prosecutor calls court behavior 'sickening'

BY SHEILA McLAUGHLIN
The Cincinnati Enquirer

*'It won't be appreciated, ever, the magnitude of what they have done.'*

— Prosecutor Joseph Deters

After two teen-age cousins learned Thursday that they would be tried as adults in the slaying of a Chicago businessman, they grinned and giggled.

Hamilton County Prosecutor Joseph Deters called the behavior "sickening."

"I truly believe anyone who would commit that type of crime just doesn't care," Deters said after the hearing in Hamilton County Juvenile Court. "It won't be appreciated, ever, the magnitude of what they have done."

Judge David Grossmann turned the cases of Larry Kinley, 15, and Jason Holmes, 16, over to a grand jury to consider charges of aggravated murder, aggravated robbery and kidnapping. He ordered both jailed on bonds of $300,000.

The two could face 50 years to life in prison if indicted and convicted.

Olinger's body was found Jan. 20 behind a machine-tool company in in Cumminsville. He was shot once in the head.

The 53-year-old former Fairfield man had been missing since Jan. 14, after he left a local bar.

Authorities said Kinley and Holmes, of Mount Healthy, and Lee Edward Moore Jr., 19, of Paddock Hills chose Olinger to rob and kill because his car had out-of-state plates. Police have identified Moore as the triggerman. He has been indicted on the same charges facing the others.

Authorities allege that Holmes, a Mount Healthy High School ninth-grader, helped Moore kidnap Olinger from the parking lot at Gina's Lounge in Fairfield. Police said Kinley, an Aiken High School student, accompanied Moore when Olinger was killed.

Dr. Paul Deardorff, a psychologist who often evaluates juvenile defendants to see whether they are fit to be tried as adults, interpreted Kinley's and Holmes' behavior after the hearing as a "sense of bravado." He did not examine the teens.

"Most of the kids bound over on something as serious as this are scared to death," he said. "I think when they see what's ahead, they will lose the smirk."

Kinley's lawyer, Kenneth Lawson, said court psychologist Emmett Cooper reported Kinley "seemed childlike" in his understanding of the events.

"They are going to understand it when they get to the penitentiary," Deters said.

# McAlpin's mov[e] HQ to Louisvil[le]

BY SHELLY REESE
The Cincinnati Enquirer

McAlpin's Department Stores, a downtown fixture for 114 years, will move its corporate headquarters from Fourth Street to Louisville and merge with a sister company in an effort to cut costs.

The restructuring will merge McAlpin's and Louisville-based Bacons Department Stores. The retailers' parent, Mercantile Stores Co. Inc., said Thursday it would "examine" about 130 jobs.

Those jobs, most of them marketing, advertising and merchandising positions held by employees at McAlpin's headquarters, would be eliminated or relocated to Louisville.

The merger, effective immediately, already has eliminated one position[...] longtime [...] vid Huhn [...] retireme[nt...] Huhn, [...] company [...] was prom[oted...] man and [...] officer o[f...] 1989, b[...] to his p[...] as head [...] two year[s...] James [...] director [...] Stores [...] retailer's training [...] ceed Huhn in [...] chain's eight Cinc[...] Schmidt's title [...]

(Please see [...])

▶ Leader's resig[nation...] end of an era, A[...]
▶ Fourth Street left hanging, A4

# City may cut bait on aquarium

## Lawrenceburg casino bidder could build faster

BY RICHARD GREEN
The Cincinnati Enquirer

*"We know this was a downtown Cincinnati priority, but we think we can do it quicker than the five to 10 years [...]*

Cincinnati Mayor Roxanne Qualls conceded Thursday that an aquarium envisioned for [...]

That's a timetable that the city cannot match." Indiana will begin granting gambling licenses this fall. State officials would not predict when alicense will be issued for Dearborn County.

Empire Casino & Resort, a subsidiary of Schilling Casino Corp. of Fort Wright, has included the aquarium in a plan [...]

