

003204

**FRANK P. CLEVELAND, M. D.**
**HAMILTON COUNTY CORONER**

ELLIOT M. GROSS, M. D.
CHIEF DEPUTY CORONER/DIRECTOR OF FORENSIC PATHOLOGY

CAROLYN MARATEA
ADMINISTRATOR

WILLIAM L. DEAN, M. S.
CHIEF OF FORENSIC SCIENCES

HAROLD E. SCHUELER, Ph.D.
CHIEF OF TOXICOLOGY

**INSTITUTE OF FORENSIC MEDICINE**
**TOXICOLOGY AND CRIMINALISTICS**
3159 EDEN AVENUE · CINCINNATI, OHIO 45219

TELEPHONE AREA 513

OFFICE 221-4524
LABORATORY 221-4528
MORGUE 221-4529
FAX: 513-221-0307

## OFFICIAL CRIME LABORATORY REPORT

TO: Police Specialist Hoffmann
CPD, Homicide Squad

C.L. FILE # 318-94-F-M
DATE January 21, 1994
SUBJECT Olinger, Melvin
TYPE OF EXAMINATION REQUESTED:
Crime Gun Examination/Unfired Ammunition
Hair Examination

EXAMINATION REQUESTED BY:
Same

The following is a report of the Crime Laboratory giving the results of examinations conducted on specimens received from your office. This examination has been made with the understanding that the specimen is connected with an official investigation of a criminal matter and the laboratory report will be used for official purposes only, related to the investigation or a subsequent criminal prosecution. Authorization cannot be granted for the use of this report in connection with a civil proceeding.

**SPECIMENS:**

Q-1 --- revolver, 6 shot, .357 Magnum chambered Sturm, Ruger & Co., Security Six model, serial number 152-80943 from a CPD gun envelope numbered 5774

Q-2 --- two small lead fragments recovered from Melvin Olinger at autopsy H-28-94

Q-3 --- two unfired Remington brand .357 Magnum cartridges having scalloped jacketed hollow point bullets from a white leather pouch submitted in a CPD property envelope numbered 5690

Q-4 --- cut, black parka with a label "Outdoor Exchange L-42-44" removed from Melvin Olinger at autopsy

Q-5 --- a pair of black slacks labeled "Palm Beach"

Q-6 --- three tape lifts used to collect hairs from the trunk of a blue FORD "TAURUS" with Ohio license: NMN - 685

Q-7 --- four tape lifts used to collect hairs from the passenger compartment of a blue FORD "TAURUS" with Ohio license: NMN - 685

K-1 --- a known head hair sample from Melvin Olinger

**FINDINGS:** (The findings below are based upon standard firearms identification and examination procedures.)

a) No malfunctions were encountered in the examination and test firing of the Q-1 revolver.

b) Prior to test firing, the Q-1 revolver was examined for blood, hairs or fibers with negative results. One chamber, fired more recently than the rest, was noted and marked on the cylinder of Q-1.

Page 1 of 2

003205

THE INSTITUTE OF FORENSIC MEDICINE
TOXICOLOGY AND CRIMINALISTICS

SUBJECT  Olinger, Melvin                                    Page  2    of  2

FILE NO.  318-94-F-M

c) The Q-2 lead fragments have a total weight of 0.6 grains and are devoid of usable rifling impressions.

d) One of the two cartridges of Q-3 was disassembled and found to contain 15.6 grains of flattened ball propellant and a flat base 158 gr., scalloped, jacketed hollow point bullet.

e) No holes, soot or propellant were seen in the right side of the Q-4 coat. An attached, black nylon hood was still within its zippered collar compartment.

f) Bullets test fired from the Q-1 revolver did not correspond to any in this laboratory's unsolved shooting file.

g) Laboratory ammunition of the same brand and type as Q-3 was test fired in the revolver at 4, 6, 12, 18, 24, 30 and 36 inches from a twill or carbon paper faced target for comparison to the density of the stippling pattern depicted in color photographs (transparencies) of the right side of M. Olinger head.

