| | |
|---|---|
| Q. | ALRIGHT. |
| A. | WENT TO THE STORE. AN' LEE HAD UH, I DON'T KNOW WHAT HE WAS DOIN', HE SEEN A MICHIGAN THING ON THE BACK OF IT, I THINK IT SAID LAKE WATER, MICHIGAN. |
| Q. | ON THE BACK OF WHAT? |
| A. | THE CAR. |
| Q. | ON THE BUMPER OR SOMETHIN'. |
| A. | UN UN. RIGHT THERE NEAR THE SYMBOL. |
| Q. | NEAR THE WHAT? |
| A. | NEAR THE SYMBOL, THE FORD SYMBOL. |
| Q. | I DON'T KNOW WHAT YOU'RE SAYIN'? |
| QQ. | ON THE, ON THE TRUNK. |
| A. | NO, NOT UH, YEAH PROBABLY ON, THE PART OF THE TRUNK. IT, IT JUST SAID LAKE FORD, MICHIGAN... |
| QQ. | OKAY. |
| A. | OR LAKE WATER, MICHIGAN. BUT HE MOVED THAT TIRE AN' IT WAS, IT WAS A UH..... |
| Q. | CREDIT CARDS. |
| A. | HE HAD TWO MORE CREDIT CARDS... |
| Q. | WHAT KIND WERE THEY? |
| A. | THE EXPENSIVE KIND. |
| Q. | WHAT KIND WERE THEY? |
| A. | AN AMERICAN EXPRESS AN' I DON'T KNOW THE OTHER ONE. |
| Q. | ALRIGHT, WHAT HAPPENED TO THEM. |
| A. | NOTHIN'. |
| Q. | WHERE ARE THEY AT? |
| A. | HUH? |

Q. WHERE ARE THEY AT?

A. WHAT THE CREDIT CARD.

Q. YEAH.

A. THREW THEM AWAY TOO CAUSE WE KNEW WE COULDN'T USE 'EM. IT WAS WAY TOO LATE THEN. HE WAS ROLLIN' THAT CAR, CAR HOT.

Q. WHERE, WHERE WERE THEY THROWN AT....

A. A DUMPSTER.

Q. HUH?

A. A DUMPSTER.

Q. BY YOUR HOUSE. WHO THREW THEM AWAY?

A. UH, LEE.

Q. DID YOU THROW ANY OF THEM AWAY.

A. I THREW THE UH, I THREW THE JC PENNY, THE JEANNIE AN' THAT UH, MARATHON ONE.

QQ. THESE CARDS WERE UNDER THE SPARE TIRE IS THAT WHAT YOU'RE SAYIN'...

A. YEAH THOSE LAST TWO.

QQ. IN THE TRUNK.

A. UH HUH.

QQ. UNDER THE SPARE TIRE.

A. SOMEWHERE BACK THERE, I DON'T REALLY KNOW EXACTLY WHERE IT WAS AT. I KNOW THEY WAS HID GOOD, BECAUSE...

QQ. IT WAS INSIDE THE TRUNK.

A. YEAH. AN' LEE DIDN'T GET THAT MAN'S WALLET UNTIL HE GOT HIM OUT BEFORE HE WAS FINNA KILL HIM.

Q. OKAY SO NOW WHAT, WHAT WAS THE CARDS IN THE TRUNK THAT YOU... AMERICAN EXPRESS CARD AN' WHAT ELSE?

003312

A.  I DON'T KNOW THE OTHER ONE. I JUST KNOW IT MUST OF HAD A LOT OF MONEY ON IT BECAUSE HE HID IT, THINKIN' HE WAS GONNA LIVE.

