Background Credentials   Et Hawking duties
           testify before
           School - Degrees

ST'ces coordinate 1st par
Vol visited - juv. center How many hrs saw/interview Professional Association
well-trained  who helped    organizations
received

    Review life -
     Armstrongs -
      perspective
  growing up years -  what can tell

   ①   X - Renovel

Somewhere (wheels fell off) -
   At some pt - didn't get guidance.

   ②
 — Rehabilitation  adjusted well Reviewed records at
 — adjust well - in prison     H & JC
      unstructured production
        Supervision

         Olenger-Uncle
          Minister-
          Remorseful

{ Mom overbearing - don't develop - Christian - don't fight back
 Divorce - Shattering impact
  Pulled on 5th gr → soph
  Class clown - beat up - next day try 6 males/females
  Winton Terrace - wrong crowd - drink & smoke
  Hungry - young - kids -
  jet son

003371

Central Baptist - private
failed 4th g. - Divorced   mother — if she would not send back if he's gonna a fail 6
School
Not Healthy                                T—nancy, low grades
                                           poor peer relations
moved into Woodward District               Police in for 5th g. or, abused
                                           on bus

Mother -  - at 18 would not cut up - sent to live w/ father -
Mother's        Discipline-ian - Spanking w/hand - belt
Scott's
Religious       Divorced - Age 6           Father says - mother would take Lee's $
                Wanted Lee be his own man - not like other - Blamer
                Her + Lee Sr. split up several times - Lee Sr. not there as father - for Lee - Divorce 1971

Father - - at 17 Lee caught using drugs
Lee Sr.    characterizes marriage "Geo-yeas bad "arguments over - $, cars, clothes - no
son        drugs" alcohol by dad                   Divorced - e.o. wknd visitation
+ daughters   Const - 12 hrs/day · City - 8 hrs/day - wheel long hrs + beat
           Married Betty - then Georgia(1966) - then Betty 1974
           mother - felt Lee Sr - alcoholic, brother - liver problems, denial
           Sublimed abuse
                    May - 15/16
           mother → alcohol - May 17-18 - gave in to peer pressure - wanted to be accepted
           Lee sneaks beer into home - 40 oz - Betty yelled at - father too wasted w/ outside

Fights/Assaults:
   assault on bus - brass knuckles
   @17 Lee jumped - Behavior - deteriorated
   @19 - jumped. gun to his head. chain, shoes, sweatshirt

