Lee Moore JR.

Dorothy Franklin
554-0647
385-9 C A Reynolds
C.O. 45215

James Ray.
2500 Kenton LN #203
C.O. 45306.
861-3069

Verdena Simpson
1855 Dalwood PL
C.O. 45237
242-3925.

Mae P. Robinson #6
3250 Rammelsberg Ave
Cincinnati, Ohio 45206
861-5180

Juanita Murray
4838 Hawaiian Ter.
Cinti. Ohio 45223
·541-0078

Beverly Parker
7950 Cherrywood Ct.
Cinti, OH 45224
729-1760 HM   626-3525 WK

Zenobia Mitchell
9636 Tanbark
Cinti. Ohio 45231   729-5338

008914

Arlene Graves
9731 Culpepper Ct
Cin Oh. 45231
Mt Healthy - 522-9118

Georgia Moore - (mother)
1280 Meredith Drive
Cinti, Oh 45231
    522-0990  / 761-9256 apt 203

* Rev. Anderson Culbreath
    631-9032 / 631-9164 - office
    931-5151 / 521-3222 - home

* Mike & Shirley McDaniel
    931-5621 - home -
    Call in A.M.

Nancy Townsend
    522-0287

Robyn Thrasher
2351 Vera Ave #2
Cinti  Oh  45237
    351-9331 - home
    397-6263 - ofc.

P.Randon Finch
10045  Funglon Dr.  } 385-4336
    C.O- 45351

008915

Lee Moon Sr.

DR. TERRY Schwartz ~~Schwartz~~ –
suite
Bethesda Hospital.
2-24-92. –
3 – 2 –

008916

I, LEE EDWARD MOORE, 1101 Clearbrook Drive, Cincinnati, Ohio 45229, hereby authorize you to release information concerning my health records to Chuck R. Stidham, Esq., Mitigation Specialists of Southwest Ohio, 317 W. Benson Street, Cincinnati, Ohio 45215.

Lee Edward Moore

STATE OF OHIO        )
                     ) SS:
COUNTY OF HAMILTON)

Sworn to before me and subscribed in my presence by Lee Edward Moore on this ___ day of ____, 1994.

Notary Public

CHUCK R. STIDHAM, Attorney at Law
NOTARY PUBLIC - STATE OF OHIO
My Commission has no expiration
date. Section 147.03 O.R.C.

008917

I, LEE EDWARD MOORE, 1101 Clearbrook Drive, Cincinnati, Ohio 45229, hereby authorize you to release information concerning my health records to Chuck R. Stidham, Esq., Mitigation Specialists of Southwest Ohio, 317 W. Benson Street, Cincinnati, Ohio 45215.

_____
Lee Edward Moore

STATE OF OHIO          )
                       ) SS:
COUNTY OF HAMILTON )

Sworn to before me and subscribed in my presence by Lee Edward Moore on this _____ day of _____, 1994.

_____
Notary Public

CHUCK R. STIDHAM, Attorney at Law
NOTARY PUBLIC - STATE OF OHIO
My Commission has no expiration
date. Section 147.03 O.R.C.

008918

I, LEE EDWARD MOORE, 1101 Clearbrook Drive, Cincinnati, Ohio 45229, hereby authorize you to release information concerning my employment records to Chuck R. Stidham, Esq., Mitigation Specialists of Southwest Ohio, 317 W. Benson Street, Cincinnati, Ohio 45215.

X _Lee E. Moore_ Jr.
Lee Edward Moore

STATE OF OHIO          )
                       ) SS:
COUNTY OF HAMILTON )

    Sworn to before me and subscribed in my presence by Lee Edward Moore on this ___ day of _____, 1994.

_____
Notary Public

CHUCK R. STIDHAM, Attorney at Law
NOTARY PUBLIC - STATE OF OHIO
My Commission has no expiration
date. Section 147.03 O.R.C.

