And Most important of all I have
The Support of Jesus Christ And
Thats all I Need.

LOVE
Your Son
Lee E. Moore Jr.

P.S
I Love you

008964

Dear Dad

What's up dad? im doing pretty good, I hope you are too, I really dont have to much to talk about but I do want you to know that im very sorry that I was not a better son, I wish I would have been, I just had a lot of problems in my life and I felt like I couldnt talk to anyone about it, Like sometimes I would be sitting downstairs with you and I would want to talk to you about it but I just wouldnt, the truth is I have a problem communicating with people I dont know very well and I guess I didnt know you like I should have known you, I hope you understand what im saying.

I was NOT smoking crack, but I would drink + smoke weed constantly and I only did that because that was the only way I could get my mind off the problems in my life, its like I was running from them, but since Ive been locked up I have had time to think about why I turned out this way, I guess I was like a pressure cooker I had all of those feelings and problems bottled up inside of me eventually I just busted.

008965

About how all of these problems would go away if I just killed myself, I know I didn't want to do that, but that is something I shouldn't have even been thinking about, but I have a stable mind now that I have god in my life & I'm ready to go with the punches because I know Everything is better like allright.

Please tell Mrs. Betty that I'm sorry for not treating her better than I did, I do appreciate her because she allowed me to stay, sleep and definitely eat in her home and I know that she did not have to do any of that for me.

I wish it wouldn't have took all of this for me to come to my senses, but it did and now I have to live with it.

One more thing before I end this letter, I had quite a few pictures on my mirror & in my drawers Do you think you can mail them to me? Well until next time bye!

Love

Gee Edward Moore

008966



Gregory W. Clayton
Owner Operator

# FAX COVER SHEET

Date: _Aug 3, 1999_

This FAX is directed to: _Chuck R_

Number of pages including cover: _2_

Special instructions:

■ Please call us if you had any problems receiving or if there are any pages missing.

This FAX is sent by _Greg Clayton_

008967

PAYROLLS BY PAYCHEX.

9220   CLAYTON MANAGEMENT DBA MCDONALD

EMPLOYEE EARNINGS RECORD

PERIOD END DATE 12/31/02

008968

LAW OFFICES

CHUCK R. STIDHAM
CHRISTOPHER J. BERNARD

**SAND, STIDHAM AND BERNARD**
317 W. BENSON STREET
READING, OHIO 45215
(513) 761-4929
FAX (513) 761-3573

ROBERT G.
HARRY

July 22, 1994

Woodward High School
7001 Reading Road
Cincinnati, Ohio 45237

RE:  Lee Edward Moore
     D.O.B.  10-2-71

Gentlemen:

This office is handling the Mitigation Phase of the case pending in the Hamilton County Court of Common Pleas wherein Lee Edward Moore is facing a possible death sentence.

In an effort to present factors in mitigation to prevent the execution of Mr. Moore, I am attempting to compile as much of his personal history and background as possible. To this end, I have enclosed herein an Authorization and Release form which permits you to release information concerning Mr. Moore's education to me. I would appreciate it if you would have this information to me as quickly as possible.

I specifically need the dates attended at school and copies of his attendance and scholastic records.

I would appreciate it if you would provide this information to me as quickly as possible as his trial is scheduled to commence in the Hamilton County Court of Common Pleas in late August, 1994.

Very truly yours,

Chuck R. Stidham
Attorney at Law

CRS/tas

Encl.

008969

I, LEE EDWARD MOORE, 1101 Clearbrook Drive, Cincinnati, Ohio 45229, hereby authorize you to release information concerning my education records to Chuck R. Stidham, Esq., Mitigation Specialists of Southwest Ohio, 317 W. Benson Street, Cincinnati, Ohio 45215.

Lee Edward Moore

STATE OF OHIO      )
                   ) SS:
COUNTY OF HAMILTON )

Sworn to before me and subscribed in my presence by Lee Edward Moore on this ___19___ day of ___July___, 1994.

Notary Public

CHUCK R. STIDHAM, Attorney at Law
NOTARY PUBLIC - STATE OF OHIO
My Commission has no expiration
date. Section 147.03 O.R.C.

008970

# CINCINNATI PUBLIC SCHOOLS

WOODWARD
7001 READING RD
CINCINNATI, OH 45237

PRINCIPAL MICHAEL G HICKS

STUDENT MOORE, LEE EDWARD JR
STUDENT ID 62203120
HOMEROOM 212
MARKING PERIOD 4
GRADE 10
SCHOOL YEAR 1992-93

DATE 06/23/93

## GRADES - CREDITS

| TEACHER | COURSE/SEC NUMBER | COURSE NAME | 1ST MK PERIOD | 2ND MK PERIOD | 3RD MK PERIOD | 4TH MK PERIOD | SEM EXAM | FINAL GRADE | CREDIT |
|---|---|---|---|---|---|---|---|---|---|
| BUSH | 051130 08 | ENGLISH 11 | | -N/A- | | | | I | |
| FAIRA | 08S310 54 | PHYS ED 9-12 | | -N/S- | | X | | X | |
| | | CHEMISTRY | | -N/A- | | X | | X | |
| JONES | 155030 01 | US HISTORY | | -N/A- | | | | F | |

