Office of the Ohio Public Defender
8 East Long Street
Columbus, Ohio 43215-2998
(614) 466-5394
FAX NUMBER: (614) 728-3670

## AUTHORIZATION TO RELEASE INFORMATION

TO: Dr. Terry Swartz            RE: State of Ohio v. Lee E. Moore

8180 Corporate Pk Dr.

Suite 104                        DATE: 11/17/99

Cincinnati, OH 45242

You are hereby authorized to release to the Office of the Ohio Public Defender all records or other documents currently in your possession. Their representative may examine and make copies of all of my medical, psychological, hospital, police, and employment records, or any other records he/she may deem necessary in his/her work on my behalf. You are authorized to discuss these records and any other matters concerning me with said representative and are asked to assist him/her on the current investigation.

This authorization includes release of information concerning background, testing, and treatment of drug and alcohol abuse, drug-related conditions, alcoholism, psychiatric/psychological conditions, Acquired Immune Deficiency Syndrome (AIDS), AIDS-Related Complex (ARC), and/or tests for antibodies to the AIDS virus (HIV).

Client's Signature

WITNESS:

009034



**Office of the Ohio Public Defender**
8 East Long Street
Columbus, Ohio 43215-2998
(614) 466-5394
FAX NUMBER: (614) 644-9972

DAVID H. BODIKER
State Public Defender

Date Rec'd _____

1st Follow-up _____

2nd Follow-up _____

November 17, 1999

Dr. Terry Swartz
8180 Corporate Park Dr.
Suite #104
Cincinnati, Ohio 45242

Re: <u>State of Ohio v. Lee E. Moore</u>

Dear Sir:

Please be advised that the Ohio Public Defender is representing **Lee E. Moore** in the above referenced matter. The information requested herein is necessary for a detailed social history to be completed on his behalf.

In our efforts to properly represent **Mr. Moore** we are requesting that you provide us with any and <u>all</u> *psychiatric records* regarding **Mr. Moore**. These records should include, but are not limited to:

<u>Psychiatric</u>
- date(s) of evaluation;
- tests administered;
- interview reports;
- case notes;
- collateral information used, i.e., medical reports, school records, interviews with friends and/or family, etc.;
- diagnosis;
- prognosis;
  recommendation for treatment and/or placement.

009034 (A)

Dr. Terry Swartz
November 17, 1999
Page Two

      To assist you in locating these records, **Mr. Moore's birthdate is 10/19/74** and his social security number is ▮▮▮▮▮▮▮▮▮. His parents are **Lee and Georgia Moore**.

      It is our understanding that Mr. Moore attended 4 – 6 counseling sessions with you during 1993. His mother was employed at General Motors at the time and is not certain what insurance covered the services.

      In addition to our records request stated above please indicate the name of your agency's custodian of records, as it may be necessary to have the authenticity of the documents verified. <u>Please forward this information to Ohio Public Defender, Attn: Jessica H. Love on or before November 27, 1999</u>.

      An authorization for release of all such records is enclosed for your files.

                                  Sincerely,

                                  Jessica H. Love
                                  Mitigation Specialist

JL/cw

Enclosure

#101631v1

009035

# COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

### A Division of Central Psychiatric Clinic

909 Sycamore Street, Suite 300
Cincinnati, Ohio 45202
Phone: (513) 651-9300
Fax: (513) 352-1345

WALTER S. SMITSON, PH.D.
  Executive Director

NANCY SCHMIDTGOESSLING, PH.D.
  Director

WILLIAM WALTERS, PH.D.
  Assistant Director

GAIL HELLMANN, M.D.
  Medical Director

MARILYN GEEDING, L.I.S.W.
  Treatment Coordinator

SHERRY SANDERS, L.P.C.C.
  Forensic Liaison

CHARLOTTE E. HOLLAND
  Office Manager


BOARD OF TRUSTEES:

