LAB REPORT

001298

| GRAM STAIN: | Few | Mod. | |
|---|---|---|---|
| Gram Positive Cocci in Clusters | | | |
| Gram Positive Cocci in Pairs and/or Chains | | | |
| Gram Positive Bacilli | | | |
| Gram Negative Diplococci | | | |
| Gram Negative Bacilli | | | |
| WBC's | | | |

NO ORGANISMS SEEN ☐   ANALYST:

CULTURE:

NO BETA-HEMOLYTIC STREPTOCOCCUS DETECTED

ANALYST: DV

Collected By: Jo DeSalvo   Time Collected: 1920

☐ Urine Culture { ○ Clean Catch  ○ Sensitivity
                   ○ Cath        ○ Suprapubic
☒ Beta Strep Screen   ☒ Throat   ○ NP
☐ Blood Culture & Sensitivity
☐ Stool (Salmonella, Shigella, Campylobacter, Yersinia)
☐ GC Screen  ○ Vag  ○ Cx  ○ Ureth  ○ Rect  ○ Throat

SEND SEPARATE SLIP FOR EACH SQUARE CHECKED

Children's Hospital Medical Center

CHART

SBF Form 0488 1/84

BACTERIAL CULTURES / MICROBIOLOGY

SBF - Form No. 0488 12-81

009053

# EMERGENCY DEPARTMENT NURSING NOTES

Room: _____

```
CG 6789
MCR 430260*0  S  110
MOORE LEE E
521521?/0  M  10 19 74
522 9203   8 6 84
CR KIGLER
```

Right Upper: 118

| NAME: | Moore, Lee | AGE: 9y | TIME: 1840 | TRIAGE INITIALS: [illegible] |
|---|---|---|---|---|
| CHIEF COMPLAINT: | swollen neck | | SENT BY: Father | |
| AMB. CARRIED ___ WHEELCHAIR ___ STRETCHER ___ | | | SOURCE OF CARE: Dr Kugler | |
| ASSESSMENT: BOT c sore throat & neck swelling [illegible] | | | | |
| CHRONIC PROBLEMS: none | | ALLERGIES: none | | EXPOSURES: none |
| ACCIDENT: | TIME: | PLACE: | WEIGHT: 28.0 | CURRENT MEDS: none |

| TIME | T | P | R | B/P | MENTAL STATUS | COLOR | INTRAVENOUS FLUIDS MEDICATIONS | TOTAL READING IN BOTTLES | ABSORBED | NURSING NOTES | SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1800 | 100 | 100 | 32 | | alert | pink | | | | c very thick tongue c swollen glands | [signature] M Brigadu |

| COMPLETED PROCEDURES: | | | TIME: 1910 | | |
|---|---|---|---|---|---|
| | CBC | | BLOOD CULTURE | ✓ | |
| | ELECTROLYTES | | THROAT CULTURE | | |
| | BUN | | STOOL CULTURE | | |
| | CREATININE | | U/A | | |
| | GLUCOSE | | URINE CULTURE | | |
| | OTHER | | X-RAY OF: | | |
| | | | OTHER: | | |

DISCHARGE INSTRUCTIONS: [illegible] per Dr Neal

SIGNATURE: M Brigadu

ADMITTING: _____
REPORT CALLED BY: _____
REPORT GIVEN TO: _____
TIME: _____
TRANSPORT BY: _____
RECEIVED BY: _____

009054

| | | | | |
|---|---|---|---|---|
| COMMENTS: | 118 SWOLLEN NECK 6:40P | | | |
| Patient Acct. No. | Registration Date | Time of Regis. | | Chg. Ind. |
| 52152170 | 08/06/1984 | 06:43PM | | |
| Patient Type | Hospital Service | | | Fin Cl |
| E | MED | | | S |
| Patient Name | | | | Birth Date |
| MOORE   LEE E | | | | 10/19/1974 |
| Sex/MS | Ethnic | | AKA | |
| M/S | B | | | |
| Patient Address | | | City | |
| 1280 MEREDITH DR | | | CINTI | |
| State | Zip Code | | Home Phone | |
| OH | 45231 | | 513-522-9203 | |
| Mar. Stat. of Parent | Guardian Name | | | Relation |
| D DIVORCED | | | | |
| Father's Name | | Mother's Name | | |
| | | MOORE GEORGIA L | | |
| Medicare No | Eff. Date | | | Med. Rec. Number |
| | | | 34061 | 4302600 |
| Guarantor Name | | | Rel. Cd | Social Sec. No. |
| MOORE, GEORGIA | | | F | |
| Home Phone | Guarantor Address | | | |
| 513-522-9203 | 1280 MEREDITH DR | | | |
| City | | State | Zip Code | Business Phone |
| CINTI | | OH | 45231 | |
| Employer | | | Occupation | |
| GM | | | FACTORY | |
| Employer Address | | City | | State | Zip Code |
| SMITH RD | | CINTI | | OH | |

