# INDIVIDUALIZED EDUCATION PROGRAM

School Year 1982-83

NAME Lee L. Moore BIRTHDATE 10/19/74 AGE 8 DATE Dec 17, 1982

PARENTS Georgia Moore ADDRESS 1280 Meredith Circle O 45231 PHONE

DISTRICT OF RESIDENCE Mt. Healthy COUNTY Hamilton BUILDING Central Baptist

| I. EVALUATIONS COMPLETED/ INFORMATION GATHERED | II. PRESENT LEVELS OF PERFORMANCE in the following areas where appropriate: 1) Intelligence, 2) Academic Performance, 3) Social/ Emotional Status, 4) Adaptive Behavior, 5) Learning Modality, 6) Communicative Status, 7) Other. |
|---|---|
| Boone Voice Evaluation for Children:<br>History. no history of illnesses or allergies. Has had for several years. Lee indicates that the problem is caused by "talking too much."<br>Vocal Rating: Low pitch during conversation; soft loudness level; severe hoarse vocal quality; vocal range limited, pitch breaks evident, Breathiness. 1/2 note pitch range.<br>Breathing: audible and irregular with short phrasing. Could hold a tone for maximum of 8 seconds.<br>Oral peripheral Mechanism - normal in size and function<br>ENT Evaluation. See attached report.<br>"Bilateral vocal nodules" | 6) Communicative Status,<br>see attached ~~any~~ report. |

PUPIL'S NAME Lee Moore

| II. ANNUAL GOALS | SHORT TERM INSTRUCTIONAL OBJECTIVES | EVALUATION PROCEDURES & CRITERIA |
|---|---|---|
| To clarify vocal quality by decreasing hoarseness in conversation. | 1 To produce a relaxed, unstrained "ah" without hoarse quality, gradually expanding the production to words with phonemes [illegible] with 90% accuracy.<br>2 To relax muscles used in sound production.<br>3 To raise pitch levels and to lower loudness level in conversational speech.<br>4 To increase the [illegible]<br>5 Eliminate throat clearing, [illegible] other habits which affect quality. | School teacher make evaluation which include taped conversational samples. |
| To maintain changes in vocal quality | 1 To identify the presence/absence of hoarseness in speech samples with [illegible] accuracy.<br>2 To alter speech patterns [illegible]<br>3 To identify [illegible]<br>4 To alter speech patterns [illegible] | |

009074

PUPIL'S NAME Lee Moore

| IV. Program Option | Check Needs | Date to be Initiated | Anticipated Duration | Special Program |
|---|---|---|---|---|
| Regular Education | X | | | |
| Supplemental Services | | | | |
| Individual/Small Group Instruction | | | | |
| Special Class/ Learning Center | | | | |
| Home Instruction | | | | |
| Residential | | | | |
| Other | | | | |

| Related and Supportive Services | Date Services to be initiated | Anticipated Duration |
|---|---|---|
| Speech & Language Therapy | Jan, 1983 | 2x wk/1/2 hr session |
| Occupational Therapy | | |
| Physical Therapy | | |
| Attendant Service | | |
| Transportation | | |
| Orientation & Mobility | | |
| Counseling | | |
| Vocational Assessment | | |
| Work-Study | | |
| Adaptive Physical Ed. | | |
| Other | | |

V. Needs Which Necessitate Placement in a Separate Educational Facility:
none

Recommended District or Educational Agency of Attendance Finneytown
County Hamilton Building Central Baptist
Extent of Participation in Regular or Vocational Educational Program: full

VI. CRITERIA AND SCHEDULES FOR PERIODIC/ANNUAL REVIEW

Annual or upon parental or teacher request

VII. ADDITIONAL SERVICES NEEDED FOR IMPLEMENTATION OF PROGRAM THAT WILL BE PROVIDED BY PARENTS AND/OR OUTSIDE PROFESSIONAL AGENCIES

none

The above recommendations have been made by the committee and we feel they are appropriate.
Conference Participants:

NAME ______ Chairperson
NAME ______ TITLE: ______
NAME ______ TITLE: ______
NAME Ronald N. [illegible] TITLE: Chairperson

I have reviewed the above educational program and ACCEPT ✓ DO NOT ACCEPT ______ the recommendation of the Committee. I also waive my right to certified mail.

1-5-83 Date
[illegible signature] Parent

009075

# EVALUATION OF COMMUNICATION PERFORMANCE

Student Lee Moore Teacher Miss Rudolph Gr. 3 Room ______

As a result of a speech and hearing evaluation, the following speech & language disorders were observed:

____ Language impairment: A significant deviation in expressive or receptive oral language in the specific areas of morphology (sounds), syntax (grammar), and/or vocabulary.

____ Articulation impairment: The consistent misarticulation of one or more phonemes. The results of a norm referenced (standardized) prognostic evaluation instrument must be considered for a child below eight years of age prior to determining eligibility for services.

____ Fluency impairment: Reduced intelligibility and rate because of a high disfluency ratio and/or struggle or avoidance and fear of speaking situations.

X Voice impairment: Exhibits difficulties in the areas of pitch, quality, and/or loudness not appropriate to the student's age or sex.

____ Hearing impairment: Has a measurable hearing loss, the type and/or degree of which is adversely affecting the child's communication skills as determined by an audiologist's evaluation.

