# Metropolitan Achievement Tests — Elementary Form KS
## Complete Survey Battery

Name: M___ ___   Grade: 5
Teacher: Mrs. ___
School: Central Baptist   City: Cincinnati   State: OH
Date of Testing: ___

### Score Summary Box

| Test | Number Possible | Number Right | Scaled Score | Grade Equivalent | Percentile Rank | Stanine | Instructional Reading Level |
|---|---|---|---|---|---|---|---|
| Reading | 60 | 51 | 694 | 4.6 | 72% | 1 2 3 4 5 (6) 7 8 9 | 5 |
| Mathematics | 50 | 24 | 534 | 3.2 | 36% | 1 2 3 (4) 5 6 7 8 9 | |
| Language | 60 | 43 | 629 | 4.7 | 66% | 1 2 3 4 5 (6) 7 8 9 | |
| Science | 45 | 25 | 556 | 4.0 | 58% | 1 2 3 4 (5) 6 7 8 9 | |
| Social Studies | 45 | 27 | 599 | 4.7 | 74% | 1 2 3 4 5 (6) 7 8 9 | |
| Basic Battery (R+M+L) | 170 | 118 | 620 | 4.2 | 60% | 1 2 3 4 5 (6) 7 8 9 | |
| Complete Battery (Basic+S+SS) | 260 | 170 | 599 | 4.2 | 62% | 1 2 3 4 5 (6) 7 8 9 | |

Percentile Ranks and Stanines based on tables for: Fall ☐  Spring ☒



Cluster Analysis

**READING** — Performance by grade level of reading passages
- Grade 2: 12
- Grade 3: 15
- Grade 4: 16
- Grade 5: 11
- Grade 6: 6

Performance by objective
- 04 Vocabulary: 6
- 05 Literal Specific: 32
- 06 Literal Global: 7
- 07 Inferential Specific: 9
- 08 Inferential Global: 4
- 09 Evaluative: 2

**MATHEMATICS**
- Numeration: 10
- Geom & Meas: 13
- Problem Solving: 10
- Operations, Whole No: 11
- Operations, Laws & Prop: 6

**LANGUAGE**
- Listening Comp: 5
- Punc & Cap: 19
- Usage: 9
- Grammar & Syntax: 9
- Spelling: 12
- Study Skills: 6

**SCIENCE**
Behavior
- I Knowledge: 13
- II Comprehension: 8
- III Inquiry Skills: 17
- IV Critical Anal: 7

Content Area
- Physical: 11
- Earth & Space: 14
- Life: 20

**SOCIAL STUDIES**
Behavior
- I Knowledge: 7
- II Comprehension: 12
- III Inquiry Skills: 16
- IV Critical Anal: 10

Content Area
- Geography: 9
- Sociology: 3
- Economics: 10
- Political Science: 7
- History: 8
- Anthropology: 5
- Psychology: 3

009093

# Metropolitan Achievement Tests — Elementary Form KS
## Complete Survey Battery

Name: Lee Mac  Grade: 4th
Teacher: Mrs. [illegible]  Date of Testing: April 12, 1991
School: [illegible]  City: Cincinnati  State: Ohio

### Score Summary Box

| Test | Number Possible | Number Right | Scaled Score | Grade Equivalent | Percentile Rank | Stanine | Instructional Reading Level |
|---|---|---|---|---|---|---|---|
| Reading | 60 | 49 | 684 | 4.2 | 42 | 1 2 3 4 (5) 6 7 8 9 | 4 |
| Mathematics | 50 | 21 | 507 | 2.8 | 10 | 1 (2) 3 4 5 6 7 8 9 | |
| Language | 60 | 42 | 618 | 4.4 | 44 | 1 2 3 4 (5) 6 7 8 9 | |
| Science | 45 | 29 | 603 | 4.9 | 50 | 1 2 3 4 (5) 6 7 8 9 | |
| Social Studies | 45 | 38 | 609 | 4.9 | 50 | 1 2 3 4 (5) 6 7 8 9 | |
| Basic Battery (R+M+L) | 170 | 112 | 605 | 3.8 | 30 | 1 2 3 (4) 5 6 7 8 9 | |
| Complete Battery (Basic+S+SS) | 260 | 169 | 589 | 4.1 | 38 | 1 2 3 (4) 5 6 7 8 9 | |

Percentile Ranks and Stanines based on tables for  Fall [ ]  Spring [✓]



