

**Office of the Ohio Public Defender**
8 East Long Street
Columbus, Ohio 43215-2998
(614) 466-5394
FAX NUMBER: (614) 644-9972

DAVID H. BODIKER
State Public Defender

Date rec'd _____

1st Follow-up _____

2nd Follow-up _____

October 21, 1999

Kroger
P. O. Box 46234
Cincinnati, OH 45246

Attention: Shawna Jessee

Re: State of Ohio v. Lee E. Moore

Dear Madam:

Please be advised that the Ohio Public Defender is representing **Lee E. Moore** in the above referenced matter. The information requested herein is necessary for a detailed social history to be completed on his behalf.

In our efforts to properly represent **Mr. Moore** we are requesting that you provide us with any and all employment records regarding Mr. Moore. These records should include, but are not limited to:

EMPLOYMENT
- hire and termination dates;
- full-time or part-time employee status;
- disciplinary problems;
- any work-related problems and/or injuries.

To assist you in locating these records, Mr. Moore's birthdate is 10/19/74 and his social security number is ███████████. His parents are Lee & Georgia Moore.

009113

Kroger
October 21, 1999
Page Two

It is our understanding that Mr. Lee was employed around 1990 for approximately 6 months at the Kroger Store in Mt. Healthy.

In addition to our records request stated above please indicate the name of your agency's custodian of records, as it may be necessary to have the authenticity of the documents verified. Please forward this information to Ohio Public Defender, Attn: Jessica H. Love on or before October 27, 1999.

An authorization for release of all such records is enclosed for your files.

              Sincerely,


              Jessica H. Love
              Mitigation Specialist

JL/cw

Enclosure

#99957v1

009114



Office of the Ohio Public Defender
8 East Long Street
Columbus, Ohio 43215-2998
(614) 466-5394
FAX NUMBER (614) 728-3670

## AUTHORIZATION TO RELEASE INFORMATION

TO: Kroger  
P. O. Box 46234  
Cincinnati, OH 45246  

RE: State of Ohio v. Lee E. Moore  

DATE: 10/21/99

You are hereby authorized to release to the Office of the Ohio Public Defender all records or other documents currently in your possession. Their representative may examine and make copies of all of my medical, psychological, hospital, police, and employment records, or any other records he/she may deem necessary in his/her work on my behalf. You are authorized to discuss these records and any other matters concerning me with said representative and are asked to assist him/her on the current investigation.

This authorization includes release of information concerning background, testing, and treatment of drug and alcohol abuse, drug-related conditions, alcoholism, psychiatric/psychological conditions, Acquired Immune Deficiency Syndrome (AIDS), AIDS-Related Complex (ARC), and/or tests for antibodies to the AIDS virus (HIV).

_____
Client's Signature

WITNESS: _____

009115

**Office of the Ohio Public Defender**
8 East Long Street
Columbus, Ohio 43215-2998
(614) 466-5394
FAX NUMBER: (614) 644-9972

DAVID H. BODIKER
State Public Defender

Date Rec'd _____

1st Follow-up _____

2nd Follow-up _____

November 17, 1999

Dr. Terry Swartz
8180 Corporate Park Dr.
Suite #104
Cincinnati, Ohio 45242

                                      Re: **State of Ohio v. Lee E. Moore**

Dear Sir:

    Please be advised that the Ohio Public Defender is representing **Lee E. Moore** in the above referenced matter. The information requested herein is necessary for a detailed social history to be completed on his behalf.

    In our efforts to properly represent **Mr. Moore** we are requesting that you provide us with any and *all psychiatric records* regarding **Mr. Moore**. These records should include, but are not limited to:

<u>Psychiatric</u>

- date(s) of evaluation;
- tests administered;
- interview reports;
- case notes;
- collateral information used, i.e., medical reports, school records, interviews with friends and/or family, etc.;
  diagnosis;
- prognosis;
  recommendation for treatment and/or placement.

009116

Dr. Terry Swartz
November 17, 1999
Page Two

    To assist you in locating these records, **Mr. Moore's** birthdate is **10/19/74** and his social security number is ▇▇▇▇▇▇. His parents are **Lee and Georgia Moore**.

