IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| LEE E. MOORE, | : | |
| Petitioner, | : | CASE NO. 1:00-cv-00023 |
| v. | : | JUDGE SUSAN J. DLOTT |
| BETTY MITCHELL, Warden | : | Magistrate Judge Michael R. Merz |
| Respondent. | : | *Death Penalty Case* |

NOTICE OF SUBSTITUTION OF CO-COUNSEL AND TERMINATION OF COUNSEL

Please take notice that **Assistant Attorney General Henry G. Appel** has been replaced as co-counsel of record for Respondent in the above styled appeal by **Deputy Attorney General Matthew C. Hellman.** **Assistant Attorney General Henry G. Appel** should be terminated as counsel of record in this case as he is no longer with the Capital Crimes Section. Copies of all pleadings, correspondence, or other documents filed with this Honorable Court should be directed to the undersigned.

Respectfully submitted,

JIM PETRO
OHIO ATTORNEY GENERAL

s/Matthew C. Hellman
**MATTHEW C. HELLMAN (0071628)**
Deputy Attorney General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(6l4) 728-7055; (614) 728-8600 (fax)
Email: mhellman@ag.state.oh.us

**COUNSEL FOR RESPONDENT**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Notice of Substitution of Co-Counsel and Termination of Counsel*, has been forwarded via the court's electronic filing system, this 2nd day of February, 2006, to counsel for petitioner:

| | |
|---|---|
| **Laurence E. Komp** | **Michael Jay O'Hara** |
| Attorney at Law | Email: mohara@ortlasw.com |
| Email: lekomp@swbell.net | O'Hara, Ruberg, Taylor, Sloan & Sergent |
| 423 Madrina | 25 Crestview Hills Mall Road, Suite 201 |
| Ballwin, Missouri 63021 | P.O. Box 17411 |
| | Crestview Hills, Kentucky 41017 |

s/Matthew C. Hellman
**MATTHEW C. HELLMAN (0071628)**
Deputy Attorney General