IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **LEE E. MOORE,** | ) |
| | )    **No. C-1-00-0023** |
| **Petitioner,** | ) |
| | )    **Judge Dlott** |
| vs. | ) |
| | )    **Magistrate Judge Merz** |
| **BETTY MITCHELL,** | ) |
| | ) |
| **Respondent.** | ) |

**NOTICE OF CHANGE OF ADDRESS OF COUNSEL**

Now Comes Laurence E. Komp, one of the attorneys for Lee E. Moore, Jr., and gives notice of change of address. Effective immediately, Mr. Komp will be located at:

    Laurence E. Komp - Attorney at Law
    P.O. Box 1785
    Manchester, MO 63011
    Phone (636) 207-7330
    Fax (636) 207-7351
    E-mail: lekomp@swbell.net

Mr. Komp's phone numbers and e-mail address have not changed.

                                      Respectfully Submitted,

                                      /s/ Laurence E. Komp
                                      Laurence E. Komp  - 0060142 (Ohio)
                                      Attorney at Law
                                        P.O. Box 1785
                                        Manchester, MO 63011
                                        Phone (636) 207-7330
                                        Fax (636) 207-7351
                                        E-mail: lekomp@swbell.net

                                                -and-

                                      MICHAEL J. O'HARA
                                      O'Hara, Ruberg, Taylor, Sloan & Sergent
                                      25 Crestview Hills Mall Rd, Ste. 201
                                      P.O. Box 17411

Covington, KY 41017  
Phone: (859) 331-2000  
Fax: (859) 578-3365  
E-mail: mohara@ortlaw.com

CERTIFICATE OF SERVICE

    Petitioner filed this pleading electronically via this Court's CM/ECF system on this 20th day of November 2006.  I hereby certify that a true and accurate version of the foregoing is available to counsel for Respondent via this Court's CM/ECF system.

/s/ Laurence E. Komp  
COUNSEL FOR PETITIONER