## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **LEE E. MOORE,** | ) | **CASE NO. C-1-00-0023** |
| | ) | |
| Petitioner, | ) | **Judge Dlott** |
| | ) | |
| vs. | ) | **Chief Magistrate Judge Merz** |
| | ) | |
| **BETTY MITCHELL, Warden** | ) | |
| | ) | *DEATH PENALTY CASE* |
| Respondent. | ) | |

## ENTRY

The Court being fully advised hereby GRANTS the Agreed Upon Motion for Extension of Time for Petitioner to file his Objections up to and including April 26, 2007.

_____
**CHIEF MAGISTRATE JUDGE MERZ**