UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| LEE E. MOORE, | ) | CASE NO. C-1-00-0023 |
| | ) | |
| Petitioner, | ) | Judge Dlott |
| | ) | |
| vs. | ) | Chief Magistrate Judge Merz |
| | ) | |
| BETTY MITCHELL, Warden | ) | |
| | ) | *DEATH PENALTY CASE* |
| Respondent. | ) | |

**AGREED UPON STIPULATION TO EXPAND THE RECORD
PURSUANT TO HABEAS RULE 7 WITH JURY QUESTIONNARIES**

Now come the parties, by counsel, and hereby enter into the following stipulation:

The Parties stipulate to the expansion of the record pursuant to Habeas Rule 7 with the following jury questionnaires:

1. Jury Questionnaire 10 (Sitting Juror William Miller) (Attachment 1)
2. Jury Questionnaire 11 (Sitting Juror Donna England) (Attachment 2)
3. Jury Questionnaire 14 (Struck Juror Sandra Freeman) (Attachment 3)
4. Jury Questionnaire 24 (Sitting Juror Guy Hopkins) (Attachment 4)

Each of the questionnaires is attached to this filing. Counsel for Respondent telephonically advised Petitioner of his agreement with the above stipulation on December 10, 2007.

The parties request the opportunity to present legal argument regarding the jury questionnaires. The parties request fifteen days from the ordering of such to file a memorandum regarding these jury questionnaires.

Respectfully Submitted,

/s/ Laurence E. Komp
LAURENCE E. KOMP - 0060142
Attorney at Law
P.O. Box 1785
Manchester, MO 63011
Phone (636) 207 – 7330
Fax (636) 207 – 7351

-and-

/s/ Michael J. O'Hara
MICHAEL J. O'HARA – 0014966
O'Hara, Ruberg, Taylor, Sloan & Sergent
25 Crestview Hills Mall Rd, Ste 201
P.O. Box 17411
Covington, KY 41017
Phone: (859) 331-2000
Fax: (859) 578-3365

COUNSEL FOR PETITIONER

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed with and will be made available to Respondent via this Court's electronic filing system and pursuant to Loc. R. 5.2 this constitutes service.

/s/ Laurence E. Komp
LAURENCE E. KOMP - 0060142