Judge Robert P. Ruehlman

Case No. B-9400481

## PROSPECTIVE JUROR QUESTIONNAIRE

GENERAL BACKGROUND

1. Name, address, (nearest major intersection) age, race, nationality and place of birth.

   WILLIAM L MILLER
   [illegible] Rd Cincinnati OH 45255 (Sutton & Beechmont)
   36
   CAUCASIAN
   AMERICAN
   CINCINNATI

2. How long have you lived at your current address?

   10 yrs

3. How long have you lived in Hamilton County?

   36 yrs

4. If you have lived at other addresses in the past ten years, please list beginning with most recent:

5. Do you (own) ✓ rent ______ your home? If neither, please explain.

006780

EDUCATION

6. Please check one:

- ______ less than high school
- ______ high school
- ______ some college
- __✓__ B.A. __✓__ B.S.
- ______ M.A. ______ M.S.
- ______ other graduate degree, please describe ______________________

7. If you attended college or graduate school, which one, when and where?

Graduate School at University of Cincinnati Cincinnati, Ohio

8. What did you study? EDUCATION ADMINISTRATION

9. Have you received any special training? If yes, please describe. ADMINISTRATIVE DEVELOPMENT ACADEMY at U.C.

EMPLOYMENT

10. Are you currently employed, unemployed, retired, disabled, a homemaker, or a student?

EMPLOYED.

006781

11. If retired, presently unemployed, or disabled, please answer the questions above for your last job(s).

12. If employed, where and how long? Batavia Local School; Batavia, Ohio

Where is your employment located? Batavia, Ohio

Job title, if any: Teacher + Coach

13. Do you have any supervisory responsibilities? No (other than students)

If yes, how many people do you supervise and what do they do?

14. Do you have a second job? Yes

If yes, please describe what you do.

Seasonal: Pool Manager

006782

15. Have you had other employment in the past ten years?

If yes, list prior places of employment, address, length of time at each, and job description for each prior employment.

YES

Community Mutual Ins. Co.
Cincinnati, Ohio
Account Executive

MARITAL STATUS

16. Please check: ✓ married ___ single ___ divorced ___ separated ___ widowed ___ living w/non-marital mate

17. If married or with mate, for how long? 11 years

Is your spouse or mate currently (employed,) unemployed, retired, a homemaker, or a student?

18. If employed, please describe what type of work your spouse or mate does, including name and location of employer and length of time at the position.

Teacher at New Richmond Schools
14 yrs.

19. If your spouse or mate is retired, presently unemployed or disabled, please answer the question above for the last job.

20. What is the educational background of your spouse or mate?

Masters Degree in Education

000789

21. Does any adult, other than yourself (and your spouse), reside in your household?

NO

If yes, what is his/her relationship to you?

22. What is his/her occupation and place of employment?

CHILDREN

23. Do you have children? YES

If so, how many, ages, sex, and last grade completed.

24. Their occupations, locations of employment and marital status, if adults.

25. Do your children presently live with you or, if now adults, did they live with you while growing up?

If no, please explain.

26. Have your children been raised by both natural parents?

Yes.

If no, please explain who raised them and the circumstances.

27. What factors do you think are most likely to have a positive influence on a child's development?

A Loving, Supportive Environment.

000785

28. What factors do you think are most likely to have a negative influence on a child's development?

NON - CARING,

NON INVOLVEMENT

ABSENT ...

RELIGION

29. What is you religious affiliation/denomination, if any?

CATHOLIC

30. Do you attend a church/temple?

If yes, how frequently? WEEKLY

31. What church/temple attended? ST. ROSE

32. Do you participate in other activities in your church/temple? NO

If yes, please describe them.

FAMILY BACKGROUND

33. Where did you grow up? Cincinnati

34. Do you have siblings? yes

If yes, please list age, sex, occupation and whether full, half, or step-sibling.

35 F · Teacher · Full

30 F · Housewife Full

26 F · Housewife · Full

35. What are/were your parent's occupations?

Teachers

36. Father's birthplace: Mansfield, Ohio

Mother's birthplace: Cincinnati, Ohio

MILITARY SERVICE

37. Have you ever served in the military? No

If yes, when, where, how long, branch, highest rank and job.

006787

FIREARMS

38. Do you now own or have you ever owned a firearm? YES

If yes, what type of firearm and for what purpose did you own it?

SHOTGUN - Hunting

39. Have you ever fired a handgun? YES

If yes, please explain the type of gun and the circumstances under which you fired it.

44 magnum

TARGET SHOOTING at my brother-in-law FARM

40. Have you had any bad experiences with guns, such as having one pointed at you? NO

If yes, please explain.

HEALTH

41. Do you have any specific health problems of a serious nature that might make it difficult or uncomfortable for you to sit as a juror in this case? NO

If yes, please explain.

