Judge Robert P. Ruehlman

Case No. B-9400481

## PROSPECTIVE JUROR QUESTIONNAIRE

GENERAL BACKGROUND

1. Name, address, (nearest major intersection) age, race, nationality and place of birth.

   Donna England
   778 Laverty Lane = Beechmont
   Cinti. OH. 45230
   39, white
   Cinti, OH

2. How long have you lived at your current address?

   9 yrs.

3. How long have you lived in Hamilton County?

   39 yrs

4. If you have lived at other addresses in the past ten years, please list beginning with most recent:

   778 Laverty Ln - 9 yrs
   Sutton Ave - 2 yrs

5. Do you own ✓ rent ____ your home? If neither, please explain.

-1-

000800

EDUCATION

6. Please check one:
   - \_\_\_\_\_ less than high school
   - ✓ high school
   - \_\_\_\_\_ some college
   - \_\_\_\_\_ B.A.   \_\_\_\_\_ B.S.
   - \_\_\_\_\_ M.A.   \_\_\_\_\_ M.S.
   - \_\_\_\_\_ other graduate degree, please describe _____

7. If you attended college or graduate school, which one, when and where?

   *None*

8. What did you study?

   *None*

9. Have you received any special training? If yes, please describe.

   *None*

EMPLOYMENT

10. Are you currently employed, unemployed, retired, disabled, a homemaker, or a student?

    *Employed*

-2-

006801

11. If retired, presently unemployed, or disabled, please answer the questions above for your last job(s).

12. If employed, where and how long?

    *Hamilton County Treasurer, 6 years*

    Where is your employment located?

    *138 E. Court St*

    Job title, if any:

    *Data Processing*

13. Do you have any supervisory responsibilities?

    *No*

    If yes, how many people do you supervise and what do they do?

    *None*

14. Do you have a second job?

    *No*

    If yes, please describe what you do.

-3-

000802

15. Have you had other employment in the past ten years?

    Yes

    If yes, list prior places of employment, address, length of time at each, and job description for each prior employment.

    Planet Products - Blue Ash
    2 yrs. - Secretary
    Cinti Thermal Spray - Blue Ash
    3 yrs - Secretary

MARITAL STATUS

16. Please check:  _____ married        _____ separated
                   _____ single          _____ widowed
                   __✓__ divorced        __✓__ living w/non-marital mate

17. If married or with mate, for how long?

    9 yrs

    Is your spouse or mate currently employed, unemployed, retired, a homemaker, or a student?

    Employed

18. If employed, please describe what type of work your spouse or mate does, including name and location of employer and length of time at the position.

    Crane Heating & Air, St. Bernard, 2 yrs,
    Heating & Air Installation

19. If your spouse or mate is retired, presently unemployed or disabled, please answer the question above for the last job.

20. What is the educational background of your spouse or mate?

    High School - 12 yrs.

-4-

000803

21. Does any adult, other than yourself (and your spouse), reside in your household?

    *No*

    If yes, what is his/her relationship to you?

    ———

22. What is his/her occupation and place of employment?

    ———

CHILDREN

23. Do you have children?

    *Yes*

    If so, how many, ages, sex, and last grade completed.

    *One, son, 14, 8th grade*

24. Their occupations, locations of employment and marital status, if adults.

    ———

006804

25. Do your children presently live with you or, if now adults, did they live with you while growing up?

*Yes, son lives with me.*

If no, please explain.

26. Have your children been raised by both natural parents?

*Yes*

If no, please explain who raised them and the circumstances.

27. What factors do you think are most likely to have a positive influence on a child's development?

1. *Love*
2. *Praise*
3. *Honesty*
4. *Open relationship with parents*

006805

28. What factors do you think are most likely to have a negative influence on a child's development?

1. Drugs
2. Alchol
3. No Curfew
4. Left alone for alot of hours

RELIGION

29. What is you religious affiliation/denomination, if any?

None

30. Do you attend a church/temple?

No

If yes, how frequently?

—

31. What church/temple attended?

—

32. Do you participate in other activities in your church/temple?

—

If yes, please describe them.

—

006806

FAMILY BACKGROUND

33. Where did you grow up?

    Cinti.

34. Do you have siblings?

    Yes

    If yes, please list age, sex, occupation and whether full, half, or step-sibling.

    42, F, Factory, full
    31, F, Cleaning, full

35. What are/were your parent's occupations?

    Mother was a Factory worker
    Father was a Brick layer.

36. Father's birthplace: Ky

    Mother's birthplace: Ky.

MILITARY SERVICE

37. Have you ever served in the military?
    No
    If yes, when, where, how long, branch, highest rank and job.

-8-

FIREARMS

38.  Do you now own or have you ever owned a firearm? *No*

    If yes, what type of firearm and for what purpose did you own it?

    ———

39.  Have you ever fired a handgun? *No*

    If yes, please explain the type of gun and the circumstances under which you fired it.

    ———

40.  Have you had any bad experiences with guns, such as having one pointed at you?

    *No*

    If yes, please explain.

    ———

HEALTH

41.  Do you have any specific health problems of a serious nature that might make it difficult or uncomfortable for you to sit as a juror in this case?

    *No*

    If yes, please explain.

42.  Are you taking any medication regularly that might make it difficult for you to pay attention, or concentrate for long periods of time?

    *No*

-9-

006808

43. Is there any pressing business or personal matter that might interfere with the time it may take to render a decision in this case? *No*

    If yes, please describe.

