## PROSPECTIVE JUROR QUESTIONNAIRE

Please answer each question in the following pages as completely and as accurately as you can. Complete answers will save the Court and all parties involved a great deal of time. If you need more space to sufficiently answer any particular question, please use the blank page at the end of the questionnaire.

There are no right or wrong answers to the questionnaire. The only, right answers are complete and honest responses to all questions. The purpose in using this questionnaire is threefold. The first is to gain full and honest responses from you without revealing that information to the entire panel of jurors in open court. This will protect the confidentiality of your responses. Second, the questionnaire will spare you the long wait that usually occurs when the attorneys must repetitiously ask all of you the same questions. Finally, the use of this questionnaire provides each side the opportunity to select a fair and impartial jury. Therefore, your full cooperation is of the greatest significance to the administration of justice in this case.

SOME OF THESE QUESTIONS MAY CALL FOR INFORMATION OF A PERSONAL NATURE THAT YOU MAY NOT WANT TO DISCUSS IN PUBLIC; I.E., IN AN OPEN COURTROOM, WITH THE PRESS AND/OR THE PUBLIC PRESENT. IN ANY INSTANCE WHERE YOU FEEL PUBLIC DISCUSSION OF YOUR ANSWER MAY INVADE YOUR RIGHT TO PRIVACY OR MIGHT BE EMBARRASSING TO YOU, YOU MAY INDICATE BY PLACING YOUR INITIALS ALONGSIDE THE NUMBER OF THE QUESTION. THE COURT WILL THEN GIVE YOU THE OPPORTUNITY TO EXPLAIN YOUR REQUEST FOR CONFIDENTIALITY IN A CLOSED HEARING.

007017

Judge Robert P. Ruehlman

Case No. B-9400481

## PROSPECTIVE JUROR QUESTIONNAIRE

GENERAL BACKGROUND

1. Name, address, (nearest major intersection) age, race, nationality and place of birth.

   SANDRA FREEMAN - 10140 WOODSTOCK (SPINGFIELD PK)
   41 - BLACK - STOCKTON CALIFORNIA

2. How long have you lived at your current address?

   15 YRS

3. How long have you lived in Hamilton County?

   31 YRS

4. If you have lived at other addresses in the past ten years, please list beginning with most recent:




5. Do you own  ✓  rent _____ your home? If neither, please explain.

-1-

007018

EDUCATION

6. Please check one:
   \_\_\_\_ less than high school
   \_\_\_\_ high school
   ✓ some college
   \_\_\_\_ B.A. \_\_\_\_ B.S.
   \_\_\_\_ M.A. \_\_\_\_ M.S.
   \_\_\_\_ other graduate degree, please describe _____

7. If you attended college or graduate school, which one, when and where?

   MIAMI UNIVERSITY (OXFORD) & UC (CINTI) - 1971 + 72

8. What did you study?

   SPEECH THERPY

9. Have you received any special training? YES
   If yes, please describe.

   LISCENSED PRACTICAL NURSE

EMPLOYMENT

10. Are you currently **employed**, unemployed, retired, disabled, a homemaker, or a student?

    YES

-2-

007019

11. If retired, presently unemployed, or disabled, please answer the questions above for your last job(s).

12. If employed, where and how long?
    BETHESDA NORTH HOSPITAL — 21 yrs

    Where is your employment located?
    MONTGOMERY OHIO

    Job title, if any:
    LPN

13. Do you have any supervisory responsibilities?
    NO

    If yes, how many people do you supervise and what do they do?

14. Do you have a second job? NO

    If yes, please describe what you do.

-3-

007020

15. Have you had other employment in the past ten years? **NO**

    If yes, list prior places of employment, address, length of time at each, and job description for each prior employment.

MARITAL STATUS

16. Please check:  ✓ married          ___ separated
                   ___ single           ___ widowed
                   ___ divorced         ___ living w/non-marital mate

17. If married or with mate, for how long? **15 YRS**

    Is your spouse or mate currently employed, unemployed, retired, a homemaker, or a student? **YES**

18. If employed, please describe what type of work your spouse or mate does, including name and location of employer and length of time at the position.
    **TRUCK DRIVER - McKESSON DRUG CO, FAIRFIELD, OHIO   15½ YRS**

19. If your spouse or mate is retired, presently unemployed or disabled, please answer the question above for the last job.

