

## PROSPECTIVE JUROR QUESTIONNAIRE

Please answer each question in the following pages as completely and as accurately as you can.  Complete answers will save the Court and all parties involved a great deal of time.  If you need more space to sufficiently answer any particular question, please use the blank page at the end of the questionnaire.

There are no right or wrong answers to the questionnaire.  The only right answers are complete and honest responses to all questions.  The purpose in using this questionnaire is threefold. The first is to gain full and honest responses from you without revealing that information to the entire panel of jurors in open court.  This will protect the confidentiality of your responses. Second, the questionnaire will spare you the long wait that usually occurs when the attorneys must repetitiously ask all of you the same questions.  Finally, the use of this questionnaire provides each side the opportunity to select a fair and impartial jury. Therefore, your full cooperation is of the greatest significance to the administration of justice in this case.

SOME OF THESE QUESTIONS MAY CALL FOR INFORMATION OF A PERSONAL NATURE THAT YOU MAY NOT WANT TO DISCUSS IN PUBLIC; I.E., IN AN OPEN COURTROOM, WITH THE PRESS AND/OR THE PUBLIC PRESENT.   IN ANY INSTANCE WHERE YOU FEEL PUBLIC DISCUSSION OF YOUR ANSWER MAY INVADE YOUR RIGHT TO PRIVACY OR MIGHT BE EMBARRASSING TO YOU, YOU MAY INDICATE BY PLACING YOUR INITIALS ALONGSIDE THE NUMBER OF THE QUESTION.  THE COURT WILL THEN GIVE YOU THE OPPORTUNITY TO EXPLAIN YOUR REQUEST FOR CONFIDENTIALITY IN A CLOSED HEARING.

Judge Robert P. Ruehlman

Case No. B-9400481

<u>PROSPECTIVE JUROR QUESTIONNAIRE</u>

GENERAL BACKGROUND

1.  Name, address, (nearest major intersection) age, race,
    nationality and place of birth.

    Guy R Hopkins -          44 yrs  White American,
    6446 Greenfield Dr                Cincinnati Ohio
    Cincinnati Ohio 45024.

2.  How long have you lived at your current address?

    9 yrs.

3.  How long have you lived in Hamilton County?

    44 yrs.

4.  If you have lived at other addresses in the past ten years,
    please list beginning with most recent:

5.  Do you own ___✓___ rent _____ your home?  If neither, please
    explain.

-1-

006663

EDUCATION

6.    Please check one:    _____ less than high school

_____ high school

_____ some college

_____ B.A. _____ B.S.

_____ M.A. __✓__ M.S.

_____ other graduate degree, please
describe _____

_____

_____

7.    If you attended college or graduate school, which one, when
and where?

U C   1971  Bachelor's
U C   1975  Masters
Miami Offord Ohio  Post Graduate



8.    What did you study?

Educational Administration

9.    Have you received any special training?
If yes, please describe.

Teacher Effectiveness Training
Vocational Training
Assertive Discipline

EMPLOYMENT

10.    Are you currently employed, unemployed, retired, disabled, a
homemaker, or a student?

Employed

006661

11.  If retired, presently unemployed, or disabled, please answer
     the questions above for your last job(s).

12.  If employed, where and how long? *Great Oaks Institute of Technology and Career Development  5 years*

     Where is your employment located?
     *Laurel Oaks C.D.C  Wilmington Ohio.*

     Job title, if any:
     *Director of Vocational Campus.*

13.  Do you have any supervisory responsibilities?
     *yes*

     If yes, how many people do you supervise and what do they do?
     *100 staff, 600 students.  I am responsible for the entire
     Laurel Oaks Campus.*

14.  Do you have a second job?
     *no.*
     If yes, please describe what you do.

-3-

006665

15.  Have you had other employment in the past ten years?

   If yes, list prior places of employment, address, length of
   time at each, and job description for each prior employment.

*Blanchester Local School District    High School Principal  5 years.*


MARITAL STATUS

16.  Please check:  _____ married        _____ separated
                    _____ single         _____ widowed
                    ___X___ divorced       _____ living w/non-
                                                   marital mate

17.  If married or with mate, for how long?

   Is your spouse or mate currently employed, unemployed,
   retired, a homemaker, or a student?


