*It is so Ordered. Granted Susan J. Dlott 12/13/07*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| LEE E. MOORE, | ) | CASE NO. C-1-00-0023 |
| Petitioner, | ) | Judge Dlott |
| vs. | ) | Chief Magistrate Judge Merz |
| BETTY MITCHELL, Warden | ) | *DEATH PENALTY CASE* |
| Respondent. | ) | |

**AGREED UPON STIPULATION TO EXPAND THE RECORD
PURSUANT TO HABEAS RULE 7 WITH JURY QUESTIONNARIES**

Now come the parties, by counsel, and hereby enter into the following stipulation:

The Parties stipulate to the expansion of the record pursuant to Habeas Rule 7 with the following jury questionnaires:

1. Jury Questionnaire 10 (Sitting Juror William Miller) (Attachment 1)
2. Jury Questionnaire 11 (Sitting Juror Donna England) (Attachment 2)
3. Jury Questionnaire 14 (Struck Juror Sandra Freeman) (Attachment 3)
4. Jury Questionnaire 24 (Sitting Juror Guy Hopkins) (Attachment 4)

Each of the questionnaires is attached to this filing. Counsel for Respondent telephonically advised Petitioner of his agreement with the above stipulation on December 10, 2007.

The parties request the opportunity to present legal argument regarding the jury questionnaires. The parties request fifteen days from the ordering of such to file a memorandum regarding these jury questionnaires.

Respectfully Submitted,