```
Court Name: US District Court SDO
Division: 3
Receipt Number: 300DAY000564
Cashier ID: davisj
Transaction Date: 02/12/2008
Payer Name: Attorney General
-----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: Attorney General
 Case/Party: D-OHS-1-00-CV-000023-001
 Amount:         $455.00
-----------------------------------
CHECK
 Remitter: Attorney General
 Check/Money Order Num: 6921
 Amt Tendered:  $455.00
-----------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00


A fee of $45.00 will be assessed on
all returned checks.
```