## U.S. ends embargo on Vietnam trade

President Clinton ended the 19-year trade embargo with Vietnam on Thursday, opening the United States to one of the fastest-growing markets in Asia while making an attempt to close a divisive chapter in American history. Story, A2

## Chamber knocks

[...]rmer
[H]igh 42°/Low 25°
[W]armer today, with [a] mix of clouds and sunshine. Mostly cloudy Saturday, with a chance of rain.

[...] conviction include a [li]cense suspen[sion...] ent that the [rem]edial driver's [...]

[...]-old drivers [...]-related traf[fic...] 1992, state [...]

[Th]e new law [be]nchmark for [dri]vers off the [...]

[b]ill, Voinovich lowering the to 0.08%, a in 14 states. 0.10% for all and Indiana. [...]2%) standard [dr]inking? I don't [Co]unty Sheriff's said. "Will it [c]autious? May-[...]

[...]son of Connie [...]ewater Town[ship...] under 21 died [...] caused by a [...]iver. [...]body should be [...]," she said. "It [...]hild. It is the [...]'ve ever had." [...] 17, of Mount [...] think the new 'Most people [...]ed at that lev[el...] [...]lls High School

003198

THE STATE OF OHIO, HAMILTON COUNTY

COURT OF COMMON PLEAS

CRIMINAL DIVISION

| | | |
|---|---|---|
| STATE OF OHIO | : | NO. B9400481 |
| Plaintiff | : | (Judge Morrissey) |
| vs. | : | STATE'S RESPONSE TO DEFENDANT'S DEMAND FOR DISCOVERY |
| LEE MOORE | : | |
| Defendant | : | |

Now comes the State of Ohio, by and through its Assistant Prosecuting Attorney, Mark E. Piepmeier, and in response to Defendant's Demand for Discovery provides disclosure and inspection of the following information by the Defendant pursuant to Criminal Rule 16(B):

1. STATEMENTS OF DEFENDANT AND CODEFENDANTS:

   Police Officer's notes of interview with defendant Moore

   Transcript and tape of statement of defendant Moore

   Transcript and tape of statement of defendant Holmes

   Transcript and tape of statement of defendant Kinley

2. DEFENDANT'S PRIOR CRIMINAL RECORD: Defendant has no known adult record.

3. DOCUMENTS AND TANGIBLE OBJECTS: The following items are available for inspection in the Hamilton County Prosecutor's Office:

   Clothing of Lee Moore at arrest

   White leather pouch containing 2 live .357 rounds

   1994 Ford Taurus belonging to victim

Meredith, Pouch, Barrel, Bullets [handwritten]

1 Sturm Ruger .357 Caliber Revolver

1 S & W .32 Caliber Revolver

1 18" gold necklace

1 10 Kt. gold bracelet

2 receipts from JC Penney

1 mans gold watch

4 pairs gold earrings in red jewel case

1 ladies gold ring

Numerous pills and suspected crack cocaine

Ohio license plate NMN 685

1 box 30 live .357 rounds- taken for comparison - none made

1 Western style holster

1 Colt gun pouch

10 live 9 mm. rounds

Assorted live ammunition rounds

1 gold ring

2 car keys

Wallet and personal papers of Lee Moore

Photos of duplicate items of those purchased with deceased's credit card

Numerous JC Penney's price tags

Photos of scene of kidnapping in Fairfield

Photos of homicide scene

Photos of above evidence items

Rights forms for defendant Moore

Consent to search forms

Tape cassettes of defendants' statements

Shell credit card receipts

Photo spreads

4. TESTS AND EXAMINATIONS: Fingerprint examinations were performed with no identifiable prints developed.

We are still awaiting results of gunpowder residue tests.

Autopsy report to be provided when received.