OPINION:

The Q-1 revolver is a functional firearm.

The Q-2 lead fragments cannot be further categorized.

No gunshot residue pattern was detected on the Q-4 parka.

The stippling density depicted in photographs of the right side of Mr. Olinger's head is consistent with a distance greater than 6 inches but less than 30 inches for a shot from the Q-1 revolver with ammunition of the same type as the Q-3 cartridges.

_____
William A. Schrand, Firearms Examiner

WAS:scb

RESULTS:

A search for foreign hairs on the victim's clothing, Q-4 and Q-5, was negative.

A microscopic examination of the tape lifts, Q-6, revealed several causasian head hairs. These hairs corresponded in color, configuration, and microscopic characteristics to hairs from Melvin Olinger, K-1.

A microscopic examination of the tape lifts, Q-7, revealed numerous, short, head hair fragments. These fragments displayed negroid characteristics, but were too short for further examination.

OPINION:

The above results are consistent with head hairs of Melvin Olinger being present in the trunk of the blue FORD "TAURUS".

_____
William L. Dean, Trace Evidence Examiner

WLD:scb
March 16, 1994

003206

801(D)(1)(b) Prior inconsistent statement to rebut charge of fabrication, improper influence or motive.

p2 - Donough Hamilton - intentions - lead car

p3 - I had been drinking heavily & smoking M
I wasn't really in my right state of mind

p4 - He dropped his wallet - I had gun pointed at him - he started
walking towards me - I wasn't in my right state of mind
I smoked weed - I was high - I panic - I got scared
I accidentally pulled the trigger
If definitely was an accident    I didn't mean it
It definitely was an accident

p5 - blacked out - went into shock

I was hoping I didn't shoot - missed or something

Larry Langhurn - He said fuck him

I was trying to get cars to impress people - I wasn't never
trying to kill anybody
That was my intention & I am sorry I did it.

p15 - I told him I was gonna let him go - That was my intention

p17 - dropped wallet - he step forward - panicked
being in condition I was in - accidentally pulled trigger
Co-efficient of drunk + marijuana - it truly was an accident

003207

J Williamson
Carol Tsukai

Lee spent night at CK's Ho

Next morning - N. Castle - J.C. Penny - jewelry
Ce's girlfriend - Tonya

Trilly

CK p19 Didn't buy anything
p20 Didn't get himself anything p20


Cross of Dave F    1/21/94   6:35 AM   (Age 19)

     L.M.'s statement
p3      Drinking heavily + smoking mary.
        I wasn't really in my right state of mind
p4 -    drinking, smoking weed

Nellis   Dave Feldhaus - "I DIDN'T PLAN TO KILL ANYBODY
4 + 5    6  3 40's  GIN  WEED

\- p4 - I didn't mean it - It definitely was an accident

p?? - Larry had wallet

\- p15  It was my intentions to let him go.

p17 - accident - accidentally pulled the trigger  drunk + Mary
p18  I didn't mean to do that - I was really drunk

003208

Bob Bennett - Motion in Limine re prior

Mike Tiernan - prophecies in the head - from Jason Holmes

MARK EXHIBIT    No shoes    cold    arm shot    Walker change
                No shirt    Present when brought in
                            Interview JH - ?
1st 4:45                    LK fc. st 148
2d 6:35                     Charged w/ Agg M

what times arrived

Feldhaus - Trial of Jason Holmes
VII - p 322 - Who developed plan - both
                JH + LM

Dan Feldhaus
  Talk to people being deposed - establish rapport +
  feel at ease. Want them to tell the truth

p 322 - Vol I - both developed plan to go to Fairfield

✓JH - trial - did not receive death penalty
         incarcerated
LK. awaiting sentence - cannot receive death penalty

003209

LEE MOORE, JR
19 YOA
242-1482

0445
1-21-94

DAVE FELDHAUS

STATE'S EXHIBIT
IN TO SUPP
9   9400481

"I DIDN'T PLAN TO KILL ANYBODY"