Q.  OKAY AN' THEN YOU, YOU SAID YOU THREW AWAY THE JC, THE JEANNIE AN' WHAT ELSE?

A.  THE UH, MARATHON GAS STATION CARD.

Q.  WHERE DID YOU THROW THEM AWAY AT?

A.  THE DUMPSTER.

Q.  THE DUMPSTER.

A.  YEAH.

Q.  WHO FOUND THESE CARDS IN THE TRUNK, YOU OR LEE?

A.  LEE, I WENT TO THE STORE. I CAME OUT, HE WAS LIKE MAN, MAN HE SWINDLED US AN' ALL THAT. I'M LIKE FOR REAL. AN' HE WAS LIKE LOOK AT THIS, HE SHOWED ME 'EM TWO SHINY CARDS. AN' I WAS LIKE OH DAG.

Q.  DID YOU EVER DRIVE THAT TAURAS, HE EVER LET YOU DRIVE IT.

A.  NO.

Q.  HUH?

A.  NO, NOT AT ALL.

Q.  DID HE GIVE YOU ANYTHIN' OUT OF ALL OF THIS.

A.  NOPE, I DIDN'T GAIN NOTHIN'. AFTER I GOTTA ROLL HIS CAR FROM FAIRFIELD TO MY HOUSE.

Q.  YOU GOTTA DRIVE LEE'S CAR RIGHT?

A.  FROM FAIRFIELD TO MY HOUSE, THAT'S ALL I GOT OUT OF IT.

Q.  OKAY.

A.  OH AN' HE HAD SIX DOLLARS IN HIS WALLET.

003313

Q. WHERE'S HIS WALLET AT.

A. I AIN'T HIP, LEE AN' LARRY HAD IT.

Q. OKAY HE HAD SIX DOLLARS IN HIS WALLET?

A. YEAH THEY TOLD ME HE HAD SOME CHUMP CHANGE.

Q. WHAT WAS LEE SAYIN' TO YOU WAS HE, WAS HE, HOW WAS HE ACTIN' ABOUT WHEN HE WAS TELLIN' YOU HE SHOT HIM, WHAT WAS HE SAYIN'?

A. HE SAID, HE DIDN'T SOUND LIKE NOTHIN', HE JUST SOUNDED JUST REGULAR, JUST TALKIN'. HE, HE WASN'T HAPPY, HE WASN'T SAD, HE DIDN'T CARE, HE JUST DIDN'T CARE.

Q. JUST DIDN'T CARE.

A. NO.

Q. AN' WHY DID HE SHOOT HIM?

A. I AIN'T HIP, HE AIN'T HAVE TO. IF, IF, CAUSE WE THOUGHT HE WAS FROM MICHIGAN. HE DIDN'T HAVE TO SHOOT HIM, ESPECIALLY IF WE THOUGHT HE WAS FROM MICHIGAN, THAT'S WAY FAR UP THERE.

QQ. SO UH, YOU SAID THAT UH, YOU FOUND THIS STUFF TUESDAY SO YOU GUYS ROLLED IN IT ALL THE WAY UP TO TWO DAYS AGO, OR TWO DAYS BEFORE WE CAME OVER AN' SAW YOU?

A. YES.

QQ. DID, WHAT DAY DID HE GET RID OF THE CAR?