L+     18 applied for Co-p - not accepted

003372

Religion
Mother Church as child
Sister married to Minister
Nephew Deacon

Mother - Church
Beverly - 1st H
Jochen + Rhn
Lee

Gen Motors - 1965 -ddy-s
Standard Textile - 7yrs

```
HAMILTON COUNTY JUVENILE RECORD OF COMPLAINTS AS OF ...

                    P E R S O N A L   I N F O R M A T I O N

NAME: MOORE LEE E
FIRST CASE ENTERED: ...
EXPUNGEMENT REVIEW: ...
SOC.SEC.NO. ...
FATHER: MOORE LEE
MOTHER: MOORE/GEORGIA
CHILD'S ADDRESS:  ...MEREDITH              CINTI    OH 45...
FATHER'S ADDRESS: ...CLEARFIELD             CINTI    OH 45...
MOTHER'S ADDRESS: ...MEREDITH              CINTI    OH 45...

                  D E L I N Q U E N T / U N R U L Y  I N F O R M A T I O N

CASE NO:  /92/011... /   DATE OF FILING: 06/11/92
COMPLAINT: DRUG ABUSE
 AGENCY: CPTS
DEGREE: M1  SECTION: 2925-11   /ORC/
CASE STATUS: 10/05/92 CASE DISPOSED

ACK/

DATE       DISPOSITION                                            JUDGE/REFEREE
-----      -----------                                            -------------
06/11/92   BOND SET:                                              DUSAN
           TYPE: CASH                  AMOUNT $ 200
08/14/92   CONTINUANCE DATE:    8/14/92 POSSIBLE BIND OVER        DUSAN
08/20/92   PROBATION:           PROB FOR INVESTIGATION            DEMOTT
08/20/92   FINDING:             ADJUDGED DELINQUENT               DEMOTT
08/20/92   CONTINUANCE DATE:    8/20/92 TRIAL                     GROSSMANN
08/20/92   PLEA:                ADMIT                             DEMOTT
10/05/92   INVESTIGATION TERMINATED                               DEMOTT
10/05/92   PROBATION:           CONTINUED PROBATION               DEMOTT
10/05/92   FINE:                FINE: $ 50                        DEMOTT
10/05/92   COURT COSTS:         COSTS:$ 15  REMITTED:$ 15         DEMOTT
10/05/92   CONTINUANCE DATE:    10/05/92 DISPOSITION              DEMOTT
10/05/92   COUNSEL:             COUNSEL PRESENT                   DEMOTT

BEGIN EXPUNGEMENT ELIGIBILITY: 10/05/92
ACK/
CASE NO:  /92/006067 /   DATE OF FILING: 06/01/92
COMPLAINT: THEFT                         M1F4
DEGREE: M1  SECTION: 2913-02   /ORC/
CASE STATUS: 06/11/92 CASE DISPOSED


06/11/92   ACCEPT TRANSFER                                        DEMOTT
06/11/92   COMMITMENT:          SUSP COMM DEPT OF YOUTH SERV      DEMOTT
06/11/92   FINDING:             ADJ DEL - OUT-OF-COUN TRANS       DEMOTT
06/11/92   COURT COSTS:         COSTS:$ 15                        DEMOTT
06/11/92   COUNSEL:             COUNSEL PRESENT                   DEMOTT
06/11/92   COSTS PAID                                             DEMOTT


BEGIN EXPUNGEMENT ELIGIBILITY: 06/11/92
REMARKS: ADJ TRANSFER FROM BUTLER COUNTY
```

003374

```
CASE NO:                    DATE OF FILING:
COMPLAINT:
DEGREE:      SECTION:
CASE STATUS: 06/11/92 CASE DISPOSED

06/11/92  ACCEPT TRANSFER                                          DEMOTT
06/11/92  COMMITMENT:         SUSP COMM DEPT OF YOUTH SER          DEMOTT
06/11/92  FINDING:            ADJ DEL - OUT-OF-COUN TRANS          DEMOTT
06/11/92  COURT COSTS:        COSTS:$ 15                           DEMOTT
06/11/92  COUNSEL:            COUNSEL PRESENT                      DEMOTT
06/11/92  COSTS PAID                                               DEMOTT

BEGIN EXPUNGEMENT ELIGIBILITY: 06/11/92
REMARKS: AJM TRANSFER FROM BUTLER COUNTY

-----------------------------------------------------------------

CASE NO:                    DATE OF FILING: 06/11/92
COMPLAINT: ATTEMPT GRAND THEFT     F4
DEGREE: F4 SECTION: 2913-02DT /ORCN
CASE STATUS: 06/11/92 CASE DISPOSED

06/11/92  ACCEPT TRANSFER                                          DEMOTT
06/11/92  COMMITMENT:         SUSP COMM DEPT OF YOUTH SER          DEMOTT
06/11/92  FINDING:            ADJ DEL - OUT-OF-COUN TRANS          DEMOTT
06/11/92  COURT COSTS:        COSTS:$ 15                           DEMOTT
06/11/92  COUNSEL:            COUNSEL PRESENT                      DEMOTT
ACK/
06/11/92  COSTS PAID                                               DEMOTT

BEGIN EXPUNGEMENT ELIGIBILITY: 06/11/92
REMARKS: AJM TRANSFER FROM BUTLER COUNTY

-----------------------------------------------------------------

CASE NO: /92/005064 I   DATE OF FILING: 06/11/92
COMPLAINT: ATTEMPT GRAND THEFT     F4
DEGREE: F4 SECTION: 2913-02DT /ORCN
CASE STATUS: 06/11/92 CASE DISPOSED

06/11/92  ACCEPT TRANSFER                                          DEMOTT
06/11/92  COMMITMENT:         SUSP COMM DEPT OF YOUTH SERV         DEMOTT
06/11/92  FINDING:            ADJ DEL - OUT-OF-COUN TRANS          DEMOTT
06/11/92  COURT COSTS:        COSTS:$ 15                           DEMOTT
06/11/92  COUNSEL:            COUNSEL PRESENT                      DEMOTT
06/11/92  COSTS PAID                                               DEMOTT

BEGIN EXPUNGEMENT ELIGIBILITY: 06/11/92
ACK/
-----------------------------------------------------------------

CASE NO: /92/005065 I   DATE OF FILING: 06/11/92
COMPLAINT: ATTEMPT GRAND THEFT     F4
DEGREE: F4 SECTION: 2913-02DT /ORCN
CASE STATUS: 06/11/92 CASE DISPOSED

06/11/92  ACCEPT TRANSFER                                          DEMOTT
06/11/92  COMMITMENT:         SUSP COMM DEPT OF YOUTH SERV         DEMOTT
06/11/92  FINDING:            ADJ DEL - OUT-OF-COUN TRANS          DEMOTT
06/11/92  COURT COSTS:        COSTS:$ 15                           DEMOTT
06/11/92  COUNSEL:            COUNSEL PRESENT                      DEMOTT
06/11/92  COSTS PAID                                               DEMOTT

BEGIN EXPUNGEMENT ELIGIBILITY: 06/11/92
```