008919

I, LEE EDWARD MOORE, 1101 Clearbrook Drive, Cincinnati, Ohio 45229, hereby authorize you to release information concerning my employment records to Chuck R. Stidham, Esq., Mitigation Specialists of Southwest Ohio, 317 W. Benson Street, Cincinnati, Ohio 45215.

_____
Lee Edward Moore

STATE OF OHIO       )
                    ) SS:
COUNTY OF HAMILTON )

Sworn to before me and subscribed in my presence by Lee Edward Moore on this ___ day of _____, 1994.

_____
Notary Public

CHUCK R. STIDHAM, Attorney at Law
NOTARY PUBLIC - STATE OF OHIO
My Commission has no expiration
date. Section 147.03 O.R.C.

008920

I, LEE EDWARD MOORE, 1101 Clearbrook Drive, Cincinnati, Ohio 45229, hereby authorize you to release information concerning my education records to Chuck R. Stidham, Esq., Mitigation Specialists of Southwest Ohio, 317 W. Benson Street, Cincinnati, Ohio 45215.

Lee Edward Moore

STATE OF OHIO          )
                       ) SS:
COUNTY OF HAMILTON     )

Sworn to before me and subscribed in my presence by Lee Edward Moore on this ___ day of _____, 1994.

Notary Public

CHUCK R. STIDHAM, Attorney at Law
NOTARY PUBLIC - STATE OF OHIO
My Commission has no expiration
date. Section 147.03 O.R.C.

008921

I, LEE EDWARD MOORE, 1101 Clearbrook Drive, Cincinnati, Ohio 45229, hereby authorize you to release information concerning my education records to Chuck R. Stidham, Esq., Mitigation Specialists of Southwest Ohio, 317 W. Benson Street, Cincinnati, Ohio 45215.

Lee Edward Moore

STATE OF OHIO     )
                  ) SS:
COUNTY OF HAMILTON)

Sworn to before me and subscribed in my presence by Lee Edward Moore on this ___ day of _____, 1994.

_____
Notary Public

CHUCK R. STIDHAM, Attorney at Law
NOTARY PUBLIC - STATE OF OHIO
My Commission has no expiration
date. Section 147.03 O.R.C.

008922

I, LEE EDWARD MOORE, 1101 Clearbrook Drive, Cincinnati, Ohio 45229, hereby authorize you to release information concerning my health records to Chuck R. Stidham, Esq., Mitigation Specialists of Southwest Ohio, 317 W. Benson Street, Cincinnati, Ohio 45215.

_____
Lee Edward Moore

STATE OF OHIO        )
                     ) SS:
COUNTY OF HAMILTON)

Sworn to before me and subscribed in my presence by Lee Edward Moore on this ____ day of _____, 1994.

_____
Notary Public

CHUCK R. STIDHAM, Attorney at Law
NOTARY PUBLIC - STATE OF OHIO
My Commission has no expiration
date. Section 147.03 O.R.C.

008923

LAW OFFICES

**CHUCK R. STIDHAM**
**CHRISTOPHER J. BERNARD**

# SAND, STIDHAM AND BERNARD
317 W. BENSON STREET
READING, OHIO 45215
(513) 761-4929
FAX (513) 761-3573

\*ROBERT G. SAND
(1932-1990)
\*HARRY A. SAND
(1922-1987)

July 22, 1994

Mt. Healthy High School
2046 Adams Road
Mt. Healthy, Ohio 45231

RE:  Lee Edward Moore
     D.O.B. - 10-19-74

Gentlemen:

This office is handling the Mitigation Phase of the case pending in the Hamilton County Court of Common Pleas wherein Lee Edward Moore is facing a possible death sentence.

In an effort to present factors in mitigation to prevent the execution of Mr. Moore, I am attempting to compile as much of a personal history and background as possible. To this end, I have enclosed herein an Authorization and Release Form which permits you to release information concerning Mr. Moore's education to me. I would appreciate if you would have this information to me as quickly as possible.

I specifically need the dates attended at school and copies of his attendance and scholastic records.

I would appreciate if you would provide this information to me as quickly as possible as his Trial is scheduled to commence in the Hamilton County Court of Common Pleas in late August, 1994.