MOORE, LEE EDWARD JR     62203120     SUMMER/1993
WOODWARD     GRD  CR  AB
ENGLISH 11.     W 0.00  00

HONOR ROLL     HOMEROOM ABS/TTY

FINAL GRADE
0.00
0.00
0.00
0.00

## SUMMER SCHOOL GRADES

008971

| LAST NAME | FIRST | MIDDLE | STUDENT NUMBER | SEX | MO. | DAY | YR. | STUDENT RECORD #789 |
|---|---|---|---|---|---|---|---|---|
| Moore, Jr. | Lee | | | | | | | |

**FATHER** Lee Moore

**HOME ADDRESS** 1101 Clearbrook Dr.

**MOTHER** Georgia Moore

| ZIP | TELEPHONE | DATE |
|---|---|---|
| 45239 | 242-1182 | 1-27-93 |

**GUARDIAN**

| SECONDARY SCHOOLS ATTENDED | | | | | |
|---|---|---|---|---|---|
| SCHOOL | LOCATION | ENTERED | WITHDREW | | |
| Mt. Healthy High | Cinti | — | 11/29/93 | | |
| WOODWARD HIGH SCHOOL | | 1-27-93 | 11-4-93 Rt. overseas | | |

| BIRTHPLACE | | | STATE | | DATE |
|---|---|---|---|---|---|
| LAST MIDDLE/JUNIOR | | LOCATION | ENTERED | WITHDREW | |

TEST DATA

Name: MOORE, LEE EDWARD JR
Id: 6220312O
School: WOODWARD
Cincinnati Public Schools - State Proficiency
Writing     Reading     Mathematics     Citizenship
NOT TESTED   NOT TESTED   NOT TESTED     NOT TESTED

FALL-93
Test Level: 09
IRN: 042188

**TRANSCRIPTS RELEASED**

PHOTO

PHOTO

008972

Revised /AAA

FORM 789i

SCHOOL NAME: WOODWARD

CINCINNATI PUBLIC SCHOOLS
STUDENT DATA FORM

DATE PRINTED 08/13/93

PRIVACY FLAG [ 0 ]

TO CENSUS OFFICE
FORM #7846 Revised 6/93

Total Number of Carnegie Units:

Pupils Programming and Remarks

Subject-Marks

Subject-Marks    525

Check Desired Action:

Transaction In    Transaction out

☐ New Enrollment-Data    ☐ Transfer Out

From _____ To _____    500

☐ Re-entry-Date    ☐ Withdraw-Date    1-4-93

From _____ To _____

☐ Transfer In-Date    To OWR DGE

From _____

Submitted By _____    Submitted By _____

☐ Change on Student's File

Submitted By _____

STUDENT COPY

OBLIGATIONS:    YES ___  NO ___    AMOUNT ___    530

Legal Guardian Codes: 0 Legal Guardian (Proper Documentation needed - see flip chart. Invitational Placement)

Other Adult Codes:    H Husband    O Other
                      G Grandparents    R Stepfather    P Sister/Brother
                                        S Stepmother

Proof of Age Codes:    1 Birth Certificate    3 Religious Record
                       2 Passport    4 Hospital/Physician's Record

Race Codes:    A Asian or Pacific Islander    B Black    H Hispanic
               I American Indian/Alaskan Native    W White    M Multiracial

For Census Office Use Only:

008973

MOORE, LEE E.
STU # 000750291          ID 000750291
1280 MEREDITH DR
BORN 10/19/74          MALE

RANK: (Based on Major subjects only)    COLLEGE RECOMMENDATION: Grades A through C

ADDRESS _____ Cincinnati, Ohio 452 ___

PARENT OR GUARDIAN: _____

A = 90-100 (Excellent)      Was or will
B = 80- 89 (Above Avg)      be graduated
C = 70- 79 (Average)
D = 60- 69 (Below Avg)
F = 0- 59 (Failing)

6 Semesters: _____   In a class of _____   Cum. Ave. _____
8 Semesters: _____   In a class of _____   Cum. Ave. _____

000750291 1989-90  MOORE, LEE E.
        CUM- 1.04761
    PREVIOUS CREDITS- C

PHYS ED      I      C          .000
HEALTH       I      C          .250
ENGLISH      I      C  C C     .500
GENERAL MATH I      C  C C    1.000
C/P FRENCH   I      F  D D F  1.000
ART          I      F  D D F  1.000
ANIM KINGDOM        F  D D F  1.000