HON. DAVID E. GROSSMANN
  Chairman

MR. ROBERT F. RECKMAN
  Vice Chairman

MR. CHARLES THOMAS
  Secretary

DR. TIMOTHY E. JOHNSON
  Treasurer

MS. CAROL A. BOYD
DR. M. PHOEBE BROWN
MRS. LOIS COHEN
MS. JANIS M. DAY
MS. DAPHNE DICKENS-KING
MR. JEFFREY S. GOODMAN
MR. WENDELL E. HAWKINS
HON. TIMOTHY S. HOGAN
DR. C. ROBERT KILBY
MR. EDWARD H. KIM
MR. ARUN LAI
MR. THOMAS B. SCHERPENBERG
MR. DANIEL J. VALERIO


UNIVERSITY LIAISON

DONALD C. HARRISON, M.D.
JAMES RANDOLPH HILLARD, M.D.

September 1, 1994

Bethesda Hospital
Attn: Dr. Schwartz
619 Oak Street
Cincinnati, Ohio 45206

RE: Lee Moore                                    DOB: 10-19-74

TO WHOM IT MAY CONCERN:

Enclosed is a signed Authorization for Release of Information form regarding the above-named person.

Our agency is under a very strict time-frame to provide a comprehensive report to the Court, therefore, we would greatly appreciate information from you as soon as possible.

Thank you in advance for your prompt and courteous attention to this matter.

Sincerely,

Jenny O'Donnell/jp

Jenny O'Donnell, B.S.
Psychology Trainee

009036

CENTRAL PSYCHIATRIC CLINIC
COMMUNITY DIAGNOSTIC AND TREATMENT CENTER
909 Sycamore Street, Suites 300 and 400, Cincinnati, OH  45202
513-651-9300

I, the undersigned, hereby authorize the Community Diagnostic and Treatment Center to release/obtain information from records pertaining to the person named below to/from the agency/person indicated. This authorization includes release of information concerning evaluation/treatment of drug or alcohol abuse, drug-related conditions, alcoholism, psychiatric/psychological conditions, Acquired Immune Deficiency Syndrome (AIDS), AIDS-Related Complex (ARC), and/or tests for antibodies to the AIDS virus (HIV). All matters pertaining to client records are considered privileged and confidential and are treated as such by the employees of the program. Information regarding such matters cannot be given without the consent of the client. PROHIBITION ON REDISCLOSURE: Information disclosed or requested from records whose confidentiality is protected by Federal or State Law, may not be disclosed without the specific written consent of the person to whom it pertains.

AGENCY/PERSON  Dr Schwartz @ Bethesda   1991 - 92

ADDRESS  619 Oak st., 45706

PURPOSE/NEED FOR DISCLOSURE of information between Community Diagnostic and Treatment Center and the agency/person named above: Aid in court-ordered evaluation/treatment of the person named below. OR _____

The following information may be released or reviewed:

( ✓ ) Discharge Summary
( ✓ ) Face Sheet with Final Diagnosis
( ✓ ) Complications & Operative Procedures
( ✓ ) History and Physical
( ✓ ) Consultative Report(s)
( ) Inpatient                    ( ✓ ) Outpatient

( ✓ ) Reports of Tests or X-rays
( ✓ ) Emergency Treatment(s)
( ) Outpatient Clinic Notes
     Specify Clinic: _____
( ) Other  Medications ?
                    ( ) Emergency Department

This Authorization for Release of Information may be revoked by me at any time with written notice to the parties involved, except to the extent action has been taken prior to revocation. This Authorization for Release of Information will expire ninety (90) days after date below, or sooner by my choice, in which case this consent will expire on _____.

I hereby acknowledge that I have read and fully understand the above statements as they apply to me. I hereby consent to the disclosure of the records to the purpose and extent stated above.