ASSIGNMENT OF BENEFITS. I authorize the release of all medical information
related to the care and treatment of the above named patient requested by such
agencies concerned with payment of charges of the authorized hospital service.
I hereby authorize payment to the hospital and physician rendering services
described herein. I understand that I am responsible to the hospital and physician
for charges not covered by this authorization.

Signature: Consent form

009055

**EMERGENCY DEPARTMENT REGISTRATION FORM**
Children's Hospital Medical Center

| | |
|---|---|
| Complaint or Cause of Accident: SWOLLEN NECK | Place/Time/Date |
| Patient Name: MOORE, LEE E | Arrival Time: 0640P |
| Primary Source of Care: DR KEGLER | Who Sent You: SELF |
| Triage Person: LN | Triage To: MER |

MER 43025040  5  118
MOORE LEE E
5215217/0  M  10 19 74
122 9203  8 6 84
DR KEGLER

Temp: 100.4  Pulse: 100  Resp: 32  B.P.:  Weight: 28.4

**HISTORY/PHYSICAL**

9 yo BM c 1 d hx of swollen ⓡ neck & sore throat. No URI symptoms. Swelling ⓡ side of neck - tender, grad. ↑ in size throughout the day. Sl. hoarse speech. Low grade fever. No V/D. No cough.

Neg PMHx → Dr Shaw - recurrent "raspy" voice not necessarily ass c URI etc.

PE: alert BM in NAD    Skin clean
HEENT - sl red post pharynx ɪ petechiae or exudate
TMs clear   Eyes clear.  Nose clean
Neck - ⓡ side 3 x 2 cm firm sl. tender post cerv. adenopathy. Nonfluctuant ɪ redness.
Chest clear   CV RRR S1 S2 ɪ ab/berg. No HSM
Abd soft NT ɪ HSM   No other adenopathy noted

**LAB RESULTS AND TREATMENT**

☐ Lytes  ☐ UA
☐ BUN   ☐ UC
☐ BS    ☐ BC
☐ Kidney Gp. ☒ TC/MD
☐ CBC   ☐ SC
☐ ESR   ☐ LP
☐ X-ray ☐ Other

Parents instructed to have his hoarseness ʋ'd once off meds.

**DISCHARGE INSTRUCTIONS / MEDICATIONS**
Ceclor 250 mg tid x 10 d

☐ Fever  ☐ Diet
☐ Antibiotics  ☐ Casts
☐ Head Injury  ☐ X-Rays
☐ Lacerations  ☐ Hand Washing
☐ Injuries

PRIVATE / CLINIC DOCTOR CALLED  YES  NO
FOLLOWUP CARE DOCTOR: To Kegler if not better 2 d
DIAGNOSIS: Lymphadenitis

PHYSICIAN SIGNATURE: [signature] Heard

CONDITION UPON DISCHARGE: ☒ EXCELLENT  ☐ GOOD  ☐ FAIR

I HAVE BEEN INFORMED AND UNDERSTAND THESE INSTRUCTIONS  Parent Signature: X

DISPOSITION: ☒ HOME  ☐ ADMIT
ATTENDING PHYSICIAN:
SPECIALTY: ☐ PEDS  ☐ GEN. SURG  ☐ OTHER
ISOLATION: ☐ NO  ☐ YES   IF YES, TYPE
FLOOR:

FOLLOW-UP: ☐ Positive ___ Culture ___ Positive ___ X-Ray
☐ Patient contacted
☐ Physician contacted
Date ___ Signature ___

CONSENT: I authorize the performance of any medical or surgical procedures deemed necessary for the diagnosis and/or treatment of the above named patient.
SIGNATURE: Consent form   RELATIONSHIP:

009056

0035 0792

| | | | | |
|---|---|---|---|---|
| COMMENTS: ENT SPEECH CL | | | | |
| Patient Acct. No. | Registration Date | Time of Regist. | | Chg. Ind. |
| 51021459 | 12/10/1982 | 02:50PM | | |
| Patient Type | Hospital Service | | | Fin Cl |
| E | ENT | | | X |
| Patient Name | | | | Birth Date |
| MOORE  LEE E | | | | 10/19/1974 |
| Sex/MS | Ethnic | AKA | | |
| M/S | B | | | |
| Patient Address | | City | | |
| 1280 MEREDITH DR | | CINTI | | |
| State | Zip Code | Home Phone | | |
| OH | 45231 | 513-522-1092 | | |
| Mar. Stat. of Parent | Guardian Name | | Relation | |
| D DIVORCED | | | | |
| Father's Name | | Mother's Name | | |
| | | MOORE GEOGIA L | | |
| Medicare No. | | Eff. Date | | Med. Rec. Number |
| | | | 34061 | 4302600 |
| Guarantor Name | | | Rel. Cd | Social Sec. No. |
| FINNEYTOWN  SCHOOL DIST | | | 0 | |
| Home Phone | Guarantor Address | | | |
| | 8779 WINTON RD | | | |
| City | | State | Zip Code | Business Phone |
| CINCINNATI | | OH | 45231 | |

Form No. 0534-8-82

ASSIGNMENT OF BENEFITS: I authorize the release of all medical information related to the care and treatment of the above named patient requested by such agencies concerned with payment of charges of the authorized hospital service.
I hereby authorize payment to the hospital and physician rendering services described herein. I understand that I am responsible to the hospital for charges not covered by this authorization.

Signature _____ Relationship _____

Interviewer: SD
Pri. Ins. Code: X51
Ins. Code: X51

009057

# CHILDREN'S HOSPITAL MEDICAL CENTER
Eland & Bethesda — Cincinnati, Ohio 45229

## EMERGENCY DEPARTMENT REGISTRATION FORM

```
12 10 82                ENT

430260-0
MOORE LEE E
51021459 M 10/19/74
HISTORY PHYSICAL 12/10/82
XX51    ENT SPEECH
```

| Complaint or Cause of Accident | Place/Time/Date |
|---|---|
| ENT SPEECH | |

| Patient Name | | Arrival Time |
|---|---|---|
| MOORE  LEE E | | 0200P |

| Primary Source of Care | Who Sent You | Triage Person | Triage To |
|---|---|---|---|
| | FINNEYTOWN | DC | |

| Temp. | Pulse | Resp. | B.P. | Weight |
|---|---|---|---|---|

TIME IN ROOM

TIME DISCHARGED

### LAB RESULTS AND TREATMENT

- ☐ Lytes     ☐ UA
- ☐ BUN      ☐ UC
- ☐ BS       ☐ BC
- ☐ Kidney Grp.  ☐ TC
- ☐ CBC      ☐ SC
- ☐ ESR      ☐ LP
- ☐ X-ray    ☒ Other  Fibroscope

### DISCHARGE INSTRUCTIONS / MEDICATIONS

- ☐ Fever       ☐ Diet
- ☐ Antibiotics ☐ Casts
- ☐ Head Injury ☐ X-Rays
- ☐ Lacerations ☐ Hand Washing
- ☐ Injuries

| Condition Upon Discharge | Date / Time |
|---|---|
| ☐ Excellent  ☐ Good  ☐ Fair | |

Follow Up Care Doctor: ___  Date: ___

Diagnosis: VC Nodules    Code: 4785

Physician Signature: ___

I HAVE BEEN INFORMED AND UNDERSTAND THESE INSTRUCTIONS.  Parent Signature: ___

| DISPOSITION | ADMITTING PHYSICIAN |
|---|---|
| ☐ Home | |
| ☐ Admit | SPECIALTY |
| ☐ Transfer | FLOOR |

CONSENT: I authorize the performance of any medical or surgical procedures deemed necessary for the diagnosis and/or treatment of the above named patient.

Signature: ___    Relationship: ___

### FOLLOW-UP
- ☐ Patient contacted
- ☐ Physician contacted
- Date: ___

☐ Positive ___ culture    ☐ Positive ___ X-ray
Comment:

Signature: ___

009058

**CHILDREN'S HOSPITAL MEDICAL CENTER**
Cincinnati, Ohio 45229

CLINIC PROGRESS SHEET  51021459

12.10.82

ENT

43C260-C
MCCRL LELL
522 1092
KCC1
M  10/19/74

NAME

12.10.82  ENT

— Anxious
— oxygen —>

(R)   (L)

Obvious ✓

Rhs ✓     Wox on (R)