Instructions to the Teacher: Your observation, which is part of a multi-factored assessment procedure, is in accordance with the guidelines for current program standards for special education units for speech, language, and hearing services in the state of Ohio (#3301-51-08 B. 4. C.). Please complete the following with a "yes" or "no".

no The child avoids speaking situations.

is (slight) Other children in the class seem to react negatively toward the child because of his/her speech.

no The child's social maturity and interaction is inappropriate for age and grade level.

no The child has difficulty participating in classroom discussions involving two or more persons.

no The child has difficulty hearing and understanding directions, conversation, and material presented during class most of the time.

no The child has difficulty understanding material presented via audio-visual equipment.

no The child has difficulty listening and discriminating likenesses and differences in speech sounds

no The child uses incomplete sentences and language inappropriate for grade level.

no Vocabulary development and comprehension is inappropriate for grade level.

no The child has difficulty understanding concepts such as space, quantity and time appropriate for age level.

no The child's speech ability is reduced when the child is placed in a stressful situation.

no The child communicates with gesture in lieu of speaking.

no The child has difficulty demonstrating reasoning ability and knowledge of cause-effect relationships appropriate to age level.

no The child's verbal intelligibility is reduced hampering his/her ability to communicate information.

no The child has difficulty correctly producing sounds.

no The child has difficulty blending sounds together to form words.

yes The child's vocal quality detracts from the message he/she is trying to communicate.

The following professionals are in agreement that this child is adversely affected due to the presenting communication disorder when compared to his/her peers.

Signed: Miss Rudolph Date October 20, 1982
Teacher

Diane C Hamed Date Nov 12, 1982
Speech-Language Pathologist

Ronald N Mellish Date Jan 5, 1983.
School Representative

Please return to the speech-language pathologist as soon as possible. Thank you for your cooperation.

December 1, 1982

Name: Lee Moore
Age: 8
B.D.: 10/19/74

D.O.E.: 10/15/82
Clinician: Diane Games

Reason for Referral: Miss Rudolph referred Lee for an evaluation due to consistent hoarse vocal quality noted in classroom activities. She noted that the voice became worse during the day and that the hoarseness did not appear to be connected with allergies or a cold.

Vocal Description: During an evaluation the following observations:

- severe, hoarse vocal quality which worsens at the end of the day or following prolonged phonation,
- pitch range limited to 13 notes with habitual pitch at the bottom of range. Pitch varies little during conversational tasks and pitch breaks were noted,
- soft presentation of voice was noted with periods of audible, irregular breathing. Lee could sustain a sound for 8 seconds.

History: Lee's voice problem has been evident for several years. There is no history of allergies or illness.

Recommendations:

- Evaluation by an ear, nose and throat specialist to determine if a physical problem is causing the hoarse quality.
- Vocal therapy to reduce the hoarse quality.

Diane Games M.A.
Speech-Language Pathologist

AUXILIARY SERVICES

E.N.T. SPEECH CLINIC

LARYNGEAL REFERRAL

SCHOOL Central Baptist

PUBLIC SCHOOL DISTRICT OF ATTENDANCE ADDRESS FOR BILLING Brierley Loun School District 5779 Winton Rd Cinti, Ohio 45231

NAME Moore Lee L. (Last Middle First)

PARENT/GUARDIAN Georgia Moore

ADDRESS 1280 Meredith Cinti, O 45231

PHONE 522-1092 D.O.B. 10/19/74

REFERRING THERAPIST/NURSE Diane C Hames DATE Nov. 11, 1982

KNOWN MEDICAL HISTORY Hoarse vocal quality had been present for several years. No known history of illnesses or allergies and is not on medication

Evaluations Completed

| | Circle One | Problems Noted |
|---|---|---|
| Articulation | (Passed) / Failed | |
| Language | (Passed) / Failed | |
| Voice | Passed / (Failed) | hoarse vocal quality |
| Dysfluency | Passed / Failed | |
| Hearing | Passed / Failed | |

*************************************************************************************************

EXAMINING LARYNGOLOGIST [illegible signature] DATE OF EXAM. 12-10-82

NOSE: Is there obstruction in the nasal passages? ______
If so, please explain. ______
Is there sinus infection or nasal allergy? ______

PHARYNX: Is there any asymmetry of muscle contraction? ______
Are there any growths or other abnormalities: ______

LARYNX: Examination by indirect laryngoscopy ______

*General size of Larynx:
Normal ______
Larger than normal ______
Smaller than normal ______

*Function of Cords (on phonation)
Symmetrical ______
Bowing ______
Deviation from midline ______

*Approximation:
Complete ______
Partial ______

*Appearance of Vocal Folds:
Thickened ______
Edematous ______
Inflamed ______
Infected ______
Malformed ______
Scars ______
Growths ______

*Attack:
Normal ______
Hard ______
Incomplete

009078

Presence of Vocal Pathology: Please indicate location on diagram.

Nodules________ Polyps________ Ulcer________

Other________________________ None ________

Epiglottis

Anterior 1/3

Medium 1/3

Posterior 1/3

Arytenoid Process

Size: ______________________

Appearance:

Hard ______________________

Soft ______________________

Other ______________________

Does this patient have allergies, hypothyroidism, anemia, or any other chronic condition which might contribute to the abnormal voice quality________________

Has this patient's misuse of voice contributed to abnormal structure or function? ________________________________

Do your findings explain the abnormal voice quality? ________________

In your opinion, it is possible that a continuation of present voice use may contribute toward future or increased disorders of the mechanism?__________

RECOMMENDATIONS:

Do you recommend any of the following: Silence________ Duration________ Limited use of voice________________ Duration________________________ Training by a speech clinician to help patient establish easy, efficient use of the vocal mechanism________________

Other recommendations ________________________________

Bilat Nodal Cord Nodules (L) > R

[illegible] for speech Tx

Please return to:

Diane Hamel
Central Baptist Schools
7645 Winton Road
Cincinnati, Ohio 45224

Cotton

Physician's Signature

Date Dec 10/87

009079

Moore, Lee E.
Last First Middle

INCLUDE IN THIS SECTION A SUMMARY OF ALL ABNORMAL FINDINGS, ACTIONS TAKEN, SUGGESTED FOLLOW-UP AND RECOMMENDATIONS FOR ADJUSTMENT IN SCHOOL PROGRAM

| DATE | NOTES (sign and date all notations) | | | | | SIGNATURE |
|---|---|---|---|---|---|---|
| [illegible]/82 | Impedance results | Press | Comp | S.R. | V | |
| | R | +050 | .52 | P | .7 | |
| | L | +048 | .46 | P | .6 | A Blandford R.C. |
| 3/83 | Impedance | | | | | |
| | R | N +045 | N 0.60 | P | 0.7 | |
| | L | N -010 | N 0.42 | P | 0.6 | B. Aucello |

## MAICO AUDIOGRAM 3rd

NAME Lee Moore DATE 10/20/82 BY B. Aucello, R.C.