Cluster Analysis

**READING** — Performance by grade level of reading passages:
Grade 2: 12; Grade 3: 15; Grade 4: 16; Grade 5: 11; Grade 6: 6

Performance by objective:
04 Vocabulary: 6; 05 Literal Specific: 32; 06 Literal Global: 7; 07 Inferential Specific: 9; 08 Inferential Global: 4; 09 Evaluative: 2

**MATHEMATICS**
Numeration: 10; Geom. & Meas.: 13; Problem Solving: 10; Operations Whole No.: 11; Operations Laws & Prop.: 6

**LANGUAGE**
Listening Comp: 5; Punc. & Cap: 19; Usage: 9; Grammar & Syntax: 9; Spelling: 12; Study Skills: 6

**SCIENCE**
Behavior — I. Knowledge: 13; II. Comprehension: 8; III. Inquiry Skills: 17; IV. Critical Anal.: 7
Content Area — Physical: 11; Earth & Space: 14; Life: 20

**SOCIAL STUDIES**
Behavior — I. Knowledge: 7; II. Comprehension: 12; III. Inquiry Skills: 16; IV. Critical Anal.: 10
Content Area — Geography: 9; Sociology: 3; Economics: 10; Political Science: 7; History: 8; Anthropol.: 5; Psychology: 3

009094

# COMMUNITY DIAGNOSTIC AND TREATMENT CENTER

### A Division of Central Psychiatric Clinic

909 Sycamore Street, Suite 300
Cincinnati, Ohio 45202
Phone: (513) 651-9300
Fax: (513) 352-1345

WALTER S. SMITSON, PH.D.
  Executive Director

NANCY SCHMIDTGOESSLING, PH.D.
  Director

WILLIAM WALTERS, PH.D.
  Assistant Director

GAIL HELLMANN, M.D.
  Medical Director

MARILYN GEEDING, L.I.S.W.
  Treatment Coordinator

SHERRY SANDERS, L.P.C.C.
  Forensic Liaison

CHARLOTTE E. HOLLAND
  Office Manager

BOARD OF TRUSTEES:

HON. DAVID E. GROSSMANN
  Chairman

MR. ROBERT F. RECKMAN
  Vice Chairman

MR. CHARLES THOMAS
  Secretary

DR. TIMOTHY E. JOHNSON
  Treasurer

MS. CAROL A. BOYD
DR. M. PHOEBE BROWN
MRS. LOIS COHEN
MS. JANIS M. DAY
MS. DAPHNE DICKENS-KING
MR. JEFFREY S. GOODMAN
MR. WENDELL E. HAWKINS
HON. TIMOTHY S. HOGAN
DR. C. ROBERT KILBY
MR. EDWARD H. KIM
MR. ARUN LAI
MR. THOMAS B. SCHERPENBERG
MR. DANIEL J. VALERIO

UNIVERSITY LIAISON

DONALD C. HARRISON, M.D.
JAMES RANDOLPH HILLARD, M.D.

September 2, 1994

Central Baptist School
Attn: School Records
7645 Winton Road
Cincinnati, Ohio  45214

RE: Lee Edward Moore                               DOB: 10-19-74

TO WHOM IT MAY CONCERN:

Enclosed is a signed Authorization for Release of Information form regarding the above-named person.

Our agency is under a very strict time-frame to provide a comprehensive report to the Court, therefore, we would greatly appreciate information from you as soon as possible.

Thank you in advance for your prompt and courteous attention to this matter.

Sincerely,

*Jenny O'Donnell*

Jenny O'Donnell, B.S.
Psychology Trainee

Serving the Mental Health and Criminal Justice Needs of the Community

009095

CENTRAL PSYCHIATRIC CLINIC
COMMUNITY DIAGNOSTIC AND TREATMENT CENTER
909 Sycamore Street, Suites 300 and 400, Cincinnati, OH 45202
513-651-9300

I, the undersigned, hereby authorize the Community Diagnostic and Treatment Center to release/obtain information from records pertaining to the person named below to/from the agency/person indicated. This authorization includes release of information concerning evaluation/treatment of drug or alcohol abuse, drug-related conditions, alcoholism, psychiatric/psychological conditions, Acquired Immune Deficiency Syndrome (AIDS), AIDS-Related Complex (ARC), and/or tests for antibodies to the AIDS virus (HIV). All matters pertaining to client records are considered privileged and confidential and are treated as such by the employees of the program. Information regarding such matters cannot be given without the consent of the client. PROHIBITION ON REDISCLOSURE: Information disclosed or requested from records whose confidentiality is protected by Federal or State Law, may not be disclosed without the specific written consent of the person to whom it pertains.