    It is our understanding that Mr. Moore attended 4 – 6 counseling sessions with you during 1993. His mother was employed at General Motors at the time and is not certain what insurance covers the services.

    In addition to our records request stated above please indicate the name of your agency's custodian of records, as it may be necessary to have the authenticity of the documents verified. <u>Please forward this information to Ohio Public Defender, Attn: Jessica H. Love on or before November 27, 1999</u>.

    An authorization for release of all such records is enclosed for your files.

                                           Sincerely,

                                           Jessica H. Love
                                           Mitigation Specialist

JL/cw

Enclosure

#101631v1

009117

KROGER FOOD STORES
P.O. BOX 46234
CINCINNATI, OH 45246

November 2, 1999

To whom it may concern:

This letter comes in reference to your request for information from the employment file for Lee E. Moore (███████). Having been terminated before the year 1994, this employee's file is inaccessible.

However, we do keep and provide job title, length of service, and salary records. Mr. Moore was a part-time bagger with our company from 12/16/90 through 9/1/91.

If you need any further assistance, you can contact me at (513) 782-3418.

Sincerely,


Shawna Jessee
Human Resource Dept.
Verifications

009118



# KROGER FOOD STORES
P.O Box 46234 Cincinnati, Ohio 45246-0246

TO WHOM THIS MAY CONCERN:

WE ARE UNABLE TO LOCATE _Lee E. Moore_

SSN: ███████████

PLEASE SUPPLY US WITH AS MUCH INFORMATION AS POSSIBLE (WORK LOCATION, DATES EMPLOYED, OTHER NAMES USED ETC.) AND RETURN TO OUR OFFICES SO WE CAN INVESTIGATE FURTHER.

THANK YOU.

Shawna Jessee
Human Resource Dept.
Verifications
(513) 782-3418

We have no record of this employee back to 1994 in the Cinti/Dayton division. If he worked in or around Columbus, you need to contact our corporate office at (513) 762-4000 to find out where to forward this. If he did work in the Cincinnati or Dayton area, please provide us with estimated dates of employment, etc. and return to us

009119



**Office of the Ohio Public Defender**
8 East Long Street
Columbus, Ohio 43215-2998
(614) 466-5394
FAX NUMBER: (614) 644-9972

DAVID H. BODIKER
State Public Defender

October 13, 1999

Kroger
P. O. Box #46234
Cincinnati, OH 45246

Attention: <u>Human Resource Department - Shawna</u>

             Re: <u>State of Ohio v. **Lee E. Moore**</u>

Dear Madam:

  Please be advised that the Ohio Public Defender is representing **Lee E. Moore** in the above referenced matter. The information requested herein is necessary for a detailed social history to be completed on his behalf.

  In our efforts to properly represent **Mr. Moore** we are requesting that you provide us with any and all employment records regarding Mr. Moore. These records should include, but are not limited to:

<u>EMPLOYMENT</u>

- hire and termination dates;
- full-time or part-time employee status;
- disciplinary problems;
- any work-related problems and/or injuries.

  To assist you in locating these records, Mr. Moore's birthdate is 10/19/74 and his social security number is ███████████. His parents are Lee & Georgia Moore.

009120

Kroger
October 13, 1999
Page Two


    In addition to our records request stated above please indicate the name of your agency's custodian of records, as it may be necessary to have the authenticity of the documents verified. <u>Please forward this information to Ohio Public Defender, Attn: Jessica H. Love on or before October 27, 1999.</u>

    An authorization for release of all such records is enclosed for your files.