42. Are you taking any medication regularly that might make it difficult for you to pay attention or concentrate for long periods of time? NO

006788

43. Is there any pressing business or personal matter that might interfere with the time it may take to render a decision in this case? (No)

If yes, please describe.

Exiting a Coaching duties

AFFILIATIONS

44. Do you belong to any social, fraternal, recreational, or athletic groups? (yes)

If yes, please describe.

1) Sigma Sigma Honorary Fraternity at Univ. Cinti
2) National, State + Local Soccer Coaches Assn.
3) State Basketball Coaches Assn.

45. Offices held now or in the past in any of these groups?

([illegible])

If yes, describe the position and what it involved.

46. Do you belong to any civic or political clubs or organizations?

If yes, please describe.

006789

47. Offices held now or in the past in any of these groups?

NONE

If yes, describe the position and what it involved.

48. Do you belong to a union? YES

If yes, please describe.

NEA / OEA TEACHERS UNIONS

49. Offices held now or in the past? NONE

If yes, describe the position and what it involved.

SPARE TIME

50. When you have time, how do you choose to relax and enjoy yourself?

All types of Sports.

51. What are your hobbies and interests?

WOODWORKING + Antiques

52. What television programs do you watch?

Sports
SEINFELD
NYPD BLUE

53. What type of books do you enjoy reading?

Adventures

54. Which magazines do you read?

Sports Illustrated

MEDIA

55. Do you get more of your news from (circle one):

a. newspapers

b. magazines

c. radio

d. TV

56. Which newspapers/news magazines do you read regularly?

Enquirer / Post

57. What news programs do you listen to or watch most often?

T.V News

58. Do you follow criminal cases or crime stories in the news?

If yes, which cases have you followed?

NO - only in passing

000791

59. Do you follow stories about the functioning of the criminal justice system? yes

If yes, which stories and how do these stories make you feel about the criminal justice system?

The guy just sent to the Lewis Center (he cut his wife's head off.) Makes me wonder if there's justice

Judge Winkler in Clermont Co. - up for parole after serving 4 mos. of a 12 year sentence

JURY EXPERIENCE

60. Have you served as a juror before? 



If yes, when and where?

61. Criminal or civil case? ______

If civil, what was the issue?

If criminal, what type of charge?

62. Were you the foreperson? NO

63. Without disclosing the result, did the jury reach a verdict in all cases?

If no, describe type of case.



006792

WITNESS EXPERIENCE

64. Have you ever testified as a witness in a criminal or civil case? (No)

If so, what type of case and in what capacity did you testify?

65. Have you ever witnessed a crime or situation calling for your observation? (No)

If yes, please describe when and under what circumstances.

66. In addition, if you ever filed a report with the police, please describe when and under what circumstances.

(Yes) My truck was broken into & things were taken.

CRIMINAL RECORD

67. Have you, or a member(s) of your family, or someone close to you, ever been arrested for or charged with a criminal offense? (No)

68. How was this person related to you?

69. Were you (they) convicted?

006793

VICTIM EXPERIENCE

70. Have you, or any member of your family, or close friend, ever been a victim of a crime?

NO

If yes, who, when and what happened?

71. How has the experience affected your feelings about the criminal justice system?

NO

LITIGATION EXPERIENCE

73. Have you, or any member of your family, or close friend, ever taken a course in the administration of justice, or studied law?

yes

If yes, please give details.

My college roommate is a lawyer

74. Have you, or any member of your family or close friend ever been affiliated with any of the following:

yes

If yes, please check:

CIA

__✓__ law enforcement (police officer, sheriff, F.B.I. agent, Etc.)
_____ corrections (prison guard, jailer, prison staff, jail staff)
_____ mental institution
_____ juvenile facilities
_____ probation and parole

_____ District Attorney or United States Attorney
__✓__ public defender
_____ law school
_____ investigative work
_____ immigration services
_____ drug enforcement administration

75. If you checked any of the above, please indicate who was affiliated, the nature of the affiliation, and when.

College Roommates David West is a lawyer

Sister · Lorris Hill was in the CIA.

76. Do you have acquaintances who are attorneys practicing criminal law or judges? (yes)

If yes, please state the names of those persons and the relation that you have with them.

College Roommate David West is a lawyer in Hamilton Co.

PSYCHIATRY/PSYCHOLOGY

77. How do you feel about psychiatrists and/or psychologists testifying as experts in court cases?

O.K

006795

78. Are you familiar with psychological testing? NO

If yes, how do you feel about the validity of these tests?

79. Have you ever studied psychiatry, psychology, or any related subjects? NO

If yes, please explain.

Only a class as a freshman in college

80. Have you, or any member of your family or close relative, ever consulted a psychiatrist or psychologist for professional services? NO

81. Did this consultation affect your opinion about the value of psychiatry or psychology?

If yes, please explain.

82. Is there anything else you would like to bring to the court's attention about your ability to be fair and impartial?

If yes, please explain. (No)

11-7-94
Date

[signature]
Signature

006797