    ———

AFFILIATIONS

44. Do you belong to any social, fraternal, recreational, or athletic groups?

    *Social, Ohio Valley Classic Budgie Club Bird Club, Show birds, Meets Once a week.*

    If yes, please describe.

45. Offices held now or in the past in any of these groups?

    *No*

    If yes, describe the position and what it involved.

    ———

46. Do you belong to any civic or political clubs or organizations?

    *No*

    If yes, please describe.

    ———

-10-

006809

43. Is there any pressing business or personal matter that might interfere with the time it may take to render a decision in this case? *No*

    If yes, please describe.

    ———

AFFILIATIONS

44. Do you belong to any social, fraternal, recreational, or athletic groups? *Social,*

    If yes, please describe. *Ohio Valley Classic Budgie Club, Bird Club, Show birds, Meets once a week.*

45. Offices held now or in the past in any of these groups?

    *No*

    If yes, describe the position and what it involved.

    ———

46. Do you belong to any civic or political clubs or organizations?

    *No*

    If yes, please describe.

    ———

006809

47. Offices held now or in the past in any of these groups?

*No*

If yes, describe the position and what it involved.

48. Do you belong to a union?

*No*

If yes, please describe.

49. Offices held now or in the past?

*No*

If yes, describe the position and what it involved.

SPARE TIME

50. When you have time, how do you choose to relax and enjoy yourself?

*Reading*

51. What are your hobbies and interests?

*My hobby would be reading. I am interested in Current affairs.*

52. What television programs do you watch?

*Usually half hour Sitcoms with my son, Comedy*

-11-

006810

53. What type of books do you enjoy reading?

    *Romance Novels, Mystery*

54. Which magazines do you read?

    *None*

MEDIA

55. Do you get more of your news from (circle one):

    a. (newspapers)
    b. magazines
    c. radio
    d. TV

56. Which newspapers/news magazines do you read regularly?

    *Cinti Enquirer*

57. What news programs do you listen to or watch most often?

    *Channel 9  5:00 p.m - 6:30 p.m.*

58. Do you follow criminal cases or crime stories in the news? *Yes*
    If yes, which cases have you followed?

    *Cannot Remember names, Watch News, & read paper on a regular basis.*

006811

59. Do you follow stories about the functioning of the criminal justice system? *No*

    If yes, which stories and how do these stories make you feel about the criminal justice system?

    —

JURY EXPERIENCE

60. Have you served as a juror before? *No*

    If yes, when and where?

    —

61. Criminal or civil case? *None*

    If civil, what was the issue?

    —

    If criminal, what type of charge?

    —

62. Were you the foreperson?

    —

63. Without disclosing the result, did the jury reach a verdict in all cases? —

    If no, describe type of case.

    —

-13-

006812

WITNESS EXPERIENCE

64. Have you ever testified as a witness in a criminal or civil case? *No*

    If so, what type of case and in what capacity did you testify?

    —

65. Have you ever witnessed a crime or situation calling for your observation? *No*

    If yes, please describe when and under what circumstances.

    —

66. In addition, if you ever filed a report with the police, please describe when and under what circumstances.

    *Yes - Theft, Boat Motor taken from Yard*

CRIMINAL RECORD

67. Have you, or a member(s) of your family, or someone close to you, ever been arrested for or charged with a criminal offense?

    *No*

68. How was this person related to you?

    —

69. Were you (they) convicted?

    —

-14-

006813

VICTIM EXPERIENCE

70. Have you, or any member of your family, or close friend, ever been a victim of a crime? *No*

    If yes, who, when and what happened?

71. How has the experience affected your feelings about the criminal justice system?

LITIGATION EXPERIENCE

73. Have you, or any member of your family, or close friend, ever taken a course in the administration of justice, or studied law? *No*

    If yes, please give details.

74. Have you, or any member of your family or close friend <u>ever</u> been affiliated with any of the following: *No*

If yes, please check:

    \_\_\_\_\_ law enforcement (police officer, sheriff, F.B.I. agent, Etc.)
    \_\_\_\_\_ corrections (prison guard, jailer, prison staff, jail staff)
    \_\_\_\_\_ mental institution
    \_\_\_\_\_ juvenile facilities
    \_\_\_\_\_ probation and parole

006811

\_\_\_\_\_ District Attorney or United States Attorney
\_\_\_\_\_ public defender
\_\_\_\_\_ law school
\_\_\_\_\_ investigative work
\_\_\_\_\_ immigration services
\_\_\_\_\_ drug enforcement administration

75. If you checked any of the above, please indicate who was affiliated, the nature of the affiliation, and when.

76. Do you have acquaintances who are attorneys practicing criminal law or judges? *No*

   If yes, please state the names of those persons and the relation that you have with them.

PSYCHIATRY/PSYCHOLOGY

77. How do you feel about psychiatrists and/or psychologists testifying as experts in court cases?

   *I feel their information, facts would be very important to hear in a trial*

-16-

006815

78. Are you familiar with psychological testing?
    *No*
    If yes, how do you feel about the validity of these tests?

    —

79. Have you ever studied psychiatry, psychology, or any related subjects?
    *No*
    If yes, please explain.

    —

80. Have you, or any member of your family or close relative, ever consulted a psychiatrist or psychologist for professional services?
    *No*

81. Did this consultation affect your opinion about the value of psychiatry or psychology?
    —
    If yes, please explain.

    —

-17-

006816

82. Is there anything else you would like to bring to the court's attention about your ability to be fair and impartial?

If yes, please explain.  *No*

Nov 7, 1994
_____
Date

*Donna England*
_____
Signature

000817