20. What is the educational background of your spouse or mate?
    **SOME COLLEGE**

-4-

007021

21. Does any adult, other than yourself (and your spouse), reside in your household?   NO

    If yes, what is his/her relationship to you?

22. What is his/her occupation and place of employment?

CHILDREN

23. Do you have children?   YES

    If so, how many, ages, sex, and last grade completed.

    2 — 18 & 19 mts — FEMALES (HIGH SCHOOL)

24. Their occupations, locations of employment and marital status, if adults.

25. Do your children presently live with you or, if now adults, did they live with you while growing up?

    YES    ONE IN COLLEGE 1ST YR

    If no, please explain.

26. Have your children been raised by both natural parents?

    YOUNGEST - YES
    OLDEST - NO

    If no, please explain who raised them and the circumstances.

    RAISED BY STEP FATHER AT 2½ YRS T. PRESENT

27. What factors do you think are most likely to have a positive influence on a child's development?

    RELATIONSHIP OF PARENTS
    HOME ATMOSPHERE
    RELIGIOUS BELIEFS

-6-

007023

28. What factors do you think are most likely to have a negative influence on a child's development?

INCONSISTENT PARENTING
ALCOHOLISM OR DRUGS
NO RELIGIOUS BACKGROUND

RELIGION

29. What is you religious affiliation/denomination, if any?

CATHOLIC

30. Do you attend a church/temple?

NOT CONSISTENTLY

If yes, how frequently?

2-3 mts

31. What church/temple attended?

ST GABRIEL
ST. MARTIN DE PORRES

MT ZION BAPTIST (HUSB. CHURCH)

32. Do you participate in other activities in your church/temple?

NO

If yes, please describe them.

-7-

007024

FAMILY BACKGROUND

33. Where did you grow up? CALIFORNIA - SAN FRANCISCO
ARKANSAS - LITTLE ROCK
CINCINNATI, OHIO

34. Do you have siblings? YES

    If yes, please list age, sex, occupation and whether full, half, or step-sibling.

    38 - FEMALE - ? - FULL-SIBLING

35. What are/were your parent's occupations?

    MOTHER - RN COLLEGE INSTRUCTOR

    FATHER - CONSTRUCTION

36. Father's birthplace: - ARKANSAS
    Mother's birthplace: - ARKANSAS

MILITARY SERVICE

37. Have you ever served in the military? NO

    If yes, when, where, how long, branch, highest rank and job.

FIREARMS

38. Do you now own or have you ever owned a firearm? NO

   If yes, what type of firearm and for what purpose did you own it?

39. Have you ever fired a handgun? NO

   If yes, please explain the type of gun and the circumstances under which you fired it.

40. Have you had any bad experiences with guns, such as having one pointed at you? NO

   If yes, please explain.

HEALTH

41. Do you have any specific health problems of a serious nature that might make it difficult or uncomfortable for you to sit as a juror in this case? NO

   If yes, please explain.

42. Are you taking any medication regularly that might make it difficult for you to pay attention or concentrate for long periods of time? NO

007026

43. Is there any pressing business or personal matter that might interfere with the time it may take to render a decision in this case?   NO

    If yes, please describe.


AFFILIATIONS

44. Do you belong to any social, fraternal, recreational, or athletic groups?   NO

    If yes, please describe.


45. Offices held now or in the past in any of these groups?

    If yes, describe the position and what it involved.


46. Do you belong to any civic or political clubs or organizations?   NO

    If yes, please describe.

47. Offices held now or in the past in any of these groups?

    If yes, describe the position and what it involved.

48. Do you belong to a union?   NO

    If yes, please describe.

49. Offices held now or in the past?

    If yes, describe the position and what it involved.