18.  If employed, please describe what type of work your spouse or
   mate does, including name and location of employer and length
   of time at the position.


19.  If your spouse or mate is retired, presently unemployed or
   disabled, please answer the question above for the last job.


20.  What is the educational background of your spouse or mate?

006666

21. Does any adult, other than yourself (and your spouse), reside in your household?

*No*

If yes, what is his/her relationship to you?

22. What is his/her occupation and place of employment?

CHILDREN

23. Do you have children?

*2 Daughters*

If so, how many, ages, sex, and last grade completed.

*2 Daughters    19 Miami University Sophomore*

*15 High School Sophomore*

24. Their occupations, locations of employment and marital status, if adults.

006667

25. Do your children presently live with you or, if now adults, did they live with you while growing up?

*No*

If no, please explain.

*Divorced, lived with mother.*

26. Have your children been raised by both natural parents?

*No*

If no, please explain who raised them and the circumstances.

*Divorced lived with mother, I have visitation every other weekend and every wednesday, also with mutual agreement.*

27. What factors do you think are most likely to have a positive influence on a child's development?

*Home Environment, Education, Adult Examples set, Positive Peer Role Models.*

006668

28. What factors do you think are most likely to have a negative influence on a child's development?

*Poor Role Models, Poor home environment, lack of parental support.*

RELIGION

29. What is you religious affiliation/denomination, if any?

*United methodist*

30. Do you attend a church/temple?

*yes.*

If yes, how frequently?

31. What church/temple attended?

32. Do you participate in other activities in your church/temple?

If yes, please describe them.

006669

FAMILY BACKGROUND

33.  Where did you grow up?

*Cincinnati Ohio*

34.  Do you have siblings?

*yes*

If yes, please list age, sex, occupation and whether full,
half, or step-sibling.

*Brother 48 Printing Company Dpt Etcher.*

35.  What are/were your parent's occupations?

*Father - Printing Company Worked up Pressman*
*Mother - Professional Secretary.*

36.  Father's birthplace: *Cincinnati*

Mother's birthplace: *Cincinnati.*

MILITARY SERVICE

37.  Have you ever served in the military?  *No.*

If yes, when, where, how long, branch, highest rank and job.

006670

FIREARMS

38. Do you now own or have you ever owned a firearm?

If yes, what type of firearm and for what purpose did you own it? *Yes, handgun, mounted collectors item.*

39. Have you ever fired a handgun?

If yes, please explain the type of gun and the circumstances under which you fired it.

*Yes, firing range.*

40. Have you had any bad experiences with guns, such as having one pointed at you?

*Yes.*

If yes, please explain.

*Parent brought gun, shotgun to school, I was attendance officer in hallway.*

HEALTH

41. Do you have any specific health problems of a serious nature that might make it difficult or uncomfortable for you to sit as a juror in this case? *No.*

If yes, please explain.

42. Are you taking any medication regularly that might make it difficult for you to pay attention or concentrate for long periods of time? *No.*

006671

43.  Is there any pressing business or personal matter that might interfere with the time it may take to render a decision in this case? *No*

If yes, please describe.

AFFILIATIONS

44.  Do you belong to any social, fraternal, recreational, or athletic groups? *Yes*

If yes, please describe.

*Ohio Vocational Association*
*American Vocational Association*

45.  Offices held now or in the past in any of these groups?

*None.*

If yes, describe the position and what it involved.

46.  Do you belong to any civic or political clubs or organizations? *No.*

If yes, please describe.

-10-

47. Offices held now or in the past in any of these groups?

*None.*

If yes, describe the position and what it involved.

48. Do you belong to a union?

*No*

If yes, please describe.

49. Offices held now or in the past?

*None.*

If yes, describe the position and what it involved.