5. WITNESSES:

Larry Kinley Hamilton County Justice Center
Jason Holmes Hamilton County Justice Center
P.O. Robert Dennett Fairfield P.D.
Sgt. Edward Roberts Fairfield P.D.
P.O. James Williamson Fairfield P.D.
P.O. Mike Tiernan Fairfield P.D.
P.O. Don Garrett Fairfield P.D.
P.O. Tom Strobe Fairfield P.D.
Gail Thomas JC Penny Northgate
Aaron Blusky JC Penny Northgate
Charlotte James 5141 Alert New London Rd.
Dr. Elliot Gross H.C. Coroner
Darrell Anderson 1293 Meredith Dr.
Cameron Callery 1054 Loiska Ln.
Vinetta Gilliam 627 Chestnut St.
Trista Neal 10889 Sprucehill Rd.
Chief Al Schaefer Mt. Healthy P.D.
Asst. Chief Dennis Ohmer Mt. Healthy P.D.
P.O. Jeff Armontrout Mt. Healthy P.D.
Sgt. Mike Donathan Mt. Healthy P.D.
P.O. Dave Feldhaus C.P.D.
P.O. Joe Hoffmann C.P.D.
Sgt. John Jay C.P.D.
P.O. Jim Murray C.P.D.
Clarence Caesar C.P.D.
P.O. Ray Moreno C.P.D.
P.O. Darlene Lackey C.P.D.
P.O. Gary Seal C.P.D.
Sgt. Bob Disbennett C.P.D.
John Jannigan JC Penny Tri County
Margaret Esmaham JC Penny Tri County
Gwendolyn Lay JC Penny Tri County
Krista McKinney JC Penny Tri County
Dan Ringel JC Penny Tri County
Bill Schrand H.C. Coroner
Noah Olinger/other Olinger family member
Lee Moore Sr. 1101 Clearbrook Dr.

6. EVIDENCE FAVORABLE TO DEFENDANT:

None known.

TEST RESULTS, EXAMINATIONS:

Coroner's Office Lab Reports 318-94-F-S-M (Enclosed)

Coroner's Office Death Record and Autopsy for Melvin Olinger

Page 14 of statement of Jason Holmes (left out of original discovery)

Diagram of Fair Plaza in Fairfield

Diagram of area of 3365 Beekman where body located

ITEMS AVAILABLE FOR INSPECTION (Supplemental):

Receipts from JC Penny

Mark E. Piepmeier
Mark E. Piepmeier, 0006894P
Assistant Prosecuting Attorney
914 Main Street
Cincinnati, Ohio 45202
513/632-8534

CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was served upon each party or attorney of record in the proceedings for each party by personal delivery on the 29 day of April, 1994.

Mark E. Piepmeier
Mark E. Piepmeier, 0006894P
Assistant Prosecuting Attorney

THE STATE OF OHIO, HAMILTON COUNTY

COURT OF COMMON PLEAS

CRIMINAL DIVISION

| | | |
|---|---|---|
| STATE OF OHIO | : | NO. B9400481 |
| Plaintiff | : | (Judge Morrissey) |
| vs. | : | STATE'S RESPONSE TO DEFENDANT'S DEMAND FOR DISCOVERY |
| LEE MOORE | : | |
| Defendant | : | |

Now comes the State of Ohio, by and through its Assistant Prosecuting Attorney, Mark E. Piepmeier, and in response to Defendant's Demand for Discovery provides disclosure and inspection of the following information by the Defendant pursuant to Criminal Rule 16(B):

WITNESSES:

| | |
|---|---|
| Shatanda Neal | 10889 Sprucehill Girlfriend |
| Wilma Neal | 10889 Sprucehill - Mother |
| George Neal | 10889 Sprucehill - Father |
| John Keal | 5744 Lake Superior - saw Lee Moore - at bar |
| Bob Schnur | Mt. Healthy H.S. |
| Annette Davis | H.C. Coroner |
| Bill Dean | H.C. Coroner |
| Dr. Gross | H.C. Coroner |
| Ron Camden | C.P.D. |
| Jim Lawson | C.P.D. |
| Jay Green | C.P.D. D-5 |