SHATUNDA NEAL 17

PICKED FAIRFIELD. VICKOS CAR HE LIKED WITH MICH. PLATES. STOPPED TO USE BATHROOM

LEE ASKED LARRY OUT TO SEE CAR

3 .40'S, GIN, DANK WEED

GOT OUT OF TRUNK ON OWN, ASKED HIM WHERE HE WAS AT

FIRED ONCE. RAN TO CAR. LARRY SAID, HEY MAN, YOU SHOT HIM. LIKE HE LIKED IT



Det. [illegible]
Det. Tiernan
0445

Lee Edward Moore   M/B/19
1101 Clearbrook #
242-1482

10/19/74

Shatunda Neal   F/B/17
10889 Spruce Hill #
— told her cousin let him used it
0445  given glass of water (requested)

- L.M. stated his car was giving him problems 1980 Ford (transmission)
- Went needed to steal a car wanted to go out of the county to steal thought he could keep it several more days
- L.M. drove up to Hamilton with Jason Holmes in L.M. auto
- Saw victim getting out of his blue Taurus noticed it had Michigan plates on it decided to h.j. him
- L.M. stated they were in parking lot originally because they stopped to use bathroom.
- Sat and waited for victim to come out Lee walked up to victim pointed gun at him made him get into auto
- Lee then drove Taurus around building and put victim into trunk of car so he didn't see where they were driving

003212

- Lee thinks victim was standing on side of dumpster
- Lee bent down to pick up wallet and victim started coming toward him
- Lee said he panicked and fired gun one time
- When Lee fired shot he said he blanked out and started to run toward car. Did not know if victim was shot - hoping he wasn't
- Got into victim's car and drove away - Larry was shouting "you did it man you shot that man" like he was real glad. Larry said "fuck him"

- Drove away from area back to Larry's house - thinks Larry told Jason what happened
- Lee said he went and laid down on couch. Larry had credit cards put them in Jason's room
- The next day (SAT) went out with Larry to Northgate (J.C. Penny) went to Jewelry Dept purchased necklace & bracelet for his girlfriend Shatuda. Went and purchased a sweatshirt - T-shirt & sweatpants with victim's credit card
- Then drove to Tri County J.C. Penny purchased 1 nugget ring & Helling Bows necklace with victim's card

003213

- DROVE TO ~~CUMMINGSVILLE~~ JASON HOUSE AND LEE WENT UP TO HOUSE TOLD LARRY HE HAD SOMEONE IN CAR AND HE WAS GOING TO DROP HIM OFF AND LEAVE LARRY TOLD LEE HE WANTED TO GO WITH HIM.
- LEE SAID HE WAS DRUNK & HIGH 3-40 OZ SOME GIN & SOME WEED DIME BAG
- LEE AND LARRY DROVE AWAY - JASON STAYED BEHIND.
- LEE STATED HE WAS JUST DRIVING AND ENDED UP IN CUMMINGSVILLE - WAS DRIVING A STREET & LARRY TOLD HIM TO TURN AND LEAVE HIM THERE
- DROVE BEHIND A BUILDING THOUGHT THERE WAS RR TRACKS NEARBY - BACK CAR UP BY BUILDING LEE & LARRY BOTH GOT OUT OF CAR AND LEE OPEN TRUNK GAVE CAR KEYS TO LARRY AND TOLD HIM TO START CAR
- VICTIM GOT OUT OF TRUNK ON HIS OWN HE WAS ASKING WHERE HE WAS AT - LEE TOLD HIM HE WASN'T GOING TO TELL HIM BECAUSE HE DIDN'T WANT HIM TO KNOW
- LEE TOLD VICTIM TO GIVE UP HIS WALLET VICTIM WAS WALKING TOWARD DUMPSTER HE STOPPED TO GIVE LEE WALLET AND IT FELL ON GROUND

003214

- Came back home to Larry's house - Eventually went over to Shatunda's house and gave her jewelry he bought
- Larry & Jason had credit cards they went back out to J.C. Penny's unknown which one
- Lee was driving victims car for a couple days gave it to Cameron told him it was hot - Stated he gave it to Cameron because he didn't want it anymore he wanted to just end it.