A. WHAT DAY. THE TWO -- MISSED US -- BOTH OF YA'LL, THE CAR AT SOMEBODY HOUSE.

Q. HUH?

A. THE CAR IS OVER SOMEBODY HOUSE.

Q. THE CAR IS AT SOMEBODY'S HOUSE. WHOSE HOUSE IS THE CAR AT?

Page 24                                                           003314

A.   IT'S OVER CAMERON'S.

Q.   WHO?

A.   CAMERON, CAMERON CALLERY.

Q.   WHO'S THAT?

A.   A FRIEND, THAT WENT TO THE MALL WITH US YESTERDAY. THE CAR DIDN'T GET GONE TILL YESTERDAY. WELL FIRST ON TUESDAY, ALRIGHT HE PARKED IT IN ANOTHER COURT TUESDAY NIGHT, HE PARKED IT IN ANOTHER COURT IN COMPTON GROVE. AN' ON WEDNESDAY WE WENT TO THE MALL. AN' THEN ON, ON WEDNESDAY WE WENT, I GOT MY HAIR CUT, LARRY GOT HIS HAIR CUT, AN' WE PICKED UP CAMERON AN' GARY. GARY IS THE ONE THAT CUT HAIR, BUT THEY LIVE TOGETHER. UH, GARY UH, WE WENT TO THE MALL IN THE FAIRMOUNT, CAME BACK TO MY HOUSE. AN' LEE DIDN'T FEEL LIKE DROPPIN' CAMERON OFF, SO WE TOLD HIM LIKE YOU CAN TAKE THE TAURAS BUT YOU KNOW IT GOT SOME DIRT ON IT. AN' CAMERON SAID YEAH, AN' THEN HE LEFT, TOOK THE CAR OVER HIS HOUSE.

QQ.  WHAT'S CAMERON'S LAST NAME?

A.   CALLERY, C-A-L-L-E-R-Y.

Q.   HOW OLD IS HE?

A.   SIXTEEN.

Q.   AN' YOU SAID HIS FIRST NAME IS WHAT?

A.   C-A-M-E-R....

Q.   C-A-M-E-R....

A.   O-N.

Q.   HUH?

003315

Page 25

| | |
|---|---|
| Q. | CAMERON. |
| A. | CAMERON. |
| QQ. | CAMERON. |
| A. | CAMERON, LIKE CAMERON. |
| Q. | OKAY, C-A-R, C-A-M-E-R-O-N.  AN' WHERE'S UH, CAMERON LIVE AT? |
| A. | COLLEGE HILL. |
| Q. | WHAT STREET? |
| A. | I DON'T KNOW THE STREET, IT'S OFF OF UH, IT'S OFF OF ARGUS ... |
| Q. | A STREET OFF ARGUS. |
| A. | YES, I CAN SHOW YOU BETTER THAN I CAN TELL YOU CAUSE HIS STREET GOT A FUNNY NAME. |
| Q. | WHERE DOES HE GO TO SCHOOL AT? |
| A. | AIKEN. |
| Q. | DOES HE KNOW ANYTHIN' ABOUT THIS GUY GETTIN' KILLED OR JUST WHAT. |
| A. | NO HE AIN'T KNOW, HE DON'T KNOW, HE STILL DON'T KNOW RIGHT NOW.  HE JUST, ALL HE KNOW IS THE CAR STOLEN. |
| Q. | IS IT PARKED AT HIS HOUSE, OR WHERE'S HE PARKIN', HE WOULDN'T PARK IN FRONT OF HIS HOUSE WOULD HE.  WHERE DO YOU THINK HE PARKED IT AT. |
| A. | IN A GARAGE. |
| Q. | HUH? |
| A. | IN A GARAGE. |
| Q. | HIS GARAGE? |

003316

A.   IT, IT'S LIKE, IT'S NOT LIKE A GARAGE WHERE THE DOORS COME DOWN, IT'S A FOUR PERSON GARAGE. AN' AIN'T NO DOOR, IS JUST, YOU CAN JUST DRIVE INTO IT.