003375

```
CASE NO:  /92/007997 JV   DATE OF FILING: 05/29/92
COMPLAINT: RSP  FD
AGNY:
DEGREE: F3 SECTION: 2913-51   /CPCN
CASE STATUS: 06/11/92 CASE DISPOSED
PROBATION OFFICER: (JONES/JNL)

05/30/92  BOND SET:                                       BRAZILE
          TYPE:  NO BOND TO BE HELD
05/31/92  REMAND TO DETENTION TO DETENTION                BRAZILE
05/30/92  PROBATION:          PROB FOR INVESTIGATION      BRAZILE
05/30/92  FINDING:            ADJUDGED DELINQUENT         BRAZILE
05/30/92  PLEA:               ADMIT                       BRAZILE
06/11/92  REMAND RELEASE DATE                             DEMOTT
06/11/92  REMAND RELEASE DATE                             DEMOTT
06/11/92  INVESTIGATION TERMINATED                        DEMOTT
06/11/92  REFERRAL ENDS                                   DEMOTT
06/11/92  WORK DETAIL:        DAILY                       DEMOTT
06/11/92  WORK DETAIL:        DAILY                       DEMOTT
06/11/92  COMMITMENT:         SUSP COMM DEPT OF YOUTH SERV DEMOTT
06/11/92  COMMITMENT:         SUSP COMM DEPT OF YOUTH SERV DEMOTT
06/11/92  PROBATION:          PROBATION                   DEMOTT
06/11/92  PROBATION:          PROBATION                   DEMOTT
06/11/92  COURT COSTS:        COSTS:$ 15                  DEMOTT
AGNY:
06/11/92  CONTINUANCE DATE:   6/11/92 DISPOSITION         BRAZILE
06/11/92  COUNSEL:            COUNSEL PRESENT             DEMOTT
06/11/92  COUNSEL:            COUNSEL PRESENT             DEMOTT
06/11/92  COSTS PAID                                      DEMOTT
06/30/92  WORK DETAIL COMPLETE                            DEMOTT
10/14/92  PROBATION RELEASE                               JUDGE

BEGIN EXPUNGEMENT ELIGIBILITY: 10/14/92
REMARKS:
```