Very truly yours,

_____
Chuck R. Stidham
Attorney at Law

CRS/tas

Encl.

008924

LAW OFFICES

CHUCK R. STIDHAM
CHRISTOPHER J. BERNARD

# SAND, STIDHAM AND BERNARD
317 W. BENSON STREET
READING, OHIO 45215
(513) 761-4929
FAX (513) 761-3573

*ROBERT G. SAND
(1932-1990)
*HARRY A. SAND
(1922-1987)

July 22, 1994

Terry R. Schwartz, M.D.
Bethesda Oak Hospital
629 Oak
Cincinnati, Ohio 45206

RE:  Lee Edward Moore
     D.O.B. - 10-19-74

Gentlemen:

This office is handling the Mitigation Phase of the case pending in the Hamilton County Court of Common Pleas wherein Lee Edward Moore is facing a possible death sentence.

In an effort to present factors in mitigation to prevent the execution of Mr. Moore, I am attempting to compile as much of a personal history and background as possible. To this end, I have enclosed herein an Authorization and Release Form which permits you to release information concerning Mr. Moore's education to me. I would appreciate if you would have this information to me as quickly as possible.

I specifically need information concerning his treatment and condition.

I would appreciate if you would provide this information to me as quickly as possible as his Trial is scheduled to commence in the Hamilton County Court of Common Pleas in late August, 1994.

Very truly yours,

_____
Chuck R. Stidham
Attorney at Law

CRS/tas

Encl.

008925

LAW OFFICES

CHUCK R. STIDHAM
CHRISTOPHER J. BERNARD

# SAND, STIDHAM AND BERNARD

317 W. BENSON STREET
READING, OHIO 45215
(513) 761-4929
FAX (513) 761-3573

*ROBERT G. SAND
(1932-1990)
*HARRY A. SAND
(1922-1987)

July 22, 1994

Kroger Company
8120 Hamilton Avenue
Mt. Healthy, Ohio 45231

RE:  Lee Edward Moore
     D.O.B. - 10-19-74

Gentlemen:

     This office is handling the Mitigation Phase of the case pending in the Hamilton County Court of Common Pleas wherein Lee Edward Moore is facing a possible death sentence.

     In an effort to present factors in mitigation to prevent the execution of Mr. Moore, I am attempting to compile as much of a personal history and background as possible.  To this end, I have enclosed herein an Authorization and Release Form which permits you to release information concerning Mr. Moore's education to me.  I would appreciate if you would have this information to me as quickly as possible.

     I specifically need information as to his position held, rate of pay, attendance records and work performance.

     I would appreciate if you would provide this information to me as quickly as possible as his Trial is scheduled to commence in the Hamilton County Court of Common Pleas in late August, 1994.

                                        Very truly yours,


                                        _____
                                        Chuck R. Stidham
                                        Attorney at Law

CRS/tas

Encl.


008926

LAW OFFICES

CHUCK R. STIDHAM
CHRISTOPHER J. BERNARD

# SAND, STIDHAM AND BERNARD
317 W. BENSON STREET
READING, OHIO 45215
(513) 761-4929
FAX (513) 761-3573

*ROBERT G. SAND
(1932-1990)
*HARRY A. SAND
(1922-1987)

July 22, 1994

McDonald's Restaurant
Hilltop Plaza
8050 Hamilton Avenue
Mt. Healthy, Ohio 45231

RE:  Lee Edward Moore
     D.O.B. - 10-19-74

Gentlemen:

    This office is handling the Mitigation Phase of the case
pending in the Hamilton County Court of Common Pleas wherein Lee
Edward Moore is facing a possible death sentence.

    In an effort to present factors in mitigation to prevent the
execution of Mr. Moore, I am attempting to compile as much of a
personal history and background as possible.  To this end, I have
enclosed herein an Authorization and Release Form which permits you
to release information concerning Mr. Moore's education to me.  I
would appreciate if you would have this information to me as
quickly as possible.