        TOTAL CREDITS-         3.750
                               1.000

MT. HEALTHY HIGH SCHOOL
2046 Adams Road
Cincinnati, Ohio 45231

OFFICIAL TRANSCRIPT
DATE: _____

008974



# MT. HEALTHY HIGH SCHOOL

2046 Adams Road, Cincinnati, Ohio 45231

Guidance Off

(513) 729-01

### WITHDRAWAL PERMIT

PUPIL    Lee Moore  (750291)                 GRADE    10    DATE    1/29/93

REASON    moving out of district

AUTHORIZATION

MODERN EARTH SCIENCE

| PERIOD | SUBJECT | GRADE TO DATE | BOOKS RETURNED | | | TEACHER SIGNATURE | AMOUNT OWED | REP |
|---|---|---|---|---|---|---|---|---|
| | | | YES | NO ( BOOK NO.) | N/A | | | |
| 1 | Meteorology | N/A | ✓ | 36-78 | | Falk | $21.00 | |
| 2 | English III | N/A | ✓ | 1,78-78 McDonnell Littell Rydlan | | SCNW | $21.00 | |
| 3 | Amer. History | N/A | ✓ | Niadine | | Walk | $18.00 | |
| 4 | G. Alg. I Pt. 1 | N/A | ✓ | 228-87 | | WE | $26.00 | |
| 5 | P.E. II | N/A | ✓ | | | Tuffy | | |
| 6 | Careers | I | ✓ | | | RTB | $14.50 | |

$100.50

LIBRARY    P. Baker    1/29/93

ADMINISTRATIVE OFFICE    Richard Stener

COUNSELOR    R. Stuc

ATTENDANCE OFFICE (Mrs. Wall)    Nancy Weil

FEES OR OBLIGATIONS   (Mrs. Keller)

DATA PROCESSING (Mrs. McCann)    Sandra McLean

ATHLETIC OFFICE (Mrs. Stragand)    Stragand

Geo. E. Moore

Parent or Guardian Signature

(TO RELEASE RECORDS)

31
21
18
26
14.50
_____
100.50

008975



# MT. HEALTHY HIGH SCHOOL

2046 Adams Road, Cincinnati, Ohio 45231

Guidance Off

(513) 729-01

## WITHDRAWAL PERMIT

PUPIL    Lee Moore (750291)                     GRADE  10    DATE  1/29/93

REASON    moving out of district

AUTHORIZATION

| PERIOD | SUBJECT | GRADE TO DATE | BOOKS RETURNED | | | TEACHER SIGNATURE | AMOUNT OF | |
|---|---|---|---|---|---|---|---|---|
| | | | YES | NO (BOOK NO.) | N/A | | OWED | REFU |
| 1 | Meteorology | N/A | ✓ | 86-78 | | Falle | -0- | -0 |
| 2 | English III | | | | | | | |
| 3 | Amer. History | N/A | | ✓ Niactur | | walte | | |
| 4 | G. Alg. I Pt. 1 | | | | | | | |
| 5 | P.E. II | N/A I | ✓ | | | Terky | | |
| 6 | Careers | | | ✓ | | RIS | | |

LIBRARY    P. Baker    1/29/93

ADMINISTRATIVE OFFICE    Isbrd Stians

COUNSELOR    R Ma

ATTENDANCE OFFICE (Mrs. Wall)

FEES OR OBLIGATIONS  (Mrs. Kaller)

DATA PROCESSING (Mrs. McCann)    Sandra M Elam

ATHLETIC OFFICE (Mrs. Stragand)

Gee E. Moore

Parent or Guardian Signature

(TO RELEASE RECORDS)

008976

### DANIEL J. JAMES
#### ATTORNEY AND COUNSELOR AT LAW
13TH FLOOR, AMERICAN BUILDING
30 EAST CENTRAL PARKWAY
CINCINNATI, OHIO 45202

(513) 721-1995

SUBURBAN OFFICE
4226 BRIDGETOWN ROAD
CINCINNATI, OHIO 45211
(513) 574-5400

November 2, 1994

Mr. Chuck Stidham
Attorney at Law
317 W. Benson St.
Reading, Ohio   45215

Re: State of Ohio vs. Lee Moore
Case No.: B9400481

Dear Chuck:

As I indicated today, this case is scheduled to commence with Voir Dire on Wednesday, November 9th before Judge Ruehlman.

I believe you have already sent some of your materials to Dr. Chiappone of the Court Clinic.  I ask you to provide me with everything you have by Monday, November 7th so that I can review our trial strategy.  This is my third request for this material.

Sincerely yours,

Daniel J. James

DJJ/kw

008977

1

— Moore, Lee                          POSSIBLE areas of concern: self esteem, depression

Psychological report by Terry Schwartz, Psy.D.— Conduct D/O — saw him approx. every week stated that Lee would not open up to him therefore he terminated.?????