FULL NAME OF CLIENT  Lee Moore

X  _Gee E. Moore_
   (Signature of Client)

Date of Birth  10-19-74

Social Security No.  ███████████

9-1-94
(Date)

----
PLEASE FORWARD REQUESTED INFORMATION TO:  Jenny O'Donnell
Community Diagnostic and Treatment Center, 909 Sycamore Street, Suites 300 and 400, Cincinnati, OH  45202.
----

This authorization was facilitated by  _Jenny O'Donnell_
                                        (Staff member's signature)

Date  9-1-94

c: To be retained in Client Record

009037

LAW OFFICES

| | | |
|---|---|---|
| CHUCK R. STIDHAM<br>CHRISTOPHER J. BERNARD | **SAND, STIDHAM AND BERNARD**<br>317 W. BENSON STREET<br>READING, OHIO 45215<br>(513) 761-4929<br>FAX (513) 761-3573 | *ROBERT G. SAND<br>(1932-1990)<br>*HARRY A. SAND<br>(1922-1987) |

July 22, 1994

Terry R. Schwartz, M.D.
Bethesda Oak Hospital
629 Oak
Cincinnati, Ohio 45206

RE: Lee Edward Moore
    D.O.B. - 10-19-74

Gentlemen:

This office is handling the Mitigation Phase of the case pending in the Hamilton County Court of Common Pleas wherein Lee Edward Moore is facing a possible death sentence.

In an effort to present factors in mitigation to prevent the execution of Mr. Moore, I am attempting to compile as much of a personal history and background as possible. To this end, I have enclosed herein an Authorization and Release Form which permits you to release information concerning Mr. Moore's education to me. I would appreciate if you would have this information to me as quickly as possible.

I specifically need information concerning his treatment and condition.

I would appreciate if you would provide this information to me as quickly as possible as his Trial is scheduled to commence in the Hamilton County Court of Common Pleas in late August, 1994.

Very truly yours,

Chuck R. Stidham
Attorney at Law

CRS/tas

Encl.

009038





3/26/92

TERRY SCHWARTZ
BETHESDA DOCTORS BLDG
629 OAK ST, STE 600
CINCINNATI, OH  45206

Dear TERRY SCHWARTZ:                Re: LEE MOORE

Preferred Health Care Ltd. (PHC), the Central Review Organization (CRO) for General Motors Corporation, determines the medical necessity of mental and health and substance abuse treatment and authorizes the payment of benefits for enrollees of General Motors/Connecticut General Health Benefit Plan, known as CARELINE.

This letter is in regard to the treatment of the above named patient. Based on a review of the information provided by the treating physician and/or other members of the treatment team, PHC has determined that treatment for the period from 3/30/92 to 5/01/92 meets PHC's national professional criteria for medical necessity.

06 UNITS FROM 03/30/92 THRU 05/01/92

Additional treatment beyond these dates, as well as specific services such as psychological testing, must be reviewed in advance before PHC will recommend payment. Therefore you must call 1-800-235-2302 for consideration of further authorization.

Please note that this letter does not guarantee payment for services. In addition to the Predetermination Requirement for reimbursement, payment depends on a number of factors including the enrollee's eligibility for coverage under the benefit plan, benefit plan limitations and the coordination of benefits with other plans. If you have questions about claims, please contact Connecticut General at 1-800-523-4626 (nationwide), 313-354-8330 (Detroit area).

Please call 1-800-235-2302 between the hours of 9:00 a.m. and 8:00 p.m., Eastern Standard Time if you have any questions.

Sincerely,

JUNE TRIPLETT
Case Management Unit

 2-B-0

cc:

009039



The Prudential Insurance Company of America
P.O. Box 2850, Cincinnati, OH 45201-2850
513-621-2884

From: Terry R Schwartz Psy.D.

Date: 02/24/92
Patient's Name: Lee Moore
ID#: ███████

## MENTAL HEALTH EVALUATION REPORT

Following the initial 2 evaluation visits, please submit the following information:

1. Multiaxial Diagnosis: 312.80 Conduct Disorder, low grades, caught with gross knuckles, lies, stays out late, sexually active, stubborn, skipping school.

2. Target symptoms/signs/problems: antisocial behaviors, won't follow any rules at home or at school
 * No background or history available or given.