RG

009059

# AMBULATORY REGISTRATION — CHILDREN'S HOSPITAL MEDICAL CENTER

| Patient Account No. | Registration Date | Time of Registration | Pat. Type | Hosp. Serv. | Misc. File | Fin. CL. | Pymt Sour. | # Ins. |
|---|---|---|---|---|---|---|---|---|
| 80594334 | 12/10/1982 | 01:03PM | O | ENT | | | | |

## PATIENT INFORMATION

| Patient Name | Also Known As | Date of Birth | Sex/MS | Ethnic |
|---|---|---|---|---|
| MOORE, LEE E | | 10/19/1974 | M/S | B |

| Patient Address | City | State | Zip Code | Dr # | |
|---|---|---|---|---|---|
| 1280 MEREDITH DR | CINTI | OH | 45231 | DR#1000638 | COTTON, ROBIN MD |

| Mar. Stat. of Parents | Father's Name | Mother's Name |
|---|---|---|
| D DIVORCED | | MOORE, GEORGIA L |

| Patient Phone | Guardian Name | Relationship | Previous CHMC Service |
|---|---|---|---|
| 513-522-1092 | | | |

| Medicare No. | Effective Date | County Code | Medical Records No. |
|---|---|---|---|
| | | 34061 HAMILTON, OH | 4302600 |

## GUARANTOR INFORMATION

| Name | Relationship | Social Security No. | Home Phone |
|---|---|---|---|
| MOORE, GEORGIA L | MOTHER | | 513-522-1092 |

| Address | City | State | Zip Code |
|---|---|---|---|
| 1280 MEREDITH DR | CINTI | OH | 45231 |

| Employer | Occupation | No. of Years | Business Phone |
|---|---|---|---|
| GENERAL MOTORS NORWOOD | RECAP CLERK | 17Y | 513-841-5093 |

| Address | City | State | Zip Code |
|---|---|---|---|
| 4726 SMITH ROAD | NORWOOD | OH | 45212 |

## INSURANCE INFORMATION

| Blue Cross No. | Relationship | Subscriber | Blue Cross Plan | |
|---|---|---|---|---|
| | M MOTHER | MOORE, GEORGIA L | B11 *BLUE CROSS SWO | 332 |

| Effective Date | Type | Company Name |
|---|---|---|
| 05/01/82 | 0370B | GENERAL MOTORS NORWOOD |

| Address | City, St., Zip |
|---|---|
| 4726 SMITH ROAD | CINTI OH |

| Policy No. | Commercial Insurance Co. Name | Subscriber | Relationship |
|---|---|---|---|
| | METROPOLITAN | MOORE, GEORGIA L | M MOTHER |

| Group | Effective Date | Company Name |
|---|---|---|
| | | GENERAL MOTORS NORWOOD |

| Physician Coverage | Address To Mail Insurance Forms To: | City, St., Zip |
|---|---|---|
| | 4726 SMITH ROAD | CINTI OH |

| Medicaid No. | ADC No. | Category | Case Name | State | County | Void Date |
|---|---|---|---|---|---|---|
| | | | | | | |

| BCCS No. | ADC No. | State | County | Effective Date | Expiration Date |
|---|---|---|---|---|---|
| | | | | | |

| Blue Shield Plan | Effective Date | Other Physician Coverage | Policy No. |
|---|---|---|---|
| | | | |

| Interviewer | Physician Ins. Code | Insurance Code | Insurance No. |
|---|---|---|---|
| D.W | C02 | B11 | |

| Complaint or Cause of Accident | Place | Date/Time |
|---|---|---|
| | | |

Remarks: NEW TO ENT CL

| Diagnosis | Diagnosis Code | Surgical Code | CPT Code | Surgical Cutting Yes ☐ No ☐ |
|---|---|---|---|---|

Treatment & Lab Results:

Follow Up Care Order: _____ Date: _____ M.D.

"I hereby register my child for the _____ Clinic program at Children's Hospital Medical Center and authorize the performance of any medical treatment, diagnostic or routine procedures (which may require the use of sedatives or local anesthesia), and which may be reasonably expected to be a part of the normal clinic program."

I understand that during the diagnostic or treatment activities of the Clinic, it may be in the best interests of my child to refer him/her to other Clinics within Children's Hospital Medical Center, to continue diagnosis, treatment or care of my child. I authorize such transfer to and treatment therein.