HEARING LEVEL IN DECIBELS (dB): 0–110
FREQUENCY IN HERTZ (Hz): 125, 250, 500, 1000, 2000, 4000, 8000

| AUDIOGRAM KEY | Right | Left |
|---|---|---|
| AC Unmasked | ○ | × |
| AC Masked | △ | □ |
| BC Mastoid Unmasked | < | > |
| BC Mastoid Masked | [ | ] |
| BC Forehead Masked | ⌐ | ¬ |

| Both | |
|---|---|
| BC Forehead Unmasked | ↓ |
| Sound Field | S |

| | Left Ear | Right Ear |
|---|---|---|
| S.R.T. | | |
| M.C.L. | | |
| T.D. | | |

009080

Birthdate 10-19-74 Home Address ______ Phone ______

Father's Name Lee Business Phone ______ Mother's Name Georgia Business Phone ______

1) School Central Baptist 2) School ______ 3) School ______ 4) School ______

## IMMUNIZATIONS

| TYPE | Date | Date | Date | Date | Date |
|---|---|---|---|---|---|
| •DPT | 11/22/74 | 12/23/74 | 2/24/75 | 4/26/76 | 6/2/79 |
| Td | | | | | |
| •Polio Sabin(Tri) | 12/23/74 | 2/24/75 | 4/23/75 | 4/26/76 | 6/2/79 |
| •Measles | 10/31/75 | | | | |
| •Rubella | | | | | |
| Mumps | | | | | |
| Other | | | | | |

•Required by Compulsory Immunization Law, Section 3301.07 of Ohio Revised Code

Indicate any conditions and/or diseases of the student the teacher should know of ______

| Additional Screening | Date | Test | Result |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| Health Examinations | Date | Date | Date | Date | Date |
|---|---|---|---|---|---|
| | | | | | |

## HEARING

(Under Result indicate Pass or Fail)

| Date | Result Right | Result Left | Date | Result Right | Result Left |
|---|---|---|---|---|---|
| 3/81 | OK | O/K | | | |
| 10/20/82 | OK | O/K | | | |
| 11/22/83 | P | P. | | | |

## SPEECH

☐ Normal ☐ Articulation Problem ☐ Rhyth[m]
☐ Voice Disorder ☐ Language Problem
Other ______
Check appropriate box when applicable:
☐ Maximum Improvement ☐ Corrected

## VISION

| | Date | Result | Date | Result |
|---|---|---|---|---|
| Muscle Balance | 10/81 | telebinocular O/K | | |
| | 11/22/83 | telebinocular ne[g] | | |
| Farsightedness | 2/84 | telebinocular ny | | |
| Color | | | | |
| Distance Acuity | | Right / Left | | Right / Le[ft] |

## TUBERCULIN

| Date | Type | Result | Date | Type | R[esult] |
|---|---|---|---|---|---|
| 6/2/79 | Tine | neg | | | |

# SCHOOL HEALTH RECORD

3613.13(Rev.1974) Ohio Department of Health and State Planning Committee for Health Education in Ohio

009081

# KEYSTONE School Vision Screening

FOR USE WITH THE KEYSTONE TELEBINOCULAR
SCHOOL SURVEY CUMULATIVE RECORD FORM NO. 5-B
(CATALOG ORDER NO. 5522-B)

Name: Lee Moore   Sex: M   Wearing glasses? Yes / No  For reading only ☐ for distance only ___; both ☒

School: Central Baptist   City: ___   With glasses: RE ___ LE ___  Snellen Standard (if desired)

Grade: 4   Room: ___   Teacher: ___   Without glasses: RE ___ LE ___

Date of birth: ___   Date of test: 11-22-63

## RAPID VISION SCREENING TESTS

### DISTANT VISION TESTS

| | Pass | Fail |
|---|---|---|
| Dog should be seen jumping over pig | | ✗ |
| Balloon No. 2 is farthest away, Balloon No. 5 is closest — The 4 blocks should be seen merged into 3 | | ✗ |
| Balloon 2 is red; balloon 5 is green | ✗ | |
| Letters in Block A: D C Z P T (Training only) | | |
| Letters in Block B: Z P D T ☺ | | ✗ |
| Letters in Block C: L D T C Z | | ✗ |

### NEAR VISION TESTS (16 INCHES)

| | Pass | Fail |
|---|---|---|
| Yellow line should be seen merged through white square | | |
| The 4 balls should be seen merged into 3 | ✗ | |
| Letters in Block A: L O Z P C (Training only) | | |
| Letters in Block B: T Z O D L | | ✗ |
| Letters in Block C: O P T D C | | ✗ |

*Passing score: at least 4 letters*

*Failure on any test above indicates need for full test at right.*

## COMPREHENSIVE TEST BATTERY: QUESTIONS

What do you see?

Does the yellow line go through, above, or below the red ball?

To what number, or between what numbers, does the arrow point?

How many balls do you see?

In each signboard there are five diamonds (point). In one diamond is a dot. (point to first signboard, show dot in the left diamond.) Ask: Where is the dot in Nos. 2, 3, 4, 5, etc.?

Tests 5 and 6 are the same as No. 4; Ask: Where is the dot? (Test 9 is the same as Test 8.)

What number is in the upper circle? The lower left? The lower right? (Test 9 is the same as Test 8.)