AGENCY/PERSON  _Central Baptist School_   _Attn: School Records_

ADDRESS  _7645 Winton Road; (14)_

PURPOSE/NEED FOR DISCLOSURE of information between Community Diagnostic and Treatment Center and the agency/person named above: Aid in court-ordered evaluation/treatment of the person named below. OR _____

The following information may be released or reviewed:

( ) Discharge Summary                         ( ) Reports of Tests or X-rays
( ) Face Sheet with Final Diagnosis           ( ) Emergency Treatment(s)
( ) Complications & Operative Procedures      ( ) Outpatient Clinic Notes
( ) History and Physical                          Specify Clinic:_____
( ) Consultative Report(s)                    (✓) Other _All Records_
( ) Inpatient              ( ) Outpatient      ( ) Emergency Department

This Authorization for Release of Information may be revoked by me at any time with written notice to the parties involved, except to the extent action has been taken prior to revocation. This Authorization for Release of Information will expire ninety (90) days after date below, or sooner by my choice, in which case this consent will expire on _____.

I hereby acknowledge that I have read and fully understand the above statements as they apply to me. I hereby consent to the disclosure of the records to the purpose and extent stated above.

FULL NAME OF CLIENT  _Lee Moore_  Middle (Edward)   _Gee E. Moore Jr._
                                                   (Signature of Client)

Date of Birth  _10-19-74_

Social Security No.  ████████         _9-1-94_
                                       (Date)

PLEASE FORWARD REQUESTED INFORMATION TO: _Jenny O'Donnell_
Community Diagnostic and Treatment Center, 909 Sycamore Street, Suites 300 and 400, Cincinnati, OH 45202.

This authorization was facilitated by _Jenny O'Donnell_
                                       (Staff member's signature)
Date  _9-1-94_

c: To be retained in Client Record

PLEASE FILL OUT THE COMPLETE FORM

STUDENT APPLICATION

New Student ___
Old Student ✓

Name of school district in which you reside **Mt. Healthy**

Student's Name **Moore, Lee E.**
                  Last      First    Middle

Address **1280 Meredith Dr.    Cinti,    Ohio    45231**
          Street              City     State    Zip Code

Home Phone **522-1092** Age **5** Date of Birth **2/19/74** Sex **M** Grade **1st** Permission for Field Trips **yes** Place of Birth **Hamilton, Ohio**
                                                                                                                            County    State

Father's Name **Moore,    Lee    E.**
                Last     First   Middle

Place of Employment **City of Cinti** Phone _____

Mother's Name **Moore,    Georgia    L.**
                Last      First      Middle

Have parents been separated? **no** Divorced? **no** Remarried? **no**

If Mother works List Company Address and Phone **G.M.A.D. - 4726 Smith Rd, Norwood, Ohio 45212**

Dr's Name **Vockell** Phone **521-3042** Person to call if parents cannot be reached **Evelyn Rolland** Phone **522-6512** List name and address of school where records may be obtained _____ Zip code _____. Has the child ever failed _____ if so, explain _____

Been Suspended? _____ if so, explain _____
Been expelled? _____ If so, explain _____
Church affiliation **Tryed Stone Baptist** Member? **yes** attend regular **yes** often ___ Seldom ___ is child member of church **no**

We understand that the Central Baptist Schools operates on an extremely tight financial budget and that it is absolutely necessary that all tuition be paid promptly on the first of each month. If for any reason we do not pay our tuition we understand that there will be a penalty charge of 35% on the balance due and it will be collected by the school or an agency.

Our Payments will be paid the first of each month in 9 equal payments **✓**, in 12 equal payments _____, or full payment by Sept. 1, 1980 for a 5% discount _____. We also agree to uphold the Rules of Conduct stated in the School Handbook, and grant to School Authorities the right to discipline our child as stated. We will also see that our child abides by the dress code and will cooperate with the teacher.