                                Sincerely,

                                Jessica H. Love
                                Mitigation Specialist

JL/cw

Enclosure

#99391v1

009121



Office of the Ohio Public Defender
8 East Long Street
Columbus, Ohio 43215-2998
(614) 466-5394
FAX NUMBER: (614) 728-3670

## AUTHORIZATION TO RELEASE INFORMATION

TO: Kroger

P. O. Box #46234

Cincinnati, OH 45246

RE: State of Ohio v. Lee E. Moore

DATE: 10/13/99

You are hereby authorized to release to the Office of the Ohio Public Defender all records or other documents currently in your possession. Their representative may examine and make copies of all of my medical, psychological, hospital, police, and employment records, or any other records he/she may deem necessary in his/her work on my behalf. You are authorized to discuss these records and any other matters concerning me with said representative and are asked to assist him/her on the current investigation.

This authorization includes release of information concerning background, testing, and treatment of drug and alcohol abuse, drug-related conditions, alcoholism, psychiatric/psychological conditions, Acquired Immune Deficiency Syndrome (AIDS), AIDS-Related Complex (ARC), and/or tests for antibodies to the AIDS virus (HIV).

_Lee E. Moore_
Client's Signature

WITNESS: _____

009122



**Office of the Ohio Public Defender**
8 East Long Street
Columbus, Ohio 43215-2998
(614) 466-5394
FAX NUMBER: (614) 644-9972

DAVID H. BODIKER
State Public Defender

Date Rec'd _____

1st Follow-up _____

2nd Follow-up _____

October 21, 1999

Mt. Healthy High School
2046 Adams Rd.
Cincinnati, OH 45231

Attention: <u>Susan Dorn</u>

                        Re: <u>State of Ohio v. **Lee E. Moore**</u>

Dear Madam:

    Please be advised that the Ohio Public Defender is representing **Lee E. Moore** in the above referenced matter. The information requested herein is necessary for a detailed social history to be completed on his behalf.

    In our efforts to properly represent **Mr. Moore** we are requesting that you provide us with any and all educational records regarding Mr. Moore. These records should include, but are not limited to:

### Education

- academic performance (grades), including
- teachers' names;
- attendance records;
- psychological and IQ testing dates and outcomes;
- disciplinary problems and/or other
- achievements/recognitions;
- attendance records;
- parent-teacher conferences;
- grade retentions and reasons;
- any organizational activities he may have been

009123

Mt. Healthy High School
October 21, 1999
Page Two

- involved in;
- any other information pertinent to him, his
- siblings and his parents in relation to his
- academic performance.

To assist you in locating these records, Mr. Moore's birthdate is 10/19/74 and his social security number is ▇▇▇▇▇▇. His parents are Lee & Georgia Moore.

Per your request in the faxed information received on 10/19/99, this request is for the file on Mr. Moore.

In addition to our records request stated above please indicate the name of your agency's custodian of records, as it may be necessary to have the authenticity of the documents verified. Please forward this information to Ohio Public Defender, Attn: Jessica H. Love on or before October 27, 1999.

An authorization for release of all such records is enclosed for your files.

Sincerely,

Jessica H. Love
Mitigation Specialist

JL/cw

Enclosure

#99960v1

009124



Office of the Ohio Public Defender
8 East Long Street
Columbus, Ohio 43215-2998
(614) 466-5394
FAX NUMBER: (614) 728-3670

## AUTHORIZATION TO RELEASE INFORMATION

TO: Mt. Healthy High School

2046 Adams Rd.

Cincinnati, OH 45231

RE: State of Ohio v. Lee E. Moore

DATE: 10/21/99

You are hereby authorized to release to the Office of the Ohio Public Defender all records or other documents currently in your possession. Their representative may examine and make copies of all of my medical, psychological, hospital, police, and employment records, or any other records he/she may deem necessary in his/her work on my behalf. You are authorized to discuss these records and any other matters concerning me with said representative and are asked to assist him/her on the current investigation.

This authorization includes release of information concerning background, testing, and treatment of drug and alcohol abuse, drug-related conditions, alcoholism, psychiatric/psychological conditions, Acquired Immune Deficiency Syndrome (AIDS), AIDS-Related Complex (ARC), and/or tests for antibodies to the AIDS virus (HIV).