SPARE TIME

50. When you have time, how do you choose to relax and enjoy yourself?
    PLAY WITH DAUGHTER   TV
    READ
    BOWL
    BINGO

51. What are your hobbies and interests?
    BOWLING
    BINGO

52. What television programs do you watch?
    VARIES GREATLY

-11-

007028

53. What type of books do you enjoy reading?
    AUTO BIOGRAPHIES
    MAGAZINES - PEOPLE ETC.

54. Which magazines do you read?
    PEOPLE - EBONY - JET - GOOD HOUSEKE

MEDIA

55. Do you get more of your news from (circle one):

    a. newspapers
    b. magazines
    c. radio
    **(d.)** TV

56. Which newspapers/news magazines do you read regularly?
    POST

57. What news programs do you listen to or watch most often?
    FROM 5PM - 7PM CHANNEL 9 NEWS

58. Do you follow criminal cases or crime stories in the news?
    AT TIME
    If yes, which cases have you followed?
    UNION - SC WITH THE LITTLE BOYS

-12-

007029

59. Do you follow stories about the functioning of the criminal justice system? *NO*

   If yes, which stories and how do these stories make you feel about the criminal justice system?

JURY EXPERIENCE

60. Have you served as a juror before? *NO*

   If yes, when and where?

61. Criminal or civil case?

   If civil, what was the issue?

   If criminal, what type of charge?

62. Were you the foreperson?

63. Without disclosing the result, did the jury reach a verdict in all cases?

   If no, describe type of case.

WITNESS EXPERIENCE

64. Have you ever testified as a witness in a criminal or civil case? NO

    If so, what type of case and in what capacity did you testify?

65. Have you ever witnessed a crime or situation calling for your observation? NO

    If yes, please describe when and under what circumstances.

66. In addition, if you ever filed a report with the police, please describe when and under what circumstances. NO

CRIMINAL RECORD

67. Have you, or a member(s) of your family, or someone close to you, ever been arrested for or charged with a criminal offense? NO

68. How was this person related to you?

69. Were you (they) convicted?

007031

VICTIM EXPERIENCE

70. Have you, or any member of your family, or close friend, ever been a victim of a crime?  NO

   If yes, who, when and what happened?

71. How has the experience affected your feelings about the criminal justice system?

LITIGATION EXPERIENCE

73. Have you, or any member of your family, or close friend, ever taken a course in the administration of justice, or studied law?  YES

   If yes, please give details.

   UNCLE LAWYER IN COLUMBUS

74. Have you, or any member of your family or close friend <u>ever</u> been affiliated with any of the following:

If yes, please check:

\_\_\_\_\_ law enforcement (police officer, sheriff, F.B.I. agent, Etc.)
\_\_\_\_\_ corrections (prison guard, jailer, prison staff, jail staff)
\_\_\_\_\_ mental institution
\_\_\_\_\_ juvenile facilities
\_\_\_\_\_ probation and parole

- ✓ District Attorney or United States Attorney
- ✓ public defender
- ✓ law school
- ___ investigative work
- ___ immigration services
- ___ drug enforcement administration

75. If you checked any of the above, please indicate who was affiliated, the nature of the affiliation, and when.

UNCLE - LAWYER

76. Do you have acquaintances who are attorneys practicing criminal law or judges?  YES

    If yes, please state the names of those persons and the relation that you have with them.

FRED THOMAS - NIECE

PSYCHIATRY/PSYCHOLOGY

77. How do you feel about psychiatrists and/or psychologists testifying as experts in court cases?

NO PROBLEM

007033

-16-

78. Are you familiar with psychological testing? NO

   If yes, how do you feel about the validity of these tests?

79. Have you ever studied psychiatry, psychology, or any related subjects? YES

   If yes, please explain.

   1st YR COLLEGE PSCH

80. Have you, or any member of your family or close relative, ever consulted a psychiatrist or psychologist for professional services? YES

81. Did this consultation affect your opinion about the value of psychiatry or psychology? NO

   If yes, please explain.

-17-

007031

82. Is there anything else you would like to bring to the court's attention about your ability to be fair and impartial?

If yes, please explain.   *NO*

_____11/7/94_____
Date

_____[signature]_____
Signature