SPARE TIME

50. When you have time, how do you choose to relax and enjoy yourself?

*Home repair, snowmobiling, water and snow skiing, camping, racquetball, softball, swimming*

51. What are your hobbies and interests?

*Antique Cars, deer hunting with bow and arrow.*

52. What television programs do you watch?

*Seldom.*

-11-

53. What type of books do you enjoy reading?

*Educational Concepts, Self motivational*

54. Which magazines do you read?

*The DeltaKappan, O V A, AVA monthly, journal*

MEDIA

55. Do you get more of your news from (circle one):

    a.   newspapers

    b.   magazines

    c.   radio

    d.   TV

56. Which newspapers/news magazines do you read regularly?

*Sunday Enquirer*

57. What news programs do you listen to or watch most often?

*WGRR, WLW*

58. Do you follow criminal cases or crime stories in the news?

    If yes, which cases have you followed?

    *No.*

-12-

006674

59.  Do you follow stories about the functioning of the criminal
     justice system?

     If yes, which stories and how do these stories make you feel
     about the criminal justice system?


JURY EXPERIENCE

60.  Have you served as a juror before?

     If yes, when and where?


61.  Criminal or civil case?

     If civil, what was the issue?

     If criminal, what type of charge?


62.  Were you the foreperson?

63.  Without disclosing the result, did the jury reach a verdict in
     all cases?

     If no, describe type of case.


                              -13-

                                                    006675

## WITNESS EXPERIENCE

64. Have you ever testified as a witness in a criminal or civil case? *Yes*

    If so, what type of case and in what capacity did you testify?
    *Student charged with theft - Personal reference.*

65. Have you ever witnessed a crime or situation calling for your observation? *Yes*

    If yes, please describe when and under what circumstances.
    *Daily in my job as a school administrator*

66. In addition, if you ever filed a report with the police, please describe when and under what circumstances.
    *Accident Report - Vehicle I was driving was hit.*

## CRIMINAL RECORD

67. Have you, or a member(s) of your family, or someone close to you, ever been arrested for or charged with a criminal offense?
    *No.*

68. How was **this** person related to you?

69. Were you (they) convicted?

-14-

006676

VICTIM EXPERIENCE

70.  Have you, or any member of your family, or close friend, ever
     been a victim of a crime?

     *yes*

     If yes, who, when and what happened?

     *Daughter's car was broken into, purse book bag were taken.*

71.  How has the experience affected your feelings about the
     criminal justice system?

     *No*

LITIGATION EXPERIENCE

73.  Have you, or any member of your family, or close friend, ever
     taken a course in the administration of justice, or studied
     law?  *No.*

     If yes, please give details.

74.  Have you, or any member of your family or close friend <u>ever</u>
     been affiliated with any of the following:

If yes, please check:

_____  law enforcement (police officer, sheriff, F.B.I. agent, Etc.)
_____  corrections (prison guard, jailer, prison staff, jail
        staff)
_____  mental institution
_____  juvenile facilities
_____  probation and parole

006677

_____ District Attorney or United States Attorney
_____ public defender
_____ law school
_____ investigative work
_____ immigration services
_____ drug enforcement administration

75.  If you checked any of the above, please indicate who was affiliated, the nature of the affiliation, and when.

76.  Do you have acquaintances who are attorneys practicing criminal law or judges?

    If yes, please state the names of those persons and the relation that you have with them.

*Thomas Mack - Friend*
*Jerry Bryant - Friend*

**PSYCHIATRY/PSYCHOLOGY**

77.  How do you feel about psychiatrists and/or psychologists testifying as experts in court cases?

*Okay within their field of expertise.*

-16-

78. Are you familiar with psychological testing?

*Yes*

If yes, how do you feel about the validity of these tests?

*Usually accurate.*

79. Have you ever studied psychiatry, psychology, or any related subjects?

*Yes*

If yes, please explain.

*As part of my educational administration training*

80. Have you, or any member of your family or close relative, ever consulted a psychiatrist or psychologist for professional services?

*Yes*

81. Did this consultation affect your opinion about the value of psychiatry or psychology?

*Yes*

If yes, please explain.

*During the divorce my ex wife, 2 daughters and I received psychology assistance to help to create a positive environment during and after the divorce*

-17-

82.  Is there anything else you would like to bring to the court's attention about your ability to be fair and impartial?  no

    If yes, please explain.


_November 7, 1994_
Date

_Guy R Stephens_
Signature

006680