0715   Given glass of water (requested)

Form 708A   Case Number .... B9400481

# Court of Common Pleas
## SUBPOENA FOR WITNESS

THE STATE OF OHIO,
Hamilton County, } ss.

To   Carol Budai
     Assignment Commissioner's Office
     3rd Floor
     Hamilton County Courthouse
     1000 Main St.
     Cinti., OH 45202

You are required to attend on the 9th day of November A.D. 19 94 at 10:00 o'clock A. M., in the Court House in Cincinnati, in said County, before the Hon. Judge Ruehlman Judge of said Court, in Room No. 534 to testify as witness on behalf of Lee Moore in the case of State of Ohio versus Lee Moore and not depart the Court without leave. Fail not under penalty of the law.

WITNESS my hand and the seal of the said Court at Cincinnati, this _____ day of _____ A. D. 19 ___

Daniel J. James
#0008067
721-1995
Attorney

JAMES C. CISSELL
Clerk of the Court of Common Pleas of Hamilton County, Ohio
By _____ Deputy

**PRESS FIRMLY**
Report to Clerk's Office, Room 315 for witness fee payment after appearance.

003216

Daniel J. James    Attorneys for    Lee Moore
#0008067
721-1995

Form 708A    Case Number .. B9400481..............

...ton County, } ss. **Court of Common Pleas**
SUBPOENA FOR WITNESS

To P.O. David Feldhaus
C.I.S.
824 Broadway
Cinti., OH 45202

DUCES TECUM: Any and all notes, summaries and reports concerning interview of and statement given by Lee Moore in regard to Homicide of 1-14-94.

You are required to attend on the 14th day of November A.D. 19 94 at 10:00 o'clock A. M., in the Court House in Cincinnati, in said County, before the Hon. Judge Ruehlman Judge of said Court, in Room No. 534 to testify as witness on behalf of Lee Moore in the case of State of Ohio versus Lee Moore and not depart the Court without leave. Fail not under penalty of the law.

Daniel J. James
0008067
721-1995

Attorney

WITNESS my hand and the seal of the said Court at Cincinnati, this .......... day of .......... A. D. 19 ........

JAMES C. CISSELL
Clerk of the Court of Common Pleas of Hamilton County, Ohio

By .......... Deputy

**PRESS FIRMLY**

Report to Clerk's Office, Room 315 for witness fee payment after appearance.

003217

Daniel J. James
#0008067    *Attorneys for*    Lee Moore
721-1995

Form 708A

Case Number ....... B.9400481......

## Court of Common Pleas
### SUBPOENA FOR WITNESS

...on County, } ss.

To: Detective James Williamson
c/o Assistant Hamilton County Prosecutor,
Mark Piepmeier
914 Main St. - 2nd Floor
Cinti., OH 45202

DUCES TECUM: Any and all notes, summaries and reports concerning interview of and statement given by Larry Kinley in regard to Homicide of 1-14-94.

You are required to attend on the 14th day of November A. D. 19 94 at 10:00 o'clock A. M., in the Court House in Cincinnati, in said County, before the Hon. Judge Ruehlman Judge of said Court, in Room No. 534 to testify as witness on behalf of Lee Moore in the case of State of Ohio versus Lee Moore and not depart the Court without leave. Fail not under penalty of the law.

WITNESS my hand and the seal of the said Court at Cincinnati, this ............ day of ............ A. D. 19 ........

Daniel J. James
#0008067
721-1995

Attorney

JAMES C. CISSELL
Clerk of the Court of Common Pleas of Hamilton County, Ohio
By ............................................ Deputy

**PRESS FIRMLY**

Report to Clerk's Office, Room 315 for witness fee payment after appearance.