Q.   SO HIS PARENTS WOULDN'T KNOW ANYTHIN' ABOUT IT.

A.   UH, NO.

Q.   WHERE'S THE GARAGE AT?

A.   IN THE BACK OF HIS HOUSE.

Q.   AN' THE STREET IS OFF ARGUS.

A.   UH HUH.

Q.   HUH?

A.   YES.

Q.   IF YOU HEARD THE STREET WOULD YOU KNOW IT?

A.   UN UN. I COULDN'T. I, I KNOW IT'S THE FIRST STREET OFF OF ARGUS COMIN' FROM NORTH BEND.

Q.   SO YOU GO THEN, YOU GO OUT NORTH BEND TO WHERE?

A.   TO ARGUS.

Q.   AN' THEN TURN RIGHT OR LEFT.

A.   COMIN', COMIN' DOWN NORTH BEND, COMIN' DOWN NORTH BEND YOU TURN UH, RIGHT GOIN' UP NORTH BEND YOU TURN LEFT.

Q.   COMIN' FROM UH, YOU KNOW WHERE THRIFTWAY IS ON NORTH BEND.

A.   UN UN.

Q.   OKAY. YOU KNOW WHERE KROGER'S IS?

A.   YEAH, KROGER'S.

Q.   GOIN' TOWARD UH, GOIN' UH, AWAY FROM THE CITY.

A.   HUH?

Q.   GOIN' TOWARD UH, THE WHITE CASTLE.

003317

A.  YEAH, GOIN' TOWARDS WINTON TERRACE...

Q.  RIGHT.

A.  GOIN' TOWARD WINTON...

Q.  YOU TURN RIGHT OR LEFT ON ARGUS.

A.  TURN, YOU TURN RIGHT.

Q.  AN' THEN IT'S A STREET OFF ARGUS.

A.  UH HUH, THE FIRST STREET OFF ARGUS.

Q.  AN' WHAT'S HE LIVE ON THE LEFT OR RIGHT SIDE.

A.  HE LIVE ON THE LEFT SIDE, THE DEAD END.

Q.  HOW FAR DOWN.

A.  UH AT THE END.

Q.  ALL THE WAY TO THE END OF THE STREET. SO ARGUS THE FIRST STREET ON THE LEFT AN' ALL THE WAY TO THE DEAD END.

A.  YEAH.

Q.  OKAY. WHAT COLOR IS HIS HOUSE?

A.  BRICK, IT'S, IT'S LIKE A, IT'S A HOUSE, BUILT LIKE AN APARTMENT BUILDING.

Q.  OKAY. AN' THERE'S FOUR APARTMENTS IN THERE.

A.  UH HUH.

Q.  WHAT'S HE LIVE ON, THE FIRST OR SECOND FLOOR.

A.  FIRST FLOOR. YOU GOTTA KNOCK TO GET IN.

Q.  OKAY.

A.  YOU GOTTA HAVE A KEY.

Q.  OKAY.

A.  HE, ALL CAMERON KNOW ABOUT THE CAR IS THAT, IS IT'S HOT.

003318

Page 28

| | |
|---|---|
| Q. | OKAY. |
| QQ. | WHAT'S GARY'S NAME? |
| A. | GARY BOX. BOX. |
| QQ. | B-O-X. |
| A. | UH HUH. |
| Q. | OKAY I'M GONNA STOP THE UH, TAPE HERE WE'RE GONNA SWITCH SIDES, IT'S ABOUT RUNNIN' RIGHT OFF OF THE FIRST SIDE. OKAY UH, THIS IS THE INTERVIEW WITH UH, JASON HOLMES. THIS WILL BE UH, SIDE TWO. |
| QQ. | YOU SAID GARY LIVES WITH CAMERON? |
| A. | YEAH. |
| QQ. | IN THE SAME APARTMENT OR THE SAME BUILDIN'. |
| A. | THE SAME APARTMENT. |
| QQ. | HOW ARE THEY RELATED. |
| A. | UH, THEY NOT REALLY RELATED, THEY JUST REAL CLOSE FRIENDS, KNOWIN' EACH OTHER SINCE THEY WAS LITTLE. GARY TURNED EIGHTEEN EARLIER IN JANUARY. CAMERON IS THREE DAYS, HOLD ON, CAMERON IS FIVE DAYS YOUNGER THAN ME, BORN DECEMBER 8TH, 1977. |
| QQ. | UH, WELL WHOSE APARTMENT IS IT? |
| A. | HIS MOTHER'S, PAT CALLERY. |
| Q. | WHAT'S HIS MOTHER'S NAME? |
| A. | PAT CALLERY. |
| Q. | PAT. |
| A. | UH HUH. SHE DON'T KNOW NOTHIN' ABOUT IT. SHE PROBABLY DON'T EVEN KNOW THE CAR BACK THERE BECAUSE HER CAR BROKE DOWN. |