---

```
CASE NO:  /91/005011 D   DATE OF FILING: 04/03/91
COMPLAINT: CARRING CONCEALED WEAPONM1F3F2
  AGENCY: BPTB
DEGREE: M1 SECTION: 2923-12  /CPCN
CASE STATUS: 06/07/91 CASE DISPOSED
PROBATION OFFICER: (KING/PANEL)

05/06/91  HOUSE ARREST:       DAYS:30                    HOLTMEIER
05/06/91  PROBATION:          PROB FOR INVESTIGATION     HOLTMEIER
AGNY:
05/06/91  PLEA:               ADMIT                      HOLTMEIER
06/07/91  INVESTIGATION TERMINATED                       HOLTMEIER
06/07/91  FINE:               FINE: $ 50                 HOLTMEIER
06/07/91  COURT COSTS:        COSTS:$ 15                 HOLTMEIER
06/07/91  CONTINUANCE DATE:   6/07/91 DISPOSITION        HOLTMEIER
06/07/91  COUNSEL:            COUNSEL PRESENT            HOLTMEIER
07/12/91  CCT REP PAID                                   HOLTMEIER
07/12/91  FINE PAID                                      HOLTMEIER
07/12/91  COSTS PAID                                     HOLTMEIER

BEGIN EXPUNGEMENT ELIGIBILITY: 06/07/91
REMARKS:
```

003376

```
COMPLAINT: DISORDERLY CONDUCT              MM4
  AGENCY: PET
DEGREE: M4 SECTION: 2917-11   /CRCN
CASE STATUS: 05/06/91 CASE DISPOSED

ACK/
05/06/91  COURT COSTS:           COSTS: $ 15           HOLTMEIER
05/06/91  COUNSEL:               COUNSEL PRESENT       HOLTMEIER
05/06/91  PLEA:                  ADMIT                 HOLTMEIER
05/06/91  CT REP PAID                                  HOLTMEIER
05/06/91  COSTS PAID                                   HOLTMEIER

BEGIN EXPUNGEMENT ELIGIBILITY: 05/06/91
REMARKS: FF
```

                    T R A F F I C   I N F O R M A T I O N

NO TRAFFIC INFO FOR IDNO:    00092632

                    D E P E N D E N C Y   I N F O R M A T I O N

NO DEPENDENCY INFO FOR IDNO: 00092632

003377

DC
Purpose - Specific intent

922-7/49

Emmett Cooper -

240m  Gin   DIME BAG → several joints

Prepmeier - called

~~Materials~~

Don't think Materials — $1900+
Not Good day

— Ca. Mofe —

List ? to prepare

MITIGATING FACTORS
- YOUTH   Any other
- INFLUENCE MARIJ + ALCOHOL
- adapting to Imprisonment
- REMORSE
- unstable Home life - Divorced
  - Lack of Male figure - Mother
  - strict Disciplinarian
  - Picked on
- Severe pother - Z ~~Refs~~ NH Death
- Unsworn statement
- admissions to Shooting / Cooperation
Stolen Gun
Mary + Alcohol - thinking & behavior
evidence - impaired concentration +
memory - inability to control lack
of inhibitions

When grew up
& Raised    nphere
school
G-my W/
Academics
Vocational
Relationships
Health
Drug
Psy Hist   facts - compacts
                     on person affect
Summary in terms of Mitigating
Factors
Plus Testimony

just don't shoot someone
something just fell apart

003378

Need not be unanimous

9:20 Tomorrow
Pka Phxe 11/17   Noto Mary blr
357-8977

Jerry Koo

Lack of Nurturing   State v Powell (1990) 49 Oh St. 3d 255

Offender's childhood experiences
unhappy upbringing - emotional disturbance
Eddings v Oklahoma (1982) 455 US 104

Need Psychological testimony linking offender's involvement in
the offense w attitudes he acquired as result of an abusive
childhood

Adverse childhood where offender's early life shaped a
personality w serious character defects
State v Smith (1991) 61 Oh St. 3d 247, 296

Youth - leal weight

An expression of deep sorrow + remorse is entitled to
some weight - State v Brewer (1990) 48 Oh St. 3d 50, 14

Offender's Potential for Rehabilitation - Hitchcock v Dugger
(1987) 481 U.S. 393, 397
Good prison record - between arrest + trial was relevant
Skipper v South Carolina (1986) 476 US 1

evidence of Co-Def's life sentence properly considered as
mitigation - Bassett v State (Fla 1984) 449 So 2d 80 -

alcoholism + drug addiction - State v Green (1993)
66 Oh St. 3d 141

Psychological Weakness - State v Combs
Def's Cooperation - State v Smith (1991)