    I specifically need information as to his position held, rate
of pay, attendance records and work performance.

    I would appreciate if you would provide this information to me
as quickly as possible as his Trial is scheduled to commence in the
Hamilton County Court of Common Pleas in late August, 1994.

                              Very truly yours,

                              _____
                              Chuck R. Stidham
                              Attorney at Law

CRS/tas

Encl.

008927

LAW OFFICES

CHUCK R. STIDHAM
CHRISTOPHER J. BERNARD

# SAND, STIDHAM AND BERNARD
317 W. BENSON STREET
READING, OHIO 45215
(513) 761-4929
FAX (513) 761-3573

*ROBERT G. SAND
(1932-1990)
*HARRY A. SAND
(1922-1987)

July 22, 1994


Forest Fair Mall
1047 Forest Fair Drive
Fairfield, Ohio 45240

RE:  Lee Edward Moore
     D.O.B. - 10-19-74

Gentlemen:

     This office is handling the Mitigation Phase of the case pending in the Hamilton County Court of Common Pleas wherein Lee Edward Moore is facing a possible death sentence.

     In an effort to present factors in mitigation to prevent the execution of Mr. Moore, I am attempting to compile as much of a personal history and background as possible.  To this end, I have enclosed herein an Authorization and Release Form which permits you to release information concerning Mr. Moore's education to me.  I would appreciate if you would have this information to me as quickly as possible.

     I specifically need information as to his position held, rate of pay, attendance records and work performance.

     I would appreciate if you would provide this information to me as quickly as possible as his Trial is scheduled to commence in the Hamilton County Court of Common Pleas in late August, 1994.

                              Very truly yours,


                              _____
                              Chuck R. Stidham
                              Attorney at Law

CRS/tas

Encl.


008928

LAW OFFICES

CHUCK R. STIDHAM
CHRISTOPHER J. BERNARD

## SAND, STIDHAM AND BERNARD
317 W. BENSON STREET
READING, OHIO 45215
(513) 761-4929
FAX (513) 761-3573

*ROBERT G. SAND
(1932-1990)
*HARRY A. SAND
(1922-1987)

July 22, 1994

Woodward High School
7001 Reading Road
Cincinnati, Ohio 45237

RE:  Lee Edward Moore
     D.O.B. - 10-19-74

Gentlemen:

This office is handling the Mitigation Phase of the case pending in the Hamilton County Court of Common Pleas wherein Lee Edward Moore is facing a possible death sentence.

In an effort to present factors in mitigation to prevent the execution of Mr. Moore, I am attempting to compile as much of a personal history and background as possible. To this end, I have enclosed herein an Authorization and Release Form which permits you to release information concerning Mr. Moore's education to me. I would appreciate if you would have this information to me as quickly as possible.

I specifically need the dates attended at school and copies of his attendance and scholastic records.

I would appreciate if you would provide this information to me as quickly as possible as his Trial is scheduled to commence in the Hamilton County Court of Common Pleas in late August, 1994.

Very truly yours,

_____
Chuck R. Stidham
Attorney at Law

CRS/tas

Encl.

008929

6/30/94

"Fill Edward
Moore"
11.0 + Clearbrook
C.O. 45-223
HM 242-1482

Georgia Moore

1280 Meredith M.
C.O. 45331
522-0390.

Cinti — 10-19-74.
Mt. Healthy 90-91-92
Woodward 93
Sophomore 91. —

wkd at Rogers 90.
Hamilton Ave.
Heltop Plaza.
Bigger (7 mos.)
min. wage.
McDonald's S/ Cook
3 mos.
Forest Fair mall (92)
3 mos.

Struthers
neal
1-12-83 92

San Fl, 95.
parents divorced 1979.

3 sisters (mother.)
2 sisters 2 bros (Father.)

saw psych. — 92 (24 x 5.)