School records Mt. Healthy — C's and D's and F's
                withdrew in January 1993 - moving into the Woodward school district
                withdrawal dated for my 1992 so Lee could work full time
                expulsion in April 1991 9th grade

                        Initial Meeting with friends and family

POSITIVE
High amount of Family support
Feels close to his mother
Reported regular contact with father
Had positive peer influences

NEGATIVE
Family reports child "abused" by peers on the bus
                picked on from the 5th grade on
Prior to moving in with Lee Moore Sr. - poblems in school with truancy, low grades,
                poor peer relations, oppositional to his mother
Mother reported that she could not control Lee and sent him to live with his father at the
                age of 18,  mother was the primary caretaker up to the point of moving in wiht
                his father (REJECTION BY MOTHER - NO INDIVIDUATION)
Substance Abuse - both alcohol and marijuana - possibly beginning around the age of
                15 or 16
Peer group engaged in sexual acting out

CRIMINAL Hx
1) assault on the bus with a set of brass knuckles - resulted from being attacked himself
                on the bus (?)
2) Stolen auto - probation
3) Trafficing or possesion of marijuana approx. age 17

**Lee Moore, Sr., Betty, Verdena (sister), Erik, (cousin)**
                (dad could not state child's birth date, had to ask wife.  could not clearly recall
                the developmental milestones, did not give detailed history of Lee as a child
                while he was with the family)  ( Erik andLee used to be close)
                1. Dad received letter from Lee, (have copy)
                2. Stated that Lee began school at age of 4 or

008978

2

    a. went to a private school because Mom wanted him too

    b. both parents worked through school years, had babysitters watch Lee while they at work

    c. Lee failed either 3 or 4 grade ( dad could not remember)

    d. school was Central Baptist

    e. Lee began at Mt. Healthy around the 3 or 4 grade because he had failed that greade and mom did not want to waste the money if he were not going to pass his classes.  (dad seemed to isplay indifference to this, seemed to want to subtley blame mom for the school change) Central was expensive because it was private

    f. seemed to recall that during the 5 and 6 grade Lee seemed to do ok.

3. Mom did most of the discipline - spanking with hand and sometimes with a belt

4. reported that Lee did drugs and alcohol around tha age of 17 or 18, felt that Lee was doing some selling also (Erik) Lee sucomed to peer pressure in this area because he wanted to be accepted - LEE DID NOT KNOW HOW TO ADEQUATELY MAKE FRIENDS NOR HOW TO DEAL WITH THE ACCEPTANCE OF THE FRIENDS HE DID MAKE - SOCIALLY AWKWARD (?)

5. (Erik) Lee knew that the lifestyle that he was leading was wrong, but he did it anyway

6. (Erik and Dad) Lee did not seem to see things realistically, nor did he stop to fully consider the consequences of his actions

7. (dad) at 18 applied to Job Corps but was not accepted because of his past criminal history

8. (dad) 17 caught using drugs, unclear of the exact charge initially, could have been trafficking, however, the final charge was either possesion or use

9. (Erik and dad) Lee mood was silly when he was high

10. (dad) when Lee angry he usually slammed doors and went off in a huff

11. (Erik) Lee's behavior seemed right in line with the rest of the group he seemed to be no different nor display any other type of negative behavior

12. (group) Lee was talkative, smart, seemed to have normal cildhood

13. AROUND THE AGE OF 17 BEHAVIOR DETERIORATED -- Around this point in time Lee was jumped and this seemed to have an adverse effect on him

14. (Erik) Lee wanted money - always wanted the easy way - Lee probably never intended to use the gun - may have wanted to use the gun to scare - he probably scared and did not what to do  - Lee always very panicky (nervous, jumpy) when he was scared  (WHY WAS THE GUN LOADED THEN?)

15. (Erik) Lee always saw the worst or negative side of things, never saw that there was positive ways out or that there was help available

16. Lee has been robbed - jumped X2 - one time a gun wa held to his head and they threatened to kill him (was the last incident - Lee 19) took his gold chain, shoes and hooded sweatshirt - THE SAME THINGS THAT LEE PURCHASED WITH THE

008979

3

CREDIT CARDS!!

17. (Erik) Mt. healthy friends were the type who always wanted to be better or seem better thatn other people, however they were not into violence or negative things

18. (Erik) Lee always a big risk taker, never though that he would get caught - always had things figuered out so that he would not get into trouble

19. (Erik) the robbery part of the crime was probably pre-meditated - Lee liked nice cars, wanted one - Olinger had a nice car.