3. Specific goals for each target problem: Try to set limits and create some responsiveness to rules

4. Method of treating each problem: Behavioral, Cognitive Behavioral, unsuccessful.

5. Time frame for acheiving each goal: 3 months; Termination due to failure to reach him. Lee would not open up and discuss anything ("Pulling Teeth")

6. Who is Provider treating each problem: [signature]

7. Frequency of visits with each Provider: Total sessions 02/24, 03/02, 03/11, 03/15, 02/25/92

8. Criteria for discharge from treatment: Client (Lee) was unresponsive, he would not say much or utter a word, answered questions with "Yeah" or no, would not elaborate. Terminated due to failure to reach him in any constructive ways.

Mail To: PruCare of Cincinnati
P.O. Box 2850
Cincinnati, Ohio 45201

— OVER —

Dear Mr Chuck Stidham,

I'm sorry I do not have anything more to offer. I have no other notes or records other than one sentence documentations on Lee's unwillingness to talk or open up. I cannot make any more statements on background or history because I have none.

Respectfully,

[signature]

I, LEE EDWARD MOORE, 1101 Clearbrook Drive, Cincinnati, Ohio 45229, hereby authorize you to release information concerning my health records to Chuck R. Stidham, Esq., Mitigation Specialists of Southwest Ohio, 317 W. Benson Street, Cincinnati, Ohio 45215.

_____
Lee Edward Moore

STATE OF OHIO      )
                   ) SS:
COUNTY OF HAMILTON )

Sworn to before me and subscribed in my presence by Lee Edward Moore on this ____ day of _____, 1994.

_____
Notary Public

CHUCK R. STIDHAM, Attorney at Law
NOTARY PUBLIC - STATE OF OHIO
My Commission has no expiration
date. Section 147.03 O.R.C.

009042

**INSTRUCTIONS:**
The top portion of the claim form is to be completed [by] the subscriber. The bottom portion is to be completed [by] the physician or supplier.

## PATIENT AND SUBSCRIBER INFORMATION (TO BE COMPLETED BY SUBSCRIBER)

1. PATIENT'S NAME: Moore, Lee
2. PATIENT'S DATE OF BIRTH: 10/19/74
3. PATIENT I.D. NO.: [redacted]
4. PATIENT'S ADDRESS: 1280 Meredith Dr, Cinti Ohio 45231
   TELEPHONE NO.: 513-522-9203
5. PATIENT'S SEX: [not marked]
6. SUBSCRIBER'S NAME: Georgia Moore
7. PATIENT'S RELATIONSHIP TO SUBSCRIBER: CHILD ✓
8. SUBSCRIBER'S ADDRESS: Same
9. OTHER HEALTH INSURANCE COVERAGE: [blank]
10. WAS CONDITION RELATED TO:
    A. PATIENT'S EMPLOYMENT: NO ✓
    B. ACCIDENT: OTHER ✓
11. SUBSCRIBER'S EMPLOYER: G.M. Connecticut General
12. SIGNED: x Georgia L. Moore
13. SIGNED: x Georgia L. Moore

ANY PERSON WHO, WITH INTENT TO DEFRAUD OR KNOWING THAT HE\SHE IS FACILITATING A FRAUD AGAINST AN INSURER, SUB[MITS] AN APPLICATION OR FILES A CLAIM CONTAINING A FALSE OR DECEPTIVE STATEMENT IS GUILTY OF INSURANCE FRAUD.

## PHYSICIAN OR SUPPLIER INFORMATION (TO BE COMPLETED BY PHYSICIAN OR SUPPLIER)

21. DIAGNOSIS: 312.90

| Place of Service Code | Date of Service | Place of Service | Procedure Code | Description | Diagnosis Code | Charges |
|---|---|---|---|---|---|---|
| | 03/02/92 | 3 | 90844 | Psychotherapy | 312.90 | 85.00 |
| | 03/11/92 | " | " | " | " | 85.00 |
| | 03/18/92 | " | " | " | " | 85.00 |
| | 03/25/92 | " | " | " | " | 85.00 |

25. TOTAL CHARGE: 340
26. AMOUNT PAID: 0
27. BALANCE: 340

29. PHYSICIAN'S: 513-281-4...
Terry R. Schwartz, Psy.D.
Bethesda Oak Professional Center
629 Oak Street, Suite 600
Cincinnati, Ohio 45208

ID/OR LICENSE #: 3528



Preferred Health Care Ltd.