SIGNED: Georgia L Moore   RELATIONSHIP TO PATIENT: Mother   009060

0035 0788

009061

**CHILDREN'S HOSPITAL MEDICAL CENTER**
Cincinnati, Ohio

APPOINTMENT and ATTENDANCE RECORD

5102145 9

12-10-82

CCRL LEE E  10/19/76
22 1092
CC01

NAME _____ DATE OF BIRTH _____

REFERRED BY _____

APPOINTMENT DATE

12-10-82 ENT

0035 0787

# WOODWARD HIGH SCHOOL
7001 READING ROAD
CINCINNATI, OHIO 45237

Office Phone 1-513-755-1200                    Fax 1-513-755-1271

## FAX TRANSMISSION COVER PAGE

DELIVER TO: Jessica H Love

FAX#: 614-644-0702          PHONE#: _____

FROM: Dee Harrigin, Registrar

DATE: 12/2/99               TIME: _____

TOTAL NUMBER OF PAGES INCLUDING COVER PAGE: 7

(PLEASE CALL AT ONCE IF YOU ARE MISSING ANY PAGES)

COMMENTS: Lee E. Moore

This is all the information I have on student

Dee

The information contained in this facsimile message is Woodward High School's privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.

009062

# CINCINNATI PUBLIC SCHOOLS

WOODWARD
7001 READING RD
CINCINNATI, OH 45237

PRINCIPAL: MICHAEL G HICKS

STUDENT: MOORE, LEE EDWARD JR
STUDENT ID: 62203120
GRADE: 10
HOMEROOM: 212
MARKING PERIOD: 4
SCHOOL YEAR: 1992-93
DATE: 06/25/93

## FIRST SEMESTER / GRADES - CREDITS

| TEACHER | COURSE/SEC NUMBER | COURSE NAME | 1ST MK PERIOD | 2ND MK PERIOD | SEM EXAM | SEM GRADE |
|---|---|---|---|---|---|---|
| BUSH | 051130 08 | ENGLISH 11 | -N/A- | -N/A- | | I |
| FAIRA | 083310 54 | PHYS ED 9-12 | -N/S- | -N/S- | | |
| LINGE | 113930 02 | ALGEBRA 1 | -N/A- | -N/A- | | I |
| GROHS | 132030 03 | CHEMISTRY | -N/A- | -N/A- | | I |
| JONES | 155030 01 | US HISTORY | -N/A- | -N/A- | | F |

HONOR ROLL: NONE
HONOR AVG: 17
TOTAL CREDITS: 00 00 00

## SECOND SEMESTER / GRADES - CREDITS

| 3RD MK PERIOD | 4TH MK PERIOD | SEM EXAM | SEM GRADE | FINAL STATUS |
|---|---|---|---|---|
| X | X | F | F | 0.00 |
| X | X | F | F | 0.00 |
| X | X | F | F | 0.00 |
| X | X | F | F | 0.00 |
| F | X | F | F | 0.00 |

HONOR ROLL: NONE
HONOR AVG: 00 08 00
TOTAL HISTORY: 0.00

## SUMMER SCHOOL GRADES

| | | | |
|---|---|---|---|
| MOORE, LEE EDWARD JR | | | |
| 62203120 | SUMMER 1993 | | |
| WOODWARD | GRD CR AB | | |
| ENGLISH 11 | W 0.00 00 | | |

TOTAL: 25 00

---

English 9, 10, 11, 12 - 4 Carnegie units
Mathematics - 2 Carnegie units
Science - 2 Carnegie units
(Life Science - 1 year,
Physical Science - 1 year)
Social Studies - 2 Carnegie units
(1 year must be American History
and Government)
Fine Arts - ½ Carnegie unit
Health - ½ Carnegie unit
Physical Education - ½ Carnegie unit

LEVELS OF INSTRUCTION

THE FIFTH DIGIT OF THE COURSE NUMBER IDENTIFIES THE LEVEL OF DIFFICULTY OF INSTRUCTION ACCORDING TO THE TABLE BELOW
EXAMPLE: 051930 = ENGLISH 9A
(THE 3 IDENTIFIES ACADEMIC LEVEL OF INSTRUCTION)

1 — UNCLASSIFIED (ART, MUSIC, PHYSICAL EDUCATION, ETC.)
2 — COMPREHENSIVE (AVERAGE)
3 — ACADEMIC (ABOVE AVERAGE)
4 — AA GRADES 10 AND 11, ADVANCED ACADEMIC PREPARATORY FOR ADVANCED PLACEMENT
5 — ADVANCED PLACEMENT
6 — VOCATIONAL EDUCATION
7 — HANDICAPPED