(Point to the top line of symbols and name each one. Show by pointing that the cross stands out in 3D.) Ask: Which symbol stands out in each of the next lines?

How many balls do you see?

In the three circles in the center (point) you see black crossed lines, black dots, and solid gray. Starting with No. 1 of the outer circles, you see black dots No. 2 has black lines. What do you see in No. 3? Go as far as you can. Tests 13 and 14 are the same as 12: Name what you see in each of the circles.

Copyright 1977 by Keystone View

---

(Large tabular results section with columns: TEST | LEFT EYE ONLY | RIGHT EYE ONLY | UNSATISFACTORY Undercorrection and/or low usable vision | RE-TEST AREA | EXPECTED RESPONSE | RE-TEST AREA | UNSATISFACTORY Overcorrection)

| TEST | LEFT EYE ONLY | RIGHT EYE ONLY | UNSATISFACTORY | RE-TEST AREA | EXPECTED RESPONSE | RE-TEST AREA | UNSATISFACTORY |
|---|---|---|---|---|---|---|---|
| (DB-8C) Simultaneous Vision | (pig) | (dog) | | | | | |
| (DB-10A) Vertical Posture | only | only | ● 15 14 13 12 | 11 | 10 9 8 | 7 | ● 6 5 4 3 2 1 |
| (DB-9) Lateral Posture | only | only | Far apart ●  ○ ○ ○ | ●  Close | ○ | | Close ●  Far apart ● |
| (DB-2D) Usable Vision Right Eye | ● only | ● only | 1B 49% / 2T 70% / 3L 84% / 4R 88% / 5T 92% | 6L 96% | 7B 100% / 8B 102% / 9R 105% | | |
| (DB-3D) Usable Vision Both Eyes | | | 1T 49% / 2B 70% / 3R 84% / 4L 88% / 5B 92% | 6T 96% | all correct | | |
| (DB-1D) Usable Vision Left Eye | No Dots Seen Unless R Eye is Occluded | No Dots Seen Unless L Eye is Occluded | 1L 49% / 2R 70% / 3T 84% / 4B 88% / 5R 92% | 6B 96% | all correct | | |
| (DB-4X) Fusion | + only | ☐ only | + / +● / +○ / +☐ / +○ | * | + | | |
| (DB-13A) Color Perception | Top 32 / Left 79 / Right 23 | Top 92 / Left 7 / Right 56 | NONE CORRECT | 2 Out of 3 | all correct | | |
| (DB-14A) Color Perception | Top 63 / Left ___ / Right ___ | | NONE CORRECT | 1 Out of 3 | | | |
| (DB-15) Lateral Posture | Arrow only | Numbers only | 10 | 9 8 | 7 | 6 | 4 3 |
| (DB-5K) Fusion | ● | ● | ● ● | ● Close | ● | | Close ●  Far apart ● |
| (DB-16) Usable Vision Both Eyes | 1 2 3 10%/20%/30% | 4 5 6 40%/50%/50% | 7 8 9 60%/70%/70% | 10 80% | 11 12 13 14 80%/90%/90%/95% | 15-22 95%-105% | |
| (DB-17) Usable Vision Left Eye | 1 2 3 10%/20%/30% | 4 5 6 40%/50%/50% | 7 8 9 60%/70%/70% | 10 80% | 11-22 85%-105% | | |
| (DB-17) Usable Vision Right Eye | 1 2 3 10%/20%/30% | 4 5 6 40%/50%/50% | 7 8 9 60%/70%/70% | 10 80% | 11-22 85%-105% | | |

Signature: _R. _____

009082

# KEYSTONE School Vision Screening

FOR USE WITH THE KEYSTONE TELEBINOCULAR
SCHOOL SURVEY CUMULATIVE RECORD FORM NO. 5 B
(CATALOG ORDER NO. 5522-B)

Name: Lee Moore   Sex: M   Wearing glasses? Yes For reading only___
School: Central Baptist   City___   for distance only___; both___ No___
Grade: 4   Room___   Teacher___   Snellen Standard (if desired)
Date of birth___   Date of test: 2-21-84   With glasses: RE___ LE___
                                                Without glasses: RE___ LE___

## RAPID VISION SCREENING TESTS

### DISTANT VISION TESTS    Pass / Fail

- Dog should be seen jumping over pig _____
- The 4 blocks should be seen merged into 3 _____
- Balloon No. 2 is farthest away } _____
- Balloon No. 5 is closest _____
- Balloon 2 is red; balloon 5 is green _____
- Letters in Block A: D C Z P T _____
- Letters in Block B: Z P D T C * _____   (Training only)
- Letters in Block C: L D T C Z * _____

### NEAR VISION TESTS (16 INCHES)

- Yellow line should pass through white square _____
- The 4 balls should be seen merged into 3 _____
- Letters in Block A: L O Z P C _____
- Letters in Block B: T Z O D L _____   (Training only)
- Letters in Block C: O P T D C * _____

*Passing score: at least 4 letters*

Failure on any test above indicates need for full test at right.

## COMPREHENSIVE TEST BATTERY: QUESTIONS

What do you see?
Does the yellow line go through, above, or below the red ball?
To what number, or between what number, does the arrow point?
How many balls do you see?
In each signboard there are five diamonds (point). In one diamond is a dot. (point to first signboard, show dot in the left diamond.) Ask: Where is the dot in Nos. 2, 3, 4, 5, etc.?
What number is in the upper circle? The lower right? (Test 9 is the same as Test 8.)
Tests 5 and 6 are the same as Test 7.
To what number, or between what number, does the arrow point?
(Point to the top line of symbols and name each one. Show by pointing that the cross stands out in 3D.) Ask: Which symbol stands out in each of the next lines?
How many balls do you see?
In the three circles in the center (point) you see black crossed lines, black dots, and solid gray. Starting with No 1 of the outer circles, you see black dots No 2 has black lines. What do you see in No 3? Go as far as you can. Tests 13 and 14 are the same as 12. Name what you see in each of the circles.