SIGNATURE OF MOTHER OR FATHER **Georgia L. Moore**

009097

Reg fee Oct 5/6-81
Rec # 131

Please Fill out / CENTRAL BAPTIST SCHOOLS / Date 7-5-81
The Comple Form / STUDENT APPLICATION / New Student ___
  Old Student ✓

Name of school district in which you reside _____
Student's Name _____
  Last / First / Middle
Home Address _____
  Street / City / State / Zip Code
Home Phone 521-1022  Age 6  Date of Birth 10-19-74  Sex Male
Grade 2  Permission for Field Trips yes  Place of Birth Hamilton
  County
Ohio State.
Father's Name Moore _____
  Last / First / Middle
Place of Employment _____  Phone _____
Mother's Name Moore, Georgia L.
  Last / First / Middle
Have parents been separated? ___ Divorced? yes  Remarried? ___
If Mother works list Company, Address and Phone _____
Dr's Name _____  Phone 521-3042  Person to call if parents
cannot be reached Lucie Green  Phone 221-8346  List name and address
of school where records may be obtained _____
_____ ZipCode _____. Has the child ever failed ___
if so, explain _____
Been suspended? ___ if so, explain _____
Been expelled? ___ if so, explain _____
Church affiliation Royal View Baptist  Member? yes  Attend regular yes
often ___ Seldom ___ is child member of church no

We understand that the Central Baptist Schools operates on an extremely tight financial budget and that it is absolutely necessary that all tuition be paid promptly on the first of each month. If for any reason we do not pay our tuition we understand that there will be a penalty charge of 35% on the balance due and it will be collected by the school or an agency. Our Payments will be paid the first of each month in 9 equal payments ___ in 12 equal payments ___, or full payment by Aug. 31, 1981 for a 5% discount ___. We also agree to uphold the Rules of Conduct stated in the School Handbook, and grant to School Authorities the right to discipline our child as stated. We will also see that our child abides by the dress code and will cooperate with the teacher.

SIGNATURE OF MOTHER OR FATHER Georgia L. Moore

009098

CENTRAL BAPTIST SCHOOLS
7645 Winton Road
Cincinnati, Ohio 45224

Date Received 5/17/82
New Student
Old Student ✓
Reg. Fee Rec'd # 1392
Date Accepted
Date Rejected
Date Notified

Complete All Blanks on Application-
Please Print or Type

Applying for grade 3
Student's Name Moore, Lee L.
    Last          First        Middle
Present Address 1280 Meredith   Cinti, Ohio  45231
    Street         City         State   Zip
Phone 522-1092  Age 7  Sex M  Birth Date 10/19/74 Birthplace Cinti
Last school attended before C.B.S. ———  Grade ——
Has applicant ever failed a grade, been dismissed, or suspended? no
If so, Please explain ——
Has applicant been in any special programs such as remedial reading, remedial math, special education, etc. (please be specific) no

PERSONS OTHER THAN PARENTS WHO COULD BE CONTACTED IN CASE OF EMERGENCY:
Name Lillie Ellis  Relation Grandmother Phone 221-8346
Name ——  Relation ——  Phone ——
Doctor's Name Dr Vockell  Phone 761-1533
Name of Father/Legal Guardian ——  Job Title ——
Employer of Father/Legal Guardian ——  Phone ——  Ext. ——
Name of Mother/Legal Guardian Georgia Moore  Job Title Sr Clerk
Employer of Mother/Legal Guardian GM Assembly Plt Phone 841-5339 Ext. ——
Does applicant live with Father and Mother? — Father only? — Mother only? ✓
Guardian only? — Has either parent been divorced? ——  Is Father of applicant a Christian? ——  Mother yes  Guardian? — Does applicant know Jesus Chr as Personal Savior? —— (to be answered only by those students in grades 7-
If so, please give brief testimony (to be answered by student only)

Name of church attended by family Tryed Stone Missionary Bapt Ch
School District in which you reside Mt. Healthy
Please list District and not local school since we are required to file repor with each district.

009099

"The Central Baptist School admits students of any race, color, or ethnic origin to all the rights, privileges, programs and activities."