_Lee E. Moore_
Client's Signature

WITNESS: _[signature]_

009125

MT. HEALTHY CITY SCHOOLS

SCHOOL PSYCHOLOGIST REPORT

| | | |
|---|---|---|
| Name    Lee E. Moore, Jr. | Date of Birth  10/19/74 | Date  3/9/87 |
| Parent  Georgia/Lee Moore | Grade  6.6 | Boy  X |
| Address  1280 Meredith Dr. (31) | School  Rex Ralph Elem. | Girl |

TESTS AND RESULTS:    CA 12-4

Consultation regarding psychoeducational problems

Therapeutic Interview/Observation with Lee E. Moore, Jr.

Conferences with:   Mr. Sparks, sixth grade tacher

Mr. Pardini, Principal of Rex Ralph Elementary School

Mr. and Mrs. Lee E. Moore, Sr.

FUNCTIONAL RANGES   (These ranges reflect the child's performance in relation to his/her age group.)

| | Above Average | Average | Low Average | Significant Deficit |
|---|---|---|---|---|
| General Intelligence | | | | |
| Basic Reading Skills | | | | |
| Reading Comprehension | | | | |
| Mathematics Calculation | | | | |
| Mathematics Reasoning | | | | |
| Written Expression | | | | |
| Listening Comprehension | | | | |
| Auditory Memory | | | | |
| Auditory Discrimination | | | | |
| Gross Motor | | | | |
| Fine Motor | | | | |
| Visual Motor | | | | |
| Social/Emotional Status | | | | |
| Adaptive Behavior | | | | |

#P-3 Rev. 9/85

009126

CONSULTATION SUMMARY

**REASON FOR REFERRAL**

A therapeutic interview was held with Lee E. Moore, Jr., at the request of his mother, Mrs. Georgia L. Moore and Mr. D. Sparks, sixth grade teacher at Rex Ralph Elementary School. According to Mr. Sparks, "Lee's attitude is poor towards school and his overall behavior is bad. He has been caught changing his grades on his report card and signing his mother's name on the report card. Mrs. Moore is seeking our advice and help. She has tried rewarding Lee for positive things and gone to the other extreme of spanking him for negative actions."

**BACKGROUND INFORMATION**

Lee entered the Mt. Healthy City Schools at Rex Ralph Elementary on August 28, 1984. He repeated fourth grade. His current average grades are: Reading - C, Math - F, Spelling C-B, Science - D, Social Studies - C, and Health - C. *(parents divorced 1981)*

Lee resides in an intact family with employed parents. His mother works at the General Motors Plant in Norwood which is slated to close in August of 1987. He has older sisters, some now married, who attended Mt. Healthy High School.

Lee related that Mr. Sparks teaches him in Social Studies, Science, Math, and Spelling. He discussed problem areas in Math; particularly with reducing fractions, and adding, multiplying, and subtracting fractions, and feels the need for individualized instruction. Lee stated that problems with Math understanding and achievement began in fifth grade. He was successful in fourth grade Math following tutoring with Mrs. Lauck.

Lee discussed signing his mother's name on his report card because he did not want her "to see the 'F' in math" and "wouldn't let him ride his new bike." However, Lee also volunteered that his course of action was wrong and he did not contemplate doing it again. Consequences of such behavior, rights of others, expectations, and respect of others were further considered.

Following more than an hour's discussion with Lee, and the working of some math problems dealing with fractions, a conference was held with Mr. Sparks, alone, and Mr. Sparks and Mr. Pardini, together. Additional individualized instruction in math, either by Mr. Sparks or through the Intervention Program or by private tutoring with Mrs. Lauck, was suggested.

This recommendation for individualized instruction in simple fractions (mathematics calculation) for Lee will also be discussed with Mr. and Mrs. Moore.

Also, portions of the interview with Lee will be discussed with Mr. and Mrs. Moore, with suggestions to deal with his emerging adolescent behaviors and emotions.