003218

Daniel J. James          Attorneys for          Lee Moore
#0008067

# Directions for Sheriff

CASE # B9400481

| P | R | P/R | NAME | RESIDENCE |
|---|---|---|---|---|
|   |   | x | Dave Feldhaus | C.I.S. |
|   |   |   |   | 824 Broadway |
|   |   |   |   | Cinti., OH 45202 |
|   |   | x | Detective James Williamson |   |
|   |   |   |   | c/o Assistant Hamilton County Prosecutor, Mark Pipemeier |
|   |   |   |   | 914 Main St. – 2nd flr. |
|   |   |   |   | Cinti., OH 45202 |
|   |   | x | Carol Budai | Assignment Commissioner's Office |
|   |   |   |   | 3rd Flr. |
|   |   |   |   | Hamilton County Courthouse |
|   |   |   |   | 1000 Main St. |
|   |   |   |   | Cinti., OH 45202 |

**Directions for Sheriff**

003219

Daniel J. James
#0008067
721-1995

Attorneys for _____ Lee Moore

Me & Jason drove to Hamilton w/ intentions to steal a car — we both knew that was my intention to steal a car —

I seen a car — saw Oliver get out of car & go into Bar — I was going to get his car when he come out.

I got him in the car — I drove back to Jason's house & told Tony that he was in the car — Tony said he wanted to go with me —

We was in Cumminsville — I had been drinking & smoking pot

Went back — got him out of the trunk & I told him to walk by dumpster so he could go behind it & we could leave. I asked for his wallet on the way back. He dropped his wallet & I had the gun pointed at him & I reached down to pick it up & he started walking towards me & I panicked & I accidentally pulled the trigger. After the shot I blanked out or went into shock — didn't see him fall. Got back in car & rode away.

When I got in car Tony telling me "You got him — you shot him in

003220

I was trying to get a car to impress people.

003221

HOMICIDE OF MELVIN OLINGER

STATEMENT OF LEE MOORE

Code to persons speaking in statement:

Q:   Specialist Dave Feldhaus
     Homicide Unit, C.I.S.
     Cincinnati Police Division

QQ:  Detective Mike Tiernan
     Fairfield Police Department

A:   Lee Moore

(NOTE: Inaudible portions of statement are indicated by dashes.)

Q: Okay today's date is uh January 21st, 1994, the time now is um 0635 hours. My name is Specialist Dave Feldhaus with the Cincinnati Police Homicide Unit. With me is Detective Tiernan, T-I-E-R-N-A-N. He's with the uh Fairfield Police Department. We're interviewing uh a Lee Moore. Lee Edward Moore. He's a male black, 19 with a date of birth of uh 10/19 of 74. Mr. Moore gives an address of 1101 Clearbrook Avenue. Is that correct Lee? Is it Avenue or Street?

A: Drive.

Q: --- Drive. Okay. Has a phone number of 242-1482. Uh Mr. Moore is being interviewed in reference to the death of Melvin Olinger which occurred on uh January 14, um 1994 in uh Cumminsville. I know it was 3366 Llewellyn Place. Um before we get started Lee I'm showin' ya a piece of paper here in which you have your signature. It's your Miranda Rights. These rights were read to you

Page 1

003222

       is that correct?

A: Yes.

Q: You gotta speak up okay so the tape can hear ya. Is that correct?

A: Yes.

Q: Okay an' you indicated that you understood it an' you signed your signature here at the bottom is that correct?

A: Yes.

Q: An' that's your signature?

A: Yes.

Q: Okay. Lee what we wanna do like I said we're we're investigatin' the death of um Mr. Olinger. He's uh a male white, 53. Uh an' again I said he was found over in Cumminsville. Um what I want you to do is just start at the beginning of what you know about his death an' how it came about an' what happen that night. Just take it slow an' um...

A: Okay.

Q: an' be truthful.

A: Me an' Jason we drove up to um...

Q: Now Jason is I I need you to name the whole names that you know.

A: Me an' Jason Holmes rode up drove up to um Hamilton with intentions to steel steel a car. He knew an' I knew those were uh were my intentions, to steal the car an' he was part of it. I got the car, I seen... (silence)

Q: Where you at up in Hamilton you say?

003223

Page 2