003319

Page 29

Q.  YOU KNOW HIS PHONE NUMBER?

A.  HE DON'T HAVE A PHONE.

Q.  OKAY. WHOSE UH, IN-LAWS, WHO IS THIS GARY BOX NOW, YOU'RE SAYIN' GARY BOX.

A.  THAT'S, THAT'S JUST A FRIEND, A FRIEND OF THE FAMILY.

Q.  OKAY. SO WHO GAVE HIM THE CAR.

A.  WHO GAVE, CAMERON THE CAR.

Q.  YEAH.

A.  LEE.

Q.  LEE DID. HE JUST TOLD HIM HE AIN'T FEEL LIKE DRIVIN' HIM HOME YESTERDAY SO, HE, I MEAN ON WEDNESDAY, SO HE SAID GO AHEAD, USE IT. TAKE THAT CAR BUT YOU KNOW IT GOT DIRT ON IT SO, BE CAREFUL

QQ. THAT WAS WEDNESDAY.

A.  HUH?

QQ. THAT WAS WEDNESDAY.

A.  YES.

Q.  ANYTHIN' ELSE, ANYTHIN' ELSE YOU CAN UH, REMEMBER ABOUT THIS JASON?

A.  YEAH. I AIN'T, ...

Q.  WHAT, WHAT ELSE DO YOU REMEMBER.

A.  ...TELL YOU EVERYTHIN'.

Q.  WELL THAT'S WHAT YOU, WE WANT THE TRUTH.

A.  UH LEE BOUGHT HIS GIRLFRIEND SOME STUFF. SHE GOT ALL THAT, HER NAME SHATAYNDA NEAL.

Q.  ALRIGHT. LEE BOUGHT SOME UH, JEWELRY FOR HER.

A.  YEAH. I DON'T KNOW EXACTLY WHAT IT IS. LARRY JUST, LARRY WAS A LITTLE BIT UPSET BECAUSE LEE, HE WENT WITH

003320

|     |     |
| --- | --- |
|     | LEE AN' LEE DIDN'T GET HIM NOTHIN'. HE WAS LIKE MAN, HE BOUGHT THAT, THIS AN' THAT, ALL THIS STUFF. |
| Q.  | WHAT'S HER NAME? |
| A.  | SHATAYNDA NEAL. |
| Q.  | SHATAYNDA, SPELL IT. |
| A.  | SHATAYNDA, I DON'T KNOW HOW TO SPELL IT. I JUST KNOW HER NAME SHATAYNDA NEAL. |
| Q.  | WHERE SHE LIVE AT? |
| A.  | SEVEN HILLS, YA'LL, YA'LL WAS OVER HER HOUSE. |
| Q.  | OKAY. YOU KNOW WHERE SHE LIVE AT, OKAY. ANYTHIN' ELSE MIKE. |
| QQ. | UH NO. |
| Q.  | OKAY IS THAT IT JASON, ANYTHIN' ELSE YOU WANNA ADD? |
| A.  | NO, I TOLD YOU THE WHOLE TRUTH, NOTHIN' BUT THE TRUTH. |
| Q.  | ANYBODY ELSE KNOW ABOUT THIS GUY BEIN' KILLED BESIDES YOU, LARRY... |
| A.  | NO, JUST HAPPEN ON THE HUSH, HUSH. |
| Q.  | AN' LEE. YOU NEVER TOLD ANYBODY ELSE, JUST THAT THEY KNEW YOU HAD A STOLEN CAR. |
| A.  | YEAH, YEAH, ONLY THING EVERYBODY KNEW WAS THAT WE HAD A STOLE CAR, A STOLE TAURAS. AN' THAT'S ABOUT IT. PEOPLE WAS ASKIN' FOR RIDES, THEY ACT LIKE THEY DIDN'T CARE. |
| Q.  | KNOWIN' IT WAS STOLEN? |
| A.  | YEAH. THEY SEEN IT WAS ALL PRETTY, PRETTY BLUE AN' ALL THAT. SO THEY JUST WAS LIKE DAG, GIVE ME A RIDE. EVERYBODY WANTED TO RIDE IN IT. PEOPLE KNEW, HE AIN'T |