003379

State v. Combs (1991) 62 Oh St. 3d 278

Suffering - mental anguish of Victim Not an Agg. Circumstance

Mitigates - D. Fischer - drug abuse

Pros — Can be cont.ed v plan his behavior — No mental disease or defect
capable of purposeful action, forming insight
know consequences of his actions

Use DC Remorse

↳ M. chaplain failed → alcohol & drug dependency
psychological weakness
Remorse
difference d-mgs v alcohol at time of offense

State v. Smith (1991) 61 Oh St. 3d 284

Sup St State v Penix (1987) 32 Oh St. 3d 369, 513 N.E.2d 744

003280

Dear Dad                                From
                                        Stidham
                                        9-26-94

Whats up dad? Im doing pretty good, I hope you are too, I really dont have to much to talk about but I do want you to know that im very sorry that I was not a better son, I wish I would have been, I ~~just had a lot of problems in my life~~ and I felt like I couldnt talk to anyone about it, like sometimes I would be sitting downstairs with you and I would want to talk to you about it but I just wouldnt, the truth is I have a problem communicating with people I dont know very well and I guess I didnt know you like I should have known you, I hope you understand what im saying.
    I was NOT smoking crack, but I would ~~drink + smoke weed constantly and I only~~ did that because that was the only way I could get my mind off the problems in my life, its like I was running from them, but since I've been locked up I have had time to think about why I turned out this way, I guess I was like a pressure cooker I had all of those feelings and problems bottled up inside of me eventually I just busted.
    Sometimes I would even think

About how all of these problems would go away if I just killed myself, I know I didn't want to do that, but that is something I shouldn't have even been thinking about, but I have a stable mind now that I have god in my life & I'm ready to go with the punches because I know ~~everything is gonna be alright~~

Please tell Mrs. Betty that I'm sorry for not treating her better than I did, I do appreciate her because she allowed me to stay, sleep and definitely eat in her home and I know that she did not have to do any of that for me. I wish it wouldn't have took all of this for me to come to my senses, but it did and now I have to live with it.

One more thing before I end this ~~letter,~~ ~~I had quite a few pictures~~ on my mirror & in my drawers do you think you can mail them to me? Well until next time bye!

       Love
       Lee Edward Moore

003382

from
Sudham
9-26-94

Dear MAMA:

    I Really don't know what to say - so im just going to get to the point. I know I have been a big disappointment to you & Daddy but I want you to know that the way I turned out is not your falt at all, you were the best Mother a son could have I just couldn't Realize you were Trying to Make a good person out of Me. I Really Think My Downfall was Acceptance from other Kids & also Drinking & Drugs, im not blaming Anyone for My Mistakes because I should have been a stonger person, because I knew That Drinking & Smoking was wrong but All I was Concerned with was being <u>Accepted by Kids At My School.</u>
    MAMA, Kids Actually Made My young life miserable. I got beat up, I got chased home from School All The Time & this Made Me have a very low self esteem, in Jr. high school I was Actually scared to Ride My School bus home because People would take My hats And pick fights with Me. I Didnt have Any friends at all when

003383

I was in Jr. high school Except for younger Kids like Micheal across the Street and Kareem around the Corner, That is why I stayed in trouble in School, being The Class Clown to Make People laugh so I could be Accepted like other Kids, but Really all I was Doing was Playing Myself!

by The Time I got in high School Things were getting a little better, I could fight Now because of getting my Ass Kicked so Much when I was younger Excuse My french ☺.

Anyway I Started Maturing in the body but NOT in the Mind. & People were Accepting Me Especially girls & I Just lost My Mind cause I Never Experienced Popularity before.

Time goes on & Me & My Clique Are like the Loudest and This Makes Me feel very good Cause we got The girls The Money & The "Clout." but one day I'm hangin with "The boys" And Some guys Come over with Some beer & Say lets get drunk And Everybody Says Kool I Really didnt want to but I was weak & I didnt want to lose My Acceptance with The Clique So I Drunk with Them. This went on

for a while and eventually it was a normal thing to drink a 40oz with the boys it became a habit & I started really messing up in school but I didn't care cause I had "Clout" & girls and I wasn't thinking about the future, I didn't have a care in the world.