008930

LAW OFFICES

CHUCK R. STIDHAM
CHRISTOPHER J. BERNARD

# SAND, STIDHAM AND BERNARD
317 W. BENSON STREET
READING, OHIO 45215
(513) 761-4929
FAX (513) 761-3573

*ROBERT G. SAND
(1932-1990)
*HARRY A. SAND
(1922-1987)

July 12, 1994

Lee Edward Moore, Sr.
1101 Clearbrook Drive
Cincinnati, Ohio 45229

RE:  State of Ohio vs. Lee Moore

Dear Mr. Moore:

I have been appointed by the court to put together a mitigation defense in reference to your son. Specifically, my task is to attempt to gather as much personal, social and historical background about your son which can be presented by the attorneys representing your son at Trial to hopefully avoid your son receiving a death sentence.

To this end, it is vitally important that I have an opportunity to speak with you concerning your son. I would appreciate if you would contact me at the above address and phone number as quickly as possible to come in and discuss matters of importance. I much prefer late evening appointments if possible. Please contact my office as quickly as possible.

Very truly yours,

_____

Chuck R. Stidham
Attorney at Law

CRS/tas

cc:  Lee Edward Moore, Jr.

008931

LAW OFFICES

CHUCK R. STIDHAM
CHRISTOPHER J. BERNARD

# SAND, STIDHAM AND BERNARD
317 W. BENSON STREET
READING, OHIO 45215
(513) 761-4929
FAX (513) 761-3573

*ROBERT G. SAND
(1932-1990)
*HARRY A. SAND
(1922-1987)

July 12, 1994

Georgia Moore
1280 Meredith Drive
Cincinnati, Ohio 45231

RE:  State of Ohio vs. Lee Moore

Dear Mrs. Moore:

    I have been appointed by the court to put together a mitigation defense in reference to your son. Specifically, my task is to attempt to gather as much personal, social and historical background about your son which can be presented by the attorneys representing your son at Trial to hopefully avoid your son receiving a death sentence.

    To this end, it is vitally important that I have an opportunity to speak with you concerning your son. I would appreciate if you would contact me at the above address and phone number as quickly as possible to come in and discuss matters of importance. I much prefer late evening appointments if possible. Please contact my office as quickly as possible.

                        Very truly yours,

                        _____

                        Chuck R. Stidham
                        Attorney at Law

CRS/tas

cc:  Lee Edward Moore, Jr.

008932

# D E A R D O R F F  &  H A ,
## A T T O R N E Y S   AT  L A W

TIMOTHY J DEARDORFF
LOREN S HAAS
JAMES S GINOCCHIO

2368 VICTORY PARKWAY, SUITE 300
CINCINNATI, OHIO 45206
(513) 872-7900
FAX 281-6760

May 24, 1994

Mr. Chuck Stidham, Esq.
Sand, Stidham and Bernard
317 W. Benson Street
Reading, Ohio  45215

Re: State of Ohio v. Lee Moore

Dear Chuck:

I received your letter which you copied to Dan James.  The trial in the matter begins on July 26th and continues until completed.  I assume that Dan James is preparing the motion to have you appointed as mitigation specialist and upon obtaining that entry we will forward the same to you.

Very truly yours,

DEARDORFF & HAAS

TIMOTHY J. DEARDORFF

TJD/jp

LAW OFFICES

CHUCK R. STIDHAM
CHRISTOPHER J. BERNARD

# SAND, STIDHAM AND BERNARD
317 W. BENSON STREET
READING, OHIO 45215
(513) 761-4929
FAX (513) 761-3573

*ROBERT G. SAND
(1932-1990)
*HARRY A. SAND
(1922-1987)

February 2, 1994

Daniel James
Attorney at Law
30 E. Central Parkway
13th Flr., American Building
Cincinnati, Ohio 45202

RE:  **State of Ohio v. Lee Moore**

Dear Dan:

Thank you very much for considering Mr. Vonderhaar and myself to be the Mitigation Specialists in reference to the above case. Steve and I would like very much the opportunity to speak with you as quickly as possible so as the ground work, foundation and parameters of our duties and obligations is clearly set forth.