20. (Erik) prior to the robbery and murder, Lee and his friends had gone out for some time looking for possible robbery victims, unclear whether this was the planning stages or whether they were just having fun, they would talk and plan how to commit the robbery, however they never actually robbed anyone before mr. Olinger

a. (Erik) BECAUSE LEE WAS ROBBED AT GUNPOINT AND IT HAD HIM SCARED AND WORKED ON HIM HE MAY HAVE THOUGHT THAT THIS WAS THE BEST AND QUICKEST WAY TO COMMIT THE ACT OF ROBBERY AND LEAVE SOMEONE VERY SCARED AND UNABLE TO DEFEND THEMSELVES

MARRIAGE OF LEE MOORE SR AND GEORGIA MOORE (ACCORDING TO LEE SR)

1. characterized as bad marriage - many arguments over money, cars, clothes
2. Georgia stong willed
3. no drugs in the marriage, osme alcohol use dad claims recrational, no real alcohol abuse
4. Lee used to sneak the beer into the home however when he was finished he woul leave the bottle out in the open to be discovered - used to sneak beer in frequently (drank 40 ozs. ?) Betty would yell at Lee when he brought the beer in the home, dad told him to drink it outside the home
5. divorced when Lee was 6
6. both parents worked - Georgia - 8 hrs/day

Lee sr. - building and remodeling about 12 hrs/day
- last year of marriage worked for city 8 hrs/day

7. babysitters took care of Lee

LIFE HX OF LEE SR.

1. Born in Birmingham Ala.
2. Moved to Cincinnati when a baby
3. Mother died when he 7
4. Siblings were left in Ala. with the grandparents
5. Mother may have had a slow death of cancer
6. Father sent Lee Sr. to live with his grandmother when he was 8 (1936)
7. Age 17 moved back to Cinci with his father - started working then
8. Siblings movedto Cinci about 2 years later
9. Age 18 enlisted in the army

008980

4

10. [described the south at the time as very bad - wouldn't say much more, did not give much detail]

11. married Betty, then met Georgia, left Betty to marry Georgia, then left Georgia to remarry Betty.

12. Divorced when Lee Jr. was 6

13. visitation was e.o. weekend and one month or so in the summer

14. Lee Sr. filed for divorce - reports that they had lost respect for each other

15. Betty and Lee: we gave Lee everything that he wanted when he was little

16. Betty: I used to help him with his homework and was a mother to him when he was here

17. Betty and Lee: Georgia may have felt threatened by Betty as a mother as they report that sometime after the divorce, Georgia called and told them that Lee did not need another mother

18. Betty: I THEN DID NOT DO ANYTHING FOR HIM WHEN HE CAME OVER OTHER THAN THE BASICS, FED HIM DID HIS LAUNDRY. I SHOWED HIM VERY LITTLE IF ANY AFFECTION OR SUPPORT AFTER THAT. THERE MAY OR MAY NOT HAVE BEEN ANY EMOTIONAL ATTACHMENT FORM LEE OR MYSELF AFTER THAT.

19. Betty and Lee: Lee was active a child, always on the move

20. Never remember Lee ever really talking about having any type of goal - like children usually do, ie doctor, fireman, police, etc.

21. Lee: ther were some father son times together [he could not recall these nor how often or intense they were]

22. Betty and Lee: Georgia as a mom;
    a. she wanted Lee all to herself
    b. she verly protective
    c. sheltered him alot
    d. when Lee was a child he was not aloud to leave the yard
    e. she was alwyas very close and watching him
    f. she spanked him or whipped him "upside his head" - even when he was older
    g. Georgia would take Lee's paycheck when he was working and use the money as she saw fit for him ie to buy clothes etc. - instead of allowing him to make his own desicion about his money
    h. Lee: {on why Lee had trouble holding a job} Lee may have felt why work, I'm not going to have a say in my money anyway

23. When Kee came to live with dad and Betty they allowed him t decizde what to do with his money - asid from charging him room and board {about $100}

24. Georgia sent Lee to live with them because he was getting out of hand

## Georgia Moore

[Black men are weak and they are not very masculine, Georgia wanted Lee Jr. to be his

008981

5

own man and not be like other blck men or his father, she also did not want him blaming other people for the plight of the black community, she wanted him to be independent and successful!!!!! - according to Georgia]

MARRIAGE OF LEE SR. AND GEORGIA

1. Married in 1966

2. Met in 1963 in a bar

3. lee Sr. was married when they met, because of this she would not get involved, didn't see each other for about 2 years

3. {Georgia has been involved with a married man before

4. Georgia had been married once before

5. Lee Sr.:

    a. he is a womanizer and he likes hanging out with the "boys"

    b. she feels that he may be an alcoholic as she stated that he drank pretty much and pretty often - he drank every day - Scotch, 2 or 3 in the evening and that he seemed to hold his alcohol well - she reports that he used to stop at a bar every night on his way home from work

    c. she reports that his family drank aften also

    d. claims that Lee Sr. brother died at the age of 48 of psirohsis of the liver

    e. she feels that Lee Sr. in denial of the problem

    f. she reports taht for some period of time that Lee Sr. brother lived with the family [however this did not seem to be very important]

    g. he always worked and he worked long hours

6. Reports that she and Lee Sr. had split up many times before thaty were actually divorced - there was one other occasion when there had been a filing for divorce - never went through as she reports that they wanted to make the marriage work

7. She described herself as talkative nad omesticated, she described Lee Sr. as quiet

8. [She reports that Lee Sr. was abusive in his behavior]

9. Lee Sr. not there as father for Lee

10. [referred to Betty several time as "that woman"]

11. Several "complaints" - they never took Lee for haircuats or such if she asked them to, Lee Sr. would not carry Lee on his insurance when she was unemployed

12. G wanted Lee to go to a private school -Central Bartist- Lee attended here unto the 4 grade when he was failed, she stated that she told Lee that she was not sending him back to Central because she could not afford to send him there if he was going to fail -WHY DID HE FAIL THE FOURTH GRADE=DIVORCE?