Suite 1000
MI 48034

2/26/92

TERRY SCHWARTZ
9462 HUNTERS CREEK
CINCINATTI, OH   45242

Dear TERRY SCHWARTZ:                       Re: LEE MOORE

Preferred Health Care Ltd. (PHC), the Central Review Organization (CRO) for General Motors Corporation, determines the medical necessity of mental and health and substance abuse treatment and authorizes the payment of benefits for enrollees of General Motors/Connecticut General Health Benefit Plan, known as CARELINE.

This letter is in regard to the treatment of the above named patient. Based on a review of the information provided by the treating physician and/or other members of the treatment team, PHC has determined that treatment for the period from  2/24/92 to  3/30/92 meets PHC's national professional criteria for medical necessity.

06 UNITS FROM 02/24/92 THRU 03/30/92

Additional treatment beyond these dates, as well as specific services such as psychological testing, must be reviewed <u>in advance</u> before PHC will recommend payment.  Therefore you must call 1-800-235-2302 for consideration of further authorization.

Please note that this letter does not guarantee payment for services.  In addition to the Predetermination Requirement for reimbursement, payment depends on a number of factors including the enrollee's eligibility for coverage under the benefit plan, benefit plan limitations and the coordination of benefits with other plans.  If you have questions about claims, please contact Connecticut General at 1-800-523-4626 (nationwide), 313-354-8330 (Detroit area).

Please call 1-800-235-2302 between the hours of 9:00 a.m. and 8:00 p.m., Eastern Standard Time if you have any questions.

Sincerely,

TERRA SIMMONS/CSR
Case Management Unit

S.S. #: ███████ 2-B-0

cc: GEORGIA MOORE

009044

INSTRUCTIONS:
The top portion of the claim form is to be completed the subscriber. The bottom portion is to be completed the physician or supplier.

## PATIENT AND SUBSCRIBER INFORMATION (TO BE COMPLETED BY SUBSCRIBER)

1. PATIENT'S NAME: Moore, Lee
2. PATIENT'S DATE OF BIRTH: 10/19/74
3. PATIENT I.D. NO.: [redacted]
4. PATIENT'S ADDRESS: 1280 Meredith Dr, Cinti Ohio 45231
5. PATIENT'S SEX: (neither checked)
6. SUBSCRIBER'S NAME: Georgia Moore
7. PATIENT'S RELATIONSHIP TO SUBSCRIBER: CHILD ✓
8. SUBSCRIBER'S ADDRESS: Same
TELEPHONE NO.: 513-522-9203
10. WAS CONDITION RELATED TO:
  A. PATIENT'S EMPLOYMENT: NO ✓
  B. ACCIDENT: OTHER ✓
11. SUBSCRIBER'S EMPLOYER: G.M. Connecticut General
12. SIGNED: Georgia L. Moore
13. SIGNED SUBSCRIBER: Georgia L. Moore

ANY PERSON WHO, WITH INTENT TO DEFRAUD OR KNOWING THAT HE\SHE IS FACILITATING A FRAUD AGAINST AN INSURER, SUBM AN APPLICATION OR FILES A CLAIM CONTAINING A FALSE OR DECEPTIVE STATEMENT IS GUILTY OF INSURANCE FRAUD.