Modern and one-half Carnegie units are required for graduation, effective with the graduation class of 1981. Specific course requirements for all general and vocational education pupils except those enrolled in 4½ or 5 hour day vocational programs and special education programs are as follows:

009063

# PERMANENT SECONDARY STUDENT RECORD #7891

TRANSCRIPTS RELEASED

| LAST NAME | FIRST | MIDDLE | STUDENT NUMBER | SEX | BIRTHPLACE | | DATE |
|---|---|---|---|---|---|---|---|
| Moore, Jr | Lee | | | M | | 10/14/74 | |

FATHER: Lee Moore
MOTHER: Georgia Moore

| HOME ADDRESS | ZIP | TELEPHONE | GUARDIAN | DATE |
|---|---|---|---|---|
| 1101 Clearbrook Dr | 45239 | 242-1482 | | 1-29-93 |

## SECONDARY SCHOOLS ATTENDED

| SCHOOL | LOCATION | ENTERED | WITHDREW |
|---|---|---|---|
| Mt. Healthy High | Cinti | — | 1/29/93 |
| WOODWARD HIGH SCHOOL | | 1-29-93 | 1-4-93 P (vit. overage) |

## TEST DATA

Name: MOORE, LEE EDWARD JR     FALL-83
 Id: 82203120              Test Level: 09
School: WOODWARD            IRN: 042188
  Cincinnati Public Schools - State Proficiency
    Reading        Mathematics    Citizenship
    Writing
  NOT TESTED    NOT TESTED    NOT TESTED    NOT TESTED

PHOTO

PHOTO

Revised MARCH, 1986    FORM 7891

LAST NAME    FIRST NAME    MIDDLE NAME    STUDENT NUMBER    DATE OF BIRTH

009064

009065

MOORE, LEE E.
STU # 000750291    ID 000750291
1280 MEREDITH DR
BORN 10/19/74    MALE

ADDRESS _____ Cincinnati, Ohio 452 ___

_____ RENT OR GUARDIAN: _____

RANK: (Based on Major subjects only)   COLLEGE RECOMMENDATION: Grades A through C

A = 90-100 (Excellent)
B = 80- 89 (Above Avg.)
C = 70- 79 (Average)
D = 60- 69 (Below Avg.)
F =  0- 59 (Failing)

Was or will be graduated

WD 1-17-91
WD 6-17-92
WD 1/29/95

6 Semesters ___  In a class of ___ Cum. Ave. ___
8 Semesters ___  In a class of ___ Cum. Ave. ___

```
000750291 1989-90  MOORE, LEE E.
      CUH-    1.04761
   PREVIOUS CREDITS-        .000
PHYS ED I           C   C            .250
HEALTH              D   D            .500
ENGLISH I           D   D           1.000
GENERAL MATH        C   D           1.000
C/P FRENCH I        D   F
ART I               F   D           1.000
ANIM KINGDOM            F
        TOTAL CREDITS-          3.750
```

Eng I  Mth, S.S. 9¹  P  C  J    1.000

Foods I - ½
Tape I - ½

credits equivalent of 8-92

87-90 - 3¼

90-91 - 2 Ged. 9¹ + s.s. .1

91-92 - 1 semester

Eng I, II - (III)
Math        (F.Y. Mt)

Mail Cert to Momsorphy
s/w all teachers

MT. HEALTHY HIGH SCHOOL
2046 Adams Road
Cincinnati, Ohio 45231
Guidance Office
(513) 729-0181
OFFICIAL TRANSCRIPT

DATE 2-15-93

Case 1:00-cv-00023-SJD-MRM    Document 124-8    Filed 08/08/2005    Page 14 of 20



# MT. HEALTHY HIGH SCHOOL

2045 Adams Road, Cincinnati, Ohio 45231

Guidance Office
(513) 729-0130

## WITHDRAWAL PERMIT

PUPIL  Lee Moore (750291)           GRADE  10      DATE  1/29/93
REASON  moving out of district
AUTHORIZATION

| PERIOD | SUBJECT | GRADE TO DATE | BOOKS RETURNED |  |  | TEACHER SIGNATURE | AMOUNT OF FEE |  |
|---|---|---|---|---|---|---|---|---|
|  |  |  | YES | NO (BOOK NO.) | N/A |  | OWED | REFUND |
| 1 | Meteorology | N/A |  | ✓ 86-78 |  | Fuller | -0- | -0- |
| 2 | English III |  |  |  |  |  |  |  |
| 3 | Amer. History | N/A |  | ✓ N/active |  | Walker |  |  |
| 4 | G. Alg. I pt. 1 |  |  |  |  |  |  |  |
| 5 | P.E. II | N/A | ✓ |  |  |  |  |  |
| 6 | Careers |  | ✓ | ✓ |  |  |  |  |