Copyright 1977...

B. Cucullo M.

009083

Our regular procedure is to begin with the Rapid Screening Tests below. If the student passes all the Rapid Tests, he or she has normal (or better) visual skills and no further tests are given. If the student fails any Rapid Tests, however, the full battery of Skills Tests (at the right) is given to determine if a possible vision handicap exists.

Name Lee Moore Sex M
School Central Baptist City
Grade 4 Room Teacher
Date of birth Date of test 11-22-83

Wearing glasses? (Yes:) For reading only ___ for distance only ___; both X. No ___
Snellen Standard (if desired)
With glasses: RE ___ LE ___
Without glasses: RE ___ LE ___

## RAPID VISION SCREENING TESTS

| | Pass | Fail |
|---|---|---|
| **DISTANT VISION TESTS** | | |
| A. Simultaneous vision: Both eyes work together | X | |
| B. Fusion: Eyes are coordinated, see one image | X | |
| C. Depth perception: Able to tell nearby objects from far-away objects | X | |
| D. Color vision: Can tell red from green | X | |
| E. Usable vision: | | |
| Right eye — 100% acuity (sharpness of sight) | | X |
| Left eye — 100% acuity (sharpness of sight) | | X |
| **NEAR VISION (READING DISTANCE) TESTS** | | |
| F. Posture: Eyes show correct up-down balance | X | |
| G. Fusion: Eyes are coordinated, see one image | X | X |
| H. Usable vision: | | |
| Right eye — 100% acuity (sharpness of sight) | | X |
| Left eye — 100% acuity (sharpness of sight) | | X |

## COMPREHENSIVE VISUAL SKILLS TESTS

This group of tests is given only if the student fails any of the tests above. The Comprehensive Tests are more detailed and are similar to tests used by many eye specialists. Scores of these tests are recorded at the right.

Scores checked in the "Passing" column indicate satisfactory performance. Scores checked in *other columns* show that your child *may have a vision handicap . . . and that he or she may benefit from a thorough examination by a professional eye specialist.* If you decide to consult an eye specialist, we recommend that you show this report to him.

Please note: Low scores on the tests for *Color Vision* indicate that your child has some degree of color blindness. Eye specialists, however, *do not know of any remedy for this condition.* But it is important that *your child knows* of this deficiency for his own safety.

Please note: If your child is under 9 years of age, a low score on the *Depth Perception* test *may* not mean that an eye specialist can help him. Depth perception is a *learned* skill that is often not fully acquired before age 9.

Explanation of tests are on the back of this report form.

| | TEST | POSSIBLE VISION HANDICAP | DOUBTFUL | PASSING NORMAL RANGE | | | | DOUBTFUL | POSSIBLE VISION HANDICAP |
|---|---|---|---|---|---|---|---|---|---|
| DISTANCE VISION TESTS | SIMULTANEOUS VISION | | | THE TWO EYES WORK TOGETHER | | | | | |
| | EYE POSTURE Up-Down Imbalance | | LEFT EYE MAY TURN DOWNWARD | EYES WORK IN BALANCE | | | | | |
| | POSTURE In-Out Imbalance | | EYES TEND TO TURN OUT | EYES WORK IN BALANCE | | | | | |
| | FUSION | | | EYES ARE COORDINATED SEE A SINGLE IMAGE | | | | | |
| | USABLE VISION Both Eyes | | 96% | 98% | 100% | 103% | 105% | | |
| | USABLE VISION Right Eye | | 96% | 98% | 100% | 103% | 105% | | |
| | USABLE VISION Left Eye | | 96% | 98% | 100% | 103% | 105% | | |
| | DEPTH PERCEPTION | | FAIR | NORMAL | | | | | |
| | COLOR VISION Red Vs. Green | | FAIR | CAN TELL RED FROM GREEN | | | | | |
| | COLOR VISION Blue Vs. Violet | | FAIR | CAN TELL BLUE FROM VIOLET | | | | | |
| TESTS AT READING DISTANCE | POSTURE In-Out Imbalance | | EYES TEND TO TURN OUT | EYES WORK IN BALANCE | | | | | |
| | FUSION | | | EYES ARE COORDINATED SEE A SINGLE IMAGE | | | | | |
| | USABLE VISION Both Eyes | | 90% | 100% | 102% | 103% | 105% | | |
| | USABLE VISION Right Eye | | 90% | 100% | 102% | 103% | 105% | | |
| | USABLE VISION Left Eye | | 90% | 100% | 102% | 103% | 105% | | |

* Left eye either sightless or vision appears to be suppressed

\+ Right eye either sightless or vision appears to be suppressed

Examined by: B. Aucello, RN

Copyright 1972 by Keystone View

009084

NAME ________________ DATE ________

MAKE: MACROMATIC

MODEL: MD-1

*STAPEDIAL REFLEX conducted at 1.0 kHz at 105 dB

KEY: H = high N = normal P = present
L = low A = absent

## V. RECORD OF CURRENT AND/OR LAST PREVIOUS:

*(Information from Preschool or School Health Records)*

### IMMUNIZATIONS

| TYPE | | CURRENT | | LAST PREVIOUS | |
|---|---|---|---|---|---|
| | | BASIC | BOOSTER | BASIC | BOOSTER |
| | | DATE COMPLETED | DATE RECEIVED | DATE COMPLETED | DATE RECEIVED |
| DIPHTHERIA | | [illegible] | [illegible] | | |
| PERTUSSIS / | | [illegible] | [illegible] | | |
| TETANUS / | | [illegible] | | | |
| POLIO | SALK | | | | |
| | SABIN I | [illegible] | [illegible] | | |
| | SABIN II | [illegible] | [illegible] | | |
| | SABIN III | [illegible] | | | |
| SMALLPOX | | | | | |
| MEASLES [illegible] | | [illegible] | | | |
| OTHER | | | | | |