Central Baptist Schools
7645 Winton Road
Cincinnati, Ohio 45223

Date Received 5/6/83
New Student ____
Old Student ✓
Reg. Fee Rec'd #2617
Date Accepted ____
Date Rejected ____
Date Notified ____

Complete All Blanks on Application-
Please Print or Type

Applying for grade __4__
Student's Name __Moore, Lee E.__
              Last      First      Middle
Present Address __1280 Meredith__ __Cinti__, __Ohio__ __45231__
             Street      City      State      Zip
Phone __522-9203__ Age __8 yrs__ Sex __M__ Birth Date __10/19/74__ Birthplace __Cinti Oh__
Last school attended before C.B.S. __—__ Grade __—__
Has applicant ever failed a grade, been dismissed, or suspended? __no__
If so, Please explain __—__
Has applicant been in any special programs such as remedial reading, remedial math, special education, etc. (please be specific) __no__

PERSONS OTHER THAN PARENTS WHO COULD BE CONTACTED IN CASE OF EMERGENCY:
Name __Jackie Johnson__ Relation __sister__ Phone __961-7010__
Name __Beverly Parker__ Relation __sister__ Phone __530-3603__
Doctor's Name __Dr. James Kegler__ Phone __961-4420__
Name of Father/Legal Guardian __Lee E. Moore, Sr.__ Job Title __Cement-Finish__
Employer of Father/Legal Guardian __City of Cinti__ Phone __—__ Ext. __—__
Name of Mother/Legal Guardian __Georgia L. Moore__ Job Title __Sr Clerk__
Employer of Mother/Legal Guardian __G. Massy Div__ Phone __—__ Ext. __—__
Does applicant live with Father and Mother? __—__ Father only? __—__ Mother only? __X__
Guardian only? __—__ Has either parent been divorced? __yes__ Is Father of applicant a Christian? __no__ Mother __yes__ Guardian? __—__ Does applicant know Jesus Christ as Personal Savior? ____ (to be answered only by those students in grades 7-12
If so, please give brief testimony (to be answered by student only)

Name of church attended by family __Tryed Stone Missionary Baptist Church__
School District in which you reside __Mt. Healthy - Colerain Towns__
Please list District and not local school since we are required to file reports with each district.

009100

MT. HEALTHY CITY SCHOOLS

DEPARTMENT OF PUPIL PERSONNEL

REX RALPH ELEMENTARY SCHOOL
1310 ADAMS ROAD
CINCINNATI, OHIO 45231

Parent Consent for Record Release

As Parent and/or Guardian of:

Name of Student  Lee E. Moore, Jr.

Date of Birth  10/19/74

Grade in School  4

Reason for Request:

Changing Schools                  sent 9/18/84

Specific Records/Data to be Released:

All Health

All academic available

RELEASED TO:

I have been informed that I have a right to receive a copy of records being sent and will be charged a fee for their reproduction.

Date  8-20-84                    Georgia L. Moore
                                        Signature

STAFF MEMBER:

_Gen Welker_                     _mother_
Name                              Relationship

_Secty_                          Address
Title

REX RALPH ELEMENTARY SCHOOL
1310 ADAMS ROAD
CINCINNATI, OHIO 45231

#P-11a  Rev.  9/81

009101

# KINDERGARTEN PROGRESS REPORT

NAME: Moore, Lee

## EXPLANATION OF SYMBOLS

Y — Yes   M — Most of the Time   S — Some of the Time   N — Not Yet

These evaluations are the teacher's appraisal of your child's own progress in relation to that which is normally expected of kindergarten children.

## PHYSICAL DEVELOPMENT

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Shows large muscle control in activities such as skipping, running, and hopping | Y | Y | Y | Y |
| Demonstrates small muscle control when handling crayon, pencil, and scissors | Y | M | M | Y |

## SOCIAL AND EMOTIONAL DEVELOPMENT



- Has made friends in school
- Shows self-confidence
- Respects rights and properties of others
- Gets along with other children
- Shares materials and helps willingly
- Is courteous
- Shares teacher's attention
- Responds favorably to correction

## HEALTH AND SAFETY HABITS



- Practices good health habits
- Follows safety habits and rules of school

## WORK HABITS

- Listens attentively
- Follows directions
- Works independently
- Finishes assigned work
- Shows reasonable attention span
- Does his share of cleaning up

## LANGUAGE DEVELOPMENT

### Basic Knowledge

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Knows full name | Y | Y | Y | Y |
| Knows complete address | Y | Y | Y | Y |
| Knows telephone number of home | Y | Y | Y | Y |
| Knows days of week | Y | Y | Y | Y |
| Knows basic colors | Y | Y | Y | Y |
| Knows left from right | Y | Y | Y | Y |
| Knows basic shapes | Y | Y | Y | Y |