*Copy of report to Mr. + Mrs. Moore BML*

BML/cjb    3-19-87

Dr. Beverly M. Lotz
Certified School Psychologist
Licensed Psychologist #2331

009127

# Mt. Healthy High School



2046 Adams Road
Cincinnati, Ohio 45231

Telephone: (513) 729-0130
FAX: (513) 728-4695

Date: 10-15-99

## Fax Transmittal Sheet

Page 1 of ___ pages

To: Jessica Love
From: S. Dorn
Re: Lee Moore

**Additional Comments:**

009128



HIGH SCHOOL GRADES

MT. HEALTHY HIGH SCHOOL, 2046 Adams Road, Cincinnati, Ohio 45231 Phone: 729-0130

A = 90-100 (Excellent)
B = 80- 89 (Above Avg.)  Was or will
C = 70- 79 (Average)     be graduated
D = 60- 69 (Below Avg.)
F = 0- 59 (Failing)

MOORE, LEE E.
STU # 000750291       ID 000750291
1280 MEREDITH DR
BORN 10/19/74           MALE

ADDRESS _____ Cincinnati, Ohio 452___

PARENT OR GUARDIAN: _____

COLLEGE RECOMMENDATION: Grades A through C

RANK: (Based on Major subjects only)

6 Semesters: ___ In a class of ___ Cum. Ave. ___
8 Semesters: ___ in a class of ___ Cum. Ave. ___

000750291  1989-90  MOORE, LEE E.
           CUM-
           PREVIOUS CREDITS-  1.04761

PHYS ED I         C   .250
HEALTH            C   .500
ENGLISH I         D  1.000
GENERAL MATH      D  1.000
C/P FRENCH I      F
ART I             D  1.000
ANIM KINGDOM      F
                    TOTAL CREDITS-  4.750

000750291  1990-91  MOORE, LEE E.
MATH       CUM-          C  C  C
           PREVIOUS CREDITS-  4.750/4.000

ENGLISH II/SS     C   3.750  1.000
ENGLISH II-P1     F
GEN ALG I-P1      F
WORLD HIST I      F
KEY/TYP I-P1      C
CAREER EXP        F
BEGIN FOODS       F
                    TOTAL CREDITS-  4.750
                    Not Ranked

000750291  1991-92  MOORE, LEE E.
           CUM-            C   4.750  1.000
           PREVIOUS CREDITS-  6108;

WORLD HISTORY/SS  C   1.000
GEN ALG I-P1      F
WORLD HIST II     F
ENGLISH III       F
ASTRONOMY         F
ECOL/CONSERV      F
INTRO PHOTO       F
                    TOTAL CREDITS-  5.750
                    Not Ranked

702444  92-93  LEWIS, Gerald

English III       F
Amer. History     D
G. Alg. I Pt.1    D
Law/Justice       C
Geology           F

TOTAL CREDITS  .500

Send to
File

W/D 1-11-93
W/D 1-29-93
cut of district

MT. HEALTHY HIGH SCHOOL
2046 Adams Road
Cincinnati, Ohio 45231
Guidance Office
729-0130, Ext. 26
OFFICIAL TRANSCRIPT

DATE 10-15-99

Susan Dorn
George B Stokes

009129

MT. HEALTHY CITY SCHOOLS

Name _____ First _____ Middle _____  Date of Birth _____

Date Enrolled _____  Date Withdrawn _____

## STANFORD Achievement Test Series, Eighth Edition

MOORE
GR 08  AGE 14-06  SEX M
TEST DATE 4/24/92
LEVEL ADVAN 2  FORM J
1988 NORMS NATIONAL
GR 08 SPRING

| SCORE TYPE | Total Rdg | Rdg Vocab | Rdg Comp | Total Math | Math Comp | Math Appl | Total Lang | Lang Mech | Lang Exp | Spell | Study Skills | Listening | Using Info Sources | Basic Battery | Compl Battery | Science | Soc Science |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SS | 702 | 735 | 669 | 654 | 663 | 645 | 677 | 661 | 696 | | | | | | | | |
| NSTR-S | 71-6 | 88-7 | 56-5 | 25-3 | 34-4 | 21-2 | 51-5 | 43-3 | 63-6 | | | | | | | | |
| N/NCE | 62-0 | 75-1 | 53-2 | 36-3 | 41-2 | 26-3 | 51-6 | 46-2 | 58-5 | | | | | | | | |
| AAC | HIGH | HIGH | HIGH | LOW | MID | LOW | MID | MID | HIGH | DNA | DNA | DNA | DNA | DNA | DNA | DNA | DNA |