003321

|   |   |
|---|---|
|   | REALLY WANT NOBODY TO GET IN IT THOUGH. HE AIN'T LET TOO MANY PEOPLE IN IT. |
| Q. | WHO IS THAT, LEE. WHY DID HE LET UH, CAMERON HAVE IT. |
| A. | SHOOO, HE KNEW HE HAD TO GET RID OF THAT CAR, IT WAS TOO HOT. BUT HEY, I'M TELLIN' THE TRUTH SO I CAN GET AS FAR AWAY FROM THIS AS I CAN, YOU KNOW WHAT I'M SAYIN'. |
| Q. | OKAY. OKAY UH, THIS WILL CONCLUDE THE INTERVIEW WITH UH, JASON HOLMES, END. |

Transcribed by:
Natasha V. Ruff
February 8, 1994
Cincinnati Police Division

Page 32

003322

Q. RIGHT.

A. SO SHE TOOK ME HOME, WE ATE. WE DID SOME LIL' STUFF WE GOT, WE GOT SOMETHIN' TO EAT. UH, SHE HAD LEFT, HER BOYFRIEND CALLED AN' TOLD HER TO PICK HIM UP FROM WORK. SO LATER ON THAT NIGHT, LEE CAME OVER AN' WE JUST CHILLED SOME MORE, WE JUST TALKED....

Q. TALKIN' ABOUT WHAT HAPPEN...

A. NO LEE WAS TALKIN' ABOUT WHAT HE WAS GONNA DO WITH THE CAR, THE PLAN.

Q. WHAT WAS THE PLANS TO DO WITH THE CAR?

A. GET IT PAINTED AN' PUT SOME RIMS ON IT. SOME TIRES, SOME NEW, SOME NEW RIMS.

Q. OKAY. AN' WHERE WAS THE GUN AT?

A. UH RIGHT THEN IT WAS UP UNDER MY UH, THE SEAT IN MY ROOM.

Q. IT WAS...

A. IT WAS THERE ALL THE TIME EVERY SINCE, EVERY SINCE UH DUDE, THE MAN GOT KILLED. THAT'S WHERE THE GUN WAS JUST SITTIN'.

Q. YOU WERE HIDIN' GUN IN, IN, UNDER A SEAT IN YOUR ROOM.

A. UNDER THE PILLOW.

Q. OKAY AN' THEN UH, WERE THE BULLETS ALL IN THE GUN...

A. UH HUH. ALL FIVE SHELLS.

Q. AN' UH, YOU SAID YOU WERE, YOU TOLD ME BEFORE YOU WERE GONNA TRY AN' SELL THE GUN.

A. TO RON.

Q. RON WHO?

Page 14

*[handwritten note:]* MARK MISSING PAGE FROM JASON HOLMES STATE003326

Form 708B    Case Number B9400661

THE STATE OF OHIO,
Hamilton County, } ss. **Court of Common Pleas**
SUBPOENA FOR WITNESS

To Lee Moore, Jr.,

To DANIEL JAMES

You are required to attend on the 2nd day of May A.D. 19 94 at 9:00 o'clock A. M., in the Court House in Cincinnati, in said County, before the Hon. Judge Cartolano Judge of said Court, in Room No. _____ to testify as witness on behalf of State of Ohio in the case of State of Ohio versus Jason T. Holmes and not depart the Court without leave. Fail not under penalty of the law.