Then I started getting in trouble with the law. I would hide my drinks from you but occasionally I would come home very drunk & sick you know what im talking about & eventually you just got fed up because I was not doing nothing in school I was getting in trouble with the law & I would come home drunk so you through me out and I can understand that

but Mama, That's the worst thing you could have done, I started living with daddy and it was like I was on my own, he gave me freedom to do what I wanted to do, I had never had that and I wasn't even ready for it, but I liked it I felt like I was a grown man. but in reality I was a young boy with all this freedom I didn't need and

could not control it, I spent all of my time drinking & smokin weed with the boys & no time for God & school. When I enrolled into Woodward it was like withdrawing from school completely, it was so easy to skip school & not even to go I just didnt attend, I had all this freedom I just wanted to hav fun I wasnt thinking about school.

I started getting in trouble with the truant officer & they were threatening to kick me out I did better for a minute then started slipping again & eventual dropped out. I spent all my time drinking, screwing, smokin weed & hangin with the boyz "N" the hood. I hardly ever spent any time at dads house cause I was always in the streets. I did try to enroll into the Job Corps trade school but they wouldnt except me because of that drug charge I picked up when I was younger, then I started feeling useless & depressed.

I knew how you must have been feeling & I felt so ashamed of myse I didnt want to be around you.

C03286

I felT like There was NoThing I Could Do I had No Skills & I Couldn't Even learn one, I felT Trapped and I didnT want To work at Mcdonalds because I was 19yrs old and I guess I had To Much pride, but look were it goT Me. ITs A Shame ThaT all of This had To happen for Me To Come To My Senses & Realize I had a problem, I wish I Could have been a beTTer son and I Am So Sorry for disappoinTing Everybody buT Now I Know ThaT when All of This is over I will be A beTTer person because I have Turned My life over To God & I have faiTh in him.

I undersTand EveryThing ThaT you Ever Tried To Teach ME And Now I undersTand ThaT you were Trying To Make Me have a good life, I JusT wish I Could have Seen iT when I was younger. I AM So Sorry Any of This happened, if I Could STarT from The beginning I would live My life A ToTally DifferenT way.

And as Far as ShaTunda is Concerned I DonT Need her or her Mamas SupporT because I have My Mama And My Family's SupporT

003387

And most important of all I have
The Support of Jesus Christ And
Thats all I Need.

Love
Your Son
Lee E. Moore Jr.

P.S
I Love you

003388

*Washington v. State*, 362 So.2d 658 (Fla. 1978)(dicta)
[defendant's remorse considered as mitigating];

*McCampbell v. State*, 421 So.2d 1072 (Fla. 1982)(dicta); *Simons v. State*, 419 So.2d 316 (Fla. 1982)(dicta)
[potential for rehabilitation];

*Agan v. State*, 445 So.2d 326 (Fla. 1983)
[age mitigating factor might apply to those suffering from infirmities of old age but not in the case of a 54 year old]; See also *State v. Ramseur*, 524 A.2d 188 (N.J. 1987).

*Bassett v. State*, 449 So.2d 803 (Fla. 1984)
[evidence of co-defendant's life sentence properly considered as mitigation];

*State v. Bartholomew*, 683 P.2d 1089 (Wash. 1984)
[polygraph results admissible in mitigation at penalty phase];

*State v. Davis*, 477 A.2d 308 (N.J. 1984)
["evidence...of statistical data based upon empirial studies" even of a general nature admissible if relevant to an individual defendant's potential for rehabilitation];

*Huddleston v. State*, 475 So.2d 204 (Fla. 1985)
[override improper. Defendant was a drug abuser who lost job, girlfriend got pregnant, parents splitting up, etc.]