Mitigation Specialists of Southwest Ohio charges the fee of $35.00 per hour plus nominal expenses in the event of long distance telephone calls or mileage. We look very much forward to the opportunity of working with you in the representation of Mr. Moore.

Very truly yours,

_____
Chuck R. Stidham
Attorney at Law

CRS/tas

008934

CHUCK R. STIDHAM
CHRISTOPHER J. BERNARD

**SAND, STIDHAM AND BERNARD**
317 W. BENSON STREET
READING, OHIO 45215
(513) 761-4929
FAX (513) 761-3573

*ROBERT G. SAND
(1932-1990)
*HARRY A. SAND
(1922-1987)

May 17, 1994

Tim Deardorff
Attorney at Law
169 E. McMillan
First Floor
Cincinnati, Ohio 45219-2636

RE:  State of Ohio v. Lee Moore

Dear Tim:

     I would appreciate very much if you would forward a copy of
the Entry Appointing me as the Mitigation Specialist.  In addition,
I need to know the date the Trial is set.  Mr. Vonderhaar and I are
looking forward to meeting with you in reference to this case as
early as possible.

                                        Very truly yours,


                                        _____
                                        Chuck R. Stidham
                                        Attorney at Law


CRS/tas

cc:  Daniel James

008935

LAW OFFICES

CHUCK R. STIDHAM
CHRISTOPHER J. BERNARD

# SAND, STIDHAM AND BERNARD
317 W. BENSON STREET
READING, OHIO 45215
(513) 761-4929
FAX (513) 761-3573

*ROBERT G. SAND
(1932-1990)
*HARRY A. SAND
(1922-1987)

July 27, 1994

Steve Vonderhaar
2624 N. Kathwood
Cincinnati, Ohio 45236

RE:  Lee Moore, Jr.

Dear Steve:

    Enclosed herein please find photocopies of letters which Lee
has written to his parents.   I think you will find these most
interesting.

Very truly yours,

_____
Chuck R. Stidham
Attorney at Law

CRS/tas

Encl.

008936

**D E A R D O R F F** & **H A A S**
**A T T O R N E Y S** & **A T  L A W**

TIMOTHY J. DEARDORFF
LOREN S. HAAS
JAMES S. GINOCCHIO

169 EAST McMILLAN — CINCINNATI, OHIO 45219
(513) 241-4030
FAX 241-5724

GEOFFREY W. PITTMAN

January 31, 1994

Mr. Chuck R. Stidham, Esq.
Sand, Stidham and Bernard
317 W. Benson Street
Reading, Ohio  45215

Re: Mitigation Specialists of Southwest Ohio

Dear Chuck:

Please give me a call. As you know, I have been appointed to represent Lee Edward Moore in the most recent aggravated murder case in Hamilton County. I certainly would like to speak with you in that regard.

Very truly yours,

DEARDORFF & HAAS

TIMOTHY J. DEARDORFF

TJD/jp

008937

LAW OFFICES

CHUCK R. STIDHAM
CHRISTOPHER J. BERNARD

# SAND, STIDHAM and BERNARD
317 W. BENSON STREET
READING, OHIO 45215
(513) 761-4929
FAX (513) 761-3573

*ROBERT G. SAND
(1932-1990)
*HARRY A. SAND
(1922-1987)

February 2, 1994

Timothy Deardorff
Attorney at Law
169 E. McMillan
First Floor
Cincinnati, Ohio 45219-2636

RE:  State of Ohio v. Lee Moore

Dear Tim:

Thank you very much for considering Mr. Vonderhaar and myself to be the Mitigation Specialists in reference to the above case. Steve and I would like very much the opportunity to speak with you as quickly as possible so as the ground work, foundation and parameters of our duties and obligations is clearly set forth.

Mitigation Specialists of Southwest Ohio charges the fee of $35.00 per hour plus nominal expenses in the event of long distance telephone calls or mileage. We look very much forward to the opportunity of working with you in the representation of Mr. Moore.

Very truly yours,

Chuck R. Stidham
Attorney at Law

CRS/tas

008938