13. Lee Sr. paid child support and several extra things if Georgia asked him in such that she almost made him feel guilty, however the money always came through the court.

14. She reports that there were off and on breakups with Lee Sr. and when they did break up that Lee Sr. would take things out of the house, ie furniture which she

6

would have to replace

    15. 1971 Lee Sr. filed for divorce - G "swears" that she not know to this day why he filed for divorce, she reports that she wanted the marriage to work

    16. She reports that Lee had several affairs.  She also reported that they both saw other people during the times when they were seperated

       a. Lee Sr. has other children: Lee Jr.; a son from a an affair; and two daughters from a thrid marriage

## HX OF GEORGIA MOORE

    1.Mother was born in Mississippi, and Father born in Arkansas

       a. father was adopted - his parents weren't very "good" - they kept him out of school, however he wanted to get ahead and make something of himself so he went to night school.

    2. G born in Memphis in 1934 moved to Cinci when she around the age of 5

    3. FAther was a contractor he then opened a delicatessan, her mother ran the stroe and the children worke din the store, they were given a salary for working in the store

    4. Ghas two sisters

    5. As a child they went to church, Sunday school, evening youth groups

    6. AS CHILD SHE HAD TO STAY IN THE YARD, THEY WERE NOT ALLWOED OUT OF THE YARD

    7. Reports that her father was successful

    8. She went ot Hughes HS, one sister went to a catholic school and her other sister went a third school, they wer allowed to go to whatever school they wanted as she reports that her father wanted them to get a good education should they ever be on their own

    9. Reports taht she has sister married to a minister and one of her nephews is a deacon

    10. Does not remeber ever being punished much, says they were not very "bad" girls

    11. Describes upbringing as good

    12. Reports that she transferred to Woodward HS around the 10 or 11 grade and that is where she met her first husband, she also did not finish HS

      a. reports that she did not graduate, however she did finish with a vocational school

    13. Children: Beverly is from first husband;  Jackie and Robin were form the same father, a man she lived with prior to Lee Sr., he relocated, however she wanted to stay in Cinci, she reports taht this relationship was good.  Her first husband went into the military and they did not seem to be ready to be married, she reports it was an amicable breakup.

    14. Reports she began work at General Motors in 1965, she worked there for 22

008983

7

years as a secretary, took early retirement. She then went to Standard Textile for the last seven years as a receptionist

15. Wehn Lee was born she took 8 months off work, she felt that she had to get back to work because she had three daughters to support and she wanted nice things for her children(reports that she did not feel that Lee Sr. should be required to help with the girls because they weren't his)

16. G was 40 when she had Lee

17. She ahd thought about breaking up with Lee Sr. before she found out that she was pregnant - after she found about the pregnancy she wnated to try to work the marriage out

18. G reported that she had wanted to change Lee Sr.

    a. described him as a weak man - G says she has no respect for Lee Sr. - Betty lets him run around and do his own thing, provides no limits or structure

19. Reports that Lee Sr. gave Lee everything that he wanted, she feels he did this out of guilt

LEE JR AS A CHILD

1. Lee was a chatterbox

2. Lee always had the hope that his parents would get back together again

3. Lee Sr. was not a father to Lee, he did none of the disciplining, according to G he wanted to be friends more than anything else

4. After the divorce Lee Sr. would assist with $ for Xmas, school, Easter, B-day - she reports that whatever Lee Sr. did for Lee monetarily she either matched

5. Reports that Lee may have been spoiled, as she alsways wanted a boy and may have overly paid attnetion to him

6. G reports that she raised Lee as she herself was raised, the same way

    a. kept all of the children close to her

    b. alsways kept an eye on Lee

7. Discipline was a spanking on the behind with a comb or belt sometimes

8. Started school around the age of 4 - Central Baptist

RELIGION IS VERY IMPORTANT TO G

9. Reports taht Lee went to a speech therapist, however she reports that she at this time is unsure of the reason

10. Reports taht she feels that Lee could do wll if he wanted, he never wanted to study

    a. says that he did have some problems with math

11. Reports that Lee failed the 4 grade, she feels that this was due mostly to the divorce

12. G could not afford Central, she let Lee know that since he was not putting forth the effort and the cost was os hight that she was tmsferring him to another school