## PHYSICIAN OR SUPPLIER INFORMATION (TO BE COMPLETED BY PHYSICIAN OR SUPPLIER)

21. DIAGNOSIS: 312.90

| Place of Service | Date of Service | Place of Service | Procedure Code | Description | Diagnosis Code | Charges |
|---|---|---|---|---|---|---|
| 2 - OUTPATIENT HOSP. | 02/24/92 | B | 90844 | Psychlgy Psychthpy | 312.90 | 85.00 |

25. TOTAL CHARGE: 85.00
27. BALANCE: 85.00
29. PHYSICIAN'S/SUPPLIER'S NAME AND ADDRESS: 513-281-46..
Terry R. Schwartz, Psy.D.
Bethesda Oak Professional Center
629 Oak Street, Suite 600
Cincinnati, Ohio 45208
ID OR LICENSE #: 3528

009045



Office of the Ohio Public Defender
8 East Long Street
Columbus, Ohio 43215-2998
(614) 466-5394
FAX NUMBER: (614) 752-5167

DAVID H. BODIKER
State Public Defender

# FAX HEADER

## CAUTION - CONFIDENTIAL

THIS DOCUMENT IS BEING TELECOPIED TO YOU AND MAY CONTAIN INFORMATION PROTECTED BY ATTORNEY-CLIENT OR WORK PRODUCT PRIVILEGES.

This document which follows is only intended for the person to whom it is addressed. If you are not the intended recipient or authorized agent, then this is notice to you that dissemination, distribution or copying of this document is prohibited. If this document is received in error, please call the sender at once and destroy the document.

DATE: 11-8-99

TO: Brenda Green - 946-2730

FROM: Jessica H. Love - 800-686-1573

TOTAL NUMBER OF PAGES BEING FAXED (INCLUDING HEADER): _____

CONFIRM FAX RECEIVED TO: _____

RE: Any & All Information on Lee Edward Moore

OPD/#10021<7qd01!>/11-95

009046



Office of the Ohio Public Defender
8 East Long Street
Columbus, Ohio 43215-2998
(614) 466-5394
FAX NUMBER: (614) 728-3670

## AUTHORIZATION TO RELEASE INFORMATION

TO: Youth Center  RE: Lee E. Moore
2020 Auburn
Cincinnati, Oh  DATE: 11/8/99
ATTN: Brenda Green

You are hereby authorized to release to the Office of the Ohio Public Defender all records or other documents currently in your possession. Their representative may examine and make copies of all of my medical, psychological, hospital, police, and employment records, or any other records he/she may deem necessary in his/her work on my behalf. You are authorized to discuss these records and any other matters concerning me with said representative and are asked to assist him/her on the current investigation.

This authorization includes release of information concerning background, testing, and treatment of drug and alcohol abuse, drug-related conditions, alcoholism, psychiatric/psychological conditions, Acquired Immune Deficiency Syndrome (AIDS), AIDS-Related Complex (ARC), and/or tests for antibodies to the AIDS virus (HIV).

_____
Client's Signature

WITNESS:
_____

009047



# Hamilton County
## Juvenile Court
### Youth Center
2020 Auburn Avenue
CINCINNATI, OHIO 45219-3097
(513) 946-2600

SYLVIA SIEVE HENDON, JUDGE
(513) 852-8707
(513) 852-3822 FAX

James C. Ray, Jr.
Court Administrator
(513) 852-8714
(513) 852-8899 Fax

THOMAS R. LIPPS, JUDGE
(513) 852-8712
(513) 852-8550 FAX

Robert J. Dugan
Superintendent
(513) 946-2644
(513) 946-2675 Fax

November 12, 1999

Jessica Love
Office of the Ohio Public Defender
8 East Long Street
Columbus, Ohio  43215

Dear Ms. Love:

As a follow-up to our telephone conversations, according to computer records to which I have access personally, Lee Edward Moore (BD 10-19-74) was admitted and released from Detention on 8-12-92. As such, any medical records were destroyed according to Juvenile Court policy and no psychological reports were generated.

If I can be of further assistance or if you can provide me with other admission dates, please don't hesitate to call me at (513) 946-2636.

Sincerely,

Brenda L. Greene, R.N.
Certified Nurse Practitioner
Medical Department

009048



**Office of the Ohio Public Defender**
8 East Long Street
Columbus, Ohio 43215-2998
(614) 466-5394
FAX NUMBER: (614) 644-9972

DAVID H. BODIKER
State Public Defender

430260
M

November 24, 1999

Children's Hospital
3333 Burnet Avenue
Cincinnati, Ohio 45229



Attention: <u>Medical Records</u>

Re: <u>State of Ohio v. Lee E. Moore</u>

Dear Sir/Madam:

Please be advised that the Ohio Public Defender is representing **Lee E. Moore** in the above referenced matter. The information requested herein is necessary for a detailed social history to be completed on his behalf.