LIBRARY  P. Baker  1/29/93
ADMINISTRATIVE OFFICE  _____
COUNSELOR  R. _____
ATTENDANCE OFFICE (Mrs. Wall)  _____
FEES OR OBLIGATIONS (Mrs. Kaller)  ✓
DATA PROCESSING (Mrs. McCann)  _____
ATHLETIC OFFICE (Mrs. Stragand)  _____

Lee E. Moore
Parent or Guardian Signature
(TO RELEASE RECORDS)

009066



# MT. HEALTHY HIGH SCHOOL

2046 Adams Road, Cincinnati, Ohio 45231

Guidance Office
(513) 729-0130

## WITHDRAWAL PERMIT

PUPIL    Lee Moore (750291)    GRADE  10    DATE  1/29/93

REASON    moving out of district

AUTHORIZATION

MODERN EARTH SCIENCE

| PERIOD | SUBJECT | GRADE TO DATE | BOOKS RETURNED YES | NO (BOOK NO.) | N/A | TEACHER SIGNATURE | AMOUNT OF FEE OWED | REFUND |
|---|---|---|---|---|---|---|---|---|
| 1 | Meteorology | N/A | | ✓ 36-78 | | Foll | $21 | -0- |
| 2 | English III | N/A | | ✓ 178-78 McDougal Little | | CW | $2.00 | |
| 3 | Amer. History | N/A | | ✓ | | Walt | $8.00 | |
| 4 | G. Alg. I Pt. 1 | N/A | | ✓ 228-87 | | WE | $6.00 | |
| 5 | P.E. II | N/A | ✓ | | | Tuffy | | |
| 6 | Careers | N/A | | ✓ | | | $4.50 | |

LIBRARY    P. Baker    1/29/93

ADMINISTRATIVE OFFICE    _Ashland Stearn_

COUNSELOR    R S/M

ATTENDANCE OFFICE (Mrs. Weil)    Nancy Weil

FEES OR OBLIGATIONS (Mrs. Keller)    X

DATA PROCESSING (Mrs. McCann)    Sandra McCann

ATHLETIC OFFICE (Mrs. Stragand)    Stragand

_Ellee E. Moore_

Parent or Guardian Signature
(TO RELEASE RECORDS)

31
21
18
26
14.50
———
100.50

009067

*(Rotated medical/school health record form — sideways on page)*

Name: _____ Lee C _____ (Last, First, Middle)

## IMMUNIZATION

| TYPE | DATE MO/DAY/YR | | | | | |
|---|---|---|---|---|---|---|
| DPT | 11/28/74 | 12/8/74 | 2/24/75 | 4/26/76 | | |
| POLIO | 12/28/74 | 2/24/75 | 6/23/75 | 4/26/76 | 6/2/77 | |
| MEASLES | 10/31/75 | | 10-31-75 H-L VACC | | | |
| RUBELLA | 10/31/75 | | | | | |
| MUMPS | 2/4/82 | | | | | |
| OTHER | | | | | | |

Required by compulsory Immunization law; 4 DPT; 3 Polio; 1 Live Measles Vaccine on or after the child's first birthday; and 1 Rubella.

## TUBERCULIN

| DATE MO/DA/YR | TYPE | RESULT |
|---|---|---|
| | Tine | Pos |

## POSTURAL SCREENING (SCOLIOSIS)

| DATE MO/DA/YR | RESULTS (Positive or Negative) | DATE REFERRED | TYPE | RESULT | ACTION TAKEN |

## DENTAL

TYPE OF PREVENTION PROGRAM

FLUORIDE (Check): WATER / SUPPLEMENT / MOUTH RINSE / NO. OF YEARS

INSTRUCTION (Type of Program) / NO. OF YEARS

DENTAL REPORT (Date Examined) / DENTAL DISORDER (Date Reported) (See enclosed Dental Record)

## ADDITIONAL SCREENING

| DATE MO/DA/YR | TEST | RESULT | TEST | RESULT |

## HEARING

| DATE MO/DA/YR | AUDIOMETRY RESULTS (Pass/Fail) R / L | OTHER TESTS (Specify) R / L | DATE REFERRED | ACTION TAKEN / DATE |