### SCREENING TESTS

| TYPE | | CURRENT | | | LAST PREVIOUS | | |
|---|---|---|---|---|---|---|---|
| | | DATE | NORMAL OR NEGATIVE | DEVIATION FROM NORMAL (MM. - INDUR.) | DATE | NORMAL OR NEGATIVE | DEVIATION FROM NORMAL (MM. - INDUR.) |
| TUBERCULIN (RECORD HEAF, TINE OR MANTOUX FOR TEST TYPE) | | [illegible] | [illegible] | | | | |
| CHEST X-RAY | | | | | | | |
| VISION ACUITY (RECORD WITH GLASSES IF USED INDICATE USE BY AN ASTERISK) | (RIGHT) | [illegible] | [illegible] | | | | |
| | (LEFT) | [illegible] | [illegible] | | | | |
| HEARING | | [illegible] | | | | | |

## VI. PHYSICIAN'S REPORT OF HEALTH FINDINGS:

Check one:

- [x] ENTIRELY WITHIN NORMAL LIMITS
- [ ] ABNORMALITIES AS FOLLOWS:

*RECOMMENDATIONS FOR ADJUSTMENT IN SCHOOL PROGRAM INCLUDING PARTICIPATION IN PHYSICAL EDUCATION AND SPORTS ACTIVITIES:*

[illegible] — DATE

David [illegible] — SIGNATURE OF EXAMINING PHYSICIAN

009086

# KEYSTONE

FOR USE WITH THE KEYSTONE TELEBINOCULAR SCHOOL SURVEY CUMULATIVE RECORD FORM NO. 5-B
(CATALOG ORDER NO. 5522-B)

Name: *Lee Moore* Sex: ______
School: ______ City: ______
Grade: *2* Room: ______ Teacher: ______
Date of birth: *10-19* Date of test: *10-6-81*

Wearing glasses? Yes: For reading only ____ for distance only ____; both ____. No ____
Snellen Standard (if desired)
With glasses: RE ____ LE ____
Without glasses: RE ____ LE ____

009087

## RAPID VISION SCREENING TESTS

### DISTANT VISION TESTS

| | Pass | Fail |
|---|---|---|
| Dog should be seen jumping over pig | [check] | |
| The 4 blocks should be seen merged into 3 | [check] | |
| Balloon No. 2 is farthest away; Balloon No. 5 is closest | [check] | |
| Balloon 2 is red; balloon 5 is green | [check] | |
| Letters in Block A D C Z P T | (Training only) | |
| Letters in Block B Z P D T C * | | [check] |
| Letters in Block C L D T C Z * | | [check] |

### NEAR VISION TESTS (16 INCHES)

| | Pass | Fail |
|---|---|---|
| Yellow line should pass through white square | [check] | |
| The 4 balls should be seen merged into 3 | [check] | |
| Letters in Block A L O Z P C | (Training only) | |
| Letters in Block B T Z O D L * | | [check] |
| Letters in Block C O P T D C * | | [check] |

* *Passing score: at least 4 letters*

Failure on any test above indicates need for full test at right.

## COMPREHENSIVE TEST BATTERY: QUESTIONS

What do you see?

Does the yellow line go through, above, or below the red ball?

To what number, or between what numbers, does the arrow point?

How many balls do you see?

In each signboard there are five diamonds (point). In one diamond is a dot. (point to first signboard, show dot in the left diamond.) *Ask:* Where is the dot in Nos. 2, 3, 4, 5, etc.? *Tests 5 and 6 are the same as No. 4½. Ask:* Where is the dot?

(Point to the top line of symbols and name each one. Show by pointing that the cross stands out in 3-D.) *Ask:* Which symbol stands out in each of the next lines?

What number is in the upper circle? The lower left? The lower right? *(Test 9 is the same as Test 8.)*

To what number, or between what numbers, does the arrow point?

How many balls do you see?

In the three circles in the center (point) you see black crossed lines, black dots, and solid gray. Starting with No. 1 of the outer circles, you see black dots. No. 2 has black lines. What do you see in No. 3? Go as far as you can. *Tests 13 and 14 are the same as 12:* Name what you see in each of the circles

Copyright 1972 by Keystone View [illegible]