### Skills and Habits

- Speaks clearly and is easily understood
- Uses adequate vocabulary to express ideas
- Shows interest in books, stories, poetry, and pictures
- Writes letters and numerals with reasonable skill
- Prints his name

### Letters and Sounds

- Recognizes sounds of letters taught
- Knows names of letters taught
- Can blend sounds into words

### THINKING SKILLS

- Expresses his own ideas before group
- Uses thought to give sensible answers

### COUNTING AND MEASURING

- Recognizes numerals
- Understands counting order
- Understands quantity of numerals
- Estimates with reasonable accuracy
- Understands number facts and skills taught

### ART

- Demonstrates ability to work with a variety of art media

### MUSIC

- Takes part in rhythmic activities
- Participates in singing

### BIBLE WORK

- Listens and discusses
- Fulfills memory work



009102

# PUPILS' CUMULATIVE RECORD

**CENTRAL BAPTIST SCHOOL**
7645 Winton Road
Cincinnati, Ohio 45224

NAME: Moore, Lee (Last, First, Middle)
Date of birth: (Month) (Day) (Year)
Place of birth: Cincinnati, Ohio
Sex: (M/F)

| NAME OF SCHOOL | Grade | Semester | School Year | NAME OF TEACHER | Study Habits | Conduct | Days Present | Days Absent | Times Tardy | Reading | Writing | Spelling | Arithmetic | Language or Gram. | Geography | History or Civics | Physiology | Health and Phys. Ed. | Music | Art | Bible | Social St | Phys. Ed. | Science |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CBS | 1 | Final | 81/82 | Mrs. Weeks | | C | 180 | 0 | 4 | B | D+ | | B | | | | | B+ | B- | P | B+ | B+ | | |
| CBS | 2 | " | 82/83 | Mrs. Sigiema | | C | 179 | 2 | 2 | C | B | B | C | B | | | | C | C | P | A | C | | |
| CBS | 3 | " | 83/84 | Miss Redolph | | C | 174 | 4 | 0 | C | B | B | C | B | | | | B | B | P | C | C | | |
| CBS | 4 | " | 83/84 | Mrs. Byrd | | C | 163 | 12 | 0 | C | C | C | F | F | | | | B | C | P | B | C | retained | |

## Semester Rating Elementary Grades (1-8)

The Grading System Is as Follows: A (Exceptional) 100-93  B (Above Average) 92-85  C (Average) 84-75  D (Below Average) 74-70  F (Failing)

## EDUCATIONAL TEST DATA

| School | Grade | Date | Name of Test | Form | Score | Stanine | % | G.E. |
|---|---|---|---|---|---|---|---|---|
| CE | 1 | 5/81 | Metropolitan | | See folder | | | |
| CB | 2 | 4/82 | " | | See folder | | | |
| CB | 3 | 4/83 | " | | KS See folder | | | |
| CBS | 4 | 4/84 | " | | | | | |

## EDUCATIONAL TEST DATA

| School | Grade | Date | Name of Test | Form | Score | Stanine | % |
|---|---|---|---|---|---|---|---|

009103

Teacher M_____

Student __Moore, L_____        Year _____

| Subjects | First | Second | Third | Fourth | Final |
|---|---|---|---|---|---|
| Bible | D+ | B | B | A | B- |
| Health | C+ | B- | A- | B | B |
| Language Arts |  |  | C+ | C- | C |
| Mathematics | A | C | A- | B | 88.75 B |
| Reading | B | A | B | B | 91 B |
| Science | B | A- | C+ | C- | B- |
| Social Studies | C+ | B | B | B- | B- |
| Spelling |  |  |  |  |  |
| Music | B | B | B | B | B |
| Art | B | C | B | C+ | B- |
| Physical Ed. | B | B | A | A | B+ |
| Conduct | C | C- | C- | C+ | C |
| Penmanship | D+ | C- | D+ | D | D+ |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

| | | | | | |
|---|---|---|---|---|---|
| No. Days Absent | 0 | 0 | 0 | 0 | 0 |
| No. Days Present | 43 | 42 | 48 | 47 | 180 |
| No. Tardies | 1 | 0 | 3 | 0 | 4 |