Normative Date © 1989 by HBJ

## STANFORD Achievement Test Series, Eighth Edition

MOORE
GR 10  AGE 16-06  SEX M
TEST DATE 4/19/93
LEVEL TASK 2  FORM J
STUDENT NO. 000750291
1988 NORMS NATIONAL
GR 10 SPRING

## Otis-Lennon School Ability Test

MOORE
GR 10  AGE 15-06  SEX M
LEVEL F  FORM 1
1988 NORMS NATIONAL
GR 09 SPRING

|  | TOTAL | VERBAL | NON-VERBAL |
|---|---|---|---|
| RS | 28 | 15 | 13 |
| SAI | 95 |  |  |
| N/PR-S | 38-4 | 40-5 | 39-2 |

## Otis-Lennon School Ability Test

MOORE
GR 10  AGE 17-06  SEX M
LEVEL G  FORM 1
STUDENT NO. 000750291
1988 NORMS NATIONAL
GR 10 SPRING

|  | TOTAL | VERBAL | NON-VERBAL |
|---|---|---|---|
| RS | | | |

LEE  MOORE  000750291

| | ATTEMPT | SCORE | DATE | GRADE = |
|---|---|---|---|---|
| MATH | 2 | FAIL | 92/11 | 10 |
| READING | 2 | PASS | 92/11 | 10 |
| CTZSHP | 2 | PASS | 92/11 | 10 |
| WRITING | 1 | FAIL | -91/04 | 09 |

3/24/93  STATE DEVELOPED TEST FOR FALL 9TH GRADE
WITHDRAWN STUDENTS - HIGH SC

009130

Office of the Ohio Public Defender
8 East Long Street
Columbus, Ohio 43215-2998
(614) 466-5394
FAX NUMBER: (614) 728-3670



AUTHORIZATION TO RELEASE INFORMATION

TO: Super Saver Cinema

601 Forest Fair Dr.

Forest Park Mall
Cincinnati, OH 45240

RE: State of Ohio v. Lee E. Moore

DATE: 10/13/99

You are hereby authorized to release to the Office of the Ohio Public Defender all records or other documents currently in your possession. Their representative may examine and make copies of all of my medical, psychological, hospital, police, and employment records, or any other records he/she may deem necessary in his/her work on my behalf. You are authorized to discuss these records and any other matters concerning me with said representative and are asked to assist him/her on the current investigation.

This authorization includes release of information concerning background, testing, and treatment of drug and alcohol abuse, drug-related conditions, alcoholism, psychiatric/psychological conditions, Acquired Immune Deficiency Syndrome (AIDS), AIDS-Related Complex (ARC), and/or tests for antibodies to the AIDS virus (HIV).

Client's Signature

WITNESS:

009131



**Office of the Ohio Public Defender**
8 East Long Street
Columbus, Ohio 43215-2998
(614) 466-5394
FAX NUMBER: (614) 644-9972

DAVID H. BODIKER
State Public Defender

October 13, 1999

Super Saver Cinema
601 Forest Fair Dr.
Forest Park Mall
Cincinnati, OH 45240

Attention: <u>Personnel Department</u>

                              Re:  <u>State of Ohio v. Lee E. Moore</u>

Dear Sir/Madam:

    Please be advised that the Ohio Public Defender is representing **Lee E. Moore** in the above referenced matter. The information requested herein is necessary for a detailed social history to be completed on his behalf.

    In our efforts to properly represent **Mr. Moore** we are requesting that you provide us with any and all employment records regarding Mr. Moore. These records should include, but are not limited to:

EMPLOYMENT
- hire and termination dates;
- full-time or part-time employee status;
- disciplinary problems;
- any work-related problems and/or injuries.

    To assist you in locating these records, Mr. Moore's birthdate is 10/19/74 and his social security number is ███████████. His parents are Lee & Georgia Moore.

009132