NOTICE
REPORT AT PROSECUTING
ATTORNEY'S OFFICE
ROOM ~~XXX~~ 411

WITNESS my hand and the seal of the said Court at Cincinnati, this 22nd day of April A.D. 19 94

JAMES C. CISSELL
Clerk of the Court of Common Pleas of Hamilton County, Ohio

Longano - P0018087/Butler - P0024483
Ass't Pros.

By _Jack Cottrell_ Deputy
PRESS FIRMLY

003323

**FRANK P. CLEVELAND, M.D.**
**HAMILTON COUNTY CORONER**

ELLIOT M. GROSS, M.D.
CHIEF DEPUTY CORONER/DIRECTOR OF FORENSIC PATHOLOGY

CAROLYN MARATEA
ADMINISTRATOR

WILLIAM L. DEAN, M.S
CHIEF OF FORENSIC SCIENCES

HAROLD E. SCHUELER, Ph.D.
CHIEF OF TOXICOLOGY

INSTITUTE OF FORENSIC MEDICINE
TOXICOLOGY AND CRIMINALISTICS

3159 EDEN AVENUE · CINCINNATI, OHIO 45219

TELEPHONE AREA 513

OFFICE 221-4524
LABORATORY 221-4528
MORGUE 221-4529
FAX 513-221-0307

## OFFICIAL CRIME LABORATORY REPORT

TO: Sergeant John Jay
    CPD, Homicide Squad

C.L. FILE #  318-94-F-S-M
DATE         January 21, 1994
SUBJECT      Olinger, Melvin

EXAMINATION REQUESTED BY:
    Same

TYPE OF EXAMINATION REQUESTED:
    ABO Blood Group Comparison

The following is a report of the Crime Laboratory giving the results of examinations conducted on specimens received from your office. This examination has been made with the understanding that the specimen is connected with an official investigation of a criminal matter and the laboratory report will be used for official purposes only, related to the investigation or a subsequent criminal prosecution. Authorization cannot be granted for the use of this report in connection with a civil proceeding.

SPECIMENS:

Q-8 --- few pieces of apparent tissue in a plastic bag

K-2 --- blood specimen from the autopsy of Melvin Olinger H-28-94

FINDINGS: The findings below are based upon standard serologic procedures for the identification and typing of body fluids and body fluid stains.

| | | | |
|---|---|---|---|
| Q-8 | - | Tissue | -- Group O human blood identified. |
| K-2 | - | Blood from Melvin Olinger | -- Group O in the ABO system. |

_Annette E. Davis_
Annette E. Davis, Serologist

AED:scb

OPINION:

Two slides show autolyzed tissue suggestive of skeletal muscle.

_Elliot M. Gross_
Elliot M. Gross, M.D.

EMG:scb
April 8, 1994

This report is an addendum to CL-318-94-F-M dated March 16, 1994.

003324

Case 1:00-cv-00023-SJD-MRM    Document 123-19    Filed 08/08/2005    Page 16 of 20



003325

Police Specialist Joseph Hoffmann, Cincinnati Police Division Homicide Unit being first duly cautioned and sworn, deposes and says that within the jurisdiction of the Hamilton County Municipal Court at 1293 Meredith Drive a single family brick ranch residence occupied by Darrell Anderson and his parents Gregory and Charlene Anderson, said residence is located in Springfield Township, Hamilton County, Ohio. Search includes, basement, attic, residence and garage.

he believes and has good cause to believe that at said place there __is__ concealed
                                                                   (is/are)

Firearms, ammunition for weapons, any items belonging to homicide victim Melvin Olinger. Any trace evidence that would link the suspects to the homicide victim. Any records that would indicate control of recovered evidence. Records that indicate occupants of 1293 Meredith Drive.

and that said items are concealed in violation of law, to wit: Aggravated Murder 2903.01, Murder 2903.02, Aggravated Robbery 2911.01

Such belief is supported by the following facts:

The affiant a Cincinnat Police Officer with other 25 years of experience is investigating the Aggravated Robbery and Aggravated Murder of Melvin Olinger. Melvin Olinger was Kidnapped from Fairfield, Ohio on 1/14/94, transported to 3366 Llewellyn Avenue in Cincinnati, Ohio where the victim was shot to death and robbed of his credit cards, money and his vehicle, 1994 Ford Taurus. On 1/21/94, Jason Holmes, Male black 16 was interviewed by Sergeant John Jay, Cincinnati Police Division and stated that the weapon used in the homicide of Melvin Olinger was given to Darrell Anderson, Male black 16, of 1293 Meredith Drive. The weapon was given to Darrell Anderson on 1/20/94 at approximately 2000 hours by Jason Holmes in a school yard in Mt. Healthy, Ohio. Jason Holmes described the murder weapon as a 357 caliber silver revolver with brown wood grips. Jas Holmes stated he also gave Darrell Anderson a 32 caliber revolver at the same time he gave him the 357 Caliber revolver in the school yard. (OVER)

Affiant further says that there __is not__ urgent necessity that the search be conducted
                                 (is/is not)
in the nighttime.

Sworn to, subscribed before me, and filed in this Court this _____

By _____   _____
Judge, Hamilton County Municipal Court          Affiant

STATE'S EXHIBIT

003327

Jason Dewayne Marcell Anderson lives in the basement of his parents home at 1293 Meredith Drive and has access to the entire residence.

Sworn to, subscribed before me, and filed in this court 21st Jan. 1994 9:20 AM

By _____   X_____
Judge, Hamilton County Municipal Court        Affiant

To the __Police Chief of Springfield Twp.__, Greetings: Whereas, there has been filed with me an affidavit, a copy of which is attached hereto and incorporated herein, these are, therefore, to command you in the name of the State of Ohio, with the necessary and proper assistance, to enter, in the __day__ time, into the

__1293 Meredith Drive a single family brick ranch residence occupied by__
__Darrell Anderson and his parents Gregory and Charlene Anderson, said__
__residence is located in the City of Mount Healthy, Hamilton County, Ohio.__
__Search includes, basement, attic, residence and garage.__

in the county aforesaid, and there diligently search for the goods, chattels, or articles, to wit:

__firearms, ammunition for weapons, any items belonging to homicide victim__
__Melvin Olinger. Any trace evidence that would link the suspects to the__
__homicide victim. Any records that would indicate control of recovered__
__evidence. Records that indicate occupants of 1293 Meredith Drive.__
and that you bring the same, or any part thereof, found on such search,
__The body(s) of person(s) found to be in possession or control of contraba__

forthwith before me, or some other judge or magistrate of the county having cognizance thereof, to be disposed of and dealt with according to law.

Given under my hand this __21st__ day of __Jan__, 19__94__, at __9:26 AM__ o'clock.

_____
Judge, Hamilton County Municipal Court

---

## RETURN ON SEARCH WARRANT

On the __21__ day of __Jan__, 19__94__, at __11:15__ o'clock __A__ M., I executed the search warrant attached hereto, and removed from said premises in the presence of __Gregory & Darrell Anderson__, property of which the following is an inventory:

__SEE ATTACHED INVENTORY SHEET.__

I hereby certify that copies of the search warrant and inventory were (delivered to)/left at __Darrell Anderson__

Sworn to, subscribed before me, and filed in this Court this _____

By _____
Judge, Hamilton County Municipal Court

Joseph A. Hoffman
003329

1293 MEREDITH, by officer HOFFMANN

| ITEM # | LOCATION | EVIDENCE | FOUND BY OFFICER |
|---|---|---|---|
| 1 | BASEMENT BEDROOM | 2 - 357 MAGNUM BULLETS in WHITE LEATHER Pouch | HOFFMANN |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | THAT | IS | ALL |
| | | | |
| | | | |

003330