*State v. Norris*, 328 S.E.2d 339 (S.C. 1985)
[defendant can both testify and give closing argument in penalty phase];

*Cooper v. Wainwright*, 807 F.2d 881 (11th Cir. 1986)
[remand for hearing on opportunity to present non-statutory mitigation];

*Floyd v. State*, 497 So.2d 1211 (Fla. 1986)
[murder victim's daughter against death penalty - relevant mitigation]; See also *Jackson v. State*, 498 So.2d 406 (Fla. 1986) [judge consider survivors view of death penalty but no jury testimony permitted];

*Jeffers v. Ricketts*, 627 F.Supp. 1334 (D.Ariz. 1986)
[withdrawn plea offer admissible in mitigation];

*Lucas v. State*, 490 So.2d 943 (Fla. 1986)
[resentencing jury with right to present non-statutory mitigating];

*Skipper v. South Carolina*, 106 S.Ct. 1669 (1986)
[good jail conduct admissible under *Lockett*]; See *Truesdale v. Aiken*, 107 S.Ct. 1394 (1987) [*Skipper* retroactive]; *State v. Stewart*, 320 S.E.2d 447 (S.C. 1984) [testimony of jail guards regarding defendant's past jail conduct should have been admitted; "inartful proffer" ok]; *Pickens v. State*, 730 S.W.2d 230 (Ark. 1987) [*Skipper* error: death row good behavior before 2nd trial]; *Davis v. State*, 512 So.2d 1291 (Miss. 1987) [prior prison term can be mitigation]; *Fead v. State*, 512 So.2d 176 (Fla. 1987) [model prisoner and parolee]; *Jordon v. State*, 518 So.2d 1186 (Miss. 1988) [invention of alternative energy source];

*State v. Cooper*, 353 S.E.2d 441 (S.C. 1986)
[background of dispute between defendant and victim is mitigating];

7

003389

*Merritt v. State*, 523 So.2d 573 (Fla. 1988)
[admission of escape while being transported on another charge three months before indictment in instant case was inadmissible];

*People v. Morris*, Cal., 756 P.2d 795 (1988)
[evidence of prior homicide by defendant to explain informant's bias improper];

*State v. Lafferty*, 749 P.2d 1239 (Utah 1988)
[evidence of other crimes offered in aggravation must be proven beyond a reasonable doubt. Claim based on federal constitution, not state law];

*State v. Roce*, N.J., 548 A.2d 1058 (1988)
[(non-capital) uncharged misconduct admissible only to rebut mitigating character evidence];

*Tamme v. Commonwealth*, 759 S.W.2d 51 (Ky. 1988)
[conviction and death sentence reversed, in part due to admission of irrelevant and prejudicial unadjudicated homicides introduced at guilt phase];

*Foster v. Commonwealth*, 827 S.W.2d 670, 679 (1992)
[unadjudicated prior bad acts inadmissible in aggravation, even in cross-examining a defense psychiatrist or on behalf of a co-defendant claiming duress because "admission of bad acts in a capital murder trial is highly prejudicial and ordinarily outweighs any probative value ..."].

### 3. Victims/Survivors/Pictures

*People v. Ramirez*, 457 N.E.2d 31 (Ill. 1983)
[error to call victim's widow at penalty phase when no relevant testimony to offer];

*Romine v. State*, 305 S.E.2d 93 (Ga. 1983)
[testimony of victim's father that he did not want defendant to receive death sentence admissible in mitigation; denial of continuance to secure that testimony reversible error]; *See also Floyd v. State*, 497 So.2d 1211 (Fla. 1986).

*Adan v. State*, 453 So.2d 1195 (Fla. 1984)
[non-capital; deceased's family member can't testify unless truly necessary];

*Ice v. Commonwealth*, Ky., 667 S.W.2d 671, 675-76 (1984)
["manner in which photographs of deceased child were introduced through the mother of victim interspersed with questions regarding her great love for the child and the terrible loss she had sustained"];

*People v. Levitt*, 156 Cal.App.3d 500 (1984)
[bereavement of victim's family not proper aggravating factor for sentence (non-capital case)];

*Brandley v. State*, 691 S.W.2d 699 (Tex.Cr.App. 1985)
[prosecutor's argument: "Put yourself in shoes of victim's parents..." was error];

*Fuselier v. State*, 468 So.2d 45 (Miss. 1985)
[victim's family can't sit at prosecution table];

*People v. Coleman*, 695 P.2d 189 (Cal. 1985)
[victim's hearsay regarding prior threats/fear of defendant error];

5

003390