    a. G repoprts that Lee Sr. did not assist with tuition to Central

13. Lee attended Rex Ralph(?) - Mt Healthy - 4 thru 6

14. Lee attended South Jr. High - Mt Healthy - 7 and 8

008984

8

15. G reports that around the fifth grade a boy moved into the neighborhood who used to regularly abuse Lee - at school, on the bus and at home - the boy lived behind and two doors down from G

    a. G reports that this went on all the way into and through high school

16. Problems began around the age of 16.

17.Around age of 18 Lee would disappear for days at a time

    a. drinking, screwing, drugs

18. Lee attempted to steal a car at the age of 17 in Fairfield

19. Lee met Shotandra at the age of 17 - G reports that she felt that she was very good for Lee

20. G reports that black families are very matriarchal - Thererfore Lee never did have a very good male role model of masculine strength

    a. G wanted Lee to be a very strong male - unlike her x-husband

    b. Gwanted Lee to be like her father

    (SEEMS THAT G MAY HAVE BEEN LOOKING FOR THAT FATHER FIGURE OR THAT MALE TO TAKE CARE OF HER)

21. Lee got a job at Kroger at age 16 - G got him this job

22. Lee seemed to gravitate toward anything that would upset G - this was as he grew up

23. G reports that Lee Sr. would not support her int the care of Lee - she stated taht Lee Sr. was of the same ilk as she felt that he was concerned with the women and being accepted in the streets by his friends

24. G reports that Lee was high at times on 40 oz.'s (COLT 45)

25. Mt. Healthy (approx. 16):

    a. skipping school, attending for only a half day

    b. G did not know his friends

    c. Lee never talked back or yelled at her when she was disciplinig him

26. Lee always would acknowledge that he had done something wrong - however he would state that he just could not help himself

27. G reported that while she was at work, Lee would have friends over and she felt that they were stealing things from her as there would be things missing when she returned

    a. Lee always stuck up for his friends

    b. Lee had money - even when he not working - she never knew where he wasw getting it.  She reported that she did not think that it was Lee who was taking things from the house sometimes or selling them.

28. G called Emerson North hospital when Lee was about 17 for help - he not seen because her insurance would not cover it.  That is how she got hooked up with Schwartz.

**Georgia, Beverly, Jackie**
**QUESTIONS FROM PREVIOUS VISITS:**

008985

9

1. Withdrawal to work fulltime? G reports should be to work part time, not sure why it says fulltime
2. Who signed Lee out in '93 withdrawal? Lee Jr.
3. Did Lee have a support system? no


1. Absencenses and acting out is what led to Lee being sent to his father
2. When Lee skipped not know where he went - seemed he used to go to friends houses sometimes, - seems however that they ended up at G's house 90% of the time
3. After Lee had disappeared for three days, she asked him to leave, G reports that she could not handle not knowing what was happening to him
4. Lee did not want to go, he begged for another chance - however G reports that Lee showed no real emotion, he cried a little but that was it
5. G and sisters report that Lee is not a strong person and has never been - he always wanted to fit in - always seemed to be operating under his own agenda.
6. G not know if Lee sneaking beer in the house
7. At the time Lee left, Beverly had urged Lee shortly before that to leave the home because of how hard it was on G
   a. Lee was not following the house rules
8. Bev: Lee was not doing things right - he was not breaking the rule right - he seemed to break the rules to get caught - he seemed to think through what he wanted to do, but did not seem to realize the consequnces or what would happen if he got caught or try to do things not to get caught.  Lee never had an escape plan!
9. Bev: Lee would not heed warnings that he was going to be in trouble
   a. Lee would spend the night at times, however he would sneak out (15 or 16)
10. Bev: Lee seemed to be a normal teen in rebellion - he never went to the extremes in his rebellion
    a. Lee never seemed concerned about the repercussions
11. Bev: Lee never seemed to realise guilt
12. G: Lee always said he was sorry, however he would just go out and do the same thing again
13. Bev: Baysat Lee when he was around 9 yrs old for approx. 1 to 1.5
    a. Lee would stay fo the week, Sun - Thurs
    b. G would pick him up sometimes during the week, Lee went back with G for the weekends
    c. Justin, Lee's nephew looked up to Lee
    d. Lee always got along with the other members of the family (Bev's)
    e. G working nights at this time
    f. Bev worked days at this time
    e. Bev would pick up Lee after school and Lee would spend the night at her house, in the morning she would take him back to G's house so that he could catch the bus for school

008986

10

14. Bev: Lee seemed like a normal child, compared to other children that she knew

15. G: Lee's difficulties seemed to occur after he was beat up

16. Bev: Lee had difficulties in later elementary and Jr. High, especially with the bully who lived in the nieghborhood who picked on Lee

    a. Lee ridiculed in Jr. High

    b. He was small and couldn't fight, noone ever showed how to defend himself or stick up for himself

    c. He always dressed nice and had all of the nicest things, everything that he ever wanted, this may have made some other kids jealous