In our efforts to properly represent **Mr. Moore** we are requesting that you provide us with any and <u>all</u> *medical records* regarding **Mr. Moore**. These records should include, but are not limited to:

<u>MEDICAL</u>

- admission and release dates;
- presenting problems, diagnoses, treatment plans
- and attending physicians' names'
- referrals, if applicable;
- prescriptions;
- testing and test outcomes including: X-rays,
- psychological evaluations, urine
- tests, blood tests, CAT scans, etc.

To assist you in locating these records, **Mr. Moore's** birthdate is **10/19/74** and his social security number is ███████. His parents are **Lee and Georgia Moore**.

Children's Hospital
November 24, 1999
Page Two

    In addition to our records request stated above please indicate the name of your agency's custodian of records, as it may be necessary to have the authenticity of the documents verified. <u>Please forward this information to Ohio Public Defender, Attn: Jessica H. Love on or before December 3, 1999.</u>

    An authorization for release of all such records is enclosed for your files.

                                      Sincerely,

                                      Jessica H. Love
                                      Mitigation Specialist

JL/cw

Enclosure

#102097v1

009050

# SMART
**CORPORATION**  Health Information Outsourcing Services

Dear Requestor:

The enclosed health information was provided to you by Smart Corporation's health information outsourcing service. We are under agreement with the medical facility to release authorized copies of medical records. Smart will continue to copy records that you request from this facility.

If you have any questions regarding the enclosed records, please contact Smart Corporation's area office listed below:

> Smart Corporation
> 55 Union Street
> 3rd Floor
> Boston, MA 02108
> 800-448-6278

These photocopies have been made from the medical facility's original records. The confidentiality of these records is protected by federal and other law. These copies are intended exclusively for the requested purpose and cannot be recopied or redistributed for other purposes without the written informed consent of the person to whom it pertains.

( ) The _____ information you requested is not enclosed because it was not present in the medical record at the time we received your request.

( ) These records were reproduced from microfilm; their quality cannot be guaranteed.

( ) Your request for an itemized billing statement/x-ray films was forwarded to the appropriate department and will be sent under separate cover from that department.

( ) You requested all medical records. Please be advised, however, that this file contained some information that cannot be released without a specific patient authorization. Please contact the patient for such an authorization. If the patient has questions about the need for specific authorization, he or she must contact the medical records department of the facility.

---

If you would like more information about
**Smart Corporation's**
Health Information
Outsourcing Services
for your medical facility, please complete the following and mail to:

Smart Corporation
P.O. Box 1813
Alpharetta, GA 30005
Attn: Leah Rogers

Title _____

Facility Name _____

Phone Number (____) _____

Address _____

City _____ State _____

Zip _____ # of Physicians _____

Specialty _____

# of Beds _____ # of Admits _____

Your Name _____


Children's Hospital Medical Center

Attention:

The following information is in accordance with Section 2317.422 of the revised Code of the Legislation of the State of Ohio, effective September 30, 1994.

I hereby certify that the attached data are true copies of the records requested on:

Patient Name: _Moore, Theo_

Medical Record Number: _430260_

These copies were reproduced from the original records prepared in the usual course of business of the Medical Records Department of Children's Hospital Medical Center on this date: _12/17/99_.

If you have questions about the enclosed records, please contact our Correspondence Coordinator, Danita Carter at (513)-636-8233.

Sincerely,

*Donna Krach, ART*
Donna Krach, ART
Assistant Director
Medical Record Department

Subscribed and sworn to, in my presence, this _17th_ day of _December_

*Taunya Kessler*
TAUNYA RENEE KESSLER
Notary Public, S...
My Comm...

3333 Burnet Avenue
Cincinnati, Ohio 45229-3039

009052