## SPEECH and LANGUAGE

| DATE MO/DA/YR | DISORDERS (Check): NORMAL / Artic. / Rhythm / Voice / Lang. | DATE REFERRED | ACTION TAKEN (Check): Speech Ther. / Med. Eval. / Other (Describe) |

## VISION

| DATE MO/DA/YR | DISTANCE ACUITY R / L | WEARS GLASSES | MUSCLE BALANCE (Pass or Fail) Distance / Near | FARSIGHTEDNESS (Pass or Fail) | COLOR (BOYS ONLY) (Pass or Fail) | DATE REFERRED | ACTION TAKEN |

## SPECIAL NEEDS

| DATE MO/DA/YR | SPECIAL NEEDS OR CONDITIONS (See enclosed explanation) | TEACHER ALERTED / DATE |



**Office of the Ohio Public Defender**
8 East Long Street
Columbus, Ohio 43215-2998
(614) 466-5394
FAX NUMBER: (614) 644-9972

DAVID H. BODIKER
State Public Defender



November 24, 1999

Central Baptist School
7645 Winton Rd.
Cincinnati, Ohio 45224

Attention: <u>Records</u>

Re: <u>State of Ohio v. Lee E. Moore</u>

Dear Sir/Madam:

    Please be advised that the Ohio Public Defender is representing **Lee E. Moore** in the above referenced matter. The information requested herein is necessary for a detailed social history to be completed on his behalf.

    In our efforts to properly represent **Mr. Moore** we are requesting that you provide us with any and <u>all</u> *education records* regarding **Mr. Moore**. These records should include, but are not limited to:

# Education

- academic performance (grades), including
- teachers' names;
- attendance records;
- psychological and IQ testing dates and outcomes;
- disciplinary problems and/or other
- achievements/recognitions;
- attendance records;
- parent-teacher conferences;
- grade retentions and reasons;
- any organizational activities he may have been
- involved in;
- any other information pertinent to him, his
- siblings and his parents in relation to his
- academic performance.

009069

Central Baptist School
November 24, 1999
Page Two

    To assist you in locating these records, Mr. Moore's birthdate is 10/19/74 and his social security number is ███████. His parents are Lee and Georgia Moore.

    In addition to our records request stated above please indicate the name of your agency's custodian of records, as it may be necessary to have the authenticity of the documents verified.  <u>Please forward this information to Ohio Public Defender, Attn: Jessica H. Love on or before December 3, 1999</u>.

    An authorization for release of all such records is enclosed for your files.

<div style="text-align:right">
Sincerely,

*[signature]*

Jessica H. Love
Mitigation Specialist
</div>

JL/cw

Enclosure

#102093v1



Office of the Ohio Public Defender
8 East Long Street
Columbus, Ohio 43215-2998
(614) 466-5394
FAX NUMBER: (614) 728-3670

## AUTHORIZATION TO RELEASE INFORMATION

TO: Central Baptist School            RE: State of Ohio v. Lee E. Moore

7645 Winton Rd.

Cincinnati, OH 45224                  DATE: 11/24/99

You are hereby authorized to release to the Office of the Ohio Public Defender all records or other documents currently in your possession. Their representative may examine and make copies of all of my medical, psychological, hospital, police, and employment records, or any other records he/she may deem necessary in his/her work on my behalf. You are authorized to discuss these records and any other matters concerning me with said representative and are asked to assist him/her on the current investigation.

This authorization includes release of information concerning background, testing, and treatment of drug and alcohol abuse, drug-related conditions, alcoholism, psychiatric/psychological conditions, Acquired Immune Deficiency Syndrome (AIDS), AIDS-Related Complex (ARC), and/or tests for antibodies to the AIDS virus (HIV).

_____
Client's Signature

WITNESS

_____

009071

# Central Baptist Schools

Richard Voiles - Administrator                    Michael Jones - Elementary Principal

7645 Winton Road • Cincinnati, Ohio 45224-1396 • Phone (513) 521-5481

November 30, 1999

Jessica H. Love
Ohio Public Defender
8 East Long Street
Columbus, Ohio 43215-2998

Dear Ms. Love,

    Please find enclosed the information which you have requested. Our current Custodian of Records is Mrs. Sharon Jackson.
    We are pleased that we could be of assistance.

Sincerely,

Richard Voiles
Administrator

009072