| TEST | LEFT EYE ONLY | RIGHT EYE ONLY | UNSATISFACTORY Underconvergence and/or low usable vision | RE-TEST AREA | EXPECTED RESPONSE | RE-TEST AREA | UNSATISFACTORY Overconvergence |
|---|---|---|---|---|---|---|---|
| (DB-10A) Simultaneous Vision | (pig) | (dog) | | | (dog over pig) [check] | | |
| (DB-8C) Vertical Posture | only | only | | | [check] | | |
| (DB-9) Lateral Posture | Arrow only | Numbers only | 15, 14, 13, 12 | 11 | 10, 9, 8 (arrow marked between 10 and 9) | 7 | 6, 5, 4, 3, 2, 1 |
| (DB-4K) Fusion | only | only | Far apart; Close | | [check] | | Close; Far apart |
| (DB-1D) Usable Vision, Both Eyes | | | 1 L 49%, 2 B 70%, 3 T 84%, 4 L 88%, 5 R 92% | 6 T 96% | 7 L 98%, 8 B 100%, 9 B 103% [check], 10 R 105% | | |
| (DB-3D) Usable Vision, Right Eye | | No Dots Seen Unless Left Eye Is Occluded | 1 T 49%, 2 R 70%, 3 L 84%, 4 T 88%, 5 B 92% | 6 B 96% (circled) | 7 L 98% [check], 8 R 100%, 9 T 103%, 10 R 105% | | |
| (DB-2D) Usable Vision, Left Eye | No Dots Seen Unless Right Eye Is Occluded | | 1 B 49%, 2 L 70%, 3 R 84%, 4 R 88%, 5 T 92% | 6 L 96% | 7 B 98%, 8 L 100% [check], 9 R 103%, 10 T 105% | | |
| (DB-6D) Stereopsis | + only | only • | + ○ * ○ □ □ ♡ + | * | + ♡ ○ [check] | | |
| (DB-13A) Color Perception | Top 32, Left 79, Right 23 | | NONE CORRECT; 1 Out of 3 | 2 Out of 3 | ALL CORRECT [check] | | |
| (DB-11A) Color Perception | Top 63, Left 92, Right 56 | | NONE CORRECT; 1 Out of 3 | 2 Out of 3 | ALL CORRECT [check] | | |
| (DB-9B) Lateral Posture | Arrow only | Numbers only | 10, 9, 8 | 7 | 6, 5, 4 (arrow marked between 6 and 5) | 3 | 2 |
| (DB-5K) Fusion | only | only | Far apart; Close | | [check] | | Close; Far apart |
| (DB-15) Usable Vision, Both Eyes | 1 D 10%, 2 L 20% | 3 D 30%, 4 D 40% | 5 L 50%, 6 D 50%, 7 D 60%, 8 L 60%, 9 D 70%, 10 D 70%, 11 G 80%, 12 L 80% | 13 L 90%, 14 D 90% | 15 L 100% [check], 16 D 100%, 17 L 102%, 18 D 102%, 19 G 103%, 20 D 103%, 21 D 105%, 22 L 105% | | |
| (DB-16) Usable Vision, Right Eye | 1 D 10%, 2 D 20% | 3 L 30%, 4 D 40% | 5 L 50%, 6 D 50%, 7 D 60%, 8 L 60%, 9 D 70%, 10 L 70%, 11 D 80%, 12 G 80% | 13 L 90%, 14 L 90% | 15 D 100%, 16 D 100%, 17 G 102% [check], 18 D 102%, 19 L 103%, 20 D 103%, 21 D 105%, 22 L 105% | | |
| (DB-17) Usable Vision, Left Eye | 1 L 10%, 2 D 20% | 3 D 30%, 4 D 40% | 5 L 50%, 6 D 50%, 7 L 60%, 8 D 60%, 9 D 70%, 10 D 70%, 11 L 80%, 12 L 80% | 13 G 90%, 14 D 90% | 15 L 100%, 16 D 100% [check], 17 L 102%, 18 D 102%, 19 L 103%, 20 G 103%, 21 D 105%, 22 L 105% | | |

Comments: *Connie Blanchard RN*

# COLUMBIA MENTAL MATURITY SCALE

Individual Record Form

LEVEL A: Ages 3-6 through 3-11 ∘ LEVEL (B:) C Ages 4-0 through 4-5

Name Moore, Lee E.
(Last, First, Middle)

Level: A B (Circle one)

Raw Score 39

Date of Test: Year 1979, Month 8, Day 17

Age Deviation Score 109
Percentile Rank 71
Stanine 6
Maturity Index 5U

Date of Birth: Year 74, Month 10, Day 19

Chronological Age: Years 4, Months 9, Days 17

| | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| 1 | X | | | | |
| 2 | | X | | | |
| 3 | | | (X) | | |
| 4 | | | X | | |
| 5 | | | X | | |
| 6 | X | | | | |
| 7 | | | X | | |
| 8 | | | | X | |
| 9 | X | | | | |
| 10 | | X | | | |
| 11 | X | | | | |
| 12 | | | | X | |
| 13 | | | X | | |

| | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| 14 | X | | | | |
| 15 | | X | | | |
| 16 | | | | X | |
| 17 | | | X | | |
| 18 | | | | X | |
| 19 | | X | | | |
| 20 | | | X | | |
| 21 | | | X | | |
| 22 | | | (X) | | |
| 23 | | | | (X) | |
| 24 | | | | X | |
| 25 | X | | | | |
| 26 | | X | | | |

SAMPLES

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

| | 1 | 2 | 3 | 4 | 5 | | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 27 | | | (X) | | | 68 | | | | X | |
| 28 | | | X | | | 69 | | | | X | |
| 29 | | | | (X) | | 70 | X | | | | |
| 30 | | | X | | | 71 | | | X | | |
| 31 | | (X) | | | | 72 | | | | | X |
| 32 | | | | | X | 73 | | X | | | |
| 33 | | X | | | | 74 | | | X | | |
| 34 | | | | X | | 75 | | | | X | |
| 35 | | (X) | | | | 76 | X | | | | |
| 36 | | | X | | | 77 | X | | | | |
| 37 | X | | | | | 78 | | | | X | |
| 38 | | (X) | | | | 79 | | | | X | |
| 39 | | | | X | | 80 | | | | X | |
| 40 | | | X | | | 81 | | | X | | |
| 41 | | | | X | | 82 | | | | X | |
| 42 | | | | | (X) | 83 | | | | X | |
| 43 | | | X | | | 84 | | | | | X |
| 44 | | | | | X | 85 | | | | | X |
| 45 | | | | (X) | | 86 | | | X | | |
| 46 | | (X) | | | | 87 | | X | | | |
| 47 | (X) | | | | | 88 | | | | X | |
| 48 | X | | | | | 89 | X | | | | |
| 49 | | | | X | | 90 | | | X | | |
| 50 | | | (X) | | | 91 | | | | X | |
| 51 | | | (X) | | | 92 | | | | X | |
| 52 | X | | | | | 93 | | | | | |
| 53 | | | | | (X) | 94 | | | | | |
| 54 | | X | | | | 95 | | | | | |
| 55 | | | (X) | | | 96 | | | | | |
| 56 | | | | X | | 97 | | | | | |
| 57 | | | (X) | | | 98 | | | | | |
| 58 | X | | | | | 99 | | | | | |
| 59 | | | X | | | 100 | | | | | |
| 60 | X | | | | | 101 | | | | | |
| 61 | | | | | X | 102 | | | | | |
| 62 | | | | X | | 103 | | | | | |
| 63 | | | | | X | 104 | | | | | |
| 64 | | | | X | | 105 | | | | | |
| 65 | | | | X | | 106 | | | | | |
| 66 | | | | | | 107 | | | | | |