FIRST    SECOND    THIRD    FOURTH    FINAL

009104

Teacher: Singleton
Grade: 2

Student: Moore, Lee    Year: 1981-82

| Subjects | First | Second | Third | Fourth | Final |
|---|---|---|---|---|---|
| Art | B | C | B | C | C |
| Bible | 90 B | 85 B | 81 C | C | C |
| Conduct | C | C | C | C | C |
| Health | — | — | 75 C | 79 C | C |
| Language | 90 B | 88 B | 85 B | C | B |
| Mathematics | 83 C | 70 D | 74 D | 79 C | C |
| Music | B | C | C | C | C |
| Penmanship | A | B | C | C | B |
| Physical Ed | C | C | C | B | C |
| Reading | C | C | B | C | C |
| Science | B | C | B | C | C |
| Social St | B | C | C | C | C |
| Spelling | B | B | B | C | B |

| | First | Second | Third | Fourth | Final |
|---|---|---|---|---|---|
| No. Days Present | 43 | 44 | 46 | 46 | 179 |
| No. Days Absent | 0 | 0 | 1 | 0 | 1 |
| No. Tardies | 0 | 0 | 0 | 0 | 0 |

009105

Case 1:00-cv-00023-SJD-MRM   Document 124-10   Filed 08/08/2005   Page 14 of 20

Central Baptist School

Teacher **Miss Rudolph**

Grade **3**

Student **Moore, Lee**     Year **1982-1983**

| Subjects | First | Second | Third | Fourth | Final |
|---|---|---|---|---|---|
| Art | B | B | C | B | B |
| Bible | 94-A | 96-A | 87-B | 97-A | 94-B |
| Conduct | C | C | C | C | C |
| Health | 91-B | 81-C | 83-C | 89-B | 86-B |
| Language | 86-B | 92-B | 84-C | 90-B | 88-B |
| Mathematics | 79-C | 83-C | 80-C | 84-C | 82-C |
| Music | A | 90/B | C | B | B |
| Penmanship | 84-C | 84-C | 85-B | 84-C | 84-C |
| Physical Ed | C | C | C | C | C |
| Reading | 85-B | 83-C | 83-C | 80-C | 83-C |
| Science | 83-C | 95-A | 89-B | 89-B | 89-B |
| Social St | 79-C | 89-B | 92-B | 83-C | 86-B |
| Spelling | 91-B | 92-B | 85-B | 80-C | 87-B |
| No. Days Present | 46 | 44 | 44 | 42 | 176 |
| No. Days Absent | 1 | 1 | 2 | 0 | 4 |
| No. Tardies | 1 | 0 | 0 | 0 | 0 |

Comments.
Lee is in the speech program. His grades do not reflect his potential.

[X] Passed
[ ] Probation
[ ] Conditional
[ ] Retained

009106

Central Baptist Schools

Teacher Mrs. Byrd

Grade 4

Student Lee Moore          Year 1983 – 1984

| Subjects | First | Second | Third | Fourth | Final |
|---|---|---|---|---|---|
| Art | P | P | P | P | P |
| Bible | 91 / B | 74 / D | 69 / F | 48 / F | 70 / D |
| Conduct | D | C | C | C | C |
| Health/Science | 88 / B | 75 / C | 75 / C | 68 / F | 76 / C |
| Language | 82 / C | 71 / D | 61 / F | 62 / F | 69 / F |
| Mathematics | 77 / C | 74 / D | 72 / D | 50 / F | 68 / F |
| Music | P | P | P | P | P |
| Penmanship | 91 / B | 73 / D | 72 / D | 70 / D | 76 / C |
| Physical Ed. | P | P | P | P | P |
| Reading | 85 / B | 80 / C | 72 / D | 70 / D | 76 / C |
| Social St. | 85 / B | 83 / C | 78 / C | 50 / F | 74 / D |
| Spelling | 90 / B | 74 / D | 76 / C | 71 / D | 78 / C |
| No. Days Present | 41½ | 41 | 44 | 42 | 168½ |
| No. Days Absent | ½ | 5 | 2 | 4 | 11½ |
| No. Tardies | 1 | 0 | 0 | 0 | 0 |

Comments

Lee needs help with basic math facts. He has difficulty in finishing a task. He has poor concentration. Very immature. Has trouble relating to others, never thinks he is wrong.

☐ Passed
☐ Probation
☐ Condition
☒ Retained

009107


## IMPORTANT HABITS AND ATTITUDES

Listed below are some of the habits and attitudes considered important in Christian schools.