17. All the while that he was being picked on, he was having things stolen from him, however he never told anyone that this was happening

    a. Wouldn't tell his mother because if and when he did, he was then called a tattletale, because his mother then would go to the other parents or the other children and fight Lee's battles for him

        i. he was then picked on even more

18. G: sometimes Lee did get into fights

19. G: Late 15, 16, 17 he would listen to noone

20. Bev: Lee wanted friends and he wanted to fit in very badly

21. G: Lee wanted to get his life together for the start of the drugs and alcohol, however he was turned down because of his previous record (ANOTHER SEVERE REJECTION IF HE WANTED TO TURN AROUND.  SEEMS TO BE NEED FOR HELP FOR KIDS WHO TO HELP THEMSELVES, SYSTEM NEEDS TO RESPOND)

22. Bev: Group of kids that he hung around with, accepted him, however they drank, and the girls liked him (POPULARITY AND SENSE OF BELONGINGNESS)

    a. group may have been big influence for the start of the drugs and alcohol (MAY HAVE BEEN PREDISPOSITION FOR THIS IN HIM ALSO IF HIS FATHER AND THAT SIDE OF THE FAMILY WERE ALCOHOLICS, GENETICS? ALSO WOULD SEEM TO BE PREDISPOSITION TO USE TO SELF MEDICATE IF HE WAS DEPRESSED AND LOW SELF ESTEEM)

    b. never would have dreamed that he would involve himself in the current incident (FAMILY VERY EMOTIONAL AND CONFUSED)

23. Bev: Mother raised all the same way, difference between us and Lee was that we had each other for a support system, Lee seemed to have noone (LEE MAY NOT HAVE BEEN ABLE TO GO TO ANY ELSE IN THE FAMILY BECAUSE HE MAY FELT THAT THEY WOULD NOT UNDERSTAND THE SITUATION AS HE SAW IT - AGE AND GENERATION BOUNDRIES — NO EMPATHY FOR THE SITUATION)

24. G: Lee had everything that he ever wanted (MATERIAL LOVE - NO EMOTIONAL LOVE)

    a. Lee never seemed very interested in violent video games or movies - all seemed apprpriate (HOWEVER MOTHER ALLOWED LEE TO HAVE POSTERS AND PICTURES FROM MAGAZINES SUCH AS PLAYBOY HUNG ON HIS WALLS -

11

SHE COMMENTED THAT SHE ALSO SAW NOTHING UNUSUAL ABOUT THIS UNTIL ONE OF HER DAUGHTERS POINTED OUT THAT THIS WAS INNAPROPRIATE. g COMMENTED THAT SHE FELT THAT IF SHE DID NOT ALLOW THIS THAT LEE WOULD HAVE SEXUAL IDENTITY PROBLEMS)

      b. Video games were Lee's big interest

25. Bev and G: Lee would seem to "space" out during conversations sometimes

26. G: While Lee was with Lee Sr. she would;

      a. call him every week to tell him the rules - dangeous to be out late, go to school the same rules that she had at her house = she felt that she had to do this

      b. lee would call also of his own and he would also stop by to see her

27. G: at age 18 Lee was jumped and robbed at Swifton commons by some young blackmen. They held a gun to his head and threatened to kill him if he resisted. Lee kept asking them why they were doing this to him. <u>They stole his shoes, a jacket and his gold chain that his mother had given him.</u> That night Lee attempted to go back out after them, the family talked him out of it. Lee reported that he was not afraid when they said that they were going to kill him. (FAMILY NOT SURE IF THE INCIDENT EVER REPORTED, DID SAY THAT THESE SAME BOYS WERE ARRESTED FOR KILLING ANOTHER PERSON IN A ROBBERY. WAS WHAT LEE BOUGHT WITH THE CREDIT CARDS FROM THE ROBBERY THE EXACT SAME THINGS THAT WERE STOLEN FROM HIM????)

28. Jackie: Took Lee when he was about nine years old for approx 4 mos. - during the time that G was working nights

29. G: Robin was at home until Lee was about 7 or 8 yrs old.

30. G: Robin and Lee had the seemingly typical sibling relationship, She was somewhat jealous initially, however they seemed to get along OK. <u>Robin would do things with Lee that G could not do, or did not want to do, for instance go to school functions</u>

31. G: <u>I found it very hard to let him go and go out on his own. Always felt like me and him against the world. Wherever I was, he was.</u>

32. Bev: G was very consistent with rules and discipline

33. Why this incident? He just exploded

34. Bev: He seemed not to handle his emotions correctly

      a. divorce was a big problem for Lee

**Nancy Townsend -babysitter**

1. Watched Lee from the age of 1 to 1.5 years

2. G was working at the time

3. Lee Sr. was working many hours

4. Would watch Lee from 8 to 5

      a. sometimes Robin would pick him up after schooll

      b. sometimes G would pick him up

      c. sometimes Lee Sr. would pick him up