OBSERVATIONS OF TEST BEHAVIOR

Examiner

# Metropolitan Achievement Tests — Primer Form JS

Survey Battery

Name: Lee Moore  Grade: K

Teacher: Mrs. Betty Hensley  Date of Testing: 4/21-22-80

School: Central Baptist Elem  City: Cinti.  State: Ohio

## Score Summary Box

| Test | Number Possible | Number Right | Scaled Score | Grade Equivalent | Percentile Rank | Stanine | Instructional Reading Level |
|---|---|---|---|---|---|---|---|
| Reading | 37 | 26 | 476 | 1.5 | 90 | 1 2 3 4 5 6 7 (8) 9 | Primer |
| Mathematics | 35 | 33 | 492 | 2.7 | 96 | 1 2 3 4 5 6 7 8 (9) | |
| Language | 25 | 20 | 375 | 1.2 | 84 | 1 2 3 4 5 6 (7) 8 9 | |
| Basic Battery (R+M+L) | 97 | 79 | 410 | 1.5 | 94 | 1 2 3 4 5 6 7 (8) 9 | |

Percentile Ranks and Stanines based on tables for Fall ☐ Spring ☒

## Cluster Analysis

### READING

Performance by grade level of reading passages

| Primer | Grade 1 |
|---|---|
| 10 | 5 |

Performance by objective

| 01 Word Reading | 02 Rebus | 03 Sentence Reading | 05 Literal Specific | 06 Literal Global | 07 Inferential Specific | 08 Inferential Global | 09 Evaluative |
|---|---|---|---|---|---|---|---|
| 12 | 5 | 5 | 10 | 1 | 1 | 2 | 1 |

### MATHEMATICS

| Numeration | Geom. & Meas. | Prob. Solving | Operations: Whole No. |
|---|---|---|---|
| 14 | 9 | 6 | 6 |

### LANGUAGE

| Listening Comp. | Spelling | Study Skills |
|---|---|---|
| 9 | 8 | 8 |

# Metropolitan Achievement Tests

**Primary 1 Form JS**

Basic Survey Battery

Lee Lee Lee Lee

Name Lee Moore Jr Grade 1

Teacher Mrs. Moore Date of Testing 4/1/[illegible]

School ______ City ______ State Cincinnati

## Score Summary Box

| Test | Number Possible | Number Right | Scaled Score | Grade Equivalent | Percentile Rank | Stanine | Instructional Reading Level |
|---|---|---|---|---|---|---|---|
| Reading | 55 | 40 | 577 | 2.2 | 77 | 1 2 3 4 5 6 (7) 8 9 | G-R1 |
| Mathematics | 40 | 21 | 461 | 1.7 | 42 | 1 2 3 4 (5) 6 7 8 9 | |
| Language | 40 | 30 | 458 | 2.1 | 70 | 1 2 3 4 5 (6) 7 8 9 | |
| Basic Battery (R+M+L) | 135 | 91 | 472 | 2.0 | 68 | 1 2 3 4 5 (6) 7 8 9 | |

Percentile Ranks and Stanines based on tables for Fall ☐ Spring ☒

## Cluster Analysis

### READING

Performance by grade level of reading passages

| Primer | Grade 1 | Grade 2 | Grade 3 |
|---|---|---|---|
| /10 | /15 | /10 | /10 |

Performance by objective

| 02 Rebus | 03 Sentence Reading | 04 Vocabulary | 05 Literal Specific | 06 Literal Global | 07 Inferential Specific | 08 Inferential Global | 09 Evaluative |
|---|---|---|---|---|---|---|---|
| /5 | /5 | /1 | /24 | /4 | /10 | /4 | /2 |

### MATHEMATICS

| Numeration | Geom. & Meas. | Problem Solving | Operations: Whole No. |
|---|---|---|---|
| /10 | /9 | /9 | /12 |

### LANGUAGE

| Listening Comp. | Punc. & Cap. | Usage | Grammar & Syntax | Spelling | Study Skills |
|---|---|---|---|---|---|
| /9 | /6 | /5 | /7 | /9 | /4 |

# Metropolitan Achievement Tests — Primary 2 Form JS

Complete Survey Battery

Name [illegible]   Grade 2nd

Teacher Ms. Simeon   Date of Testing 4/26/82

School Central B.P.   City ______   State ______

## Score Summary Box

| Test | Number Possible | Number Right | Scaled Score | Grade Equivalent | Percentile Rank | Stanine | Instructional Reading Level |
|---|---|---|---|---|---|---|---|
| Reading | 55 | 44 | 657 | 3.4 | 70 | 1 2 3 4 5 (6) 7 8 9 | Gr. 3 |
| Mathematics | 45 | 20 | 445 | 2.2 | 22 | 1 2 (3) 4 5 6 7 8 9 | |
| Language | 55 | 48 | 609 | 4.3 | 84 | 1 2 3 4 5 6 (7) 8 9 | |
| Science | 40 | 25 | 489 | 2.8 | 54 | 1 2 3 4 (5) 6 7 8 9 | |
| Social Studies | 40 | 23 | 460 | 2.2 | 40 | 1 2 3 4 (5) 6 7 8 9 | |
| Basic Battery (R+M+L) | 155 | 112 | 561 | 3.1 | 62 | 1 2 3 4 5 (6) 7 8 9 | |
| Complete Battery (Basic+S+SS) | 235 | 160 | 520 | 2.9 | 58 | 1 2 3 4 (5) 6 7 8 9 | |

Percentile Ranks and Stanines based on tables for Fall ☐ Spring ☑

009092