Student *Lee*

| Christian Conduct | 1 | 2 | 3 | 4 | Final |
|---|---|---|---|---|---|
| Manifests a responsive attitude toward spiritual matters, such as the Word of God, devotions, etc. | | | | | |
| Is humble and shows Christian love and forbearance toward others during work and play. | | | | | |
| Is respectful, giving prompt and cheerful obedience. | | | | | |
| Is courteous, helpful, and cooperative toward others. | D | | | | |
| Respects rights and property of others. | D | | | | |
| Works independently without disturbing others. | | | | | |
| Uses time to good advantage. | D | | | | |
| Perseveres in face of difficulty. | | | | | |
| Listens attentively, showing interest in work at hand. | | | | | |
| Is conscientious and prompt in completing assignments. | | | | | |
| | | | | | |
| *Conduct* | D | C | C | C | C |
| TEACHER'S EVALUATION OF STUDENT'S PASSING STATUS | | | | | |

Year 1983-1984

009108



**Office of the Ohio Public Defender**
8 East Long Street
Columbus, Ohio 43215-2998
(614) 466-5394
FAX NUMBER: (614) 644-9972

DAVID H. BODIKER
State Public Defender

Date Rec'd _____

1st Follow-up _____

2nd Follow-up _____

October 13, 1999

University Hospital
234 Goodman
Cincinnati, Ohio

Attention: <u>Medical Records</u>

Re: <u>State of Ohio v. Lee E. Moore</u>

Dear Sir/Madam:

    Please be advised that the Ohio Public Defender is representing **Lee E. Moore** in the above referenced matter. The information requested herein is necessary for a detailed social history to be completed on his behalf.

    In our efforts to properly represent **Mr. Moore** we are requesting that you provide us with any and all medical records regarding Mr. Moore. These records should include, but are not limited to:

<u>MEDICAL</u>
- admission and release dates;
- presenting problems, diagnoses, treatment plans
- and attending physicians' names'
- referrals, if applicable;
- prescriptions;
- testing and test outcomes including: X-rays,
- psychological evaluations, urine
- tests, blood tests, CAT scans, etc.

009109

University Hospital
October 13, 1999
Page Two


    To assist you in locating these records, Mr. Moore's birthdate is 10/19/74 and his social security number is ■■■■■■■. His parents are Lee & Georgia Moore.

    In addition to our records request stated above please indicate the name of your agency's custodian of records, as it may be necessary to have the authenticity of the documents verified. <u>Please forward this information to Ohio Public Defender, Attn: Jessica H. Love on or before October 27, 1999.</u>

    An authorization for release of all such records is enclosed for your files.

                                      Sincerely,


                                      Jessica H. Love
                                      Mitigation Specialist


JL/cw

Enclosure

#99388v1

009110

Office of the Ohio Public Defender
8 East Long Street
Columbus, Ohio 43215-2998
(614) 466-5394
FAX NUMBER: (614) 728-3670

## AUTHORIZATION TO RELEASE INFORMATION

TO: University Hospital          RE: State of Ohio v. Lee E. Moore

234 Goodman

Cincinnati, OH

DATE: 10/13/99

You are hereby authorized to release to the Office of the Ohio Public Defender all records or other documents currently in your possession. Their representative may examine and make copies of all of my medical, psychological, hospital, police, and employment records, or any other records he/she may deem necessary in his/her work on my behalf. You are authorized to discuss these records and any other matters concerning me with said representative and are asked to assist him/her on the current investigation.

This authorization includes release of information concerning background, testing, and treatment of drug and alcohol abuse, drug-related conditions, alcoholism, psychiatric/psychological conditions, Acquired Immune Deficiency Syndrome (AIDS), AIDS-Related Complex (ARC), and/or tests for antibodies to the AIDS virus (HIV).

Client's Signature

WITNESS:

009111

10/26/99

PUBLIC DEFENDERS OFFICE
8 EAST LONG STREET

COLUMBUS, OH 43215

LEE MOORE
24174

DEAR REQUESTOR:

We are returning your request for medical information on the above named patient. We cannot honor this request for the following reasons:
        **CHART UNAVAILABLE**
       ***CHART UNAVAILABLE***

If you still need the information, please re-request it within 30 days. Be sure to include your original letter.

If you have any questions, please contact us and we will be happy to further assist you.

Please refer to transaction number 24174 in all future correspondence regarding this request.

                Thank you
                MEDICAL RECORDS
                (513)584-6188

                The University Hospital
                234 Goodman Street
                Cincinnati, Ohio 45219

009112